# EXHIBIT 15

## Filed Under Seal

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 157 | Date Range: 8/14/2024 |

**Outline of Conversations**



iMessage Chat: ███████████ • **157 messages on 8/14/2024** • Custodian: Abel, Jennifer ███████████ • Custodian: Abel, ██████ <1██████████> • Melissa Nathan <██████████

Confidential

JONESWORKS_00016309

**Messages in chronological order** (times are shown in GMT -04:00)

---

 iMessage Chat: ▉▉▉▉▉▉▉▉

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:29 AM
https://www.instagram.com/reel/C-I5V-8g_Mj/?igsh=M3Nqa3U0MTIrYmF1

*Attachment: files/Image/5113F031-1E9D-4376-959C-A40928CCEE59.pluginPayloadAttachment (49 KB)*

*Attachment: files/Image/AAAC0C0D-6338-46D4-BD22-840F69240F35.pluginPayloadAttachment (30 KB)*

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:30 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:29 AM
Flagging this is turning into a trend

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:30 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:30 AM
One was "grab your aquanet and Coca Cola, we're going to see a group of flirty girl in steel magnolias"

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:30 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:30 AM
Another was "want a spot to watch a heartwarming tale AND get married? Watch 12 years a slave."

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:30 AM]

JA    **Custodian: Abel, Jennifer** ▉▉▉▉▉    ◄ 8/14/2024, 8:30 AM
Oh my god

Receipts • Melissa Nathan ▉▉▉▉▉ [D:8/14/2024, 8:30 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:31 AM
https://www.instagram.com/reel/C-oB7gOyvkc/?igsh=MWttdGM1cHlxeGZqYw==

*Attachment: files/Image/093A5943-9143-432D-B983-15DC69FFF52B.pluginPayloadAttachment (46 KB)*

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:31 AM]

JA    **Custodian: Abel, Jennifer** ▉▉▉▉▉    ◄ 8/14/2024, 8:31 AM
Jameela texted me yesterday and flagged something similar and said. "It's all over for her. The minute it turns into parody, you know the internet hates you"

Receipts • Melissa Nathan ▉▉▉▉▉ ► [D:8/14/2024, 8:31 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:31 AM
BL trending again for all the wrong reasons

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:32 AM]

MN    **Melissa Nathan** ▉▉▉▉▉    ▶ 8/14/2024, 8:32 AM
Justin is texting me on the side he needs to know How bad it is crisis
PR
I'm like everyone has a fucking crisis.she has a crisis PR and I sent him this.

Receipts • Custodian: Abel, Jennifer ◄ ▉▉▉▉▉ ► [R:8/14/2024, 8:32 AM]

2

JONESWORKS_00016310

MN  **Melissa Nathan** ███████████                                    ▶ 8/14/2024, 8:32 AM
You want to see a headline :

https://www.hollywoodreporter.com/movies/movie-news/harvey-weinstein-publicist-leslie-sloane-697636/amp/

People in glass houses  shouldn't throw stones.

Receipts • Custodian: Abel, Jennifer ███████████ ► [R:8/14/2024, 8:32 AM]

MN  **Melissa Nathan** ███████████                                    ▶ 8/14/2024, 8:32 AM
Even though I think it's SJ

Receipts • Custodian: Abel, Jennifer ◄ ███████████ [R:8/14/2024, 8:32 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:32 AM
Emphasized "You want to see a headline :

https://www.hollywoo…"

Receipts • Melissa Nathan ███████████ 8/14/2024, 8:32 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:33 AM
lol I forgot about that

Receipts • Melissa Nathan ◄ ███████████ [D:8/14/2024, 8:33 AM]

MN  **Melissa Nathan** ███████████                                    ▶ 8/14/2024, 8:33 AM
He wants to voice note of me to explain everything I can't.
I hate voice notes. I don't know what to say.

Receipts • Custodian: Abel, Jennifer ███████████ R:8/14/2024, 8:33 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:33 AM
I think it is too

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 8:33 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:33 AM
lol a voicenote saying what??

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 8:33 AM]

MN  **Melissa Nathan** ███████████                                    ▶ 8/14/2024, 8:33 AM


*Attachment: files/Image/Screenshot 2024-08-14 at 08.33.41.heic (81 KB)*

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 8:33 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:33 AM
Steph texted me last night for the first time since Monday grilling me about who reached out about the articles about you

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 8:33 AM]

JA  **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 8:34 AM
I think she placed it too

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 8:34 AM]

MN  **Melissa Nathan** ███████████                                    ▶ 8/14/2024, 8:34 AM
I'm sorry this is funny

3

I know I should not laugh

Receipts · Custodian: Abel, Jennifer ▮▮▮▮▮ [R:8/14/2024, 8:34 AM]

JA   **Custodian: Abel, Jennifer** ▮▮▮▮                                    ◄ 8/14/2024, 8:35 AM
Aha yes I told him last night you spoke to Leslie for a while

Receipts · Melissa Nathan ▮▮▮▮ [D:8/14/2024, 8:35 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 8:35 AM
I'm gonna recommend that you me and him talk when he lands

Receipts · Custodian: Abel, Jennifer ▮▮▮▮ [R:8/14/2024, 8:36 AM]

JA   **Custodian: Abel, Jennifer** ▮▮▮▮                                   ◄ 8/14/2024, 8:36 AM
Ok good

Receipts · Melissa Nathan ▮▮▮▮ [D:8/14/2024, 8:36 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:48 AM
DEAD

Receipts · Custodian: Abel, ▮▮▮▮ [R:8/14/2024, 9:49 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:49 AM
Also I love you

Receipts · Custodian: Abel, Jennifer ▮▮▮▮ [R:8/14/2024, 9:49 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:49 AM
Fuck her

Receipts · Custodian: Abel, Jennifer ▮▮▮▮ [R:8/14/2024, 9:49 AM]

JA   **Custodian: Abel, Jennifer** ▮▮▮▮                                   ◄ 8/14/2024, 9:49 AM
Hahaha

Receipts · Melissa Nathan ▮▮▮▮ [D:8/14/2024, 9:49 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:50 AM
Stephanie.

Receipts · Custodian: Abel, Jennifer ▮▮▮▮ [R:8/14/2024, 9:50 AM]

JA   **Custodian: Abel, Jennifer** ▮▮▮▮                                   ◄ 8/14/2024, 9:50 AM
Yep

Receipts · Melissa Nathan ▮▮▮▮ [D:8/14/2024, 9:50 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:50 AM
Who else knew this ?

Receipts · Custodian: Abel, Jennifer ▮▮▮▮ [R:8/14/2024, 9:50 AM]

JA   **Custodian: Abel, Jennifer** ▮▮▮▮                                   ◄ 8/14/2024, 9:51 AM
That's why I want ti ask Jamey

Receipts · Melissa Nathan ◄▮▮▮▮ [D:8/14/2024, 9:51 AM]

MN   **Melissa Nathan** ▮▮▮▮                                               ► 8/14/2024, 9:51 AM
Matthew obsessed but wouldn't be able

4

                                                  JONESWORKS_00016312

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 9:51 AM]

JA    **Custodian: Abel, Jennifer** ███████                    ◄ 8/14/2024, 9:51 AM
No not at all

Receipts · Melissa Nathan ███████ [D:8/14/2024, 9:51 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 9:51 AM
Alleged cult

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 9:51 AM]

JA    **Custodian: Abel, Jennifer** ███████                    ◄ 8/14/2024, 9:51 AM
He doesn't know how to place stuff like this

Receipts · Melissa Nathan ███████ [D:8/14/2024, 9:51 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:03 AM
He's gotta know she's just placing.

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:03 AM]

MN    **Melissa Nathan** ‹███████›                             ► 8/14/2024, 10:03 AM
EXACTLY

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:03 AM]

JA    **Custodian: Abel, Jennifer** ███████                    ◄ 8/14/2024, 10:03 AM
Yep

Receipts · Melissa Nathan ███████ [D:8/14/2024, 10:03 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:03 AM
Omg JAMEY PLEASE

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:03 AM]

JA    **Custodian: Abel, Jennifer** ███████                    ◄ 8/14/2024, 10:03 AM
lol

Receipts · Melissa ███████ [D:8/14/2024, 10:03 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:04 AM
She's always like I'm best friends with Harvey

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:04 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:05 AM
Sorry I'm so frustrated

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:06 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:05 AM
I don't want to be rude either

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 10:06 AM]

MN    **Melissa Nathan** ███████                               ► 8/14/2024, 10:26 AM
Now the school mums are coming for me.

5

*Attachment: files/Image/Screenshot 2024-08-14 at 10.26.33.heic (89 KB)*

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 10:26 AM]

JA    **Custodian: Abel, Jennifer** ██████████                    ◄ 8/14/2024, 10:28 AM
lol

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 10:28 AM]

JA    **Custodian: Abel, Jennifer** ██████████                    ◄ 8/14/2024, 10:28 AM
I hate this

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 10:28 AM]

JA    **Custodian: Abel, Jennifer** ██████████                    ◄ 8/14/2024, 10:28 AM
I get so nervous

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 10:28 AM]

MN    **Melissa Nathan** ██████████                              ► 8/14/2024, 10:28 AM
No no don't be.

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 10:28 AM]

JA    **Custodian: Abel, Jennifer** ██████████                    ◄ 8/14/2024, 10:34 AM
Jamey called me I'll call him back

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 10:34 AM]

MN    **Melissa Nathan** ██████████                              ► 8/14/2024, 10:34 AM
Ok. Bloody hell, Jen.

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 10:34 AM]

JA    **Custodian: Abel, Jennifer** ██████████                    ◄ 8/14/2024, 10:34 AM
Fuck me

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 10:34 AM]

MN    **Melissa Nathan** ██████████                              ► 8/14/2024, 10:34 AM
Fuck us all.

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 10:39 AM]

MN    **Melissa Nathan** ██████████                              ► 8/14/2024, 11:02 AM
I just had confirmation that stephanie is placing stories.
I was also shown a text.

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 11:03 AM]

MN    **Melissa Nathan** ██████████                              ► 8/14/2024, 11:02 AM
https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/

*Attachment: files/Image/3986D883-6A1C-4145-8DA1-34E08B13E899.pluginPayloadAttachment (177 KB)*

6

Confidential

JONESWORKS_00016314

*Attachment: files/Image/57B0B159-75D2-44FD-86DB-3EEAEAF7F51E.pluginPayloadAttachment (1 KB)*

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:03 AM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 11:02 AM
Blake Lively Felt Justin Baldoni Fat-Shamed Her, Kissed Too Long During Scene

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:03 AM]

JA  **Custodian: Abel, Jennifer** ███████████                          ◄ 8/14/2024, 11:03 AM
Fucking headline

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 11:03 AM]

JA  **Custodian: Abel, Jennifer** ███████████                          ◄ 8/14/2024, 11:04 AM
Did you speak to Leslie? Jamey wants me to also speak with her

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 11:04 AM]

JA  **Custodian: Abel, Jennifer** ███████████                          ◄ 8/14/2024, 11:04 AM
Can we balance that fucking headline ugh

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 11:04 AM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 11:04 AM
I just texted her for a call for you and me

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:04 AM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 11:12 AM


*Attachment: files/Image/Screenshot 2024-08-14 at 11.11.59.heic (71 KB)*

*Attachment: files/Image/Screenshot 2024-08-14 at 11.12.09.heic (60 KB)*

*Attachment: files/Image/Screenshot 2024-08-14 at 11.12.04.heic (72 KB)*

*Attachment: files/Image/Screenshot 2024-08-14 at 11.12.01.heic (100 KB)*

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:15 AM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 11:14 AM
See.

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:15 AM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 12:51 PM
Let me know when you speak to Brody I know I'm on this but it will just really help us piece the puzzle together

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 12:51 PM]

MN  **Melissa Nathan** ███████████                                    ► 8/14/2024, 12:53 PM
I don't know what to tell Justin
Because it's not Leslie

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 12:56 PM]

JA  **Custodian: Abel, Jennifer** ███████████ ›                        ◄ 8/14/2024, 12:56 PM

7

JONESWORKS_00016315

I responded

Receipts · Melissa Nathan ███████ [D:8/14/2024, 12:56 PM]

MN    **Melissa Nathan** ███████                                    ▶ 8/14/2024, 1:10 PM



Image: files/Image/IMG_2315.jpeg (327 KB)

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 1:10 PM]

MN    **Melissa Nathan** ████                                       ▶ 8/14/2024, 1:25 PM



Image: files/Image/IMG_2323.JPEG (3 MB)

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 1:27 PM]

JA    **Custodian: Abel, Jennifer** ███████                         ◀ 8/14/2024, 1:28 PM
Omg

Receipts · Melissa Nathan ███████ [D:8/14/2024, 1:28 PM]

MN    **Melissa Nathan** ████                                       ▶ 8/14/2024, 1:31 PM
NOT US

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 1:34 PM]

MN    **Melissa Nathan** ████                                       ▶ 8/14/2024, 1:31 PM

8

This is a spiral

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 1:34 PM]

MN **Melissa Nathan** ████████████                                    ▶ 8/14/2024, 1:32 PM
I will hire Matthew I'm drowning I need a grown up

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 1:34 PM]

MN **Melissa Nathan** ████████                                        ▶ 8/14/2024, 1:32 PM
That will be the end of it for her
She will take a hit out on me

Receipts • Custodian: Abel, Jennifer ██████████ ▷ [R:8/14/2024, 1:34 PM]

MN **Melissa Nathan** ███████                                         ▶ 8/14/2024, 1:34 PM
On with Harvey

Receipts • Custodian: Abel, Jennifer ██████████ ▷ [R:8/14/2024, 1:35 PM]

JA **Custodian: Abel, Jennifer** █████████                            ◀ 8/14/2024, 1:35 PM
lol

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 1:35 PM]

JA **Custodian: Abel, Jennifer** ███████████                         ◀ 8/14/2024, 1:35 PM
Call me?

Receipts • Melissa Nathan ██████████ [D:8/14/2024, 1:35 PM]

JA **Custodian: Abel, Jennifer** ██████████                          ◀ 8/14/2024, 1:35 PM
Loved "I will hire Matthew I'm drowning I need a grown up…"

Receipts • Melissa Nathan █████████ ▷ [D:8/14/2024, 1:35 PM]

JA **Custodian: Abel, Jennifer** █████████                           ◀ 8/14/2024, 1:51 PM
Call me when you're off and we can try Brody back

JA **Custodian: Abel, Jennifer** █████████                           ◀ 8/14/2024, 1:55 PM
I have a call at 11 so we can give him a ring later

JA **Custodian: Abel, Jennifer** █████████                           ◀ 8/14/2024, 1:55 PM
Please tell me that Steph called Harvey

JA **Custodian: Abel, Jennifer** █████████                           ◀ 8/14/2024, 1:55 PM
Because I want that ammo lol

MN **Melissa Nathan** █████████                                       ▶ 8/14/2024, 2:33 PM
I have no idea. I just went for a swim because I've been in this hotel room all day and the storm stopped.
How bad is she freaking out now?

Receipts • Custodian: Abel, Jennifer ██████████ [R:8/14/2024, 2:37 PM]

MN **Melissa Nathan** ████████                                        ▶ 8/14/2024, 2:37 PM
Jen.

Receipts • Custodian: Abel, Jennifer █████████ [R:8/14/2024, 2:37 PM]

MN **Melissa Nathan** █████████                                       ▶ 8/14/2024, 2:37 PM

9

Confidential                                                      JONESWORKS_00016317

https://www.tiktok.com/t/ZTNt3PBLf/

*Attachment: files/Image/D986D8ED-7DD9-4E74-898C-6597168FB226.pluginPayloadAttachment (190 KB)*

*Attachment: files/Image/57E4B4CA-5FC3-4437-9634-27D6292B23BC.pluginPayloadAttachment (6 KB)*

*Attachment: files/Image/BEF87E91-D479-48C0-A45B-1A2DE1810F17.pluginPayloadAttachment (19 KB)*

Receipts • Custodian: Abel, Jennifer ████████████ [R:8/14/2024, 2:37 PM]

JA    **Custodian: Abel, Jennifer ██████████**                              ◀ 8/14/2024, 2:37 PM
Omg I'm on a call I'll look in a sec

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 2:37 PM]

MN    **Melissa Nathan ████████████**                                      ▶ 8/14/2024, 2:39 PM
https://x.com/heyydnae/status/1823768067215884309?s=46&t=jViqTZARji93-nMEMLLmJQ

*Attachment: files/Image/1D246AA7-AA3F-4F17-9300-3AFAC70EADDD.pluginPayloadAttachment (14 KB)*

Receipts • Custodian: Abel, Jennifer ████████████ > [R:8/14/2024, 2:39 PM]

MN    **Melissa Nathan ████████████**                                      ▶ 8/14/2024, 2:39 PM
This is good to send to Jamey and Justin because I did

Receipts • Custodian: Abel, Jennifer ████████████ [R:8/14/2024, 2:39 PM]

JA    **Custodian: Abel, Jennifer ██████████████**                         ◀ 8/14/2024, 2:46 PM



*Image: files/Image/IMG_2744.PNG (363 KB)*

Receipts • Melissa Nathan ████████████ [D:8/14/2024, 2:46 PM]

MN    **Melissa Nathan ████████████**                                      ▶ 8/14/2024, 2:47 PM
What on earth

Receipts • Custodian: Abel, Jennifer ████████████ [R:8/14/2024, 2:47 PM]

JA    **Custodian: Abel, Jennifer ██████████████**                         ◀ 8/14/2024, 2:48 PM

10

                                                           JONESWORKS_00016318

What the fuck

MN **Melissa Nathan** ▬▬▬▬▬                                           ▶ 8/14/2024, 2:48 PM
Do you know if it is true?

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ [R:8/14/2024, 2:48 PM]

JA **Custodian: Abel, Jennifer** ▬▬▬▬                                ◀ 8/14/2024, 2:48 PM
No idea

Receipts • Melissa Nathan ▬▬▬▬▬ [D:8/14/2024, 2:48 PM]

JA **Custodian: Abel, Jennifer** ▬▬▬▬                                ◀ 8/14/2024, 2:48 PM
Let's call Jamey are you free

Receipts • Melissa Nathan ▬▬▬▬ [D:8/14/2024, 2:48 PM]

MN **Melissa Nathan** ▬▬▬▬                                           ▶ 8/14/2024, 2:50 PM
Free

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ [R:8/14/2024, 2:50 PM]

MN **Melissa Nathan** ▬▬▬▬                                           ▶ 8/14/2024, 3:17 PM
You drop me

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ [R:8/14/2024, 3:17 PM]

MN **Melissa Nathan** ▬▬▬▬                                           ▶ 8/14/2024, 3:43 PM
Sorry
Couldn't help it

*Attachment: files/Image/Screenshot 2024-08-14 at 15.43.02.heic (77 KB)*

*Attachment: files/Image/Screenshot 2024-08-14 at 15.42.59.heic (72 KB)*

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ [R:8/14/2024, 3:43 PM]

JA **Custodian: Abel, Jennifer** ▬▬▬▬                                ◀ 8/14/2024, 3:43 PM
Hahahahaha

Receipts • Melissa Nathan ▬▬▬▬ [D:8/14/2024, 3:43 PM]

MN **Melissa Nathan** ▬▬▬▬                                           ▶ 8/14/2024, 3:44 PM
Jen.
It ends with us

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ > [R:8/14/2024, 3:45 PM]

MN **Melissa Nathan** ▬▬▬▬                                           ▶ 8/14/2024, 3:44 PM
TMZ getting back to me

Receipts • Custodian: Abel, Jennifer ▬▬▬▬▬ [R:8/14/2024, 3:45 PM]

JA **Custodian: Abel, Jennifer** ▬▬▬▬                                ◀ 8/14/2024, 3:45 PM
Loved "Jen.
It ends with us "

Receipts • Melissa Nathan ▬▬▬▬▬ [D:8/14/2024, 3:45 PM]

JA **Custodian: Abel, Jennifer** ▬▬▬▬                                ◀ 8/14/2024, 3:45 PM

11

                                                   JONESWORKS_00016319

Ok good

Receipts · Melissa Nathan ███████ [D:8/14/2024, 3:45 PM]

JA **Custodian: Abel, Jennifer** ███████                                    ◄ 8/14/2024, 3:45 PM
Matt wants 200k

Receipts · Melissa Nathan ███████ [D:8/14/2024, 3:45 PM]

JA **Custodian: Abel, Jennifer** ███████                                    ◄ 8/14/2024, 3:45 PM
He will come work for you

Receipts · Melissa Nathan ███████ [D:8/14/2024, 3:45 PM]

JA **Custodian: Abel, Jennifer** ███████                                    ◄ 8/14/2024, 3:45 PM
Told you he's pricey

Receipts · Melissa Nathan ███████ [D:8/14/2024, 3:45 PM]

MN **Melissa Nathan** ███████                                                ► 8/14/2024, 3:45 PM
I said to Run. You have to Legal this show us the paperwork

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 3:45 PM]

MN **Melissa Nathan** ███████                                                ► 8/14/2024, 3:46 PM
Let me ask the powers that be

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 3:46 PM]

MN **Melissa Nathan** ███████                                                ► 8/14/2024, 3:46 PM
Do you think you serious and he would do it?

Receipts · Custodian: Abel, Jennifer ███████ > [R:8/14/2024, 3:46 PM]

JA **Custodian: Abel, Jennifer** < ███████                                  ◄ 8/14/2024, 3:46 PM
I think you should talk to him but he wants out and needs out

Receipts · Melissa Nathan ███████ [D:8/14/2024, 3:46 PM]

JA **Custodian: Abel, Jennifer** ███████ >                                  ◄ 8/14/2024, 3:47 PM
And this is a way he can still be involved with SB and wayfarer

Receipts · Melissa Nathan < ███████ [D:8/14/2024, 3:47 PM]

MN **Melissa Nathan** ███████                                                ► 8/14/2024, 3:47 PM
100%

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 3:49 PM]

MN **Melissa Nathan** ███████                                                ► 8/14/2024, 3:48 PM
Us all working together will just kill her .

The sad thing is , is that we've all worked out how much we like each other.

And if she was a good manager, she would recognise that putting people together instead of pulling them apart works way better

Receipts · Custodian: Abel, Jennifer ███████ [R:8/14/2024, 3:49 PM]

JA **Custodian: Abel, Jennifer** ███████                                    ◄ 8/14/2024, 3:49 PM

12

Ok keep me posted

Receipts · Melissa Nathan ████████ [D:8/14/2024, 3:49 PM]

JA    **Custodian: Abel, Jennifer** ████████                                    ◄ 8/14/2024, 3:49 PM
Let's make this happen

Receipts · Melissa Nathan ████████ :8/14/2024, 3:49 PM]

JA    **Custodian: Abel, Jennifer** ████████                                    ◄ 8/14/2024, 3:49 PM
He would take it for 200k

Receipts · Melissa Nathan ████████ [D:8/14/2024, 3:49 PM]

JA    **Custodian: Abel, Jennifer** ████████ >                                  ◄ 8/14/2024, 4:13 PM
Are you free to call Brody?

Receipts · Melissa Nathan ████████ [D:8/14/2024, 4:13 PM]

MN    **Melissa Nathan** ████████                                              ► 8/14/2024, 10:09 PM
Working hard

*Attachment: files/Image/Screenshot 2024-08-14 at 22.08.45.heic (50 KB)*

Receipts · Custodian: Abel, Jennifer ████████ [R:8/14/2024, 10:09 PM]

JA    **Custodian: Abel, Jennifer** ████████                                   ◄ 8/14/2024, 10:09 PM
So Sony is speaking to press on Blake's behalf?

Receipts · Melissa Nathan ████████ [D:8/14/2024, 10:09 PM]

JA    **Custodian: Abel, Jennifer** ████████                                   ◄ 8/14/2024, 10:10 PM
I have no idea who Tony is…

Receipts · Melissa Nathan ████████ [D:8/14/2024, 10:10 PM]

MN    **Melissa Nathan** ████████ >                                            ► 8/14/2024, 10:10 PM
This is me being nice to the reporter, obviously, but yes

Receipts · Custodian: Abel, Jennifer ████████ [R:8/14/2024, 10:10 PM]

JA    **Custodian: Abel, Jennifer** ████████                                   ◄ 8/14/2024, 10:10 PM
Jamey should know that Sony is speaking to media on Blake's behalf. It would enrage him that they are supporting her and not Justin

Receipts · Melissa Nathan ████████ [D:8/14/2024, 10:10 PM]

JA    **Custodian: Abel, Jennifer** ████████                                   ◄ 8/14/2024, 10:10 PM
And same with Justin's agent

Receipts · Melissa Nathan ████████ [D:8/14/2024, 10:10 PM]

MN    **Melissa Nathan** ████████                                             ► 8/14/2024, 10:12 PM
I just got off the phone with him
But I hadn't told him because it came through just after I put the phone down

Receipts · Custodian: Abel, Jennifer ████████ [R:8/14/2024, 10:12 PM]

JA    **Custodian: Abel, Jennifer** ████████                                   ◄ 8/14/2024, 10:14 PM
https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/amp/

13

*Attachment: files/Image/6958D7AF-013D-40E3-94A0-3D0A28F4E2F4.pluginPayloadAttachment (201 KB)*

*Attachment: files/Uncategorized/CE5E6F74-7565-4178-B471-AC7ED9237756.pluginPayloadAttachment (198 bytes)*

Receipts • Melissa Nathan ▢▢▢▢▢ > [D:8/14/2024, 10:14 PM]

MN  **Melissa Nathan ▢▢▢▢▢ >**                                           ► 8/14/2024, 10:17 PM
Holy Christ

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:17 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:18 PM
This is FULLY Ryan Reynolds putting pressure

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:18 PM]

JA  **Custodian: Abel, Jennifer ▢▢▢▢▢**                                 ◄ 8/14/2024, 10:18 PM
So I'm not supposed to know this but yes that's exactly what happened

Receipts • Melissa Nathan ▢▢▢▢▢ [D:8/14/2024, 10:18 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:21 PM
Ofc

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:21 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:32 PM
I think need to use your personal email

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:32 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:32 PM
Or - is there a wayfarer one u can use.

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:32 PM]

JA  **Custodian: Abel, Jennifer ▢▢▢▢▢**                                 ◄ 8/14/2024, 10:33 PM
For what

Receipts • Melissa Nathan ▢▢▢▢▢ [D:8/14/2024, 10:33 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:34 PM
Just in general as I feel she is reading your emails

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:34 PM]

JA  **Custodian: Abel, Jennifer ▢▢▢▢▢**                                 ◄ 8/14/2024, 10:34 PM
Yeah probably

Receipts • Melissa Nathan ▢▢▢▢▢ [D:8/14/2024, 10:34 PM]

MN  **Melissa Nathan ▢▢▢▢▢**                                            ► 8/14/2024, 10:41 PM
I'm hysterical as I've reached the pinnacle of insanity

Receipts • Custodian: Abel, Jennifer ▢▢▢▢▢ [R:8/14/2024, 10:41 PM]

JA  **Custodian: Abel, Jennifer ▢▢▢▢▢**                                 ◄ 8/14/2024, 10:41 PM
What the fuck is happening

14

Confidential

JONESWORKS_00016322

Receipts • Melissa Nathan ‹ ████ [D:8/14/2024, 10:41 PM]

**MN**   **Melissa Nathan** ████                                    ▶ 8/14/2024, 10:41 PM

I don't know

Receipts • Custodian: Abel, Jennifer ████ [R:8/14/2024, 10:41 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:41 PM

But I feel like we handled that ok?

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:41 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:41 PM

I hate this shit

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:41 PM]

**MN**   **Melissa Nathan** ████                                    ▶ 8/14/2024, 10:41 PM

Did they C&D Steph

Receipts • Custodian: Abel, Jennifer ████ [R:8/14/2024, 10:41 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:42 PM

Not yet. She looped in lawyers as she's insisting that she never called DM. And then Jamey looped in their lawyers. And she's still insisting on being part of the comms plan!!!

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:42 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:42 PM

And saying how she can do so much better??

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:42 PM]

**MN**   **Melissa Nathan** ████                                    ▶ 8/14/2024, 10:42 PM

Ok

Receipts • Custodian: Abel, Jennifer ████ [R:8/14/2024, 10:42 PM]

**MN**   **Melissa Nathan** ████                                    ▶ 8/14/2024, 10:43 PM

So she looped her lawyers into JAMEY her client ???

Receipts • Custodian: Abel, Jennifer ████ [R:8/14/2024, 10:43 PM]

**MN**   **Melissa Nathan** ████                                    ▶ 8/14/2024, 10:43 PM

Shut the front door

Receipts • Custodian: Abel, Jennifer ████ [R:8/14/2024, 10:43 PM]

**JA**   **Custodian: Abel, Jennifer** ‹ ████                      ◀ 8/14/2024, 10:43 PM

Talking about third party advocates to go on deep background, to flooding the market with good press. I'm just thinking, what the fuck is happening?

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:43 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:43 PM

Liked "So she looped her lawyers into JAMEY her client ??…"

Receipts • Melissa Nathan ████ [D:8/14/2024, 10:43 PM]

**JA**   **Custodian: Abel, Jennifer** ████                        ◀ 8/14/2024, 10:43 PM

15

Yep

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 10:43 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:43 PM
You've already got a ton of good press.

Receipts • Custodian: Abel, Jennifer ◄███████████ [R:8/14/2024, 10:43 PM]

JA    **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 10:44 PM
No shit

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 10:44 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:44 PM
You are up against a machine
The entire Internet loves him and hates her

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 10:44 PM]

JA    **Custodian: Abel, Jennifer** ███████████                         ◄ 8/14/2024, 10:44 PM
And we have been doing our best with people coming out of the woodwork

Receipts • Melissa Nathan ███████████ [D:8/14/2024, 10:44 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:44 PM
Like she's fucking mad
Oh God
SB - let's chat tonight

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:07 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:45 PM
If we did a whole bunch of third-party advocates that would look insane

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:07 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:45 PM
The Internet is flooded. We have our own third-party advocates the entire Internet.

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:07 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:46 PM
Imagine looping your lawyers in with a client and then the client looping theirs in

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:07 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:46 PM
Just think about that

Receipts • Custodian: Abel, Jennifer ◄███████████ [R:8/14/2024, 11:07 PM]

MN    **Melissa Nathan** ███████████                                    ► 8/14/2024, 10:46 PM
And then still thinking you will work with this client

Receipts • Custodian: Abel, Jennifer ███████████ [R:8/14/2024, 11:07 PM]

JA    **Custodian: Abel, Jennifer** ◄███████████                        ◄ 8/14/2024, 11:15 PM
https://www.tiktok.com/t/ZTNnjDvoy/

16

*Attachment: files/Image/1864E2FC-8B8D-4E00-9AA0-5FDC3A6835F8.pluginPayloadAttachment (74 KB)*

*Attachment: files/Image/15CE8135-37C7-4368-B8DD-A24CB7C13B41.pluginPayloadAttachment (27 KB)*

Receipts · Melissa Nathan <█████████[D:8/14/2024, 11:15 PM]

MN   **Melissa Nathan** █████████                                    ▶ 8/14/2024, 11:20 PM

you know when you watch these things and you see these women wasting their time and getting in a room and talking absolute fucking shit because you know it shit it's just mind blowing

Receipts · Custodian: Abel, Jennifer █████████ [R:8/14/2024, 11:26 PM]

JA   **Custodian: Abel, Jennifer** █████████                         ◀ 8/14/2024, 11:27 PM

Mind. Blowing.

Receipts · Melissa Nathan █████████[D:8/14/2024, 11:27 PM]

17

Confidential

JONESWORKS_00016325