# EXHIBIT 16
## Filed Under Seal

CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,                )
     PLAINTIFF               )  CASE NO.
                             )  1:24-CV-10049-LJL
VS.                          )  (CONSOLIDATED WITH
                             )  1:25-CV-00449-LJL
WAYFARER STUDIOS LLC,        )
JUSTIN BALDONI, JAMEY        )
HEATH, STEVE SAROWITZ,       )
IT ENDS WITH US MOVIE        )
LLC, MELISSA NATHAN,         )
THE AGENCY GROUP PR          )
LLC, AND JENNIFER ABEL,      )
     DEFENDANTS              )
_____    )  _____
JENNIFER ABEL,               )
     THIRD-PARTY             )
PLAINTIFF                    )
                             )
VS.                          )
                             )
JONESWORKS LLC               )
     THIRD-PARTY             )
DEFENDANT                    )

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
OCTOBER 10
CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE, produced as a witness at the instance of the Jonesworks and duly sworn, was taken in the above styled and numbered cause on Friday, October 10, 2025, from 9:06 a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, at the offices of Jackson Walker, 100 Congress Avenue, Suite 1100, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

CONFIDENTIAL

Page 39

conversation with Stephanie.

Q.   You've been handed a printout of the website that I'm referring to, a second website that was put up, and then a Twitter account, a Facebook account, and a Pinterest account, all that link back to that website.

Have you seen these documents before online?

A.   Can -- can I read through them?

Q.   Yeah.  I'm not going to ask you detailed questions about the website, so you don't have to --

A.   Okay.

Q.   -- read the whole thing.  But if you want to familiarize yourself.

A.   Okay.  Thanks.

Q.   Mr. Wallace, you've just reviewed Exhibits 42 through 46, which are a series of websites and negative social media accounts about Stephanie Jones.

Have you seen these documents online before today?

A.   I did see this website.

Q.   You did see Exhibit 42?

A.   I believe so.

Q.   When did you see Exhibit 42?

A.   I don't recall.

Q.   Were you involved in the creation of

Page 40

Exhibit 42?

A. No.

Q. Were you involved at all in getting Exhibit 42 online?

A. No.

Q. Were you involved at all in the copy that is drafted for Exhibit 42?

A. No.

Q. Did you contribute to its existence in any way?

A. No.

Q. We've discussed Katie Case earlier, Mr. Wallace. Are you aware that Katie Case testified in this matter?

A. I don't know the specifics. I'm aware she testified.

Q. Have you reviewed her testimony?

A. I have not.

Q. You understand Ms. Case testified under oath under penalty of perjury, do you?

A. Okay, yeah.

Q. Like you are today?

A. Yes.

Q. And I will represent to you -- were you on a Signal chat with Ms. Case and Ms. Nathan in 2024, in May of 2024?

CONFIDENTIAL

Page 43

(Brief recess.)

VIDEOGRAPHER:  Back on the record.  Time is 10:08.

Q.   (BY MS. TAHLER)  Mr. Wallace, when we broke, we were looking at a series of websites and social media accounts related to Ms. Jones.  Could you look at what's been marked as Exhibit 44?

A.   Yes.

Q.   Exhibit 44 is a series of tweets related to the stephaniejonesleaks website.

Do you see that?

A.   Tweets or accounts?

Q.   Accounts.  Apologies.

A.   Yes.

Q.   Did you have any involvement of any tweets that went into this -- that were posted onto any of those accounts?

MR. COOLEY:  Objection, form.

THE WITNESS:  Yeah, I did not.

Q.   (BY MS. TAHLER)  Ms. Case testified that she drafted tweets about Ms. Jones and posted to one of those sites.  Are you aware of that?

A.   I am not.

Q.   Did you have any involvement with Ms. Case in tweets that were posted to any of those accounts?

CONFIDENTIAL

Page 44

A.  I did not.

Q.  I'll represent to you that Katie Case testified that she spoke with you in connection with the tweets. Does that refresh any recollection that you worked with Ms. Case in connection with tweets that were posted to any of the accounts in Exhibit 44?

MR. BABCOCK:  Objection.

THE WITNESS:  It does not.

Q.  (BY MS. TAHLER)  Mr. Wallace, are you -- is it your testimony today that if Katie Case testified under oath that she spoke to you in connection with tweets that were posted to one of the accounts in Exhibit 44 that Ms. Case gave false under-oath testimony?

MR. BABCOCK:  Objection.

THE WITNESS:  Yeah, I have no idea what her testimony was.

MR. COOLEY:  Same.

THE WITNESS:  Can't answer that.

Q.  (BY MS. TAHLER)  I'm representing to you that Ms. Case testified that she worked with you in connection with tweets that were posted to one of the accounts at Exhibit 44.  And I'm asking you if it is your testimony that Ms. Case testified about that falsely?

MR. BABCOCK:  Objection.

Page 75

Q.  (BY MS. TAHLER)  You're not certain whether or not a website amandaghostsucks and a website stephaniejonesleaks are similar?

MR. COOLEY:  Objection.

MR. BABCOCK:  Objection.

THE WITNESS:  Yeah, I -- I don't know. That's a broad statement.  They both have URL addresses.

Q.  (BY MS. TAHLER)  Okay.  Mr. Wallace, Katie Case wrote the copy for Exhibit 51; isn't that right?

A.  I don't know.

Q.  Sitting here today, do you believe it's possible that Ms. Case wrote the copy for Exhibit 41?

MR. COOLEY:  Objection.

MR. BABCOCK:  Objection.

THE WITNESS:  Yeah, I can't speak to that. I'm not sure.

Q.  (BY MS. TAHLER)  And you were involved in creating Exhibit 51 as well; isn't that right?

A.  That is not right.

Q.  You had no involvement in Exhibit 51?

MR. COOLEY:  I'm sorry.  One second. Objection.

THE WITNESS:  Could you repeat the question, please?

Q.  (BY MS. TAHLER)  Yes.  Did you have any

CONFIDENTIAL

Page 76

involvement in what came to be Exhibit 51?

MR. COOLEY:  Objection.

THE WITNESS:  I did not.

Q.  (BY MS. TAHLER)  Did you have any discussions with anyone related to what would become Exhibit 51?

MR. COOLEY:  Objection.

THE WITNESS:  Not that I recall.

Q.  (BY MS. TAHLER)  Did you ever discuss Exhibit 51 with Ms. Nathan?

A.  Not that I recall.

Q.  What about Roza Kalantari?

A.  Not that I recall.

MS. ANASTASIO:  This will be 52.

(Exhibit No. 52 was marked.)

Q.  (BY MS. TAHLER)  Mr. Wallace, you are now reviewing what's been marked as KCase-several zeros-4949 through 4962.  This is a communication, sir, between Ms. Case and Ms. Nathan.  You are not on the communication, but you are referenced in it.  So if you'd like to review it, I'm going to have some questions.

A.  Okay.

Q.  Mr. Wallace, have you ever seen Exhibit 52 before today?

A.  What exhibit?  The entire exhibit?