# EXHIBIT 17

## Filed Under Seal

CONFIDENTIAL

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

STEPHANIE JONES, JONESWORKS
LLC,

                   Plaintiffs,

  vs.                CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN,
JUSTIN BALDONI, WAYFARER
STUDIOS LLC,

                   Defendants.

_____

BLAKE LIVELY,

                   Plaintiff,

  vs.       CASE NO. 24-CV-10049-LJL (LEAD CASE)
                 25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.
                 Defendants.

_____

              ***CONFIDENTIAL***

   VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN

          Los Angeles, California

        Tuesday, September 30, 2025

Stenographically Reported By:  Ashley Soevyn,
CALIFORNIA CSR No. 12019

CONFIDENTIAL

**Page 2**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

STEPHANIE JONES, JONESWORKS LLC,

               Plaintiffs,

   vs.            CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

               Defendants.

_____

BLAKE LIVELY,

               Plaintiff,

   vs.      CASE NO. 24-CV-10049-LJL (LEAD CASE)
               25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

               Defendants.

_____

**CONFIDENTIAL**

Video-recorded Deposition of MELISSA NATHAN, taken on behalf of the Plaintiff Jonesworks, Pursuant to Notice, at the offices of Willkie Farr & Gallagher, 2029 Century Park East, Los Angeles, California beginning at 9:16 a.m.  and ending at 8:00 p.m. on Tuesday, September 30, 2025, before me, ASHLEY SOEVYN, California Certified Shorthand Reporter No. 12019.

CONFIDENTIAL

Page 131

BY MS. SHAH:

Q    Okay.  And you have seen each of these documents in Exhibits 54 through 58 before; isn't that correct?

A    I have seen this one.

Q    Which one is that?

A    This is the Holding Clients Hostage.

Q    That's Exhibit 54.

A    I have seen 54.  Is 55 from 54?

Q    Fifty-five is different.  It is another website, stephaniejoneslies.com.

A    I -- I mean, I don't know if they're the same thing for me.  I have not seen this before.

Q    Which exhibit is that?

A    Fifty-eight.  I have not seen 57 before.

Q    Okay.

A    And I know that I was sent a Twitter, but I really don't know if I have seen the majority of Exhibit 56 before.

Q    Okay.  Now, you had a role in the creation of the Stephanie Jones Leaks website that documented in Exhibit 54, right?

        MR. FREEDMAN:  Objection.

        THE WITNESS:  No.

CONFIDENTIAL

Page 132

BY MS. SHAH:

Q    You asked Katie Case to write copy for that website; isn't that true?

A    That is not true.

Q    And you also had a role in the creation of publication of Exhibit 56, the X account, right?

A    No.

Q    You asked Katie Case to write copy for at least five or six tweets that were posted on that X account in Exhibit 56, right?

MR. FREEDMAN:  Objection.

THE WITNESS:  No.

BY MS. SHAH:

Q    Is it your under-oath testimony that you had no involvement whatsoever in any shape or form in anything having to do with the website in Exhibit 54 and the X account in Exhibit 56?

MR. FREEDMAN:  Objection.

THE WITNESS:  It is, yes.

BY MS. SHAH:

Q    And if Katie Case testified to the contrary, would she be lying?

A    Yes.

Q    Are you aware that Katie Case testified that you asked her to write copy for the website in

CONFIDENTIAL

Page 203

part in the creation or publication of any website on behalf of any of your clients?

MR. FREEDMAN: Objection.

THE WITNESS: I think I testified to that previously that I have. I have probably in my lifetime of dealing with clients, talked about websites, my own for one.

BY MS. SHAH:

Q    Any others?

A    I don't know. If you can show me something that can refresh my memory, then sure.

Q    I will show you, but --

A    Great.

Q    -- before we get to documents, I want to be very clear about your testimony with respect to Amanda Ghost.

A    Sure.

Q    Did you have any role whatsoever in discussing or conceiving or creating or causing to be created or published a website featuring Amanda Ghost?

MR. FREEDMAN: Objection.

THE WITNESS: To my knowledge, no.

MS. SHAH: Okay. Can you mark the websites and the social media accounts?

CONFIDENTIAL

Page 204

BY MS. SHAH:

Q    I am going to ask that same question with respect to any social media accounts featuring Amanda Ghost.

A    To my knowledge, no.

MS. SHAH:  Okay.

MS. ANASTASIO:  This will be 65 through 70.

THE WITNESS:  Thank you.

MS. SHAH:  So we're marking for the record a document marked Exhibit 60 -- What is this, five?

MS. ANASTASIO:  That's 65.

MS. SHAH:  Sixty-five, which is a printout of a website entitled "Amanda Ghost is a destroyer of worlds."  And says "Update 9/5/2024".

(Exhibit 65 marked for identification.)

THE WITNESS:  I can see that.

MS. SHAH:  Marked as Exhibit 66 is a printout of an X account with the handle, @amandaghost11.

(Exhibit 66 marked for identification.)

MS. SHAH:  Exhibit 67 is Pinterest account about Amanda Ghost and seemingly linking to Amandaghost.com, and appears to also bear a user

CONFIDENTIAL

Page 399

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 1st day of October, 2025.

ASHLEY SOEVYN

CSR No. 12019