# EXHIBIT 19

## Filed Under Seal

CONFIDENTIAL

**BLAKE LIVELY**

**vs.**

**WAYFARER STUDIOS LLC, et al.**

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

**TRANSCRIPT OF AUDIO RECORDING**

**File Name:  KCASE-000004957**

Transcribed By:

TERRI NESTORE

CSR No. 5614, RPR, CRR

CONFIDENTIAL

Page 2

JED WALLACE:  Oh, also, um, talked about Rebel.

Like here's the -- here's the -- the deal with Rebel, and I think you, me, and, um, and Bryan and maybe Katie, since she'll write this thing, what we have to do is we -- the biggest piece here is that we have to connect Amanda Ghost with Blavatnik, and I -- I was just, like -- so basically what we need to do is we need to create a path where we expose Amanda -- Amanda Ghost as like the new Heidi Fleiss.  Like she pass -- she masquerades as a -- the reason why she sucks so bad at music is because she's actually getting hookers for Blavatnik, right?

And that's what she does.  She's a -- she's a -- she's an absolute madam, and that's why she's so lethal, blah, blah, blah, but that's -- he's right.  Like we can't just do it like, oh, she's a bitch, she sucks.

It's like, it's gotta be really, really heavy, and connected to something that heavy.

So we'll talk about that tomorrow too.

(End of recording.)

CONFIDENTIAL

Page 3

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 30th day of September, 2025.


TERRI NESTORE, CSR 5614, RPR, CRR

CONFIDENTIAL

**[000004957 - shorthand]**                                                      Page 1

| **0** | **bryan**  2:3 | **g** | **new**  2:9 |
|---|---|---|---|
| **000004957**  1:15 | **c** | **getting**  2:11 | **o** |
| **2** | **c**  3:1,1 | **ghost**  2:6,8 | **oh**  2:1,15 |
| **2025**  3:17 | **cause**  3:13 | **gotta**  2:16 | **order**  1:10 |
| **3** | **certified**  3:4 | **h** | **p** |
| **30th**  3:17 | **certify**  3:5,10 | **heavy**  2:16,17 | **parties**  3:11,14 |
| **5** | **confidential**  1:10 | **heidi**  2:9 | **pass**  2:9 |
| **5614**  1:24 3:20 | **connect**  2:5 | **hookers**  2:11 | **path**  2:8 |
| **7** | **connected**  2:17 | **i** | **piece**  2:5 |
| **7709**  3:20 | **counsel**  3:10 | **interested**  3:12 | **proceeding**  3:6 |
| **a** | **create**  2:7 | **j** | **proceedings**  3:12 |
| **ability**  3:8 | **crr**  1:24 3:20 | **jed**  2:1 | **protective**  1:10 |
| **absolute**  2:13 | **csr**  1:24 3:20 | **k** | **provided**  3:9 |
| **accurate**  3:7 | **d** | **katie**  2:4 | **pursuant**  1:10 |
| **actually**  2:11 | **dated**  3:17 | **kcase**  1:15 | **r** |
| **al**  1:6 | **day**  3:17 | **l** | **r**  3:1 |
| **amanda**  2:6,8,8 | **deal**  2:2 | **lethal**  2:13 | **really**  2:16,16 |
| **attorney**  3:11 | **e** | **listening**  3:8 | **reason**  2:10 |
| **audio**  1:14 | **e**  3:1,1 | **lively**  1:4 | **rebel**  2:1,3 |
| **authorized**  3:5 | **either**  3:11 | **llc**  1:6 | **recorded**  3:6 |
| **b** | **et**  1:6 | **m** | **recording**  1:14 2:19 3:9 |
| **bad**  2:10 | **events**  3:12 | **madam**  2:13 | **related**  3:13 |
| **basically**  2:7 | **expose**  2:8 | **masquerades**  2:9 | **reporter**  3:4 |
| **best**  3:8 | **f** | **music**  2:10 | **right**  2:11,14 |
| **biggest**  2:5 | **f**  3:1 | **n** | **rpr**  1:24 3:20 |
| **bitch**  2:15 | **file**  1:15 | **name**  1:15 | **s** |
| **blah**  2:14,14,14 | **fleiss**  2:9 | **need**  2:7,7 | **september**  3:17 |
| **blake**  1:4 | **foregoing**  3:6 | **nestore**  1:23 3:4,20 | **she'll**  2:4 |
| **blavatnik**  2:6 2:11 | **further**  3:10 | | **shorthand**  3:4 |

CONFIDENTIAL

**[signature - write]**                                                                    Page 2

| | |
|---|---|
| **signature** 3:20 | **wayfarer** 1:6 |
| **studios** 1:6 | **write** 2:4 |
| **sucks** 2:10,15 | |
| **t** | |
| **t** 3:1,1 | |
| **taken** 3:8 | |
| **talk** 2:18 | |
| **talked** 2:1 | |
| **terri** 1:23 3:4 3:20 | |
| **thereto** 3:14 | |
| **thing** 2:4 | |
| **think** 2:3 | |
| **tomorrow** 2:18 | |
| **transcribe** 3:6 | |
| **transcribed** 1:23 | |
| **transcript** 1:14 3:7 | |
| **transcription** 3:7 | |
| **transcriptionist** 3:5 | |
| **true** 3:7 | |
| **u** | |
| **um** 2:1,3 | |
| **v** | |
| **vs** 1:5 | |
| **w** | |
| **wallace** 2:1 | |
| **way** 3:12 | |