# EXHIBIT 21
## Filed Under Seal

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---0O0---

BLAKE LIVELY,

Plaintiff,

vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)

25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.,

Defendants.

_____

JENNIFER ABEL,

Third-party Plaintiff,

vs.

JONESWORKS, LLC,

Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.,

Consolidated Plaintiffs,

vs.

BLAKE LIVELY, et al.,

Consolidated Defendants.

_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF STEVE SAROWITZ

Los Angeles, California

Friday, October 3, 2025

Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 100

BY MR. GOTTLIEB:

Q    Who is the auditor of Wayfarer Studios?

A    I don't recall.

Q    Does Wayfarer Studios have an operating agreement?

A    Yes.

Q    Does that agreement reflect the roles and responsibilities of the various members to the LLC?

A    I don't know.

Q    When is the last time you saw that operating agreement?

A    I don't recall.

Q    Do you have any objection to us having the operating agreement for Wayfarer Studios?

MS. GAROFALO:  Objection.

THE WITNESS:  No.

BY MR. GOTTLIEB:

Q    Am I right that you've publicly described, at one point in time, yourself as the money for Wayfarer and Mr. Baldoni as the fame for Wayfarer?

A    Yes.

Q    When you co-founded Wayfarer Studios with Mr. Baldoni, did anyone besides yourself put in money or financing for it?

CONFIDENTIAL

Page 365

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 4TH day of October, 2025.

_____

ASHLEY SOEVYN

CSR No. 12019