# EXHIBIT 27

## Filed Under Seal



## Planet Depos
### We Make It Happen™

**CONFIDENTIAL**

# Transcript of Warren Zavala

**Date:** September 18, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

MS. LEADER:  Just gonna object to the extent it calls for speculation.

MS. GAROFALO:  Okay.  We don't do speaking objections.  But just "objection" is sufficient.

MS. GAROFALO:  Can you please read back the question for Mr. Zavala.

(Record read.)

THE WITNESS:  I don't know.

Q.  BY MS. GAROFALO:  Do you know if that December -- strike that.

Do you know whether Ms. Lively's written agreement provides for her to have a role in the editing of the movie?

A.  I do not.

Q.  I'm gonna jump ahead just a little bit.

Do you know where the movie was filmed?

A.  Yes.

Q.  Where?

A.  New Jersey.

Q.  Were you ever on the set during filming?

A.  I was.

Q.  How frequently?

A.  I went twice.  Which is one more time than I've ever gone to any set in 24 years.

Q.  Is there a reason?

A.    Yeah.  The same reason we're sitting here.          10:41:20

Q.    Excuse me?          10:41:23

A.    The same reason we're sitting here.          10:41:24

Q.    Okay.  So -- and what is the reason we're sitting here?          10:41:26 10:41:29

A.    I assume because there's a legal argument.          10:41:29

Q.    Okay.  Let's go back to your first visit to the set of It Ends With Us.          10:41:39 10:41:45

A.    Um-hm.          10:41:45

Q.    When, if you recall, did that occur?          10:41:46

A.    June of whatever -- the year that they shot the movie.  So I guess it was '23.  It was right before the -- the strikes or shutdown.          10:41:48 10:41:52 10:41:57

Q.    And what prompted you to visit the set in June of 2023?          10:41:59 10:42:07

A.    Blake had brought it to our attention that she was feeling uncomfortable with the movie, and it was a, you know, very unique situation.  And so I made a plan to be there.          10:42:09 10:42:13 10:42:16 10:42:22

Q.    Okay.  First question.  You said that Blake told "us."  Who is the "us"?          10:42:23 10:42:29

A.    Me, her manager, Justin Grey Stone, and her attorneys David Webber and Lindsey Strasberg.          10:42:32 10:42:37

Q.    Prior to visiting the set, your first visit to the set in June of 2023, did Ms. Lively apprise          10:42:45 10:42:48

A. Okay.

Q. BY MS. GAROFALO: Do you recall anybody being present the first time you learned from Ms. Lively that she was uncomfortable on the set of It Ends With Us?

A. No.

Q. Then back to my original question. What did Ms. Lively say to you in or about June 2023 about being uncomfortable on the set of It Ends With Us?

A. I don't recall the exact sequencing of when she told me what she told me in terms of what came first, but she told me about the harassment. She told me how she was feeling. And we had a number of conversations from there as a team, and ultimately, I went out there. I made sure Ange was out there and sat there for a handful of days, and I know her manager went out there at some point as well.

Q. Okay. So, she told you about harassment, correct?

A. Um-hm.

Q. What specifically in that first conversation that you recall with Ms. Lively did she tell you on the subject of harassment on the set of It Ends With Us?

A. I specifically can't remember.

10:45:09
10:45:09
10:45:11
10:45:15
10:45:18
10:45:18
10:45:22
10:45:26
10:45:31
10:45:35
10:45:44
10:45:48
10:45:52
10:45:58
10:46:04
10:46:10
10:46:12
10:46:15
10:46:20
10:46:20
10:46:21
10:46:23
10:46:25
10:46:28
10:46:28

Q.   Okay.  And you said that there were a handful of other events.  What were the handful of other events prior to your first trip to the -- to the New Jersey set that you discussed with Ms. Lively?

A.   One was Justin said that she looked hot, and she told him that he didn't have the right to say that she looked hot.  She had told me that there was another actress on the film that had felt uncomfortable.  There was this, I believe, simulated sex scene they were about to have or some kind of romantic scene wherein he said something into her ear that -- and bit the nape of her neck which she felt like was outlandish.  He said, like, something like, You smell great.  He said something like, You smell great and then bit the nape of her neck.  And then there was Jamey Heath, during the birthing scene, had shown a video of a home birth of his child with his naked wife and that made her feel uncomfortable as well.

I don't know whether or not all of these things occurred prior to my visit.  But they were in and around the same time.

Q.   Okay.  But you do recall that your visit was close to the time that the production was shut

down because of the Writers Guild strike, SAG strike, correct?

A.    Yes.  I think --

Q.    All right.

A.    -- they shut it down -- I can't remember exactly when they shut it done.

Q.    Okay.  But this was close to the time the production was shut down?

A.    Correct.

Q.    All right.  And did you take any steps, other than visiting the set, to address the issues that Ms. Lively raised with you back in June of 2023?

A.    Her attorneys were -- what I had said to her at the time was I think for an issue like this, because it's outside the bounds of being normal, I think you should talk to a litigator and figure out what your rights and remedies are available to you. It's outside the lane of what I do for a living.  And I -- those -- her attorneys arranged a conversation with her, with somebody.  I don't know if that conversation happened prior to the shutdown or shortly thereafter.

Q.    Okay.  Were you present for any of the conversations between Ms. Lively and her attorneys prior to your visit to the set in June 2023 --

10:53:23
10:53:29
10:53:29
10:53:29
10:53:31
10:53:33
10:53:35
10:53:39
10:53:39
10:53:39
10:53:41
10:53:44
10:53:46
10:53:52
10:53:54
10:53:57
10:54:00
10:54:02
10:54:07
10:54:09
10:54:11
10:54:14
10:54:14
10:54:19
10:54:24

303

STATE OF CALIFORNIA.         )
                             )
COUNTY OF LOS ANGELES        )

        I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

        That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

        That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

        I further certify that I am not interested in the outcome of the action.

        Witness my hand this 19th day of September, 2025.

MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California