# EXHIBIT 34

## Filed Under Seal

**From:** Lizzy Talbo ████████████
**Sent:** Thur 4/6/2023 9:00:32 PM Eastern Daylight Time
**To:** Jill Sacco ████████████
**Sent on behalf of:** Lizzy Talbot ████████████ >
**Subject:** Re: Intimacy Coord

Hey!

Thanks so much!

So we typically do a prep day per shoot day so wanted to flag that in case its been missed. There will be a ton of nudity riders for this show so it would be great to meet with Sony legal as soon as possible.

It'll be heavy on the consultancy too from what I understand.

I'll wait on the next script - there was talk in the meeting of Vegas happening in May so please let me know if that goes anywhere!

Thanks so much - so good to have you working on this!
Lizzy

On Thu, Apr 6, 2023 at 8:42 AM Jill Sacco ████████████ > wrote:

> Hey Lizzy!
> We'd love to lock you in as our Intimacy Coordinator.  Non-union rate is $1250/8.
>
> We're currently scheduled for 4x days on set for the intimacy coordinator (but there may be some dates added per the newest script version) and the dates per our most recent one liner are: 6/1, 6/6, 6/15, 6/30. I know you're not available on 6/30 so we'll most likely need a replacement that day but we can hold a beat on that until we know if the schedule is changing at all.
>
> We're also budgeted for 4-5x 8-hour rehearsal days.
>
> Let me know how that sounds and if it sounds good to you we'll get you on the crew list and distro.  We should have an updated script out this week and hopefully a new one liner soon after!
>
> Thanks,
>
> On Tue, Mar 14, 2023 at 2:00 PM Jill Sacco < ████████████ wrote:
>
>> Great!  I'll be in touch tomorrow to loop you in with the director's assistant to get something scheduled for Friday or Monday.
>> Thanks,
>>
>> On Tue, Mar 14, 2023 at 12:18 PM Lizzy Talbot < ████████████ wrote:
>>
>>> Ah this is great! I love the book. I'll give this a read tonight - I should be free Friday and Monday if that's helpful!
>>>
>>> Thanks,
>>> Lizzy
>>>
>>> On Tue, Mar 14, 2023 at 11:52 AM Jill Sa ████████████ wrote:
>>>
>>>> Great!  I've attached a watermarked script for you to read.  I'd love for you to give it a read and then we can set up an interview for you with our director to see if you're a good fit for the position.  I'd love to get interviews on the books for late this week or early next week so circle back once you finish the script, and if you're still interested, I'll loop you in with the director's assistant to get something set up.
>>>> Thanks,
>>>>
>>>> On Mon, Mar 13, 2023 at 7:10 PM Lizzy Talbot ████████████ > wrote:
>>>>
>>>>> Hey Jill,
>>>>>
>>>>> No housing required. I work the typical non union rate $1250/8 hours plus prep. I've attached my resume just in case you need it.
>>>>>
>>>>> Thanks!
>>>>> Lizzy
>>>>>
>>>>> On Mon, Mar 13, 2023 at 7:06 PM Jill Sacco < ████████████ wrote:
>>>>>
>>>>>> Great.  Do you work as a local in NJ or would you require housing?
>>>>>> And what is your typical rate?  We're budgeted for it to be a non-union position but let me know how you typically do it.

CONFIDENTIAL

I'm hoping to line up some interviews for candidates with our director in the next week or so.

Thanks,

On Mon, Mar 13, 2023 at 7:02 PM Lizzy Talbot ████████████ > wrote:

Hi Jill!
Just got your message! I'm available in that time frame. I live in CT but work in NJ quite a lot. No travel days required!

The No Hard Feelings producers are great! Glad you know them!

Thanks!
Lizzy
--
**Elizabeth Talbot**
**Intimacy Coordinator |** ▢ ▢ ▢

**Pronouns: she/they**

In the Press

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*
**Wayfarer Studios**

--
**Elizabeth Talbot**
**Intimacy Coordinator |** ▢ ▢ ▢

**Pronouns: she/they**

In the Press

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*
**Wayfarer Studios**

--
**Elizabeth Talbot**
**Intimacy Coordinator |** ▢ ▢ ▢

CONFIDENTIAL

Pronouns: she/they



In the Press

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*
**Wayfarer Studios**

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*

--

Pronouns: she/they

In the Press

CONFIDENTIAL