# EXHIBIT 35

## Filed Under Seal

| From: | Joseph Lanius |
|---|---|
| To: | Lindsey Strasberg |
| Cc: | Imene Meziane |
| Subject: | Re: IEWU - Blake Lively Nudity Rider |
| Date: | Monday, May 8, 2023 11:35:10 AM |
| Attachments: | image001.png |
| | image002.png |
| | IEWU - Blake Lively Nudity Rider 5.8.23.doc |

Hi Lindsey,

Please note that I just sent the long form on accident. That is technically still under internal review by Sony, which I hope to have approval today, so please ignore that attachment for now.

Attaching here the actual Nudity Rider.

Reserving customary rights.

Kind regards,

Joseph

**Joseph Lanius**
**Partner**



9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210



*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

**From:** Joseph Lanius
**Date:** Monday, May 8, 2023 at 11:30 AM
**To:** Lindsey Strasberg
**Cc:** Imene Meziane
**Subject:** IEWU - Blake Lively Nudity Rider

Hello Lindsey,

I hope you had a good weekend.

Attaching here Blake's Nudity Rider for your review that has been approved by SAG intimacy coordinator.

Apologies for the rush job but, please note we need this signed by tomorrow.

Reserving customary rights.

I look forward to hearing from you shortly.

Kind regards,

Joseph

CONFIDENTIAL



**Joseph Lanius**
Partner

9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

CONFIDENTIAL

BL-000038644

RIDER

TO:          ACTING SERVICES AGREEMENT (THE "AGREEMENT")

DATED:       May 8, 2023

PARTIES:     Blakel, Inc. ("Lender") f/s/o Blake Lively ("Artist") and It Ends With Us Movie
             LLC ("Company")

PICTURE:     "It Ends With Us" ("Picture")


1.   The following, which shall constitute a Rider to the above-specified Agreement, contains provisions which shall be deemed incorporated into the Agreement as if set forth therein in full.  In the event of any conflict between the provisions of this Rider and the Agreement, the provisions of this Rider shall prevail.

2.  Lender and Artist warrant and represent that prior to the time Lender and Artist and Company entering into the Agreement, Company informed Artist that Artist's role in the Picture might require Artist to appear and be photographed (i) nude, which nudity may include, as Company may determine, full nudity from the front and/or rear, and/or any aspect of partial nudity (such nudity being hereinafter collectively referred to as "nude scenes") and (ii) in simulated sex scenes (such scenes being hereinafter referred to as "simulated sex scenes").  Lender and Artist acknowledge and agree that Artist has accepted such engagement in the Picture with full knowledge of Artist's required participation in nude scenes and/or simulated sex scenes as set forth in Exhibit "A", which is attached hereto and incorporated herein by this reference, and Lender's and Artist's execution of the Agreement constitutes written consent by Artist to appear in said nude scenes and simulated sex scenes and to perform therein as required by Company.

3.   Lender and Artist hereby further acknowledge and agree that Company may include in the Picture any such nude scenes and simulated sex scenes as Company may determine, and Company may exhibit, license, broadcast, distribute and/or exploit the Picture containing such nude scenes and simulated sex scenes as Company may determine in perpetuity, in all media, throughout the universe, and further, that Company shall have the right to use and authorize the use of still photographs taken in connection with the Picture, including such nude scenes and simulated sex scenes, as Company may determine, in connection with the advertising, promotion and exploitation of the Picture and all of Company's rights therein.

4.  Lender and Artist further agree that Company may "double" (as such term is commonly used and understood in the motion picture industry) for Artist in any nude scenes and simulated sex scenes, as Company may determine.


[SIGNATURE PAGE FOLLOWS]


1

CONFIDENTIAL                                                                          BL-000038645

ACCEPTED AND AGREED BY:

BLAKEL, INC.
("Lender")


By: _____
Its: _____


_____
BLAKE LIVELY ("Artist")

2

CONFIDENTIAL                                              BL-000038646

## EXHIBIT "A"

### Nude Scenes and Simulated Sex Scenes

1.  Scene B42 - **Simulated Sex:** Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

    **Nudity:**  Artist does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

2.  Scene A69 - **Simulated Sex:** Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

    **Nudity:** Artist does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

3

CONFIDENTIAL

BL-000038647