# EXHIBIT N

## Filed Under Seal



# Blake Brown Media Impact Overview

**11.13.24**

CONFIDENTIAL

Privileged and Confidential

BL-000038835

# Blake Brown Media Impact Overview

Media blowback impacted Blake Brown in four key areas:

1. Sales
    1. Weekly sales rate, Units per store per week

2. Business operations disruption
    1. Brand launch, Founder likeness

3. Brand momentum
    1. Social, Reviews, PR/Earned Media Value

4. Reputational Damage

Privileged and Confidential

CONFIDENTIAL                                                                                      BL-000038836

# Weekly Sales: Units/Store/Week

- Significant Decline in weekly Units per Store per Week

- Pre-Launch, Target forecast called for ~11.57 units per store per week.  Launch initially far outpaced that forecast but latest performance is underdelivering vs forecast

- Units Per Store Per Week by Product:

| Item | Target Pre-Launch Forecast | 8/3/24 | 8/10/24 | 8/17/24 | 8/24/24 | 8/31/24 | 9/7/24 | 9/14/24 | 9/21/24 | 9/28/24 | 10/5/24 | 10/12/24 | 10/19/24 | 10/26/24 | 11/2/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strengthening Shampoo | 1.89 | 5.42 | 17.58 | 4.49 | 4.29 | 2.70 | 1.89 | 1.71 | 1.78 | 1.82 | 1.90 | 1.48 | 1.29 | 1.19 | 1.06 |
| Strengthening Mask | 1.21 | 5.66 | 14.83 | 2.93 | 1.94 | 1.67 | 1.35 | 1.83 | 2.25 | 2.23 | 2.00 | 1.52 | 1.40 | 1.56 | 1.33 |
| Nourishing Shampoo | 2.00 | 6.86 | 17.54 | 4.71 | 5.38 | 3.06 | 2.30 | 1.89 | 1.74 | 1.45 | 1.78 | 1.83 | 1.65 | 1.60 | 1.33 |
| Nourishing Mask | 0.93 | 7.02 | 13.36 | 4.41 | 5.26 | 1.31 | 0.71 | 1.41 | 1.80 | 1.36 | 1.43 | 1.17 | 1.18 | 1.39 | 1.31 |
| Rich Reset Pre-Shampoo Mask | 1.15 | 0.66 | 7.22 | 3.96 | 2.55 | 1.65 | 1.19 | 0.90 | 0.66 | 0.54 | 0.60 | 0.57 | 0.43 | 0.37 | 0.26 |
| All-In-Wonder | 1.33 | 1.94 | 8.99 | 5.53 | 6.96 | 4.06 | 2.71 | 1.88 | 1.40 | 1.33 | 2.16 | 2.78 | 2.38 | 2.04 | 1.56 |
| Glam Mousse | 1.26 | 0.90 | 6.34 | 3.72 | 2.66 | 1.57 | 1.13 | 0.94 | 0.83 | 0.70 | 0.91 | 0.92 | 0.84 | 0.81 | 0.61 |
| Dry Shampoo | 1.80 | 1.81 | 8.87 | 5.47 | 5.21 | 3.13 | 2.19 | 2.13 | 1.79 | 1.40 | 2.00 | 2.18 | 1.92 | 1.72 | 1.36 |
| Average | 11.57 | 30.27 | 94.73 | 35.24 | 34.24 | 19.13 | 13.47 | 12.69 | 12.26 | 10.81 | 12.78 | 12.45 | 11.11 | 10.67 | 8.82 |

Source: Target Reporting System
CONFIDENTIAL

Privileged and Confidential
BL-000038837

# Business Operations Disruption

- Significant impact to brand launch
  - Brand went dark on social August 14 – Sept 9 2024, a critical launch period to maximize momentum for the brand
  - Still unable to leverage influencers and content creators, key opinion leaders and brand builders in the hair space, due to concerns around creators being recipient of negative sentiment
  - Target has pulled back brand launch support due to risk: social collaborations, social posts, paid social support

- Financial Impacts
  - Target Together expense reimbursement due to cancellation
  - Tiny Target expense reimbursement due to cancellation
  - Cost incurred to accelerate inventory based on launch momentum
  - Overinvestment in additional reviews to offset media-driven negative reviews

Privileged and Confidential

CONFIDENTIAL

BL-000038838

# Business Operations Disruption

- Unable to use Founder as face of brand to drive awareness and earned media value planned for to offset limited marketing budget in early years, per launch (first 12-24 months) strategy alignment established in strategic operating plan
- Continued hold back from founder personal appearances, media moments, creator opportunities



Privileged and Confidential
BL-000038839

# Brand momentum: Social Sentiment

Significant and persistent impact on brand social sentiment

- Pervasive trolls & Harassment accounts with no followers, no posts

- Flywheel momentum behind negative product reviews on posts, further influencing consumers experience/perception of brand and dramatically impacting trial

Privileged and Confidential

CONFIDENTIAL

BL-000038840

# Examples of harassing accounts with no followers, no posts







CONFIDENTIAL

Privileged and Confidential
BL-000038841

# Examples of harassing accounts with no followers, no posts







**ronn.iejac** We want Justin's cut of the movie!! He actually care about DV

12w   6 likes   Reply

**judy__bees** Worst product I returned them, don't bother

11w   10 likes   Reply

 **alexandra968538** Don't buy this crappppp!!!!

12w   155 likes   Reply

**user_082520** 🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸🐸

10w   16 likes   Reply



**yourfave455** Made my hair super dry

12w   Reply

**robert_crosetti** Boyc0tt!!!

10w   Reply

**elizabeth.coker.148** 6w
I don't need to read about this. I just have to listen to Blake and what a narcissist she is. Boycotting

2 likes   Reply   •••



**alittlebit_lalala** @onebiteca her hair looks dry and frizzy so idk why she even thought she could develop a hair care line, let alone post her own hair pic as a testimonial 😬



**girlnextdoorlei** @onebiteca what did you expect? Have you seen Blake's hair? Is literally fried

7w   Reply

**girlnextdoorlei** @onebiteca it is relevant to talk her appearance here tho.

7w   Reply

Privileged and Confidential

# Examples of Harassing IEWU, Blake comments

| August 12 | September 12 | September 20 |
|---|---|---|







CONFIDENTIAL

Privileged and Confidential

BL-000038843

# Examples of Repeat Harassers persistently commenting



Privileged and Confidential

BL-000038844

# Problematic Bots List

| Red Highlights are repeat bots with higher level of threat | | | |
|---|---|---|---|
| @kei_tamo | @lovely_janey | @bloom.warrior | @four.loka |
| @discodraclax | @eastcutgirl415 | @hdhdv_sha | @mariep.h |
| @idkyltbbe.__7778249 | @portmoyderby | @lisa5771marie | @luinthelife |
| @holychic_market | @karla.m.camacho | @laceyelizabeth86 | @sunflower_glitter |
| @traveling.a | @ailu.taylorsversion | @oitnigmtofndjnddnjdmd_dndmdd | @family_over_everything_1543 |
| @four.loka | @godismyoath.4 | @indiedev_joe | @lovely_janey |
| @mariep.h | @jessiejames_43 | @sofiamkrisk | @jessiejames_43 |
| @jaybot | @m1chelle_m | @ldcapati | @judy_bees |
| @_luuc14 | @judy_bees | @ninajacobs51 | @jlavender20 |
| @luinthelife | @sadsureassault | @rhood90 | @discordraculax |
| @shining_moonstars | @jlavender20 | @mellon_jellon | @mariep_h |
| @lajacobs | @anotherkellydobinson | @themisfittoycollector | @murmure.de.moi |
| @v.kanaska | @2funkytown | @pplrwrd | @v.kanska |
| @sunflower_glitter | @bunnyfrienda | @wakeup1388 | @yoli.r70 |
| @monyy_la | @murmure.de.moi | @flyingfridges24 | @stinebergie |
| @c_c7aaa | @karlabowlem | @udafuda | @bloom.warrior |
| @neuronet_nirvanna | @priscillaroams | @h.moh.ra | @hdhdv_sha |
| @abra.kadabraqqq | @yoli.r70 | @mariecaine89 | @laceyelizabeth86 |
| @elizabeth.coker.148 | @oliverthekingcharlescavi | @samanthaap2020 | @indiedev_joe |
| @huss13644 | @the.comment.slut | @hanguyen13 | @sofiamkrisk |
| @family_over_everything_1543 | @tiledbleach | @thereinsaba | @pplrwrd |
| @emberbdg | @tanjuska970 | @eversleyend | @h.moh.ra |
| @josephine.allais | @spillingthetea143 | @more.cleara | |
| @ayakfetisi3433 | @stinebergie | @marl_aenz | |
| @beck_oneill157 | @kpscndtvs | @sony.adrake | |
| @jessica_cardenas23 | @giadamerlin | @zoins_8321 | |
| @thejonestownpioneers | @anaruiz8370 | @harviscool | |
| @789_peteobsessed | @emmac0801 | @jenna_hansen21 | |
| @yoshikicuevas | | @cygninianserinae | |
| @lyylivilppu | | @_sonnyside | |

Privileged and Confidential

CONFIDENTIAL                                                                                                                                    BL-000038845

# Social Sentiment

- Blake Brown Launched to phenomenally positive social sentiment
  - Launch through August 12, 41% of comments were positive, with negative comments focused on out of stocks
- Starting August 13, there was a dramatic shift to negative commentary, increasing in proportion of total IG comments (52%) and in absolute number of comments (1192)
- Negative comments remain pervasive, comprising 36% of total comments launch-to-date

| | Comments | | | |
|---|---|---|---|---|
| | Total | Positive | Neutral | Negative |
| 7/31/24 – 8/12/24 | 4,463 | 1,830 | 1,741 | 893 |
| 8/13/24 – 8/31/24 | 2,292 | 413 | 688 | 1,192 |
| 9/1/24-9/30/24 | 3,184 | 923 | 923 | 1,337 |
| 10/1/24 – 10/31/24 | 2,140 | 685 | 514 | 942 |
| 11/1/24 – 11/12/24 | 502 | 211 | 146 | 141 |
| | | | | |
| Launch To Date | 12,581 | 4,061 | 4,011 | 4,504 |
| Launch to Date % | 100% | 32% | 32% | 36% |



CONFIDENTIAL

# Social Sentiment: Launch-to-date

- In aggregate since launch, the impact of the media blowback has remained overwhelming and shifted the average sentiment



# Social Sentiment: July 31 – Aug 12

- 4463 total IG comments, 20% negative
- Negative comment themes: out of stocks





Source: Dash Hudson, @blakebrownbeauty
CONFIDENTIAL

Privileged and Confidential

BL-000038848

# Social Sentiment: Aug 14 - Aug 31

- 2292 total IG comments, 52% negative
- Negative comment themes: Movie, DV, Dry/Frizz



Source: Dash Hudson, @blakebrownbeauty
CONFIDENTIAL

Privileged and Confidential
BL-000038849

# Social Sentiment: Sept 1 – Sept 30

- 3184 total IG comments, 44% negative
- Negative comment themes: DV, Blake Lively, Movie, Dry Hair



Source: Dash Hudson, @blakebrownbeauty

CONFIDENTIAL

# Social Sentiment: Oct 1 - Oct 31

- 2140 total IG comments, 52% negative
- Negative comment themes: DV, Blake Lively, Product



Source: Dash Hudson, @blakebrownbeauty

CONFIDENTIAL

Privileged and Confidential

BL-000038851

# Social Sentiment: Nov 1 - Nov 12

- 502 total IG comments, 28% negative
- Negative comment themes: Blake Lively, DV, Apology, Product



Source: Dash Hudson, @blakebrownbeauty

CONFIDENTIAL

Privileged and Confidential

BL-000038852

# Brand Momentum: Instagram Trended Sentiment

- Sentiment turned negative in conjunction with media crisis



Source: Dash Hudson, @blakebrownbeauty
CONFIDENTIAL

Privileged and Confidential
BL-000038853

# Brand Momentum: Instagram Followers Trend

- Followership negatively impacted in key brand building moment



# Brand Momentum: Product Reviews

Product Reviews negatively impacted starting Mid-August

- Product reviews were flooded with negativity against the brand and founder starting mid-August
- Target.com is an open platform for reviews, with no proof of purchase required to leave review (designated "unverified")
- Blakebrownbeauty.com reviews, which we started collecting in October, outperform Target.com reviews by +0.4 to +1.3 points

| | Target.com initiatied | Blakebrown beauty.com initiated | Difference in reviews | Unverified 1 Star Reviews |
|---|---|---|---|---|
| Nourishing Shampoo | 3.2 | 4.4 | -1.2 | 86/144 |
| Nourishing Mask | 3.7 | 4.6 | -0.9 | 20/60 |
| Strengthening Shampoo | 3.2 | 4.5 | -1.3 | 57/129 |
| Strengthening Mask | 3.8 | 4.5 | -0.7 | 17/52 |
| All-In-Wonder | 3.5 | 4.4 | -0.9 | 30/62 |
| Glam Mousse | 3.8 | 4.2 | -0.4 | 6/19 |
| Dry Shampoo | 2.5 | 3.8 | -1.3 | 42/135 |
| Rich Reset Pre-Shampoo Mask | 3.8 | 4.5 | -0.7 | 14/23 |

# Brand Momentum: Product Reviews Examples

| Commentor | Rating | Review | Review |
|---|---|---|---|
| Viva la DV victims | 1 | Castor out for the win | My hair fell off, horrible specially if you're a DV victim.... |
| trash | 1 | trash | a complete waste of money |
| iluvlambs | 1 | my revieq | blake lively is so unlikeable. she somehow created a product even crappier than her personality and that somehow scares me. why would anyone willingly put this on their hair? she claims she's known for her great hair but it always looks freaking frizzy and fried. my friend kyle, on the other hand, endorses this product bc he claims to love blake lively. he's the same type of guys who says his fav author is colleen hoover tho so take his opinion with a grain of salt. |
| Target Shopper | 1 | Get it if you want that dry frizzy blake lively look | Would give it a zero if I could. This was given to me. Feels like a very cheap product, I can't stand the overpowering smell, and it's very drying on the hair. If you want the dry, frizzy Blake Lively look, then sure give it a go. |
| Blake fail | 1 | | This dried my hair out so bad. I had to use a salon repair mask to try to salvage it. Even doing so, after my hair was dry, it was insanely frizzy with broken pieces all over my shirt. This is a big no. |
| jbarsm | 2 | Hair Loss and Annoying Packaging | I have always been skeptical on whether or not shampoos can cause hair loss. However, during the two times I used the Blake Brown shampoos and masks, I had significant hair loss (healthy hairs, not just the white or broken hairs). PRO's: Although I have an extreme sensitivity to odors, I had no problem with the smell of the products, and ithey did seem to make my hair soft. CON's: Hair loss. Neither of the shmapoos produced enough lather on my hair, even after a seond wash, so I did not feel that I was getting my scalp clean enough, even if it was getting clean enough. The packaging was very annoying and took up too much space in my shower/tub combo (at a minimum the shampoos should be in in a pump or squeeze bottle). This review is based on my experience with the Blake Brown products. Everyone's hair is different, so it may be worth trying if you don't mind the annoying packaging that takes up a lot of space in shower/tub combos. |
| Nic | 1 | Dry and brittle hair | This product gives you Blake hair - DRY FRIZZY AND TANGLED UP DONT BUY |

Source: Target.com

CONFIDENTIAL

Privileged and Confidential

BL-000038856

# Brand Momentum: Earned Media significantly trailed off and turned negative/neutral

| Blake Brown ALL Coverage - 7/31/24-10/28/24 | |
|---|---:|
| Total Story Count | 739 |
| Total Impressions | 34,430,031,749 |
| Total Ad Value | $319,564,372 |

| Blake Brown  Coverage | August |
|---|---:|
| Total Story Count | 664 |
| Total Impressions | 30,203,064,525 |
| Total Ad Value | $280,136,922 |

| Blake Brown Coverage | September |
|---|---:|
| Total Story Count | 50 |
| Total Impressions | 3,679,693,759 |
| Total Ad Value | $34,165,801 |

| Blake Brown Coverage | October as of 10/28 |
|---|---:|
| Total Story Count | 25 |
| Total Impressions | 547,273,465 |
| Total Ad Value | $5,261,649 |

**Press from launch – through October:**
- Total Placements: 749
- Positive: 426
- Neutral: 317
- Negative: 4
- N/A: 2

**Press from launch – through August:**
- Total Placements: 664
- Positive: 398
- Neutral: 260
- Negative: 4
- N/A: 2

**Press from September:**
- Total Placements: 50
- Positive: 21
- Neutral: 29
- Negative: 0
- N/A: 0

**Press from October:**
- Total Placements: 35
- Positive: 7
- Neutral: 28
- Negative: 0
- N/A: 0

Source: Cision, PR agency reporting
CONFIDENTIAL

Privileged and Confidential
BL-000038857

# Reputational Damage

- Target:  Cancelled consumer and corporate events have put strain on brand support within broader Target ecosystem

- Media: cancellations of planned events, interviews

- Suppliers:  dramatic increase then decrease in volume

- Agency partners: pivots and scrambles to rework plans

- Consumers: strong social and media momentum around product performance working against the brand and discouraging trial.  Strong clinical and consumer perception data demonstrate how well the products work

Privileged and Confidential
CONFIDENTIAL
BL-000038858