# EXHIBIT P

**Thread Participants:** ██████████ Jeremy Watkins; ██████████ Melissa Nathan (Owner)
**Active Participants:** ██████████ Jeremy Watkins; ██████████ Melissa Nathan (Owner)
**First Message:** 8/22/2024 9:46:47 PM
**Last Message:** 8/22/2024 9:58:47 PM

**Jeremy Watkins**
https://www.barstoolsports.com/blog/3522813/justin-baldoni-hired-johnny-depps-pr-crisis-manager.-a-week-later-the-whole-world-turned-on-blake-lively
📎
<__Library_SMS_Attach_1_12_02_C7B5B6_1_28A487_1 >
📎
<__Library_SMS_Attach_1_80_00_F2ED13_1_4B98C6_1>
8/22/2024 9:46:47 PM

**Jeremy Watkins**
Are you kidding me lol 👏
8/22/2024 9:46:47 PM

**Melissa Nathan (Owner)**
What I love about this message is that all I saw is are you kidding me? And I knew that it was from you so that means it was barstool sports
8/22/2024 9:49:29 PM

**Melissa Nathan (Owner)**
There has been so many articles and the one you find is barstool

Also Leslie Sloane had a gigantic go at me yesterday and I'm really fucking confused

She was telling me I was placing stories ( I'm not )

About her ( I'm not and where )

And a journalist read out my text that I wrote about her verbatim, which is absolutely untrue because I'm not stupid enough to ever write down anything .

I'm really confused By her
8/22/2024 9:50:55 PM

**Jeremy Watkins**
Welcome to the club but I have to keep good relationship with her lol
8/22/2024 9:51:36 PM

**Jeremy Watkins**
She's going to freak but whatever
8/22/2024 9:51:41 PM

NATHAN_000002462

**Jeremy Watkins**
Doesn't matter for you
8/22/2024 9:51:44 PM

**Melissa Nathan (Owner)**
No, I understand
But I'm really confused and I'm talking to you honestly it's so strange
8/22/2024 9:51:56 PM

**Jeremy Watkins**
What confuses you about her lol
8/22/2024 9:52:30 PM

**Jeremy Watkins**
She's in over her head on crisis
8/22/2024 9:52:38 PM

**Jeremy Watkins**
She's a celeb pub
8/22/2024 9:52:43 PM

**Melissa Nathan (Owner)**
Just the way she came at me lol
8/22/2024 9:53:03 PM

**Melissa Nathan (Owner)**
This went really really badly for her. I understand that but a lot of this was organic
8/22/2024 9:53:20 PM

**Melissa Nathan (Owner)**
She thinks that I've paid tiktok to smear Blake I don't even have TikTok
8/22/2024 9:53:39 PM

**Jeremy Watkins**
She has the personality always to blame someone and doesn't look at herself
8/22/2024 9:54:14 PM

**Melissa Nathan (Owner)**
I know . It just sucks as I hate arguing and between her and SJ I'm like what the actual fuck
8/22/2024 9:55:58 PM

**Jeremy Watkins**
Who's sj
8/22/2024 9:56:38 PM

**Melissa Nathan (Owner)**
Stephanie
8/22/2024 9:56:47 PM

CONFIDENTIAL

NATHAN_000002463



NATHAN_000002464