# EXHIBIT X

## Filed Under Seal



BRAND UPDATE | CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000038373

# Agenda

- 2024 full year actual results

- 2025 June YTD actual results

- 2025 full year forecast

ATTORNEYS' EYES ONLY

BL-000038374

# Family Hive - 2024 Actual results and comparison vs. Deloitte BP

| Income Statement 2024 USD | ACTUAL Family Hive - Target + DTC 2024 Full Year | % | Deloitte Family Hive - Target + DTC 2024 Full Year | % | Var. Actual vs Deloitte Var Actual vs Deloitte | |
|---|---|---|---|---|---|---|
| Gross sales | 12,488,977 | 111% | - | 0% | | 0% |
| Route insurance | 5,150 | 0% | - | 0% | | 0% |
| Deductions | (1,229,149) | -11% | - | 0% | | 0% |
| **Net revenue** | **11,264,977** | **100%** | **8,700,000** | **100%** | **2,564,977** | **29%** |
| COGS | 3,963,954 | 35% | 3,400,000 | 39% | 563,954 | 17% |
| Freight in, special handling and sourcing fees | 587,883 | 5% | 500,000 | 6% | 87,883 | 18% |
| Customs & Excise | 44,515 | 0% | - | 0% | 44,515 | N.a. |
| Warehouse storage and fill & pack | 168,768 | 1% | - | 0% | 168,768 | N.a. |
| Other warehouse expenses | 19,283 | 0% | - | 0% | 19,283 | N.a. |
| **Total CHARGES MARCHANDISES** | **4,784,403** | **42%** | **3,900,000** | **45%** | **884,403** | **23%** |
| **GROSS MARGIN (incl other stock costs)** | **6,480,574** | **58%** | **4,800,000** | **55%** | **1,680,574** | **35%** |
| Royalties | 572,277 | 5% | 500,000 | 6% | 72,277 | 14% |
| Marketing | 1,549,824 | 14% | 2,900,000 | 33% | (1,350,176) | -47% |
| **TOTAL MARKETING COSTS** | **2,122,101** | **19%** | **3,400,000** | **39%** | **(1,277,899)** | **-38%** |
| **CONTRIBUTION MARGIN** | **4,358,474** | **39%** | **1,400,000** | **16%** | **2,958,474** | **211%** |
| **TOTAL OTHER OVERHEADS** | **3,419,764** | **30%** | **2,700,000** | **31%** | **719,764** | **27%** |
| **EBITDA** | **938,710** | **8%** | **(1,300,000)** | **-15%** | **2,238,710** | **N.a.** |

- Thanks to the launch results - well beyond initial expectations - Family Hive P&L outperformed the Deloitte BP

- 2024 net sales (i.e. sales from Family Hive to DTC customers and Target) overperformed the Deloitte BP by c. 30% (i.e USD 11.3M vs. USD 8.7M)

- Family Hive profitability (EBITDA) was also better compared to the Deloitte BP, mainly due to the very strong sales performance at launch

- As a matter of fact, the negative impact of digital manipulation, generated an adverse trend that is still affecting current performance – i.e. the 2024 strong results were effectively driven by the first weeks of launch (until late August 2024) and not by the entirety of 2024 – *please refer to next slide for details*

ATTORNEYS' EYES ONLY

BL-000038375

# Family Hive - 2024 Actual results per month

- The below table shows that Blake Brown performance were largely generated by the end of September 2024, with 83% of sales (c. $9.4M) realized before the end of September (i.e., cumulated sales before the launch - namely sales in the period January to July 2024 - plus sales in the months of August and September 2024)

- The same applies to profitability – the annual EBITDA of $0.9M EBITDA is the sum of a positive EBITDA for $1.3M in the period until September, while Q4 2024 (October to December) generated a negative EBITDA of $0.4M

| Income Statement 2024 USD | Actual 2024 - Monthly | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Jan 24 to July 2024 | % | Aug-24 | % | Sep-24 | % | Oct-24 | % | Nov-24 | % | Dec-24 | % | Total 2024 | % |
| Gross sales | 3,419,798 | 111% | 4,653,595 | 111% | 2,328,661 | 111% | 1,379,288 | 111% | 360,047 | 109% | 347,587 | 106% | 12,488,977 | 111% |
| Route insurance | - | 0% | 1,938 | 0% | - | 0% | - | 0% | 1,599 | 0% | 1,613 | 0% | 5,150 | 0% |
| Deductions | (341,980) | -11% | (465,360) | -11% | (233,475) | -11% | (137,888) | -11% | (30,465) | -9% | (19,982) | -6% | (1,229,149) | -11% |
| **Net revenue** | **3,077,818** | **100%** | **4,190,174** | **100%** | **2,095,186** | **100%** | **1,241,401** | **100%** | **331,181** | **100%** | **329,218** | **100%** | **11,264,977** | **100%** |
| COGS | 1,092,330 | 35% | 1,450,212 | 35% | 769,907 | 37% | 450,985 | 36% | 108,983 | 33% | 91,538 | 28% | 3,963,955 | 35% |
| Freight in, special handling and sourcing fees | 139,829 | 5% | 216,449 | 5% | 114,987 | 5% | 69,745 | 6% | 12,196 | 4% | 34,676 | 11% | 587,883 | 5% |
| Customs & Excise | 18,856 | 1% | 25,659 | 1% | - | 0% | - | 0% | - | 0% | - | 0% | 44,515 | 0% |
| Warehouse storage and fill & pack | 33,365 | 1% | 57,343 | 1% | 53,000 | 3% | (10,242) | -1% | 30,401 | 9% | 4,900 | 1% | 168,768 | 1% |
| Other warehouse expenses | 1,867 | 0% | - | 0% | - | 0% | 2,600 | 0% | 10,122 | 3% | 4,693 | 1% | 19,283 | 0% |
| **Total CHARGES MARCHANDISES** | **1,286,247** | **42%** | **1,749,663** | **42%** | **937,895** | **45%** | **513,088** | **41%** | **161,703** | **49%** | **135,808** | **41%** | **4,784,403** | **42%** |
| **GROSS MARGIN (incl other stock costs)** | **1,791,572** | **58%** | **2,440,511** | **58%** | **1,157,291** | **55%** | **728,312** | **59%** | **169,479** | **51%** | **193,410** | **59%** | **6,480,574** | **58%** |
| Royalties | 153,891 | 5% | 212,177 | 5% | 104,759 | 5% | 62,056 | 5% | 19,796 | 6% | 19,597 | 6% | 572,277 | 5% |
| Marketing | 718,132 | 23% | 94,378 | 2% | 135,928 | 6% | 68,710 | 6% | 270,479 | 82% | 262,197 | 80% | 1,549,823 | 14% |
| **TOTAL MARKETING COSTS** | **872,023** | **28%** | **306,556** | **7%** | **240,687** | **11%** | **130,767** | **11%** | **290,275** | **88%** | **281,794** | **86%** | **2,122,101** | **19%** |
| **CONTRIBUTION MARGIN** | **919,549** | **30%** | **2,133,955** | **51%** | **916,604** | **44%** | **597,546** | **48%** | **(120,796)** | **-36%** | **(88,384)** | **-27%** | **4,358,474** | **39%** |
| **TOTAL OTHER OVERHEADS** | **893,557** | **29%** | **1,146,388** | **27%** | **636,242** | **30%** | **315,093** | **25%** | **174,067** | **53%** | **254,417** | **77%** | **3,419,764** | **30%** |
| **EBITDA** | **25,992** | **1%** | **987,567** | **24%** | **280,362** | **13%** | **282,453** | **23%** | **(294,863)** | **-89%** | **(342,801)** | **-104%** | **938,710** | **8%** |

ATTORNEYS' EYES ONLY

BL-000038376

# Family Hive – December 2024 Balance sheet

| 2024 |
|---|

**ACTUAL 2024**

| ASSETS | Amount | | LIABILITIES & EQUITY | Amount |
|---|---|---|---|---|
| Bank | | | Account payable | |
| Bank of America | 8,654 | | Payables | 203,599 |
| **Total Bank** | **8,654** | | **Total Account payables** | **203,599** |
| Accounts receivable | | | **OTHER CURRENT LIABILITIES** | |
| Trade - Account receivable | 361,204 | | Accrued expenses | |
| Accrued deduction - Account receivable | -682,341 | | Accrued purchases ** | - |
| **Total Account receivable** | **-321,137** | | Accrued expenses | 71,889 |
| **OTHER CURRENT ASSET** | | | Accrued bonuses | 181,809 |
| Inventory | | | Deferred revenue | 43,442 |
| Inventory - Finished Goods and components | 7,146,526 | | **Total Accrued expenses** | **297,141** |
| **Total inventory** | **7,146,526** | | Intercompany | |
| Prepaid | | | Intercompany - GBB | 6,436,715 |
| Suppliers advance | 1,140,984 | | **Total intercompany** | **6,436,715** |
| Prepaid expense | 33,135 | | | |
| **Total prepaid** | **1,174,120** | | | |
| **FIXED ASSET** | | | | |
| Tangible Fixed asset | | | | |
| Retail fixtures and displays | 589,380 | | | |
| Equipment | 149,499 | | | |
| Accumulated deprecaition tangible fixed asset | -156,508 | | | |
| **Net Tangible Fixed asset** | **582,372** | | | |
| Intangible Fixed asset | | | | |
| Website development | 134,600 | | **EQUITY** | |
| Trademark & User rights | 447,418 | | Retained earnings | (64.00) |
| Accumulated deprecaition intangible fixed asset | -117,946 | | Equity | 4,000,000 |
| **Net Tangible Fixed asset** | **464,072** | | Net income | -1,882,786 |
| **Total Fixed asset** | **1,046,443** | | **Total Equity** | **2,117,150** |
| **TOTAL ASSETS** | **9,054,605** | | **TOTAL LIABILITIES AND EQUITY** | **9,054,605** |

ATTORNEYS' EYES ONLY

BL-000038377

# Agenda

- 2024 full year actual results

- 2025 June YTD actual results

- 2025 full year forecast

ATTORNEYS' EYES ONLY

BL-000038378

# 2025 June YTD Actual Result

| Income Statement 2025 USD | Jan-25 | % | Feb-25 | % | Mar-25 | % | Apr-25 | % | May-25 | % | Jun-25 | % | Total YTD 2025 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Actual YTD 2025 - Monthly | | | | | | | |
| Gross sales | 201,130 | 108% | 104,042 | 121% | 162,522 | 113% | 2,486,247 | 116% | 108,458 | 109% | 1,148,444 | 172% | 4,210,843 | 127% |
| Route insurance | 741 | 0% | 378 | 0% | 143 | 0% | - | 0% | - | 0% | - | 0% | 1,262 | 0% |
| Deductions | (16,312) | -9% | (18,193) | -21% | (18,602) | -13% | (345,689) | -16% | (9,115) | -9% | (481,254) | -72% | (889,165) | -27% |
| **Net revenue** | **185,558** | **100%** | **86,228** | **100%** | **144,063** | **100%** | **2,140,558** | **100%** | **99,344** | **100%** | **667,189** | **100%** | **3,322,940** | **100%** |
| COGS | 59,513 | 32% | 26,794 | 31% | 43,446 | 30% | 676,972 | 32% | 27,153 | 27% | 311,089 | 47% | 1,144,968 | 34% |
| Freight in, special handling and sourcing fees | 21,492 | 12% | 13,901 | 16% | 15,953 | 11% | 213,116 | 10% | 17,017 | 17% | 47,443 | 7% | 328,923 | 10% |
| Customs & Excise | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 64,163 | 10% | 64,163 | 2% |
| Warehouse storage and fill & pack | 24,046 | 13% | 24,017 | 28% | 25,347 | 18% | 52,746 | 2% | 51,069 | 51% | 18,717 | 3% | 195,943 | 6% |
| Other warehouse expenses | (3,720) | -2% | 4,726 | 5% | 3,211 | 2% | 15,490 | 1% | 3,779 | 4% | 18,819 | 3% | 42,305 | 1% |
| **Total CHARGES MARCHANDISES** | **101,332** | **55%** | **69,438** | **81%** | **87,958** | **61%** | **958,325** | **45%** | **99,018** | **100%** | **460,231** | **69%** | **1,776,302** | **53%** |
| **GROSS MARGIN (incl other stock costs)** | **84,226** | **45%** | **16,790** | **19%** | **56,105** | **39%** | **1,182,232** | **55%** | **325** | **0%** | **206,959** | **31%** | **1,546,638** | **47%** |
| Royalties | 11,024 | 6% | 5,161 | 6% | 8,609 | 6% | 107,706 | 5% | 7,026 | 7% | 34,102 | 5% | 173,628 | 5% |
| Marketing | 263,266 | 142% | 180,747 | 210% | 108,030 | 75% | 122,740 | 6% | 588,435 | 592% | 280,339 | 42% | 1,543,558 | 46% |
| **TOTAL MARKETING COSTS** | **274,290** | **148%** | **185,909** | **216%** | **116,639** | **81%** | **230,446** | **11%** | **595,461** | **599%** | **314,441** | **47%** | **1,717,186** | **52%** |
| **CONTRIBUTION MARGIN** | **(190,063)** | **-102%** | **(169,118)** | **-196%** | **(60,534)** | **-42%** | **951,787** | **44%** | **(595,136)** | **-599%** | **(107,483)** | **-16%** | **(170,547)** | **-5%** |
| **TOTAL OTHER OVERHEADS** | **213,457** | **115%** | **230,219** | **267%** | **216,211** | **150%** | **611,229** | **29%** | **211,272** | **213%** | **319,869** | **48%** | **1,802,256** | **54%** |
| **EBITDA** | **(403,521)** | **-217%** | **(399,337)** | **-463%** | **(276,744)** | **-192%** | **340,558** | **16%** | **(806,408)** | **-812%** | **(427,352)** | **-64%** | **(1,972,804)** | **-59%** |

ATTORNEYS' EYES ONLY

BL-000038379

# Agenda

- 2024 full year actual results

- 2025 June YTD actual results

- 2025 full year forecast

ATTORNEYS' EYES ONLY

BL-000038380

# 2025 Forecast and comparison vs. Deloitte BP

| Income Statement 2025 USD | LE7 - 2025 Family Hive - Target + DTC 2025 | % | Deloitte Family Hive - Target + DTC + Expansion 2025 | % | Var. Actual vs Deloitte Var Actual vs Deloitte | |
|---|---|---|---|---|---|---|
| Gross sales | 9,165,740 | 132% | - | 0% | | 0% |
| Route insurance | - | 0% | - | 0% | | 0% |
| Deductions | (2,225,571) | -24% | - | 0% | | 0% |
| **Net revenue** | **6,940,169** | **100%** | **29,234,949** | **100%** | **(22,294,780)** | **-76%** |
| COGS | 2,696,545 | 39% | 11,944,244 | 41% | (9,247,699) | -77% |
| Freight in, Customs special handling and sourcing fees | 633,522 | 9% | 1,949,758 | 7% | (1,316,236) | -68% |
| Customs & Excise | - | 0% | - | 0% | - | 100% |
| Warehouse storage and fill & pack | 449,492 | 6% | - | 0% | 449,492 | 100% |
| Other warehouse expenses | 90,407 | 1% | - | 0% | 90,407 | 100% |
| **Total CHARGES MARCHANDISES** | **3,869,966** | **56%** | **13,894,001** | **48%** | **(10,024,035)** | **-72%** |
| **GROSS MARGIN (incl other stock costs)** | **3,070,203** | **44%** | **15,340,948** | **52%** | **(12,270,745)** | **-80%** |
| Royalties | 391,906 | 6% | 1,680,295 | 6% | (1,288,389) | -77% |
| Marketing | 2,447,312 | 35% | 7,188,872 | 33% | (4,741,560) | -66% |
| **TOTAL MARKETING COSTS** | **2,839,218** | **41%** | **8,869,167** | **30%** | **(6,029,949)** | **-68%** |
| **CONTRIBUTION MARGIN** | **230,985** | **3%** | **6,471,781** | **16%** | **(6,240,796)** | **-96%** |
| **TOTAL OTHER OVERHEADS** | **4,095,183** | **59%** | **6,818,581** | **31%** | **(2,723,398)** | **-40%** |
| **EBITDA** | **(3,864,198)** | **-56%** | **(346,800)** | **-1%** | **(3,517,398)** | **1014%** |

- Because of the negative sell-out performance initiated in September 2024 and continuing through 2025, the forecast for 2025 is very weak when compared to the Deloitte BP, with net sales down 76%

- The challenges faced by the brand prevented the following key actions that were anticipated in the Deloitte BP: (1) Growth consolidation in Target; (2) International / Other retailers' expansion

ATTORNEYS' EYES ONLY

BL-000038381



BRAND UPDATE | CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000038382