# EXHIBIT Y

**LOL HATA, LLC**
**General Ledger Report**
From 1/1/2024 - 7/14/2025

| Date | Payee/Payor | Amount | PERIOD | TYPE | |
|------|-------------|--------|--------|------|---|
| **3003-002 ROYALTIES FAMILY HIVE** | | | | | |
| 10/8/2024 | GIVE BACK BEAUTY | 506,837.57 | Q/E 9/30/24 | TARGET | |
| 1/10/2025 | GIVE BACK BEAUTY | 78,576.53 | Q/E 12/31/24 | TARGET | A |
| 4/10/2025 | FAMILY HIVE | 12,008.22 | Q/E 3/31/25 | TARGET | |
| 7/10/2025 | FAMILY HIVE | 128,457.75 | Q/E 6/30/25 | TARGET | B |
| 10/8/2024 | GIVE BACK BEAUTY | 6,340.00 | AUGUST 2024 | WEBSITE | |
| 12/10/2024 | GIVE BACK BEAUTY | 6,711.10 | NOVEMBER 2024 | WEBSITE | |
| 1/10/2025 | GIVE BACK BEAUTY | 8,408.87 | AUGUST-DECEMBER 2024 | WEBSITE | A |
| 2/10/2025 | GIVE BACK BEAUTY | 3,247.84 | JANUARY 2025 | WEBSITE | |
| 3/11/2025 | GIVE BACK BEAUTY | 1,928.91 | FEBRUARY 2025 | WEBSITE | |
| 5/9/2025 | FAMILY HIVE | 1,532.66 | APRIL 2025 | WEBSITE | |
| 6/10/2025 | FAMILY HIVE | 4,116.18 | MAY 2025 | WEBSITE | |
| 7/10/2025 | FAMILY HIVE | 1,542.99 | JUNE 2025 | WEBSITE | B |

ATTORNEYS' EYES ONLY

BL-000034271