# EXHIBIT AA

## Filed Under Seal

BUSINESS STRATEGY & HAIRCARE FINANCIAL PLAN | JULY 2024

# ELLENDER BROWN

Highly Confidential

**Deloitte.**

ATTORNEYS' EYES ONLY

BL-000021798

DRAFT

# ELLENDER BROWN AMBITION

Ellender Brown's ambition is to be a global, multi-category beauty company with a +$1B valuation – an innovative global beauty company with high-quality, high-performance products, accessible to consumers and recognized for being at the forefront of sustainability, with a distinctive brand story and marketing approach

ATTORNEYS' EYES ONLY

BL-000021799

**DRAFT**

# Market & Competitive Landscape

Ellender Brown is launching in the Haircare category.  The Haircare market had strong growth over the past five years, led by the US market.  **Haircare momentum is projected to continue,** driven by expansion of professional brands (e.g., salon) and, more recently, the entry of 'indie' and influencer brands.  The category is also experiencing heightened demand as consumers see Haircare as a form of wellness and build routine hair 'rituals', spurring innovation in ingredients, forms, and usage, and increased consumer access.

These trends provide **whitespace for entrants in masstige** price points who can offer quality, performance, and authority at accessible price points – however, **competition is increasing.**
- Historically, consumers had to pay high prices for high-quality, high-performance products - with premium priced brands in Haircare typically having professional authority.  Given high consumer usage,  high price points prohibited most consumers from purchasing
- New technologies, increased access to sourcing, new distribution and consumer willingness to embrace new sources of authority (beyond the Haircare professional) are **reducing barriers to entry**, paving the way for new entrants and increasing competition

Given EB's ambition,  the current competitive landscape highlights the importance of **rapid launch to expansion to 'stand out' / breakthrough**, and achieve the size and growth required to put the company on a path to a $1B valuation.
- Very few beauty companies in masstige or prestige achieve more than **$100M in retail sales**

Beyond Haircare, the **global beauty market is projected to maintain strong growth** across categories and markets, driven by **premium brands**.  In Skincare, Fragrance and Makeup, consumers are more willing to pay higher price points given lower volume or frequency of usage, with consumers seeking authority from many sources.   Prestige priced products are typically purchased in beauty channels.

**Key Takeaways:**
- **Haircare is an attractive category to launch EB.**  However, competition is increasing, with few hair companies +$100M retail sales
- Successful brands achieve profitable growth and higher valuation by: (1) **moving fast** to expand reach through new distribution and geographical expansion, (2) increased **marketing and Innovation investment** and, (3) entering **additional categories**
- **EB needs to disrupt with speed and momentum at launch to breakthrough and set EB on a path to strong growth**
- Makeup, fragrance and skincare can provide EB **attractive expansion categories with opportunity for prestige pricing**

ATTORNEYS' EYES ONLY

BL-000021800

**DRAFT**

# Business Strategy

**Ellender Brown's ambition is to be a global, multi-category beauty company with a +$1B valuation**, beginning in Haircare, capitalizing on favorable market trends and the brand's authority.

Ellender Brown offers a **unique consumer value proposition of innovative, high-performing, high-quality Haircare products that achieve differentiated results at accessible price points, with leadership in sustainable, clean, vegan, cruelty-free ingredients and packaging.**

The brand is **launching with a focused assortment** of 7 high-performing, high-quality Haircare products at masstige price points, followed by a strong pipeline of innovative products to strategically broaden the product range and address consumer's top concerns.

To disrupt and achieve a strong growth momentum, Ellender Brown is launching in the US market in July 2024 with a **1-year exclusive partnership with Target and a dedicated Brand.com** channel. Ellender Brown is also deploying a **distinctive marketing program** rooted in the Brand's authority. The marketing investment, combined with Target investment, is projected to drive significant reach and trial, enabling the brand to build demand and breakthrough to deliver a strong year 1 growth trajectory.

In July 2025, Ellender Brown is **entering Ulta, an important strategic partner** to further drive US reach and trial and reinforce the brand's **premium, differentiated position**. The brand is also **rapidly expanding in priority geographic markets**, building on the launch momentum to drive reach and scale through partnerships with leading international beauty retailers (timing late 2024 -2025)

Ellender Brown plans to move into **additional beauty categories** with innovative, premium offerings that build on the company's distinctive value proposition and authority. **Ulta is serving as the core partner** to launch in new categories, enabling the company to expand into prestige price points and broaden consumer demand

The Ellender Brown business strategy is projected to build a profitable, growing global haircare business – based on assumptions and contingent on execution, business and marketplace risks. **Financial Haircare projections indicate a path to ~$600M valuation**; successful entry into a second category can put the business on a trajectory to a $1B valuation.

4

ATTORNEYS' EYES ONLY

BL-000021801

**DRAFT**

# Business Strategy – **Product** (Haircare)

Ellender Brown is launching in Haircare, capitalizing on favorable market trends and the brand's authority.

**Haircare Positioning**: Ellender Brown is positioned at masstige price points given (1) consumer needs and purchase volume / frequency (relative to other beauty categories, Haircare is a higher usage category), (2) the brand's ambition to be accessible, and (3) whitespace opportunity in Haircare.

**Haircare Product Differentiation:** Ellender Brown provides consumers high-performance, high-quality products that achieve differentiated results – glam with an effortless look – at the forefront of sustainability, all with accessible price points.

**Haircare Launch Line:** A focused set of 7 premium products at accessible price points so that consumers do not have to choose between price and performance.
- Anchored in the **reinvention of wash and wear care**, the launch line includes core staples that form a new and innovative two-step system using shampoo and masks. The core duo addresses top-ranked consumer concerns of strengthening and moisturizing for all hair types
- The launch Assortment also includes the hero product All-In-Wonder spray, a masterfully balanced combination of ingredients that tackle softening, detangling, heat protection and style

**Haircare Product Expansion:** Includes the release of innovative specialty products and additional SKUs to broaden the range of Haircare consumer benefits / uses and solidify Ellender Brown as an innovative, premium Haircare brand.
- The future assortment contains products for top-ranked and fast-growing consumer concerns such as scalp care / wellness and styling / finishing
- The expansion plan also includes specialty products priced at higher price points, channel exclusives to enable a differentiated go-to-market strategy, and trial / smaller sizes for accessibility

ATTORNEYS' EYES ONLY

BL-000021802

**DRAFT**

# Business Strategy – Go to Market Strategy

The go to market strategy drives strong launch momentum in Haircare, and then sets the brand on a strong growth trajectory. The channel strategy and expansion plan puts in place the distribution to facilitate entry into additional categories at prestige points, and build a global, beauty brand

**Haircare Channel Strategy:** Ellender Brown is launching in the US in July 2024 through a dedicated DTC channel and exclusive 1-year partnership with Target, enabling the brand to 'breakthrough' in a competitive market. In July 2025, Ellender Brown plans to expand into Ulta. To capitalize on strong launch momentum, the brand is also entering priority geographic markets through leading international beauty retailers.

- **Target**: **Delivers fast growth, reach and consumer access** as a top destination for Beauty and Haircare in the US, with 1,935 doors, 100M loyalty customers,  $3.3B Haircare business (#1 in masstige), and a successful track record incubating Haircare brands. In exchange for exclusive US distribution (excludes DTC), Target provides favorable shelf space, end caps, and marketing / promotional support, which drives strong launch momentum and sets the business on a favorable growth trajectory

- **DTC**:  **Provides a platform for brand story, innovation and experimentation**, with higher **profitability**. Offers the full product range, showcasing innovation and specialty products, with the opportunity to 'test and learn'. The channel also builds consumer relationships and cultivates loyalty.   Higher profitability contributes to a favorable valuation multiple

- **Ulta:**  **Broadens reach and serves as the partner for category expansion,** as the #1 pure play Beauty retailer in the US, with $13B sales, $2.1B Haircare, 40M loyalty customers, 1,350 doors. Ulta is a critical partner to achieve the brand ambition, reinforcing the brand's **premium, differentiated position** and enabling expansion into **new categories with prestige price points**

- **Geographic Expansion:**   **Expands reach and scale** through leading beauty retailers, with geographies prioritized based on masstige / prestige Haircare size / growth and brand fit.  Wave 1 geographies:  Canada – SDM, UK – Boots, W. Europe – Douglas, AUS – Mecca / My Chemist.  Timing likely to begin late 2024 – 2025 to capitalize on the brand launch momentum / marketplace excitement

**Category Expansion**:  Build on Haircare retail partnerships, with increased emphasis on Ulta (as noted above), and beauty retailers

ATTORNEYS' EYES ONLY

BL-000021803

**DRAFT**

# Business Strategy – **Marketing & Execution**

**Marketing Strategy:** lays the foundation for the brand authority and build's demand, driving brand awareness, communicating the brand story and delivering trial to conversion.
- **Authority** is conveyed through Blake's commitment, passion and involvement in the research and development of products
- The Marketing highlights **Blake's unique role** as a developer and innovator (vs. 'face' or spokesperson)
- **Significant Investment of an additional $2.2M launch spend in the first-year** (total $2.9M in initial 12 months) boosts brand recognition at launch to disrupt and breakthrough in a crowded market. Given the competitive landscape, the brand is sustaining marketing investment, with plans to spend 20% net retailer revenues plus 25% of brand.com revenues

**Execution:** Successfully delivering the strategy requires commitment to achieving key milestones and **timely decision-making** - this is especially important given how rapidly the competitive landscape is evolving. The business is putting in place an organization and governance structure to facilitate fast speed to market and build the capabilities needed to launch, scale and expand
- **Governance activation** is a top priority; Board of Directors and Operating Committee meeting to be scheduled immediately in order to gain traction and meet key milestones
- **Required capabilities for launch** include increased focus on Marketing, DTC, and commercial operations
- Key **organizational enhancements** include dedicated resources to provide key capabilities and reach scale in Commercial, Marketing, and Product/Ops functions – this requires an additional five FTEs prior to launch, with full dedicated resources at scale by 18 months-post launch

ATTORNEYS' EYES ONLY

BL-000021804

**DRAFT**

# Haircare Financial Plan – **Haircare P&L**

The Ellender Brown business strategy is projected to deliver a **profitable, growing global haircare business**, building rapid US demand, followed by global expansion, with a path to improved profitability with scale.

**By 2030, the plan projects $150M Haircare net revenue (+$270 retail revenue) at a 14% EBITDA**
- By end of 2026 (2.5 years post launch), projected to be +$100 retail sales and EBITDA positive
- By 2027, projected +6,750 doors global footprint
- Strong EBIDA margin improvement with scale, with steady gross margin improvement

*The projected financial plan is **predicated on timely, successful execution of the strategy and action plan – including meeting key milestones**. The projected financial plan is continent on the assumptions provided and business / market risks.*

**Risks and upside** *to the plan addressed in the Appendix C1*

| Haircare Financials ($M) | | Key Expansion Period | | | | | Assumed Exit |
|---|---|---|---|---|---|---|---|
| | 2024* | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
| Retail Revenue | 15.2 | 52.5 | 116.9 | 196.3 | 228.7 | 260.6 | 280.7 |
| *Net-To-Retail %* | *58.2%* | *56.6%* | *55.9%* | *55.6%* | *55.6%* | *55.6%* | *55.5%* |
| **Net Revenue** | **8.7** | **29.2** | **64.3** | **107.2** | **124.9** | **142.3** | **152.9** |
| COGS | (3.4) | (11.9) | (27.1) | (40.3) | (46.5) | (52.5) | (56.0) |
| Gross Margin | 5.3 | 17.3 | 37.1 | 67.0 | 78.4 | 89.8 | 96.9 |
| *Gross Margin %* | *60.7%* | *59.1%* | *57.8%* | *62.4%* | *62.8%* | *63.1%* | *63.4%* |
| Distribution Services | (1.6) | (3.0) | (4.9) | (7.0) | (7.7) | (8.6) | (9.1) |
| General Services | (0.7) | (2.7) | (5.1) | (7.5) | (8.5) | (9.7) | (10.5) |
| Logistics | (0.5) | (2.0) | (4.5) | (7.7) | (9.0) | (10.3) | (11.1) |
| Royalties | (0.5) | (1.7) | (3.7) | (6.2) | (7.2) | (8.2) | (8.8) |
| Marketing | (2.9) | (7.2) | (13.3) | (22.3) | (25.9) | (29.5) | (31.8) |
| Other Admin | (0.3) | (1.1) | (2.0) | (3.1) | (3.5) | (4.0) | (4.2) |
| Total Overhead | (5.8) | (15.0) | (28.4) | (46.3) | (53.4) | (60.6) | (65.1) |
| *Overhead (% of sales)* | *75.8%* | *60.3%* | *52.3%* | *50.1%* | *49.6%* | *49.4%* | *49.4%* |
| **EBITDA** | **(1.3)** | **(0.3)** | **3.5** | **13.2** | **16.5** | **19.5** | **21.4** |
| *EBITDA Margin %* | *(15.1%)* | *(1.2%)* | *5.5%* | *12.3%* | *13.2%* | *13.7%* | *14.0%* |

*2024 is 6 months of operations post initial launch

ATTORNEYS' EYES ONLY

BL-000021805

**DRAFT**

# Haircare Financial Plan – **Revenue Assumptions**

**The revenue and growth assumptions are predicated on a rapid and successful initial launch at Target** – a successful launch builds the demand to fuel expansion and funds investment in marketing and innovation, creating a 'virtuous' cycle to build demand and scale

- **Doors**: In mid-2024 Ellender Brown launches into 1,935 Target under a year-long exclusivity agreement. A successful launch at Target is quickly followed by an expansion into 1,350 Ulta doors and 1,050 international doors in mid-2025. By 2027 Ellender Brown will complete its global expansion, bringing the global count to 6,785
- *Note: The business is also considering expansion into global markets earlier to capitalize on the brand launch momentum*

- **Product:** In 2024 Ellender Brown launches 7 products, one size each, at an average price of $18.99. In the following year, the number of products expands by 1 and SKUs grow to 13. By 2026, the haircare lineup is complete, bringing the total product and SKU counts to 14 and 30, respectively. Additionally, and to offset cost increases over time, by 2027 it is expected that the average price will increase by approximately $2.5

- **Productivity**: The highly accessible and premium-performance product suite is expected to aggressively capture market share upon launch. During the first 6 months following launch, average product productivity is estimated to be 2 units per store per week. As expansion continues this number settles ~2.5

*Risks and upside to the plan addressed in the Appendix C1*

| KEY DRIVERS | 2024 | Key Expansion Period | | | Assumed Exit |
| --- | --- | --- | --- | --- | --- |
| | | 2025 | 2026 | 2027 | 2030 |
| DOORS | | | | | |
| Target | 1,935* | | | | 1,935 |
| Ulta | | 1,350* | | | 1,350 |
| Int'l | | 1,050 | 2,800 | 3,500 | 3,500 |
| **Total** | **1,935*** | **4,335** | **6,085** | **6,785** | **6,785** |
| PRODUCT | | | | | |
| Avg Standard Price | **$18.99** | *2027 Price Increase* | | **$21.49** | **$21.49** |
| *Price Range* | *$9.99-$29.99* | | | *$10.99-$34.99* | *$10.99-$34.99* |
| Products \| SKUs | 7 \| 7 | 8 \| 13 | 14 \| 30 | | 14 \| 30 |
| *ASSUMPTION* | *100% of products & SKUs are on all shelves* | | | | |
| PRODUCTIVITY | *weekly units per product per store** * | | | | |
| Target | 2.04 | 2.38 | 2.97 | 3.13 | 4.22 |
| Ulta | | 1.04 | 1.13 | 1.40 | 2.10 |
| Int'l | | 0.94 | 0.98 | 1.18 | 1.78 |
| **Total Retail** | **2.04** | **1.83** | **1.65** | **1.78** | **2.54** |
| *ASSUMPTION* | *EB productivity is near the highest in Masstige at Target* | | | | |
| DTC | 10% of retail volume | | | | |
| **RETAIL REVENUE** | $15.2 | $52.5 | $116.9 | $196.3 | $280.7 |
| **NET REVENUE** | $8.7 | $29.2 | $64.3 | $107.2 | $152.9 |

*\* Enter doors July 1 of each year*       *\*\* Weekly Units (numerator) include SKU variations while product count (denominator) does not include SKU variations*

ATTORNEYS' EYES ONLY

BL-000021806

**DRAFT**

# Haircare Financial Plan – Cost Assumptions

Profitability is driven by revenue projections (see prior page) and the key cost assumptions: gross margin, JV services fees, marketing, overhead

**The scale of the operations drives the significant reduction in operating expenses from 76% of sales in 2024 to 49% of sales in 2030 – contributing significantly to an EBITDA margin of 14% by 2030**

- **Gross Margin**: COGS per unit declines steadily as the business **scales purchases with suppliers, offsetting any inflation in the supply chain**. Gross margin percent increases 4% in 2027 largely due to a price increase – additional price increases may be required to maintain gross margin if inflation is greater than expected

- **JV Service Fees**: GBB provides distribution and general corporate services based on a defined fee structure until Ellender Brown can successfully perform them with their own dedicated resources. The fees associated with GBB's services are offset by the expenses incurred to fulfill those responsibilities. **Distribution fees rapidly decline in 2025 and onward, as Ellender Brown net sales cross $10M.** The general service fees decrease over time per the JV agreement as the business matures further contributing to profitability

- **Overhead**: Other overhead is projected as a percent of sales by channel and are held constant

- **Marketing**: Marketing is projected as a percent of sales consistent with benchmarks (Appendix C.1) and includes an additional fixed spend of $2.2M in the first 12 months of launch to generate initial exposure

| KEY DRIVERS | Key Expansion Period | | | | Assumed Exit |
|---|---|---|---|---|---|
| | 2024* | 2025 | 2026 | 2027 | 2030 |
| **GROSS MARGIN** | | | | | |
| COGS $ per Unit | 4.3 | 4.3 | 4.2 | 4.2 | 4.1 |
| Gross Margin % | 61% | 59% | 58% | 62% | 63% |
| | | | | | |
| **JV SERVICE FEES** *(% of sales per agreement)* | | | | | |
| General Services* | 10% | 10% | 8.5% | 7.3% | 7% |
| Distribution | 18.1% | 10.4% | 7.6% | 6.5% | 6% |
| *Distribution Terms / Assumptions* | *Wholesale: 20% of sales up to $10M, 5% on sales above $10M* | | | | |
| | *DTC:        7% of sales in 2024-2025, 5% in 2026* | | | | |
| **OTHER OVERHEAD** *(assumed % of sales)* | | | | | |
| Warehouse & Logistic | 4% \| 7% \| 19% ○— *US \| INT'L \| DTC* ———➤ | | | | |
| Royalties | 5% \| 10% ○— *Wholesale \| DTC* ———➤ | | | | |
| Other | 3% ○— | | | | |
| **MARKETING** | | | | | |
| % of Sales | 20% \| 25% ○— *Wholesale \| DTC* ———➤ | | | | |
| + Additional Fixed Spend *($M)* | $1.1 | $1.1 | | | |
| **OPERATING EXPENSES** *($M)* | $6.6 | $17.6 | $33.5 | $53.8 | $75.5 |
| *% of sales* | *75.8%* | *60.3%* | *52.3%* | *50.1%* | *49.4%* |
| **EBITDA** *($M)* | ($1.3) | ($0.3) | $3.5 | $13.2 | $21.2 |
| | *(15.1%)* | *(1.2%)* | *5.5%* | *12.3%* | *14.0%* |

*\* Operations begin July 1, 2024*

ATTORNEYS' EYES ONLY

BL-000021807

**DRAFT**

# Haircare Financial Plan – **Risks**

| | **IMPLICIT ASSUMPTIONS** *"What needs to be true?"* | **EMBEDDED RISKS** *"What could go wrong?"* | **MITIGATION / UPSIDE** *"What upside could mitigate risks?"* |
|---|---|---|---|
| **RETAIL CHANNELS** | Immediate success in Target leads to roll out across all Ulta doors (1,350) by Year 2<br><br>Domestic success leads to rapid intl. expansion in key markets (3,500 doors) Yr 3 | Difficulties handling the scale and weaker demand may slow expansion across retail stores<br><br>**SENSITIVITY:   (500 doors = ~$20m Revenue in 2030)\*\*** | ● Expansion into other retailers, including additional retailers, doors and regions *(35+ retailers across 15+ countries)* |
| **PRODUCT** | Rapid success at Target allows expansion of portfolio to 14 products & 30 SKUs by Year 3<br><br>All retailers hold entire product portfolio & SKU variations<br><br>~$18.99 is an attractive price for consumers | ● Product development constraints lead to a slower expansion of the portfolio<br>● Not all stores carry 100% of products & SKUs *(i.e., different store layouts)*<br><br>**SENSITIVITY:    (1 product = ~$20m Revenue in 2030)\*\*** | ● Initial success promotes full expansion of EB product plan *(4 franchises,  27 products, 55 SKUs)*<br>● Expanded beauty categories *(i.e., fragrance, make-up)*<br>● New products can command higher price points |
| **PRODUCTIVITY** | EB performs as a top masstige brand in Target & in other channels. *(i.e., Shampoo performs better than Kristin Ess & Native shampoos)*<br><br>All products perform well and stay on all shelves | ● Productivity across the portfolio has average performance<br><br>**SENSITIVITY:    (0.5 UPSPW** *all channel* **= ~$50m Revenue in 2030)\*\*** | Successful innovation & marketing leads to exponential growth for EB *(i.e., Olaplex, KE)* |
| **PROFITABILITY** | EB receives modest volume discounts from its supply chain as the business grows<br><br>Product costing based on quotes from suppliers during COVID *(unclear if costs are now higher from inflation or lower from fewer supply constraints)* | Unexpected costs from international expansion put pressure on Gross Margin<br><br>Continued inflation puts pressure on costs<br><br>**SENSITIVITY:    (10% change in COGS = $5 Gross Margin in 2030)\*\*** | ● Rapid growth leads to suppliers providing higher volume discounts than modeled<br><br>Further increase in retail price to offset potential costs from inflation *(current assumption is +$2.0 per product in 2027)* |

*See Appendix  C1*

● *Increased likelihood of occurrence*

\*\* **Directional approximation, changing a <u>single variable</u> of the scenario.  In practice, each variable is interrelated and may offset or exacerbate each other** *(i.e., an increase in doors may reduce productivity)*

ATTORNEYS' EYES ONLY

BL-000021808

**DRAFT**

# Valuation (Year 2030)

**By 2030, the financial projections and a 4x revenue multiple Haircare business put the value of Ellender Brown at ~$600M.** This valuation multiple (4x) is driven largely by: the growth rates of revenue and profitability in the two years preceding a sale and the future growth potential/trajectory of the business. If Ellender Brown, for example, expands into new categories or markets, and/or is able to command higher / prestige prices points, then the business could command a higher multiple



**Projected Revenue:** In 2030, Ellender Brown is projected to be **$153M in net revenue**, which would position it as one of the larger more established brands in this peer set at time of sale

**Revenue Growth:** A potential 2030 exit is 3 years after the majority of core door expansion. Based on the current business plan, the **2- growth rate at the assumed 'exit' of 2030 is 10.7%.**

**Adjusted EBITDA Margin:** By 2030, the business is projected to generate ~14.0% EBITDA margin. To value the brand, the modeling analysis adjusted EBITDA margin to resemble the synergistic cost structure that would be modeled by the acquirer. This **EBITDA margin is 14.5%**

**Selected Multiple:** The revenue growth in combination with the EBITDA margin at exit closely resemble public companies that command a **revenue multiple closer to 4x,** which is in line with similar private transactions.
*See Appendix C4,* "Comparable Public Companies – Multiples and EB's positioning in 2030"

*A typical acquirer would assume its own 'overhead' cost structure (distribution, general services & other) , (15% of sales from benchmarks). Adjusted EBITDA Margin adjusts the SG&A as a % of sales to be equal to the 15%.

ATTORNEYS' EYES ONLY

BL-000021809

**DRAFT**

## Valuation – Path to $1B

The Haircare business strategy and financial projections put the business on a trajectory to $1B, with a potential ~$600M valuation in 2030 (based on Haircare projections)

**What would be required for Ellender Brown to achieve a $1B valuation?**

- The 2030 projected valuation of ~$600M creates a gap of $400M toward the $1B ambition
- To achieve $1B by 2030, requires both flawless execution of the business strategy and either an expansion of the Haircare product line or, more likely, an expansion into new categories in beauty.
  - Based on benchmark analysis, categories such as skincare or makeup may command a higher revenue multiple, (for example 6x Revenue)
- **Based on recent transaction revenue multiples, EB would need to grow an additional $67M - $100M in net sales**
  - At a 4x multiple: Additional $100M (aligns to Haircare growth product line net sales) – based on benchmarks
  - At a 6x multiple: Additional $67M net sales (aligns to net sales from other Beauty categories, i.e. Makeup or Skincare)



*See Appendix C4 for valuation benchmarks*

ATTORNEYS' EYES ONLY

BL-000021810

DRAFT

# Organization & Governance

Organization and Governance can accelerate the business strategy and realization of brand ambition by **providing the focus and structure needed to rapidly make decisions** across the enterprise.

**Organization:** Based on analysis of similar beauty start-ups and the unique needs of the Ellender Brown launch plan, it is recommended that a dedicated team of 10 FTE is built over the next 18-24 months; augmented by a suite of services being provided by GBB.

- **Functions:** Commercial, Marketing and Product/Ops are the immediate priority areas for dedicated resources; focused on successfully launching the brand and establishing the DTC channel
- **Scale:** It is recommended that five FTE are dedicated to the business prior to launch, growing to ten by 18 months post-launch. Functional focus remains consistent, with growth in FTEs largely aligned to retail and geographic expansions
- **Key Role:** it is recommended that a **Chief of Staff role be created and filled quickly** in the immediate term. This role owns the strategy and strategy deployment, ensures alignment with key decisions and manages adherence to milestones and identified outcomes.  The individual is also responsible for setting the agenda and managing the governance meetings. In addition, the individual can support special projects and marketing efforts

**Governance:** We recommend several changes to the existing governance structure. In addition, we strongly recommend that Ellender Brown **activate the Board of Directors and Operating Committee meeting schedule as soon as possible** to meet milestones agreed to in the Execution plan.

ATTORNEYS' EYES ONLY

BL-000021811

**DRAFT**

# Execution Plan – **Readiness to Launch**

**A focus on execution is critical to deliver the business strategy in a competitive and rapidly evolving marketplace.** The following key milestones are critical to launch the brand in the next year and set the brand on a path to strong growth and profitability.

- **Product**: Finalize 7 launch premium products by 2H 2023; follow closely with expansion of innovative Haircare offerings to broaden haircare range with additional SKUs and Products – to complete 2H 2024
- **Channel:** Finalize launch date and terms with Target, prepare product distribution for July 2024. Build DTC platform and content for launch in July 2024. Engage Ulta and international retailers for EB expansion by 2H 2024
- **Brand & Marketing:** Build marketing strategy and launch campaign. Align on talent and operating model (e.g., roles and responsibilities EB/ JV, GBB, agency) pre-launch, Y1 Post-Launch, Y2 Post-Launch
- **Next Category**: Determine next category and begin product development in next 12 months to prepare to launch next beauty category in 12 – 24 months after launch
- **Organization & Governance:** Activate BoD and Op Comm structure ASAP. Execute Talent recommendations

| URGENT | NEXT 3-6 MONTHS | IN 6-12 MONTHS |
|---|---|---|
| a) Finalize supplier key terms<br>b) Finalize launch products<br>c) Finalize retailer partnership<br>d) Finalize Branding and Name<br>e) Start hiring required resources<br>f) Stand up Governance Structure and approval / review processes | a) Finalize DTC channel strategy, platform(s), and assortment<br>b) Finalize launch marketing materials<br>c) Plan Wave 1 haircare expansion strategy and development (Target + Ulta)<br>d) Build DTC platform and channels<br>e) Finalize hiring and complete onboarding<br>f) Initiate Ulta partnership communications<br>g) Finalize distribution networks for launch<br>h) Finalize launch marketing<br>i) Conduct Board Review | a) Gain Board signoff<br>**b) Launch in Target**<br>**c) Launch in DTC**<br>d) Finalize Wave One Expansion products<br>e) Initiate negotiations of partnership with Ulta<br>f) Initiate international retailer partnerships and finalize international launch date |

ATTORNEYS' EYES ONLY

BL-000021812

KEY: Launch Milestone; Other Milestone

DRAFT

# Ellender Brown Execution Plan: Launch Through Y2 – see Appendix for detailed plans

EB GO-LIVE
Workstream
2H 2023
1H 2024
2H 2024
Y1 Post-Launch
Y2 Post-Launch
Key Milestones
Finalize Target Launch Date + Key Terms
Finalize Launch Products
Finalize DTC Platform
Target Launch date
US DTC Launch date
Finalize Expansion Products (HC)
Ulta Launch
CAN, UK, EUR Launch
Finalize New Cat. Products
New Category Launch
Oceania Launch
Product
Launch Products
Assortment
Price, Formulation, Packaging
Finalize
HC Expansion
W1 Assortment
Develop, Test, Refine
Price, Formulation, Packaging
Finalize
Next Beauty Category
Category + Assortment
Develop, Test, Refine
Price, Formulation, Packaging
Finalize
Channel
Target
Launch Decision
Key Terms
Distribution Network
Product ready for distribution
Target Launch
DTC
DTC Role / Purpose
Platform Selection
Content + Platform Build
Soft Launch
DTC Launch
International DTC distribution expansion
Ulta
Engage Ulta
Initial Negotiations
Key Terms
Exclusive SKU Assortment
Distribution, Marketing & Launch Plan
Ulta Launch
International
Engage Retailers
Assortment
Key Terms, Dates, Distribution
Launch in Canada, UK, Europe
Expand to Oceania
Brand & Marketing
Brand Name
Brand Launch Campaign
Target Launch Materials
Post-Launch Marketing Strategy
Launch Campaign Go Live
Post-Launch Promotional Material Design
Organization & Governance
Hiring Plan
Governance Structure
Y1 Budget
1st Board Review*
Hiring & Onboarding
Success Criteria
Y2 Budget
Board Review & Launch Signoff
Y3 Budget
Y4 Budget
*Board Reviews to Continue Quarterly

**DRAFT**

# Appendix Table of Contents

**Appendix A. External Market Landscape**
1.  Market Landscape & Consumer Trends
2.  Competitor Landscape

**Appendix B: Business Strategy & Operations**
1.  Ellender Brown Strategy & Execution Plan
2.  Ellender Brown Organization & Governance

**Appendix C. Haircare Financial Plan & Valuation**
1.  Financial Assumptions (Masstige Ambition)
2.  Financial Outputs (Masstige Ambition)
3.  Financial Benchmarks
4.  Valuation Benchmarks & EB Assessment

**Appendix D. Project Documents**
1.  June 26 Project Update
2.  Product Materials (GBB)

ATTORNEYS' EYES ONLY

BL-000021814

*Appendix A*
External Market Landscape

ATTORNEYS' EYES ONLY

BL-000021815

**A1:** Market Landscape & Consumer Trends

DRAFT

# Beauty Market Size and Growth (FY22-27)

Strong beauty growth is projected to continue across categories & geographies. Makeup and Hair growth is driven by masstige & prestige (professional) tiers; Fragrance and Skincare by prestige + luxury

### GLOBAL CATEGORY OPPORTUNITY

|  | SIZE (2022) | 2022-27 CAGR |
|---|---|---|
| **Hair** | **$85B** | **6%** |
| **Fragrance** | **$70B** | **7%** |
| Skincare | $193B | 6% |
| Makeup | $80B | 6% |
| **TOTAL** | **$428B** | |

### NA CATEGORY OPPORTUNITY

|  | SIZE (2022) | 2022-27 CAGR |
|---|---|---|
| **Hair** | **$19B** | **7%** |
| **Fragrance** | **$14B** | **6%** |
| Skincare | $32B | 6% |
| Makeup | $20B | 6% |
| **TOTAL** | **$85B** | |

### GLOBAL BEAUTY OPPORTUNITY

|  | TOTAL SIZE (2022) | 2022-27 CAGR | HAIR SIZE (2022) | 2022-27 CAGR |
|---|---|---|---|---|
| **NA - US** | **$77B** | **6%** | **$17B** | **7%** |
| **NA (excl. US)** | **$8B** | **6%** | **$2B** | **7%** |
| **UK** | **$13B** | **4%** | **$3B** | **4%** |
| **Europe (excl. UK)** | **$78B** | **4%** | **$15B** | **4%** |
| **Australia-Asia** | **$7B** | **6%** | **$1B** | **4%** |
| APAC (excl. China) | $109B | 7% | $18B | 4% |
| China | $66B | 8% | $11B | 7% |
| MEA | $27B | 12% | $8B | 12% |
| LATAM | $43B | 5% | $10B | 5% |
| **TOTAL** | **$428B** | | **$85B** | |

### GROWTH DRIVERS: PRESTIGE / MASSTIGE / MASS

- **In Haircare, masstige and prestige (driven by professional)** are driving market growth. In the US, masstige (7.5% CAGR) + prestige (11% CAGR) are now +35% of the haircare market (vs. less than 10% in 2013)
- US beauty is growing fastest in **prestige,** which grew +**15%** in 2022 (vs. +9% Mass growth). **Masstige** trending closer to Prestige in **Hair** and **Makeup,** e.g. Ulta Beauty cited strong growth in masstige in the last quarter. **Skincare** and **Fragrance** growth driven by **prestige and more recently luxury**

*Source: McKinsey, Ulta*

ATTORNEYS' EYES ONLY

BL-000021816

**A1:** Market Landscape & Consumer Trends

**DRAFT**

# Consumer Trends across Beauty and Haircare (June 2023)

The masstige 'moment': Consumer trends provide new whitespace for masstige entrants who can offer quality, performance and authority at more accessible price points. Ellender Brown can be a leader in this fast-growing segment



**Premiumization** first seen in the skincare category is extending to Hair, with consumers seeking to (1) trade up and (2) purchase more products as they adopt **multi-step routines** that include a myriad of **specialties and treatments.** However, given frequency of us, prestige hair products sold at very high price points are **not accessible** to vast majority of consumers

Consumers increasingly **seek inspiration *everywhere*** (not just from hairdressers), getting product recommendations both in-store and online (e.g., 70B+ **"HairTok"** videos and counting), providing an opportunity for newer entrants





**Willingness to experiment** and openness to trial is higher in Hair than any other beauty category in 2023, with **69%** of consumers trying a new product at least every 6 months and providing a window for new brands

Haircare is increasingly seen by consumers as a form of **wellness**, with consumers willing to invest in products that are good for themselves (e.g., **Self Care** rituals) and the planet and providing a value-based authority previously absent from Hair



In a category where high quality, high-performance products were historically dominated by professional brands, consumer trends are blurring the lines between Pro/Non-Pro Hair, with authority coming from sources **beyond the salon –** enabling new entrants to offer a **compelling value proposition** to a much **broader number of consumers**

*Note: Innovation funded by haircare pioneers and increased access to ingredients, manufacturing, and distribution is enabling new entrants to compete with relatively high-performing products at lower price points vs. traditional prestige*

*Source: McKinsey*

ATTORNEYS' EYES ONLY

BL-000021817

**A1:** Market Landscape & Consumer Trends                         *FROM ALIX PARTNERS PRESENTATION / GBB*        **DRAFT**

# Consumer Shopping Behaviors – Where US Consumers Purchase Haircare Products

Target provides reach and access as a top destination for Haircare in the US. The significant consumer overlap between channels can provide the opportunity to reach Ulta and Sephora shoppers at Target



SOURCE: Shopperscape        "Confidential / Subject to FRE 408 / For Discussion Purposes, Only"        **AlixPartners**

ATTORNEYS' EYES ONLY                                                                      BL-000021818

**A1:** Market Landscape & Consumer Trends

*FROM ALIX PARTNERS PRESENTATION / GBB*

**DRAFT**

# US Haircare Retailers

Target and Ulta are the top retailers for Masstige haircare



**RETAIL SALES IN $BN BY RETAILER** [1] **– TOTAL MARKET $19BN**

% of 100

| Retailer | Sales | % of 100 | Category |
|----------|-------|----------|----------|
| Walmart | 4.0 | 31.9% | MASS |
| Target | 3.3 | 17.3% | **MASS & MASSTIGE - #1 Masstige** |
| Ulta | 2.1 | 11% | **MASSTIGE & PRESTIGE** |
| CVS pharmacy | 1.0 | 8.2% | MASS & masstige |
| Walgreens | 0.9 | 6.8% | MASS |
| Sephora | 0.5 | 4.0% | PRESTIGE |
| All others | 2.3 | 18.2% | |

(1) Including online sales for each retailer
SOURCE: Nielsen, Company website and financial statements

"Confidential / Subject to FRE 408 / For Discussion Purposes, Only"

**Alix**Partners

ATTORNEYS' EYES ONLY

BL-000021819

**A1:** Market Landscape & Consumer Trends

**DRAFT**

## US Haircare Retailers: Comparison of Masstige Retailers (and DTC)
Target and Ulta provide the biggest opportunity for reach and scale, with a proven track record in Haircare

### TARGET / ULTA / DTC

| | TARGET | ULTA | DTC |
|---|---|---|---|
| **SCALE** | **Top destination for affordable beauty** | **#1 US Beauty Retail – one stop shop for ALL things Beauty** | **Dedicated channel to learn and discover** |
| | Revenue (Beauty / Home Essentials) **$30B** | Revenue (Beauty) **$13B** | Market Revenue $29B |
| | Revenue (Hair) $3.3B | Revenue (Hair) $2.1B | Market Share[5] 38% |
| | MOB Hair 11% | MOB Hair 16% | Channel Growth[5] 11% |
| | Total Growth 2.9% | Total Growth 18.3% | |
| | # of Doors **1,935** | # of Doors **1,355** | |

**CUSTOMER BASE**

| TARGET | ULTA | DTC |
|---|---|---|
| **24%** Target shoppers buy haircare at Target- 21% Walmart, 7% CVS *(limited cross-shopping at Ulta / Sephora)* | **23%** **Ulta shoppers buy haircare at Ulta, 18% go to Target** and 15% go to Walmart | **17%** Haircare DTC growth from in 2022; some categories have opportunities |
| **31%** **Ulta customers cross-shop at Target** in the same week | **2x** Target customers twice as likely to shop at Ulta (vs. Sephora) | **1%** Brand.com beauty sales growth in 2021; signaling DTC stagnation |
| **100M** Target Loyalty Members[3] | **40M** Ulta loyalty Members[4] *95% of Sales* | **36%** Of online beauty shoppers visit the retailer's physical store before purchasing online[8]; strong mix of online and offline |
| **4%** US Customers Share of Wallet[2] *6% share of wallet for US Millennials* | **0.4%** US Customers Share of Wallet[2] *0.6% share of wallet for US Millennials* | **38%** Of total beauty sales from online orders, with DTC shoppers moving to brick-and-mortar; high in specialty, mass, department stores[5] |

**PRICING**

| TARGET | | ULTA | DTC |
|---|---|---|---|
| **$5 - $10** Average Shampoo / Conditioner Price <15oz | • 2 Brands sell $20+ core haircare products <15oz<br>• Most products +$20 are 33 oz. | **$20 - $30** Average Shampoo / Conditioner Price <15oz | **N/A** |

**EXCLUSIVELY LAUNCHED HAIRCARE**

| TARGET | | ULTA | | DTC | |
|---|---|---|---|---|---|
| Kristin Ess | *Target Exclusive > Ulta > WMT / CVS* | LolaVie | *DTC > Ulta Exclusive* | LolaVie | *DTC > Ulta Exclusive* |
| TPH by Taraji | *Target Exclusive > WMT* | Pattern | *Ulta Exclusive > Ulta@Target > Sephora* | Prose | *DTC Only* |
| Anamoly | *Target Exclusive* | Nick Stenson | *Ulta Exclusive* | Function of Beauty | *DTC > Target* |
| Function of Beauty | *DTC > Target* | Andrew Fitzsimmons | *Ulta Exclusive* | Ouai | *DTC & Sephora > Ulta > Ulta@Target* |

ATTORNEYS' EYES ONLY

BL-000021820

**A2:** Competitor Landscape

DRAFT

# Competition: Fragmented US Haircare Market, few brands 'breakthrough' past $100M RS

A majority of successful prestige brands have professional authority, while masstige brands offer broader product selection and authority based on high customer willingness to experiment and embrace new entrants

**In MASSTIGE, 2022 retail data shows only 7 brands achieved > $100M in all masstige channel sales**

| Brand | US Sales $m (*) | Retailers Generating Sales |
|---|---|---|
| OGX | 300 | ✓ Target, Ulta, CVS, Walmart |
| SheaMoisture | 260 | ✓ Target, Ulta, CVS, Walmart |
| Kristin Ess | 185* | ✓ Target, Ulta, CVS, Walmart |
| Not Your Mothers | 140 | ✓ Target, Ulta, CVS, Walmart |
| Nexxus | 130 | ✓ Target, Ulta, CVS, Walmart |
| Batiste | 130 | ✓ Target, Ulta, CVS, Walmart |
| Mielle | 110 | ✓ Target, Ulta, CVS, Walmart |
| Maui Moisture | 75 | ✓ Target, Ulta, CVS, Walmart |
| It's a 10 | 70 | ✓ Target, Ulta, CVS, Walmart |
| Love Beauty and Planet | 60 | ✓ Target, CVS, Walmart |
| Native (Hair) | 55 | ✓ Target, Walmart |
| Function of Beauty | 39 | ✓ Target |
| Raw Sugar | 35 | ✓ Target, CVS, Walmart |
| Monday | 35 | ✓ Target, Ulta, CVS |
| Miss Jessie's | 35 | ✓ Target, CVS, Walmart |
| **Total Top 15 Masstige** | **1.66B** | |

*IRI, data ending 29 January 2023 (Target fiscal year end). SOURCE: IRI, Companies and retailers websites, GBB market intelligence; Kristin Ess sales excluding Walmart (entered 2023)

**In PRESTIGE, 2022 US data shows only 8 brands breaking through $100M in all prestige channel sales**

| Brand | US Sales $m (*) | Retailers Generating Sales |
|---|---|---|
| Olaplex | 458 | ✓ Sephora, Ulta |
| Redken | 277 | ✓ Ulta |
| Biolage | 167 | ✓ Sephora, Ulta, Target, CVS |
| Paul Mitchell | 146 | ✓ Ulta, CVS |
| Pureology | 144 | ✓ Sephora, Ulta |
| Moroccanoil | 105 | ✓ Sephora |
| Living Proof | 103 | ✓ Sephora, Ulta |
| Kenra | 101 | ✓ Ulta |
| Oribe | 76 | N/A - ONLINE |
| Bumble & Bumble | 76 | ✓ Sephora, Ulta |
| Ouai *non-pro* | 72 | ✓ Sephora, Ulta |
| Joico | 61 | ✓ Ulta, Target, CVS |
| Nioxin | 60 | ✓ Ulta, Target, CVS |
| Amika | 59 | ✓ Sephora |
| Briogeo *non-pro* | 57 | ✓ Sephora, Ulta |
| **Total Top 15 Prestige** | **1.96B** | |

* USA Prestige Retail Sales (it includes Sephora, Ulta, department stores, Amazon, and TV Retail). June 2022 YTD annualized. SOURCE: NPD, Companies and retailer websites, GBB market intelligence

ATTORNEYS' EYES ONLY

BL-000021821

**A2:** Competitor Landscape

*FROM ALIX PARTNERS PRESENTATION / GBB*

**DRAFT**

# Competition: Haircare brand positioning

Whitespace opportunity to carve unique position for EB with masstige price points and high-quality, high-performance products



"Confidential / Subject to FRE 408 / For Discussion Purposes, Only"

**AlixPartners**

ATTORNEYS' EYES ONLY

BL-000021822

**A2:** Competitor Landscape

**DRAFT**

# Competitor Business Models:  Masstige Brands (1 of 2)
## Retail and Geographic Channel, Innovation, Category expansion are top growth drivers



| THEN | Key Growth Moves | NOW | GROWTH DRIVER |
|---|---|---|---|

**MONDAY** Ⓓ
Salon-quality products available at affordable prices

Launches in **DTC**, NZ, expands to AUS
Expands to **US in Target and Ulta** with new line extension
Expands to **UK & CAN**
Expands to **Europe**
2020 2021 2022 2023

Affordable, everyday hair products to help meet specific hair goals

CHANNEL EXPANSION (GEO)

**FUNCTION OF BEAUTY** Ⓣ
Affordable, made-to-order custom haircare shipped direct to you

Launches **DTC only** in 2015
Launches **treatments**
Expands to **Target** with new collection of core products
Launches **styling products**
2015 2019 2020 2023

Customizable haircare, treatments, and styling products available at an affordable price point

CHANNEL EXPANSION (RETAILER)

**KRISTIN ESS** Ⓣ
Affordable luxury haircare for all

Exclusive launch in **Target**
Expands to **CAN**
Launches **Styling Hot Tools**
Expands to **Ulta** w/ launch line, new core products, tools
Launches **color, specialty, accessories**
Expands to **Walmart**
2017 2018 2021 2023

Everyday affordable luxury hair products of all kinds for all women, hair types & occasions

INNOVATION INVESTMENT

**ODELE** Ⓣ
Modern, affordable gender neutral haircare for all members of the family

Launches in **Target** (1000 stores, target.com) & DTC with 9 SKUs (shampoos, conditioners, leave-ins, styling sprays)
Expands into **body care** via **DTC**
Launches in **Ulta**
2020 2021 2023

Salon-grade, cruelty-free, gender neutral hair + body care safe for all members of the family

CATEGORY EXPANSION

**EVA NYC** Ⓓ
Affordable, fun, Brooklyn-based hair care

Launches **DTC only** in 2012
Expands to **Ulta, Drugstore.com**
Expands to **Target**
Expands to **Costco**
Launches **Target-exclusive** color products
Expands to **CVS**
2012 2013 2016 2017 2019 2022

Haircare made to be mixed, matched, and played with to create any and every look

CHANNEL EXPANSION (RETAILER)

Ⓓ DTC at Launch     Ⓣ Target Exclusive     Ⓢ Sephora Exclusive

ATTORNEYS' EYES ONLY

BL-000021823

**A2:** Competitor Landscape

DRAFT

# Competitor Business Models:  Prestige Brands (2 of 2)
## Retail Channel, Innovation, Category expansion are top growth drivers



**THEN**                          *Key Growth Moves*                          **NOW**                     **GROWTH DRIVER**

**VERB**
Salon quality hair products that don't surpass the price of salon haircuts

Launches as a Salon-only brand — 2011
Expands to Ulta — 2012
Expands to Sephora — 2015
Expands to UO, Anthro. — 2017
Expands to Amazon — 2018
Re-enters Ulta Launches Body Care — 2021
Expands to Ulta in Target — 2023

An affordable, cruelty-free, clean, natural, salon-quality line accessible on the retail shelf

CHANNEL EXPANSION (RETAILER)

**PATTERN**
Hair care for the curliest, coiliest, and tightest hair types

Launches in DTC and Ulta with 6 SKUs (core haircare, treatments) — 2019
Launches styling products — 2020
Expands Intl. (Boots UK + DTC) Expands to Sephora, Ulta in Target — 2021
Launches Styling Hot Tools — 2023

Celebrating Black beauty through affordable and effective breakthrough formulations

INNOVATION INVESTMENT

**LOLAVIE**
Clean and innovative prestige haircare detangler made by Jennifer Aniston

Launches DTC-Exclusive Brand w/ Glossing Detangler
Launched shampoo, conditioner, leave-in, hair oil — 2021
Launched Dry Shampoo — 2022
Launched intensive repair treatment — 2023

Clean and innovative prestige haircare routine (full line) made by Jennifer Aniston

CHANNEL EXPANSION (RETAILER)

**OLAPLEX**
Salon-backed bond maintenance treatment to repair damaged hair

Launches as salon exclusive — 2014
Expands to DTC & Sephora — 2017
Expands to Ulta — 2020
Launches lash serum — 2022

The only original, complete bond maintenance haircare, treatment, and styling system

CHANNEL EXPANSION (RETAILER)

**OUAI**
The first aesthetically and socially connected hair brand

Launches in DTC and Sephora — 2016
Launches fragrance & pet shampoo — 2018
Launches body care — 2019
Expands to Ulta — 2020
Expands to Ulta in Target — 2021
Launches supplements — 2022

Connected and accessible affordable luxury brand offering haircare, body care, and fragrances

CATEGORY EXPANSION

**D** DTC at Launch    **T** Target Exclusive    **S** Sephora Exclusive    **U** Ulta Exclusive

ATTORNEYS' EYES ONLY

BL-000021824

**A2:** Competitor Landscape

DRAFT

# Competitor Channel Launch Model

In the US, Haircare brands have greater flexibility expanding into different types of channels and later categories; Consumer brand perception driven less by channel and more by authority (can come from various sources)

## TARGET-FIRST LAUNCH

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Kristin Ess* | TARGET* | Ulta, DTC, Walmart, CVS | HC |
| Odele | TARGET | Ulta, DTC, CVS | HC, BC |
| Function of Beauty* | TARGET* | DTC | HC |
| TPH by Taraji* | TARGET* | Walmart, CVS | HC, BC |

## ALTERNATIVE LAUNCH MODELS

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Monday | TARGET + ULTA | Walmart, CVS | HC |
| JVN | PRO | Sephora*, DTC | HC |
| OUAI | SEPHORA* | DTC, Ulta, Ulta @ Target | HC, BC, FR |
| Olaplex | PRO | Sephora*, DTC, Ulta | HC |

## ULTA-FIRST LAUNCH

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Eva NYC | ULTA | DTC, CVS | HC |
| Verb | PRO | Ulta, DTC, Sephora, Pro, Ulta @ Target | HC, BC |
| Pattern | ULTA* | Ulta @ Target, DTC, Sephora | HC |
| Lolavie | ULTA* | DTC | HC |

**SELECT CELEBRITY-BACKED BEAUTY BRANDS ABLE TO PIVOT OR RE-POSITION OVER TIME, REGARDLESS OF LAUNCH CHANNEL**

- **The Honest Company** launched DTC personal care (2012), expanding to prestige makeup, hair, and skin at Target, Ulta *(hair only)*, and Amazon by 2017. After a decline in sales and valuation, **Honest Beauty** re-launched in 2018 with a highly curated masstige product line

- **Rihanna** launched masstige fragrance in 2010 through mass market retail, expanding into prestige beauty (MU + SC) at Sephora with **Fenty Beauty** in 2017 *(Note: Launched under separate brand name and umbrella)*

*US CONSUMERS SHOP ACROSS CHANNELS,. FOR EXAMPLE, 51% OF ULTA SHOPPERS SHOP IN TARGET EACH MONTH BASED ON CREDIT CARD RESEARCH.  ~35% OF ULTA CONSUMERS SURVEYED SHOP AT TARGET FOR HAIRCARE.*

*\*Exclusive to this retailer at launch*

ATTORNEYS' EYES ONLY

BL-000021825

**A2:** Competitor Landscape

**DRAFT**

# Beauty Brands:  Marketing & Celebrity 'Likeness' Usage Model
Usage of likeness highest at launch and can flex over the brand lifecycle. Usage model impacts marketing approach.



**ARCHETYPES**

**THE SIDE HUSTLE**

**Lower level of involvement** in product development and business ops

Likely to **over-index on likeness** usage

**THE PASSION PROJECT**

**Higher level of involvement** in product development and business ops

**Over-index on likeness** usage

**THE BRAINS BEHIND**

**Higher level of involvement** in product development and business ops

Likely to **under-index on likeness** usage

---

**EVOLUTION OF LIKENESS USAGE**

Likeness usage often varies by stage of the brand lifecycle:

- **At launch / during initial launch year**, brands typically leverage increased likeness usage; in particular to gain audience and follows through social media

- Over time, brands can **flex the degree of likeness usage** based on performance, market conditions, and other factors

ATTORNEYS' EYES ONLY

BL-000021826

**A2:** Competitor Landscape

**DRAFT**

# Beauty Brands: Naming Archetypes vs. Estimated Revenue / Performance
Based on known revenue as a proxy for performance, no visible relationship between type of name and performance

| | EST. REV | CAT |
|---|---|---|
| Fenty Beauty | $588M | MU, SC |
| Anomaly | $527M | HC |
| Kylie Cosmetics | $371M | MU |
| The Honest Company | $313M | SC, MU |
| Kristin Ess | $125M | HC |
| Rare Beauty | $90M | MU |
| r.e.m. beauty | $84M | MU, SC |
| JLo Beauty | $72M | SC |
| Goop | $50M | BC, SC |
| FLOWER Beauty | $50M | FR |
| JVN | $30M | HC |
| Florence by Mills | $30M | SC, MU |
| Haus Labs | $30M | MU |
| Hey Humans | $10M | BC |
| TPH by Taraji | $10M | HC, BC |
| Rhode Beauty | $5M | SC, MU |
| Andrew Fitzsimmons | $4M | HC |
| Henry Rose | $4M | FR |
| About-Face | $3.5M | MU |

**NAME**

*Brands prominently using a celebrity's name*

- First Name
- Full Name
- Last Name (if well-known)

**Examples:**

- Kristin Ess
- Kylie Cosmetics
- Andrew Fitzsimmons
- JLo Beauty
- Eilish

**NAME VARIATION**

*Brands using a variation of a celebrity's name*

- Nickname
- Family Name
- Last or Middle Name (if not well-known)
- Initials

**Examples:**

- LolaVie
- Frenshe
- Fenty Beauty
- TPH
- Florence by Mills
- KVD Beauty
- Keys Soulcare
- Henry Rose
- Rhode Beauty
- Goop

**PERSONAL TIE**

*Brands using a name tied to a personal component of their lives*

- Signature Look
- Name previous work
- Language

**Examples:**

- Gisou
- Good Dye Young
- r.e.m. beauty
- Haus Labs
- Rare Beauty

**ETHOS**

*Brands using a name that represents the brand's ethos or mission*

- Ingredients
- Quality
- Vision

**Examples:**

- Pattern
- Anomaly
- Sienna Naturals
- The Honest Company
- FLOWER Beauty
- About-Face
- Meaningful Beauty
- Hey Humans

*No financial data available for Pattern, TPH, KVD Beauty, Keys Soulcare, LolaVie, Frenshe, Gisou, Good Dye Young, Sienna Naturals, Meaningful Beauty.*
*All revenue figures are estimated.*
MU: Makeup | SC: Skincare | FR: Fragrance | BC: Bodycare | HC: Haircare

ATTORNEYS' EYES ONLY

BL-000021827

*Appendix B*
Business Strategy & Operations

ATTORNEYS' EYES ONLY

BL-000021828

**B1:** Ellender Brown Execution Plan

**DRAFT**

# Ellender Brown Strategy

| **AMBITION** | Global, multi-category beauty company with a +$1B valuation | **VALUE PROP** | Innovative, high-performing, high-quality Haircare products that achieve differentiated results at accessible price points and lead in sustainability, clean, vegan cruelty-free ingredients and packaging |

## LAUNCH & BUILD HAIRCARE

### Product Innovation

**Haircare Launch, capitalize on market trends and establish brand authority**
- **Launch:** 7 high-quality, high-performance products at accessible price points
- **Expansion:** Innovative specialty products and additional SKUs to broaden range of Haircare consumer benefits and uses

### Go to Market

**Strong momentum in Haircare and expansion strategy to enhance perception and grow to $1B valuation**
- **Target:** Reach and accessibility, exclusive partnership with favorable merchandising and promotional support
- **DTC:** Brand Story, Innovation, and profitability with full assortment, 'test and learn', and specialty products
- **Ulta:** Reach and prestige category partner to achieve brand ambition and reinforce premium positioning
- **Geographies:** Expanded reach and scale through select geographics and leading beauty retailers

**Distinctive marketing rooted in authority, combined with Target investment, builds reach and demand**
- **Launch Investment:** Additional $2.2M (total $2.9M)
- **Sustained Investment:** 20% Net Retailer Revenues, 25% brand.com revenues

## EXPAND IN NEW CATEGORIES

### Next Beauty Category

**Additional beauty categories with innovative, premium offerings that showcase EB distinction value proposition and authority**
- **Ulta:** Core partner for additional categories, enabling expansion to prestige brice points and broadening consumer demand
- **Additional Geographies:** Build demand and reach further internationally through consideration of additional geographic regions and key retail partnerships

### Organization & Governance

**Organization provides focus and structure to accelerate realization of brand ambition**
- **Functions:** Commercial, Marketing, Product/Ops focus to successfully launch brand and establish DTC channel
- **Scale:** 5 dedicated FTEs pre-launch, 10 by 18mo post-launch; FTE growth aligned to retail/geo. expansion

**Governance structure enables EB to meet key dates within the execution plan**
- **Existing Structure:** Continue with few changes to existing structure, including key metrics and approval cascade
- **Cadence:** Regular meeting cadence imperative to speed to activation in order to accelerate business strategy

| **HAIRCARE FINANCIAL PLAN** | The Ellender Brown business strategy is projected to deliver a **profitable, growing global haircare business**, building rapid US demand, followed by global expansion, with a path to improved profitability with scale. **By 2030, the plan projects $150M Haircare net revenue (+$270 retail revenue) at a 14% EBITDA** |

ATTORNEYS' EYES ONLY

BL-000021829

**B1:** Ellender Brown Execution Plan

**DRAFT**

## Execution Plan – **Readiness to Launch**

**A focus on execution is critical to deliver the business strategy in a competitive and rapidly evolving marketplace.** The following key milestones are critical to launch the brand in the next year and set the brand on a path to strong growth and profitability.

- **Product**: Finalize 7 launch premium products by 2H 2023; follow closely with expansion of innovative Haircare offerings to broaden haircare range with additional SKUs and Products – to complete 2H 2024
- **Channel:** Finalize launch date and terms with Target, prepare product distribution for July 2024. Build DTC platform and content for launch in July 2024. Engage Ulta and international retailers for EB expansion by 2H 2024
- **Brand & Marketing:** Build marketing strategy and launch campaign.  Align on talent and operating model (e.g., roles and responsibilities EB/ JV, GBB, agency) pre-launch, Y1 Post-Launch, Y2 Post-Launch
- **Next Category**:  Determine next category and begin product development in next 12 months to prepare to launch next beauty category in 12 – 24 months after launch
- **Organization & Governance:**  Activate BoD and Op Comm structure ASAP.   Execute Talent recommendations

| URGENT | NEXT 3-6 MONTHS | IN 6-12 MONTHS |
|---|---|---|
| a) Finalize supplier key terms<br>b) Finalize launch products<br>c) Finalize retailer partnership<br>d) Finalize Branding and Name<br>e) Start hiring required resources<br>f) Stand up Governance Structure and approval / review processes | a) Finalize DTC channel strategy, platform(s), and assortment<br>b) Finalize launch marketing materials<br>c) Plan Wave 1 haircare expansion strategy and development (Target + Ulta)<br>d) Build DTC platform and channels<br>e) Finalize hiring and complete onboarding<br>f) Initiate Ulta partnership communications<br>g) Finalize distribution networks for launch<br>h) Finalize launch marketing<br>i) Conduct Board Review | a) Gain Board signoff<br>b) **Launch in Target**<br>c) **Launch in DTC**<br>d) Finalize Wave One Expansion products<br>e) Initiate negotiations of partnership with Ulta<br>f) Initiate international retailer partnerships and finalize international launch date |

33

ATTORNEYS' EYES ONLY

BL-000021830

**B1: Ellender Brown Execution Plan**



KEY ◆ Launch Milestone   ■ Other Milestone

**DRAFT**

## Execution Plan: Launch Through Y2

⭐ EB GO-LIVE

| Workstream | 2H 2023 | 1H 2024 | 2H 2024 | Y1 Post-Launch | Y2 Post-Launch |
|---|---|---|---|---|---|
| **Key Milestones** | ■ Finalize Target Launch Date + Key Terms <br> ■ Finalize Launch Products | ■ Finalize DTC Platform | ◆ Target Launch date <br> ◆ US DTC Launch date <br> ■ Finalize Expansion Products (HC) | ◆ Ulta Launch <br> ◆ CAN, UK, EUR Launch <br> ■ Finalize New Cat. Products | ◆ New Category Launch <br> ◆ Oceania Launch |

### Product

**Launch Products** — ○ *Finalize*
Assortment   Price, Formulation, Packaging

**HC Expansion** — ○ *Finalize*
W1 Assortment     Develop, Test, Refine     Price, Formulation, Packaging

**Next Beauty Category** — ○ *Finalize*
Category + Assortment     Develop, Test, Refine     Price, Formulation, Packaging

### Channel

**Target** — ○ *Target Launch*
Launch Decision    Key Terms     Distribution Network     Product ready for distribution

**DTC** — ○ **DTC Launch** ------ *International DTC distribution expansion*
DTC Role / Purpose    Platform Selection    Content + Platform Build    Soft Launch

**Ulta** — ○ **Ulta Launch**
Engage Ulta     Initial Negotiations     Key Terms     Exclusive SKU Assortment    Distribution, Marketing & Launch Plan

**International** — ○ **Launch in Canada, UK, Europe** ---- *Expand to Oceania*
Engage Retailers    Assortment   Key Terms, Dates, Distribution

### Brand & Marketing

○ **Launch Campaign Go Live** ---- *Post-Launch Promotional Material Design*
Brand Name     Brand Launch Campaign    Target Launch Materials    Post-Launch Marketing Strategy

### Organization & Governance

○ **Board Review & Launch Signoff**
Hiring Plan   Governance Structure   Y1 Budget   1st Board Review*   Hiring & Onboarding   Success Criteria   Y2 Budget                   Y3 Budget                   Y4 Budget

*Board Reviews to Continue Quarterly

ATTORNEYS' EYES ONLY

BL-000021831

**B1:** Ellender Brown Execution Plan

## Launch: Key Actions

**DRAFT**

| | By 7/30/23 | By 9/30/23 | By 12/30/23 | By 3/30/24 | By 6/30/24 |
|---|---|---|---|---|---|
| **Product** | ❏ Outstanding supplier key terms finalized<br>❏ Launch Product assortment (Target + DTC) finalized<br>❏ Launch product formulations, packaging, and price finalized | ❏ Wave one haircare expansion planning (Target + Ulta) initiated | ❏ Wave one haircare expansion product development initiated | ❏ Launch products ready for distribution<br>❏ Wave one haircare expansion products tested and refined<br>❏ International formulation / packaging development initiated (TBC)*<br>*TBC depending on US product formulation and packaging compliance with international regulation* | ❏ Launch products rolled out across channels<br>❏ Wave one expansion product formulations, packaging, and price finalized<br>❏ First expansion category planning initiated |
| **Target** | ❏ Target launch decision finalized<br>❏ Target key terms finalized<br>❏ Target assortment finalized | *See Marketing Activities* | ❏ Target distribution network finalized<br><br>*See Marketing Activities* | *See Marketing Activities* | ❏ Product received at Target Distribution Centers<br>❏ Target Go-Live<br>❏ Wave one haircare expansion assortment finalized |
| **Ulta** | ❏ Exclusive SKU assortment / product development initiated | ❏ Ulta communications initiated (Quarterly Meetings)<br>❏ Exclusive SKU assortment / product development continued | ❏ Ulta communications continued (Quarterly Meetings)<br>❏ Exclusive SKU assortment / product development continued | ❏ Ulta communications continued (Quarterly Meetings)<br>❏ Exclusive SKU assortment / product development continued | ❏ Ulta launch planning initiated (July 2025)<br>❏ Exclusive SKU assortment / product development continued<br>❏ Ulta Terms drafted |
| **DTC** | ❏ DTC assortment finalized | ❏ Vendor platform selected<br>❏ Content development for DTC platforms/channels initiated<br>❏ DTC platform (e.g., website & POS) MVP built | ❏ DTC distribution network finalized<br>❏ DTC platform tested and refined | ❏ Go/no-go criteria for DTC platform finalized<br>❏ DTC platform soft launch (TBC) | ❏ DTC Go-Live<br>❏ International DTC distribution network planning initiated (Canada, UK, Europe) |
| **International Leading Beauty Retailers** | | | | ❏ Wave one international expansion retailers engaged (e.g., Shopper's Drug Mart, Boots, Douglas<br>❏ International assortment planning initiated (by geography) | ❏ July 2025 international launch date finalized<br>❏ International retailer key terms negotiations initiated<br>❏ International distribution network (Shopper's Drug Mart, Boots, Douglas) planning initiated |
| **Marketing** | ❏ Brand name finalized | ❏ Brand launch campaign design initiated<br>❏ Brand launch campaign reviewed<br>❏ Target launch materials designed | ❏ Target launch materials reviewed<br>❏ Post-launch marketing strategy drafted & reviewed | ❏ Brand launch campaign finalized<br>❏ All Target launch materials finalized and shared<br>❏ Post-launch marketing strategy finalized | ❏ Launch campaigns go-live (DTC, Target in-store and Target.com)<br>❏ Post-launch promotional content design initiated |
| **Organization & Governance** | ❏ Resourcing and hiring plan drafted<br>❏ Governance structure and decision-making processes reviewed | ❏ Resourcing and hiring plan finalized<br>❏ Governance structure and decision-making processes finalized<br>❏ Board appointed (incl. Blake proxy)<br>❏ Quarterly Board review conducted<br>❏ Wave one of dedicated resources hired and onboarded<br>❏ GBB shared resources onboarded<br>❏ Y1 Budget & approval process finalized | ❏ Quarterly Board review conducted<br>❏ Success Criteria for brand launch and Ulta expansion finalized<br>❏ All dedicated resources (incl. wave two) hired and onboarded | ❏ Quarterly Board review conducted<br>❏ Y2 Budget finalized | ❏ Quarterly Board review conducted<br>❏ EB brand launch sign-off obtained from board |

US

ATTORNEYS' EYES ONLY

BL-000021832

**B1:** Ellender Brown Execution Plan

**DRAFT**

# Execution Plan: Channel Expansion

EB GO-LIVE

| Workstream | 2H 2023 | 1H 2024 | 2H 2024 | Y1 Post-Launch | Y2 Post-Launch |
|---|---|---|---|---|---|

**Target**

Launch Decision — Product Assortment Finalized

HC Product Expansion: Assortment, Pricing, Packaging, Testing, Approvals

Marketing Activities

Key Terms Negotiations
• In-Store Promos
• Target.com Promos
• Blake's Commitment
• Markdowns

Distribution Network Finalized — Products at Warehouse — Product ready for distribution

**Target Launch**

**HC Product Expansion Release**

**Ulta**

Engage Ulta to discuss Launch opportunity

Next Beauty Category: Assortment, Pricing, Packaging, Testing, Approvals

Marketing Activities

Begin Exclusive SKU assortment/product development for Ulta

Present formal sell in pitch for Ulta July 2025 Launch

Confirm Ulta July 2025 Launch

Negotiate & Finalize Key Terms

**Ulta Launch**

**Next Beauty Category Launch**

**DTC**

DTC Role / Purpose — DTC product assortment Finalized — DTC Content Developed — Distribution Network Finalized — GNG Criteria Finalized

Platform assessment + Selection — DTC Platform Build — DTC Platform Testing — Soft Launch (no product)

**DTC Launch**

International DTC Distribution (Canada, UK, Europe)

International DTC Distribution (Oceania)

**International Leading Beauty Retailers**

Engage Retailers (Shopper's Drug Mark, Boots, Douglas)

Marketing Activities

International Launch Dates Finalized

Assortment Planning

Key Terms Finalized, Distribution Network Finalized

**Launch in Canada, UK, Europe**

**Expand to Oceania**

ATTORNEYS' EYES ONLY

BL-000021833

**B1:** Ellender Brown Execution Plan

DRAFT

# Execution Plan: Geographic Expansion

Capitalize on strong launch momentum to rapidly expand in priority geographic markets, driving reach and scale through partnerships with leading international beauty retailers.  Timing to begin:  Late 2024 – 2025

**Wave One** geographies selected based on Haircare market size, growth and fit and ability to gain a competitive advantage based on fit with the Brand authority and value proposition
- Wave One include:  Canada (Shopper's Drug Mart with 900 doors at scale), UK (Boots with 1000 doors at scale), Europe (Douglas with 1400 doors at scale), and Australia and New Zealand (Multiple retailers with 200 doors at scale). Wave One full scale is reached by 2027/

**Upside: Wave Two**
- **Further expansion in wave 1 geographies -** not currently reflected in the business /financial plan. Wave Two retailers can include: Jean Coutu and LookFantastic in Canada; H Beauty and other DTC retailers in the UK; ICI Paris XL, Mueller, Marionnaud in Europe; MyChemist in Oceania, etc.

- **Additional Geographies:**  For consideration- Mexico and LATAM, the Nordics, Middle East, South East Asia, India, China, and Travel Retail. Additional information will inform strategic retailer partnerships and product-consumer fit

37  | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021834

**B1:** Ellender Brown Execution Plan

DRAFT

# Geographic Expansion Plan

| | Y1 | Y2 | Y3 | Y4 | Y5 | Y6 | Y7 |
|---|---|---|---|---|---|---|---|
| **US** | **TARGET**: 1935<br>**ULTA**: 0 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 |
| **INTL** | NOT APPLICABLE | **CAN**<br>Shopper's: 200<br>**UK**<br>Boots: 500<br>**EUR**<br>Douglas: 1400 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 |
| **DOT COM** | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume |

38  | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021835

**B1:** Ellender Brown Execution Plan

**DRAFT**

## Execution Plan: Product Expansion

Grow product portfolio through release of original products and additional SKUs in key retailer channels, establish Ellender Brown as a leading innovative and premium Haircare brand

Ellender Brown's growth is driven by innovative, high-performing, and high-quality Haircare products that offer differentiated results at accessible price points. **Launch Products** are focused assortment of 7 core moisturizing / strengthening and finishing products at masstige pricing, available at Target and Brand.com.

Through a strategic partnership with **Ulta,** beginning in July 2025, EB to expand pipeline of Haircare products to broaden range and address consumer top concerns through new products and additional packaging. Expansion line is comprised of exclusive finishing products for Ulta, alongside new formulas and sizes at Ulta and Target.

Full EB core Haircare assortment is fully available by Y2 Post-Launch (2H 2026) and includes **14 Products and 30 SKUs** across moisturizing / strengthening, scalp care, and finishing. Full assortment available in Target, Ulta, brand.com, and select international retailers. Potential Haircare products and beauty categories that grow EB's portfolio are not currently reflected in the business plan. Potential expansion opportunities include Haircare specialty products, treatments, color care; next beauty categories fragrance and makeup.

39  | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021836

**B1:** Ellender Brown Execution Plan

DRAFT

# Product Expansion Plan



**TARGET**

**Y1**

**NEW**
Products: 7
SKUs: 7
(main, finishing)

**Y2**

**NEW**
Products: 1
SKUs: 6
(main)

**TOTAL**
Products: 8
SKUs: 13

**Y3**

**NEW**
Products: 6
SKUs: 17
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

**ULTA**

**NEW**
Products: 9
SKUs: 14
(main, finishing)

*Includes exclusive Finish Line products for Ulta*

**NEW**
Products: 5
SKUs: 16
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

**No New Haircare Products**

Y4      Y5      Y6      Y7

40  | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021837

**B2:** Organization & Governance

**DRAFT**

# Organization requirements: The need for dedicated resources ramps-up over year 1

| ROLES & RESPONSIBILITES | * Shared Capability / Full-time Position (FT) | *prior to* Launch | *before* 9-12 months | *before* 18 months |
|---|---|---|---|---|
| **LEADERSHIP** | CEO / CFO / Chief of Staff | • Leadership & board requires a full-time Chief of Staff - will be a key role to drive the team's strategy and coordinate collective decision making | • CEO/CFO remain part-time positions with direct accountability for two identified GBB employees | • Year 3+; as net sales exceeds $100 million & the business grows into multiple categories – a FT CEO / CFO may be considered |
| **MARKETING** | CMO / PR / Social Media / Digital / Paid Advertising / Brand Management | • CMO is a key FT hire and will lead marketing strategy and support some of other capabilities (e.g., Brand, Digital) <br> • PR & Social Media FT hire, as it is the key channel to drive demand leading to launch | • +FT Brand mgt to prepare for international expansion <br> • +FT Digital advertising to support new products, intl., & eCommerce <br> • Limited retail footprint – CRM provided through GBB Services | • n/a |
| **COMMERCIAL** | Commercial Leader / DTC / eCommerce / CRM | • Commercial Leader will drive DTC and retail operations with support from shared services from GBB | • +FT DTC / eCommerce as it comes into focus after launch - it may provide an outlet for product expansion not suited for retailers | • +FT CRM employee - by year 3 the retail footprint is expected to 6,100 stores and retail expansion may be an avenue for continued growth at this stage |
| **PRODUCT & OPERATIONS** | Product Development / Supply/Demand Planning | • Product development is a key capability as product portfolio grows and warrants a FT position | • Continue to leverage only shared resources for operations – but will demand more time as intl. ramps | • +FT Supply/Demand planning as portfolio & geographies expand |
| **CORPORATE** | Finance & Accounting, Tax & Regulatory, HR, Legal, IT | • Core corporate / back-office functions provided from GBB | • n/a | • May consider FT roles as business grows (esp. fin & acct) |

| FULL-TIME POSITIONS | 5 | 8 | 10 |
|---|---|---|---|

**GBB Services per JV:**
● General Services ("SG&A")
◉ Distribution Services

* shared capability may come from another full-time employee or from GBB Services per the JV Agreement

**Budget – 12 Months Post-Launch**
SG&A | $1.5M
Distribution | $3.2M

**2025 Budget**
SG&A | $3.8M
Distribution | $4.1M

**2026 Budget**
SG&A | $6.8M
Distribution | $6.3M

41 | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021838

**B2:** Organization & Governance

**DRAFT**

# Governance Structure: Need to launch ASAP. Frequent discussion and collaboration is critical

**BOARD OF DIRECTORS**
CEO (GBB Appointee) + Blake Proxy (BL Appointee)

**OPERATING COMMITTEE**
BoD + FH Leadership Team + Key Employees (to be identified)

**1** RETAIL / DTC
*Owner:* Commercial Leader

**2** PRODUCT / SUPPLY CHAIN
*Owner:* Product Development (lead)

**3** FINANCE & ACCOUNTING
*Owner:* Chief Financial Officer

**4** BRAND / MARKETING
*Owner:* Chief Marketing Officer

## ROLES AND RESPONSIBILITIES

### CADENCE

### Board of Directors (BoD)

- BoD consists **of 2 members**: one appointed by BL and one by GBB
- Per the JV agreement, the BoD is responsible for decisions (summarized below). These decisions should be discussed ahead of board voting at the "Operating Committee" meetings.

*A summary of BoD decisions, including but not limited to: incurring any debt or other capital contributions (e.g., equity); sale of any assets or liquidation; filing for dissolution or bankruptcy; entering new lines of business or use of the brand; adopting or modifying any business plan, budget, marketing plan, distribution channel, or retail strategy*

- As-needed, to formally vote on key decisions
- The BoD topics should be discussed prior to board voting during the Operating Committee meetings described below
- Consider adding independent BoD members as business grows

### Operating Committee

- Committee designed to drive forward key strategic decision making and ensure alignment across leadership/BoD
- Meetings to be organized and led by the Chief of Staff
- Each key functional area of the operating committee to have an "Owner" responsible for reporting out progress
- Key decisions should be discussed here prior to formal BoD voting
- *BL Proxy to attend each operating committee meeting to ensure alignment with company activities and prepare for BoD voting

- Biweekly/Monthly meetings leading to launch
- Monthly + Ad-hoc as determined helpful by leadership team
- Chief of Staff to coordinate

### Functional Owners

- Functional Owners should be members of the operating committee and are responsible for ensuring successful delivery against program objectives and timeline
- Owners leverage shared and FT employees to report out and provide updates –this may be a good opportunity for the team to interact with leadership, including on occasion BL

42  | Copyright © 2022 Deloitte Consulting Pty Ltd. All rights reserved.

ATTORNEYS' EYES ONLY

BL-000021839

# Appendix C
# Haircare Financial Plan & Valuation

ATTORNEYS' EYES ONLY

BL-000021840

**C1:** Financial Assumptions

DRAFT

# Financial Model Assumptions

[44] *Pursuant to the Engagement Letter dated May 12, 2023, Family Hive ("Client") has engaged Deloitte Consulting LLP ("Consultant"). Financial outcomes are outputs of the Model as defined in the engagement letter, client acknowledges and agrees to take sole responsibility for all aspects of the Model.*

ATTORNEYS' EYES ONLY

BL-000021841

**C1:** Financial Assumptions

DRAFT

# Haircare Financial Plan – Revenue Assumptions

**The revenue and growth assumptions are predicated on a rapid and successful initial launch at Target** – a successful launch builds the demand to fuel expansion and funds investment in marketing and innovation, creating a 'virtuous' cycle to build demand and scale

- **Doors**: In mid-2024 Ellender Brown launches into 1,935 Target under a year-long exclusivity agreement. A successful launch at Target is quickly followed by an expansion into 1,350 Ulta doors and 1,050 international doors in mid-2025. By 2027 Ellender Brown will complete its global expansion, bringing the global count to 6,785
- *Note:  The business is also considering expansion into global markets earlier to capitalize on the brand launch momentum*

- **Product:** In 2024 Ellender Brown launches 7 products, one size each, at an average price of $18.99. In the following year, the number of products expands by 1 and SKUs grow to 13. By 2026, the haircare lineup is complete, bringing the total product and SKU counts to 14 and 30, respectively. Additionally, and to offset cost increases over time, by 2027 it is expected that the average price will increase by approximately $2.5

- **Productivity**: The highly accessible and premium-performance product suite is expected to aggressively capture market share upon launch. During the first 6 months following launch, average product productivity is estimated to be 2 units per store per week. As expansion continues this number settles ~2.5

*Risks and upside to the plan addressed in the Appendix C1*

| KEY DRIVERS | *Key Expansion Period* | | | | *Assumed Exit* |
|---|---|---|---|---|---|
| | **2024** | **2025** | **2026** | **2027** | **2030** |
| DOORS | | | | | |
| Target | 1,935* | | | | 1,935 |
| Ulta | | 1,350* | | | 1,350 |
| Int'l | | 1,050 | 2,800 | 3,500 | 3,500 |
| **Total** | **1,935*** | **4,335** | **6,085** | **6,785** | **6,785** |
| | | | | | |
| PRODUCT | | | | | |
| Avg Standard Price | **$18.99** | | *2027 Price Increase* | **$21.49** | **$21.49** |
| *Price Range* | *$9.99-$29.99* | | | *$10.99-$34.99* | *$10.99-$34.99* |
| Products \| SKUs | 7 \| 7 | 8 \| 13 | 14 \| 30 | | 14 \| 30 |
| *ASSUMPTION* | *100% of products & SKUs are on all shelves* | | | | |
| | | | | | |
| PRODUCTIVITY | *weekly units per product per store*** | | | | |
| Target | 2.04 | 2.38 | 2.97 | 3.13 | 4.22 |
| Ulta | | 1.04 | 1.13 | 1.40 | 2.10 |
| Int'l | | 0.94 | 0.98 | 1.18 | 1.78 |
| **Total Retail** | **2.04** | **1.83** | **1.65** | **1.78** | **2.54** |
| *ASSUMPTION* | *EB productivity is near the highest in Masstige at Target* | | | | |
| DTC | 10% of retail volume | | | | |
| **RETAIL REVENUE** | $15.2 | $52.5 | $116.9 | $196.3 | $280.7 |
| **NET REVENUE** | $8.7 | $29.2 | $64.3 | $107.2 | $152.9 |

\* Enter doors July 1 of each year                \*\* Weekly Units (numerator) include SKU variations while product count (denominator) does not include SKU variations

ATTORNEYS' EYES ONLY

BL-000021842

**C1:** Financial Assumptions

DRAFT

# Revenue Channel Assumptions and Retail Revenue Summary

|  |  | '24 | '25 | '26 | '27 | '28 | '29 | '30 |
|---|---|---|---|---|---|---|---|---|
| **Target** | # of Stores (Average) | 1,935 | 1,935 | 1,935 | 1,935 | 1,935 | 1,935 | 1,935 |
|  | Products on Shelves (Average) | 7.0 | 8.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
|  | Weekly Units / per Product / per Store | 2.04 | 2.38 | 2.97 | 3.13 | 3.64 | 4.11 | 4.22 |
|  | Avg Price of Standard Product Line | 19.25 | 19.21 | 19.02 | 21.41 | 21.43 | 21.46 | 21.44 |
| **Ulta** | # of Stores (Average) | - | 675 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 |
|  | Products on Shelves (Average) | - | 9.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
|  | Weekly Units / per Product / per Store | - | 1.04 | 1.13 | 1.40 | 1.63 | 1.87 | 2.10 |
|  | Avg Price of Standard Product Line | - | 19.08 | 18.90 | 21.35 | 21.37 | 21.41 | 21.44 |
| **DTC (US)** | # of Stores (Average) | - | - | - | - | - | - | - |
|  | Products on Shelves (Average) | 7.0 | 8.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
|  | Weekly Units / per Product / per Store | - | - | - | - | - | - | - |
|  | Avg Price of Standard Product Line | - | 19.16 | 18.89 | 21.35 | 21.37 | 21.41 | 21.44 |
| **Intl'** | # of Stores (Average) | - | 1,050 | 2,800 | 3,500 | 3,500 | 3,500 | 3,500 |
|  | Products on Shelves (Average) | - | 8.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
|  | Weekly Units / per Product / per Store | - | 0.94 | 0.98 | 1.18 | 1.38 | 1.58 | 1.78 |
|  | Avg Price of Standard Product Line | - | 19.16 | 18.89 | 21.35 | 21.37 | 21.41 | 21.44 |
| **DTC (Intl')** | # of Stores (Average) | - | - | - | - | - | - | - |
|  | Products on Shelves (Average) | - | 8.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
|  | Weekly Units / per Product / per Store | - | - | - | - | - | - | - |
|  | Avg Price of Standard Product Line | - | 19.16 | 18.89 | 21.35 | 21.37 | 21.41 | 21.44 |





ATTORNEYS' EYES ONLY

BL-000021843

**C1:** Financial Assumptions

**DRAFT**

# Haircare Financial Plan – **Risks**

| | IMPLICIT ASSUMPTIONS<br>*"What needs to be true?"* | EMBEDDED RISKS<br>*"What could go wrong?"* | MITIGATION / UPSIDE<br>*"What upside could mitigate risks?"* |
|---|---|---|---|
| **RETAIL CHANNELS** | Immediate success in Target leads to roll out across all Ulta doors (1,350) by Year 2<br><br>Domestic success leads to rapid intl. expansion in key markets (3,500 doors) Yr 3 | Difficulties handling the scale and weaker demand may slow expansion across retail stores | Expansion into other retailers, including additional retailers, doors and regions *(35+ retailers across 15+ countries)* |
| | | **SENSITIVITY:   (500 doors = ~$20m Revenue in 2030)\*\*** | |
| **PRODUCT** | Rapid success at Target allows expansion of portfolio to 14 products & 30 SKUs by Year 3<br><br>All retailers hold entire product portfolio & SKU variations<br><br>~$18.99 is an attractive price for consumers | Product development constraints lead to a slower expansion of the portfolio<br>Not all stores carry 100% of products & SKUs *(i.e., different store layouts)* | Initial success promotes full expansion of EB product plan *(4 franchises,  27 products, 55 SKUs)*<br>Expanded beauty categories *(i.e., fragrance, make-up)*<br>New products can command higher price points |
| | | **SENSITIVITY:    (1 product = ~$20m Revenue in 2030)\*\*** | |
| **PRODUCTIVITY** | EB performs as a top masstige brand in Target & in other channels. *(i.e., Shampoo performs better than Kristin Ess & Native shampoos)*<br><br>All products perform well and stay on all shelves | Productivity across the portfolio has average performance | Successful innovation & marketing leads to exponential growth for EB *(i.e., Olaplex, KE)* |
| | | **SENSITIVITY:    (0.5 UPSPW** *all channel* **= ~$50m Revenue in 2030)\*\*** | |
| **PROFITABILITY** | EB receives modest volume discounts from its supply chain as the business grows<br><br>Product costing based on quotes from suppliers during COVID *(unclear if costs are now higher from inflation or lower from fewer supply constraints)* | Unexpected costs from international expansion put pressure on Gross Margin<br>Continued inflation puts pressure on costs | Rapid growth leads to suppliers providing higher volume discounts than modeled<br>Further increase in retail price to offset potential costs from inflation *(current assumption is +$2.0 per product in 2027)* |
| | | **SENSITIVITY:    (10% change in COGS = $5 Gross Margin in 2030)\*\*** | |

*See Appendix  C1*

Increased likelihood of occurrence

**\*\* Directional approximation, changing a <u>single variable</u> of the scenario.  In practice, each variable is interrelated and may offset or exacerbate each other** *(i.e., an increase in doors may reduce productivity)*

ATTORNEYS' EYES ONLY

BL-000021844

**C1:** Financial Assumptions

DRAFT

Haircare Financial Plan – **Geographic Assumptions**

|  | | Y1 | Y2 | Y3 | Y4 | Y5 | Y6 | Y7 |
|---|---|---|---|---|---|---|---|---|
| | **US** | **TARGET**: 1935<br>**ULTA**: 0 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 |
| | **INTL** | NOT APPLICABLE | **CAN**<br>Shopper's: 200<br>**UK**<br>Boots: 500<br>**EUR**<br>Douglas: 1400 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 | **CAN**<br>Shopper's: 900<br>**UK**<br>Boots: 1000<br>**EUR**<br>Douglas: 1400<br>**AUS + NZ**<br>All Retailers: 200 |
| | **DOT COM** | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume |

*Ellender Brown*

- **Focus on Geographic Expansion to select countries, complete by Year 4**
- Limited product assortment, complete by Year 3

ATTORNEYS' EYES ONLY

BL-000021845

**C1:** Financial Assumptions

DRAFT

# Productivity Assumptions vs. Peers at Target (Standard Size by Product Category)

Benchmarking the productivity of the financial plan shows EB performing at the high-end of masstige at Target



**Description**
- Productivity data provided by Target for other masstige brands (2022)
- Each dot represents a standard product's productivity at Target from other masstige brands
- Ellender Brown productivity assumptions (for the year 2030) are positioned for comparison of each product category
- EB's productivity assumptions perform at the high-end of the masstige at Target across products



**Legend**

| | |
|---|---|
| x.x | **EB** Standard Size Productivity @ Target (Financial plan in 2030) |
| [# __] | EB product name and/or # of products at that level of productivity |
| ◯ | Productivity of a single product from the following brands: |
| KE | Kristin Ess |
| FB | Function of Beauty |
| NA | Native |
| 10 | It's a 10 |

ATTORNEYS' EYES ONLY

BL-000021846

**C1:** Financial Assumptions

DRAFT

# Target Productivity Assumptions vs. Peers (by SKU Variations)

EB's productivity of SKU Variations in the financial plan perform like other masstige brands at Target, although EB expects to carry a wider assortment of SKU variations held at all Target stores than other masstige brands



**Description**

- Productivity data provided by Target for other masstige brands (2022)
- Each dot represents productivity at Target for a specific SKU variation from other masstige brands
- Ellender Brown productivity assumptions (for the year 2030) are positioned for comparison of each SKU variation type
- EB's productivity assumptions for SKU variations sits towards the middle-low end of competitors, although EB is projected to carry a large assortment at Target compared to most of the other brands

**Legend**



| | |
|---|---|
| x.x | **EB** SKU Variations Productivity @ Target (Financial plan in 2030) |
| [# _ ] | # of EB SKU variations available at that level of productivity |

Productivity of a single product from the following brands:

| | |
|---|---|
| KE | Kristin Ess |
| FB | Function of Beauty |
| NA | Native |
| 10 | It's a 10 |

ATTORNEYS' EYES ONLY

BL-000021847

**C1:** Financial Assumptions

DRAFT

# Haircare Financial Plan – Cost Assumptions

Profitability is driven by revenue projections (see prior page) and the key cost assumptions: gross margin, JV services fees, marketing, overhead

**The scale of the operations drives the significant reduction in operating expenses from 76% of sales in 2024 to 49% of sales in 2030 – contributing significantly to an EBITDA margin of 14% by 2030**

- **Gross Margin**: COGS per unit declines steadily as the business **scales purchases with suppliers, offsetting any inflation in the supply chain**. Gross margin percent increases 4% in 2027 largely due to a price increase – additional price increases may be required to maintain gross margin if inflation is greater than expected

- **JV Service Fees**: GBB provides distribution and general corporate services based on a defined fee structure until Ellender Brown can successfully perform them with their own dedicated resources. The fees associated with GBB's services are offset by the expenses incurred to fulfill those responsibilities.  **Distribution fees rapidly decline in 2025 and onward, as Ellender Brown net sales cross $10M.** The general service fees decrease over time per the JV agreement as the business matures further contributing to profitability

- **Overhead**: Other overhead is projected as a percent of sales by channel and are held constant

- **Marketing**: Marketing is projected as a percent of sales consistent with benchmarks (Appendix C.1) and includes an additional fixed spend of $2.2M in the first 12 months of launch to generate initial exposure

| KEY DRIVERS | | Key Expansion Period | | | Assumed Exit |
|---|---|---|---|---|---|
| | 2024* | 2025 | 2026 | 2027 | 2030 |
| **GROSS MARGIN** | | | | | |
| COGS $ per Unit | 4.3 | 4.3 | 4.2 | 4.2 | 4.1 |
| Gross Margin % | 61% | 59% | 58% | 62% | 63% |
| | | | | | |
| JV SERVICE FEES *(% of sales per agreement)* | | | | | |
| General Services* | 10% | 10% | 8.5% | 7.3% | 7% |
| Distribution | 18.1% | 10.4% | 7.6% | 6.5% | 6% |

*Distribution Terms / Assumptions*    Wholesale:  20% of sales up to $10M, 5% on sales above $10M
                                                        DTC:  7% of sales in 2024-2025, 5% in 2026

OTHER OVERHEAD *(assumed % of sales)*
| Warehouse & Logistic | 4% | 7% | 19% | US | INT'L | DTC |
| Royalties | 5% | 10% | Wholesale | DTC |
| Other | 3% |

MARKETING
| % of Sales | 20% | 25% | Wholesale | DTC |
| + Additional Fixed Spend *($M)* | $1.1 | $1.1 |

| OPERATING EXPENSES *($M)* | $6.6 | $17.6 | $33.5 | $53.8 | $75.5 |
| *% of sales* | *75.8%* | *60.3%* | *52.3%* | *50.1%* | *49.4%* |

| EBITDA *($M)* | ($1.3) | ($0.3) | $3.5 | $13.2 | $21.2 |
| | *(15.1%)* | *(1.2%)* | *5.5%* | *12.3%* | *14.0%* |

* Operations begin July 1, 2024

ATTORNEYS' EYES ONLY

BL-000021848

**C2:** Financial Outcomes

DRAFT

# Financial Model Outcomes

52 *Pursuant to the Engagement Letter dated May 12, 2023, Family Hive ("Client") has engaged Deloitte Consulting LLP ("Consultant"). Financial outcomes are outputs of the Model as defined in the engagement letter, client acknowledges and agrees to take sole responsibility for all aspects of the Model.*

ATTORNEYS' EYES ONLY

BL-000021849

**C2:** Financial Outcomes

DRAFT

# Haircare Financial Plan – **Haircare P&L**

The Ellender Brown business strategy is projected to deliver a **profitable, growing global haircare business**, building rapid US demand, followed by global expansion, with a path to improved profitability with scale.

**By 2030, the plan projects $150M Haircare net revenue (+$270 retail revenue) at a 14% EBITDA**
- By end of 2026 (2.5 years post launch), projected to be +$100 retail sales and EBITDA positive
- By 2027, projected +6,750 doors global footprint
- Strong EBIDA margin improvement with scale, with steady gross margin improvement

*The projected financial plan is **predicated on timely, successful execution of the strategy and action plan – including meeting key milestones**.  The projected financial plan is continent on the assumptions provided and business / market risks.*

| Haircare Financials ($M) | *Key Expansion Period* | | | | | | *Assumed Exit* |
|---|---|---|---|---|---|---|---|
| | **2024\*** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** |
| Retail Revenue | 15.2 | 52.5 | 116.9 | 196.3 | 228.7 | 260.6 | 280.7 |
| *Net-To-Retail %* | *58.2%* | *56.6%* | *55.9%* | *55.6%* | *55.6%* | *55.6%* | *55.5%* |
| **Net Revenue** | **8.7** | **29.2** | **64.3** | **107.2** | **124.9** | **142.3** | **152.9** |
| COGS | (3.4) | (11.9) | (27.1) | (40.3) | (46.5) | (52.5) | (56.0) |
| Gross Margin | 5.3 | 17.3 | 37.1 | 67.0 | 78.4 | 89.8 | 96.9 |
| *Gross Margin %* | *60.7%* | *59.1%* | *57.8%* | *62.4%* | *62.8%* | *63.1%* | *63.4%* |
| Distribution Services | (1.6) | (3.0) | (4.9) | (7.0) | (7.7) | (8.6) | (9.1) |
| General Services | (0.7) | (2.7) | (5.1) | (7.5) | (8.5) | (9.7) | (10.5) |
| Logistics | (0.5) | (2.0) | (4.5) | (7.7) | (9.0) | (10.3) | (11.1) |
| Royalties | (0.5) | (1.7) | (3.7) | (6.2) | (7.2) | (8.2) | (8.8) |
| Marketing | (2.9) | (7.2) | (13.3) | (22.3) | (25.9) | (29.5) | (31.8) |
| Other Admin | (0.3) | (1.1) | (2.0) | (3.1) | (3.5) | (4.0) | (4.2) |
| Total Overhead | (5.8) | (15.0) | (28.4) | (46.3) | (53.4) | (60.6) | (65.1) |
| *Overhead (% of sales)* | *75.8%* | *60.3%* | *52.3%* | *50.1%* | *49.6%* | *49.4%* | *49.4%* |
| **EBITDA** | **(1.3)** | **(0.3)** | **3.5** | **13.2** | **16.5** | **19.5** | **21.4** |
| *EBITDA Margin %* | *(15.1%)* | *(1.2%)* | *5.5%* | *12.3%* | *13.2%* | *13.7%* | *14.0%* |

\*2024 is 6 months of operations post initial launch

ATTORNEYS' EYES ONLY

BL-000021850

**C2:** Financial Outcomes

DRAFT

# Channel Profitability Summary

| | | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|
| **Target** | Retail Revenue | 13.81 | 34.07 | 59.01 | 89.59 | 104.30 | 117.77 | 120.94 |
| | Net Revenue (Including returns) | 7,422 | 18,307 | 31,707 | 48,139 | 56,038 | 63,276 | 64,983 |
| | Gross Margin | 4,320 | 10,575 | 18,028 | 29,749 | 34,821 | 39,551 | 40,859 |
| | *Gross Margin %* | 58.2% | 57.8% | 56.9% | 61.8% | 62.1% | 62.5% | 62.9% |
| **Ulta** | Retail Revenue | - | 6,093 | 16,653 | 27,809 | 32,416 | 37,259 | 41,954 |
| | Net Revenue (Including returns) | - | 2,849 | 7,788 | 13,005 | 15,159 | 17,424 | 19,620 |
| | Gross Margin | - | 1,467 | 3,953 | 7,301 | 8,568 | 9,921 | 11,254 |
| | *Gross Margin %* | - | 51.5% | 50.8% | 56.1% | 56.5% | 56.9% | 57.4% |
| **DTC (Intl')** | Retail Revenue | - | 761 | 3,066 | 6,107 | 7,122 | 8,188 | 9,225 |
| | Net Revenue (Including returns) | - | 696 | 2,805 | 5,588 | 6,517 | 7,492 | 8,441 |
| | Gross Margin | - | 521 | 2,093 | 4,335 | 5,068 | 5,842 | 6,601 |
| | *Gross Margin %* | - | 74.9% | 74.6% | 77.6% | 77.8% | 78.0% | 78.2% |
| **DTC (US)** | Retail Revenue | 1,381 | 4,016 | 7,566 | 11,740 | 13,671 | 15,503 | 16,290 |
| | Net Revenue (Including returns) | 1,264 | 3,675 | 6,923 | 10,742 | 12,509 | 14,185 | 14,905 |
| | Gross Margin | 954 | 2,764 | 5,172 | 8,333 | 9,728 | 11,062 | 11,656 |
| | *Gross Margin %* | 75.5% | 75.2% | 74.7% | 77.6% | 77.8% | 78.0% | 78.2% |
| **International** | Retail Revenue | - | 7,606 | 30,656 | 61,067 | 71,223 | 81,878 | 92,254 |
| | Net Revenue (Including returns) | - | 3,708 | 14,946 | 29,773 | 34,725 | 39,920 | 44,979 |
| | Gross Margin | - | 1,964 | 7,831 | 17,244 | 20,238 | 23,426 | 26,577 |
| | *Gross Margin %* | - | 53.0% | 52.4% | 57.9% | 58.3% | 58.7% | 59.1% |

ATTORNEYS' EYES ONLY

BL-000021851

**C2:** Financial Outcomes

DRAFT

# Masstige at Target Positioning by 2030

Business Strategy projects Ellender Brown as one of the top performing haircare brands in Target by 2030

**Retail Sales at Target in 2030 ($M)**

*Assumptions: Competitor data was taken from 2022 Target Retail Revenue (see Appendix A1, "Competition: Fragmented US Haircare Market") and grown at 7% YoY through 2030 (consistent with total market expectations)*



55

ATTORNEYS' EYES ONLY

BL-000021852

**C3:** Financial Benchmarks

DRAFT

# Financial Model Benchmarks

56 *Pursuant to the Engagement Letter dated May 12, 2023, Family Hive ("Client") has engaged Deloitte Consulting LLP ("Consultant"). Financial outcomes are outputs of the Model as defined in the engagement letter, client acknowledges and agrees to take sole responsibility for all aspects of the Model.*

ATTORNEYS' EYES ONLY

BL-000021853

**C3:** Financial Benchmarks

DRAFT

## Competitor Marketing Spend as % Revenue



* In 2023, Olaplex plans to invest an additional 30M into marketing (75% increase) bringing total spend to 4.5-5% of revenue

57

ATTORNEYS' EYES ONLY

BL-000021854

**C3:** Financial Benchmarks

DRAFT

## Competitor SG&A Spend as % Revenue



ATTORNEYS' EYES ONLY

BL-000021855

DRAFT

**C3:** Financial Benchmarks

# Competitor Gross Margin %



ATTORNEYS' EYES ONLY

BL-000021856

**C3:** Financial Benchmarks

DRAFT

## Competitor EBITDA Margin %



ATTORNEYS' EYES ONLY

BL-000021857

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Financial Model Valuation Assessment

[61] *Pursuant to the Engagement Letter dated May 12, 2023, Family Hive ("Client") has engaged Deloitte Consulting LLP ("Consultant"). Financial outcomes are outputs of the Model as defined in the engagement letter, client acknowledges and agrees to take sole responsibility for all aspects of the Model.*

ATTORNEYS' EYES ONLY

BL-000021858

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Valuation approach

### ASSESSED KEY VALUE DRIVERS

**Growth**
Existing & future growth & expansion

**Profitability**
Existing & future margin expectations

**Risk**
Market, competition, concentration, etc.

**Size**
Market share, product mix, etc.

**Perception**
Brand image, capability of management, etc.

### TRIANGULATED ACROSS 3 APPROACHES

**Public Companies**
Traded on a major US exchange

**Private Acquisitions**
Deal values of majority stake acquisitions

**Venture Financings**
Capital raises of private companies

### DEFINED VALUATION MULTIPLES

**Financial Metric**
*e.g., $250-150M of Last Twelve Months ("LTM") Revenue*



**Multiple**
*e.g., 4-7x LTM Revenue*



**Enterprise Value ("EV")***
*e.g., ~$1B Enterprise Value*
*\* total value to both debt + equity holders*

ATTORNEYS' EYES ONLY

BL-000021859

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

## Comparable Public Companies – List and Descriptions

| | Ticker | Company | | Short Description |
|---|---|---|---|---|
| **Hair Care** | OLPX | Olaplex Holdings, Inc. | OLAPLEX | Olaplex Holdings, Inc. develops, manufactures, and sells hair care products. |
| **Beauty** | ELF | e.l.f. Beauty, Inc. | elf | e.l.f. Beauty, Inc., together with its subsidiaries, provides cosmetic and skin care products under the e.l.f. Cosmetics, e.l.f. Skin, Well People, and Keys Soulcare brand names worldwide. |
| | OR | L'Oréal S.A. | L'ORÉAL | L'Oréal S.A., through its subsidiaries, manufactures and sells cosmetic products for women and men worldwide. |
| | REV | Revlon, Inc. | REVLON | Revlon, Inc. develops, manufactures, markets, distributes, and sells beauty and personal care products worldwide. |
| | 4911 | Shiseido Company, Limited | SHISEIDO | Shiseido Company, Limited engages in the production and sale of cosmetics in Japan and internationally. |
| | EL | The Estée Lauder Companies Inc. | ESTĒE LAUDER | The Estée Lauder Companies Inc. manufactures, markets, and sells skin care, makeup, fragrance, and hair care products worldwide. |
| | NUS | Nu Skin Enterprises, Inc. | NU SKIN | Nu Skin Enterprises, Inc., together with its subsidiaries, develops and distributes various beauty and wellness products worldwide. |
| | Coty | Coty Inc. | COTY | Coty Inc., together with its subsidiaries, manufactures, markets, distributes, and sells beauty products worldwide. |
| **'Conglomerates'** | ULTA | Ulta Beauty, Inc. | ULTA BEAUTY | Ulta Beauty, Inc. operate specialty retail stores selling cosmetics, fragrance, haircare and skincare products, and related accessories and services in the United States. |
| | ULVR | Unilever PLC | Unilever | Unilever PLC operates as a fast-moving consumer goods company. |
| | PG | The Procter & Gamble Company | P&G | The Procter & Gamble Company provides branded consumer packaged goods worldwide. |

ATTORNEYS' EYES ONLY

BL-000021860

**C4:** Valuation Benchmarks & EB Assessment

**DRAFT**

# Private Transactions – Revenue Multiples and Enterprise Value

**Revenue Multiples of Acquisitions in Beauty**

○ Haircare Focus
◉ Beauty / Make-up



*(based on transaction value, adj. for % acquired and net debt)*

## Market Learnings

1. ~80% of the available transactions fall within our range of 4-7x EV/last 12 mon. rev

2. Smaller transactions typically trade at a lower multiple – and haircare focused deals were typically smaller

3. Highest multiples are often commanded by fast-growing makeup & skin care brands

## Haircare Focus Learnings

1. Majority of Haircare transactions trade at lower-end of target multiple range and have sales less than $100M

2. Olaplex is the sole haircare-only brand with available acquisition data that sold for over $1B

3. Given limited benchmarks with +$1B valuation, no known examples of a company who started with a Mass retailer exclusive and achieved $1B; the sales trajectory of Kristin Ess suggests potential, but valuation is predicated on the more complex story of growth, profit, risk and brand perception

ATTORNEYS' EYES ONLY

BL-000021861

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Private Transactions – Revenue and Implied Enterprise Value

Most haircare transactions valued at less than $1B and have revenue less than $100M at the acquisition date

**Private Transactions Benchmarks**

○ Haircare Focus
◉ Beauty / Make-up



**Market Learnings**

1. Olaplex is the sole haircare-only brand with available acquisition data that sold for over $1B

2. Majority of Haircare transactions have sales less than $100M

3. Historically beauty brands with acquisitions over $1B are primarily in make-up and skincare

ATTORNEYS' EYES ONLY

BL-000021862

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# The Haircare Financial Plan presents an ambitious exit value outcome. However, it is shy of $1B. The gap to a $1B business can come from additional beauty categories



Revenue Multiples of Acquisitions in Beauty

| Valuation Outcomes | Ellender Brown |
|---|---|

*VALUATION AT EXIT ($M)*

| MULTIPLE | *4x* |
|---|---|
| NET REVENUE | *$156* |

| **VALUE** (M) | **$612** |
|---|---|

*KEY DRIVERS OF MULTIPLES*

| AVG GROWTH* | *10.7%* |
|---|---|
| ADJ EBITDA %** | *14.6%* |
| **TOTAL** | **25.3%** |

*\*2-year Average in 2030, assuming an exit*
*\*\*Adjusted for a typical acquirer's cost structure (SG&A at 15% of sales)*

ATTORNEYS' EYES ONLY

BL-000021863

**C4:** Valuation Benchmarks & EB Assessment

**DRAFT**

# Comparable Public Companies – Multiples and EB's positioning in 2030

## Public Company Benchmarks

Legend:
- Haircare focus
- Beauty
- Conglomerate
- EB in 2030 of Financial Plan[1]

Chart — EV / LTM Revenue* (Last Twelve Months (LTM)) on y-axis (0.0x to 12.0x) vs Rule of 40 (2022 to 2024) (see commentary for definition) on x-axis (5.0% to 45.0%):
- e.l.f.: ~47%, 10.5x
- L'Oréal: ~33%, 7.9x
- Estee: ~28%, 7.3x
- P&G: ~30%, 6.1x
- Olaplex: ~42%, 5.2x
- EB: ~25%, 4.0x
- Coty: ~21%, 3.2x
- Unilever: ~22%, 3.1x
- Shiseido: ~15%, 3.3x
- Nu: ~11%, 1.3x

## Commentary

**Rule of 40 definition**: company's revenue growth added to its EBITDA margin:



Annual Revenue Growth
*(from year x to year y)*

**+**

EBITDA Margin
*(measure of profitability)*

**Key Learning**: Higher growth + profitability directly translate to a higher multiple informing the range of 4-7x EV/LTM Revenue – this aligns with the private transactions observed

[1] EB's adjusted EBITDA margin is 14.5% in 2030 and 2-year avg. revenue growth is 10.7%
*Enterprise values are adjusted for debt and a 25% control premium
**Rule of 40 is terminology popularized by tech industry to combine Revenue Growth + Margin > 40%

67

ATTORNEYS' EYES ONLY

BL-000021864

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Private Transactions (Majority Stake) – Full List and Descriptions

| Date | Target | Target Description | Acquirer | Implied EV | LTM Revenue | EV / LTM Rev | EBITDA Margin | EV / LTM EBITDA | % Acquired |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/21 | Milk Makeup | Manufactures and sells cosmetics for eyes, lips, face, skin, and nails | Waldencast | 340 | 47 | 7.2x | - | - | 100% |
| 11/15/21 | Farmacy Beauty | Manuf. of cosmetic products intended to offer science-based, sustainable skincare | P&G | 90 | 8 | 11.3x | - | - | 100% |
| 11/19/19 | Olaplex | Develops, manufactures, and sells hair care products | Advent | 1,000 | 148 | 6.8x | 40.5% | 16.7x | 100% |
| 11/14/16 | Too Faced Cosmetics | Line of branded, cruelty-free cosmetics, including mascara, blush, eye liner, lipstick and foundation | Estee Lauder | 1,450 | 158 | 9.2x | - | - | 100% |
| 12/03/22 | Ouai | Offers sulfate-free and keratin-rich shampoos, conditioners, fragrances, candles % supplements | P&G | 303 | 50 | 6.1x | - | - | 100% |
| 06/14/21 | Paula's Choice | Engages in the production and distribution of skincare products and cosmetics worldwide | Unilever | 1,832 | 300 | 6.1x | - | - | 100% |
| 06/18/14 | NYX | Operator of a professional makeup and cosmetics manufacturing company | L'Oreal | 500 | 72.0 | 6.9x | - | - | 100% |
| 10/08/19 | Drunk Elephant | Manufactures and distributes skincare products | Shiseido | 845 | 125 | 6.8x | 20.0% | 33.8x | 100% |
| 12/08/21 | Youth to the People | Producer of skincare products intended to replenish and renew tired skin | L'Oreal | 338 | 50 | 6.8x | - | - | 100% |
| 11/18/19 | Kylie Cosmetics | Provider of cosmetic products | Coty | 1,176 | 177.0 | 6.6x | - | - | 51% |
| 01/07/22 | Tula | Manuf. of personal care products intended to use natural ingredients | P&G | - | 150 | - | - | - | 100% |
| 07/22/16 | IT Cosmetics | Developer of makeup and skin care products crested to provide beauty treatment | L'Oreal | 1,200 | 182 | 6.6x | - | - | 100% |
| 06/04/20 | Charlotte Tilbury | Operator of a makeup brand intended to manufacture beauty and personal care products | Puig | 1,132 | 198.0 | 5.7x | 4.1% | 140.7x | 100% |
| 02/02/16 | Spencer Forrest | Engages in the development, production, and marketing of hair care products | Church & Dwight | 175 | 30.0 | 5.8x | - | - | 100% |
| 03/01/19 | Elemis | Provider of skincare products and treatments in the United Kingdom | L'Occitane | 900 | 156.0 | 5.8x | 14.1% | 40.9x | 100% |
| 09/06/22 | Hero Cosmetics | Manuf. of cosmetic products intended for acne-prone skin | Church & Dwight | 630 | 115 | 5.5x | 39.1% | 14.0x | 100% |
| 12/20/17 | Oribe Hair Care | Producer of hair care products intended to improve hair health | Kao | 430 | 93 | 4.6x | 32.4% | 14.3x | 100% |
| 02/23/21 | Deciem | Operator of beauty brands designed to provide personalized skin and hair care | Estee Lauder | 2,323 | 460.0 | 5.1x | - | - | 47% |
| 11/15/21 | Sol de Janeiro | Operator of a beauty care brand intended to manufacture and market anti-tan cosmetics | L'Occitane | 542 | 60 | 9.0x | - | - | 83% |
| 04/29/22 | Briogeo Hair Care | Manuf. of natural hair care and treatment products intended for various hair types | Wella Company | - | 100 | - | - | - | 100% |
| 09/06/06 | Bumble and Bumble | Retailer and provider of professional hair care and styling products and services based in NYC | Estee Lauder | 30 | - | - | - | - | 100% |
| 11/11/19 | DevaCurl | Provider of curly hair-care products | Henkel | 450 | 100 | 4.5x | - | - | 100% |
| 12/19/19 | Drybar | Operator of a chain of salons across the United States with their own products | WellBiz Brands | 255 | 65 | 3.9x | 30.8% | 12.8x | 100% |
| 05/20/21 | Beautycounter | Manuf. of personal care products intended to offer clean beauty alternatives to consumers | The Carlyle Group | 1,000 | 340 | 2.9x | - | - | 100% |
| 09/28/21 | DERMAdoctor | Manuf. and distributor of skin care products | NovaBay Pharma. | 17 | 6.1 | 2.8x | - | - | 100% |
| 08/31/21 | Boinca | Manuf. and seller of hair care products designed to be alt. to hair dye & solution for color maint. | LG Household | 179 | 36.7 | 4.9x | - | - | 56% |
| 07/26/19 | eSalon.com | Developer of an e-salon platform designed to help women to customize hair color | Henkel | 196 | 38.1 | 5.1x | - | - | 51% |
| 10/26/17 | Zotos INTL | Manuf. & distributor of professional hair care, hair color and styling products | Henkel | 485 | 233.3 | 2.1x | - | - | 100% |
| 06/02/14 | Kenra | Manuf. and marketer of hair care products that cleanse, condition, and style hair | Henkel | 367 | 190.4 | 1.9x | - | - | 100% |
| 11/12/19 | The Mane Choice | Provider of hair growth products intended to enhance confidence | MAV Beauty | 91 | 24 | 3.7x | 26.2% | 14.2x | 100% |
| 02/02/22 | ILIA Beauty | Manuf. of women's cosmetic products intended to provide products | Famille C | 140 | 100 | 1.4x | - | - | 100% |
| 02/12/19 | Coty | Coty is a global beauty firm that sells fragrances, color cosmetics, body care, and skincare | JAB Holding | 16,646 | 9,064.6 | 1.8x | 14.4% | 12.7x | 20% |
| 08/10/18 | Goody Products | Manuf. of hair styling tools and accessories intended to make beauty accessible to all | ACON Inv. | 110 | 115.0 | 1.0x | - | - | 100% |
| 06/16/16 | Elizabeth Arden | Manuf. of cosmetic products based in Pembroke Pines, Florida | Revlon | 875 | 966.7 | 0.9x | 2.6% | 35.0x | 100% |
| 05/22/19 | Avon | Manuf. and distributor of beauty products worldwide | Nature & Co. | 3,891 | 4,673 | 0.8x | 8.5% | 9.9x | 100% |

ATTORNEYS' EYES ONLY

BL-000021865

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Private Financings (Minority Stake) – Haircare Focused

| Date | Company | Stage | Deal Size ($M) | Post-Money Valuation | Year Founded | Employees |
|------|---------|-------|----------------|---------------------|--------------|-----------|
| 10/25/21 | Function of Beauty | Later Stage VC | 150.0 | 1,100.0 | 2015 | 160 |
| 04/10/19 | Function of Beauty | Early Stage VC | 5.0 | 80.0 | 2015 | 160 |
| 07/09/17 | Function of Beauty | Early Stage VC | 12.0 | 32.0 | 2015 | 160 |
| 07/01/21 | Prose | Later Stage VC | 50.0 | 900.0 | 2016 | 3,500 |
| 11/15/18 | Prose | Early Stage VC | 18.0 | 85.0 | 2016 | 3,500 |
| 12/07/17 | Prose | Early Stage VC | 5.2 | 20.8 | 2016 | 3,500 |
| 09/13/18 | Ouai | PE/Growth | | | | 53 |
| 01/08/14 | Living Proof | Grant | 75.0 | 75.0 | 2004 | 180 |
| 02/21/13 | Living Proof | Later Stage VC | 30.0 | 166.0 | 2004 | 180 |
| 11/17/22 | Dae | Early Stage VC | 8.0 | 8.0 | 2020 | 14 |
| 05/10/21 | Dae | Seed Round | 2.6 | 2.6 | 2020 | 14 |
| 07/01/22 | Heat Makes Sense | PE/Growth | 16.3 | 16.3 | 2004 | 240 |
| 08/24/22 | Sienna Naturals | Later Stage VC | | - | 2012 | 7 |
| 05/01/22 | Sienna Naturals | Seed Round | 2.5 | 2.5 | 2012 | 7 |
| 07/26/19 | Biogeo Hair Care | PE/Growth | | - | 2013 | 252 |
| 01/25/22 | K18 Biomemetic Hairscience | Early Stage VC | 25.0 | 25.0 | 2019 | 44 |
| 04/29/22 | Virtue Labs | Later Stage VC | 3.7 | 3.7 | 2014 | 50 |
| 11/12/20 | Virtue Labs | Later Stage VC | 28.6 | 28.6 | 2014 | 50 |
| 08/30/18 | Virtue Labs | Early Stage VC | 22.8 | 22.8 | 2014 | 50 |
| 09/01/21 | Acure | Corporate | 2.0 | 2.0 | 2010 | 29 |
| 12/15/17 | Kerafiber | Later Stage VC | 8.0 | 64.9 | 2011 | 27 |
| 4/21/2022 | Gisou | PE/Growth | | - | 2015 | 99 |
| 2/10/2020 | Gisou | PE/Growth | | - | 2015 | |
| 10/07/20 | Formulate | Seed Round | 1.4 | 6.4 | | |

ATTORNEYS' EYES ONLY

BL-000021866

**C4:** Valuation Benchmarks & EB Assessment

DRAFT

# Private Financings (Minority Stake) – Makeup/Skincare Focused

| Date | Company | Stage | Deal Size ($M) | Post-Money Valuation | Year Founded | Employees |
|------|---------|-------|----------------|----------------------|--------------|-----------|
| 07/01/21 | Glossier | Series E | 80.0 | 1,800.0 | 2017 | 452 |
| 03/22/19 | Glossier | Series D | 100.0 | 1,200.0 | 2017 | 200 |
| 02/22/18 | Glossier | Series C | 52.0 | 390.0 | 2017 | 150 |
| 11/30/16 | Glossier | Series B | 24.0 | 130.0 | 2017 | 55 |
| 10/22/15 | Glossier | Series A | 6.0 | 35.0 | 2017 | |
| 07/12/18 | Haus Labs | Series A | 10.4 | 40.4 | 2011 | 58 |
| 12/14/17 | Huda Beauty | Secondary Transaction | 200.0 | 1,250.0 | 2013 | 504 |
| 01/10/22 | IL Makiage | Secondary Transaction | 130.0 | 1,500.0 | 1972 | 200 |
| 06/05/17 | IL Makiage | PE Growth | 29.0 | 81.0 | 1972 | 200 |
| 01/05/21 | KKW Beauty | Corporate | 200.0 | 1,000.0 | 2016 | |
| 01/06/20 | Kylie Cosmetics | Merger/Acquisition | 600.0 | 1,180.0 | 2015 | 7 |
| | Rare Beauty | | - | - | 2019 | 182 |
| 04/13/22 | Kosas | Later Stage VC | 12.0 | 12.0 | 2015 | 97 |
| 9/14/21 | Merit | Series A | 20 | 108 | 2019 | 102 |
| 08/07/20 | Kosas | Later Stage VC | 5.0 | 5.0 | 2015 | |
| 07/01/17 | Thrive Cosmetics | Series A | 15.0 | 55.0 | 2015 | 119 |
| 10/24/18 | Tula | Series A1 | 4.2 | 26.2 | 2014 | 225 |
| 03/27/17 | Tula | Series A | 9.0 | 20.2 | 2014 | 225 |
| 01/07/19 | Youth to the People | Early Stage VC | 10.0 | 10.0 | 2015 | 109 |
| 03/20/18 | Youth to the People | Early Stage VC | 2.0 | 2.0 | 2015 | |
| 12/01/21 | Farmacy Beauty | PE Growth | 46.0 | 153.3 | 2015 | 84 |
| 06/24/19 | Sol de Janeiro | PE Growth | 14.6 | 14.6 | 2015 | 96 |
| 11/01/19 | Beauty Pie | Series A | 61.9 | 85.0 | 2015 | 198 |
| 12/01/20 | Beauty Pie | Later Stage VC | - | - | 2015 | |
| 08/10/21 | Beauty Pie | Series B | 100.0 | 963.8 | 2015 | |
| 01/04/18 | Beautycounter | PE Growth | 65.0 | 400.0 | 2013 | 4,521 |
| 12/26/20 | ILIA Beauty | Series B1 | 7.5 | 117.5 | 2011 | 149 |
| 12/26/19 | ILIA Beauty | Series B | 11.5 | 57.5 | 2011 | |
| 12/17/18 | ILIA Beauty | Series A | 3.0 | 20.0 | 2011 | |
| 02/17/23 | Ogee | Series A3 | 2.5 | 27.5 | 2014 | 24 |
| 08/30/21 | Ogee | Series A | 7.1 | 17.1 | 2014 | |
| 07/10/17 | Ogee | Seed | 1.6 | 5.4 | 2014 | |

ATTORNEYS' EYES ONLY

BL-000021867

# *Appendix D*
# Project Documents

ATTORNEYS' EYES ONLY

BL-000021868

**D1:** June 26 Project Update

READOUT & DISCUSSION | JUNE 2023

# ELLENDER BROWN

Highly Confidential

**Deloitte.**

ATTORNEYS' EYES ONLY

BL-000021869

**D1:** June 26 Project Update

**DRAFT**

## Today's Discussion

**JUNE 26, 2023**

**8AM – 10AM EST | 1PM – 3PM BST**

| TOPIC | TIMING |
|---|---|
| **Meeting Objectives**<br>• Align on what we want to accomplish | 5 min |
| **Market & Competitive Landscape**<br>• Review new / relevant market and consumer trends and competitive benchmarks<br>• Share external valuation and transaction benchmarks | 20 min |
| **Business Strategy**<br>• Focus on competitive positioning & value proposition options, with implications for channel strategy, including launch, geographic expansion (markets/retailers), as well as pricing, marketing and category expansion | 30 min |
| **Financial Outcomes**<br>• Discuss financial outcomes from masstige vs. more premium Hair brand options and EB valuation implications | 30 min |
| **Product & Portfolio**<br>• Discuss evolution of the portfolio and next beauty categories | 30 min |
| **Next Steps**<br>• Align on immediate next steps and outstanding topics | 5 min |

73

ATTORNEYS' EYES ONLY

BL-000021870

**D1:** June 26 Project Update

DRAFT

# Executive Summary

**T H E   E L L E N D E R   B R O W N   A M B I T I O N**  is to be a global, multi-category beauty company with a +$1B valuation

An innovative global beauty company with high-quality, high-performance products, accessible to consumers, recognized for being at the forefront of sustainability, with a distinctive brand story and marketing approach

**H A I R C A R E** is an attractive category to launch Ellender Brown.  However, **competition is increasing:**

Haircare continues to gain momentum in **masstige** and **prestige**, led by the **US,** fueled by expansion of pro brands *(started in professional / salon)* and entry of 'indie' and influencer brands. There is **heightened consumer demand** as consumers see Haircare as a form of wellness and build routine Hair 'rituals', spurring greater innovation in ingredients, forms, and usage.

> These trends provide new **whitespace for masstige entrants** who can offer quality, performance and authority at more accessible price points

The large number of new Hair brands is making it increasingly **difficult to stand out**. Successful brands are: (1) **moving faster** to expand reach through new distribution and geographical expansion, (2) **increasing marketing and Innovation investment** and, (3) entering a **second category**

The global beauty market is projected to **maintain strong growth** across categories and markets, providing growth and expansion opportunities for EB beyond Haircare

To achieve the EB ambition of $1B valuation, Deloitte's assessment indicates EB needs **~$150-$250M rev / $250-$420M retail**, or **4-7X rev. multiple.** Few beauty companies achieved +$1B valuation in 5 years; most play in multiple categories

The Ellender Brown business strategy needs to disrupt with a **differentiated value proposition** and **marketing** to create strong **momentum at launch**,  **break-through in a crowded market**,  and set EB on a **path to $1B valuation**

ATTORNEYS' EYES ONLY

BL-000021871

**D1:** June 26 Project Update

DRAFT

# Executive Summary

The Project reviewed and evaluated the Ellender Brown **business strategy choices**, and how these work together to achieve the **ambition**.

Masstige / prestige Haircare market and consumer trends continue to be **favorable** for Ellender Brown – there is urgency to **launch in the near term** to fully capitalize on the **current masstige Haircare 'moment'**

P R O D U C T   The business has an **innovative product launch line** (7 products, 7 SKUs). The GBB team has outlined the proposed product launch and expansion plans,  which now require alignment
- Product differentiation:  Disrupt through **reinvention of wash and wear haircare** and high quality, high-performance products in fast growing hair segment.  Be at the forefront of sustainability with sustainable, clean, vegan ingredients and packaging
- Open decisions: **(1)** finalization of initial line-up **(2)** next haircare products and SKUs (post-launch), full Haircare architecture and franchises, **(3)** next Beauty category

P O S I T I O N I N G   A N D   V A L U E   P R O P O S I T I O N   The project evaluated a **masstige** vs. **prestige** positioning
- Based on Ellender Brown's ambition, we **recommend entering the US haircare market with a masstige positioning**, which is best aligned with the **value proposition** of high-quality, high-performance sustainable products at accessible price points, and the goal of achieving a **$1B valuation**

D I S T R I B U T I O N   A N D   G E O G R A P H I C   E X P A N S I O N    Developed the **launch and expansion plan** aligned with the recommended positioning choice
- Launch through **Target exclusive** and **brand.com** to provide strong growth and profit momentum at launch.
  - Need to move fast to meet Target Exclusive window and achieve the benefits of exclusive access
- Follow with **rapid expansion to Ulta** (end Year 1).  Expand to **priority geographies** via leading Beauty retailers (Year 2-3)

M A R K E T I N G   The business requires **significant investment in Marketing** to define the brand 'authority' and build demand
- Need to establish point of difference and emotional connection with consumers and ensure the media sufficiency  to drive consumer awareness, trial and loyalty.  Important to align on degree of  'likeness usage' at launch and over time – this informs marketing approach.

ATTORNEYS' EYES ONLY

BL-000021872

**D1:** June 26 Project Update

DRAFT

## Executive Summary

### FINANCIAL OUTCOMES

A **masstige positioning** can generate the **largest opportunity** for **rapid growth**, providing the scale required for profitability, and the clearest **path to a $1B valuation**

- The business strategy informs the financial model assumptions. Given the masstige position option and associated assumptions, the financial model projects **$153M net rev / $276M retail sales** 2030 with **$23.9 EBIT /15.2%** ambition case, and  $67M net rev,  $122M retail sales with $7.5M EBIT /11.4% conservative case
    - Premium position option projects only $55M net / $103M retail, $7.1M EBIT ambition; $18M net /$34M retail, $1.0 EBIT conservative
- A masstige positioning can get the business to **$614M value (ambition)**.  The launch of additional categories can **close the gap to $1B**.
- The number of doors of distribution, productivity (sales performance), and price are the biggest drivers of differences in projected revenue growth between positioning options

*NOTE:  The above are projections – these projections are subject to business, market and operations risk*

### OPERATIONALIZING THE BUSINESS STRATEGY

The business will need to move faster. There are critical and urgent decisions required to ready Ellender Brown for launch and activate business operations

URGENT   (1) **align on launch scenario** that best fits Ellender Brown and Family Hive's near and long-term goals, (2) if decision is to launch at Target, **communicate to Target** as soon as possible to enable a 2024 launch (important to keep their focus on EB as brand to incubate since Target only selects one brand/year to incubate)  (3) **finalize** the portfolio **products for launch**

NEXT 3-6 MONTHS   (1) put in place Family Hive **operating structure** and ways of working for fast decision-making **(2)** Engage with marketing partners and develop **pre-launch campaign** (3) align on next wave of haircare products

IN 6-12 MONTHS   (1) Make decisions on **next beauty category** / categories

BL-000021873

**D1:** June 26 Project Update

# MARKET & COMPETITIVE LANDSCAPE

Informs EB Business Strategy

ATTORNEYS' EYES ONLY

BL-000021874

**D1:** June 26 Project Update

**DRAFT**

# Market opportunity: Haircare is an attractive category for the EB launch; however, competition is intensifying. EB needs strong growth momentum + marketing investment to '**break through**' and set the brand on a path to $1B valuation

Haircare continues to gain momentum in masstige and prestige, led by the US., fueled by expansion of pro brands *(professional/salon first, followed by expansion to beauty retailers)* and entry of 'indie' and influencer brands. There is heightened consumer demand as consumers see Haircare as a form of wellness and build routine Hair 'rituals', spurring greater innovation in ingredients, forms and usage.
  - These trends provide new whitespace for masstige entrants who can offer quality, performance and authority at more accessible price points

The large number of new Hair brands is making it more difficult to stand out. Successful brands are: (1) moving faster to expand reach through new distribution and geographical expansion, (2) increasing marketing and Innovation investment and, (3) entering a second category

The global beauty market is projected to maintain strong growth across categories and markets, providing opportunities for EB beyond Haircare for growth and expansion

To achieve the EB ambition of $1B valuation, Deloitte's assessment indicates EB needs ~$150-$250M rev / $250-$420M retail, or 4-7X rev.  Strong growth and profit trajectory and brand perception favorably increase the valuation 'narrative'
  - Few beauty companies achieved +$1B valuation over the past 5 years – most are Makeup or Skincare focused with 3 notable Haircare exceptions: Olaplex, Function of Beauty, Shea Moisture *(haircare-focus with large body care business).*  Haircare benchmarks are typically smaller, not achieving $1B valuation and trading at lower end of multiple range

The Ellender Brown business strategy needs to disrupt with a differentiated value proposition and marketing to create strong momentum at launch, break-through in a crowded market,  and set EB on a path to $1B valuation

78

ATTORNEYS' EYES ONLY

BL-000021875

**D1:** June 26 Project Update

DRAFT

# Strong beauty growth is projected to continue across categories & geographies. Makeup and Hair growth is driven by masstige & prestige (professional) tiers; Fragrance and Skincare by prestige + luxury

### GLOBAL CATEGORY OPPORTUNITY

| | SIZE (2022) | 2022-27 CAGR |
|---|---|---|
| **Hair** | **$85B** | **6%** |
| **Fragrance** | **$70B** | **7%** |
| Skincare | $193B | 6% |
| Makeup | $80B | 6% |
| **TOTAL** | **$428B** | |

### NA CATEGORY OPPORTUNITY

| | SIZE (2022) | 2022-27 CAGR |
|---|---|---|
| **Hair** | **$19B** | **7%** |
| **Fragrance** | **$14B** | **6%** |
| Skincare | $32B | 6% |
| Makeup | $20B | 6% |
| **TOTAL** | **$85B** | |

### GLOBAL BEAUTY OPPORTUNITY

| | TOTAL SIZE (2022) | 2022-27 CAGR | HAIR SIZE (2022) | 2022-27 CAGR |
|---|---|---|---|---|
| **NA - US** | **$77B** | **6%** | **$17B** | **7%** |
| **NA (excl. US)** | **$8B** | **6%** | **$2B** | **7%** |
| **UK** | **$13B** | **4%** | **$3B** | **4%** |
| **Europe (excl. UK)** | **$78B** | **4%** | **$15B** | **4%** |
| **Australia-Asia** | **$7B** | **6%** | **$1B** | **4%** |
| APAC (excl. China) | $109B | 7% | $18B | 4% |
| China | $66B | 8% | $11B | 7% |
| MEA | $27B | 12% | $8B | 12% |
| LATAM | $43B | 5% | $10B | 5% |
| **TOTAL** | **$428B** | | **$85B** | |

### GROWTH DRIVERS: PRESTIGE / MASSTIGE / MASS

- **In Haircare, masstige and prestige (driven by professional)** are driving market growth.  In the US, masstige (7.5% CAGR) + prestige (11% CAGR) are now +35% of the haircare market (vs. less than 10% in 2013)

- US beauty is growing fastest in **prestige,** which grew +**15%** in 2022 (vs. +9% Mass growth).  **Masstige** trending closer to Prestige in **Hair** and **Makeup,** e.g. Ulta Beauty cited strong growth in masstige in the last quarter.  **Skincare** and **Fragrance** growth driven by **prestige and more recently luxury**

*Source: McKinsey, Ulta*

ATTORNEYS' EYES ONLY

BL-000021876

**D1:** June 26 Project Update

DRAFT

# The US Haircare market is fragmented.  Few brands 'breakthrough' past $100M retail sales. The majority of successful brands in prestige have professional authority – few in masstige New entrants need to disrupt to achieve strong growth momentum given competition

**In MASSTIGE, 2022 retail data shows only 7 brands achieved > $100M in all masstige channel sales**

| Brand | US Sales $m (*) | Retailers Generating Sales |
|---|---|---|
| OGX | 300 | ✓ Target, Ulta, CVS, Walmart |
| SheaMoisture | 260 | ✓ Target, Ulta, CVS, Walmart |
| Kristin Ess | 185* | ✓ Target, Ulta, CVS, Walmart |
| Not Your Mothers | 140 | ✓ Target, Ulta, CVS, Walmart |
| Nexxus | 130 | ✓ Target, Ulta, CVS, Walmart |
| Batiste | 130 | ✓ Target, Ulta, CVS, Walmart |
| Mielle | 110 | ✓ Target, Ulta, CVS, Walmart |
| Maui Moisture | 75 | ✓ Target, Ulta, CVS, Walmart |
| It's a 10 | 70 | ✓ Target, Ulta, CVS, Walmart |
| Love Beauty and Planet | 60 | ✓ Target, CVS, Walmart |
| Native (Hair) | 55 | ✓ Target, Walmart |
| Function of Beauty | 39 | ✓ Target |
| Raw Sugar | 35 | ✓ Target, CVS, Walmart |
| Monday | 35 | ✓ Target, Ulta, CVS |
| Miss Jessie's | 35 | ✓ Target, CVS, Walmart |
| **Total Top 15 Masstige** | **1.66B** | |

*IRI, data ending 29 January 2023 (Target fiscal year end). SOURCE: IRI, Companies and retailers websites, GBB market intelligence; Kristin Ess sales excluding Walmart (entered 2023)*

**In PRESTIGE, 2022 US data shows only 8 brands breaking through $100M in all prestige channel sales**

| Brand | US Sales $m (*) | Retailers Generating Sales |
|---|---|---|
| Olaplex | 458 | ✓ Sephora, Ulta |
| Redken | 277 | ✓  Ulta |
| Biolage | 167 | ✓ Sephora, Ulta, Target, CVS |
| Paul Mitchell | 146 | ✓ Ulta, CVS |
| Pureology | 144 | ✓ Sephora, Ulta |
| Moroccanoil | 105 | ✓ Sephora |
| Living Proof | 103 | ✓ Sephora, Ulta |
| Kenra | 101 | ✓  Ulta |
| Oribe | 76 | N/A - ONLINE |
| Bumble & Bumble | 76 | ✓ Sephora, Ulta |
| Ouai *non-pro* | 72 | ✓ Sephora, Ulta |
| Joico | 61 | ✓ Ulta, Target, CVS |
| Nioxin | 60 | ✓ Ulta, Target, CVS |
| Amika | 59 | ✓  Sephora |
| Briogeo *non-pro* | 57 | ✓ Sephora, Ulta |
| **Total Top 15 Prestige** | **1.96B** | |

*\* USA Prestige Retail Sales (it includes Sephora, Ulta, department stores, Amazon, and TV Retail). June 2022  YTD annualizedSOURCE: NPD, Companies and retailer websites, GBB market intelligence*

ATTORNEYS' EYES ONLY

BL-000021877

**D1:** June 26 Project Update

DRAFT

# The masstige 'moment':  Consumer trends provide new whitespace for masstige entrants who can offer quality, performance and authority at more accessible price points. Ellender Brown can be a leader in this fast-growing segment



**Premiumization** first seen in the skincare category is extending to Hair, with consumers seeking to (1) trade up and (2) purchase more products as they adopt **multi-step routines** that include a myriad of **specialties and treatments.** However, given frequency of us, prestige hair products sold at very high price points are **not accessible** to vast majority of consumers

Consumers increasingly **seek inspiration *everywhere*** (not just from hairdressers), getting product recommendations both in-store and online (e.g., 70B+ **"HairTok"** videos and counting), providing an opportunity for newer entrants





**Willingness to experiment** and openness to trial is higher in Hair than any other beauty category in 2023, with **69%** of consumers trying a new product at least every 6 months and providing a window for new brands

Haircare is increasingly seen by consumers as a form of **wellness**, with consumers willing to invest in products that are good for themselves (e.g., **Self Care** rituals) and the planet and providing a value-based authority previously absent from Hair



In a category where high quality, high-performance products were historically dominated by professional brands, consumer trends are blurring the lines between Pro/Non-Pro Hair, with authority coming from sources **beyond the salon –** enabling new entrants to offer a **compelling value proposition** to a much **broader number of consumers**

*Note: Innovation funded by haircare pioneers and increased access to ingredients, manufacturing, and distribution is enabling new entrants to compete with relatively high-performing products at lower price points vs. traditional prestige*

Source: McKinsey

ATTORNEYS' EYES ONLY

BL-000021878

**D1:** June 26 Project Update

DRAFT

Deloitte's benchmark assessment shows that achieving a $1B Valuation is challenging, particularly for Haircare-focused brands. Requires ~$150-$250M revenue and a 4-7X multiple



### Revenue Multiples of Acquisitions in Beauty

## Market Learnings

①  ~80% of the available transactions fall within our range of 4-7x EV/last 12 mon. revenue

②  Haircare focused deals were typically smaller and traded at a lower multiple

③  Highest multiples are often commanded by fast-growing makeup & skin care brands

## Haircare Focus Learnings

①  Majority of Haircare transactions trade at lower-end of target multiple range and have sales less than $100M

②  Olaplex is the sole haircare-only brand with available acquisition data that sold for over $1B

③  Given limited benchmarks with +$1B valuation, no known examples of a company who started with a Mass retailer exclusive and achieved $1B; the sales trajectory of Kristin Ess suggests potential, but valuation is predicated on the more complex story of growth, profit, risk and brand perception

ATTORNEYS' EYES ONLY

BL-000021879

**D1:** June 26 Project Update

# BUSINESS STRATEGY

The set of strategic business choices – positioning & value proposition, product /portfolio, distribution and marketing – which work together to disrupt, create competitive advantage and unleash the growth & profit momentum to achieve the Ellender Brown ambition

ATTORNEYS' EYES ONLY

BL-000021880

**D1:** June 26 Project Update

DRAFT

# ELLENDER BROWN AMBITION

To be an innovative global beauty company with high-quality, high-performance products, recognized for being at the forefront of sustainability, with a distinctive brand story and marketing approach, accessible to consumers

Ellender Brown's ambition is to be a global, multi-category beauty company with a +$1B valuation

ATTORNEYS' EYES ONLY

BL-000021881

**D1:** June 26 Project Update

DRAFT

Finalizing the Ellender Brown business strategy requires aligning on the integrated set of strategic choices that work together to deliver the brand ambition and financial goals



ATTORNEYS' EYES ONLY

BL-000021882

**D1:** June 26 Project Update

DRAFT

# Business strategy:  Alignment on launch product choices
A critical next step is to align on the <u>competitive positioning and value proposition</u>, which inform pricing, distribution and geographic expansion



**ALIGNED CHOICES**

**BUSINESS STRATEGY**

Positioning & Value Proposition → Product Portfolio & Innovation → Distribution, Launch & Expansion → Marketing

✓ Value Proposition
*Leader in sustainable, clean, vegan, cruelty-free ingredients and packaging*

✓ Authority

✓ Launch Product Line
*(7 Products, 7 SKUs)*

✓ Reinvention of Wash and Wear Haircare

✓ Formulation & Packaging

✓ Launch Haircare in US market

**OPEN**

o Positioning
*masstige vs. premium brand perception*

o Haircare Architecture & Franchises

o Next Beauty Category

o Launch Channel(s)

o Geographic Expansion (markets + retailers)

o Timeline & sequencing

o Marketing Investment & Plan, including likeness usage

**For discussion today**

ATTORNEYS' EYES ONLY

BL-000021883

**D1:** June 26 Project Update

DRAFT

To discuss: The optimal Hair brand competitive positioning and value proposition to achieve the Ellender Brown business ambition

## OPTION 1    RECOMMENDED

## Masstige Brand 'Perception'

- High-quality, high-performance products
- Forefront of sustainability
- Accessibility
- +1B Valuation*
- Multi-Category Business

*This is predicated on achieving the ambition option with flawless execution and additional categories

87

## OPTION 2

## Premium Brand 'Perception'

- High-quality, high-performance products
- Forefront of sustainability
- Accessibility
- +1B Valuation
- Multi-Category Business

**Fulfills Ambition:**

Partly

Fully

ATTORNEYS' EYES ONLY

BL-000021884

**D1:** June 26 Project Update

**DRAFT**

There are benefits and risks of each positioning option. Executed successfully, a masstige positioning delivers the strongest growth and profit momentum; some risks with ambitious launch. Premium brand option provides more flexible positioning, but much slower growth

| RECOMMENDED **Masstige Brand** *Launch at mass (Target), expand in Beauty (Ulta), Brand.com* | | |
|---|---|---|
| Revenue | $30B (Beauty + Home Essentials) | |
| Revenue (Hair) | $3.3B (17% US mkt.) | |
| Doors | 1,935 | |
| Customer Loyalty | 100M | |

✓ **Grow Fast – break out quickly at Launch**
- The greatest opportunity for rapid expansion in the US given large number doors (1,935). Top haircare destination representing 17.3% US haircare sales (2022)
- Can reach Ulta consumer – 50% Ulta customers shop Target in same month, 79% annually
- Exclusivity commitment to EB with special terms, brand exposure and guaranteed marketing

✓ **Clear + Proven Path for Haircare**
- Target has a successful track record incubating Hair brands (Kristin Ess, Function of Beauty, TPH).. These brands successfully expand into Beauty channels, e.g. Ulta

✓ **Attractive Expansion options – US Beauty channel, geographic Beauty category leaders - with scale for marketing investment; Expansion into Ulta provides prestige access and options for Multi-Category Beauty**
- Heightened brand awareness around launch builds momentum into future markets; masstige position enables entry into category leaders such as Boots, SDM, Douglas
- Results in marketing scale, investment for 'newness' and higher margin

✗ **Risk if launch does not achieve projected ambition**
- Large scale of launch can make it more difficult to recover
- Significant marketing spend required to elevate positioning of future franchises and categories

| **Premium Brand** *Launch at Beauty (Ulta), expand in Beauty, Brand.com* | | |
|---|---|---|
| Revenue | $13B | |
| Revenue (Hair) | $2.1B (11% US mkt.) | |
| Doors | 1,355 | |
| Customer Loyalty | 40M | |

✓ **Flexible Positioning**
- Potential for higher Hair and expansion category pricing
- Ability to launch Hair and expansion categories with entry prestige / prestige positioning

✓ **Beauty channel can provide options for Multi-Category Beauty from the onset**
- Ulta launch puts brand at the #1 US destination for all things Beauty, with over 40M loyalty members
- Skinification of hair / hair as wellness trends fuel faster prestige growth in haircare as consumers purchase products more frequently and incorporate more products into routines

✗ **Slower Growth and Profit in Hair – challenging to gain momentum to break through AND fewer expansion options**
- Higher retailer margin and "Pay to Play," incurring addl. costs for in-store promotion (e.g., end caps, shelf space), results in incr. mktg. expenditures and lower margins
- Prestige haircare at Ulta is primarily comprised of pro-authority brands (~80%)
- Small scale, slow growth, and lower margins limit momentum and capital available to fund growth investment. Fewer Beauty channel options
- Limits global growth in Hair – can preclude distribution in beauty category 'killers' such as Boots, Shoppers and Douglas

✗ **More 'Unknowns' – particularly at launch**
- Unknowns around Ulta exclusivity, longer planning cycles, and support prerequisite of proven success result in delayed launch in a crowded, competitive market

88

ATTORNEYS' EYES ONLY

BL-000021885

**D1:** June 26 Project Update

**DRAFT**

# In the US, Haircare brands have greater flexibility expanding into different types of channels (vs. other beauty categories). Consumer brand perception is driven less by channel and more by authority (which today comes from a multitude of sources)

## TARGET-FIRST LAUNCH

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Kristin Ess* | TARGET* | Ulta, DTC, Walmart, CVS | HC |
| Odele | TARGET | Ulta, DTC, CVS | HC, BC |
| Function of Beauty* | TARGET* | DTC | HC |
| TPH by Taraji* | TARGET* | Walmart, CVS | HC, BC |

## ULTA-FIRST LAUNCH

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Eva NYC | ULTA | DTC, CVS | HC |
| Verb | PRO | Ulta, DTC, Sephora, Pro, Ulta @ Target | HC, BC |
| Pattern | ULTA* | Ulta @ Target, DTC, Sephora | HC |
| Lolavie | ULTA* | DTC | HC |

## ALTERNATIVE LAUNCH MODELS

| | LAUNCH RETAILER | ADDL US CHANNELS | CAT |
|---|---|---|---|
| Monday | TARGET + ULTA | Walmart, CVS | HC |
| JVN | PRO | Sephora*, DTC | HC |
| OUAI | SEPHORA* | DTC, Ulta, Ulta @ Target | HC, BC, FR |
| Olaplex | PRO | Sephora*, DTC, Ulta | HC |

*Select celebrity-backed Beauty brands able to pivot or re-position over time, regardless of launch channel*

- **The Honest Company** launched DTC personal care (2012), expanding to prestige makeup, hair, and skin at Target, Ulta *(hair only)*, and Amazon by 2017. After a decline in sales and valuation, **Honest Beauty** re-launched in 2018 with a highly curated masstige product line

- **Rihanna** launched masstige fragrance in 2010 through mass market retail, expanding into prestige beauty (MU + SC) at Sephora with **Fenty Beauty** in 2017 *(Note: Launched under separate brand name and umbrella)*

*US CONSUMERS SHOP ACROSS CHANNELS,. FOR EXAMPLE, 51% OF ULTA SHOPPERS SHOP IN TARGET EACH MONTH BASED ON CREDIT CARD RESEARCH.  ~35% OF ULTA CONSUMERS SURVEYED SHOP AT TARGET FOR HAIRCARE.*

89

*Exclusive to this retailer at launch*

ATTORNEYS' EYES ONLY

BL-000021886

**D1:** June 26 Project Update

DRAFT

# Financial Outcomes

## Positioning and Value Proposition choices impact growth and profit momentum opportunity

90      *Pursuant to the Engagement Letter dated May 12, 2023, Family Hive ("Client") has engaged Deloitte Consulting LLP ("Consultant"). Financial outcomes are outputs of the Model as defined in the engagement letter, client acknowledges and agrees to take sole responsibility for all aspects of the Model.*

ATTORNEYS' EYES ONLY

BL-000021887

**D1:** June 26 Project Update

**DRAFT**

# The strategic choices serve as inputs for the financial potential of the two positioning options. Number of doors, price, and productivity are biggest drivers of differences between options

| KEY DRIVERS | RECOMMENDED **Masstige Brand** *Target, Ulta, Brand.com* | | Delivers strong growth and profit momentum, enabling EB to break through | **Premium Brand** *Ulta, Brand.com* | | Significantly slower growth and expansion with less upfront risk |
|---|---|---|---|---|---|---|
| | *AMBITION* | *CONSERVATIVE* | | *AMBITION* | *CONSERVATIVE* | |
| CHANNEL | 2024: **1,935** doors (Target) 2030: **6,785** doors | 2024: **1,500** doors (Target) 2030: **4,950** doors | | 2024, June*: **300** doors (Ulta) 2030: **5,650** doors | 2025: **300** doors (Ulta) 2030: **2,550** doors | |
| | *(Brand,com : 10% of all retail volume)* | | | *(Brand.com : 10% of all retail volume)* | | |
| PRODUCT | Average Standard Launch Price: **$19.99** *(Range from $9.99-$29.99)* **14** Products \| **30** SKUs (16 size variations) | | | Average Standard Launch Price: **$24.99** *(Range from $11.99-$38.99)* **14** Products \| **30** SKUs (16 size variations) | | |
| PRODUCTIVITY | *Weekly Units per Product per Store - 2030* Target: **4.26** Ulta: **2.13** Int'l: **1.81** → **2.6** *all channels* | Target: **2.10** Ulta: **1.45** Int'l: **1.25** → **1.6** *all channels* | | *Weekly Units per Product per Store - 2030* Ulta @ Target: **0.95** Ulta: **1.06** Int'l: **0.90** → **0.9** *all channels* | Ulta @ Target: **N/A** Ulta: **0.73** Int'l: **0.58** → **0.7** *all channels* | |
| GEOGRAPHY | Total Doors: 2025 **2,100** → CAN (200) \| UK (500) EUR (1,400) 2030 **3,500** → CAN (900) \| UK (1,000) EUR (1,400) \| AUS (200) | 2026 **550** → CAN (200) \| UK (250) 2030 **2,100** → CAN (200) \| UK (500) EUR (1,400) | | Total Doors: 2026 **1,700** → CAN (200) \| UK (500) EUR (1,000) 2030 **3,500** → CAN (900) \| UK (1,000) EUR (1,400) \| AUS (200) | 2028 **950** → CAN (200) \| UK (250) \| EUR (500) 2030 **1,200** → CAN (200) \| UK (500) EUR (500) | |
| MARKETING | Annual spend (% of revenue) → Target, Ulta, & Int'l  20%  Brand.com (US & Int'l)  25% | ＋ Fixed Brand Marketing in Year 1: $2.2m | | Annual spend (% of revenue) → Target, Ulta, & Int'l  25%  Brand.com (US & Int'l)  25% | ＋ Fixed Brand Marketing in Year 1: $2.2m *Split between first two years* | |

ATTORNEYS' EYES ONLY

BL-000021888

**D1:** June 26 Project Update

DRAFT

# A masstige positioning can generate the largest opportunity for rapid growth, providing the scale required for profitability, and the clearest path to a $1B valuation



**NET REVENUE ($m)** | *RETAIL REVENUE ($m)* ⟹ *2030*

**153.5** | *276.7*

Masstige Ambition

**67.4** | *122.5*
**55.0** | *102.7*

Masstige Conservative
Premium Ambition

**17.9** | *34.0*

Premium Conservative



**EBITDA ($m)** | *EBITDA MARGIN (%)* ⟹ *2030*

**23.9** | *15.2%*

Masstige Ambition

**7.5** | *11.4%*
**7.1** | *13.1%*

Masstige Conservative
Premium Ambition

**0.9** | *4.9%*

Premium Conservative

KEY CONSIDERATIONS FOR VALUATION UPON EXIT

| **US MARKETSHARE:**<br>*2030* | *Masstige + Prestige* | *Total US* |
|---|---|---|
| Masstige Ambition | *1.7%* | *0.6%* |
| Masstige Conservative | *0.4%* | *0.3%* |
| Premium Ambition | *0.8%* | *0.1%* |
| Premium Conservative | *0.2%* | *0.1%* |

| **REVENUE GROWTH:**<br>*2-year Average in 2030, assuming an exit* | |
|---|---|
| Masstige Ambition | *4.2%* |
| Masstige Conservative | *14.6%* |
| Premium Ambition | *7.5%* |
| Premium Conservative | *18.3%* |

| **ADJUSTED EBITDA*:**<br>*For a typical acquirer's cost structure (SG&A at 15% of sales)* | |
|---|---|
| Masstige Ambition | *15.6%* |
| Masstige Conservative | *12.7%* |
| Premium Ambition | *14.9%* |
| Premium Conservative | *12.9%* |

*The overhead cost structure (SG&A) of each scenario differs based on the scale achieved in 2030 they (~16 to 24% of sales). A typical acquirer would assume its own 'overhead' cost structure (15% of sales from benchmarks). Adjusted EBITDA Margin adjusts the scenarios SG&A as a % of sales to be equal to the 15%.

ATTORNEYS' EYES ONLY

BL-000021889

**D1:** June 26 Project Update

**DRAFT**

# The masstige option presents the highest exit value outcome. However, it is shy of $1B. The gap to a $1B business can come from additional beauty categories



| Valuation Outcomes | Masstige Ambition \| Conservative | Premium Ambition \| Conservative |
|---|---|---|
| *VALUATION AT EXIT ($M)* | | |
| MULTIPLE | *4 x* | *5 x* |
| NET REVENUE | *154 \| 67* | *55 \| 18* |
| **VALUE** (M) | **$614 \| $270** | **$275 \| $89** |
| *KEY DRIVERS OF MULTIPLES* | | |
| AVG GROWTH* | *8% \| 14%* | *20% \| 16%* |
| ADJ EBITDA %** | *15% \| 13%* | *15% \| 13%* |
| **TOTAL** | *23% \| 26%* | *31% \| 33%* |

*\*2-year Average in 2030, assuming an exit*
*\*\*Adjusted for a typical acquirer's cost structure (SG&A at 15% of sales)*

ATTORNEYS' EYES ONLY

BL-000021890

**D1:** June 26 Project Update

**DRAFT**

# The masstige ambition assumptions are predicated on a set of conditions 'that need to be true', and have unique risks, particularly in product and productivity; these can be mitigated with upside potential in channel & product expansion

| | IMPLICIT ASSUMPTIONS *"What needs to be true?"* | EMBEDDED RISKS *"What could go wrong?"* | MITIGATION / UPSIDE *"What upside could mitigate risks?"* |
|---|---|---|---|
| **RETAIL CHANNELS** | Immediate success in Target leads to roll out across all Ulta doors (1,350) by Year 2<br><br>Domestic success leads to rapid intl. expansion in key markets (3,500 doors) Yr 3 | Difficulties handling the scale and demand may slow expansion across retail stores | ● Expansion into other retailers, including additional retailers, doors and regions *(35+ retailers across 15+ countries)*<br><br>**SENSITIVITY:    (500 doors = ~$20m Revenue in 2030)\*\*** |
| **PRODUCT** | Rapid success at Target allows expansion of portfolio to 14 products & 30 SKUs by Year 3<br><br>All retailers hold entire product portfolio & SKU variations<br><br>~$18.99 is an attractive price for consumers | ● Product development constraints lead to a slower expansion of the portfolio<br>● Not all stores carry 100% of products & SKUs *(i.e., different store layouts)* | ● Initial success promotes full expansion of EB product plan *(4 franchises,  27 products, 55 SKUs)*<br>● Expanded beauty categories *(i.e., fragrance, make-up)*<br>● New products can command higher price points<br><br>**SENSITIVITY:    (1 product = ~$20m Revenue in 2030)\*\*** |
| **PRODUCTIVITY** | EB performs as a top masstige brand in Target & in other channels. *(i.e., Shampoo performs better than Kristin Ess & Native shampoos)*<br><br>All products perform well and stay on all shelves | ● Productivity across the portfolio has average performance | Successful innovation & marketing leads to exponential growth for EB *(i.e., Olaplex, KE)*<br><br>**SENSITIVITY:    (0.5 UPSPW** *all channel* **= ~$50m Revenue in 2030)\*\*** |
| **PROFITABILITY** | EB receives modest volume discounts from its supply chain as the business grows<br><br>Product costing based on quotes from suppliers during COVID *(unclear if costs are now higher from inflation or lower from fewer supply constraints)* | Unexpected costs from international expansion put pressure on Gross Margin<br><br>Continued inflation puts pressure on costs | ● Rapid growth leads to suppliers providing higher volume discounts than modeled<br><br>Further increase in retail price to offset potential costs from inflation *(current assumption is +$2.0 per product in 2027)*<br><br>**SENSITIVITY:    (10% change in COGS = $5 Gross Margin in 2030)\*\*** |

● *Increased likelihood of occurrence*

**\*\* Directional approximation, changing a <u>single variable</u> of the scenario.  In practice, each variable is interrelated and may offset or exacerbate each other** *(i.e., an increase in doors may reduce productivity)*

ATTORNEYS' EYES ONLY

BL-000021891

**D1:** June 26 Project Update

**DRAFT**

# Masstige Position *(Launch at Target & brand.com, expand in Ulta)*– Geographic Assumptions

| | | Y1 | Y2 | Y3 | Y4 | Y5 | Y6 | Y7 |
|---|---|---|---|---|---|---|---|---|
| **Ambition**<br><br>• **Focus on Geographic Expansion to select countries, complete by Year 4**<br>• Limited product assortment, complete by Year 3 | US | **TARGET**: 1935<br>**ULTA**: 0 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 | **TARGET**: 1935<br>**ULTA**: 1350 |
| | INTL | NOT APPLICABLE | CAN<br>Shopper's: 200<br><br>UK<br>Boots: 500<br><br>EUR<br>Douglas: 1400 | CAN<br>Shopper's: 900<br><br>UK<br>Boots: 1000<br><br>EUR<br>Douglas: 1400<br><br>AUS + NZ<br>All Retailers: 200 | CAN<br>Shopper's: 900<br><br>UK<br>Boots: 1000<br><br>EUR<br>Douglas: 1400<br><br>AUS + NZ<br>All Retailers: 200 | CAN<br>Shopper's: 900<br><br>UK<br>Boots: 1000<br><br>EUR<br>Douglas: 1400<br><br>AUS + NZ<br>All Retailers: 200 | CAN<br>Shopper's: 900<br><br>UK<br>Boots: 1000<br><br>EUR<br>Douglas: 1400<br><br>AUS + NZ<br>All Retailers: 200 | CAN<br>Shopper's: 900<br><br>UK<br>Boots: 1000<br><br>EUR<br>Douglas: 1400<br><br>AUS + NZ<br>All Retailers: 200 |
| | DOT COM | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume |
| **Conservative**<br><br>• **Geographic Expansion to select countries, complete by Year 5, with 500 Boots stores, 1400 Douglas stores and no presence in Oceania**<br>• Limited product assortment with slower growth, complete by Year 5 | US | **TARGET**: 1500<br>**ULTA**: 0 | **TARGET**: 1500<br>**ULTA**: 0 | **TARGET**: 1500<br>**ULTA**: 1350 | **TARGET**: 1500<br>**ULTA**: 1350 | **TARGET**: 1500<br>**ULTA**: 1350 | **TARGET**: 1500<br>**ULTA**: 1350 | **TARGET**: 1500<br>**ULTA**: 1350 |
| | INTL | NOT APPLICABLE | NOT APPLICABLE | CANADA<br>Shopper's: 200<br><br>UK<br>Boots: 250 | CANADA<br>Shopper's: 200<br><br>UK<br>Boots: 500<br><br>EUR<br>Douglas: 700 | CANADA<br>Shopper's: 200<br><br>UK<br>Boots: 500<br><br>EUR<br>Douglas: 1400 | CANADA<br>Shopper's: 200<br><br>UK<br>Boots: 500<br><br>EUR<br>Douglas: 1400 | CANADA<br>Shopper's: 200<br><br>UK<br>Boots: 500<br><br>EUR<br>Douglas: 1400 |
| | DOT COM | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume | **~10%** of Retail Volume |

ATTORNEYS' EYES ONLY

BL-000021892

**D1:** June 26 Project Update

RECOMMENDATION

ATTORNEYS' EYES ONLY

BL-000021893

**D1:** June 26 Project Update

**DRAFT**

# Business strategy positioning and distribution recommendation

Based on Ellender Brown's ambition and unique value proposition, we recommend that Ellender Brown enters the Haircare market with a **masstige positioning** through **Target and brand.com,** with a **rapid expansion to Ulta** (end year 1) and additional geographies. Follow Haircare with the launch of Fragrance and/or Makeup (prestige positioning) to reach **scalable, profitable growth** and **$1B+ valuation**

- Masstige Haircare positioning enables Ellender Brown to democratize premium haircare products at an accessible price point and distribution network

- The greatest opportunity to drive fast, strong growth momentum at launch is to enter all Target doors at the onset with brand.com

- Increased likelihood of successful launch due to Target track record and commitment to incubate haircare brands, and significant investment in marketing and promotional support

- Enables rapid expansion to Ulta and entry into top beauty retailers / large number of doors in priority geographies

- Marketing scale unlocked based on high financial performance, allowing for investment to build demand and loyalty and in newness and innovation

- This strategy projects Retail Revenue of $122M - $277M from haircare by 2030, building an attractive growth and profitability trajectory, and momentum for additional category growth

97

ATTORNEYS' EYES ONLY

BL-000021894

**D1:** June 26 Project Update

DRAFT

# There are critical and urgent decisions and actions to ready Ellender Brown for launch and activate business operations

| URGENT | | NEXT 3-6 MONTHS | | IN 6-12 MONTHS |
|---|---|---|---|---|
| Align on **launch scenario** that best fits Ellender Brown & Family Hive **near and long-term goals**<br><br>If decision is to launch at Target, **communicate immediately** to enable selection as the Hair brand to incubate and a **2024 launch\*** | Finalize the **portfolio products** for launch and next wave of products | Put in place Family Hive **operating structure** and develop ways to allow for **fast decision-making** | Engage with **marketing partners** and develop **pre-launch campaign** | Make decisions on next beauty **category / categories** |

\*Note: Target only selects one Hair brand per year to incubate, in exchange for a one-year exclusivity, with the exception of brand.com

ATTORNEYS' EYES ONLY

BL-000021895

**D1:** June 26 Project Update

# APPENDIX

Glossary of Terms & Additional Competitive Benchmarks

ATTORNEYS' EYES ONLY

BL-000021896

**D1:** June 26 Project Update

DRAFT

# Glossary of Terms

## POSITIONING TERMS

| MASS | Typically priced <$10. Brands available in most mass market retailers (e.g., Walmart, CVS, Target, grocery and pharmacy)<br><br>**Sample Brands:** Pantene, Garnier, Monday |
| --- | --- |
| MASSTIGE | Typically priced $11 - 24.99. Brands available in select mass market retailers and select specialty retailers (e.g., Walmart, CVS, Target, Ulta)<br><br>**Sample Brands:** Verb, Kristin Ess, T by TPH |
| PRESTIGE | Typically priced $25-39.99. Brands available in specialty retailers, dept. stores, and professional channels (e.g., Ulta, Sephora, Macy's, salon)<br><br>**Sample Brands:** Olaplex, OUAI, B&b, Pattern |
| LUXURY | Typically priced $40+. Brands available in select specialty retailers, dept. stores, and professional channels (e.g., Sephora, Saks, salon)<br><br>**Sample Brands:** Oribe, Kérastase, Aesop |
| PRO AUTHORITY | Brands first used, sold, or distributed in salons then rolled-out to beauty retailers.  May include brands founded or developed by professional hairdressers / stylists<br><br>**Sample Brands:** Verb, Olaplex, Kérastase |

## PRODUCT TERMS

| SUSTAINABLE | Varies by retailer, not regulated in US. May indicate product and packaging is refillable, recyclable, produced without waste or with PCR materials / low water usage, is carbon neutral, etc.<br><br>**Sample Certifications:** Ulta Sustainable Packaging, Target Zero |
| --- | --- |
| CLEAN | Varies by retailer, not regulated in US. Product is "free from" chemicals that may be known to cause harm to humans (e.g., sulfates, pthalates, parabens)<br><br>**Sample Certifications:** Ulta "Made Without," Credo Clean Standard, Target Clean, Clean at Sephora |
| CRUELTY FREE | Varies by retailer, not regulated in the US. Indicates product was produced without harming animals (e.g., not tested on animals). May include animal byproducts or derivatives.<br><br>**Sample Certifications:** Leaping Bunny, PETA, Choose Cruelty Free |
| VEGAN | Varies by retailer, not regulated in the US. Indicates product was produced without any animal products, byproducts, or derivatives (e.g., honey, collagen, lanolin, gelatin) |

ATTORNEYS' EYES ONLY

BL-000021897

**D1:** June 26 Project Update

**DRAFT**

# Competitive Benchmarks - multiple models for success: Recent entrants are moving faster to expand ...



THEN

*Key Growth Moves*

NOW

GROWTH DRIVER

**MONDAY**
Ⓓ

Salon-quality products available at affordable prices

Launches in **DTC**, NZ, expands to AUS

Expands to **US in Target and Ulta** with new line extension
Expands to **UK & CAN**

Expands to **Europe**

2020 2021 2022 2023

Affordable, everyday hair products to help meet specific hair goals

CHANNEL EXPANSION (GEO)

**FUNCTION OF BEAUTY**
Ⓣ

Affordable, made-to-order custom haircare shipped direct to you

Launches **DTC only** in 2015

Launches **treatments**

Expands to **Target** with new collection of core products

Launches **styling products**

2015 2019 2020 2023

Customizable haircare, treatments, and styling products available at an affordable price point

CHANNEL EXPANSION (RETAILER)

**KRISTIN ESS**
Ⓣ

Affordable luxury haircare for all

Exclusive launch in **Target**

Expands to **CAN**
Launches **Styling Hot Tools**

Expands to **Ulta** w/ launch line, new core products, tools
Launches **color, specialty, accessories**

Expands to **Walmart**

2017 2018 2021 2023

Everyday affordable luxury hair products of all kinds for all women, hair types & occasions

INNOVATION INVESTMENT

**ODELE**
Ⓣ

Modern, affordable gender neutral haircare for all members of the family

Launches in **Target** (1000 stores, target.com) & DTC with 9 SKUs (shampoos, conditioners, leave-ins, styling sprays)

Expands into **body care** via **DTC**

Launches in **Ulta**

2020 2021 2023

Salon-grade, cruelty-free, gender neutral hair + body care safe for all members of the family

CATEGORY EXPANSION

**EVA NYC**
Ⓓ

Affordable, fun, Brooklyn-based hair care

Launches **DTC only** in 2012

Expands to **Ulta, Drugstore.com**

Expands to **Target**

Expands to **Costco**

Launches **Target-exclusive** color products

Expands to **CVS**

2012 2013 2016 2017 2019 2022

Haircare made to be mixed, matched, and played with to create any and every look

CHANNEL EXPANSION (RETAILER)

$

$$

Ⓓ DTC at Launch      Ⓣ Target Exclusive      Ⓢ Sephora Exclusive

ATTORNEYS' EYES ONLY

BL-000021898

**D1:** June 26 Project Update

DRAFT

# ... while mature brands had the opportunity to iterate and grow slowly over past 10 years, when the Haircare market was not as competitive



**D** DTC at Launch    **T** Target Exclusive    **S** Sephora Exclusive    **U** Ulta Exclusive

ATTORNEYS' EYES ONLY

BL-000021899

**D1:** June 26 Project Update

**DRAFT**

Marketing & the Celebrity 'Likeness' Usage:  Competitors leverage different models.  Usage of likeness highest at launch and can flex up / down over the brand lifecycle.
Important to align on EB likeness usage in near term. This choice impacts marketing approach



**EVOLUTION OF LIKENESS USAGE**

Likeness usage often varies by stage of the brand lifecycle

• **At launch / during initial launch year**, brands typically leverage increased likeness usage; in particular to gain audience and follows through social media

• Over time, brands can **flex the degree of likeness usage** based on performance, market conditions, and other factors

**THE SIDE HUSTLE**

Characterized by significantly **lower level of involvement** in product development and business operations

More likely to **over-index on likeness** usage

**THE PASSION PROJECT**

Characterized by **high level of involvement** in product development OR business operations, especially as voice of brand

**Over-index on likeness** usage, skew towards socials

**THE BRAINS BEHIND**

Characterized by **high level of involvement** in product development, less likely to be involved in business operations

Slightly likely to **under-index on likeness** usage

What We Heard: Blake sees her role at EB falling here

**THE FOUNDER**

Characterized by **the highest level of involvement** in product development and business operations, often acts as CEO

**Likeness usage varies** depending on brand

ATTORNEYS' EYES ONLY

BL-000021900

**D1:** June 26 Project Update

**DRAFT**

# Executed successfully, a Target + DTC launch (followed by Ulta) provides best opportunity to 'break-through, with strong growth and profit momentum.  Significant risk of underperforming from dual launch, driven by lack of support from either retailer

## Target-First Launch
*Launch at mass (Target) & DTC, expand in Beauty (Ulta)*

| | |
|---|---|
| Revenue | $30B (Beauty + Home Essentials) |
| Revenue (Hair) | $3.3B (17% US mkt.) |
| Doors | 1,935 |
| Customer Loyalty | 100M |

✓ **Grow Fast – break out quickly at Launch**
- The greatest opportunity for rapid expansion in the US given large number doors (1,935). Top haircare destination representing 17.3% US haircare sales (2022)
- Can reach Ulta consumer – 50% Ulta customers shop Target in same month, 79% annually
- Exclusivity commitment to EB with special terms, brand exposure and guaranteed marketing

✓ **Clear + Proven Path for Haircare**
- Target has a successful track record incubating Hair brands (Kristin Ess, Function of Beauty, TPH). These brands successfully expand into Beauty channels, e.g. Ulta

✓ **Attractive Expansion Options – US Beauty channel, geographic Beauty category leaders – with scale for marketing investment**
- Heightened brand awareness around launch builds momentum into future markets; masstige position enables entry into category leaders such as Boots, SDM, Douglas
- Results in marketing scale, investment for 'newness' and higher margin

○ **Prestige access and options for Multi-Category Beauty predicated on Rapid expansion into Ulta**
- Ulta presence puts EB at #1 destination for all things beauty within 1 year of brand inception

✗ **Risk if launch does not achieve projected ambition**
- Large scale of launch could make it more difficult to recover
- Significant marketing spend required to elevate positioning of future franchises and categories

## Dual Launch
*Launch at Mass (Target), Beauty (Ulta) & DTC simultaneously*

| | |
|---|---|
| Revenue | $43B |
| Revenue (Hair) | $5.4B (28% US mkt.) |
| Doors | 1,645 (est. 50% at launch) |
| Customer Loyalty | 140M |

✓ **Flexible positioning, potential options for Multi-Category Beauty from the onset**
- Puts EB into Ulta from the start, serving as an anchor to expand with more premium priced products and prestige positioning with subsequent categories
- Potential for higher pricing on certain products/SKUs

✗ **Voids Target exclusivity agreement.  Possibility of jeopardizing support and investment from *both* retailers**
- Eliminates Target favorable terms for marketing and promotional support
- Ulta much less likely to offer support given also launching at Target
- Risk that simultaneous negotiations could alienate both retailers

✗ **High risk and higher risk of underperforming**
- Lack of focus on either retailer is can lead to commitment to fewer doors and shelf space
- Higher likelihood of lower productivity without retailer support
- Need for higher marketing spend given lack of retailer support
- Greater risk of underperforming – neither partner 'invested' in EB
- Challenging to demonstrate sufficient brand productivity and earn and expand shelf space

✗ **Few benchmarks as a proven path for Haircare**
- No known example of Brands that are 'unproven' in the market entering both retailers at the same time.  E.g. Monday was proven in Aus with a following prior to entering Ulta & Target

ATTORNEYS' EYES ONLY

BL-000021901

**D1:** June 26 Project Update

DRAFT

Product Choices: Alignment on Launch products.  Decisions remain open that are integral to defining the growth trajectory through portfolio architecture expansion

| Align on launch products and SKUs (7 products, 7 SKUs) | NEARLY COMPLETE |

| Align on next haircare products and SKUs in full Haircare Architecture | OPEN |

| Align on next beauty category<br>*(proposed fragrance and makeup)* | OPEN |

ATTORNEYS' EYES ONLY

BL-000021902

**D1:** June 26 Project Update

DRAFT

# Masstige Position *(Launch at Target, expand in Ulta)* – **Product** Assumptions Timeline



Y1 — Y2 — Y3 — Y4 — Y5 — Y6 — Y7

**Ambition**

- Focus on Geographic Expansion to select countries, complete by Year 4
- **Limited product assortment, complete by Year 3**

TARGET

**NEW**
Products: 7
SKUs: 7
(main, finishing)

**NEW**
Products: 1
SKUs: 6
(main)

**TOTAL**
Products: 8
SKUs: 13

**NEW**
Products: 6
SKUs: 17
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

ULTA

**NEW**
Products: 9
SKUs: 14
(main, finishing)

*Includes exclusive Finish Line products for Ulta*

**NEW**
Products: 5
SKUs: 16
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

**No New Hair Products**

**Conservative**

- Geographic Expansion to select countries, complete by Year 5, with 500 Boots stores, 1400 Douglas stores and no presence in Canada or Oceania
- **Limited product assortment with slower growth, complete by Year 5**

TARGET

**NEW**
Products: 7
SKUs: 7
(main, finishing)

**NEW**
Products: 1
SKUs: 6
(main, finishing)

**TOTAL**
Products: 8
SKUs: 13

**NEW**
Products: 1
SKUs: 1
(finishing)

**TOTAL**
Products: 9
SKUs: 14

**NEW**
Products: 5
SKUs: 16
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

ULTA

**NEW**
Products: 8
SKUs: 8
(main, finishing)

*Includes exclusive Finish Line product for Ulta*

**NEW**
Products: 0
SKUs: 5
(main)

**TOTAL**
Products: 8
SKUs: 13

**NEW**
Products: 1
SKUs: 1
(finishing)

**TOTAL**
Products: 9
SKUs: 14

**NEW**
Products: 5
SKUs: 16
(main, scalp, finishing)

**TOTAL**
Products: 14
SKUs: 30

**No New Hair Products**

ATTORNEYS' EYES ONLY

BL-000021903

**D1:** June 26 Project Update

# Deloitte.



Official Professional Services Sponsor

Professional Services means audit, tax, consulting and financial advisory services.

**About Deloitte**
Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms, and their related entities. DTTL and each of its member firms are legally separate and independent entities. DTTL (also referred to as "Deloitte Global") does not provide services to clients. Please see www.deloitte.com/about for a detailed description of DTTL and its member firms. Please see www.deloitte.com/us/about for a detailed description of the legal structure of Deloitte LLP and its subsidiaries. Certain services may not be available to attest clients under the rules and regulations of public accounting.

Copyright © 2023 Deloitte Development LLC. All rights reserved.
36 USC 220506
Member of Deloitte Touche Tohmatsu Limited

ATTORNEYS' EYES ONLY

BL-000021904

**D2:** Product Materials (GBB)

# PRODUCT

Next Haircare Products and Haircare Architecture

ATTORNEYS' EYES ONLY
BL-000021905



ATTORNEYS' EYES ONLY

BL-000021906

**D2:** Product Materials (GBB)

MATERIALS PROVIDED BY GBB

DRAFT

# Ellender Brown Brand Haircare Franchise Architecture



FRANCHISE

**MAINSTREAM**

EB MOISTURE & STRENGTH — This is your core regimen. **Moisture and Strengthening** are designed to be **a regimen** in order to create the perfect balance between proteins and keratin  (the franchise also includes a fragrance-free version for sensitive scalps).

EB CURL KEEPER — No two curls are alike.  These products are designed to define the shape of your **curl pattern, add shine, control frizz and add moisture and softness.**

EB COLOR DEFENSE — Created specifically to keep color looking fresh and true.   Prevents fading and hydrates hair, helping you maintain rich, bright color and **protect it from heat damage and environmental aggressors.**

EB COLOR BOOST — Color-enhancing products that, used at home, extend the time between salon appointments.  These are **products that boost color**, **even out tone**, **add shine and cover roots regrowth.**

**SPECIALTY**

EB SCALP CARE — **Healthy hair needs a strong foundation**.  These products are essential for creating and maintaining a healthy scalp-skin for long-term hair health and better hair days overall.

EB HAIR VIRGINIZING — **Treatment formulas** that restore, renew and and **repair severely damaged hair**, literally bringing it back to life.

**STYLING**

EB FINISH LINE — Healthy hair meets its **finished look**.  These are the every day go-to's that help add texture, shine and hold to any style you want to create, without drying hair out.

ATTORNEYS' EYES ONLY

BL-000021907

**D2:** Product Materials (GBB)

MATERIALS PROVIDED BY GBB

DRAFT

# Ellender Brown Brand Haircare Franchises Rationale

## FRANCHISE RATIONALE

**EB MOISTURE & STRENGTH**

- Inspired by Blake's personal **haircare routine** (key brand storytelling)
- **Moisture** is the **number 1 benefit** that people are seeking across the board, while **strengthening/repairing** is benefit **number 3 (just after fragrance scenting** – source: Mintel
- Moisture and Strength are the two **best-selling** subsegments within the iconic and super-premium professional **Kérastase brand**, so that by having them in EB we imply accessibility to salon quality and professional haircare
- This franchise also includes a **fragrance-free version** for sensitive skins / scalps

**EB CURL KEEPER**

- **Textured** (curly, coily or wavy) **hair** represents **65%** of the total American population (and similar statistics apply globally) – source: Naturally Curly
- Women with **textured hair** are **willing to spend more** on a single product and on regime set of products than women with naturally straight or relaxed hair – source: Naturally Curly
- This franchise allows to surf the **"inclusivity" movement** by using a different angle

**EB SCALP CARE**

- Scalp Care is becoming essential for consumers as a healthy scalp determines the **health and condition of the hair**
- Very **trending** in the industry (**Hair skin-ification**), driven mainly by the **closure of salons** during COVID.19, forcing consumers to take matters into their own hands and often self-imposing scalp issues due to mistakes 'Do it yourself' haircare tutorials booming on social media
- Rising complex **scalp care routines** among **millennials**, e.g. the application of such products as serums, hair masks, and leave-in-treatments are supporting the haircare market growth – Source: GrandViewResearch
- **23% of consumers are now seeking a healthy scalp**. This will move this segment **from niche to become a key part of the market** in the next five years – Source: Euromonitor
- According to the American Academy of Dermatology, approx. **30 million women in the US** suffer from **hair loss** and because of this increasingly **spend on scalp care products** – Source: GrandViewResearch

ATTORNEYS' EYES ONLY

BL-000021908

**D2:** Product Materials (GBB)

MATERIALS PROVIDED BY GBB

DRAFT

# Ellender Brown Brand Haircare Franchises- Rationale

## FRANCHISE RATIONALE

EB COLOR DEFENSE

- Color dyers represent approx. **13% of the overall US haircare market** – *source: Statista*
- **75%** of the American women **dye** their hair and as such are looking for products **that prolong their salon color treatment** – *source: All Things Hair*
- "The One Purple Shampoo" is the 4th best selling product of Kristin Ess and is generating c. $4.2m of retail sales at Target only, representing c. 1/3 of the sales generated by the best-selling SKU "The One Signature"

EB COLOR BOOST

- Color dyers market represents a very **interesting opportunity as DIY grows and profitability is high**
- A good way to enter the color dyer market with **temporary color SKUs** that also condition the hair
- Upon success, it would give EB **permission to fully play** in permanent hair-color

EB HAIR VIRGINIZING

- This franchise is inspired by a **cult product** that sells 1 consumer unit every **2 minutes** (Philip Kingsley Elasticizer, a Blake's favorite)
- Geared toward **reviving extremely damaged hair**, and as already highlighted, Mintel research shows that **Repair** is a **top benefit** that consumers are looking for

EB FINISH LINE

- Styling products represent c. **18% of the overall US haircare market**
- Styling products are easy **add-on purchases** if they **complement a hair-care regimen**

ATTORNEYS' EYES ONLY

BL-000021909

**D2:** Product Materials (GBB)

MATERIALS PROVIDED BY GBB

DRAFT

# Ellender Brown Products / SKUs Count and Evolution in Basic BP



| | PRODUCTS / SKUs COUNT | BASIC BP EVOLUTION | | |
|---|---|---|---|---|
| | # PRODUCTS (SKUs) INCLUDED IN BASIC BUSINESS PLAN | Initial Assortment | New launches year 1 | New launches Year 2 |
| MOISTURE & STRENGTH | 7 Products (19 SKUs) | 6 Products (6 SKUs) | 0 Product (5 SKUs) | 1 Product (8 SKUs) |
| CURL KEEPER | (*) | - | - | - |
| COLOR DEFENSE | (*) | - | - | - |
| COLOR BOOST | (*) | - | - | - |
| EB SCALP CARE | 2 Products (2 SKUs) | - | - | 2 Products (2 SKUs) |
| HAIR VIRGINIZING | (*) | - | - | - |
| FINISH LINE | 5 Products (9 SKUs) | 1 Product (1 SKUs) | 2 Product (2 SKUs) | 2 Products (6 SKUs) |
| | 14 PRODUCTS (30 SKUs) | 7 PRODUCTS (7 SKUs) | 2 PRODUCT (7 SKUs) | 5 PRODUCTS (16 SKUs) |

ATTORNEYS' EYES ONLY

BL-000021910