# EXHIBIT BB

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                              )
BLAKE LIVELY,                 )
                              )
          Plaintiff,          )
                              )
     vs.                      ) No. 1:24-CV-10049-LJL
                              ) (Consolidated with
WAYFARER STUDIOS LLC, a       ) 1:25-CV-00449-LJL)
Delaware Limited Liability    )
Company, JUSTIN BALDONI, an   )
individual, JAMEY HEATH, an   )
individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
individual, IT ENDS WITH US   ) ATTORNEYS' EYES ONLY
MOVIE LLC, a California        )
Limited Liability Company,    )
MELISSA NATHAN, an individual,)
THE AGENCY GROUP PR LLC, a    )
Delaware Limited Liability    )
Company, JENNIFER ABEL, an    )
individual, JED WALLACE, an   )
individual, and STREET        )
RELATIONS INC., a California  )
Corporation,                  )
                              )
          Defendants.         )
_____)
                              )
(RELATED CONSOLIDATED CASE.)  )
_____)

VIDEOTAPED DEPOSITION OF LAURA TEDESCO
Los Angeles, California
Monday, September 29, 2025

Reported by:
RENEE A. PACHECO, RPR, CLR
CSR No. 11564
Job No. 7624695                          PAGES 1 - 208

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q   What is this document?

A   This is a document that was prepared for shareholders by GBB that detailed the cash required for the Deloitte business plan.

Q   Do you know when this was prepared?                11:10AM

A   I believe it was this year.

Q   Sometime in 2025?

A   Yeah.  It's -- it's a shareholder document. So unfortunately, it's not one that I use as part of Family Hive or that I created, but.                11:10AM

Q   And your understanding is this is based on the August 2023 Deloitte five-year business plan?

         MS. CROWLEY:  Objection.

         MR. BRUNO:  Join.

         DEPOSITION REPORTER:  Ms. Crowley, if you       11:11AM could speak up, please.  I can barely hear you.

         MS. CROWLEY:  Apologies.  I said, Objection.

BY MR. KALTGRAD:

Q   Is that right?                11:11AM

A   That's my understanding.

Q   And you think it was GBB that created the document?

A   It was.  I know it was GBB.  It was created to supplement the Deloitte business plan because       11:11AM

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

cash flow hadn't been detailed out in that plan.

Q   I've just introduced Exhibit 11, if you would take a look.

A   I have it up.

(Defendants' Exhibit 11 was marked                11:12AM

for identification.)

BY MR. KALTGRAD:

Q   And this has been marked "Attorneys' Eyes Only" by Ms. Lively.

What is this document?                          11:12AM

A   This is a routine update I had prepared for shareholders for that, I guess, September 6, 2024 time frame.

Q   And was it prepared at or around September 6, 2024?                                            11:12AM

A   Correct.

Q   And who was it sent to?

A   GBB as well as Blake.

Q   Anyone else?

A   I might have shared it with my team at some        11:12AM
point, but it was prepared for shareholders.

Q   Okay.  And if you look on Page 2.  It says, (as read):

"Blake Brown has sold about $7.8

million since the launch on 08-04."              11:13AM

Page 109

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

A    No.

Q    Do you know who did?

A    Yes.

Q    Who did?

A    The head of strategy for GBB, Marco    01:00PM
Cecchini.  It's who I referenced earlier at the very
beginning of the deposition.  This is one of the
documents that he created.

Q    Do you know when he created it?

A    July 2025 time frame.    01:00PM

Q    Do you know why it was prepared?

A    Through Blake's counsel to our counsel,
there were questions about kind of latest estimates
on the business for this year as well as where we
finished 2024.    01:01PM

So this is -- I mean, this is data that we
track on a monthly basis in terms of our
performance.  So it pulled from, you know, data that
we're tracking on a normal, consistent basis for the
business.  And then I believe he overlaid sort of    01:01PM
the narrative in terms of the bullet points.

Q    So this was prepared at the request of
Blake Lively's counsel?

A    Based on questions they had, yes.

Q    Okay.    01:01PM

Page 176

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

I, the undersigned, a Certified Shorthand Reporter of the State of California, Registered Professional Reporter, Certified Live Note Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [  ] was [  ] was not requested. I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 09/30/2025

RENEE A. PACHECO

CSR No. 11564 RPR, CLR

Page 206