# EXHIBIT EE

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


BLAKE LIVELY,                        )
                                     )
         Plaintiff,                  )
                                     )
    vs.                              ) No. 2:24-cv-10049-LJL
                                     )
WAYFARER STUDIOS LLC, ET AL., a      )
Delaware Limited Liability           )
Company, JUSTIN BALDONI, an          )
individual, JAMEY HEATH, an          )
individual, STEVE SAROWITZ, an       )
individual, IT ENDS WITH US MOVIE    )
LLC, a California Limited            )
Liability Company, MELISSA           )
NATHAN, an  individual, THE          )
AGENCY GROUP PR LLC, a Delaware      )
Limited Liability Company,           )
JENNIFER ABEL, an individual, JED    )
WALLACE, an  individual, and         )
STREET RELATIONS INC., a             )
California Corporation,              )
                                     )
         Defendants,                 )
                                     )
                                     )
                                     )
    (RELATED CONSOLIDATED CASE.)     )
                                     )

                 *** CONFIDENTIAL ***
 *** PORTIONS DESIGNATED ATTORNEYS' EYES ONLY ***
       VIDEO DEPOSITION OF JUSTIN GREY STONE
               MONDAY, OCTOBER 6, 2025
Reported Stenographically by:
RENEE HARRIS, RPR
CA CSR No. 14168
NJ CCR No. 30XI00241200
NY Notary No. 01HA0037009
JOB NO. 7624672 | PAGES:  1 - 433

                                          Page 1

A.  I believe filming was in 2023.

Q.  And was there some production filming in 2024, if you know?

A.  I remember it going to the end of 2023, but I don't recall exactly the final stop date.   09:12:52 But I believe it was towards the end of it, yeah.

Q.  I'm sorry, toward the end of 2023?

A.  Yeah.  I don't have the actual filming dates in front of me; so I couldn't tell you with certainty.   09:13:06

Q.  Now, in 2023, I -- would I be correct to assume that you had other clients at Entertainment 360 other than Ms. Lively?

A.  Yes.

Q.  Can you estimate how many?   09:13:23

A.  We -- accounts are sort of divvied in various ways.  So there's a number of people that I would say that I'm part of a team.  We work in conjunction with others.

So there are a number of clients that I   09:13:36 work as a member of the team, and there are some that I am -- would describe as the point person on.

Q.  Okay.  About how many in 2023 were you the point person for, how many clients?   09:13:46

Page 15

CONFIDENTIAL

A.   I would probably say ten, give or take.

Q.   If you can recall, how many clients did you bring over with you when you began approximately 13 years ago at Entertainment 360?

A.   I don't know if I recall an exact number,   09:14:07 but I would say probably somewhere between seven to ten.

Q.   In 2023 -- and I'm not asking you for numbers -- can you estimate the percentage of your income that was attributable to Ms. Lively's work?   09:14:26

MS. FINK:  Objection.

THE WITNESS:  I would say that I represent a number of clients who bring in a significant income.

And I don't remember exactly at the time   09:14:39 what hers was and relative to others.

BY MS. GAROFALO:

Q.   Can you estimate?

A.   In the year 2023?

Q.   Yes.                                       09:14:48

A.   What she brought or what she -- let me ask the question:  Are you asking me what percentage or what she actually brought in?

Q.   I'm just asking for a percentage, not numbers, if you can.                              09:15:01

Page 16

CONFIDENTIAL

record and switch spaces.

MS. GAROFALO:  Okay.

THE VIDEOGRAPHER:  The time is 4:16 p.m.

Off record.

(Break taken.)                                    04:34:01

THE VIDEOGRAPHER:  The time is 4:34 p.m.

We are back on record.

EXAMINATION

BY MS. MOSES:

Q.  Mr. Grey Stone, thank you for still being      04:34:05
with us here today.

Should I call you Mr. Grey Stone or
Mr. Stone?

A.  Mr. Stone is fine.

Q.  Mr. Stone.  Okay.                              04:34:10

I am going to try not to retread any of
the territory that Ms. Garofalo already spoke with
you about.  And if I fail to do so, I'm sure your
attorney will let me know.

I will also try to keep this as quick as          04:34:21
possible.  I know it's been a long day, and I'm
sure that you would like to leave here at the
earliest opportunity.

Can you remind me when you started your
career in management?                             04:34:34

Page 352

CONFIDENTIAL

A.    It was probably -- I was 25; so that would be 18 years ago or so.

Q.    And what was your first job in the entertainment industry, if it was not providing management services?                                    04:34:52

A.    It was working at the Endeavor Talent Agency.

Q.    How long did you work at the Endeavor Talent Agency?

A.    It was about three to four years.  I        04:35:03
started in the mailroom pushing a mail cart, worked my way up to an assistant and an executive assistant, and left right before being promoted to agent.

Q.    And where did you work after you worked     04:35:15
at Endeavor?

A.    I went to go become a manager at Untitled Entertainment.

Q.    How long did you work at Untitled Entertainment?                                      04:35:22

A.    I would say that was probably a little over six years.

Q.    And at what point during that tenure did you first meet Blake Lively?

A.    It was towards the beginning of being a     04:35:31

Page 353

manager.  And I can't remember the exact year, but it would have been right around the first year that she was on Gossip Girl, we started working together.

Q.  And how did you come to meet Ms. Lively?    04:35:44

A.  Ms. Lively was taking meetings for representation.  And we took a meeting with her, and we were fortunate enough to begin working with her.

Q.  Do you recall how many years Gossip Girl    04:35:54
was on the air?

A.  Six seasons, I believe.

Q.  And how would you describe Gossip Girl in terms of the television zeitgeist?

A.  Gossip Girl was an absolute phenomena,    04:36:08
just a complete cultural explosion.  It hit the younger demographic in such a profound way and became, I would say, a cult classic.

But that's sort of undermining the broad popularity of the show.  It was a massive, massive    04:36:25
television hit.

Q.  And during the time Ms. Lively was starring on Gossip Girl, was she working on other acting projects?

A.  There were a few films that we were able    04:36:34

Page 354

to do in between but, primarily, Gossip Girl.

Q.  And coming out of Gossip Girl -- I think you said it was on for about six years; so about 2007 to 2012.

Does that sound roughly correct?                    04:36:51

A.  Mm-hmm.

Q.  What did you understand to be Ms. Lively's career goals at that point in time after ending her run on Gossip Girl?

A.  I mean, after having such a successful      04:37:00 run on television was an incredible platform for us.

The next step in that evolution was continuing to pursue really exceptional roles in the feature space and working with incredible      04:37:10 filmmakers and sort of increasing the scope and scale of her audience.

Q.  Is it common for an actor or actress to be able to transition from television to feature film in the way that Ms. Lively ultimately did?      04:37:26

A.  I don't know if -- you say it's "common."

But there are very few sort of shining star exceptions that it happens for.  And Blake was one of them that did it in a very, very speedy trajectory and a -- hopefully, a focused one.      04:37:44

Page 355

CONFIDENTIAL

Q.  And is there anything about Ms. Lively in particular that you think allowed her to make that transition on the speedy trajectory that you just described?

A.  Sure.  There's many qualities that          04:37:56
allowed that:  One is she's brilliant.  She's an incredibly hard worker and professional; she's unbelievably talented; she's beautiful in the way a classic movie star is; she is personal and kind.

And she is somebody that, throughout my          04:38:13
history of representing her, has always been somebody who people wanted to have repeat business with and just loved being in a room with.

Q.  Is it fair to say, based on that description, that in the 18 years you've          04:38:28
represented Ms. Lively, she has not behaved as a bully, in your experience?

A.  No.  I would never say that.

Q.  Focusing on Ms. Lively's career from about 2012 when Gossip Girl ends to about 2016, do          04:38:38
you recall what kind of projects she was working on in the feature film space?

A.  Sure.

From the end of the -- end of the series?

Q.  Mm-hmm.          04:38:50

Page 356

attached hereto.)

THE WITNESS:  Okay.

BY MS. MOSES:

Q.  Do you recognize this document?

A.  Yes.                                04:55:22

Q.  What is it?

A.  It's a contract and a deal for the sequel to A Simple Favor, A Simple Favor 2.  It was called Another Simple Favor by the end.

Q.  If you could turn to page 4 of the       04:55:31
agreement, which is Bates stamped BL 21914.

And tell me:  What was Ms. Lively's fixed compensation for A Simple Favor 2?

A.  $9 million, a significant increase.

Q.  Is $9 million the most Ms. Lively had      04:55:46
been able to secure in fixed compensation up until the point of this deal we're looking at?

A.  By far.

Q.  And how was Ms. Lively able to secure that deal, in your opinion?                    04:55:59

A.  Based on the trajectory and the way that she continued to build her audience and fan base and the way that her movies continued to perform successfully for studios.

Q.  If you could turn to page 7 of the       04:56:13

Page 376

for A Simple Favor 2?

A.  I think, of course, it is always dependent on the movie and the scope and the scale of it.

But, certainly, we would have hoped that 05:21:33 there would have been large studio features that would have afforded us the ability to continue to press her quote even higher.

Q.  And, to the best of your knowledge, was Ms. Lively prepared to work full-time after the 05:21:43 release of the film?

A.  Yeah, of course.  That was the moment that we were waiting to capitalize on the film and draft off the immense success for it.

Q.  Now, there came a time when you began to 05:21:56 observe negative online commentary about Ms. Lively, I think you said; is that right?

A.  Yes.

Q.  In your 18 years of representing Ms. Lively, had you ever seen the level of online 05:22:08 vitriol that you saw after the film came out?

MS. GAROFALO:  Objection.

THE WITNESS:  I have never seen anything like it in my entire career.

And I think also when you look at the 05:22:21

Page 400

ATTORNEYS' EYES ONLY

STATE OF CALIFORNIA        )

COUNTY OF LOS ANGELES      ) ss.

I, RENEE HARRIS, do hereby certify that I am a licensed Certified Shorthand Reporter, duly qualified and certified in the State of California and the State of New Jersey; Notary Public in the State of New York and State of Florida; and Registered Professional Reporter;

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to tell the truth, the whole truth, and nothing but the truth;

That the said deposition was by me recorded stenographically;

And the foregoing pages constitute a full, true, complete and correct record of the testimony given by the said witness;

That I am a disinterested person, not being in any way interested in the outcome of said action, or connected with, nor related to any of the parties in said action, or to their respective counsel, in any manner whatsoever.

Dated: October 7, 2025

Renee Harris, CSR, CCR, RPR

CA CSR No. 14168

NJ CCR No. 30XI00241200

NY Notary No. 01HA0037009

FL Notary No. 1708946

Page 415