# EXHIBIT FF



# CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Transcript of Warren Zavala

**Date:** September 18, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**

**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com

**www.planetdepos.com**

Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

A.    Yes.

Q.    Okay.  I'm going to do my best to make this as quick and painless as possible.

A.    Okay.

Q.    I don't know that that's possible, but I will try.  And if I'm talking too fast, stop me.

A.    Okay.

Q.    Also my questions may make certain assumptions about facts that you know.  If you don't understand, if I use, for example, "William Morris" instead of the entire corporate name of your company, you'll understand what I'm talking about?

A.    Yes.

Q.    Okay.  And if any case, you do not understand again, please ask me to explain.

A.    Okay.

Q.    Okay.  So what is your occupation?

A.    Talent agent.

Q.    How long have you been a talent agent?

A.    24 years.

Q.    And who are you currently affiliated with?

A.    WME.

Q.    William Morris Endeavor?

A.    Correct.

Q.    Okay.  I'm around so long, will you object

there are certain clients for whom you are personally
responsible, correct?

A.   Yes.

Q.   Can you estimate about how many clients you
have on the roster of clients for whom you are
responsible primarily.

MS. LEADER:  Are you're asking right now?

MS. GAROFALO:  Huh?

MS. LEADER:  Right now?

MS. GAROFALO:  Yes, right now.  Correct.
Yes.

THE WITNESS:  A dozen.

Q.   BY MS. GAROFALO:  Okay.  And is Blake
Lively one of those clients currently?

A.   Yes.

Q.   And how long have you been primarily
responsible for Ms. Lively in your capacity as an
agent?

A.   A decade.

Q.   Is Ryan Reynolds also a client for whom you
have primary responsibility at William Morris?

A.   I'm one of two people.  Yes.

Q.   Who is the other person?

A.   Doug Lucterhand.

Q.   Is there a particular division of

A.   An A-list actor is somebody that buyers -- you know, there's a -- there's a finite amount of major worldwide theatrical distributors, I mean, a very small list.  Hopefully, there's not more consolidation and it doesn't get smaller, but the person that studios both want to have star in a film where they want to allocate a marketing span on a worldwide basis to support the movie that the actor is starring in, and also the pass the mom test, which is does your mother know their name.  And they're also famous, whatever that means, but they have -- they have a level of fame, like, out in the zeitgeist but not for just being a celebrity.

Q.   And in why your opinion, based on your experience in the industry, Ms. Lively possesses those attributes?

A.   Absolutely.

Q.   And Ms. Lively's been a client of yours for about a decade, right?

A.   Yeah, I mean, from memory, I think it was probably 2015.  Whatever -- yeah.  '14, '15.

Q.   So about 10 years?

A.   Yeah, yeah.  Yeah.

Q.   And can you describe the process you've worked with in terms of getting Ms. Lively

opportunities or roles in different films or television?

A.    I don't think we've ever had any challenge in getting Blake a job.  That's not actually been the challenge.  And I think she worked quite a bit when we first started working together.  And then when she had her first child, rightfully so, she's had four children in -- I don't remember the span, but it's been the last seven years, right?  Something like that.  So, you know, and she and Ryan tried to not work at the same time.  I can't actually recall a time that they worked for more than a few weeks at a time on a job and -- and sort of been separated. And, yeah, so that -- so because of that, it's actually been more challenging to get her to do a job in a moment in which it is a good opportunity for her and also works for her lifestyle.  And I think that I speak for her manager and I and sort of the rest of the -- if there is a team of agents that work on her behalf.  We're constantly trying to find an opportunity that fits into that box.  And I think It Ends With Us -- It Ends With Us presented this very unique opportunity where, due to its commercial success, it would've been propulsive enough, I think, to sort of elevate her to even another level.  Sort

of marrying the commercial success and sort of the critical success that she had, like, with The Town, which was a supporting role, and kind of, you know, take the next elevation. This has just been a complication, but we'll ultimately get there.

Q. Yeah, and we're gonna get to It Ends With Us and everything that's transpired after that.

A. Yeah.

Q. But I did have a couple of additional questions. You mentioned -- you testified earlier that it hasn't really ever been a challenge for Blake to get a job. Can you just explain that a little bit more? Are there more opportunities that present that if she wants them, she would get them?

A. Historically, yes. I think that definitely when we started working together, it wasn't -- there wasn't as much coming through, but she did have Age of Adaline was something she was interested in come in through the door. Lee Toland Krieger did a great job with the movie. It ended up being a hit film predicated on its price. And that gave us lift, and then The Shallows really sort of worked on the studio level. And so since that moment, she's always been approached with material. It's just more a question of finding the right time and is it the right

STATE OF CALIFORNIA. )
)
COUNTY OF LOS ANGELES )

I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 19th day of September, 2025.

MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California