```
                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


   BLAKE LIVELY,                          )
                                          )
            Plaintiff,                    )
                                          )
      vs.                                 ) No. 2:24-cv-10049-LJL
                                          )
   WAYFARER STUDIOS LLC, ET AL., a        )
   Delaware Limited Liability             )
   Company, JUSTIN BALDONI, an            )
   individual, JAMEY HEATH, an            )
   individual, STEVE SAROWITZ, an         )
   individual, IT ENDS WITH US MOVIE )
   LLC, a California Limited              )
   Liability Company, MELISSA             )
   NATHAN, an  individual, THE            )
   AGENCY GROUP PR LLC, a Delaware        )
   Limited Liability Company,             )
   JENNIFER ABEL, an individual, JED )
   WALLACE, an  individual, and           )
   STREET RELATIONS INC., a               )
   California Corporation,                )
                                          )
            Defendants,                   )
                                          )
                                          )
                                          )
      (RELATED CONSOLIDATED CASE.)        )
                                          )
                     *** CONFIDENTIAL ***
    *** PORTIONS DESIGNATED ATTORNEYS' EYES ONLY ***
          VIDEO DEPOSITION OF JUSTIN GREY STONE
                  MONDAY, OCTOBER 6, 2025
   Reported Stenographically by:
   RENEE HARRIS, RPR
   CA CSR No. 14168
   NJ CCR No. 30XI00241200
   NY Notary No. 01HA0037009
   JOB NO. 7624672 | PAGES:  1 - 433
```

Page 1

Q.   And what are Ms. Lively's compensation terms for this deal?

A.   $500,000.

Q.   And does she get a percent of the back end?                                              05:26:58

A.   Yes, 5 percent.

Q.   Is this deal that we're looking at -- does this reflect a greenlit movie?

A.   It is not greenlit.

Q.   And so is this -- does this document --        05:27:05 is this document commonly referred to as a "development deal"?

A.   Yes.

Q.   Does that mean that Ms. Lively only gets paid if a project ends up getting made?          05:27:15

A.   Correct.

Q.   So reflecting on the three deals that we just reviewed together, is this the volume of deals that you would have expected Ms. Lively to receive after the success of the film?              05:27:28

A.   The expectation coming off the film and the success of it would have been a complete 180 from what we've seen.

The number of filmmakers and opportunities and pursuits of projects that we        05:27:43

Page 405

feel like would be aspirational and ambitious and

sort of upper echelon reaching, we feel like

should have been plentiful coming after this and

immediate.

Any sort of similar sort of success that    05:27:55
I've seen in the past has been followed by an

immediate flow of opportunity, both in terms of

scope; in terms of what studios are willing to

greenlight around somebody at a significant level,

given that there are so few people, quote,    05:28:08
"greenlight-able" in our current market.

And again, I repeat that our business in
a time of transition right now, where the ability

for people to open a movie theatrically has

significantly shrunk.    05:28:21

So for somebody to open a movie
$50 million opening weekend is a massive, massive

win.

So for us to not only not see the amount
of opportunity within A-list filmmakers, but    05:28:30
within the various studio systems, even in sort of

IP-driven things or things she can plug into --

it's been completely dormant in a -- it's been

silence.

Q.  And in your opinion, did the negative    05:28:44

Page 406

CONFIDENTIAL

A.  I mean "populist" being that a film that is hard R limits your audience; whereas one that is not, opens a wider net.

MS. FINK:  Whenever it's a good time for you, we've been going for about an hour.          10:06:45

MS. GAROFALO:  Sure.  We can do it now. How long do you want?

THE VIDEOGRAPHER:  Off record.

MS. FINK:  Ten minutes.

MS. GAROFALO:  Sure.          10:06:52

THE VIDEOGRAPHER:  The time is 10:06 a.m. Off record.

(Break taken.)

THE VIDEOGRAPHER:  The time is 10:23 a.m. We are back on record.          10:23:46

BY MS. GAROFALO:

Q.  Okay.  When we left for our break, you had mentioned something about R ratings and PG ratings, I think.

A.  Mm-hmm.          10:24:06

Q.  And I believe it was in connection with something Ms. Lively told you?

MS. FINK:  Objection.

BY MS. GAROFALO:

Q.  Is that correct?          10:24:14

Page 67

CONFIDENTIAL

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES     ) ss.

I, RENEE HARRIS, do hereby certify that I am a licensed Certified Shorthand Reporter, duly qualified and certified in the State of California and the State of New Jersey; Notary Public in the State of New York and State of Florida; and Registered Professional Reporter;

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to tell the truth, the whole truth, and nothing but the truth;

That the said deposition was by me recorded stenographically;

And the foregoing pages constitute a full, true, complete and correct record of the testimony given by the said witness;

That I am a disinterested person, not being in any way interested in the outcome of said action, or connected with, nor related to any of the parties in said action, or to their respective counsel, in any manner whatsoever.

Dated: October 7, 2025

Renee Harris, CSR, CCR, RPR
CA CSR No. 14168
NJ CCR No. 30XI00241200
NY Notary No. 01HA0037009
FL Notary No. 1708946

Page 433