# EXHIBIT 8

## FILED
## UNDER SEAL

PRODUCER OFFER MEMO

**PRODUCER:**         BLAKE LIVELY

**REPRESENTATIVES:**  Agent: Warren Zavala | WME ███████████████████████ |
                      ███████

                      Attorney: David Weber, Esq. and Lindsey Strasberg, Esq. | SOWDLLP |
                      ███████ ████████ █████

**PICTURE:**          THE SURVIVAL LIST

**DATE:**             As of June 12, 2025

1. <u>Producer Fee</u>: $500,000. Payable 20/60/10/10.

2. <u>Contingent Compensation</u>: 5% of "Defined Proceeds" (as defined below).

   "Defined Proceeds" shall be defined, computed, and accounted for in accordance with Exhibit "DP", as modified by LG's "A" Rider thereto, each of which shall be attached to the long form agreement and incorporated therein.

# Redacted – Non-Responsive

DEPOSITION
EXHIBIT
24 SIDNE
10.625 RH

ATTORNEYS' EYES ONLY                                    BL-000039107

Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000039108