**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION TO EXCLUDE TESTIMONY OF NICOLE ALEXANDER**

I, Kristin E. Bender, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Motion to Exclude Testimony of Nicole Alexander.

3. A true and correct copy of Nicole Alexander’s Amended Expert Report dated November 3, 2025 is attached hereto as **Exhibit 1**. Exhibit 1 bears the designation “Exhibit 002,” as marked at Ms. Alexander's deposition on December 15, 2025.

4. A true and correct copy of Nicole Alexander’s Deposition Transcript dated December 15, 2025 is attached hereto as **Exhibit 2**. The transcript contains redactions for personal medical information.

5. A true and correct copy of a table displaying Nicole Alexander’s Data Set by month and platform is attached hereto as **Exhibit 3**. My team created Exhibit 3 based entirely on the raw data Ms. Alexander produced, which are attached as Exhibits 4-8.

6. A true and correct copy of Nicole Alexander’s Instagram data input spreadsheet dated November 18, 2025 is attached hereto as **Exhibit 4**.

7. A true and correct copy of Nicole Alexander’s Reddit data input spreadsheet dated November 18, 2025 is attached hereto as **Exhibit 5**.

8. A true and correct copy of Nicole Alexander’s TikTok data input spreadsheet dated November 18, 2025 is attached hereto as **Exhibit 6**.

9. A true and correct copy of Nicole Alexander’s X (formerly Twitter) data input spreadsheet dated November 18, 2025 is attached hereto as **Exhibit 7**.

10. A true and correct copy of Nicole Alexander’s YouTube data input spreadsheet dated November 18, 2025 is attached hereto as **Exhibit 8**.

11. A true and correct copy of a compendium of Nicole Alexander’s ReadMe files (Instagram, Reddit, TikTok, X, and YouTube) dated November 18, 2025 is attached hereto as **Exhibit 9**.

12. A true and correct copy of a compendium of Nicole Alexander's Meta Code, Meta Input, Meta Sentiment ReadMe, and Meta-Analysis ReadMe files dated November 18, 2025 is attached hereto as **Exhibit 10**.

13. A true and correct copy of a table displaying Nicole Alexander's Data Set and Meta Input is attached hereto as **Exhibit 11**. My team created Exhibit 11 by comparing the Meta Input "count" reflected in pages 1-3 of Exhibit 10 with the raw data in Exhibits 4-8.

14. A true and correct copy of the Samuel C. Woolley and Philip N. Howard article entitled *Political Communication, Computational Propaganda, and Autonomous Agents* dated 2016 is attached hereto as **Exhibit 12**.

15. A true and correct copy of the Ferrara *et al*. article entitled *The Rise of Social Bots* dated July 2016 is attached hereto as **Exhibit 13**.

16. A true and correct copy of the Timothy Graham, Sam Hames, and Elizabeth Alper article entitled *The Coordination Toolkit: A Framework for Detecting and Analysing Coordinated Behaviour on Social Media* dated May 11, 2024 is attached hereto as **Exhibit 14**. Exhibit 14 bears the designation "Exhibit 005," as marked at Ms. Alexander's deposition on December 15, 2025.

17. A true and correct copy of a compendium of Apify Scraper FAQ pages associated with the relevant Apify scrapers is attached hereto as **Exhibit 15**.

18. A true and correct copy of a compendium of GPTZero's AI Report findings of Nicole Alexander's Expert Report dated December 7, 2025 is attached hereto as **Exhibit 16**. The compendium was prepared by inputting each paragraph of Ms. Alexander's Expert Report—individually or in combination, as necessary to satisfy GPTZero's 100-character minimum—into the tool and compiling the resulting findings.

19. A true and correct copy of a compendium of certain social media posts contained within Nicole Alexander's Data Set is attached hereto as **Exhibit 17**. Exhibit 17 bears the designations "Exhibit 008" through "Exhibit 015," as marked at Ms. Alexander's deposition on December 15, 2025. The Exhibit contains redactions to remove identifying information of online users.

20. A true and correct copy of the definition of "Meta-Analysis" from the Sage Research Methods publication entitled *Encyclopedia of Research Design* dated December 27, 2012 is attached hereto as **Exhibit 18**. Exhibit 18 bears the designation "Exhibit 007," as marked at Ms. Alexander's deposition on December 15, 2025.

21. A true and correct copy of the Sony Pictures Entertainment YouTube video, *IT ENDS WITH US - Official Trailer (HD)*, found at https://www.youtube.com/watch?v=DLET_u31M4M dated May 16, 2024 is attached hereto as **Exhibit 19**. Exhibit 19 bears the designation "Exhibit 025," as marked at Ms. Alexander's deposition on December 15, 2025. The Exhibit contains redactions to remove identifying information of online users.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026

*s/ Kristin E. Bender*
WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively*