# EXHIBIT 3

| DATA SET BY MONTH AND PLATFORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Instagram** | **Reddit** | **TikTok** | **X** | **You Tube** | **TOTAL** | **TOTAL (Cumulative)** |
| **2024-01** | 0 | 16 | 3 | 0 | 0 | 19 | |
| **2024-02** | 1 | 14 | 1 | 0 | 0 | 16 | |
| **2024-03** | 1 | 17 | 2 | 0 | 0 | 20 | |
| **2024-04** | 0 | 12 | 2 | 0 | 0 | 14 | |
| **2024-05** | **2** | **24** | **11** | **345** | **114** | **496** | **1190** |
| **2024-06** | **1** | **12** | **3** | **118** | **14** | **148** | |
| **2024-07** | **2** | **24** | **20** | **374** | **126** | **546** | |
| **2024-08** | **2** | **105** | **187** | **2663** | **1789** | **4746** | **4746** |
| **2024-09** | **0** | **25** | **31** | **203** | **445** | **704** | **1304** |
| **2024-10** | **1** | **25** | **41** | **145** | **388** | **600** | |
| **2024-11** | 1 | 21 | 12 | 122 | 381 | 537 | |
| **2024-12** | 0 | 86 | 65 | 12164 | 552 | 12867 | |
| **2025-01** | 1 | 65 | 56 | 0 | 1576 | 1698 | |
| **2025-02** | 0 | 62 | 34 | 0 | 1744 | 1840 | |
| **2025-03** | 0 | 44 | 13 | 60 | 417 | 534 | |
| **2025-04** | 6 | 55 | 14 | 83 | 373 | 531 | |
| **2025-05** | 3 | 62 | 13 | 101 | 315 | 494 | |
| **2025-06** | 604 | 49 | 12 | 769 | 285 | 1719 | |
| **2025-07** | 663 | 41 | 11 | 204 | 474 | 1393 | |
| **2025-08** | 1238 | 42 | 18 | 217 | 756 | 2271 | |
| **2025-09** | 2047 | 47 | 10 | 570 | 915 | 3589 | |
| **2025-10** | 1476 | 31 | 129 | 1901 | 5673 | 9210 | |
| **TOTAL** | **6049** | **879** | **688** | **20039** | **16337** | **43992** | |
| **2024 TOTAL** | **11** | **381** | **378** | **16134** | **3809** | **20713** | |
| **2025 TOTAL** | **6038** | **498** | **310** | **3905** | **12528** | **23279** | |