# EXHIBIT 7

## Filed Under Seal

# FILE SIZE TOO LARGE FOR ECF – SUBMITTED VIA FTP