# EXHIBIT 9

```
Instagram Analysis - Reproducible Code
======================================

Analysis of Blake Lively Instagram posts (Feb 2024 - Oct 2025)
6,049 posts from the dataset

Files:
------
INPUT.json - your Instagram data
CODE.py - analysis script
README.txt - this

Setup
-----
Need pandas, numpy, matplotlib, seaborn installed

pip install pandas numpy matplotlib seaborn

Upload INPUT.json to the same directory, then run:
python CODE.py


What it calculates
------------------
Baseline period is May-July 2024
August 2024 compared to baseline (spike detection)
Statistical significance (sigma calculation)
Hourly/daily distribution analysis
Weekday vs weekend patterns


Results from full dataset
-------------------------
The analysis will show:
- Baseline activity levels (May-Jul 2024)
- August 2024 spike magnitude and statistical significance
- Post-spike decline patterns
- Hourly and daily activity distributions

Same timing issue as other platforms - movie release (Aug 9) vs alleged campaign
start (Aug 2) makes causation ambiguous.


Output files
------------
temporal_chart_instagram.png - 4 panel viz
analysis_summary_statistics.csv - the key numbers
monthly_volume_data.csv - monthly breakdown
hourly_activity_data.csv - hourly dist
day_of_week_data.csv - daily dist
```

```
Data source
-----------
Instagram scraping for "Blake Lively", "Blake Lively Justin Baldoni", "It Ends With
Us", "It Ends With Us drama"

6,049 posts total per executive summary


Notes
-----
Code automatically scales to dataset size
Statistical calculations adapt to actual data

Should run in under 10 seconds with full dataset

If you get import errors just pip install whatever's missing
```

```
Reddit Analysis - Reproducible Code
===================================

Quick analysis of Blake Lively Reddit posts (Jan 2024 - Oct 2025)
879 posts total from the dataset

Files:
------
INPUT.csv - the data
CODE.py - analysis script
README.txt - this

Setup
-----
Need pandas, numpy, matplotlib, seaborn installed

pip install pandas numpy matplotlib seaborn

Then just run:
python CODE.py

It'll read INPUT.csv from the same directory and spit out the charts + CSVs


What it calculates
------------------
Baseline period is May-July 2024 (mean ~20 posts/month)
August 2024 had 105 posts which is a 12.3 sigma spike
September dropped back down to 25 (76% decline)

Also does hourly/daily distribution analysis to check if patterns look organic vs
botted


Results
-------
Spike is real and statistically significant (12.3σ way above noise)

BUT the timing is right when the movie came out (Aug 9) AND when the alleged
campaign started (Aug 2). So can't really say which caused it from temporal data
alone.

The fact it immediately crashed 76% in Sept suggests movie hype more than sustained
campaign. Bots would be more consistent over time.

Activity patterns look normal - 79.5% weekday posting, natural hourly curve.
Doesn't have the hallmarks of coordinated activity.


Output files
```

```
------------
temporal_chart_reddit.png - 4 panel viz
analysis_summary_statistics.csv - the key numbers
monthly_volume_data.csv - monthly breakdown
hourly_activity_data.csv - hourly dist
day_of_week_data.csv - daily dist


Data source
-----------
Reddit API pulls for "Blake Lively", "It Ends With Us", "Justin Baldoni"
Top subs: popculturechat (265 posts), Fauxmoi (189), romancebooks (154)


Notes
-----
Code is straightforward pandas/matplotlib, nothing fancy
Baseline calculation just uses std dev from May-Jul
Sigma = (observed - baseline_mean) / baseline_std

Should run in a few seconds, outputs everything to current dir

If you get import errors just pip install whatever's missing
```

```
TikTok Analysis - Reproducible Code
===================================

Analysis of Blake Lively TikTok videos (Jan 2024 - Oct 2025)
688 videos total from the dataset

Files:
------
INPUT.csv - the data
CODE.py - analysis script
README.txt - this

Setup
-----
Need pandas, numpy, matplotlib, seaborn installed

pip install pandas numpy matplotlib seaborn

Then just run:
python CODE.py

It'll read INPUT.csv from the same directory and spit out the charts + CSVs


What it calculates
------------------
Baseline period is May-July 2024 (mean ~11 videos/month)
August 2024 had 187 videos which is a 20.7 sigma spike
September dropped to 31 (83% decline)

Does hourly/daily distribution analysis to check patterns


Results
-------
Spike is extreme (20.7σ is astronomically significant - between Twitter's 17σ and
YouTube's 27.7σ)

Same timing issue as all platforms - movie came out Aug 9, alleged campaign Aug 2.
Can't say which caused it from timing alone.

The 83% crash in Sept suggests movie hype more than sustained campaign.

Activity patterns look organic - 72.5% weekday, 27.5% weekend. Natural human
behavior.

Total engagement was massive - 1.8 billion views and 147 million likes across all
688 videos.
```

```
Output files
------------
temporal_chart_tiktok.png - 4 panel viz
analysis_summary_statistics.csv - the key numbers
monthly_volume_data.csv - monthly breakdown
hourly_activity_data.csv - hourly dist
day_of_week_data.csv - daily dist


Data source
-----------
TikTok scraping (Apify) for "Blake Lively", "It Ends With Us", #blakelively,
#itendswithus
688 videos with full engagement metrics


Notes
-----
Code is straightforward pandas/matplotlib
Baseline calculation uses std dev from May-Jul
Sigma = (observed - baseline_mean) / baseline_std

20.7σ is basically impossible by random chance

Should run in a couple seconds

If you get import errors just pip install whatever's missing
```

```
Twitter Analysis - Reproducible Code
====================================

Quick analysis of Blake Lively Twitter posts (May 2024 - Dec 2024)
20,039 posts total from the dataset

Files:
------
INPUT.csv - the data
CODE.py - analysis script
README.txt - this

Setup
-----
Need pandas, numpy, matplotlib, seaborn installed

pip install pandas numpy matplotlib seaborn

Then just run:
python CODE.py

It'll read INPUT.csv from the same directory and spit out the charts + CSVs


What it calculates
------------------
Baseline period is May-July 2024 (mean ~279 posts/month)
August 2024 had 2663 posts which is a 17.0 sigma spike (astronomically significant)
September dropped back down to 203 (92% decline)
December had another spike to 16,069 posts

Also does hourly/daily distribution analysis to check patterns


Results
-------
Spike is real and statistically extreme (17.0σ way beyond random chance)

BUT same timing issue as Reddit - movie came out Aug 9, alleged campaign Aug 2.
Can't really tell which caused it from temporal data alone.

The 92% crash in Sept suggests movie hype more than coordinated campaign. Then
December had another massive spike which is interesting.

Activity patterns look mostly normal - 77.7% weekday posting, ~39% during business
hours. Some variation across hours but nothing screaming "bots".


Output files
------------
```

```
temporal_chart_twitter.png - 4 panel viz
analysis_summary_statistics.csv - the key numbers
monthly_volume_data.csv - monthly breakdown
hourly_activity_data.csv - hourly dist
day_of_week_data.csv - daily dist
```

Data source
-----------
Twitter/X API scraping for "Blake Lively", "Blake Lively Justin Baldoni", "It Ends With Us", "It Ends With Us drama"
Much larger dataset than Reddit (20k vs 879 posts)


Notes
-----
Code is straightforward pandas/matplotlib
Baseline calculation uses std dev from May-Jul
Sigma = (observed - baseline_mean) / baseline_std

$17\sigma$ is basically impossible by random chance (for context: $5\sigma$ is 1 in 3.5 million)

Should run in a few seconds, outputs everything to current dir

If you get import errors just pip install whatever's missing

```
YouTube Analysis - Reproducible Code
====================================

Analysis of Blake Lively YouTube comments (May 2024 - Oct 2025)
16,337 comments total from the dataset

Files:
------
INPUT.csv - the data
CODE.py - analysis script
README.txt - this

Setup
-----
Need pandas, numpy, matplotlib, seaborn installed

pip install pandas numpy matplotlib seaborn

Then just run:
python CODE.py

It'll read INPUT.csv from the same directory and spit out the charts + CSVs


What it calculates
------------------
Baseline period is May-July 2024 (mean ~85 comments/month)
August 2024 had 1,789 comments which is a 27.7 sigma spike (most extreme of all
platforms)
September dropped to 445 (75% decline)
Also tracks Jan/Oct 2025 spikes (lawsuit-related)

Does hourly/daily distribution analysis to check patterns


Results
-------
Spike is absolutely massive (27.7σ is astronomically significant - more extreme
than Twitter's 17σ)

Same timing issue as all other platforms - movie came out Aug 9, alleged campaign
Aug 2. Can't definitively say which caused it.

The 75% crash in Sept suggests movie hype more than sustained campaign. Then there
were additional spikes in Jan/Feb 2025 (when lawsuit was filed) and Oct 2025
(ongoing litigation) - which shows that volume correlates with newsworthy events,
supporting organic explanation.

Activity patterns look very organic - 72% weekday, 46% during business hours,
smooth hourly curve. Textbook human behavior, not bots.
```

```
Output files
------------
temporal_chart_youtube.png - 4 panel viz
analysis_summary_statistics.csv - the key numbers
monthly_volume_data.csv - monthly breakdown
hourly_activity_data.csv - hourly dist
day_of_week_data.csv - daily dist


Data source
-----------
YouTube Data API v3 for "Blake Lively", "Blake Lively Justin Baldoni", "It Ends
With Us", "It Ends With Us drama"
16,337 comments on public YouTube videos


Notes
-----
Code is straightforward pandas/matplotlib
Baseline calculation uses std dev from May-Jul
Sigma = (observed - baseline_mean) / baseline_std

27.7σ is basically 1 in 10^166 chance (impossible by random chance)
For context: discovering Higgs boson was declared at 5σ

Should run in under 10 seconds

If you get import errors just pip install whatever's missing
```