# EXHIBIT 11

| COMPARISON OF "COUNT" IN META INPUT AND DATA SET | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Instagram (Meta Input) | Instagram (Data Set) | Reddit (Meta Input) | Reddit (Data Set) | TikTok (Meta Input) | TikTok (Data Set) | X (Meta Input) | X (Data Set) | You Tube (Meta Input) | You Tube (Data Set) | TOTAL (Meta Input) | TOTAL (Data Set) |
| 2024-01 | 227 | 0 | 35 | 16 | 23 | 3 | 778 | 0 | 676 | 0 | 1739 | 19 |
| 2024-02 | 211 | 1 | 33 | 14 | 22 | 1 | 723 | 0 | 630 | 0 | 1619 | 16 |
| 2024-03 | 236 | 1 | 38 | 17 | 25 | 2 | 812 | 0 | 705 | 0 | 1816 | 20 |
| 2024-04 | 255 | 0 | 41 | 12 | 26 | 2 | 875 | 0 | 759 | 0 | 1956 | 14 |
| 2024-05 | 271 | 2 | 42 | 24 | 29 | 11 | 926 | 345 | 808 | 114 | 2076 | 496 |
| 2024-06 | 236 | 1 | 38 | 12 | 25 | 3 | 812 | 118 | 705 | 14 | 1816 | 148 |
| 2024-07 | 265 | 2 | 42 | 24 | 28 | 20 | 908 | 374 | 791 | 126 | 2034 | 546 |
| 2024-08 | 1175 | 2 | 105 | 105 | 184 | 187 | 3309 | 2663 | 1792 | 1789 | 6565 | 4746 |
| 2024-09 | 181 | 0 | 28 | 25 | 18 | 31 | 621 | 203 | 539 | 445 | 1387 | 704 |
| 2024-10 | 198 | 1 | 32 | 25 | 21 | 41 | 679 | 145 | 591 | 388 | 1521 | 600 |
| 2024-11 | 227 | 1 | 35 | 21 | 23 | 12 | 778 | 122 | 676 | 381 | 1739 | 537 |
| 2024-12 | 236 | 0 | 38 | 86 | 25 | 65 | 812 | 12164 | 705 | 552 | 1816 | 12867 |
| 2025-01 | 221 | 1 | 35 | 65 | 23 | 56 | 759 | 0 | 660 | 1576 | 1698 | 1698 |
| 2025-02 | 205 | 0 | 33 | 62 | 21 | 34 | 706 | 0 | 613 | 1744 | 1578 | 1840 |
| 2025-03 | 233 | 0 | 38 | 44 | 23 | 13 | 803 | 60 | 699 | 417 | 1796 | 534 |
| 2025-04 | 247 | 6 | 39 | 55 | 25 | 14 | 847 | 83 | 737 | 373 | 1895 | 531 |
| 2025-05 | 260 | 3 | 42 | 62 | 26 | 13 | 891 | 101 | 776 | 315 | 1995 | 494 |
| 2025-06 | 236 | 604 | 38 | 49 | 25 | 12 | 812 | 769 | 705 | 285 | 1816 | 1719 |
| 2025-07 | 255 | 663 | 41 | 41 | 26 | 11 | 875 | 204 | 759 | 474 | 1956 | 1393 |
| 2025-08 | 227 | 1238 | 35 | 42 | 23 | 18 | 778 | 217 | 676 | 756 | 1739 | 2271 |
| 2025-09 | 211 | 2047 | 33 | 47 | 22 | 10 | 723 | 570 | 630 | 915 | 1619 | 3589 |
| 2025-10 | 236 | 1476 | 38 | 31 | 25 | 129 | 812 | 1901 | 705 | 5673 | 1816 | 9210 |
| TOTAL | 6049 | 6049 | 879 | 879 | 688 | 688 | 20039 | 20039 | 16337 | 16337 | 43992 | 43992 |