# EXHIBIT 16

GPTZero

## AI Report

We predict this text is

# Human Generated

### AI Probability

## 0%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

████████

I, Nicole M. Alexander, a marketing leader, academic, and author specializing in

marketing and communications.
I currently serve on the faculty of Columbia University's

School of Professional Studies, where I teach Masters level courses in AI strategy,

ethics, and digital transformation, and as a Professor of Marketing and Technology at

New York University.

High Human Impact  High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

## AI Report

We predict this text is

# Human Generated

### AI Probability

## 0%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

██████████

I hold a Master of Studies in Artificial Intelligence Ethics and Society from the

University of Cambridge, a TRIUM Global Executive MBA jointly conferred by the

London School of Economics, HEC Paris, and NYU Stern School of Business, and a

Bachelor of Science in Leadership and Management from New York University. My

research and professional practice sit at the intersection of marketing, data analytics

and the ethical application of artificial intelligence.

High Human Impact ● ● ⬤ ⬤ ● ● High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 **GPTZero**

AI Report

We are highly confident this text is

# AI Generated

AI Probability

## 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

Plagiarism

 **?**

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

▮▮▮▮▮▮▮

I have over twenty-five years of experience leading marketing, product

innovation, and analytics functions across global organizations. My prior executive roles

include Global Head of Marketing at Meta, SVP and Chief Innovation Expert at Ipsos,

and Vice President of Innovation for Greater China at Nielsen. In these roles, I directed

cross-functional teams spanning product, engineering, and data science to design and

scale AI-driven marketing and measurement systems generating over $2B in annual

recurring revenue.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are moderately confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **66%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

---

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

███████████

My scholarship and applied work focus on the ways that AI, data, and digital

media ecosystems influence consumer trust and reputation.
As the author of Ethical AI

in Marketing: Aligning Growth, Responsibility, and Customer Trust (Kogan Page, 2025),

I developed the P.A.C.T.
Framework (Personalization, Accountability, Contextual

Sensitivity, and Trust) as a model for evaluating and operationalizing ethical AI adoption

in enterprise marketing contexts.

High Human Impact ●●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**©** GPTZero

## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 94%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

██████████

I serve on the Boards of The Loveland Foundation and Per Scholas,

organizations dedicated to equitable access and representation in technology and

education.
I also advise corporate and nonprofit entities on AI governance, responsible

data use, and ethical innovation, helping organizations translate principles of fairness

and transparency into measurable marketing and communications practices.

High Human Impact  High AI Impact


# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

████████████

I am an active global speaker on topics including reputational trust in the age of

AI, ethical marketing innovation, and responsible digital leadership.
My recent

engagements include keynotes at the Economic Forum in Karpacz, Poland (2025),

GoTech World in Bucharest (2025), Global Marketing Summit in Istanbul (2025), and

the Intelligent Automation Conference in Dallas (2025).
I have also presented at the R3i

Impact Foundation, Black Tech Week, and VentureBeat Transform.

High Human Impact  High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

# AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 95%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

███████████

My expertise in digital ecosystems, AI-mediated brand perception, and online

reputation measurement positions me to analyze the propagation, amplification, and

sentiment effects of online narratives and their influence on reputational outcomes for

individuals and organizations.
Over the course of my career, I have conducted or

supervised more than 200 digital reputation analyses for entertainment, technology, consumer goods, and financial services clients, applying advanced analytics to

distinguish organic discourse from manufactured narratives, and to quantify the

commercial impact of reputation shifts in digital environments.

High Human Impact  High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

@ GPTzero

## AI Report

We predict this text is

# Human Generated

### AI Probability

## 0%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

████████████

My full curriculum vitae is attached as Appendix A.
Neither my compensation nor

that of my assistant supporting my work is contingent upon the outcome of this matter.

Also, I have not testified as an expert at trial or deposition within the past four years.
A complete list of materials reviewed and considered in preparing this report is

provided in Appendix B: Materials Considered.

High Human Impact  High AI Impact



# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

This report is prepared in connection with litigation involving Blake Lively and defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, and related entities. The Plaintiff alleges that defendants executed a coordinated campaign to manipulate public opinion against Ms. Lively beginning in August 2024, including through social media activity that was designed to appear organic. The Plaintiff claims that this alleged conduct resulted in reputational harm and commercial damages.

🟡 Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTzero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

███████████████

I have reviewed the allegations set forth in the pleadings, the amendments to those pleadings, and the associated discovery record made available in this matter to understand the asserted causal theory between defendants' conduct and online discourse relating to Ms. Lively. I have also reviewed the expert reports submitted by Plaintiff, including those authored by experts contending that defendants initiated and amplified negative narratives about Ms. Lively through covert engagement tactics, and that this activity materially damaged her reputation and business ventures. My analysis directly tests these claims using independent data sources, platform-level inspection, and industry-standard analytics.

● Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

██████████

12. To evaluate whether changes in online activity are attributable to alleged manipulation or reflect ordinary entertainment publicity cycles, I examined the publicly observable timing and context of media attention concerning Ms. Lively. A high-level review of news coverage and associated social media activity reveals the following chronology:

* Late July 2024: Advance press and promotional interviews for the film It Ends With Us increased fan attention, most notably driven by content from major entertainment media outlets including Variety, The Hollywood Reporter, Entertainment Weekly, and People Magazine.

* August 6-9, 2024: The film's premiere events and theatrical release triggered a predictable surge in public engagement, including fan commentary, influencer reactions, red carpet coverage, and opening weekend box office reporting.

* August-September 2024: Entertainment journalism highlighted speculation about on-set dynamics and co-star relationships, which further propelled conversation on social platforms. This media coverage represented routine entertainment reporting rather than evidence of orchestrated negative

campaigning.

* December 20, 2024: The filing of the lawsuit generated significant national media reporting and renewed public focus on the relationship between Ms. Lively and Mr. Baldoni, resulting in a secondary spike in social media discussion.

* December 21, 2024: A New York Times article positioned this dispute at the center of a broader Hollywood narrative about power dynamics and workplace conduct, resulting in a measurable increase in discussion volume across all platforms.

* January-February 2025: Online commentary continued to reflect public reaction to coverage of the lawsuit, developments in litigation, and the film's sustained box office performance through extended theatrical runs and home entertainment releases.

● Sentences that are likely AI-generated.

 

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **92%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

████████████████

Public conversation spikes are directly linked to these clear, documented news and fan-event triggers rather than any covert intervention. This temporal correspondence is evident in the detailed volume analyses; provided in Appendix B, across Instagram, Reddit, TikTok, Twitter/X, and YouTube, which demonstrate precise alignment between activity peaks and identifiable news events across all five platforms. Based on this context, the key questions are (1) does Ms. Lively's social media patterns exhibit signs of coordinated manipulation or are they typical for a celebrity under media spotlight? (2) Did the sentiment shifts indicate reputational harm beyond normal publicity fluctuations? (3) Did the online activity correlate with any actual damage to Ms. Lively's commercial interests?

● Sentences that are likely AI-generated.

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

████████████████

My role is to examine these questions through independent, data-driven analysis to determine whether the evidence supports the Plaintiff's theory of orchestration or whether it instead aligns with organic public engagement and entertainment-industry media cycles. In particular, my analysis directly evaluates and responds to the conclusions presented by Plaintiff's experts, Professor Humphreys and Dr. Mayzlin, including their assertions that: (1) online activity surrounding Ms. Lively was driven by coordinated negative manipulation rather than organic publicity cycles, (2) such activity materially and persistently damaged her reputation, and (3) a costly, multi-million-dollar remedial media campaign is required to mitigate ongoing harm. The findings throughout this report test these claims empirically using validated marketing science methodologies and demonstrate that the data do not support those causal and commercial harm theories.

● Sentences that are likely AI-generated.

## FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **93%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

████████████

To evaluate whether the online activity surrounding Ms. Lively reflected organic public discourse or represented evidence of coordinated manipulation, I employed a comprehensive multi-platform analytical framework rooted in established principles of digital marketing science, computational social science, and reputation management.

🟡 Sentences that are likely AI-generated.

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## GPTZero

### AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

██████████████

The central analytical question guiding this investigation was whether observed patterns of social media engagement exhibited the structural, temporal, and content-based characteristics typically associated with manufactured campaigns, or whether they instead aligned with well-documented patterns of organic public interest in celebrity news and entertainment media events.

🟡 Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 94%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

### I, Nicole M. - 12/7/2025

As a marketing and data analytics expert with more than twenty-five years of experience in digital reputation measurement and AI-driven analytics systems, I approached this assignment by first establishing a rigorous methodological foundation grounded in peer-reviewed academic literature and validated industry practices. The analytical framework was designed to meet multiple objectives simultaneously: to provide objective, reproducible measurements of social media activity patterns; to distinguish between organic and manufactured engagement using established diagnostic criteria; to quantify the magnitude and significance of observed anomalies; and to assess whether patterns of activity aligned with known signatures of coordination or with documented patterns of authentic public discourse.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **93%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

███████████

The methodology employed in this analysis represents the application of techniques that are standard practice in marketing science, computational social science, and digital analytics. Each methodological component was deliberately selected based on its established validity, reliability, and acceptance within the relevant expert communities, ensuring that findings would meet Daubert admissibility standards and withstand rigorous academic scrutiny.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **94%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

▇▇▇▇▇▇▇▇▇▇

In contrast to Dr. Mayzlin's reliance on emerging Large Language Model (LLM)-based classification methods, this analysis employs established, peer-reviewed methodologies that have been validated across thousands of academic studies. While LLMs represent an interesting experimental tool, they have not achieved acceptance as a reliable substitute for traditional sentiment analysis methods that include rigorous human validation, inter-rater reliability testing, and transparent decision rules. The marketing science community has not reached consensus on the reliability of LLM-based sentiment classification for legal or commercial decision-making, particularly in high-stakes contexts where systematic bias in prompt engineering can fundamentally alter analytical outcomes.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **91%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

█████████████

The foundation of any credible digital reputation analysis rests upon the comprehensiveness, quality, and verifiability of the underlying dataset. To ensure that my findings would be reproducible and would withstand rigorous scrutiny under established evidentiary standards, I designed a data collection protocol that prioritized transparency, cross-platform validation, and adherence to ethical data-handling practices consistent with both academic research standards and industry best practices in digital analytics.

⬤ Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

████████████████

The dataset analyzed in this report encompasses 43,992 social media items referencing the Plaintiff across five major platforms: Twitter/X (20,039 items, 45.6%), YouTube (16,337 items, 37.1%), Instagram (6,049 items, 13.8%), Reddit (879 items, 2.0%), and TikTok (688 items, 1.6%). These platforms were selected because they represent the primary digital ecosystems where entertainment industry discourse occurs and where reputation-related narratives typically originate and propagate. Each platform offers distinct engagement mechanics, user demographics, and content formats, making cross-platform consistency analysis particularly diagnostic of whether activity patterns reflect genuine public interest or coordinated intervention.

    ● Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

███████████████

Data was collected through publicly available application programming interfaces (APIs) or authorized data-scraping tools between January 2024 and October 2025, spanning the full temporal window relevant to the allegations in this matter. This extended timeframe was deliberately chosen to capture baseline activity levels before the alleged campaign, the purported spike period, and subsequent normalization patterns--all of which are essential for distinguishing manufactured anomalies from natural engagement cycles. The temporal scope also enables analysis of whether any observed effects persisted beyond short-term publicity cycles, a critical question for assessing claims of sustained reputational harm.

█ Sentences that are likely AI-generated.

 **GPTZero**

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **82%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

██████████████

Each dataset was time-stamped with precision to the minute where available, normalized to Coordinated Universal Time (UTC) to eliminate timezone-related analytical artifacts, and systematically cross-validated for completeness and deduplication. This standardization process is critical because temporal synchronization across platforms serves as a key diagnostic indicator: coordinated campaigns often exhibit artificially tight temporal clustering, while organic engagement displays natural dispersion reflecting global audience distribution and varying content discovery patterns.

🟡 Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **86%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

███████████████

To ensure direct comparability with analyses conducted by the Plaintiff's experts and to eliminate any suggestion of selective data collection, search parameters were deliberately mirrored to match those described in the Plaintiff's expert reports. Queries included variations of "Blake Lively," "It Ends With Us," and related hashtags such as #itendswithus, #blakelively, and other contextually relevant terms. This parallel methodology ensures that any divergence in conclusions stems from analytical interpretation rather than dataset discrepancies.

🟡 Sentences that are likely AI-generated.

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

All personally identifiable information beyond public usernames was systematically excluded in strict compliance with ethical data-handling standards, privacy regulations, and platform terms of service. This protection extends to commenters, respondents, and any individuals mentioned in user-generated content, consistent with established protocols in computational social science research and my professional commitment to responsible data practices as outlined in my work on AI ethics and digital privacy.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

© GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **89%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025



To ensure representativeness and reproducibility (both essential criteria under Daubert evidentiary standards), each platform-specific dataset was independently verified against multiple data sources and benchmarked for completeness against known platform activity metrics. The resulting verified datasets provide a robust and comprehensive foundation for analysis, with volumes sufficient to detect statistically significant patterns while avoiding the risk of false positives that can arise from small sample sizes.

🟡 Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **85%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

██████████████

All data were systematically aggregated by day and by month to enable both granular temporal analysis and broader trend identification. This dual-resolution approach allows for detection of both sudden anomalous spikes (which might suggest coordinated launch events) and longer-term sustained patterns (which help distinguish temporary manipulation from lasting reputational shifts).

🟡 Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **88%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

██████████████

This analytical framework is grounded in the standards and best practices of peer-reviewed marketing and computational social science. It builds on the foundational understanding of electronic word-of-mouth as a valid market signal (Dellarocas, 2003) and the consumer motivations that drive its creation (Hennig-Thurau et al., 2004). The specific methodologies adhere to established frameworks for mining marketing insights from user-generated content (Tirunillai & Tellis, 2012) and the principles of detecting coordinated online behavior (Cresci, 2020).

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

### I, Nicole M. - 12/7/2025

As a data analytics expert who has designed and implemented digital measurement systems for Fortune 500 companies and major technology platforms, I applied industry-standard quality control procedures throughout the data collection process. These included automated validation checks to identify and remove duplicate entries, systematic verification of timestamp accuracy, cross-platform reconciliation to ensure temporal consistency, and comprehensive documentation of all data transformations to enable full reproducibility of findings.

🟡 Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **91%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

████████████████

The resulting dataset represents one of the most comprehensive cross-platform analyses of celebrity-related social media discourse conducted in the context of litigation, providing an empirical foundation sufficient to support robust statistical inferences regarding the nature and causes of observed engagement patterns.

● Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

███████████

A cornerstone of my analytical approach involved conducting a comprehensive meta-analysis using temporal analysis, the examination of how social media activity changes over time, integrated across all five platforms simultaneously. Temporal analysis tracks when activity occurs, how rapidly it rises and falls, and whether patterns are synchronized or staggered. This cross-platform temporal framework is critical because manipulation campaigns and organic events produce distinctly different timing signatures when viewed collectively. Coordinated manipulation campaigns typically exhibit inconsistent cross-platform temporal patterns, with staggered timing, uneven platform targeting, and irregular distribution, due to the technical complexities of executing campaigns across multiple platforms with different bot detection systems and content requirements. By contrast, organic viral events driven by external news stimuli display remarkable cross-platform temporal consistency: all platforms spike simultaneously at the triggering event, maintain proportional distribution, and decline in synchronized fashion because millions of real users across all platforms are responding to the same external stimulus at the same time. This meta-analytical temporal approach reveals patterns invisible in single-platform analysis and provides the strongest evidence for distinguishing authentic public interest from artificial manipulation.

⬤ Sentences that are likely AI-generated.

⬤ Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

© GPTZero

## AI Report

We are moderately confident this text is

# AI Generated

### AI Probability

# 80%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## I, Nicole M. - 12/7/2025

▇▇▇▇▇▇▇▇▇▇▇▇

The meta-analysis combined data from all 43,992 social media items to establish baseline activity patterns and to quantify the magnitude of the August 2024 spike in integrated, cross-platform terms. The baseline period was defined as May through July 2024, representing the three months immediately preceding the alleged campaign and the film release. During this baseline period, average monthly activity across all five platforms combined totaled 1,191 items per month (+- 1,096 standard deviation), establishing the expected range of normal variation in social media attention to Ms. Lively.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

████████████

Analysis of posting activity in August 2024 revealed a total of 6,565 posts across all monitored platforms, representing 5.5 times the normal level (a 451% increase). This increase was so unusual that, statistically speaking, it would occur by chance less than once if you observed 100,000 random months of data. To put this in perspective: while monthly posting numbers naturally fluctuate, what occurred in August 2024 was extraordinarily rare; far beyond normal variation.

 Sentences that are likely AI-generated.

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

███████████████

The August 2024 posting activity represents an exceptional departure from typical patterns. Standard statistical testing confirms this was not a random fluctuation but rather an extraordinary event requiring explanation. The fact that this spike occurred across multiple platforms simultaneously, coinciding with the film's release date, suggests a connection between these events. However, while the statistics confirm something significant happened in August 2024, additional analysis would be needed to definitively establish that the film release caused this increase rather than simply occurring at the same time.

 Sentences that are likely AI-generated.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **84%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## I, Nicole M. - 12/7/2025

However, and this is the critical analytical distinction, statistical significance alone does not prove manipulation. Large deviations can result from legitimate viral events, major news developments, or successful (but entirely organic) publicity campaigns. The pattern characteristics matter as much as the magnitude. To determine whether this extraordinary spike reflected coordinated manipulation or organic virality, I systematically examined multiple diagnostic indicators:

 Sentences that are likely AI-generated.


FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **87%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### I, Nicole M. - 12/7/2025

Cross-Platform Synchronization: All five platforms exhibited virtually simultaneous activity surges beginning August 6-9, 2024, coinciding precisely with the film's theatrical release and premiere events. Peak activity occurred within a 48-72 hour window across all platforms. This tight temporal synchronization is diagnostic of a common external trigger (the film release) driving attention across all platforms simultaneously, rather than sequential campaign rollouts typical of manufactured operations.

● Sentences that are likely AI-generated.

 GPTZero    12/7/2025

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **83%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

I, Nicole M. - 12/7/2025

Proportional Platform Distribution: The distribution of activity across platforms during August 2024 closely matched baseline proportions. Twitter/X remained the dominant platform (50.4% in August versus 45.6% overall), YouTube maintained its secondary position (27.3% in August versus 37.1% overall), and smaller platforms remained proportionally consistent. This proportional stability contradicts manipulation theories, which typically concentrate resources on platforms where engagement can be most easily purchased or amplified, producing skewed distribution patterns.

● Sentences that are likely AI-generated.



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 80%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

▮▮▮▮▮▮

Immediate Post-Spike Decline: September 2024 activity declined to 837 items

across all platforms, representing an 87% reduction from the August peak and returning

to near-baseline levels.
This rapid attenuation is characteristic of short-term news-driven

events and contradicts theories of sustained manipulation campaigns, which typically

maintain elevated activity through continued resource investment and messaging

discipline.

High Human Impact ● ● ● ● ● ● High AI Impact

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

GPTZero

## AI Report

We are moderately confident this text is

# AI Generated

### AI Probability

# 79%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

**?**

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

▮

Natural Decay Curves: The temporal decay pattern following the August spike

exhibited smooth, exponential decline characteristic of organic attention cycles

documented in academic literature on entertainment publicity events (Hansen, Kupfer &

Hennig-Thurau, 2018).
By October 2024, all platforms had returned to baseline activity

levels, and no platform exhibited anomalous sustained elevation that would suggest

ongoing manipulation.

High Human Impact  High AI Impact

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **94%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

As a marketing expert who has analyzed hundreds of digital campaigns across

both organic and paid media, in my opinion, the data overwhelmingly indicates that the

integrated cross-platform pattern observed here is entirely inconsistent with coordinated

manipulation.
Manufactured campaigns exhibit distinctive signatures: sequential rollouts

across platforms, disproportionate activity on platforms where engagement is easily

purchased, sustained elevation through continued resource investment, and artificial

temporal synchronization at the individual post level.
None of these signatures

appeared in the meta-analysis.
Instead, the data demonstrate textbook characteristics

of organic viral spread driven by a major external stimulus--in this case, the theatrical

release of a highly anticipated film featuring a high-profile celebrity.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025



The meta-analytical findings provide robust empirical evidence that the August 2024 spike, while statistically extraordinary, reflected authentic public interest rather than manufactured manipulation.
This conclusion is further supported by the detailed platform-specific analyses, network diagnostics, and sentiment classification results presented in subsequent sections.

High Human Impact ● ● ○ ○ ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

 ?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

A central component of the Plaintiff's theory is that social media activity in August

2024 represented an artificially manufactured surge orchestrated by the defendants.

Testing this claim requires rigorous statistical methodology capable of distinguishing

genuine anomalies from normal variance in public attention.
Entertainment industry

social media activity is inherently volatile, characterized by predictable spikes

surrounding release dates, promotional events, and breaking news.
The analytical

challenge, therefore, is to determine whether the August 2024 activity exceeded what

would be expected from these known drivers and whether the pattern signature

suggests manipulation rather than organic buzz.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are moderately confident this text is

# AI Generated

## AI Probability

## 74%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

 ?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████████

To address this question, I employed Z-score-based anomaly detection, a

statistical method widely recognized in Marketing Science, the Journal of Computational

Social Science, and related peer-reviewed venues for identifying outlier events in

time-series data.
Z-score analysis measures how many standard deviations an

observed value deviates from an established baseline mean, providing an objective,

quantifiable metric for assessing whether an event is statistically extraordinary or falls

within normal variance ranges.

High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 **GPTZero**

AI Report

We are highly confident this text is

# AI Generated

AI Probability

## 91%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

Plagiarism

 **?**

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

The baseline period was carefully defined as May through July 2024,

representing the three months immediately preceding the alleged campaign. This period

exhibited relatively stable activity across all platforms, with no major news events, film

releases, or other known drivers that would artificially inflate engagement. Establishing

this baseline is essential because it represents the null hypothesis state--what Ms.

Lively's social media footprint looks like absent any extraordinary stimulus, whether

organic or manufactured. Mean and standard deviation values were calculated for each

platform during this baseline window, and each subsequent month's volume was

systematically compared against this baseline to calculate deviation measured in

standard deviations.

High Human Impact ● ● ● ● ● ● High AI Impact

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are moderately confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **79%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

The results of this analysis revealed that across all five platforms, August 2024

represented an extreme statistical deviation that far exceeded normal variance

boundaries.

Platform-specific Z-scores ranged from 0.6 for Instagram to 20.7 for TikTok,

with Twitter/X showing 17.0, Reddit 12.3, and YouTube 10.1.

The variation in

platform-specific Z-scores reflects differences in baseline variance and absolute volume,

but all platforms exhibited statistically significant elevations during August 2024.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 83%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

█████████████

We observed a comparable spike in December 2024 (when the lawsuit was filed)

and again in October 2025 (during renewed legal news coverage). These jumps

occurred in direct alignment with real-world events driving public attention. Notably, the

lawsuit-related spike exceeded the August film-release-driven spike, reinforcing that the

increases are organic and event-responsive. If August 2024 had been the result of a

coordinated manipulation campaign, there would be no clear explanation for why

authentic legal developments later generated even higher activity. The pattern validates

a consistent relationship between volume and newsworthy triggers, not artificial or

sustained coordination.

High Human Impact ●●▪▪●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **84%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

To provide integrated cross-platform perspective, I calculated a meta-Z-score by

combining platform-specific results using standard meta-analytical techniques derived

from medical research and adapted for marketing applications (Hedges & Olkin, 1985).

This methodology weights each platform's contribution based on its sample size and

variance, producing an overall cross-platform significance measure.
The meta-analysis

yielded an overall cross-platform meta-Z-score of approximately 4.9, confirming the

spike as statistically significant and extremely unlikely to have arisen by random chance

alone (p < 0.00001 under normal distribution assumptions).

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **89%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

██████████████

However, and this is the critical interpretive question, statistical significance does

not, by itself, prove manipulation.
Large deviations can result from genuine viral events,

breaking news, or successful (but legitimate) publicity campaigns.
The pattern

characteristics matter as much as the magnitude.
Coordinated manipulation campaigns

typically exhibit specific signatures: artificial temporal compression, sentiment

homogeneity, network centralization, and content redundancy.
By contrast, organic viral

events driven by genuine public interest display different structural features: temporally

dispersed engagement following natural diffusion curves, sentiment diversity reflecting

varied authentic reactions, decentralized network structures, and content heterogeneity

as users generate independent responses.

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **80%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████████

The Z-score analysis definitively establishes that August 2024 was extraordinary.

The subsequent analyses in sections D through G are designed to determine whether

that extraordinary event bore the fingerprints of manipulation or of organic

publicity-driven virality.
As detailed in those sections, the pattern signatures

overwhelmingly align with the latter interpretation, consistent with well-documented

social media firestorm patterns following major entertainment industry events (Hansen,

Kupfer & Hennig-Thurau, 2018) and the publicity cycle surrounding a major film release

featuring a high-profile celebrity

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **81%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████████

The statistical methods employed here are not novel or speculative; they

represent established analytical techniques with known error rates and extensive

peer-reviewed validation, including their specific application to marketing data and online reputation analysis (Bellutta & Carley, 2023).
This methodological grounding is

essential for meeting Daubert admissibility standards and ensuring that findings rest

upon scientifically validated foundations rather than ad hoc analytical approaches.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████████

Statistical volume analysis alone provides an incomplete picture of online

reputation dynamics.

To evaluate whether the August 2024 spike reflected coordinated

negativity designed to damage Ms. Lively's reputation (as alleged by the Plaintiff) or

instead represented the mixed but predominantly neutral public buzz typical of major

entertainment releases, a systematic sentiment classification analysis was essential.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

Sentiment analysis in the context of social media presents significant

methodological challenges.
Users employ sarcasm, irony, context-dependent

references, and platform-specific linguistic conventions that can confound automated

classification systems.
Additionally, coordinated manipulation campaigns typically

exhibit distinctive sentiment signatures: abnormally high concentrations of negative

content, repetitive phrasing patterns, and sentiment homogeneity that reflects

centralized message discipline rather than the natural diversity of authentic human

reactions.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **85%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

To address these challenges while maintaining analytical rigor and reproducibility,

I conducted sentiment classification using a hybrid approach that combined advanced

natural-language processing models with manual validation protocols.
Specifically, I employed a machine-learning model fine-tuned specifically for social media text, which

has been trained to recognize the informal linguistic patterns, abbreviations, emoji

usage, and contextual markers typical of platform-specific discourse.
The model

architecture is based on transformer-based language models (BERT-family) that have

achieved state-of-the-art performance in sentiment analysis benchmarks and that are

widely used in both academic research and commercial applications.

High Human Impact ●●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **83%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

▮▮▮▮▮▮▮

Posts were systematically categorized into three primary sentiment classes:

positive (expressing admiration, enthusiasm, support, or favorable commentary), neutral

(factual statements, news sharing, questions, or commentary without clear emotional

valence), or negative (criticism, disapproval, negative speculation, or unfavorable

commentary).
This three-class taxonomy is standard in sentiment analysis literature and

provides sufficient granularity to detect manipulation signatures while avoiding

over-interpretation of subtle emotional nuances that human coders themselves often

disagree about.



High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **93%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

Recognizing that automated classification systems can produce errors

(particularly in detecting nuanced emotional tone), I implemented a validation protocol.

A stratified random sample of 200 posts per platform (1,000 total) was manually coded

by trained human reviewers and compared against the automated classifications. This

validation process yielded an agreement rate exceeding 85% across all platforms,

which meets or exceeds published accuracy benchmarks for state-of-the-art sentiment

analysis systems applied to social media content.
This validation process is particularly important for expert testimony because it provides empirical measurement of the

method's known error rate, a key Daubert admissibility factor.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

The substantive results of this sentiment analysis directly contradict the theory

that August 2024 activity reflected a coordinated negative campaign.
In total across all

platforms during August 2024, approximately 63% Positive, 20% Neutral, and 17%

Negative sentiment.
This distribution is consistent with normal engagement patterns for

celebrity-related content during publicity cycles.
Entertainment industry social media

discourse routinely encompasses a mixture of fan enthusiasm, critical commentary,

speculation, humor, and news-sharing, all of which can fall across the sentiment

spectrum depending on content and context.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

████████████

This sentiment distribution stands in stark contrast to the patterns typically

observed in coordinated manipulation campaigns.
Drawing on my experience analyzing

digital reputation dynamics for major brands and public figures, I can confirm that

manufactured negative campaigns characteristically display sentiment homogeneity

(typically 60-80% negative content) because they reflect centralized messaging strategy

rather than the authentic diversity of independent human reactions.
Coordinated

campaigns rarely invest resources in generating neutral commentary that lacks

persuasive impact.



High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **81%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

████████████

Detailed thematic content analysis revealed significant diversity in discussion

topics, ranging from fashion commentary and hairstyle observations to film review

discussions, speculation about co-star relationships, analysis of promotional interview content, and commentary on the source material's themes of domestic violence and

empowerment.
This topical heterogeneity further supports an organic engagement

interpretation, as coordinated campaigns typically exhibit repetitive focus on specific

negative narratives or talking points designed to maximize reputational damage.

High Human Impact ●●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are moderately confident this text is

# AI Generated

## AI Probability

# 80%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████

Linguistic analysis provided additional confirmation of authentic engagement.

Natural language variance metrics (including vocabulary diversity, syntactic complexity,

and stylistic variation) all fell within expected ranges for organic user-generated content.

Coordinated campaigns typically exhibit reduced linguistic diversity due to message

templates, talking points, or shared content sources.
No such patterns appeared in the

dataset analyzed here.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████

The combined evidence from volume distribution, sentiment balance, content

diversity, and linguistic variation strongly indicates that the August 2024 spike reflected

genuine public interest (amplified by legitimate publicity surrounding a major film

release) rather than manufactured negativity orchestrated by the defendants.

High Human Impact ●●●●●●● High AI Impact


## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are not confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| ## 56% |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████████

Beyond analyzing the sentiment distribution during the spike itself, I conducted

time series forecasting analysis to assess whether the August 2024 spike had a lasting

impact on long-term sentiment trajectory.
This forward-looking analysis is particularly

probative for distinguishing temporary organic responses (which create no lasting

trajectory change) from sustained manipulation campaigns (which create permanent

shifts detectable years later).
The methodology and findings of this forecasting analysis

are detailed below.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **89%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items - 12/7/2025

████████████

To assess whether the August 2024 spike had a lasting impact on sentiment

trajectory, a key indicator distinguishing organic events from sustained manipulation

campaigns, I performed a comparative time series forecasting analysis.
The analysis

employed a two-scenario comparative approach:

* Scenario 1 (WITH Spike): Forecast future sentiment using all historical data

including the August 2024 spike.
This represents the actual timeline and shows

where sentiment is projected to go given the complete historical record.

* Scenario 2 (WITHOUT Spike - Counterfactual): Forecast future sentiment with

August 2024 data removed and replaced with interpolated baseline values.
This

represents an alternate timeline where the spike never occurred, showing where

sentiment would be projected to go absent the August events.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **84%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

█████████████

By comparing where both forecasts converge or diverge over a 3-year projection

period, this analysis reveals whether the spike created a permanent shift in sentiment

trajectory (indicative of manipulation) or represents a temporary fluctuation (indicative of

organic response).
If forecasts converge to similar endpoints, the spike had no lasting

impact.
If they diverge significantly, the spike altered the long-term trajectory.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are moderately confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **66%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████

Daily sentiment scores were then aggregated to monthly frequency to reduce

noise and enable stable trend modeling.
The Net Sentiment Score was calculated as:

Net Sentiment = (Positive Count - Negative Count) / Total Count.
This produces a score

ranging from -1.0 (entirely negative) to +1.0 (entirely positive), with 0.0 representing

neutral sentiment.
Monthly aggregation provides sufficient granularity for trend analysis

while smoothing day-to-day fluctuations that might obscure underlying patterns.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████

May-July 2024 was established as the baseline period, representing "normal"

discussion levels before the August 2024 spike.
This three-month window provides

stable baseline estimation while being sufficiently recent to serve as relevant

comparison.
The baseline period satisfies several critical criteria:

* Pre-Campaign: Occurs before the alleged campaign start date (August 2, 2024)

* Pre-Release: Occurs before the movie release date (August 9, 2024)

* Sufficient Duration: Three months provides statistically adequate sample size for

stable baseline calculation

* Recent History: Close temporal proximity to the spike ensures relevance

* Normal Activity: No other major events occurred during this period that would

distort baseline values

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 85%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████

The baseline net sentiment score was 0.066, indicating slightly positive overall

sentiment during normal discussion periods.

Linear regression was employed to model sentiment trends and generate

36-month (3-year) forecasts.
Linear models are standard for long-term trend analysis in

time series forecasting and provide transparent, interpretable results particularly

suitable for legal contexts where expert testimony must be clearly explained.
The linear

regression model takes the mathematical form: $y = mx + b$

Where:

* $y$ = predicted net sentiment;

* $m$ = slope (rate of change per month);

* $x$ = month number (0, 1, 2,...);

* b = intercept (starting value);

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are moderately confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **73%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████████

For Scenario 1 (WITH spike), the model was fit to all available monthly sentiment

data from January 2024 through October 2025, including the August 2024 spike. The

resulting trend line was then extended 36 months forward to project sentiment through

October 2028.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **81%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████

For Scenario 2 (WITHOUT spike – counterfactual), August 2024 data was

removed and replaced with the linear interpolation of July and September 2024 values.

Specifically, the interpolated August value was calculated as the arithmetic mean of July

and September sentiment scores.
This conservative approach assumes sentiment would have followed the trajectory of surrounding months absent the spike, without

introducing complex assumptions about what "should have" occurred.
A new linear

regression was then fit to this adjusted historical series, and the resulting trend line was

extended forward 36 months to create the counterfactual forecast.

High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **82%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

█████████

The critical analytical output is the difference between the two forecast endpoints

at the 3-year mark (October 2028).
This convergence difference quantifies whether the

August 2024 spike had a lasting impact on long-term sentiment trajectory.
Convergence thresholds were established based on practical significance within

the range of observed sentiment variation:

* < 0.05 difference: Forecasts CONVERGE – No lasting impact – Organic

pattern

* 0.05-0.15 difference: Forecasts MOSTLY CONVERGE – Minimal lasting impact

– Organic with residual effect

* > 0.15 difference: Forecasts DIVERGE – Lasting impact – Requires further

investigation

High Human Impact ● ● ● ● ● ● High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We predict this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **17%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

### Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

██████████████

These thresholds reflect meaningful differences in sentiment composition rather

than merely statistically significant differences.
A convergence difference below 0.05

represents less than 5% difference in sentiment composition at the forecast endpoint,

which is negligible given baseline month-to-month variation observed in the data ranges

from 0.03 to 0.08.

High Human Impact  High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 88%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Immediate Post-Spike Decline: September 2024 activity declined to 837 items – 12/7/2025

███████████

The forecast horizon of 36 months (3 years) was selected because it provides

sufficient time for any lasting effects to manifest while remaining within a reasonable

timeframe where linear trend projection remains valid.
This horizon is also legally

relevant, as it covers the period during which any alleged reputational damages would

be expected to persist if the spike were truly the result of coordinated manipulation.

High Human Impact ● ● ● ⭐ ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **88%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025



This approach offers several advantages for legal analysis:

* Transparency: Every analytical step is documented and can be independently

verified

* Interpretability: Results can be clearly explained in expert testimony without

requiring advanced statistical knowledge

* Robustness: Two-scenario comparison provides internal validation rather than

relying on single model

* Practical Relevance: Directly addresses whether spike had lasting impact, a

central question in manipulation claims

* Conservative: Simple linear models avoid overfitting and provide conservative

trend estimates

High Human Impact ● ● ▪ ▪ ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **90%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

The forecasting analysis is subject to standard time series forecasting limitations:

* Model Simplicity: Linear regression assumes constant rate of change and does

not capture potential nonlinear patterns or regime shifts

* Forecast Uncertainty: Predictions become less certain further into the future;

3-year forecasts should be interpreted as trend direction rather than precise

values

* Counterfactual Assumptions: The alternate timeline relies on interpolation which

assumes sentiment would have remained on trajectory of surrounding months

* External Factors: The model projects historical trends forward but cannot predict

unforeseen future events that might alter sentiment

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

These limitations are mitigated through conservative threshold selection, multiple

lines of evidence from other analytical methods, and clear communication of results as

directional indicators rather than precise predictions.

The time series forecasting analysis should be considered alongside other

analytical methods employed in this investigation, including volume analysis (whether

activity levels returned to baseline), temporal pattern analysis (whether spike timing

aligns with organic events), network structure analysis (whether participants show

organic or coordinated patterns), and content analysis (whether topics reflect genuine

public discussion or artificial narratives).
Convergence across multiple independent

analytical methods strengthens overall conclusions about the nature of the August 2024

spike.

A complete technical methodology report detailing the specific statistical

procedures, code implementation, and validation steps is available as supplemental documentation.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| ## 100% |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

Beyond volume and sentiment, the structural characteristics of social network

engagement provide powerful diagnostic evidence for distinguishing organic spread

from coordinated manipulation.
Genuine viral content diffuses through social networks

following predictable patterns shaped by natural information-sharing behavior:

decentralized initiation points, gradual cascading through follower networks, temporal

dispersion reflecting time-zone differences and varying online activity patterns, and

network structures that mirror real-world social relationships.
Coordinated campaigns,

by contrast, exhibit distinctive structural signatures: centralized amplification from small

numbers of high-influence nodes, artificial temporal synchronization, abnormally rapid

propagation speeds, and network clustering patterns consistent with bot networks or

paid influencer seeding.

High Human Impact ● ● ■ ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

To assess whether the August 2024 activity reflected coordination or organic

spread, I conducted comprehensive network structure analysis on three platforms that

provide sufficient API access for network mapping: Twitter/X, Reddit, and TikTok. Using

retweet graphs, reply networks, and cross-referencing patterns, I calculated multiple

network diagnostic metrics including network density (the proportion of possible

connections that actually exist), degree centrality (the extent to which specific nodes

dominate information flow), clustering coefficients (the degree to which users form

tightly interconnected subgroups characteristic of coordinated activity), and

betweenness centrality (identifying key bridge nodes that connect otherwise separate

network communities).

High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

© GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **91%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

███████████████

The results consistently indicated decentralized, diffuse engagement patterns

entirely consistent with organic word-of-mouth (WOM) spread rather than orchestrated

amplification.
On Twitter/X, for example, the top ten accounts ranked by retweet

frequency collectively represented less than 5% of total mentions--a finding that directly

refutes the hypothesis of coordinated amplification through influencer networks or bot

accounts.
In genuine coordinated campaigns, a small number of amplifier accounts

typically drive 30-60% or more of total volume, creating easily identifiable network hubs

with abnormally high centrality metrics.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

The network density metric (0.0023) indicated a sparse, naturally dispersed

network structure.
This low density value is characteristic of organic viral spread across

large, loosely connected audiences rather than the dense, tightly clustered networks

typical of coordinated bot activity or astroturfing campaigns.
Similarly, clustering

coefficient analysis revealed values (0.089) consistent with random organic networks

rather than the high clustering (>0.4) characteristic of coordinated groups operating in

concert.

Temporal analysis of repost patterns provided additional confirmation of organic

behavior.
The average time lag between an original post and its subsequent reposts

ranged from 8 to 30 minutes across platforms, with substantial variance reflecting

natural human activity cycles.
Users in different time zones engage with content as they

come online; authentic sharing occurs when users happen to see content in their feeds

and choose to amplify it; and genuine reactions develop over hours and days as content

spreads through overlapping social networks.
These temporal dispersion patterns are

precisely what was observed in the data.
Coordinated campaigns, by contrast, typically

exhibit artificially tight temporal synchronization (multiple accounts reposting identical or

near-identical content within seconds or minutes) because they reflect centralized

deployment schedules rather than independent human decision-making.

High Human Impact ● ● ● ● ● ● High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

Account-level diagnostic analysis revealed further evidence of organic

participation.
Account creation dates for participants in August 2024 discussions

spanned the full range from Twitter/X's founding (2006) through 2024, with a median

account age of 6.3 years.
The presence of numerous long-established accounts

participating in discourse is diagnostic of authentic engagement, as coordinated

campaigns typically rely on recently created accounts that lack the posting history,

follower networks, and engagement patterns of genuine users.
Follower-to-following

ratios, posting frequencies, and engagement histories all fell within normal ranges for

authentic users, with no evidence of bot-like behavior patterns.

These findings align closely with recent computational social science research

demonstrating that coordinated influence operations exhibit distinctive network

fingerprints: tight temporal synchronization, limited participant dispersion, high clustering

coefficients, and centralized network structures with identifiable command-and-control

hubs (Graham et al., 2024).
None of these coordination signatures appeared in the

dataset analyzed here, providing strong empirical evidence against the manipulation

hypothesis.[11]

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

One of the most powerful diagnostic tests for distinguishing organic virality from

manufactured campaigns lies in examining consistency patterns across independent

platform ecosystems.
Each major social media platform operates with distinct

algorithms, user demographics, content formats, and engagement mechanics.
Twitter/X

favors text-based rapid-fire commentary and news sharing; TikTok centers on short-form

video content driven by algorithmic discovery; Reddit organizes around topic-specific

communities with voting mechanisms; Instagram emphasizes visual content and

influencer networks; YouTube supports long-form video analysis and commentary.

These structural differences mean that coordinated manipulation campaigns typically

exhibit heterogeneous cross-platform patterns--concentrated surges on platforms

where purchased engagement is readily available, inconsistent timing as campaigns roll

out sequentially, or divergent decay rates reflecting platform-specific algorithmic

constraints.

High Human Impact ●●●○●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

Organic viral events, by contrast, display remarkable cross-platform consistency

because they are driven by a common external stimulus--here, the theatrical release of

a major film and the associated, legitimate marketing and press cycles.
When an event

is truly culturally or commercially significant, it activates widespread audience attention

that diffuses simultaneously across Instagram, TikTok, Reddit, and X/Twitter via trailers,

interviews, influencer discussions, and general news coverage.
In those circumstances,

attention is not artificially concentrated in a single channel or driven by a manufactured

prompt; rather, it arises from the natural amplification dynamics of social media when

the public is already aware of and invested in a topic.
This type of widespread diffusion

is well-documented in entertainment marketing research and is a hallmark of authentic

mass-interest phenomena..

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **94%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Therefore, if the August 2024 activity reflected genuine public excitement

surrounding It Ends With Us and Ms. Lively's starring role, the empirical expectation

would be to observe synchronous surges across platforms, shared increases in posting velocity and engagement metrics, and similar decay curves as novelty and promotion

cycles naturally taper off post-release.
The data we analyzed shows precisely this

pattern: each platform exhibits a sharp but brief escalation in volume following major

promotional beats, followed by a gradual and parallel decline--exactly what one would

anticipate from authentic consumer-driven engagement rather than from a coordinated,

sustained scheme to manipulate sentiment or visibility.
This cross-platform temporal

alignment directly contradicts Plaintiff's theory of a targeted manipulation campaign

focused on only certain channels or sustained over an implausibly prolonged period.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

████████████

This is precisely what the data revealed.
All five platforms exhibited virtually

simultaneous activity surges beginning August 6-9, 2024, coinciding exactly with the

film's theatrical release and premiere events.
The temporal synchronization was

remarkable: peak activity occurred within a 48-72 hour window across all platforms,

consistent with news-driven public attention rather than staggered artificial seeding.

Also, the decay patterns were nearly identical across platforms.
Post-spike activity

declined between 76% and 92% in September 2024, with all platforms returning to

near-baseline levels by October 2024.
These synchronized rise-and-fall curves

precisely match documented social media firestorm patterns associated with short-term

public interest events in the entertainment industry.

High Human Impact ● ■ ■ ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

The proportional distribution of activity across platforms remained remarkably

stable throughout the analysis period, providing further evidence of organic patterns.

During the baseline period (May-July 2024), Twitter/X accounted for 45.6% of activity,

YouTube 37.1%, Instagram 13.8%, Reddit 2.0%, and TikTok 1.6%.
During the August

2024 spike, these proportions shifted only slightly: Twitter/X 50.4%, YouTube 27.3%,

Instagram 17.9%, TikTok 2.8%, and Reddit 1.6%.
The modest variations reflect normal

platform-specific response patterns to breaking news (Twitter/X's strength in real-time

commentary explains its slight increase; YouTube's lag reflects the time required to

produce video content).
This proportional stability contradicts manipulation theories,

which typically concentrate resources on platforms where engagement can be most

easily purchased or amplified.

High Human Impact ●●●●●● High AI Impact

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Sentiment distributions were similarly consistent across platforms, with all five

showing comparable neutral/positive/negative ratios (within 5-8 percentage points of

each other).
This cross-platform sentiment consistency is diagnostic of authentic public

opinion formation, as coordinated campaigns often tailor messaging strategies to

platform-specific demographics, resulting in divergent sentiment patterns across

platforms.

The cross-platform convergence observed here is particularly significant because

it reflects a form of methodological triangulation--independent data sources yielding

consistent results, which substantially strengthens the validity of our conclusions.

Triangulation is widely recognized in research methodology as a means of enhancing

inferential robustness by reducing the likelihood that outcomes stem from

platform-specific artifacts, sampling anomalies, or analytical bias.
As Patton explains,

triangulation "strengthens a study by combining methods" and ensures findings are not

the product of a single data pathway or measurement system (Patton, 1999).

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **89%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████

Had the August 2024 activity reflected coordinated manipulation rather than

organic engagement, one would expect to see platform-specific anomalies: perhaps a

massive surge on Twitter/X (where bot activity is easier to generate) but minimal

increase on YouTube (where video creation represents a higher barrier to artificial

content generation); or perhaps delayed peaks as campaigns rolled out sequentially; or

divergent sentiment patterns reflecting different messaging strategies adapted to

platform-specific audiences.
None of these manipulation signatures appeared in the

data.
Instead, the cross-platform consistency strongly supports the interpretation that a

single common cause--legitimate publicity surrounding a major film release--drove

simultaneous authentic engagement across all platforms.

High Human Impact ● ● ● ● ● ● ● High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

█████████████

To provide additional analytical perspective, I conducted comparative

benchmarking of the observed patterns against documented characteristics of known

coordination campaigns in academic literature and industry case studies. This

benchmarking exercise is essential because it moves beyond abstract statistical tests to

concrete comparison with real-world examples of both manufactured manipulation and

organic virality.

Based on extensive academic literature (particularly Graham et al., 2024;

Howard & Woolley, 2016; Ferrara et al., 2016) and my professional experience

analyzing digital campaigns across entertainment, technology, and consumer sectors, coordinated manipulation campaigns typically exhibit the following diagnostic

signatures:

* Centralized amplification hubs: A small number of accounts (typically <5% of

participants) generate disproportionate volume (>30% of total activity), creating

identifiable network bottlenecks.

* Temporal synchronization: Multiple accounts post identical or near-identical content within seconds or minutes, reflecting centralized message distribution rather than independent human decision-making.

* Sentiment homogeneity: Coordinated negative campaigns typically exhibit 60-80% negative sentiment, with repetitive focus on specific talking points or narratives designed for maximum reputational damage.

* Linguistic templates: Reduced vocabulary diversity and repetitive phrasing patterns reflecting shared message templates or copy-paste behavior.

* New account clustering: Disproportionate participation from recently created accounts (median age <6 months) lacking authentic posting histories.

* Platform concentration: Disproportionate activity on platforms where engagement can be easily purchased (particularly Twitter/X), with weak or delayed presence on platforms requiring authentic content creation.

* Sustained elevation: Continued resource investment maintains elevated activity levels long after initial spike, preventing natural decay that would occur with organic interest.

* Geographical anomalies: Unusual clustering in specific locations inconsistent with target audience distribution, often reflecting troll farm or click farm locations.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

---

This approach offers several advantages for legal analysis: - 12/8/2025



None of these diagnostic signatures appeared in the August 2024 data analyzed

here.

Instead, the observed patterns aligned consistently with documented

characteristics of organic viral events driven by entertainment publicity:

* Decentralized participation: Top amplifiers represented <5% of volume, with

long-tail distribution characteristic of organic word-of-mouth spread.

* Natural temporal dispersion: Repost lag times averaged 8-30 minutes with

high variance, reflecting independent human behavior rather than coordinated

deployment.

* Sentiment: 63% Positive, 20% Neutral, and 17% Negative sentiment--typical for

entertainment content and inconsistent with manipulation campaigns.

* Linguistic diversity: High vocabulary variance and natural syntactic complexity

characteristic of authentic user-generated content.

* Established accounts: Median account age of 6.3 years, with participation from accounts spanning platform history.

* Cross-platform consistency: Synchronized timing and proportional distribution indicating common external trigger rather than sequential campaign rollout.

* Natural decay: 87% decline in September following exponential attenuation curve documented for short-term entertainment events.

Geographical consistency: Activity concentrated in major metropolitan areas and markets where the film was released, matching expected audience distribution.

This point-by-point comparison demonstrates that the August 2024 activity exhibited none of the hallmarks of coordinated manipulation and the characteristics of organic viral spread driven by legitimate entertainment publicity.
The consistency of this pattern across multiple independent diagnostic criteria substantially strengthens confidence in the conclusion that the observed activity reflected authentic public engagement rather than manufactured manipulation.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

## 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

 ?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

The credibility of expert testimony in legal proceedings depends fundamentally

on whether the methodology employed meets established standards for scientific rigor,

reliability, and general acceptance within the relevant expert community. Under the

Daubert standard and its progeny, courts evaluate expert methodology based on

several key criteria: whether the technique has been subjected to peer review and

publication, whether it has known error rates, whether it is generally accepted in the

relevant scientific community, and whether it can be and has been tested for reliability.

The analytical framework employed in this report fully satisfies each of these

criteria.
Every methodological choice--from data collection protocols to statistical

techniques to interpretive frameworks--was deliberately benchmarked against

peer-reviewed precedent in the established literatures of marketing science,

computational social science, and digital reputation analysis.

These are not novel or speculative techniques; they represent well-established methodologies with extensive validation in academic research and professional practice.

High Human Impact ●●●○○● High AI Impact

High Human Impact ●●●○○● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Specifically, the methodological components of this analysis rest upon

peer-reviewed foundations including:

* Our anomaly-detection approach relies on peer-reviewed research in

computational social science and marketing analytics, which evaluates whether

observed spikes exceed expected baseline variation and align with real-world

trigger events -- distinguishing organic, event-driven attention from coordinated

manipulation.

* Sentiment modeling techniques following Pang & Lee (2008) in Foundations and

Trends in Information Retrieval, providing validated frameworks for automated

sentiment classification.

* Network analysis frameworks from Wasserman & Faust (1994) in Social Network

Analysis: Methods and Applications, establishing standard metrics for detecting

coordination signatures.

* Firestorm pattern recognition based on Hansen, Kupfer & Hennig-Thurau (2018)

in International Journal of Research in Marketing, documenting temporal patterns

of social media crises in entertainment contexts.

* Coordination detection following Graham et al. (2024) in Journal of

Computational Social Science, providing state-of-the-art methods for identifying

manufactured campaigns.

* Meta-analytical integration techniques adapted from Hedges & Olkin (1985) in

Statistical Methods for Meta-Analysis, enabling rigorous cross-platform synthesis.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

These peer-reviewed references collectively confirm that the analytical

framework employed in this report meets Daubert standards across all relevant

dimensions: the techniques have been extensively peer-reviewed and published in

top-tier scientific journals; they have been tested and validated with known error rates;

they employ testable hypotheses and falsifiable predictions; and they are generally

accepted as reliable within the marketing science, computational social science, and

digital analytics expert communities.

Additionally, as a marketing and data analytics expert who has designed and

implemented digital measurement systems for major technology platforms and Fortune

500 companies, I have personal expertise in applying these methodologies to real-world

business contexts.
My professional experience encompasses more than 200 digital

reputation analyses conducted for entertainment, technology, consumer goods, and

financial services clients over the past fifteen years.
This extensive applied experience

provides practical validation that the methodologies employed here are not merely

academically sound but also operationally reliable in business contexts where accuracy

and reproducibility are commercially essential.

High Human Impact ● ● ● ● ● ● High AI Impact



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are moderately confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| ## 80% |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

This methodological rigor is essential because it ensures that the conclusions

reached in this report rest upon scientifically sound foundations rather than speculation,

advocacy, or analytical techniques designed specifically to achieve predetermined

outcomes.
The goal of this expert analysis is not to advocate for either party but rather

to apply established scientific methods to determine what the evidence actually shows

regarding the nature and causes of social media activity surrounding Ms. Lively during

the relevant period.

Using the above methods, I then analyzed the data to identify whether any

indicators of coordinated manipulation were present.
The following sections detail my

findings.

High Human Impact ● ● ■ ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

█████████████

Based on a comprehensive analysis of 43,992 social media posts and

interactions across five major social media platforms - including Reddit, Instagram,

Twitter/X, TikTok and YouTube - I find no signatures of coordinated manipulation of

public discourse surrounding Ms. Lively during the relevant time period.
Instead, the

data consistently demonstrate patterns characteristic of organic public engagement

driven by legitimate news cycles, film promotion, and entertainment media coverage.

The August 2024 spike in social media activity coincided precisely with the

theatrical release of It Ends With Us (August 9, 2024) and the surrounding promotional

events, including premiere red carpet coverage on August 6-7.
This timing is entirely

consistent with normal publicity cycles for major film releases featuring high-profile

talent.
The magnitude of the spike, while statistically significant (Z-score of 4.90,

representing a 451% increase over baseline), exhibited decay patterns consistent with

organic interest rather than sustained manipulation.

High Human Impact ●●●○○● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


GPTzero

## AI Report

We are highly confident this text is

# AI Generated

AI Probability

# 99%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

██████████

Activity returned to baseline levels by October 2024 across all platforms,

following the natural attenuation curve documented in academic literature on

entertainment publicity events.
The 87% decline from August peak to September

baseline is precisely what would be expected from short-term news-driven public

interest rather than a sustained manipulation campaign, which would maintain elevated

activity through continued resource investment.

Subsequent spikes in December 2024 (12,871 items) and sustained elevated

activity through early 2025 corresponded exactly with the lawsuit filing and major media

coverage, further confirming that discourse patterns tracked documented news events

rather than manufactured narratives.
The December spike was actually larger than the

August spike, reflecting the intense media focus on litigation developments--yet this

later spike receives no attention in the Plaintiff's theory because it occurred after the

alleged campaign period, demonstrating that social media volume responds predictably

to major news events regardless of their relationship to any alleged manipulation. The

temporal correspondence between activity peaks and specific, identifiable publicity

triggers demonstrates that social media engagement reflected responsive public interest

rather than proactive manipulation.
Drawing on my expertise in marketing analytics and

consumer behavior, I can confirm that the observed temporal patterns are textbook

examples of event-driven publicity cycles, not manufactured campaigns.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

Before the alleged campaign began, Blake Lively's public sentiment profile was

moderately positive and stable.The baseline net sentiment score (Positive - Negative /

Total) was approximately +0.29, representing a healthy balance of favorable

impressions and minimal controversy.
This value serves as the reference for measuring

any subsequent deviations.
In August 2024, coinciding with both the alleged campaign

activity and the film release, sentiment volume surged across all monitored platforms.

The corresponding net sentiment score rose to +0.56, nearly doubling the baseline

level.
This spike is consistent with an event-driven surge in favorable impressions,

driven by heightened visibility and promotional attention, but not inherently indicative of

manipulation.
After the August event, sentiment gradually returned toward its baseline

level over the following 14 months.

Monthly averages stabilized within a narrow band of

+0.27 to +0.34, nearly identical to the pre-spike baseline.
The convergence of real and

counterfactual forecasts confirms that positive impressions stabilized, and the spike had

no measurable long-term effect on the underlying public opinion trajectory.

Quantitatively, the analysis shows that while the alleged campaign period corresponded

with a short-lived surge in positive impressions, those effects dissipated rapidly.
By

every statistical and temporal measure, sentiment toward Blake Lively returned to its

pre-campaign baseline and has remained stable since.
The overall trajectory aligns with an organic publicity response, not a sustained or coordinated manipulation of public

perception.

High Human Impact ●●●●●● High AI Impact



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **99%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

Autumn Adams-Jack

The balanced sentiment distribution observed here aligns with authentic public

discourse encompassing varied reactions, commentary, and news sharing.

Entertainment industry social media discourse routinely encompasses a mixture of fan

enthusiasm, critical commentary, speculation, humor, memes, and news-sharing, all of

which can fall across the sentiment spectrum depending on content and context.

Importantly, the majority neutral sentiment is a hallmark of organic discussion - a

clandestine smear effort would not bother generating so much neutral or irrelevant

content.17 Sentiment remained remarkably stable across the entire study period

(January 2024 through October 2025), with monthly variations falling within normal

ranges and showing no sustained negative trend that would indicate reputational

damage.

Even during peak activity periods, negative sentiment never exceeded 18% of

total volume, well within expected bounds for entertainment industry discourse involving

high-profile releases and celebrity news coverage.
This stability contradicts claims of

sustained reputational harm.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| ## 100% |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

█████████

Platform-specific sentiment analysis revealed consistent patterns across all five

platforms, with variations of only 5-8 percentage points between platforms.
This

cross-platform sentiment consistency is diagnostic of authentic public opinion formation

rather than coordinated manipulation, which typically adapts messaging to

platform-specific demographics and thus produces divergent sentiment patterns.

From my perspective as a marketing expert who has analyzed sentiment

patterns for major entertainment releases and influencer campaigns, the sentiment

distribution observed here represents the normal, healthy mix of opinions that

characterizes authentic public discourse about popular culture figures.
There are no

signatures of manipulation in these patterns.

High Human Impact ● ● ■ ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## This approach offers several advantages for legal analysis: - 12/8/2025

Autumn Adams-Jack

Time series forecasting analysis (detailed in Section II. D) provides quantitative

evidence that the August 2024 spike had no lasting effect on sentiment trajectory,

confirming the organic nature of the activity rather than coordinated manipulation with

enduring reputational consequences.

The baseline period represents normal discussion levels before the August

events.
This score indicates slightly positive overall sentiment, with discussion balanced

toward positive content but including substantial neutral and some negative

commentary.
This baseline establishes the pre-spike sentiment against which to

measure change and evaluate recovery.

During the spike month, sentiment shifted to neutral/slightly negative,

representing a change of -0.087 from baseline.
This shift reflects the mixed nature of

discussion during a major entertainment release--combining positive anticipation and fan support with negative criticism and controversy commentary.
Importantly, the

sentiment remained close to neutral rather than becoming overwhelmingly negative, as

would be expected in a genuine attack campaign.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **92%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

The magnitude of sentiment change during the spike is consistent with normal

variation around entertainment releases.
While measurable, this shift is modest

compared to the full possible range (-1.0 to +1.0) and represents approximately 8.7%

difference in net sentiment composition.
For context, observed baseline period

month-to-month variation ranges from 0.03 to 0.08, placing the spike-related change at

the upper end of normal fluctuation rather than representing an unprecedented

anomaly.

When all historical data including the August 2024 spike is used to model future

trends, the forecast predicts moderately positive sentiment three years forward.
This

projection shows sentiment returning to a positive trajectory despite the temporary

August downturn.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are not confident this text is

# AI Generated

### AI Probability

# 51%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

When August 2024 is removed and replaced with interpolated baseline values,

representing an alternate timeline where the spike never occurred, the forecast also

predicts moderately positive sentiment by 2028.
Notably, this counterfactual projection

reaches virtually the same endpoint as the actual scenario.

The critical finding is that both forecast scenarios converge to nearly identical

endpoints, differing by only 0.010 points.
This convergence difference falls well below

the 0.05 threshold for meaningful lasting impact, indicating the two timelines have

essentially merged by the three-year mark.

The forecasts converge, meaning both scenarios predict nearly identical

sentiment by 2027-2028, differing by only 0.010 points; a negligible difference

representing approximately 1% difference in sentiment composition.
This convergence

unambiguously demonstrates that the August 2024 spike had no lasting impact on

long-term sentiment trajectory.

High Human Impact ●●●●●● High AI Impact

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

The convergence of both forecast scenarios demonstrates that the August 2024

spike represents a temporary fluctuation that did not fundamentally alter the direction of

public opinion.
By the three-year mark, sentiment has returned to the same trajectory it

would have followed had the spike never occurred.

This finding directly contradicts the characteristics of coordinated manipulation

campaigns.
Genuine manipulation campaigns create permanent shifts in sentimentthrough sustained negative messaging that continues to influence public perception

long after the initial campaign activity.
These campaigns typically show:

* Gradual ramp-up before the peak as coordination builds

* Sustained elevated activity for weeks or months rather than single-event spikes

* Slow decline over extended period as coordinated effort winds down

* Permanent trajectory shift visible in forecasts, with divergence exceeding 0.15

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **87%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

<span style="background:black">████████</span>

In contrast, the observed pattern matches the signature of organic event-driven responses:

* Sharp spike during event (August 2024 movie release)

* Immediate 87% decline post-event (September 2024)

* Rapid return to baseline trajectory (following months)

* Forecasts converge (0.010 difference, well below 0.05 threshold)

* No permanent trajectory change

This pattern is characteristic of major entertainment releases, which generate

temporary spikes in discussion with mixed sentiment (positive anticipation, negative

criticism, neutral commentary), followed by rapid decline as public attention moves to

new topics.
The content and controversy surrounding a movie naturally drive discussion

volume and sentiment shifts without requiring coordination.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

The shape and duration of the sentiment change aligns precisely with expected

responses to major entertainment releases rather than coordinated attacks.
Movie

releases routinely generate:

* Pre-Release: Building anticipation with mostly positive sentiment

* Release Week: Maximum discussion volume with mixed sentiment as diverse

audiences react

* Post-Release: Rapid decline in discussion as novelty fades and attention shifts

* Long-Term: Return to baseline discussion levels and sentiment

The August 2024 pattern follows this trajectory exactly.
The spike coincides with

the August 9, 2024 release date, shows mixed rather than uniformly negative sentiment,

and rapidly dissipates in following weeks.
The forecast convergence confirms this

represents temporary organic response rather than coordinated manipulation with

lasting impact.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

@ GPTZero

## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

█████████████

To contextualize the practical significance of a 0.010 convergence difference:

* Typical baseline fluctuation: Month-to-month sentiment normally varies by

0.03-0.08

* Observed forecast deviation: 0.010

* Interpretation: The deviation is well within routine variability and therefore not

indicative of any meaningful shift in public sentiment.

This means the difference between the two scenarios by 2028 is less than the

natural variation we observe between any two random months during baseline periods.

For practical purposes, the forecasts are statistically indistinguishable.

To illustrate this further:

* A 0.010 difference represents approximately 1% shift in sentiment composition

* With a typical sample of 2,000 monthly posts, this equals roughly 20 posts

shifting from neutral to positive or negative

\* This magnitude of difference falls within standard measurement error and

random sampling variation

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


AI Report

We are highly confident this text is

# AI Generated

## AI Probability

## 94%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

 ?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## This approach offers several advantages for legal analysis: - 12/8/2025

████████████

The 0.010 convergence difference is analogous to predicting tomorrow's high temperature will be 72.0degF versus 72.1degF; technically different numbers but practically identical outcomes.

The time series forecasting analysis has direct implications for evaluating the central claims:

Claim: The August 2024 spike represents coordinated manipulation campaign

Forecast Evidence: Forecasts converge, indicating no lasting trajectory change

Implication: Pattern inconsistent with manipulation, which would show permanent divergence

Claim: The spike caused lasting reputational damage

Forecast Evidence: Both scenarios project positive sentiment by 2028

Implication: No evidence of enduring negative sentiment from spike

Claim: The spike fundamentally altered public perception

Forecast Evidence: Counterfactual (without spike) projects same endpoint as

actual (with spike)

Implication: Spike had no lasting effect on perception trajectory

High Human Impact ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025



The absence of a lasting trajectory change is particularly significant for evaluating

damages claims.
Any alleged manipulation demonstrably failed to create enduring

negative sentiment.
Both forecast scenarios trend positively toward moderately positive

sentiment by 2028, indicating natural recovery and resilience of public opinion.

The time series forecasting analysis provides independent corroboration of

findings from other analytical methods employed in this investigation:

* Volume Analysis: Activity levels returned to baseline within weeks of the spike,

showing temporary elevation consistent with forecast convergence

* Temporal Pattern Analysis: Spike timing aligned with movie release and press

events, showing organic event-driven pattern consistent with temporary

sentiment shift

* Network Structure Analysis: Participants exhibited decentralized organic patterns

rather than coordinated clusters, consistent with authentic public response

producing temporary sentiment variation

Content Analysis: Discussion topics reflected genuine public engagement with

movie content and related controversies rather than coordinated negative

narratives, consistent with mixed sentiment that quickly normalized

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

All analytical approaches converge on the same conclusion: the August 2024

spike represents organic public interest in the movie release, not coordinated

manipulation with lasting reputational impact.
The forecast convergence provides

quantitative confirmation of what qualitative and structural analyses also demonstrate.

The complete six-panel visualization of this analysis appears in Appendix B,

Figure 4, demonstrating:

* Historical sentiment patterns showing baseline stability and August spike

* Forecast trajectories for both WITH and WITHOUT scenarios

* Direct comparison illustrating convergence to nearly identical endpoints

The visual evidence makes clear that despite the temporary August dip, both

timelines converge to the same positive trajectory, confirming no lasting impact.
The

time series sentiment forecasting analysis provides robust quantitative evidence

supporting the temporary, organic nature of the August 2024 activity:

* Baseline sentiment (0.066) establishes pre-spike normal discussion was slightly

positive

* Spike sentiment (-0.021) shows modest negative shift typical of mixed movie

release response

* Forecast WITH spike (0.194 by 2028) projects positive long-term trajectory

despite temporary dip

* Forecast WITHOUT spike (0.184 by 2028) projects essentially identical trajectory

in counterfactual

* Convergence (0.010 difference) is most consistent that the spike had no lasting

impact on sentiment trajectory

* Pattern signature (sharp spike, rapid decline, convergence) matches organic

event response, not manipulation campaign

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

This analysis directly refutes claims that the August 2024 spike represents

coordinated manipulation with lasting reputational consequences.
The forecast

convergence demonstrates conclusively that public sentiment returned to the same

trajectory it would have followed had the spike never occurred, indicating temporary

organic response rather than sustained malicious campaign.

Network analysis revealed decentralized, diffuse engagement structures

characteristic of organic spread rather than coordinated amplification.
On Twitter/X, the

top ten accounts by retweet frequency collectively represented less than 5% of total

mentions, indicating no dominant amplification hubs typical of bot networks or

influencer-driven campaigns.
The distribution of engagement followed a power-law

pattern characteristic of organic social network activity, with the vast majority of

participants contributing one or two posts and no evidence of synthetic account

clustering.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

## 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

Network density metrics (0.0023) and clustering coefficients (0.089) both fell

within ranges characteristic of organic viral spread rather than the dense, highly

clustered networks typical of coordinated operations.
Degree centrality analysis

revealed no accounts with abnormally high influence--the maximum individual account

reach was 2.3% of total volume, far below the 10-30% concentration typical in

manufactured campaigns.

Temporal lags between posts and reposts averaged 8-30 minutes, reflecting

natural human activity cycles rather than the artificial synchronization characteristic of

coordinated operations.
Account creation dates for participants spanned multiple years,

with a median account age of 6.3 years.
The presence of numerous long-established

accounts is diagnostic of authentic engagement, as coordinated campaigns typically

rely on recently created accounts. Follower-to-engagement ratios fell within normal ranges, showing no evidence of purchased engagement or bot amplification.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **84%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Cross-platform network analysis showed consistent patterns of decentralization

and temporal dispersion across Reddit, TikTok, and Twitter/X.
Reddit discussions

originated from diverse subreddits with no evidence of centralized seeding.
TikTok

content came from independent creators with varying follower counts and engagement

histories.
The diversity of originators and natural geographic distribution further confirm

organic spread.

The network structures observed across all platforms exhibited the characteristic

decentralization, temporal dispersion, and participant diversity associated with authentic

word-of-mouth spread rather than the centralized, synchronized, homogeneous patterns

typical of coordinated manipulation campaigns.
As an expert who has analyzed both

organic and manufactured digital campaigns, in my opinion, the data overwhelmingly

indicates the network patterns observed here are inconsistent with coordination.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

The meta-analysis integrating all five platforms revealed remarkable

cross-platform consistency that strongly supports organic virality driven by a common

external stimulus.
All five platforms exhibited virtually simultaneous activity surges

beginning August 6-9, 2024, coinciding exactly with the film's premiere and theatrical

release.
Peak activity occurred within a 48-72 hour window across all platforms,

consistent with news-driven public attention rather than staggered artificial seeding.18

The decay patterns were nearly identical across platforms, with post-spike

activity declining 76-92% in September 2024 and all platforms returning to

near-baseline levels by October 2024.
These synchronized rise-and-fall curves

precisely match documented social media firestorm patterns associated with short-term

public interest events in the entertainment industry.
The exponential decay following the

peak is characteristic of natural attention dynamics governed by audience interest

cycles, not sustained manipulation requiring continued resource investment.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Proportional platform distribution remained stable throughout the analysis period.

During baseline periods, Twitter accounted for 45.6% of activity, YouTube 37.1%,

Instagram 13.8%, Reddit 2.0%, and TikTok 1.6%.
During the August spike, these

proportions shifted minimally: Twitter 50.4%, YouTube 27.3%, Instagram 17.9%, TikTok

2.8%, Reddit 1.6%.
The modest variations reflect normal platform-specific response

patterns to breaking news rather than strategic resource allocation across platforms.

Had the August 2024 activity reflected coordinated manipulation, one would

expect platform-specific anomalies: disproportionate surge on Twitter/X (where bot

activity is easier to generate), minimal increase on YouTube (where video creation

represents a higher barrier), delayed peaks as campaigns rolled out sequentially, or

divergent sentiment patterns reflecting platform-adapted messaging.
None of these

manipulation signatures appeared.
Instead, the cross-platform consistency

demonstrates that a single common cause--the film release--drove simultaneous

authentic engagement across all platforms.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 99%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

████████████████

The cross-platform convergence represents methodological

triangulation--independent data sources arriving at consistent conclusions--which

substantially increases confidence in findings.
As a data expert, I recognize this

triangulation as the gold standard for robust inference, confirming that findings are not

artifacts of single-platform analysis but represent genuine patterns consistent across all

major social media ecosystems.

Detailed content analysis revealed substantial topical heterogeneity and linguistic

diversity inconsistent with coordinated messaging.
Discussion topics ranged broadly

across fashion commentary (hair color changes, red carpet outfits), film reviews and

critical analysis, speculation about co-star relationships and on-set dynamics, analysis

of promotional interview content, commentary on the source material's themes of

domestic violence and empowerment, discussion of Ms. Lively's other business

ventures, and general celebrity news.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

This topical heterogeneity is diagnostic of organic engagement and represents

precisely the mixture of discussion one would expect.
The film's sensitive subject matter

(domestic violence) naturally invited serious, critical commentary, while the high-profile

cast's promotional activities invited routine speculation on co-star relationships and

red-carpet fashion.
This observed diversity, the hallmark of a genuine, multi-faceted

public reaction, stands in stark contrast to the focused messaging discipline, repetitive

talking points, and concentration on specific negative narratives that characterize a

manufactured manipulation campaign.

Linguistic analysis revealed natural variation in vocabulary, phrasing, and writing

style.
Vocabulary diversity metrics, syntactic complexity measures, and stylistic variation

all fell within expected ranges for organic user-generated content.
Coordinated

campaigns typically exhibit reduced linguistic diversity due to message templates,

talking points, or shared content sources.
Automated detection of near-duplicate content

found duplication rates below 3%, well within normal ranges for social media sharing

and inconsistent with template-based campaign content.

High Human Impact ●  ●  ●  ●  ●  ● High AI Impact

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

▮▮▮▮▮▮▮▮

Geographical distribution of posts reflected normal patterns for entertainment

content, with concentrations in major metropolitan areas (New York, Los Angeles, London, Toronto) and international markets where the film was released.
There were no

anomalous geographical clusters that might suggest coordinated seeding from troll farm

locations or click farm operations, which typically create identifiable geographical

signatures in engagement data.

The patterns observed are consistent with authentic, spontaneous public

discourse driven by legitimate media coverage and publicity events..
The diversity of

perspectives, natural linguistic variation, and lack of focused negative messaging

collectively provide strong evidence that social media activity reflected organic public

engagement rather than manufactured manipulation.
As a marketing expert

experienced in analyzing both authentic and manufactured content, I can confirm that

the content patterns observed here align with organic engagement, not coordination.

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

▮▮▮▮▮▮▮▮▮

Analysis of Ms. Lively's commercial ventures during the relevant period, including

Betty Buzz and Betty Booze brands, revealed no evidence of measurable adverse

impact attributable to online discourse.
Social media sentiment toward these brands

remained stable and predominantly positive throughout August-December 2024, with

brand mention volumes and engagement metrics falling within expected ranges for

celebrity-affiliated products.
There were no unusual spikes in negative commentary, no

evidence of boycott campaigns or consumer activism, and no departures from baseline

performance that would indicate reputational damage.

The film It Ends With Us achieved significant commercial success, grossing over

$351 million, with approximately $148.5 million from domestic theaters and $202.9 million from international markets against a production budget of approximately $25

million.21 This 14x return on investment represents exceptional financial performance

and indicates that public engagement--whether positive, negative, or

neutral--translated into box office success rather than audience rejection. The film's

strong performance continued through extended theatrical runs and topped home

entertainment charts upon release, demonstrating sustained consumer interest despite

the social media activity alleged to constitute reputational harm.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
| --- | --- |
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████████

Analysis of Ms. Lively's ongoing brand partnerships and endorsement deals

showed no evidence of contract terminations, renegotiations, or other adverse actions

during or immediately following the August 2024 period.
Her professional engagements,

public appearances, and media opportunities continued at levels consistent with her

established profile.
Public appearances at fashion events, promotional activities, and

continued social media engagement with fans all proceeded without disruption.

These commercial metrics provide objective evidence that social media activity

during the relevant period had no measurable negative impact on Ms. Lively's

professional standing or revenue-generating capacity.
As a marketing expert who has

evaluated commercial impact of reputation events for major brands and public figures, I

can confirm that the absence of any measurable commercial harm strongly contradicts

claims that social media activity during this period damaged Ms. Lively's reputation or

business interests in any material way.

High Human Impact ●●●○●● High AI Impact

High Human Impact ●●●○●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

Case 1:24-cv-10049-LJL Document 1429-53 Filed 05/01/26 Page 280 of 355 12/8/2025

## AI Report

We predict this text is

# Human Generated

## AI Probability

## 4%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

To evaluate whether a remedial communication strategy is warranted, it is

essential to first analyze the brands' existing audience and commercial presence from a

marketing perspective.
Professor Humphreys proposes a $14.6 million to $24.4 million

paid media campaign to reach a target audience.
This model fundamentally ignores

the fact that Ms. Lively possesses one of the largest owned media platforms available to

any public figure, with approximately 42.6 million followers on her personal Instagram

account.
Further, Plaintiff's own damages expert, Mr. Kinrich, acknowledges that Ms.

Lively's brands achieved extraordinary market penetration at the very time of the

alleged manipulation.
He reports Betty Booze "ranked among the top five ready-to-drink

products at Total Wine" and that management had decided to shut down Betty Buzz for

reasons unrelated to the online manipulation.

To evaluate whether a remedial communication strategy is warranted, it is essential to first analyze the brands' existing audience and commercial presence from a marketing perspective.

Professor Humphreys's model proposes a $14.6 million to $24.4 million paid media campaign to reach an audience. This model fundamentally ignores the fact that Ms. Lively possesses one of the largest owned media platforms available to any public figure, with 42.6 million followers on her personal Instagram account, while the Betty Booze brand account maintains approximately 290 thousand followers.

Additionally, the Plaintiff's expert, Mr. Kinrich, provides evidence that her brands achieved extraordinary market penetration at the very time of the alleged manipulation.

He cites the Blake Brown debut as "the [b]iggest hair care launch" in Target's history and notes Betty Booze ranked among the "top five" ready-to-drink products at Total Wine.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

In my opinion, these facts demonstrate that Ms. Lively already possesses the

substantial marketplace access and established consumer receptivity required for any

brand communications.
The core premise of Professor Humphreys's model, that a

multi-million-dollar paid media campaign is necessary to achieve adequate consumer

reach, is fundamentally flawed because Ms. Lively can generate hundreds of millions of

impressions on her owned channels at virtually no cost.
Critically, this narrative of harm

is further contradicted by Plaintiff's expert, Mr. Kinrich, who concludes that the Betty

Buzz brand is being shut down in 2025 for reasons "unrelated to the online

manipulation".
From a marketing standpoint, this admission is dispositive: it is not

credible to argue for a $24 million "repair" campaign to fix universal reputational harm

when Plaintiff's own expert admits that the failure of a primary brand was completely

unrelated to that alleged harm.

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are moderately confident this text is

# AI Generated

### AI Probability

## 75%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

---

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Peer-reviewed research differentiates the roles of earned, owned, and paid

media.
Lovett and Staelin (2016) find that earned media exposures generate stronger persuasive effects on a per-exposure basis than paid and owned media, with paid

media contributing larger volume primarily because of reach scale.
A Nielsen

consumer trust study further demonstrates that recommendations from known

individuals are the most credible form of marketing communication.

It is standard marketing practice to activate owned and earned assets, such as

Ms. Lively's personal channels, brand channels, public relations communication, and

aligned influencer advocacy, before designing broad paid media campaigns.

High Human Impact ● ● ● ● ● ● ● High AI Impact



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **90%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

Professor Humphreys's impressions model aggregates exposures across

multiple platforms without deduplicating individuals.
Marketing measurement standards

draw a clear distinction: impressions represent the total number of exposures, while

reach represents the number of unique individuals exposed during a reporting period.

The Media Rating Council's cross-media measurement standards require that unique

person reach be based on empirical overlap data and that a person be counted only

once for the duration of the reporting period.
Without such deduplication, impression

totals overstate the scale of the exposed audience and therefore the magnitude of any

potential reputational response.

High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are not confident this text is

# Mix of AI and Human

AI Probability

## 24%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

██████████

It is also notable that Professor Humphreys does not provide a measurement of

==unique individuals exposed to the contested narratives, nor does she include a sensitivity analysis that accounts for audience overlap or the expected proportion of==

non-actionable exposures.
Without these controls, her model cannot reliably estimate

the scale of the audience requiring corrective messaging.

Professor Humphreys assumes that the appropriate remedy to the alleged

negative narratives would be a high-scale paid media campaign.
In my opinion, this

approach is not aligned with prevailing marketing principles when:

* large, trusted owned channels are readily available;

* earned-media communication is able to provide greater persuasive effect per

exposure;

* de-duplicated unique reach remains unquantified.

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

AI Report

We are highly confident this text is

# AI Generated

## AI Probability

## 84%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

██████████

The internal performance data reviewed show continued expansion and demand

momentum, which does not suggest an existing reputational impairment requiring broad

paid media correction.
Any corrective communication strategy, if warranted, would be

more consistent with industry standards if it were:

* Prioritized earned and owned media access already available to the brand;

* Sized any paid media deployment to deduplicated unique audiences; and

* Reflected verified marketplace performance rather than gross exposure

estimates.

The commercial and audience data indicates that Betty Buzz and Betty Booze

possess significant reach through assets that the brand already controls, and internal

performance records are inconsistent with impaired consumer demand.
Academic

sources establish that earned media provides stronger persuasive impact on a

per-exposure basis than paid media, and industry standards require unique reach

measurement before estimating the scale of corrective action.
Therefore, Professor

Humphreys's use of gross impressions likely overstates the number of individuals who

would require targeted remediation and does not reflect best marketing practice in

assessing whether a reputational corrective campaign is necessary.

High Human Impact ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ High AI Impact

 

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

GPTzero

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **84%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

▆▆▆▆▆▆▆▆

This conclusion directly contradicts the assumptions in Professor Humphreys's

report, which attributes narrative-driven harm without establishing that those narratives

altered consumer behavior or commercial performance.35 As shown in internal business

records (Ex.
23 at 5; Ex.
24 at 3), actual demand and distribution expansion during the

period in question are inconsistent with a persistent loss of consumer trust attributable

to the contested narratives.

High Human Impact  High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

▮▮▮▮▮▮▮▮

Based on my analysis of the data and materials described in this report, and

drawing on my expertise in marketing analytics, digital reputation measurement, and

AI-driven data science, I offer the following opinions to a reasonable degree of

professional certainty:

Opinion 1: The social media activity surrounding Ms. Lively during August 2024

through February 2025 exhibited patterns consistent with organic public

discourse driven by legitimate news cycles, film publicity, and entertainment

media coverage, rather than coordinated manipulation or astroturfing.

Opinion 2: The August 2024 spike in social media volume coincided directly with

the theatrical release of It Ends With Us and surrounding promotional events,

following temporal patterns characteristic of major entertainment publicity cycles.

The 4.90 statistical deviation, while extraordinary, reflects organic news-driven

interest rather than manufactured manipulation.

Opinion 3: Sentiment analysis demonstrates that overall online conversation about Ms. Lively remained predominantly positive throughout the relevant period, with 63% Positive, 20% Neutral, and 17% Negative sentiment (Figure B-3) inconsistent with coordinated negative campaigns, which typically exhibit sentiment homogeneity (60-80% negative) and focused negative messaging.

Time series forecasting analysis further demonstrates that the August 2024 spike had no lasting impact on sentiment trajectory, with comparative forecasts converging to nearly identical end-points (difference: 0.010, well below the 0.05 significance threshold).
This convergence pattern is characteristic of temporary organic event responses, not sustained manipulation campaigns which would show permanent trajectory shifts.
The sentiment patterns observed here are typical for entertainment content during major publicity events.

Opinion 4: Network structure analysis revealed decentralized, diffuse engagement patterns characteristic of organic spread, with no evidence of centralized amplification hubs, bot networks, or coordinated influencer activity. Network metrics (density 0.0023, clustering coefficient 0.089, top-10 accounts <5% of volume) all indicate authentic word-of-mouth rather than manufactured amplification.

Opinion 5: Cross-platform meta-analysis confirmed synchronous timing across all five platforms (peak activity within 48-72 hours), proportional distribution stability, and identical decay patterns (87% decline in September).
This

cross-platform consistency supports interpretation of authentic public interest driven by a common external stimulus (the film release) rather than manufactured activity.

Opinion 6: The distinctive signatures of coordinated manipulation campaigns (including repetitive phrasing, synchronized posting, anomalous account behavior, centralized network structures, sustained elevation, platform concentration, and new account clustering) were systematically absent from the dataset.

Opinion 7: Content analysis revealed substantial topical diversity, natural linguistic variation, and absence of focused negative messaging, all inconsistent with coordinated campaigns and indicative of authentic public discourse.

Opinion 8: I identified no measurable commercial harm to Ms. Lively's brand partnerships or business ventures attributable to online discourse during the relevant period.
The film's exceptional box office performance ($351 million worldwide), stable brand sentiment for Betty Buzz/Betty Booze, and continued professional opportunities all contradict claims of material reputational damage.

Opinion 9: The methodologies employed in this analysis meet established Daubert standards for scientific reliability, having been extensively peer-reviewed, tested with known error rates, and generally accepted within the relevant expert communities of marketing science, computational social science, and digital analytics.

Opinion 10: The December 2024 spike (12,871 items), larger than the August spike, corresponded precisely with lawsuit filing and media coverage, further confirming that social media volume responds predictably to major news events regardless of their relationship to any alleged manipulation campaign.

Opinion 11: Marketplace outcomes in the business records I reviewed, including retail expansion, volume growth, and revenue performance above plan, are more consistent with expected category trends than with substantial consumer response to the alleged negative narratives.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


**GPTZero**

## AI Report

We predict this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **40%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

█████████████

I have reviewed Dr. Dina Mayzlin's expert report.
The following section evaluates

her methodology and explains why her conclusions are not sound.
Dr. Dina Mayzlin's

expert report relies extensively on LLM analysis to classify sentiment and identify

thematic patterns in online conversations about Ms. Lively.
Specifically, Dr. Mayzlin

employs GPT-4o to analyze 1,129,730 social media posts, using two methodological

approaches: (1) sentiment classification and (2) thematic analysis of narrative

alignment.
While LLMs represent a potentially useful tool in computational social

science research, Dr. Mayzlin's implementation exhibits numerous methodological

shortcomings that fundamentally undermine the reliability and validity of her

conclusions.
These shortcomings span issues of transparency, validation, technical

rigor, and adherence

High Human Impact ● ● ● ● ● ● High AI Impact

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Dr. Mayzlin provides minimal technical documentation of her LLM

implementation, disclosing only that she used GPT-4o via Microsoft Azure's API.This

disclosure is insufficient for several critical reasons.

First, Dr. Mayzlin fails to disclose essential API parameters that fundamentally

affect LLM outputs and are necessary for reproducibility.

These parameters include temperature settings (which control randomness), top_p values (which control output diversity), max_tokens (which limit response length), presence_penalty and frequency_penalty (which affect repetition), and random seed values.

Each of these parameters can dramatically alter model behavior, yet none are documented.

This makes it impossible for other researchers to reproduce Dr. Mayzlin's analysis or verify her results--a fundamental requirement of scientific methodology.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 GPTZero

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Second, while Dr. Mayzlin provides examples of some prompts in footnotes, 41

theres's no discussion of how these prompts were developed, tested, or refined. Prompt

engineering is recognized as a critical factor affecting LLM performance, with even

minor wording changes capable of producing substantially different results. Dr. Mayzlin

provides no evidence of systematic prompt testing, validation of prompt effectiveness,

or consideration of alternative prompt formulations. This absence suggests an ad hoc

approach to prompt design that may have introduced systematic biases into her

classification results.

Third, Dr. Mayzlin presents no discussion of known LLM limitations or how she

accounted for them in her methodology. Well-documented issues with LLMs include: (1) hallucination (generating plausible but factually incorrect information), (2)

inconsistency (producing different outputs for identical inputs), (3) sensitivity to prompt

wording, (4) demographic and linguistic biases, and (5) degraded performance with

longer text inputs.
Dr. Mayzlin's report contains no acknowledgment of these limitations,

no discussion of mitigation strategies, and no assessment of how these issues might

affect her results.

High Human Impact ● ● ● ● ● ● High AI Impact

GPTZero                                                                                    12/8/2025

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

█████████████

Dr. Mayzlin's validation procedures are insufficient to support her conclusions,

exhibiting multiple deficiencies that call into question the reliability of her LLM-based

classifications.

Dr. Mayzlin relies exclusively on a single LLM (GPT-4o) without testing

alternative models to validate her findings.43 Best practices in computational social

science recommend cross-model validation to ensure that results are robust and not

artifacts of a particular model's biases or architectural characteristics.
Different LLMs

can produce substantially different classification results for identical inputs due to

differences in training data, model architecture, and optimization objectives.
By failing to

validate her results across multiple models, Dr. Mayzlin cannot demonstrate that her

findings reflect genuine patterns in the data rather than idiosyncrasies of GPT-4o's

particular implementation.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **85%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Dr. Mayzlin's manual validation involves review of only 300 posts out of a total

dataset of 1,129,730--representing only 0.027% of the analyzed data.44 This sample

size is too small to provide reliable validation.
classifications across such a large and

heterogeneous dataset.
Standard statistical practice for validating classification

algorithms typically requires sample sizes of at least 1-5% of the total dataset,

particularly when the base rate of the phenomenon of interest (negative sentiment or

narrative alignment) varies across time periods, as it demonstrably does in Dr. Mayzlin's

own data.

Additionally, Dr. Mayzlin's validation sample is drawn equally from three time

periods (100 posts each), regardless of the dramatically different volumes of posts in

each period.
This sampling strategy fails to account for temporal variation in post

characteristics and may not adequately represent the full diversity of language, tone,

and content present in the dataset.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

AI Probability

## 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

█████████

Dr. Mayzlin reports only 66% agreement between LLM classifications and human reviewers for sentiment analysis.
This agreement rate is low for a four-class sentiment classification task that forms the basis of her analysis.
In applied machine learning and computational social science research, classification accuracy and human-model agreement typically exceed 80% for similarly coarse sentiment categories when labels are reliable and well-defined.
Agreement substantially below that threshold indicates moderate to low reliability, raising concerns about the stability of any subsequent quantitative findings.

Dr. Mayzlin attempts to minimize this concern by noting that agreement increases to 85% when sentiment categories are collapsed into binary classification (negative vs. non-negative).
However, this statistical manipulation obscures the underlying problem:

the LLM struggles with nuanced sentiment classification.
The confusion matrix she

presents reveals systematic misclassification patterns, with the LLM frequently

categorizing posts as 'Neutral' that human reviewers identified as 'Positive' (45 posts) or

'Negative' (26 posts).
This pattern suggests the LLM has a strong tendency toward

neutral classification, potentially missing genuine sentiment expressed in more subtle or

context-dependent language.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are not confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **58%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

███████████████

Perhaps most troubling, Dr. Mayzlin acknowledges that her LLM identified only

2.7% of negative posts as aligning with the manipulated Lively narratives, while human

reviewers identified 18.3%--a discrepancy of nearly sevenfold.51 Dr. Mayzlin

characterizes her LLM methodology as 'highly conservative' and frames this massive

discrepancy as methodologically prudent.
However, this characterization undermines

the reliability of her conclusions for several reasons.

First, a classification system that captures only 15% (2.7/18.3) of the instances

identified by human reviewers cannot reasonably be described as merely

'conservative'--it is fundamentally failing to detect the phenomenon it purports to

measure.
In machine learning terminology, this represents extremely low recall (also

called sensitivity), indicating the classifier misses the vast majority of true positives (i.e.,

the AI missed ~85% of the posts that humans flagged).

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **94%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Second, while conservatism in classification can sometimes be appropriate when

false positives carry high costs, Dr. Mayzlin provides no principled justification for why

such extreme conservatism is warranted here.
The appropriate level of conservatism

depends on the relative costs of false positives versus false negatives--a consideration

Dr. Mayzlin never addresses.
In this case, false negatives (missing posts that truly align

with the narratives) may be just as consequential as false positives (incorrectly identifying posts as aligned), yet
Dr. Mayzlin's methodology is designed in a way that

dramatically favors one type of error over the other.

High Human Impact ●  ●  ●  ●  ●  ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

# AI Report

We are moderately confident this text is

# AI Generated

## AI Probability

# 68%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Third, Dr. Mayzlin's decision to use the LLM results (2.7%) rather than the human

review results (18.3%) as the basis for her substantive conclusions means her analysis

systematically underestimates the prevalence of the very narratives she claims to be

studying.

If human reviewers--who Dr. Mayzlin implicitly treats as the gold standard by

using them for validation--identified alignment in 18.3% of posts, then the true

prevalence is likely much closer to 18% than to 3%.
Using the LLM's severely

underestimated figures undermines the validity of her subsequent analysis.

High Human Impact  High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We predict this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **0%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████

For her thematic analysis, Dr. Mayzlin requires the LLM to match posts against

the verbatim text of campaign narratives 'without any prompt engineering or rephrasing

to facilitate identification.
While Dr. Mayzlin characterizes this as 'intentionally

conservative,' this methodological choice has issues because it prevents the LLM from

detecting semantically equivalent expressions of the same narrative.

High Human Impact  High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# Mix of AI and Human

### AI Probability

# 0%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## This approach offers several advantages for legal analysis: - 12/8/2025

███████████

Social media users rarely employ identical language to express ideas. The same

narrative can be communicated through varied vocabulary, different syntactic structures,

implicit references, and contextual cues. For example, a post stating 'Her husband called in favors to get her way' expresses the same core idea as the scenario planning

narrative about Ryan Reynolds using his power to create an 'imbalance of power,' yet

verbatim matching would fail to identify this connection. By requiring strict textual

matching rather than semantic similarity, Dr. Mayzlin's methodology will systematically

miss posts that express the targeted narratives using natural language

variation--which, given the nearly sevenfold discrepancy with human reviewers,

appears to be precisely what occurred.

High Human Impact ● ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025



Dr. Mayzlin reports that two reviewers independently classified posts and then

reconciled disagreements,[54]but she provides no inter-rater reliability statistics.[55] This

omission is significant because inter-rater agreement before reconciliation provides

crucial information about the inherent difficulty of the classification task and the

consistency of human judgment.
Without these statistics (such as Cohen's kappa,

Fleiss' kappa, or Krippendorff's alpha), we cannot assess: (1) whether the classification

scheme is sufficiently well-defined that independent raters can apply it consistently, (2)

how much of the apparent agreement between humans results from genuine consensus

versus forced reconciliation, or (3) whether the human 'gold standard' against which the

LLM is validated is itself reliable.

High Human Impact ●●○○○●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **89%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

If the two human reviewers disagreed substantially before reconciliation, this

would suggest the classification task is inherently ambiguous or that the coding

instructions are insufficiently precise--problems that would undermine confidence in both the human and LLM classifications.
Conversely, if the humans agreed closely

before reconciliation, this would strengthen confidence in the gold standard but would

make the LLM's much lower agreement rate even more concerning.
Either way, the

absence of this information is a significant methodological gap.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **94%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Dr. Mayzlin describes one of her approaches as an 'unsupervised' method56 in

which the LLM independently identifies emotions without guidance, and these emotions

are subsequently mapped to sentiment categories.
However, this characterization is

misleading.
While the initial emotion extraction may be unsupervised, Dr. Mayzlin and

her team then manually reviewed and grouped semantically similar emotions and

manually mapped these emotion categories to sentiment types.
This manual

intervention introduces substantial human judgment into what is labeled as an

'unsupervised' approach, making the method at best semi-supervised.

High Human Impact ● ● ● ● ● ● ● High AI Impact



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **85%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

█████████

Lastly, the emotion-to-sentiment mapping involves interpretive judgments that

directly affect the final classifications.
For instance, emotions like 'defensive' or 'critical'

are mapped to negative sentiment, but depending on context, these emotions might

reflect legitimate disagreement or argumentation rather than negative sentiment toward

the subject.
The manual nature of this mapping process, combined with the lack of

transparency about mapping decisions and no reported inter-rater reliability for these judgment calls, represents a source of potential bias that is obscured by the

'unsupervised' label.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

Dr. Mayzlin provides no analysis of post length distribution or how LLM context

limitations might affect classification accuracy.While GPT-4o has a theoretical context

window of 128,000 tokens, research has demonstrated that LLM comprehension and

reasoning quality can degrade with longer inputs, particularly when critical information is

embedded in the middle of long texts (the so-called 'lost in the middle' phenomenon).

Social media posts vary dramatically in length--from brief comments to extended

threads with multiple paragraphs.
Dr. Mayzlin offers no examination of whether

classification accuracy differs by post length, no analysis of how the LLM handles posts

with complex thread structures, and no consideration of whether longer posts might be

systematically misclassified.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  **?** |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

▮▮▮▮▮▮

The cumulative effect of these methodological deficiencies substantially

undermines confidence in Dr. Mayzlin's LLM-based conclusions.
Her analysis suffers

from: (1) insufficient transparency to allow reproduction or verification, (2) inadequate

validation procedures that fail to demonstrate reliability, (3) the use of a single model

without cross-validation, (4) acknowledgment that her approach misses 85% of the

instances identified by human reviewers, (5) low agreement rates between LLM and

human classifications, (6) overly restrictive matching requirements that miss semantically similar content, (7) misleading characterizations of methodology, and (8)

no consideration of known LLM limitations or how they might affect results.

High Human Impact ●　●　●　●　●　● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

████████████

These concerns are not minor technicalities but foundational flaws that

undermine the reliability and validity of Dr. Mayzlin's conclusions. Her LLM-based

sentiment analysis identified only 15% of the instances confirmed by human review, the

accepted benchmark, and achieved just 66% agreement with human-coded sentiment

across four categories, rendering its outputs scientifically unreliable. Reframing these

deficiencies as "methodological conservatism" does not resolve the underlying issue:

the method systematically fails to detect the very phenomena she claims to measure,

and she has not provided sufficient evidence that her classifications are accurate or

valid.61 These reliability failures directly impact the Plaintiff's causation theory, which

hinges on the premise that Dr. Culotta has identified micro-level "markers of

inauthenticity" that supposedly produce a macro-level "negative sentiment shift"

observed by Dr. Mayzlin..

My analysis does not support that connection.
The alleged

"effect" is not substantiated, as my sentiment analysis (Section III.B) shows the

discourse remained balanced and predominantly positive (63% Positive), and my

time-series forecast (Section III.D) demonstrates that the August spike had no lasting

statistical effect on sentiment trajectory.
Likewise, the alleged "cause" has a

straightforward alternative explanation: the temporal spikes flagged as "abnormal"

coincide precisely with major organic news events, including the film's premiere and its broader media coverage (Section III.A, III.D).
This creates a scaling inconsistency in the

Plaintiff's theory--the limited number of supposed "markers" Dr. Culotta identifies is

irreconcilable with the sweeping, 1.1-million-post sentiment shift that Dr. Mayzlin

asserts.
The totality of the data is more coherently explained by normal, high-volume,

news-driven engagement surrounding a major film release, not by coordinated

manipulation.

High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 

## AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

███████████

While this analysis employed rigorous methodologies and comprehensive data

collection, certain limitations should be acknowledged.

Data collection was limited to publicly available content and platform API access.

Private messages, closed groups, or platform-restricted content were not accessible.

However, coordinated manipulation campaigns typically rely on publicly visible

amplification to achieve reputational impact, and the scope of data collected (43,992

posts across five major platforms) provides a robust and representative sample of public

discourse.
Any coordination occurring exclusively through private channels would not

manifest in the public engagement patterns analyzed here, but would also fail to

achieve the public reputational damage alleged by the Plaintiff.

High Human Impact ●●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are moderately confident this text is

# AI Generated

### AI Probability

## 75%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

This approach offers several advantages for legal analysis: - 12/8/2025

Automated sentiment classification, while validated at greater than 85% accuracy

through manual review (i.e., the sentiment algorithm's labels were confirmed by humans

to be accurate in over 85% of cases), may misclassify sarcasm, irony, or culturally

specific references.
However, the validation protocol employed meets published

benchmarks for social media sentiment analysis, and any classification errors would be

randomly distributed rather than systematically biasing results toward either conclusion.
The large sample size and multiple validation checks minimize the impact of individual

classification errors on overall findings.

Network analysis focused on platforms with sufficient API access (Twitter/X,

Reddit, TikTok).
Instagram and YouTube network structures were not fully mappable

due to platform restrictions.
However, temporal and sentiment analyses across all five

platforms revealed consistent patterns supporting the conclusions drawn.

The platforms

analyzed represent the majority of social media discourse and include the platforms

most commonly used for coordinated manipulation campaigns, making the network

analysis sufficiently comprehensive for diagnostic purposes.

High Human Impact ●●●●●● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.



## AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **100%** |  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## This approach offers several advantages for legal analysis: - 12/8/2025

████████████

While this analysis establishes correlations between social media activity and

known publicity events, definitive causal attribution of every individual post or

engagement to specific drivers is not possible.
However, the overwhelming temporal

correspondence between activity spikes and documented news events, combined with

the absence of coordination signatures, supports the conclusion that organic factors

drove observed patterns.
The consistency of this correlation across multiple

independent events (film release, lawsuit filing, major media coverage) strengthens the

inference of causality.

Social media platform algorithms evolve continuously, potentially affecting

content visibility and engagement patterns.
However, the cross-platform consistency

observed in this analysis minimizes the impact of platform-specific algorithmic changes.

Any algorithmic effects would apply equally to both organic and manufactured content,

making them neutral with respect to the core question of whether activity reflected

manipulation or authentic engagement.
As a marketing expert with extensive

experience in algorithmic systems at major platforms, I can confirm that the patterns

observed here are inconsistent with algorithmic artifacts and instead reflect genuine

user behavior.

High Human Impact ● ● ● ● ● ● High AI Impact



## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.


## AI Report

We predict this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **17%** |  ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

This approach offers several advantages for legal analysis: - 12/8/2025

██████████████

I am compensated for my work in this matter at a rate of $650 per hour for

consulting and report preparation, and $1,200 per hour for deposition or trial testimony.
I

am additionally compensated for travel days at a rate of $3,000 per day.
My

engagement was arranged through GLG Legal, which invoices counsel.
My

compensation is not contingent upon the outcome of this matter or the substance of my

opinions

 High Human Impact ● ● ● ● ● ● High AI Impact

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text with support for English, Spanish, French, German, and other languages. To date, GPTZero has served over 10 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-5, GPT-4, GPT-3, Gemini, Claude, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.