# EXHIBIT 19



IT ENDS WITH US - Official Trailer (HD) - YouTube

▶ **YouTube**      [🔍 Search] ✕ 🔍 🎤      ⋮   👤 Sign in

**T** @TianaRobege 13 days ago
Bays on ture story
👍 1 👎   Reply

**T** @TianaRobege 13 days ago
Steve robege lisa robege
👍 1 👎   Reply

@wolf7alice 13 days ago
Baldoni was the victim
👍 👎   Reply

@Sophia_168-z8n 2 weeks ago
Now this ends in court. 😄
👍 👎   Reply

**K** @kelechiariguzo2874 3 weeks ago
Everyone watch
👍 👎   Reply

@carlasantiago-q6w 3 weeks ago
This is a good movie,,
👍 👎   Reply

@preethirajendran5449 3 weeks ago
Poor casting 🙃
👍 1 👎   Reply

@Cr4ving__nachøZ 3 weeks ago
PEOPLE ACTUALLY FUCKING ENJOY THIS SLOP?!?!
👍 1 👎   Reply

@jinmyasuyang7359 1 month ago
Where there is taylor swift's song the movie is always goated
👍 👎   Reply

**M** @mayra56837 1 month ago
Release Justin's cut!
👍 3 👎   Reply

@saarsokolov8748 1 month ago
BEST MOVIE EVER !!!
👍 👎   Reply

@Saleem004u 1 month ago
Lily is same but Ryle looks so different than what i imagined 😭
👍 👎   Reply

@richardhernandez8120 1 month ago
You have no idea how much I've cried for this book. It made me so sad so happy so mixed lost omg 💔💔
👍 👎   Reply

@ipeqi 1 month ago
The film absolutely proofs the sexual harrasment accusations by Lively. As the director Baldoni painfully imposes himself and all his stupid sex scenes onto Lively. You can not only see her disgust, but even I feel the sexual harassment she endures.
👍 2 👎   Reply
⌄ 1 reply ⌄

@tiffanymareeobrien 1 month ago

---

`2:35`
THE HOUSEMAID Trailer (2025) ⋮
Sydney Sweeney, Amanda Seyfried
ONE Media ✔
549K views · 2 months ago

`5:08`
Haircut - SNL ⋮
Saturday Night Live ✔
2.9M views · 2 weeks ago

`9:11`
Ending Scene | IT ENDS WITH US ⋮
(2024) Movie CLIP HD
JoBlo Movie Clips ✔
872K views · 1 year ago

`3:11`
PROJECT HAIL MARY Trailer (2025) ⋮
Ryan Gosling
ONE Media ✔
3.5M views · 5 months ago

`2:25`
Purple Hearts | Official Trailer | Netflix ⋮
Netflix ✔
13M views · 3 years ago

▶ YouTube          Search          ⋮     👤 Sign in

This movie was incredible. The song... Right... ...as beautiful and of the day before it came out, my husband had left me after 12 years overnight. We were best friends, soul mates; I trusted him with my life, loved him, and still do to this day. I gave him every part of me, but in less than a week, that all changed. I was blindsided by the man I had loved with my whole ...

👍 👎     Reply

**@aestheticpopkorean** 1 month ago
This is Justin's  trailer  btw

👍 👎     Reply

**R** **@realtome-zt3bv** 1 month ago
This was not what i expected.
We need another set of actors and actresses. Remaaaaaaaakeeeeeeee

👍 👎     Reply

**@shabbar121212** 1 month ago (edited)
Physical hurt is not ok and Emotional and Mental torture is strict no no. I broke my relationship due to that only. Torturing yourself mentally and being in one way relationship , hell no. I am glad being a man i could take a decision and want all the men and women to do the same. Get outta shit if it doesnt serve the respect. It must end with Us. ;) ...

👍 👎     Reply

**C** **@Crazygurl2004** 1 month ago
Okay but why are the actors so old? I haven't watched the movie yet, so maybe I shouldn't judge before watching… But I'm currently reading the book, and Lily is supposed to be 23…

👍 👎     Reply

**@ΕλενηΜπουρνέλη-v5o** 1 month ago
❤️❤️❤️

👍 👎     Reply

**@ratidzomakadzange2680** 1 month ago
this was a beutyful heartfelt moive i love it i read the novel and watched the moive just amzing

👍 👎     Reply

**@smilodon1047** 1 month ago
Sh!t movie. 1 /10

👍 3 👎     Reply

**@Anderson.MotoV2** 1 month ago
Disgusting movie, making her guy crazy and then leaving him taking half his shit and on top of that the simp waits for her and gets together with her at the end. Madness

👍 1 👎     Reply

          2 replies ⌄

**@sachinunboxingclub7978** 2 months ago
I'm on chapter 21 and I can't even watch the whole trailer because it will spoil the whole story which I'm reading 😂

👍 👎     Reply

**@Albertyakcho** 2 months ago
Despite the controversy the movie is good

👍 👎     Reply

**@notforsure23** 2 months ago
Just finished reading  a novel ❤️

👍 👎     Reply

**@InshaTariq-707** 2 months ago
Ohhh man !!!!! I'm on the 164 page of the book I regret watching this , because I had imagined a more beautiful charecters for the story while reading the book
It ruined my beautiful imagination of the story

👍 👎     Reply

**@phunu6037** 2 months ago

---

11:07
**Blake Lively & Justin Baldoni Scandal: Explained**
MsMojo ✔
360K views · 11 months ago
⋮

5:24
**11-Year-Old Girl Gets STOPPED By Simon Cowell But Wait To See Wha…**
Talent Recap ✔
1.1M views · 6 months ago
⋮

9:45
**"I Want a Divorce" - Lily's Tough Choice | It Ends With Us (Blake …**
Clips & Chill ✔
703K views · 1 year ago
⋮

5:28
**Norwegian Movie - SNL**
Saturday Night Live ✔
1.3M views · 2 weeks ago
⋮

2:40
**Regretting You Trailer (2025) | Hollywood.com**
hollywoodstreams ✔
789K views · 4 months ago
⋮

Lily was 23 at that time And I am se_____
👍 👎    Reply

**A**    @_A_G_1 2 months ago
Wtf is this movie even about.. the trailer makes it look boring as hell .. and wtf are the comments talking about?? 😂
👍 👎    Reply

@Justanotherguyinutube 2 months ago
This movie is a disappointment compared to the book. It should have been a Netflix series, like The Maid or One Day!
👍    Reply

**A**    @AdrianMcCarthy-q8j 2 months ago
The grass ain't greener on the other side .
👍 👎    Reply

**M**    @MuhammadIsTheMan-1 2 months ago (edited)
This is my favourite movie...she shouldn't have left him.
👍 👎    Reply

@lexiemaep7930 2 months ago
Whats love got to with it is a movie qvout abuse THIS MOVIE HAD ZERO ABUSE.. .WTF
👍 👎    Reply

@fathimanazrin9169 2 months ago
Atlas is not what I expected
👍 👎    Reply

@ozkancengiz80 2 months ago
Didn't read the book but it was a beautiful, touching movie with deep roots.
        Reply

@ronap3291 2 months ago
the book is better than the movie.
👍 2 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
But the crazy idots don't know the entire story I never said a think haha
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
She beat him up he just wants the courtroom . So bam the movie was over but I was respectful said the snack and said great movie no extras
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
Instatalk he is a cute gorgeous guy and all but he looks almost like or a cover for a guy wow I will take you to meet my family,buy you anything you want ,I have a yacht
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
Be back
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
So I saw a fight my innocent eye sure did bobble though hold on let me check my email I will tell you site
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago
No he said take it to court the dark cheapie. You can't beat light skin
👍 👎    Reply

**M**    @MarybethAnderson-r9i 2 months ago

---

4:24
Lily Saved Atlas's Life | It Ends With Us (Blake Lively, Brandon Sklenar)
Moving Pictures ✓
17K views · 6 months ago

2:22
Miller's Girl (2024) Official Trailer - Martin Freeman, Jenna Ortega
Lionsgate Movies ✓
10M views · 1 year ago

10:54
Laurie Realizes His Love For Amy | Little Women (2019)
Sony Pictures Entertainment India ✓
1M views · 1 year ago

3:12
It Ends With Us (2024) - Jenny Slate Didn't Know Scene | Movieclips
Movieclips ✓
372K views · 1 year ago

5:25
New Barista Training - SNL
Saturday Night Live ✓
6.8M views · 10 months ago

IT ENDS WITH US

But this cheapie is bitching about w[...]
Jennifer feliu Blake lively is so wrong and he is a foreigner . You got paid for cheating ugly women maybe not exactly but around the type with gorgeous photos by some rock well in his country he is rich yes USA niggas maybe even stars wow Blake lively wrong

👍 1  👎    Reply

**@MarybethAnderson-r9i** 2 months ago
I am talking to the cheapie dating scene not all cheapie now

👍 👎    Reply

**@MarybethAnderson-r9i** 2 months ago
The movie theatre by Altamonte springs mall

👍 👎    Reply

**@MarybethAnderson-r9i** 2 months ago
For this movie and my pvt this is us 2 14 year old couples maybe just me basically Altamonte springs,Florida amc

👍 👎    Reply

**@MarybethAnderson-r9i** 2 months ago
Zero gummy,special monster where I was enlightened

👍 👎    Reply

**@MarybethAnderson-r9i** 2 months ago
Blake lively is gonna win too

👍 👎    Reply

**@MarybethAnderson-r9i** 2 months ago
Haha

👍 👎    Reply

**@shinewithsanjana7012** 2 months ago
Lily is a teen aged girl 🤷 🤷 🤷

👍 👎    Reply

**@gracievsnyder** 3 months ago
Leave when he hits you the first time!

👍 👎    Reply

**@orudnap90** 3 months ago
Just finished this movie. There's something about Lily (both young and old) that feels completely out of step with the movie's indie-fantasy atmosphere. Her clothes, makeup, and accessories don't blend into the world — they stand out like costume choices rather than character choices. In a film that thrives on subtle, lived-in details, her styling feels too polished...

👍 2  👎    Reply

**@Pinterestgurlxx** 3 months ago
Im here cuz lalatv said it made and her mum cry

👍 👎    Reply

**@khawla4626** 3 months ago
I was so disappointed  ...it has nothing to do with the book

👍 👎    Reply

**@IceFlowersTrappedInTime** 3 months ago (edited)
One of the most beautiful and saddest movies at the same time I ever watched. 🥺 Blake is a brilliant actress. ❤️

👍 👎    Reply

**@Celia-ni5pn** 3 months ago
what's the sound track title please ?

👍 👎    Reply

1 reply ⌄

**@devRTC** 3 months ago

---

**First Meeting with Christian Grey | Fifty Shades of Grey | CLIP**
Boxoffice Movie Scenes ✓
3.4M views · 3 years ago
6:02

**It Ends With Us (2024) | Atlas' Surprise Visit | Blake Lively, Brando...**
The Film Scene
180K views · 9 months ago
7:30

**Parent Teacher Conference - SNL**
Saturday Night Live ✓
4.6M views · 2 months ago
4:47

**PROJECT HAIL MARY Trailer 2 (2026) Ryan Gosling**
ONE Media ✓
189K views · 2 weeks ago
3:17

**Golden Christmas Glow | Framed TV Art Hack | Ambient Screensaver for ...**
MoodFrame TV
70K views · 1 month ago
2:00:00

It ENDS WITH US | Official Trailer (HD) - YouTube

It really ended for them !

**YouTube** [search bar]                                                         Sign in

**T** @TriencePatience 3 months ago
Wo😢

                                                                                16:49
👍 👎  Reply

@VideoGamesAndTheWorld 3 months ago
Who would've thought that a movie that looked interesting would have two of its actors having
problems.                                                                       **Tom Cruise's Daughter Finally
                                                                                SPEAKS OUT After Years Of Silence**
👍 👎  Reply                                                                      Hollywood Eternal
                                                                                12K views · 7 days ago
@pollypinktomato 3 months ago
i don't know the book, but i love this movie. it made me cried ❤️

👍 👎  Reply

@BeautyLilya 3 months ago
Saw it on the plane… shitty movie
                                                                                2:26
👍 👎  Reply

@pauliclypse 3 months ago
We want Justin Baldoni directors cut!!!! I will never watch this movie until I see it as intended   **Babygirl | Official Trailer HD | A24**
                                                                                A24 ✓
👍 👎  Reply                                                                      17M views · 1 year ago

@lauratelcean9285 3 months ago
replici exacte din scenariul filmului It ENDs with Us

👍 👎  Reply

@Shivani._.sharma99-j7p 3 months ago
I pictured Alyssa, Marshall, and Ryle so much better in my head 😭😭😭
                                                                                5:12
👍 👎  Reply

@EtherealEcho_xoxo 3 months ago
      ᴐnally cannot take Blake's character seriously. The way she is sending out subpoenas to   **"What would you tell your daughter?"
YT creators and other platforms for their private information, because she thinks these people   | It Ends With US Ending Scene**
" produced a smear campaign against her"  is disgusting in my opinion. I just think she became   Boxoffice Movie Scenes ✓
a villain in real life.                                                          64K views · 1 year ago

👍 1 👎  Reply

**E** @eltonruco3598 4 months ago
What a great move to watch,  very inspiring and teaches to end with domestic violence

👍 👎  Reply

@authentic1997 4 months ago
This movie is so yellow, like they used too much yellow filter, hard to watch.                   9:53

👍 👎  Reply                                                                      **Lily's Heartbreaking Decision After
                                                                                Giving Birth - It Ends With Us | Blak…**
@PshycoTopaz 4 months ago                                                       Clip ✓
Wow. This trailer is just WOW ❤️❤️❤️                                             287K views · 1 year ago

👍 1 👎  Reply

@marcosvng1 4 months ago
Blake acabou com o filme… Péssima escolha!

👍 👎  Reply

@taniyakhanra6866 4 months ago
No way my imagination is far better than this
                                                                                1:31:05
👍 👎  Reply

@MarioFonseka 4 months ago                                                       **After The Storm (2019) | Full Movie |
Nice one ❤️                                                                      Madeline Leon | Bo Yokely | Carlisl…**
                                                                                LUV TV
👍 👎  Reply                                                                      15M views · 5 years ago

@bluest1524 4 months ago
This was confusing and off-putting.

👍 👎  Reply

It Ends With Us | Official Trailer (HD) | YouTube

▶ YouTube

**@Tanguile-ie3zc** 4 months ago
Poor Justin Baldoni,  robbed off all the credit and artistic privilege that he deserved. I don't like how Hollywood allows the bad guys to get their way.
👍 1  👎  Reply

**@MarybethAnderson-r9i** 4 months ago
This is an excellent film.i would buy this movie to watch over and over
👍  👎  Reply

**@jobmesselink7071** 4 months ago
Kanker
👍  👎  Reply

**@TomahawkMom** 4 months ago (edited)
First of all it wasn't your movie BLAKE! Second, you ruined it with your fake accusations! Third, you and Amber Hirsch have alot in common! And lastly, you and your husband are Fakes, you want people to think your so nice, NOPE! FAKE is what both of you are! You ended up making it all about you and took away the true meaning of the film! And I never watched the movie ( …
👍  👎  Reply

**@gabbyp9269** 4 months ago
WORST CASTING EVERRRRR
👍 1  👎  Reply

**@forgoodpic3** 4 months ago
she doesnt age forever here???
👍  👎  Reply

**@rojava1619** 4 months ago
How many of us are here to critique the 'fashion' ? And the other reasons ofc
👍  👎  Reply

**@tamaramarie968** 4 months ago
Justin really poured his heart into bringing this story to life. How devastating all his hard work over the years has been overshadowed by the sham lawsuit.  Blake & Ryan are just gross
👍 1  👎  Reply

**@BillDukes-y2o** 4 months ago
I finally saw the movie today. I really enjoyed it. Blake and Justin were phenomenal. It's a shame how things ended up.
👍 1  👎  Reply

**@Waqas5922** 4 months ago
Oh my God ❤❤❤❤
Just finished watching it on Netflix and I'm speechless. Wat things should I praise and wat I leave ???.. the story, the direction, the leads, the dop and the supporting cast ❤❤❤ I mean everything of this movie is splendid and adored. The message of domestic violence is …
👍 1  👎  Reply

**@glee841** 4 months ago
I don't see the chemistry between Atlas and LilyBloom. The actor looks much younger than Blake
👍 3  👎  Reply

**@efnarios** 4 months ago
BWAHAHAHA
👍  👎  Reply

**@time4062** 4 months ago
I read this book, worth to read
👍  👎  Reply

**@nicusali4648** 4 months ago
Lo enganio del primer día no estaba enamorada de el estaba enamorada de otro
👍  👎  Reply

The Choice (2016) | Full Movie | Benjamin Walker, Teresa Palmer, …
Lionsgate Movies ✓
151K views · 1 month ago
1:51:06

It Ends With Us (2024) - I Want A Divorce Scene | Movieclips
Movieclips ✓
560K views · 1 year ago
3:58

Parent-Teacher Conference - SNL
Saturday Night Live ✓
6.5M views · 4 years ago
5:25

People We Meet On Vacation | Official Trailer | Netflix
Netflix ✓
1M views · 3 days ago
New
2:38

Winter Scenes TV Art Screensaver | Vintage Winter Inspired Paintings | …
Verdot Studio TV Art
632K views · 2 years ago
2:00:50

It ENDS WIT... (Us 55) Official Trailer (HD) - YouTube

@nicusali4648 4 months ago
Está mujer lo mitio del primera día

👍 👎 Reply

@helinsahdi 4 months ago (edited)
I'm not saying the characters are ugly or anything but they're too old for the role, they way book described them way too different from this.
This will ruin my imagination on my favourite series.
Our Lily is younger than her!

👍 👎 Reply

@Arena51-n3h 4 months ago
I saw more DV in the movie Original Sin! This movie/book is a joke!

👍 👎 Reply

@kirankaurkajal326 4 months ago
Such a heavy emotional book for me

👍 👎 Reply

@lenirasusana5693 4 months ago
💐        💐        💐        🌺

👍 👎 Reply

@lydiade1585 5 months ago
Gibt es einen Buch auf Deutsch oder Russisch?

👍 👎 Reply

@PârvuAlin-z4d 5 months ago
In the future ... if by some miracle you ever find yourself in the position of fall in love again, fall in love with me. You're still my favourite person ...
...  MELI .

👍 👎 Reply

2:49
Reminders of Him | Official Trailer
Universal Pictures ✓
37M views · 1 month ago

1:48:40
A Forbidden Love in a Small Town | Red Wing | Full Movie in HD
FilmVaultX
665K views · 4 months ago

10:15
Lily & Ryle Share a Magical Moment on the Rooftop - It Ends With Us | …
Clip ✓
142K views · 1 year ago

19:46
Beginner vs Oscar Winning Actress (Same Scene)
Tristan Spohn
1.1M views · 1 month ago

10:02
Christian Grey's Top 5 Most Romantic Moments in the Fifty Shades Movie…
RomComs ✓
980K views · 1 year ago



IBOODS WHERY'S 5 Official Trailer (HD) | YouTube

▶ YouTube

**9:49**

Lilys schwere Entscheidung nach der Geburt ihres Kindes | Nur noch ein …

Clips & Chill auf Deutsch

20K views · 7 months ago