**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY, | No. 24-cv-10049-LJL (lead case) |
| Plaintiff, | |
| v. | |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF**
**PLAINTIFF BLAKE LIVELY'S MOTION *IN LIMINE***

I, Esra A. Hudson, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.     I am an attorney admitted to practice before this Court, a partner with the law firm of Manatt, Phelps & Phillips LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

2.     I respectfully submit this declaration in support of Ms. Lively's Motions *in Limine*. Prior to submitting these motions *in limine* the parties met-and-conferred on April 9, 2026, in satisfaction of Local Civil Rule 6.4 and in an effort to resolve Ms. Lively's forthcoming motion.

3.     A true and correct copy of Defendant Wayfarer's Responses and Objections to Lively's Third Set of Requests for Productions dated April 25, 2025,  is attached hereto as Exhibit 1.

4.     A true and correct copy of Defendant Wayfarer's Responses and Objections to Lively's Request for Interrogatories dated September 29, 2025, is attached hereto as Exhibit 2.

5.     A true and correct copy of Michael J. Wagner's Expert Report, Volume 1, dated November 3, 2025, is attached hereto as Exhibit 3.

6.     A true and correct copy of excerpts from the transcript of the deposition Michael J. Wagner, dated December 12, 2025, is attached hereto as Exhibit 4.

7.     A true and correct copy of Nicole J. Alexander's Expert Report, dated November 3, 2025, is attached hereto as Exhibit 5.

8.     A true and correct copy of Defendant Wayfarer's Exhibit List, dated April 10, 2026, is attached hereto as Exhibit 6.

9.     A true and correct copy of an article entitled, *Does This Dress Make Me Look Tranny*, by Jennifer Cady, originally published by EONLINE.COM on April 9, 2009, and identified on Defendants' Exhibit List as DTX 1907, is attached hereto as Exhibit 7.

10.     A true and correct copy of an article entitled, *Ryan Reynolds and Blake Lively apologize for plantation wedding*, by Gren Aviles, originally published by NBCNEWS.COM on August 4, 2020, and identified on Defendants' Exhibit List as DTX 1917, is attached hereto as Exhibit 8.

11.     A true and correct copy of an article entitled, *Blake Lively wants to return to a time of cute hats and slavery*, by Alex Abad-Santos, originally published by VOX.COM on October 13, 2014, and identified on Defendants' Exhibit List as DTX 1931, is attached hereto as Exhibit 9.

12.     A true and correct copy of text messages, dated March 11, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_WF0000415, and identified on Defendants' Exhibit List as DTX 1558, is attached hereto as Exhibit 10.

13.     A true and correct copy of text messages, dated August 24, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_WF0000793, and identified on Defendants' Exhibit List as DTX 1565, is attached hereto as Exhibit 11.

14.     A true and correct copy of text messages, dated June 19, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_WF0000641, and identified on Defendants' Exhibit List as DTX 1561, is attached hereto as Exhibit 12.

15.     A true and correct copy of text messages, dated June 9, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0022891, and identified on Defendants' Exhibit List as DTX 1542, is attached hereto as Exhibit 13.

16.     A true and correct copy of text messages, dated August 7, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0023136, and identified on Defendants' Exhibit List as DTX 1543, is attached hereto as Exhibit 14.

17.     A true and correct copy of text messages, dated August 8, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0023149, and identified on Defendants' Exhibit List as DTX 1544, is attached hereto as Exhibit 15.

18.     A true and correct copy of text messages, dated August 11, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0023201, and identified on Defendants' Exhibit List as DTX 1545, is attached hereto as Exhibit 16.

19.     A true and correct copy of text messages, dated September 3, 2024, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0023261, and identified on Defendants' Exhibit List as DTX 1546, is attached hereto as Exhibit 17.

20.     A true and correct copy of excerpts from the transcript of the deposition of Andrea Gianetti, dated September 23, 2025, is attached hereto as Exhibit 18.

21.     A true and correct copy of an email from Sony Picture Entertainment's Senior Litigation Coordinator, dated September 10, 2025, is attached hereto as Exhibit 19.

22.     A true and correct copy of excerpts from the transcript of the deposition Josh Greenstein, dated September 30, 2025, is attached hereto as Exhibit 20.

23.     A true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan, dated September 29, 2025, is attached hereto as Exhibit 21.

24.     A true and correct copy of excerpts from the transcript of the deposition of Steven Sarowitz, dated October 3, 2025, is attached hereto as Exhibit 22.

25.     A true and correct copy of excerpts from the transcript of the deposition of Justin Baldoni, dated October 6, 2025, is attached hereto as Exhibit 23.

26.     A true and correct copy of an Instagram story by @blakelively publishing a statement by Ms. Lively on April 3, 2026, and identified on Defendants' Exhibit List as DTX 1942, is attached hereto as Exhibit 24.

27.     A true and correct copy of an Instagram story by @blakelively publishing a statement by my co-counsel Michael Gottlieb on April 3, 2026, and identified on Defendants' Exhibit List as DTX 1943, is attached hereto as Exhibit 25.

28.     A true and correct copy of an article entitled, *Blake Lively "Looks Forward to Testifying at Trial' After the Dismissal of 10 of 13 Claims Against Baldoni*, originally published by PEOPLE.COM, dated April 8, 2026, and identified on Defendants' Exhibit List as DTX 1944, is attached hereto as Exhibit 26.

29.     A true and correct copy of a screenshot of an Instagram community note, identified on Defendants' Exhibit List as DTX 1948, is attached hereto as Exhibit 27.

5

30.     A true and correct copy of an agreement, dated November 15, 2023, produced by Jamey Heath bearing the Bates stamp HEATH_00007969, is attached hereto as Exhibit 28.

31.     A true and correct copy of Aron Culotta's Expert Report, dated November 20, 2025, is attached hereto as Exhibit 29.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on: April 10, 2026
Los Angeles, California

                                        Esra A. Hudson
                                        Esra A. Hudson

5