# Exhibit 13

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 13 | Date Range: 6/9/2024 |

**Outline of Conversations**

 **Josh Greenstein** <█████████> **Ange Andrea Giannetti** <████████> • 13 messages on 6/9/2024 •
Ange Andrea Giannetti <█████████> • Josh Greenstein <████████>

Confidential

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬 **Josh Greenstein** ◀ ███████ ▶ **Ange Andrea Giannetti** ◀ ██████████ ▶

AG | **Ange Andrea Giannetti** ◀ ███████ ▶ | 6/9/2024, 9:12 AM

here is a comparison Justin cut vs Blakes cut in all key measures (justin in blue)
Justin's cut scores higher in every category other than lily and atlas relationship and supporting performances.
Blake performance tests SAME with ALL women in both versions.
Jack and Naveena putting this in a table I can send her.

AG | **Ange Andrea Giannetti** ◀ ██████ ▶ | 6/9/2024, 11:36 AM

AG | **Ange Andrea Giannetti** ◀ ██████ ▶ | 6/9/2024, 11:37 AM

are we talking to her today?

AG | **Ange Andrea Giannetti** ◀ ██████ | 6/9/2024, 12:05 PM

k. Some notice helpful if possible.

AG | **Ange Andrea Giannetti** ◀ ██████ ▶ | 6/9/2024, 2:19 PM

Hi Blake. Josh told me we're all going to try and jump on phone later today & talk thru those specific scenes. Think the attached doc re women by quad for both screenings in key measures helpful for our chat today too. Speak later. Thx!

*File **"0fe5714f-ef92-4ddf-91a8-c69129360a2a"** is missing.*
*Attachment: 653a5236-55d9-4afd-929f-593803ad0e9e*

AG | **Ange Andrea Giannetti** ◀ █████████ ▶ | 6/9/2024, 4:03 PM

book readers prefer justin cut across the board.

AG | **Ange Andrea Giannetti** ◀ ███████ | 6/9/2024, 4:41 PM

u here?

AG | **Ange Andrea Giannetti** ◀ ██████ ▶ | 6/9/2024, 4:42 PM

she has to convince tr re dallas.

AG | **Ange Andrea Giannetti** ◀ ███████ | 6/9/2024, 4:50 PM

what are we saying re dallas.

AG | **Ange Andrea Giannetti** ██████████ | 6/9/2024, 5:10 PM

Hi Jack. Ange and Josh here. For tomorrow: Blske asking for in scenes most liked and least liked - can we do chart. comparison btw 6.6 and 5.13 seperated out w columns for W under and over 35

AG | **Ange Andrea Giannetti** ◀ ███████ | 6/9/2024, 5:38 PM

2 mins

AG | **Ange Andrea Giannetti** ◀ ████████ | 6/9/2024, 6:36 PM

TR.
Josh and I had long call today w Blake and Ryan re the research and the 5 scenes from Justin's cut we asked to be reinstated. We can give you more details tomorrow but the upshot of what she (Ryan) said is:

1. Rooftop-doing a combo and will post for us tomorrow. More romantic
2. Party: she will reinstate Justin's other than 1 shot she wants out. (fine).
3. Fritata 1st abuse: She will reinstate Justin's
4. Parking lot. She insists on her version.
5. final abuse/almost rape:  She refuses to intercut flashbacks inside this scene but will work tonight and tomorrow to cut down and post for us.

SPE_BL0022892

She and Ryan calling you tomorrow to share w you how crucial Dallas screening is and she believes she can get her cut where it needs to be.

AG    **Ange Andrea Giannetti** ◁ ▮▮▮▮▮▮▮    6/9/2024, 9:10 PM

Liked "I think what I did today takes the best of both cu…"

Confidential    SPE_BL0022893