# Exhibit 15

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 8/8/2024 |

**Outline of Conversations**



**Josh Greenstein** ▆▆▆▆ • **Lousie** ◂▆▆▆▆▆▆▆▆ ▸ • 11 messages on 8/8/2024 • Josh Greenstein ▆▆▆▆▆▆▆ • Lousie ◂▆▆▆▆▆▆▸

Confidential

SPE_BL0023149

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬 **Josh Greenstein** ◀ ▇▇▇▇▇▇▇ ▶ **Lousie** ◀ ▇▇▇▇▇▇▇ ▶

**Lousie** ◀ ▇▇▇▇▇ ▶                                                                              8/8/2024, 6:30 AM

variety has reached out asking questions about what is going on with Blake and Justin - slow playing it for now but once page six runs, Blake and cast and everyone is going to get asked questions and Blake needs to deny it. I'm talking to Leslie Sloane at noon today but understand you are on ground with them and have you spoken to her?

**Lousie** ◀ ▇▇▇▇▇▇ ▶                                                                              8/8/2024, 6:33 AM

Ok let me know how it goes

**Lousie** ◀ ▇▇▇▇▇▇ ▶                                                                              8/8/2024, 8:34 AM

https://www.dailymail.co.uk/femail/article-13723621/amp/blake-lively-justin-baldoni-feud-drama.html

*File **"b003b1bf-bf90-4828-b056-ea126642d225"** is missing.*
*Attachment: dd92d6b3-0285-417e-b093-a21c57d5e76f*

**Lousie** ▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:35 AM

Justin is answering questions about Blake well

**Lousie** ▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:36 AM

He was on the today show this morning and talks about Blake really positively

**Lousie** ▇▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:36 AM

The article quotes him gushing about her

**Lousie** ◀ ▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:37 AM

Justin sat down on the Today show this morning for an interview, and he appeared to brush off the feud rumors by gushing over Blake on air.
When asked about what it was like to work with the Gossip Girl alum, he had nothing but positive things to say.
'I don't know if you know how smart and creative she really is,' he said.
'She's best known as an actress and of course she's a fashion icon, but she's so much more than that.
'She is a dynamic creative - she had her hands in every part of this production and everything she touched, she made better.'

**Lousie** ▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:42 AM

Blake needs to do the same - get that she isnt going to gush about him but she needs to say something nice about him and then can move on

**Lousie** ◀ ▇▇▇▇▇▇ ▇                                                                              8/8/2024, 8:52 AM

Now THR has reached out asking if there is drama - how did things go with Blake?

**Lousie** ◀ ▇▇▇▇▇▇ ▶                                                                              8/8/2024, 9:01 AM

Liked "Yes she is , just deflect "

**Lousie** ▇▇▇▇▇▇▇ ▇                                                                              8/8/2024, 9:01 AM

She should say something like "justin was a wonderful director as well as Ryle and the film wouldn't be what it is without him and I'm so proud of how this film turned out. Everyone worked so hard and it was so collaborative etc etc etc" and then she can pivot to something else.

Confidential