# Exhibit 17

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 9/3/2024 |

## Outline of Conversations



**Josh Greenstein** <███████> **Ange Andrea Giannetti** <████████> ∘ 1 message on 9/3/2024 ∘
Ange Andrea Giannetti <████████> ∘ Josh Greenstein <████████>

SPE_BL0023261

**Messages in chronological order** (times are shown in GMT -07:00)

💬    **Josh Greenstein** ◄███████► **Ange Andrea Giannetti** ◄████████►

AG    **Ange Andrea Giannetti** ◄██████►                                    9/3/2024, 6:58 PM

call when u can. not urgent but blake asking us to destroy some of the dailies. want to tell you what we will and won't do. also going to ask bridget to contact all vendors and ask them to delete all dailies and need them to proof. ok?
(1st time ive ever been asked to do this in movie with no nudity but ok.)

Confidential                                                                        SPE_BL0023262