**Liner Freedman Taitelman+Cooley LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-4912
egarofalo@lftcllp.com

May 4, 2026

*Via Email*

The Honorable Lewis J. Liman
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

In accordance with the Court's Order dated April 30, 2026 (Dkt. 1425), Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC (collectively the "Wayfarer Defendants") hereby refile public versions of the following documents previously filed under seal:

- The Wayfarer Defendants' Memorandum of Law in Support of the Wayfarer Parties' Motion to Exclude the Testimony of Plaintiff's Proffered Experts (Dkt. 1321) and Exhibits 3-4, 6, 17-19, 21-22, 24-26, 28-33, and 36-47 to the Declaration of Ellyn S. Garofalo submitted concurrently therewith (Dkt. 1331-3 – 1331-4, 1331-6, 1331-17 – 1331-19, 1331-21 – 1331-22, 1331-24 – 1331-26, 1331-29 – 1331-34, 1331-37 – 1331-48);

- The Wayfarer Defendants' Memorandum of Law in Support of the Wayfarer Parties' Motions in Limine (Dkt. 1312) and Exhibits A-F, H-K, and O-Q to the Declaration of Ellyn S. Garofalo submitted concurrently therewith (Dkt. 1328-1 – 1328-10, 1328-12 – 1328-16, 1328-19 – 1328-21);

- The Wayfarer Parites' Memorandum of Law in Opposition to Plaintiff Blake Lively's Motion to Exclude the Testimony of Defense Expert Nicole M. Alexander (Dkt. 1385) and Exhibits 1 and 4 to the Declaration of Alexandra A.E. Shapiro filed concurrently therewith (Dkt. 1384-1, 1384-4); and

- The Wayfarer Parties' Opposition to Plaintiff Blake Lively's Motion to Exclude the Opinions and Testimony of Michael J. Wagner (Dkt. 1396) and Exhibit A to the Declaration of Ellyn S. Garofalo submitted concurrently therewith (Dkt. 1398-1).

Very truly yours,

*/s/ Ellyn S. Garofalo*

Ellyn S. Garofalo