# EXHIBIT 25

Message



| | |
|---|---|
| **From:** | Adams, Anastasia [⬛⬛⬛⬛⬛⬛⬛⬛⬛] |
| **Sent:** | 7/18/2023 10:17:39 AM |
| **To:** | Blake L (External) [⬛⬛⬛⬛⬛⬛]; Lauren Zeinfeld (External) [⬛⬛⬛⬛⬛⬛⬛⬛]; Corrado Brondi (External) [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]; Meri Baregamian - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]; Gianni Pieraccioni - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]; Marco Cecchini - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛]; Ilaria Zegarelli - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]; Renee Ryan - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛⬛]; Stephane Bonnet - Give Back Beauty [⬛⬛⬛⬛⬛⬛⬛⬛] |
| **CC:** | Kaplan, Jennifer Lacks [⬛⬛⬛⬛⬛⬛]; Fritz, Joe [⬛⬛⬛⬛⬛⬛]; Vazquez, Michael [⬛⬛⬛⬛⬛⬛]; Robinson, Jenny [⬛⬛⬛⬛⬛⬛]; Fay, Hannah [⬛⬛⬛⬛⬛⬛]; Garrett, Colin [⬛⬛⬛⬛⬛⬛] |
| **Subject:** | EB Business Strategy & Haircare Financial Plan |
| **Attachments:** | EB Business Strategy & Financial Plan.pdf |

Hi Blake, Lauren, GBB-

Please find attached our final report as part of Deloitte's engagement with Family Hive. In this document, you will find an upfront summary covering the Competitive Landscape, Business Strategy, Haircare Financial Plan, Valuation, Governance, and Execution Plan; followed by detailed appendixes for reference.

Please do not hesitate to reach out with any questions or comments. We really appreciate the opportunity to work together, and we can't wait to see what the future holds for EB!

Best,
Ana

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

**Exhibit**
Family Hive 6