# EXHIBIT 30



# Company Overview 2024

## June 2024

### *Confidential*

ATTORNEYS' EYES ONLY

BL-000028664

**Exhibit**
Betty B 7

# Forward Looking Statements

*Various statements contained in this presentation, including those that express a belief, expectation or intention, as well as those that are not statements of historical fact, are forward-looking statements. These forward-looking statements may include projections and estimates concerning the timing and success of specific projects and future production, revenues, income and capital spending. Such forward-looking statements are generally, but not always, accompanied by words such as "estimate," "project," "predict," "believe," "expect," "anticipate," "potential," "should," "would," "may," "plan," "goal," "target," "can," "could," "continuing," "ongoing," "intend" or other words that convey the uncertainty of future events or outcomes. While we consider these expectations and assumptions to be reasonable, they are inherently subject to significant business, economic, competitive, regulatory and other risks, contingencies and uncertainties, most of which are difficult to predict and many of which are beyond the control of any person or entity. Examples of forward-looking statements include the plans and objectives of management for future operations, including those relating to future growth of the business, and are based on current expectations that involve assumptions that are difficult or impossible to predict accurately and many of which are beyond the control of any person or entity. There can be no assurance that actual developments will be those anticipated by this presentation. Actual results may differ materially from those expressed or implied in these statements as a result of significant risks and uncertainties. The forward-looking statements in this presentation speak only as of the date of this presentation and no person or entity undertakes any obligation to update or revise any forward-looking statement, whether written or oral, that may be made from time to time, whether as a result of new information, future developments or otherwise, except as may be required by law. These and other important factors may cause actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements. Any or all forward-looking statements in this presentation may turn out to be inaccurate. The inclusion of this forward-looking information should not be regarded as a representation by any person or entity that the future plans, estimates or expectations contemplated by this presentation will be achieved. This presentation does not constitute an offer to sell or a solicitation of an offer to buy any securities.*

2   STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

# Content

- Brand Overview

- Betty Booze Opportunity

- Betty Buzz Opportunity

- Consolidated Business Plan

3

ATTORNEYS' EYES ONLY

BL-000028666



BL-00028667

ATTORNEYS' EYES ONLY

# This is Blake.



Blake loves flavor and she loves food.



MINTY          TANGY          VELVETY          SMOKY          NUANCED          TART          SUBTLE



STRICTLY CONFIDENTIAL    5

ATTORNEYS' EYES ONLY

BL-000028668

STRICTLY CONFIDENTIAL

BL-000028669

ATTORNEYS' EYES ONLY



Blake asked:
"Why don't we hold what we drink to the same standards as what we eat?"

# Our North Star



Betty B was founded on a simple idea – that what we drink should be held to the same standards as the foods we eat.

Our commitment to making beverages that are real, uncomplicated, and delicious means we take the time to create homemade recipes from high-quality ingredients – with and without alcohol.

STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000028670

# Shoppers are looking for
# & willing to pay more for Quality Beverages



## 80%

of consumers believe product information is of major importance in the shopping decisions



## 72%

of shoppers find transparency to be important or extremely important in their purchase decision



## 73%

of shoppers are willing to pay a premium for beverages that are made with real, never artificial ingredients.

SOURCE: Nielsen IQ & Food Matters Live 2022

STRICTLY CONFIDENTIAL

8

ATTORNEYS' EYES ONLY

BL-000028671

ATTORNEYS' EYES ONLY

# Our Ambition

Create and become the #1 Premium+ Brand in the adult sparkling beverage category - with and without alcohol.

STRICTLY CONFIDENTIAL

BL-000028672

# Our Customer

ATTORNEYS' EYES ONLY

Millennial women (HHI $100K+) who prepare mixed drinks (alcoholic/non-alcoholic) AND Champagne/Sparkling wine, beer, flavored sparkling water, owns water maker, OR Diet Soft Drinks

81 Million

36M

Frequency: weekly

## The Betty B Consumer

- Gen Z, Millennials, 25-45 years old, skews female
- Self-identifies as a foodie
- Premium bubbly beverage buyer
- Buys premium, organic

## Insight

"I am looking for brands that are lower calorie, but full of flavor."

## Unmet Need

"Most beverages are either healthful or flavorful, I've never come across a beverage I've enjoyed as much as the taste of food --- made with real ingredients."

**Betty B appeals to Gen-Z and Millennial foodies who are also health conscious**

Source: 2022 Fall MRI-Simmons USA, Executed 1.20.23
SOURCE: SURVEY MONKEY DECEMBER 2022, SAMPLE SIZE: 1596

STRICTLY CONFIDENTIAL

BL-000028673

# Current Betty Buzz Portfolio (Non-alcoholic)



**SPARKLING GRAPEFRUIT**

**MEYER LEMON CLUB SODA**

**SPARKLING LEMON LIME**

**GINGER BEER**

**TONIC WATER**

STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

# Current Betty Booze Lineup







| SPARKLING TEQUILA VARIETY PACK | SPARKLING TEQUILA WITH SMOKED PINEAPPLE | SPARKLING TEQUILA WITH OAK SMOKED LEMONADE | SPARKLING TEQUILA WITH LIME SHISO | SPARKLING BOURBON WITH APPLE GINGER SOUR CHERRY | SPARKLING BOURBON WITH OAK SMOKED LEMONADE |
|---|---|---|---|---|---|
| 2x Sparkling Tequila with Oak Smoked Lemonade<br><br>2x Sparkling Tequila with Smoked Pineapple<br><br>2x Sparkling Tequila with Lime Shiso | Sparkling Water, Tequila, Mezca Brown Sugar, Molasses, Pineapple, Vanilla<br><br>Sparkling Tequila paired with the tropical flavors of pineapple, a pinch of brown sugar, and a splash of mezcal | Sparkling Water, Tequila, Lemon, Orange, Oak, Vanilla, Butter<br><br>Sparkling Tequila lemonade infused with warm oak, a squeeze of orange and a hint of butter.* | Sparkling Water, Tequila, Shiso, Lime, Sea Salt<br><br>Effervescent Tequila paired with citrusy lime and botanical notes of shiso. | Sparkling Water, Bourbon Whiskey, Apple, Ginger, Sour Cherry<br><br>Sparkling Bourbon paired with the crisp flavors of apple, a kick of ginger and a dash of sour cherry. | Sparkling Water, Bourbon Whiskey, Lemon, Meyer Lemon, Orange, Vanilla, Butter, Oak<br><br>Sparkling Bourbon lemonade infused with warm oak, a squeeze of orange and hints of butter.* |
| $21.99/6-pack<br>120-140 calories/can<br>4.5% ABV<br>Launched Summer 2024 | $14.99/4-pack<br>140 calories/can<br>4.5% ABV<br>Launched Summer 2024 | $14.99/4-pack<br>140 calories/can<br>4.5% ABV<br>Launched Summer 2023 @ Total Wine | $14.99/4-pack<br>120 calories/can<br>4.5% ABV<br>Launched Summer 2023 @ Total Wine | $14.99/4-pack<br>140 calories/can<br>4.5% ABV<br>Launched Summer 2023 @ Total Wine | $14.99/4-pack<br>140 calories/can<br>4.5% ABV<br>Launched Summer 2024 |



ATTORNEYS' EYES ONLY

BL-000028675

# Our Roll-out strategy –
# a Phased Approach to Growth



**Phase 3**
*2024 and beyond*

**Scale** *Betty Booze through national deal with Southern Glazer's Wine & Spirits*

*Betty Buzz 12oz Cans on Amazon*



*9oz Bottles in Natural Premium Channels and On-Premise*

**Phase 2**
*2023*

*Launch Betty Booze exclusively in*

**Total Wine**
*& MORE*



*Launch Betty Buzz 12oz Cans exclusively on*

**amazon**



**Phase 1**
*2022*

*Launch and establish the Betty Buzz Brand as Super Premium - launching with custom 9oz Glass in Mixer aisle*








STRICTLY CONFIDENTIAL

13

ATTORNEYS' EYES ONLY

BL-000028676

# Betty B Portfolio Plays across
# 3 Premium Beverage Categories

| | | Current US Retail $ | Expected Growth Rate |
|---|---|---|---|
| Betty Booze | **Premium Spirits Based <u>RTD</u>** | **$3.6 Billion** | **+10% CAGR 2023-28** |
| Betty Buzz Cans | **Sparkling Non-Alc "Refreshment"** | **$37.3 Billion** | **+2% CAGR 2023-26** |
| Betty Buzz Bottles | **Premium <u>Mixers</u>** | **$350MM** | **+10% CAGR 2023-30** |

 Source: Shanken, Nielsen, Grand View Research, Euromonitor

STRICTLY CONFIDENTIAL  14

ATTORNEYS' EYES ONLY



# Spirits RTD Opportunity
## Top Company Priority

ATTORNEYS' EYES ONLY

BL-000028678

# Betty Booze Opportunity

1. <u>**Large and Growing Category:**</u> 90+MM 9L Case Spirits RTD Market by 2028

2. <u>**Differentiated Brand and Product Positioning:**</u> Betty Booze - an award-winning liquid and packaging

3. <u>**Best in Class Marketing:**</u> A-list Founder, Billions of Earned Media Impressions and #2 RTD on Instagram

4. <u>**Proven National Traction:**</u> Top 5 RTD at Total Wine & More (#1 Liquor Retailer) nationally since July 2023 with only 3 flavors and no variety packs

5. <u>**Ready to Scale in 2024 and Beyond:**</u> Innovation, national distribution and marketing are locked in and rolling out now

6. <u>**Robust Financial Plan:**</u> Plans in place to achieve ~2% of the Spirits RTD category and 1.9MM 9L cases ($70MM Net Revenue) by 2028

16

ATTORNEYS' EYES ONLY

BL-000028679

Case 1:24-cv-10049-LJL   Document 1431-15   Filed 05/04/26   Page 18 of 63

# Betty Booze – Market Opportunity

- Spirits Based RTD Market in the US - 60MM 9L cases ($3.6Bn in retail sales) in 2023

- Expected to grow at a 10% CAGR in the medium term

- 90+MM 9L cases ($6Bn in retail sales) by 2028

17

ATTORNEYS' EYES ONLY

BL-000028680

# Spirits Based RTD US Market by Volume (2023)

## U.S.—LEADING SPIRITS-BASED RTDS[1]
### THOUSANDS OF 9-LITER CASES

| Brand[1] | Company | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Growth Rate[2] 2018-2023 | Percent Change[3] 2022-2023 |
|---|---|---|---|---|---|---|---|---|---|
| High Noon Sun Sips | Spirit of Gallo | - | 738 | 2,950 | 8,835 | 16,400 | 21,900 | * | 33.5% |
| Cutwater | Cutwater Spirits (ABI) | 170 | 350 | 840 | 1,945 | 2,650 | 3,035 | 78.0% | 14.5 |
| Monaco | Atomic Brands | 577 | 1,110 | 1,522 | 1,910 | 2,551 | 2,967 | 38.7 | 16.3 |
| Jose Cuervo Margaritas[2] | Proximo Spirits | 2,216 | 2,344 | 3,338 | 3,020 | 2,750 | 2,570 | 3.0 | -6.5 |
| Nütrl | Anheuser-Busch InBev | - | - | - | 20 | 900 | 2,025 | * | * |
| The Finnish Long Drink | The Long Drink Co | 20 | 33 | 221 | 467 | 1,000 | 1,800 | 145.3 | 80.0 |
| Carbliss | SNFood & Beverage LLC | - | 2 | 8 | 41 | 400 | 1,519 | * | * |
| Surfside Iced Tea & Vodka | Stateside Vodka | - | - | - | * | 168 | 1,236 | * | * |
| White Claw | Mark Anthony Brands | - | - | - | - | - | 1,200 | * | * |
| Jack Daniel's | Brown-Forman Beverages Worldwide | - | - | 134 | 260 | 419 | 1,036 | * | * |
| 1800 Ultimate Margarita | Proximo Spirits | 430 | 598 | 973 | 1,245 | 1,190 | 1,035 | 19.2 | -13.0 |
| Crown Royal RTDs | Diageo North America | - | - | 20 | 625 | 1,000 | 1,000 | * | - |
| Sunny D | Harvest Hill Beverage Co | - | - | - | - | - | 950 | * | * |
| Truly | Boston Beer Co | - | - | - | - | 200 | 875 | * | * |
| Buzzballz Cocktails[1] | Sazerac | 260 | 253 | 325 | 423 | 722 | 804 | 25.3 | 11.5 |
| Mom Water | Mom Water | - | - | - | 38 | 381 | 740 | * | 94.2 |
| On the Rocks | Suntory Global Spirits | - | - | 193 | 416 | 668 | 738 | * | 10.5 |
| Biggies Buzzballz | Sazerac | 7 | 19 | 40 | 67 | 112 | 629 | 144.7 | * |
| Devil's Backbone | Anheuser-Busch InBev | - | - | 55 | 330 | 500 | 525 | * | 5.0 |
| Bacardi RTDs[4] | Bacardi USA | 259 | 252 | 583 | 871 | 866 | 520 | 14.9 | -40.0 |
| Malibu RTDs | Pernod Ricard USA | 143 | 167 | 91 | 116 | 420 | 515 | 29.2 | 22.8 |
| Fresca Mixed | Constellation Brands | - | - | - | - | 114 | 447 | * | * |
| Absolut RTDs | Pernod Ricard USA | - | - | 149 | 318 | 443 | 425 | * | -3.9 |
| Stateside Vodka Soda | Stateside Vodka | - | - | - | 26 | 186 | 400 | * | * |
| Dogfish Head | Boston Beer Co | - | - | - | 170 | 295 | 360 | * | 22.0 |
| Jameson RTDs | Pernod Ricard USA | - | - | - | * | 178 | 154 | * | -13.7 |
| Cazadores RTDs | Bacardi USA | - | - | - | 195 | 296 | 153 | * | -48.2 |
| Deep Eddy RTDs | Heaven Hill Brands | - | - | - | 35 | 143 | 143 | * | - |
| Playamar Seltzer | Proximo Spirits | - | - | 19 | 101 | 106 | 107 | * | 0.5 |
| Kahlua RTDs | Pernod Ricard USA | 107 | 109 | 140 | 131 | 104 | 105 | -0.3 | 0.6 |
| Salvador's Margaritas | Luxco Inc (MGP) | 129 | 140 | 193 | 141 | 115 | 86 | -7.7 | -24.9 |
| Fabrizia | Fabrizia Spirits | 35 | 59 | 42 | 44 | 54 | 65 | 13.0 | 19.1 |
| Svedka RTDs | Constellation Brands | - | - | 11 | 112 | 134 | 64 | * | -52.4 |
| Twisted Shotz | Independent Distillers USA | 45 | 47 | 60 | 71 | 66 | 64 | 7.3 | -2.9 |
| Ole Smoky RTDs | Ole Smoky Distillery | - | - | 14 | 106 | 82 | 47 | * | -42.5 |
| Austin | Constellation Brands | - | - | - | 12 | 24 | 37 | * | 54.8 |
| Jola | Prestige Beverage Group | 68 | 120 | 121 | 79 | 43 | 34 | -12.7 | -20.4 |
| Skrewball Eggnog | Pernod Ricard USA | - | - | - | - | 10 | 24 | * | * |
| Dulce Vida | Milestone Brands | 13 | 14 | 17 | 24 | 17 | 21 | 10.9 | 23.5 |
| Olmeca Altos Ready-to-Serve | Pernod Ricard USA | - | - | - | - | 5 | 20 | * | * |
| **Total Leading Brands** | | **4,980** | **6,358** | **12,095** | **22,216** | **36,728** | **52,676** | **61.9%** | **41.0%** |

- High Noon is the largest RTD brand in the market – approaching 22MM 9L cases in 2023

- Independently-owned Long Drink reached 1MM 9L cases in 4 years and 1 year later is ~2MM

- 15 RTD brands are at/approaching 1+mm 9L cases sold – or significantly more

18

ATTORNEYS' EYES ONLY

BL-000028681



# This is Betty Booze.
## Sparkling Spirits
## Gourmet Ingredients

Inspired by homemade recipes
from Blake Lively's kitchen.

✓ Made to Taste – FLAVOR FORWARD

✓ Made with Premium ingredients, real spirits,
nothing artificial

✓ NOT just another vodka soda

✓ A proper cocktail... not too sweet and not too
caloric

19

STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000028682

## 2. Differentiated Brand & Product

# 2024 Marketing Campaign



BOOZIES FOR FOODIES



STRICTLY CONFIDENTIAL  20

ATTORNEYS' EYES ONLY

BL-000028683

# Betty Booze vs. Competitors



| | Betty Booze | High Noon | Cutwater |
|---|:---:|:---:|:---:|
| Gourmet Ingredients | ✓ | ✗ | ✗ |
| Real Spirits | ✓ | ✓ | ✓ |
| Lower Calorie | ✓ | ✓ | ✗ |
| Tastemaker Recipes | ✓ | ✗ | ✗ |
| Price per 4-pack | $14.99 | $10.99 | $10.49 |

STRICTLY CONFIDENTIAL   21

ATTORNEYS' EYES ONLY

BL-000028684

# Award-Winning Liquid and Packaging!





**Elite DAILY**

"**I officially get the hype around Betty Booze.** This taste-test was a pleasant surprise and proof that a lot of TLC went into making this brand as delicious as possible."

**USA TODAY**

"It's a thirst quencher... **There's nothing that tastes like it** coming from White Claw or High Noon or any of the RTD brands out there."

**Tasting Table.**

"I can say with every ounce of air in my cocktail-loving chest that this is, hands down, **the best canned beverage I've ever had.**"

ATTORNEYS' EYES ONLY

BL-000028685



# In under a year, Betty Booze has generated BILLIONS of Earned Media Impressions

### 3. Best in Class Marketing

ATTORNEYS' EYES ONLY

BL-000028686

# And Betty Booze is already the #2 RTD on Instagram



**blakelively** ✦

**44.7M Followers**

**bettybuzz** ✦

**297k Followers**



| | HANDLE | FOLLOWERS |
|---|---|---|
| 1 | White Claw | 229,000 |
| **2** | **Betty Booze** | **141,000** |
| 3 | Sprinter | 105,000 |
| 4 | Cutwater | 105,000 |
| 5 | High Noon | 96,000 |
| 6 | Surfside | 57,400 |
| 7 | Mom Water | 54,300 |
| 8 | Long Drink | 53,600 |
| 9 | Two Chicks | 36,600 |
| 10 | Nutrl | 17,400 |

*Plus amplification from Blake & Betty Buzz (~45M followers combined!)*





24

ATTORNEYS' EYES ONLY

BL-000028687

# Betty Booze endorsed by world renowned Michelin-star chef Daniel Boulud

"Blake's commitment to high-quality ingredients, natural understanding of flavor, and respect for craftsmanship, to create drinks that are so authentically her, are what makes this partnership such an organic fit..." - Chef Daniel Boulud

**<u>Click Here to Watch Video Spot</u>**

### Over 2B impressions!

**feast**  **AdAge**  **Women'sHealth**  **People**

**delish**  **FoodSided**  **OK!**  **Daily Mail**

SHARED BY BLAKE, CHEF, RYAN REYNOLDS AND BOOZE TO OVER 96.5 MILLION PEOPLE ON SOCIAL!

blakelively  danielboulud  bettybooze  vancityreynolds








| blakelively | danielboulud | bettybooze | vancityreynolds |
|---|---|---|---|
| 44.7M Followers | 426k Followers | 139k Followers | 51.5M Followers |

25

ATTORNEYS' EYES ONLY

BL-000028688

We launched Betty Booze exclusively at Total Wine & More 12 months ago as a test. The brand is a TOP 5 RTD at Total Wine (#1 US liquor chain) with consistent strong pull through at the register

| Brand | Retail Sales $ | % of Top 10 |
|---|---|---|
| HIGH NOON | $20,084,288 | 49% |
| CUTWATER | 6,925,744 | 17% |
| NUTRL | 2,982,760 | 7% |
| LONG DRINK | 2,776,750 | 7% |
| BETTY BOOZE | 1,990,473 | 5% |
| SURFSIDE | 1,623,663 | 4% |
| SUNNY D | 1,321,635 | 3% |
| MOM WATER | 1,284,027 | 3% |
| TWO CHICKS | 970,936 | 2% |
| JACK DANIEL'S | 883,618 | 2% |
| Top 10 RTD | $40,843,894 | 100% |

Note: Total Wine and More, Nielsen data 6/25/23 – 3/16/24, Retail $ value



- The 4 brands ahead of Betty Booze sell 2MM or more 9L cases per year nationally across all retailers

- High Noon Tequila (launched in March 2023) has done $2.2MM (included within High Noon Cocktail above) in sales during the same time period

  - Note – All of High Noons products total to a 22+MM case brand

26

ATTORNEYS' EYES ONLY

BL-000028689

Case 1:24-cv-10049-LJL    Document 1431-15    Filed 05/04/26    Page 27 of 63

# Since Launch Betty Booze Has Seen Consistent Weekly Pull at the Register

Betty Booze Weekly Sales vs Category Seasonality

**4. Proven Track Record**

**Blue line represents seasonal trend --- Betty Booze is in line with trend**

27

ATTORNEYS' EYES ONLY

BL-000028690

**Betty Booze has proven at Total Wine (over the last 12 months) that a flavor-forward canned cocktail at a premium price point has real legs and is now ready to scale.**

ATTORNEYS' EYES ONLY

BL-000028691

# Scale Betty Booze in 2024 and beyond

- **Flavor and variety pack innovation**

- **Broad distribution / national availability with Southern Glazer's Wine and Spirits**

- **Drive national awareness and trial**

29

ATTORNEYS' EYES ONLY

BL-000028692

# Innovation: Variety Packs launching in 2024



*Tequila Variety Launched April 2024*

*Bourbon Variety Launching Sept 2024*




*FPO*

*$21.99 for a 6-pack*

30

ATTORNEYS' EYES ONLY

BL-000028693



# National Availability – Distributor Map

## Signed National Partnership with Southern Glazer's Wine & Spirits (March 2024)



- SGWS
- Green Light
- TBD
- Empire
- Select Wines
- Fedway
- Horizon
- Capitol Hustings
- Brescome Barton
- Hayden

31

ATTORNEYS' EYES ONLY

BL-000028694

# 2024 Confirmed Listings





**Fall 2024**







ATTORNEYS' EYES ONLY

BL-000028695

32

# Our 2028 Business Ambition
## for Betty Booze

**2% market share**
**$70MM sales**
**~1.9MM cases**



*Achieve escape velocity*

*What does this mean?*

- *Grow to 1.9mm cases within 5 years*



ATTORNEYS' EYES ONLY

33

BL-000028696

# Betty Booze Market Share

| Year | Category Cases 9L Cases | Betty Booze Market Share | Betty Booze Total Cases | Betty Booze Net Revenue $ |
|---|---|---|---|---|
| 2022 | 37,379,000 | | N/A | N/A |
| 2023 | 52,008,172 | 0.1% | 40,040 | $1,672,062 |
| 2024 | 58,249,152 | 0.3% | 150,000 | $5,579,550 |
| 2025 | 65,239,050 | 0.8% | 500,000 | $18,598,500 |
| 2026 | 73,067,737 | 1.4% | 1,000,000 | $37,197,000 |
| 2027 | 81,835,865 | 1.7% | 1,400,000 | $52,386,110 |
| 2028 | 91,656,169 | 2.0% | 1,862,000 | $69,673,526 |

- Current RTD market in the US (based on Nielsen representing ~30%) is ~60MM 9L cases

- According the IWSR, the RTD market is supposed to grow +12% in volume between 2023 and 2027

- Our goal is for Betty Booze to be ~2% (1.9MM 9L cases) of the RTD market



Source: IWSR, RTD Growth CAGR

34

ATTORNEYS' EYES ONLY

BL-000028697

Case 1:24-cv-10049-LJL Document 1431-15 Filed 05/04/26 Page 35 of 63







**Chart: 2024 YTD Cases and Gross Revenue**

| | YTD Revenue Through June | YTD Budget | FY Budget |
|---|---|---|---|
| Value | $3,022,732 | $2,926,789 | $6,649,800 |

- YTD Gross Revenue includes end of June planned deliveries

- ~70k cases have been shipped YTD

- 45% of the annual plan has already been achieved

- We are pacing on plan to achieve our annual goal



ATTORNEYS' EYES ONLY

BL-000028698

Case 1:24-cv-10049-LJL   Document 1431-15   Filed 05/04/26   Page 36 of 63



# Betty Booze 5 Year Financial Model

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 40,040 | 150,000 | 500,000 | 1,000,000 | 1,400,000 | 1,862,000 |
| | | | | | | |
| Gross Revenue | $1,781,558 | $6,649,500 | $22,165,000 | $44,330,000 | $62,062,000 | $82,542,460 |
| Discounting | -- | (664,950) | (2,216,500) | (4,433,000) | (5,895,890) | (7,841,534) |
| FET | (109,496) | (405,000) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| Net Revenue | $1,672,062 | $5,579,550 | $18,598,500 | $37,197,000 | $52,386,110 | $69,673,526 |
| COGS | $574,406 | $2,388,018 | $9,588,600 | $18,410,112 | $24,743,191 | $31,592,106 |
| COGS - Logistics | 43,281 | -- | -- | -- | -- | -- |
| Total COGS | $617,687 | $2,388,018 | $9,588,600 | $18,410,112 | $24,743,191 | $31,592,106 |
| Gross Profit | $1,054,375 | $3,191,532 | $9,009,900 | $18,786,888 | $27,642,919 | $38,081,421 |
| Gross Profit Margin % | 63% | 57% | 48% | 51% | 53% | 55% |
| A&P | $1,462,394 | $3,688,750 | $5,000,000 | $7,000,000 | $9,000,000 | $10,000,000 |
| Selling & Distribution | 17,118 | 600,000 | 1,960,000 | 3,841,600 | 5,270,675 | 6,869,798 |
| Total CAAP | ($425,137) | ($1,097,218) | $2,049,900 | $7,945,288 | $13,372,244 | $21,211,623 |
| | | | | | | |
| A&P % of Net Revenue | 87% | 66% | 27% | 19% | 17% | 14% |
| CAAP % of Net Revenue | (25%) | (20%) | 11% | 21% | 26% | 30% |

- Betty Booze Gross Profit margin is higher in 2023 and 2024 due to incentive deal with co-packer



- Betty Booze margins reset in 2025+ after incentive deal

36

ATTORNEYS' EYES ONLY

BL-000028699

Case 1:24-cv-10049-LJL    Document 1431-15    Filed 05/04/26    Page 37 of 63



**Non-Alcoholic Opportunity**

ATTORNEYS' EYES ONLY

BL-000028700

# Betty Buzz Opportunity

1. **Differentiated Brand Positioning:** Betty Buzz is a super-premium sparkling non-alcoholic beverage that can be mixed with spirits or consumed on its own

2. **Breakthrough marketing:** A-list Founder, Billions of Earned Media Impressions and Top 10 Non-Alc. Sparkling Non-Alcoholic Beverage on Instagram

3. **Proven National Traction:** Whole Foods, Amazon and Darden Restaurants – Betty Buzz has a demonstrated track record in premium outlets

4. **Business Plan:** Steady and sustainable business plan

38

ATTORNEYS' EYES ONLY

BL-000028701

ATTORNEYS' EYES ONLY

# We stand out based on our Product <u>Quality</u> and Real <u>Ingredients</u> Positioning.

Our ingredients read like a grocery list.

## 1. Differentiated Brand Positioning



BL-000028702

# Betty Buzz: Winner of over 60 Industry Awards Since Launch



★ Standout Awards, Best in Show

ATTORNEYS' EYES ONLY

STRICTLY CONFIDENTIAL

40

BL-000028703

# Raising awareness of our brand positioning that garnered BILLIONS in Earned Impressions

2. Breakthrough Marketing





41

ATTORNEYS' EYES ONLY

BL-000028704

ATTORNEYS' EYES ONLY

**Engaged Audience of +297k followers**



| | HANDLE | FOLLOWERS |
|---|---|---|
| 1 | Coca Cola | 3,000,000 |
| 3 | Pepsi | 1,900,000 |
| 4 | Sprite | 902,000 |
| 4 | Poppi | 380,000 |
| 5 | Olipop | 301,000 |
| 6 | Betty Buzz | 297,000 |
| 7 | Jarritos | 197,000 |
| 8 | San Pellegrino | 173,000 |
| 9 | Spindrift | 173,000 |
| 10 | Fever-Tree | 162,000 |

**Betty Buzz**

242 Posts  272K Followers  6 Following

21,434,845

Treat your taste buds with homemade, mouth-watering real ingredient sparkling beverages. Founded by @blakelively | sister to @bettybooze

urlgeni.us/amazon/IG_BrandStore

BL-000028705

# 2024 Betty Buzz Distribution Footprint

*Currently selling in 7,000+ Retail Doors*



National Retailer Partners

SAFEWAY
Albertsons
Total Wine & MORE
SPROUTS
WHOLE FOODS MARKET
co-op
+ E-Comm
gopuff

National On-Premise Partners

National Distributor Partners

Sysco  EUR&PEAN IMPORTS — a Sysco Company
the chefsWAREHOUSE
KeHE  UNFI

Regional Distributor Partners

LIPARI

STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000028706

# Betty Buzz x Whole Foods Partnership










- **Whole Foods is one of our top US Retail partners - selling almost 25,000 cases in 2023 (600,000 bottles)!**

- Since launching at the chain, Betty Buzz has increased its weekly volume +63% (excluding promo weeks)

- **Whole Foods is expected to do 44,000 cases in 2024 +76% YoY**

- Our Whole Foods UK & Canada partnership has been just as strong

44

ATTORNEYS' EYES ONLY

BL-000028707

# Betty Buzz x Whole Foods Partnership: Strong Velocity – higher $ per flavor vs. Fever Tree




FEVER-TREE

|  | Betty Buzz | Fever Tree |
|---|---|---|
| YTD $ Through Register | $828,867 | $2,192,198 |
| Number of Stores | 500 | 500 |
| Number of Weeks | 22 | 22 |
| Brand $ Velocity ($/store/week) | $75.35 | $199.29 |
| Number of SKUs | 4 | 13 |
| **$ Velocity / SKU ($/store/week/sku)** | **$18.84** | **$15.33** |

**+23% VS FT**

Note: Nielsen 12 weeks-ending June 1st 2024



45   STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000028708

# Betty Buzz X Amazon 2023 Overview and Recap

## 3. Proven National Traction

By partnering with Amazon in 2023, the largest and most efficient e-commerce platform, we were able to leverage their reach, placement media to drive awareness and conversion simultaneously so we could successfully leapfrog competitors.



## $1.9M
in gross revenue in 2023

## Betty Buzz a #4 top Selling Soft Drink for Prime Day

## $1.0M
in gross revenue in 2024 YTD – on plan - (Prime Day drives significant portion of annual sales)

## $10M
in added value via paid media placements via Amazon partnership

15.5M

82.8K

128K

285K

46

ATTORNEYS' EYES ONLY

BL-000028709

Case 1:24-cv-10049-LJL   Document 1431-15   Filed 05/04/26   Page 48 of 63

# Betty Buzz X Darden Overview and Recap



**GRAPEFRUIT PALOMA**

11.29   200 cal



**BETTY BUZZ GRAPEFRUIT SODA**

6.99





PATRÓN PALOMA

16   210 cal



Noble Paloma

*Casa Noble Reposado Tequila, lime juice, coconut, Betty Buzz Grapefruit Soda, hibiscus chili lime salt.*

**Betty Buzz Sparkling Grapefruit is listed on the menu at three Darden chains nationally:**
- **Yard House**
- **Seasons 52**
- **Capital Grille**

**Betty Buzz and Darden partnership has been a success – on track to deliver over 10,000+ physical cases in 2024**
- **2x 2023 Volume**

47

ATTORNEYS' EYES ONLY

BL-000028710

# Betty Buzz 2024 YTD Cases and Revenue








| | | |
|---|---|---|
| $10,000,000 | | |
| $9,000,000 | | |
| $8,000,000 | | |
| $7,000,000 | | |
| $6,000,000 | | |
| $5,000,000 | | |
| $4,000,000 | | |
| $3,000,000 | | |
| $2,000,000 | | |
| $1,000,000 | | |
| — | YTD Revenue Through June | YTD Budget | FY Budget |

- YTD Revenue includes end of June planned deliveries

- 118+k cases have been shipped YTD

- 47% of the annual plan has already been achieved

- We are pacing on plan to achieve our annual goal



48

ATTORNEYS' EYES ONLY

BL-000028711

# Betty Buzz 5 Year Financial Model

**4. Business Plan**

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 188,259 | 232,500 | 283,675 | 341,469 | 392,341 | 457,635 |
| | | | | | | |
| Gross Revenue | $6,428,592 | $8,745,930 | $10,982,631 | $13,405,693 | $15,687,243 | $18,560,634 |
| Discounting | (1,296,023) | (1,235,083) | (1,301,472) | (1,596,713) | (1,887,051) | (2,250,162) |
| Early Payment | (56,238) | (53,360) | (59,708) | (71,650) | (85,980) | (103,175) |
| Slotting | (174,666) | (145,406) | (144,046) | (172,855) | (207,426) | (248,911) |
| FET | -- | -- | -- | -- | -- | -- |
| **Net Revenue** | **$4,901,664** | **$7,312,081** | **$9,477,405** | **$11,564,475** | **$13,506,786** | **$15,958,386** |
| COGS | $2,649,671 | $3,660,601 | $4,410,785 | $5,211,704 | $5,890,331 | $6,760,650 |
| COGS - Logistics | 313,490 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $2,963,161 | $3,805,601 | $4,555,785 | $5,356,704 | $6,035,331 | $6,905,650 |
| **Gross Profit** | **$1,938,503** | **$3,506,480** | **$4,921,620** | **$6,207,771** | **$7,471,455** | **$9,052,736** |
| *Gross Profit Margin %* | *40%* | *48%* | *52%* | *54%* | *55%* | *57%* |
| A&P | $3,209,701 | $2,511,250 | $2,600,000 | $2,600,000 | $2,600,000 | $2,600,000 |
| Selling & Distribution | 1,938,765 | 1,890,940 | 2,324,976 | 2,776,354 | 3,248,256 | 3,763,066 |
| **Total CAAP** | **($3,209,962)** | **($895,710)** | **($3,356)** | **$831,417** | **$1,623,199** | **$2,689,670** |
| Broker Fees | 32,848 | 570,863 | 758,183 | 954,014 | 1,156,070 | 1,408,069 |
| Consultants | 19,566 | -- | -- | -- | -- | -- |
| Consultants - 3rd Party Sales | 15,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Consultants - Digital | 169,815 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Other SG&A | $237,229 | $950,863 | $1,143,183 | $1,343,114 | $1,549,352 | $1,805,617 |
| **EBITDA** | **($3,491,889)** | **($1,846,572)** | **($1,146,539)** | **($511,696)** | **$73,847** | **$884,053** |
| | | | | | | |
| *A&P % of Net Revenue* | *65%* | *34%* | *27%* | *22%* | *19%* | *16%* |
| *CAAP % of Net Revenue* | *(65%)* | *(12%)* | *(0%)* | *7%* | *12%* | *17%* |

- Conservative investment in the brand's A&P as sales growth comes from increased velocity in current distribution (as evidenced by Whole Foods)
- Allocated SG&A includes only direct costs; full P&L to follow



49

ATTORNEYS' EYES ONLY

BL-000028712



# Consolidated Business Plan

ATTORNEYS' EYES ONLY

BL-000028713

# Current Corporate Structure Overview

**Betty B Holdings LLC**

**Betty Buzz LLC**

**BBZ IP Holdings LLC (Betty Booze)**

IP: All Betty Buzz Trademarks

Operating Company for non-alcoholic beverages

IP: All Betty Booze Trademarks



**Betty B Holdings LLC**

Operating Company with TTB Federal Wholesale License

Held outside of Betty B Holdings to allow flexibility for investor base

No value ascribed here to this entity. It is simply a license company. Owned separately outside of Betty B

51

STRICTLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

BL-000028714

STRICTLY CONFIDENTIAL

# 2028 Target to Achieve $100+MM in Gross Revenue



Betty Booze
**82%**

Betty Buzz
**18%**

Liquor / Grocery & On-Trade

Premium Grocery & On-Trade

ATTORNEYS' EYES ONLY

BL-000028715

52

# Betty B 5-Year Plan – $100mm+ in Gross Revenue

**Betty B Gross Revenue**



| % of Business | 2021A | 2022A | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|---|---|
| Betty Buzz | 100% | 100% | 78% | 57% | 33% | 23% | 20% | 18% |
| Betty Booze | 0% | 0% | 22% | 43% | 67% | 77% | 80% | 82% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

ATTORNEYS' EYES ONLY

BL-000028716

53

# Betty B Consolidated Income Statement

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 228,299 | 382,500 | 783,675 | 1,341,469 | 1,792,341 | 2,319,635 |
| | | | | | | |
| Gross Revenue | $8,210,150 | $15,395,430 | $33,147,631 | $57,735,693 | $77,749,243 | $101,103,094 |
| Discounting | (1,296,023) | (1,900,033) | (3,517,972) | (6,029,713) | (7,782,941) | (10,091,696) |
| FET | (109,496) | (405,000) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| Net Revenue | $6,573,726 | $12,891,631 | $28,075,905 | $48,761,475 | $65,892,896 | $85,631,912 |
| COGS | $3,224,076 | $6,048,619 | $13,999,385 | $23,621,816 | $30,633,522 | $38,352,755 |
| COGS - Logistics | 356,771 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $3,580,848 | $6,193,619 | $14,144,385 | $23,766,816 | $30,778,522 | $38,497,755 |
| Gross Profit | $2,992,878 | $6,698,012 | $13,931,520 | $24,994,659 | $35,114,375 | $47,134,157 |
| Gross Profit Margin % | 46% | 52% | 50% | 51% | 53% | 55% |
| A&P | $4,672,096 | $6,200,000 | $7,600,000 | $9,600,000 | $11,600,000 | $12,600,000 |
| Selling & Distribution | 1,955,883 | 2,490,940 | 4,284,976 | 6,617,954 | 8,518,931 | 10,632,864 |
| Total CAAP | ($3,635,100) | ($1,992,928) | $2,046,544 | $8,776,705 | $14,995,443 | $23,901,292 |
| Salaries | $4,122,289 | $3,438,601 | $3,349,822 | $3,416,818 | $3,485,154 | $3,589,709 |
| Payroll Taxes | 191,448 | 246,000 | 238,898 | 243,676 | 248,549 | 256,006 |
| Benefits & Insurance | 270,849 | 321,301 | 340,079 | 346,881 | 353,818 | 364,433 |
| T&E | 690,530 | 477,474 | 505,303 | 515,409 | 525,717 | 541,489 |
| Total Salaries and T&E | $5,275,116 | $4,483,375 | $4,434,101 | $4,522,783 | $4,613,239 | $4,751,636 |
| Accounting | $160,083 | $100,000 | $102,500 | $104,550 | $106,641 | $108,774 |
| Company Insurance | 127,956 | 142,000 | 145,550 | 148,461 | 151,430 | 154,459 |
| IT | 247,985 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Legal | 414,955 | 180,000 | 184,500 | 188,190 | 191,954 | 195,793 |
| Office Expense | 140,126 | 197,500 | 202,438 | 206,486 | 210,616 | 214,828 |
| Broker Fees | 279,257 | 817,358 | 979,833 | 1,397,314 | 1,776,690 | 2,233,494 |
| Consultants | 212,508 | 220,000 | 165,000 | 168,300 | 171,666 | 175,099 |
| Consultants - 3rd Party Sales | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Consultants - Digital | 169,815 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Processing Fees | 26,908 | 44,500 | 45,613 | 46,525 | 47,455 | 48,404 |
| Research and Development | 133,161 | 125,000 | 128,125 | 130,688 | 133,301 | 135,967 |
| Other SG&A | $2,092,754 | $2,406,358 | $2,543,558 | $2,988,713 | $3,396,318 | $3,881,914 |
| EBITDA | ($11,002,970) | ($8,882,661) | ($4,931,115) | $1,265,209 | $6,985,887 | $15,267,742 |

- Salaries and other overhead costs decrease in 2024 due to sharing costs with Pantalones Tequila

- Accounting and Legal fees were high in 2023 due to revising the company's corporate structure to accommodate investor flexibility in alcohol

54

ATTORNEYS' EYES ONLY

BL-000028717

# Betty B Consolidated Cash Flow

| Cash Flow Projections | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Cash Flow | | | | | | |
| EBITDA | ($11,002,970) | ($8,882,661) | ($4,931,115) | $1,265,209 | $6,985,887 | $15,267,742 |
| (Increase) / Decrease in Working Capital | (1,197,837) | 65,193 | (2,326,163) | (2,512,137) | (1,849,266) | (2,938,823) |
| Cash Flow from Operations | ($12,870,377) | ($8,817,468) | ($7,257,278) | ($1,246,929) | $5,136,620 | $12,328,920 |
| Capital Expenditure | $0 | $0 | $0 | $0 | $0 | $0 |
| FCF | ($12,870,377) | ($8,817,468) | ($7,257,278) | ($1,246,929) | $5,136,620 | $12,328,920 |
| Beginning Cash Balance | $10,249,481 | $453,104 | $385,636 | $1,065,858 | $848,616 | $2,582,112 |
| FCF | (12,870,377) | (8,817,468) | (7,257,278) | (1,246,929) | 5,136,620 | 12,328,920 |
| Equity Infusion | 3,074,000 | 5,000,000 | 10,000,000 | 0 | 0 | 0 |
| Loan | 0 | 4,000,000 | 2,000,000 | 1,250,000 | 0 | 0 |
| Interest on Loan | | (250,000) | (62,500) | (220,313) | (153,125) | 0 |
| Repayment of Loan | 0 | 0 | (4,000,000) | 0 | (3,250,000) | 0 |
| Ending Cash Balance | $453,104 | $385,636 | $1,065,858 | $848,616 | $2,582,112 | $14,911,031 |

- We currently have drawn $4mm of a $5mm credit line from one of our investors

- Plan assumes $15mm of future equity capital including the repayment of the $4mm

- Thereafter will need to redraw down ~$3mm to fund working capital



55

ATTORNEYS' EYES ONLY

BL-000028718

# Betty B Consolidated Balance Sheet

| Balance Sheet | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Current Assets: | | | | | | |
| Excess Cash | $453,104 | $385,636 | $1,065,858 | $848,616 | $2,582,112 | $14,911,031 |
| Accounts Receivable | 1,355,294 | 1,741,905 | 4,232,238 | 7,416,771 | 10,012,785 | 13,038,233 |
| Inventory | 3,046,650 | 2,206,291 | 2,683,865 | 2,312,089 | 3,016,919 | 3,789,866 |
| Prepaid expenses | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 |
| Total Current Assets | $4,890,089 | $4,368,873 | $8,017,002 | $10,612,518 | $15,646,857 | $31,774,171 |
| Property, Plant and Equipment | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 |
| Total Non-Current Assets | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 |
| Total Assets | $5,980,710 | $5,459,494 | $9,107,623 | $11,703,139 | $16,737,478 | $32,864,792 |
| Current Liabilities: | | | | | | |
| Accounts Payable | $2,347,194 | $1,958,639 | $2,600,383 | $2,901,003 | $4,352,580 | $5,212,153 |
| Accrued Liabilities | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 |
| Total Current Liabilities | $2,569,578 | $2,181,023 | $2,822,767 | $3,123,387 | $4,574,964 | $5,434,537 |
| Loan Payable | $0 | $3,750,000 | $1,687,500 | $2,717,188 | ($685,938) | ($685,938) |
| Total Non-Current Liabilities | $0 | $3,750,000 | $1,687,500 | $2,717,188 | ($685,938) | ($685,938) |
| Total Liabilities | $2,569,578 | $5,931,023 | $4,510,267 | $5,840,574 | $3,889,027 | $4,748,599 |
| Shareholders' Equity: | | | | | | |
| Class A | $24,268,917 | $29,268,917 | $39,268,917 | $39,268,917 | $39,268,917 | $39,268,917 |
| Retained Earnings | (20,857,785) | (29,740,446) | (34,671,561) | (33,406,353) | (26,420,466) | (11,152,724) |
| Total Shareholders Equity | $3,411,132 | ($471,529) | $4,597,356 | $5,862,564 | $12,848,451 | $28,116,193 |
| Total Liabilities and Shareholders' Equity | $5,980,710 | $5,459,494 | $9,107,623 | $11,703,139 | $16,737,478 | $32,864,792 |

56



ATTORNEYS' EYES ONLY

BL-000028719



BL-000028720

ATTORNEYS' EYES ONLY

# Publicly Traded Non-alc Beverage Companies Trade at an Average More Than 5x EV / 2024E Net Revenue



EV/2024E Net Rev

**Notes**

- Multiples are based on Enterprise Value to Forecasted net revenue for 2024

- Albeit at a different scale, Coca-Cola is a good comparable for Betty Buzz for this investment round as it is a pure brand holding company that manages sales and marketing. Coca-Cola has an independent co-packing and distribution network

- KDP multiple is weighted down by its coffee systems and distribution of licensed brands (e.g. Evian which is distributed on behalf of Danone)

- **PepsiCo's** multiple is weighed down by Frito Lay and other snacking brands (50+% of business) and its owned distributor network. Food sector and distribution trades at lower revenue multiples than beverage. We have shown the average with and without PepsiCo due to the above reasons



Sources: Yahoo Finance or Company directly

58

ATTORNEYS' EYES ONLY

BL-000028721

# Non-alc Beverage Companies Have Traded at an Average 6x EV / Forward 12 Month Net Revenue in Private Market Transactions



EV / Forward 12 Month Net Rev

Acquirer: Coca-Cola, Coca-Cola, KDP, KDP

ATTORNEYS' EYES ONLY

Source: Company press release and presentation

59

BL-000028722

# Spirits Brand Multiples

---

- Historically spirits brands have sold for higher multiples than non-alc beverage brands, especially those brands with celebrity founders

  - Aviation Gin – Sold at a valuation of 20x Net Revenue

  - Casamigos – Sold at a valuation of 20x Net Revenue

  - Svedka – Sold at a valuation of 10x Net Revenue

  - Grey Goose – Sold at a valuation of 10x Net Revenue



Source: Company press release and presentation

60

ATTORNEYS' EYES ONLY

BL-000028723

# Betty B Valuation Summary

| | 2024 |
|---|---|
| **Sum of the Parts Valuation** | |
| **Betty Booze Net Revenue** | $5,579,550 |
| *Betty Booze Multiple* | *10.0x* |
| Betty Booze Valuation | **$ 55,795,500** |
| | |
| **Betty Buzz Net Revenue** | $7,312,081 |
| *YoY Growth Assumption* | *49%* |
| *Betty Buzz Multiple* | *5.0x* |
| **Betty Buzz Valuation** | **$ 36,560,405** |
| **Total Valuation** | **$ 92,355,905** |
| **Consolidation Valuation - Betty B Holdings LLC** | |
| **Betty B Net Revenue $** | **12,891,631** |
| Betty B Net Revenue Valuation Multiple | **7.2x** |

- We are on plan for 2024 as we enter the back half of the year



61

ATTORNEYS' EYES ONLY

BL-000028724

BL-000028725

ATTORNEYS' EYES ONLY

