# EXHIBIT 31

Message
_____

**From:**       Laura - Blake Brown Beauty ███████████████████████
**Sent:**       9/10/2024 5:59:00 PM
**To:**         Blake Reynolds ███████████████
**CC:**         Sophia Travaglia ███████████████████
**Subject:**    FW: Latest sales, review data
**Attachments:** Target Reviews.xlsx


Hi Blake – wanted to resurface detail on the reviews – snapshot of major feedback below, and detail in the attached.  Feedback in past week has been largely consistent.  Here is high level action plan against major areas of feedback

- **Scent**: this will always be a personal choice and some just won't like it, but overwhelmingly we get positive feedback on social and in other reviews
- **Price**: looking at ways to contextualize price (e.g., xx number of uses, xx number of months) to help the price feel more attainable.  Also note that for many the price is viewed as a huge positive given the comparison of salon products
- **Packaging**: we knew the packaging wouldn't be for everyone.  Most notably people have given feedback
- **Performance + formula:** Focusing social and owned content on educating how to use products, who should use products (e.g., evolving from saying "hair needs nourishment, try our nourishing" to helping people identify how to know if hair needs nourishment by behaviors or physical attributes), how often to use products, etc.  this will be huge focus of our 9/30 shoot

| Product | Comments/Trends |
|---|---|
| Nourishing Shampoo | **Performance:** The most frequently mentioned issue, with 42.11% of the comments highlighting problems such as dryness, brittleness, and damage to hair.<br>**Formula:** 21.05% of the comments specifically pointed out issues related to the formula causing hair problems.<br>**Packaging:** Also at 21.05%, many users found the packaging to be impractical or difficult to use.<br>**Scent:** 10.53% of the comments mentioned that the scent was overpowering or unpleasant. |

**Exhibit**
**Family Hive 12**

CONFIDENTIAL                                                                    BL-000032949

| | |
|---|---|
| Nourishing Mask | **Performance**<br>Hair Dryness: A significant number of users reported that the product made their hair feel dry, coarse, or sticky.<br>Lack of Effectiveness: Numerous users noted that the product did not live up to its claims and did not improve their hair's condition.<br><br>**Packaging Issues**: Many users found the packaging to be impractical, difficult to use, and not suitable for the shower environment. |
| Strengthening Shampoo | **Scent:** The key negative feedback trends continue to revolve around the scent being overpowering and the **packaging** being impractical, which significantly contributed to the low ratings.<br><br>Performance: 40% (comments related to drying, frizz, hair fall, etc.) |
| Strengthening Mask | **Scent:** This was the most frequently mentioned complaint, with 54.3% of the reviews citing issues with the scent. Users often found the scent overpowering, unpleasant, or not as expected.<br><br>**Packaging:** 40% of the reviews mentioned problems with the packaging. Complaints included the bottle design being hard to use, unattractive, or taking up too much space.<br><br>**Performance:** 25.7% of the reviews criticized the product's performance, with users reporting that it did not deliver the expected results, such as causing hair dryness, fallout, or other negative effects.<br><br>**Price:** Another 25.7% of the reviews highlighted the product's price as an issue, with users feeling that the product did not offer value for the cost, especially considering the perceived poor performance. |

BL-000032950

**Performance** (55.56% of negative feedback):
Many users complained that the product did not **perform** as expected. Several mentioned that it left their hair feeling greasy, dry, or tangled rather than smooth and soft. Some users even noted that their hair felt worse after using the product, which is a significant concern for a leave-in treatment.

**Scent** (22.22% of negative feedback):
The scent of the product was another major point of contention. While some appreciated the fragrance, many found it overpowering, unpleasant, or headache-inducing. A few reviewers specifically mentioned that they had to rewash their hair because the scent was too strong or off-putting. This suggests that the fragrance may not be universally appealing and could be too intense for sensitive users.

**Leave-in Conditioner**

**Formula** (8.33% of negative feedback):
The formula itself was criticized for being too thick, sticky, or difficult to apply. Some users mentioned that the product clogged the spray nozzle or came out in clumps, making it challenging to use. The texture was often described as heavy or waxy, which made it unsuitable for certain hair types, particularly finer hair.

**Price** (8.33% of negative feedback):
Several users felt that the product was overpriced, especially considering its performance. They noted that the quality did not justify the cost and that there were better alternatives available at a lower price point. This dissatisfaction with the value proposition suggests that the product might not meet the expectations set by its price.

**Packaging** (5.56% of negative feedback):
The packaging design was another source of frustration. Users found the bottle difficult to hold and the spray nozzle ineffective. Some mentioned that the product sprayed unevenly, creating a mess rather than delivering a fine mist. There were also complaints about the bottle being awkward to handle, especially when applying the product with one hand.
**Performance:** The most prominent negative feedback revolves around performance issues, where users felt the product didn't work effectively (35.29%).

**Pre-Shampoo Mask**

**Price:** Price is another significant concern, with users feeling that the product didn't justify its cost (23.53%).

**Scent:** Some users were dissatisfied with the scent, packaging, and believed it was a celebrity gimmick.

CONFIDENTIAL

| | |
|---|---|
| Glam Mousse | **Performance:**<br>"Made hair feel like straw."<br>"Made hair frizzy."<br>"Not clean."<br>"Made hair feel greasy."<br><br>**Positives:** 41.5% of negative reviews liked the smell<br><br>**Performance:** 12% of negative reviews mentioned the product made their hair frizzy |
| Dry Shampoo | A majority of the reviews highlight that the product fails as a dry shampoo, with many users reporting that it does not absorb oil, leaves hair greasy, or feels more like a texturizing spray.<br><br>**Formula:** There are frequent complaints about the product's formula, which often leaves hair feeling stiff, sticky, or with an unpleasant residue.<br><br>**Price:** Several reviewers believe that the product is overpriced for the quality it delivers, especially compared to other dry shampoos available on the market. |

**From:** Laura - Blake Brown Beauty <██████████>
**Date:** Thursday, September 5, 2024 at 5:02 PM
**To:** Blake Reynolds <███████>
**Cc:** Mindel - Blake Brown Beauty <███████████>, Sophia Travaglia <████████>
**Subject:** Latest sales, review data

Hi Blake –

Attached is the sales data as of today (Master Raw Data).  A few notes:
- Sales rates overall have come down but we are still out pacing original Target forecast and amidst somewhat spotty inventory.
- Returns are remaining somewhat high but we are monitoring to ensure rate of return is staying same or declining vs getting worse

Also attached are Target reviews.
- Details by Sku tab has a deep dive
- Weekly Snapshot gives an overview for week ending 8/23 and week ending 8/30.  Ali will issue the next update Monday

Let us know any questions

CONFIDENTIAL                                                                                                                          BL-000032952