# EXHIBIT 32

| Date logged | b | Handle | Email | NOTES | Category | Follow Up Survey Sent | Survey Completed 2 survey responses incomplete - no email provided | Reponse sent |
|---|---|---|---|---|---|---|---|---|
| September 20 | "My hair will need time to recover from using this, totally dried it out" | indiamcq | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.24 | | |
| September 20 | "The dry shampoo is unfortunately so bad for me. It makes my hair SO dry and unmanageable I am going to have to throw the rest of the can away" | jessicawah33 | Redacted - Non-Responsive | | Dry - Dry Shampoo | Survey D1 9.23.25 | 9.23.24 | 9.30.24 Personalized based on usage in survey |
| September 20 | "I'm so sad because my hair dried out after using these products and I really wanted to love them,the scents are amazing, I loved nectar santal but my hair is so dry now" | gvalverde__ | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.26 | 9.23.24 | 9.30.24 Personalized based on usage in survey |
| September 20 | "Totally agree. Only good thing was the smell. Dried out my hair and the packaging isnt user friendly at all" | ekshoeshoppa | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.27 | | |
| September 20 | "Sadly my hair dried out. I wanted to love it but from the very not user friendly packaging to the results this was not it. The smell was amazing but that's the only part of the product I can stand by" | onebiteca | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.28 -Survey G1 10.7.23 | | |
| September 23 | That happened to me as well. Very drying. I gave it to a friend. It didn't work for him as well, very drying" | nnadineshops | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.29 | | |
| September 23 | "Same, I wanted to love it- Dried out my hair SOOO bad to the point where its breaking and damaged again. Back to Olaplex!" | paige_michelle438 | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.30 | 9.23.24 | 9.30.24 General - no specific recos - haven't sent yet |
| September 20 | "I wanted to like it so bad, but my hair was so dry after using it for 3 weeks. I had to return it" | draperlaurenr | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.31 | | |
| September 20 | Not made for fine hair, made my hair feel like straw. Smell is 20/10 though | k.v.l017 | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| | Really wanted to love this; my hair has never been dry or damaged and I don't dye it or use heat products. But using this just twice has damaged my otherwise soft hair; took a month going back to regular store bought tresseme to get my hair somewhat back yo normal. It smells great but not worth the damage to my hair 😫😫😫😫 | | Redacted - Non-Responsive | I don't want anyone to reach out; I'm just disappointed since I purchased the entire system to get damaged hair and then not interested in purchasing any further. | | | | |
| September 23 | I wanted to love this, but my hair felt like straw afterwards. Same with the nourishing set. Such a shame as the smell and the packaging are lovely. | mrsleed1 | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | 9.23.24 | 9.30.24 Personalized based on usage in survey |
| September 24 | I really wanted to like this but my hair is so dry now | bcrown | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 24 | My hair has become super dry after using these products and they also caused my hair to fall out | pala.ale | Redacted - Non-Responsive | | Dry - Generic | Fall out Survey G1 10.1.24 | | |
| September 24 | The mask conditioner is wonderful but the shampoo makes my hair horrible. I cant run my fingers through my hair after i rinse the shampoo | _alicia113 | Redacted - Non-Responsive | | Dry - Shampoo | Survey G1 10.1. 24 | | |
| September 23 | I wanted to love this product so bad but my hair dried out so bad and it tangled into knots | krysta.gonzo | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | 9.23.24 | 9.30.24 Personalized based on usage in survey |
| September 23 | I love love love the smell but afterward my hair gets so dry and frizzy | cathidelia | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | 9.23.24 | 9.30.24 General - no specific recos |
| September 23 | Bought two products., dried my hair | loopeetaxo | Redacted - Non-Responsive | | Dry - Generic | | | |
| September 23 | IT SMELLS AMAZING, but def dried out my hair | bhavyarohilla | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 23 | Its made my hair dry | | | | Dry - Generic | Survey G1 10.1. 24 | | |
| 9/23 | So dissapointed I couldnt wait to use it and I purchased the whole line. I was loosing too much hair it got so dry | | Redacted - Non-Responsive | | Dry - Generic | Fall out Survey G1 10.1.24 | | |
| | The entire line was a dissapointment. It left my fine hair feeling so dry and crunchy | | Redacted - Non-Responsive | | Dry - Generic | | | |
| September 23 | This dried my hair out so bad | coles_chaotic_life_ | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 23 | I brought back from the US to try it but it just dried out my hair which usually isnt dry. Probably isnt suitable for untreated straight hair or it just doesnt work | i_am_jack_kerouac | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 23 | Definately not for curly hair, it dries it out! | cath.camejo | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| | WTF did you put in this?? My hair feels like a god damn NEST, thats it, never ever getting this product again. And the packaging is so complicated?? I had to waste 3 mins in the shower trying to figure it out. | | Redacted - Non-Responsive | | Dry - Generic | | | |
| | Awful product. Don'y use if you're blonde it'll just dry out your hair | | Redacted - Non-Responsive | | Dry - Generic | | | |
| September 21 | My hair is so dry and frizzy, I cant use these products anymore | hollistically.busy | Redacted - Non-Responsive | | DRy - Generic | Survey D1 9.23.32 | | |
| September 23 | Except it made my hair so so dry | walking_kateastrophe | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 23 | Love the smell but the frizziness and dryness was too much for me! | gabbygriffinnn | Redacted - Non-Responsive | | Dry - Generic | Survey D1 10.1.24 | | |
| September 23 | Its SO drying tho! And feels like it doesnt fully wash out. | danielle.elsie | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 23 | I see you are DMing people, its dried out my hair too | nikita.rathaur | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 23 | My hair is so dry now | destiny_m_velez | Redacted - Non-Responsive | | DRy - Generic | Survey D1 9.23.32 | | |

| Date | Comment | Username | Status | Email Notes | Category | Survey / Notes | Date 2 | Notes |
|---|---|---|---|---|---|---|---|---|
| September 23 | Hello! I tried both the nourishing and then the strengthening shampoo and masks, now since it came out. One and then the other and then switched off.  My hair is dried out and feels limp after several months. I only wash 2-3 times a week. Am I missing something ? | ktksearls | Redacted - Non-Responsive | | Dry - SHampoo | Survey D1 9.23.32 | | |
| September 23 | i wish i could have loved these products. completely dried my hair out. trying to recover | tori.lesher | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | 9.23.24 | 9.30.24 Personalized based on usage in survey |
| | As a black woman, I was so disappointed your products didn't accomodate my Afro hair; I guess I will stick to fenty and creed hair products | | Redacted - Non-Responsive | waiting on email | | Not for my hair type | | |
| | My hair was so dry that it almost became too oily to compensate. Absolutely wrecked by hair, 0/10 recommend | | Redacted - Non-Responsive | waiting on email | Dry - Generic | | | |
| September 23 | Was excited when I tried this and my scalp was dry as a bone and itchy after a week. Won't be using this after experiencing that. I hate that! Product smells nice though | courtneybolesince | Redacted - Non-Responsive | Client Response:Im good. The product is awful. Both the shampoo and dry shampoo ruined my hair. Tell the company to reformulate. This is coming from someone in the beauty industry.Im definitely never paying that much for something like this. | Dry - Generic | Response sent by Tiffany | 9.24.24 | No response received to email |
| September 24 | What am I missing as a step for after the shampoo (which smells divine btw). But ya, my hair dried out too - maybe our hair is just getting used to not using conditioner? | houseofhenmom | Redacted - Non-Responsive | | Dry - Generic | Need to be told to use Mask or Conditioner after use | | |
| September 24 | I used it and my hair dried out so bad. Currently having to look for other masks to replenish the moisture. Not suitable for wavy hair. It smelled so good but that's about it | gabriela.ruiz18 | Redacted - Non-Responsive | | Dry - Mask | Survey D1 10.1.24 | | |
| September 24 | the system dried my hair out so much | erikameowd | Redacted - Non-Responsive | | Dry - System | Survey G1 10.1. 24 | | |
| September 24 | Bought a bunch of the products and it dried my hair out. My hair has never felt that way with any shampoo before. Was very difficult to brush through after and had to use a leave in conditioner. Would definitely not buy again and I am now using the rest as a body wash. Not impressed and would not recommend. | lissa_peterson | Redacted - Non-Responsive | | Dry - SHampoo | Survey D1 9.23.32 | | |
| September 24 | Wanted to like but it's super drying. Smells good but can't get over how brittle my hair feels. | oliviaaalex | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 24 | This dried out my hair but I LOVED the smell of the strengthening shampoo. I would buy it as a hair perfume but not sure if this shampoo is great for my hair. | shamahussain | Redacted - Non-Responsive | | Dry - Shampoo | Survey G1 10.1. 24 | | |
| September 24 | I REALLY wanted to love this line but my hair got so dry and brittle after using it for about 3 weeks. I gave all the products a chance and it just didn't work. My hair broke and got super dry. I wanted to love this. The smell is amazing but my hair seems to be falling out in much greater chunks than before. It's also oily and dry. I can't seem to figure out how to air dry or blow dry and get it to work. Bummed out. | | Redacted - Non-Responsive | waiting on email | Dry - Generic | | | |
| September 24 | Ughhhh I really wanted to love this, but now I am going to have to work to get my hair soft again! It's so dried out from this, but the smell I could smell it all day long! | linds_schuelks | Redacted - Non-Responsive | | | Fall out Survey G1 10.1.24 | | |
| September 24 | I had to stop using this about 3/4 through the bottle. The smell is amazing, but this dried out my hair SO BAD & now my hair is super frizzy. It is going to take a while to get my hair back to what it was | mrsbillymillerxoxo | Redacted - Non-Responsive | | Dry - generic | Survey G1 10.1. 24 | | |
| September 24 | Oof I really loved the smell, but it riggered my psoriasis and dried out my hair. I loved the idea. | kmallard | Redacted - Non-Responsive | | Dry - Generic | Survey D1 9.23.32 | | |
| September 24 | Comment on dry hair | cordoba.faye | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 24 | Comment on dry hair | erinarm95 | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 24 | | krausschronicles | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| | | bexlark | Redacted - Non-Responsive | | | Survey G1 10.1. 24 | | |
| September 24 | I love the look of this bottle, so different than every other shampoo on the market! I liked the shampoo the first few times I used it BUT my scalp was so itchy and I couldn't figure out why, unfortunately I realized it was from the shampoo. It dried my scalp out. Thank you for trying, it didn't work for me but I know it does for others! Appreciate you! | jennm3rritt | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | |
| September 24 | Hello! Will the pre-shampoo product help with the dryness from after shampooing? My hair keeps getting matted after shampooing and I'm losing a lot of hair from brushing it out. | jordanmoorechurro | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 | | Hair fallout too but sent general survey |
| September 24 | | chasethemoonphotos | Redacted - Non-Responsive | | | Survey G1 10.1. 24 | | |

| Date | Review | Username | Status | Status 2 | Category | Survey |
|---|---|---|---|---|---|---|
| | Ughhhhh I really wanted to love this, but now I am going to have to work to get my hair soft again! It's so dried out from this, but the smell I could just smell it all day long! | | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 24 | My hair has never been more dry | tablovesbooks | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 25 | My hair was so dry after using I had to return them. Do you have a link to this clinical trial? | bridonnelly4 | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 25 | I wanted so badly to love it, but it has dried my hair out so bad! Smells good though. | kaitlinl551 | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 25 | The smell is great but the shampoo dried my hair out completely! I wanted to absolutely love this product! | jasmiine.rose | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 25 | Smell 10/10, masks good, volumizing foam, good - everything else is just kind of OK. I purchased everything from the line - I was so exited. Hair just doesn't feel nourished or protected at all since using for the past month. | chloegrindz | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| | Worst thing Ive ever bought my hair broke off and fell out and went gummy | | Redacted - Non-Responsive | waiting on email | | |
| | This product ruined my hair | | Redacted - Non-Responsive | waiting on email | | |
| September 25 | the dry shampoo was really disappointing. | lilymarie.20 | Redacted - Non-Responsive | | Dry Shampoo | Survey G1 10.1. 24 |
| September 25 | I got the nourishing mask and mousse and it dried out my hair so much it damaged it. | shaynajaskolka | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| September 25 | Really want to love it but, it seems to dry my hair out and like straw. | renee.grtznar | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24 |
| | Really wanted to love these but made my hair soo dry and SO MUCH was falling out. Stopped using a month ago finally getting back to normal | | Redacted - Non-Responsive | waiting on email | | |
| | I loved this one so much until I went red, and it washed all my color out | @cassiejfaucheaux | Redacted - Non-Responsive | | | Survey G1 10.18. 24 |
| September 27 | Ahhh I wanted to love this so bad but sadly, it made me lose lots of hair and very dried out. It's lovely packaging and smell but disappointed with hair results | lukecru | Redacted - Non-Responsive | | Hair Loss | Fall out Survey G1 10.1.24 |
| September 27 | I purchased both masks and both shampoos and my hair was insanely dry and frizzy after. These products do not work and the bottles are so inconvenient to use in the shower and hold little product. I was SO excited about this and wanted it to be my new go-to but this brand is absolutely terrible and was clearly made by people who didn't consider the consumer.So disappointing. | nicolechenoweth | Redacted - Non-Responsive | | Dry - Generic | Survey G1 10.1. 24  Survey G1 10.1. 24  **Resent Hair Loss survey as consumer responded negatively to first emai** |
| September 27 | These products caused me to lose my hair. | ernqr1121 | Redacted - Non-Responsive | | | |
| | Anyone else noticed it's making hair beginning to fall? | | Redacted - Non-Responsive | waiting on email | | |
| | The dry shampoo actually made my hair stiff and sticky, which made my hair fall out when brushing it. Absolutely not a dry shampoo at all! Not sure how they missed the mark with this one. | | Redacted - Non-Responsive | | Hair loss | Survey G1 10.1. 24  — Hair fallout too but sent general survey |
| September 30 | These products messed my hair up | ashlieg83 | Redacted - Non-Responsive | | | Survey G1 10.1. 24 |
| | My hair was falling out and it's so dry. I'm not sure how I'm gonna fix this. | @karileighflores | Redacted - Non-Responsive | waiting on email | | |
| | Really wanted to like this but it made my hair so frizzy and dry. | @kim3saalmuller | Redacted - Non-Responsive | waiting on email | | |
| | My daughter and I both really wanted to love this Dried out our hair so badly & had so much more fall out than usual. Hoping a reformulation is coming... | @jennamercer929 | Redacted - Non-Responsive | | | Survey G1 10.1. 24 |
| September 30 | I recently started using this. It smells amazing. Though it dries out my hair so bad. I already stopped conditioning my hair and was using great hair masks. I live in north georgia so we have humidity. There's no reason my hair should be this dry. The packaging is cute, but it's incredibly difficult to actually close and put it on the shelf after using. I had really high hopes for this product. I got the shampoo, mask, potion and mousse. I want to love it, but I also love my hair to not ruin it. I also noticed when I brushed my hair, more of my baby fine long hair came out. Not in clumps like others, it was if I was shedding more than normal. | i_am_tonya | Redacted - Non-Responsive | | | Survey G1 10.1. 24 |
| | I actually really wanted to like the shampoo cause it smelled so good, but I unfortunately returned it cause I started shedding like crazy from using it. | | Redacted - Non-Responsive | waiting on email | | |
| | It dried my hair out so badly. I wanted to like it. | | Redacted - Non-Responsive | waiting on email | | |

| Date | Review | User | Status | Note | Survey |
|---|---|---|---|---|---|
| | I have to be completely honest and say I've been using this product for almost three weeks straight and it has been rather disappointing. I have long hair and my ends have never been drier. I also think my hair has been shedding a lot more than before. The smells truly are incredible (I have both shampoos and conditioners as well as mousse and all in one potion) but the amount of moisture that they suck out of my hair has been very noticeable. I really wanted to love this brand but unfortunately after almost a month of use I'm going to finish the little amount left in bottles and move forward with another trusted brand. | | **Redacted - Non-Responsive** | | **Survey G1 10.1. 24** |
| | This product caused me and my fiancé an unfortunate amount of hair loss. Do not recommend | | Redacted - Non-Responsive | waiting on email | |
| September 30 | This product are not made for black hair at all my hair has never been this dry used it once never again | wina.kidanu | **Redacted - Non-Responsive** | | **Survey G1 10.1. 24** |
| September 30 | GREASY DRY HAIR - Saarah Merrill Barringer | sarahmerrillb | **Redacted - Non-Responsive** | | **Survey G1 10.1. 24** |
| | Dry shampoo made my scalp so itchy (DM) | | Redacted - Non-Responsive | waiting on email | |
| 10/2 | This made my scalp scalp so itchy. | @mrs.haydensmith | Redacted - Non-Responsive | | **Survey G1 10.2. 24** |
| 10/02 | I really wanted to like this shampoo and mask, and did for the first wash. Then my hair started to become unmanageably dry and greasy at the same time. I have since switched back to my normal stuff and my hair is slowly getting back to business as usual. I normally don't write bad things about products but I feel that our hair is a Way we express our selves and it is upsetting when your hair day hindered by such a hyped up product. | @laurmay1 | Redacted - Non-Responsive | | **Survey G1 10.2. 24** |
| 10/04 | shampoo and hair mask dried out my hair and made it look | @themissheyhey | Redacted - Non-Responsive | | **Survey G1 10.7. 24** |
| 10/04 | Smells amazing! Turned my hair to straw. | dofficial | Redacted - Non-Responsive | | **Survey G1 10.7. 24** |
| 10/04 | it stripped the color out of my hair and started to dry it out. Had | @jeralee.rose | Redacted - Non-Responsive | | **Survey G1 10.7. 24** |
| 10/04 | This was very drying and not curly hair, dry hair, and natural hair friendly. | @phoolkapyar | Redacted - Non-Responsive | | |
| 10/04 | product under the sun and your strengthening line might be the | @rachel_roberto | Redacted - Non-Responsive | | **Survey G1 10.7. 24** |
| 10/07 | Used the products since launch day and I started experiencing massive hair loss. Had 55 to toss everything I bought. So disappointed that I wasted so much money. | @ashley|roberts13 | Redacted - Non-Responsive | | <span style="color:red">Fall out</span> Survey G1 10.7.24 |
| 10/07 | I am disappointed. My hair has become very dry | @lil_marusya_ | Redacted - Non-Responsive | | **Survey G1 10.7.24** |
| 10/07 | Hi, I bought every product offered and I've noticed extreme hair loss since using this. After reading more reviews, it seems like this is a frequent complaint. I was wondering if any certain product is causing this? I don't want to return my entire purchase if you've been able to pinpoint what exactly is causing the hair loss or if it's a specific item. Otherwise I think I need to return every single item | @tiana_erny | Redacted - Non-Responsive | | <span style="color:red">Fall out</span> Survey G1 10.7.24 |
| 10/07 | Why does this product make my hair feel like straw and destroy it | @candacedawnhuddleston | Redacted - Non-Responsive | | **Survey G1 10.9.24** |
| 10/07 | Hello, I have curly hair and I purchased the nourishing shampoo & mask as well as the pre-shampoo mask. My hair has never, ever been this dry! I have given it a chance multiple times and my hair is getting worse and worse. | @lorena.sienna | Redacted - Non-Responsive | | **Survey G1 10.7. 24** |
| 10/21 | I really like the smell of this and wanted to love it but it made my hair crunchy | @jenst10 | Redacted - Non-Responsive | | **Survey G1. 10.24.24** |
| 10/23 | Hi, my name is Becky. I purchased the shampoo and the strengthening mask. It has made my hair really dry and no when I want to wash it is simply just add water to my hair to fix my hairstyle it feel really weird. I love the scent and want to love the shampoo and mask. | @becky_nogales | Redacted - Non-Responsive | | |

10.7.24 CX sent response asking how can she return items back to TARGET