# EXHIBIT 36

# Deloitte Business Plan

## Cash Requirements

CONFIDENTIAL

BL-000039160



# P&L – Evolution of Deloitte Business Plan to Net Profit

- The table on the right shows the Deloitte Business Plan from Revenues down to EBITDA

- Based on these numbers, GBB has completed the P&L down to Net Profit (i.e. FULL P&L) taking into the following:
  - The business is not affected by assets depreciation, so that EBIT = EBITDA
  - The simulation does not include any interest expense since the simulation is intended to show the (equity) capital contribution required to execute such plan. As such EBT = EBIT

- Last, the model assume a 21% tax rate (on EBT), with losses for year 2024 and 2025 carried forward and utilized in 2026 to reduce the actual taxes

| TOTAL P&L - $M | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| **Revenues** | **8.7** | **29.3** | **64.2** | **107.4** | **125.1** | **142.5** | **153.2** |
| Gross Margin | 5.3 | 17.3 | 37.1 | 67.0 | 78.4 | 89.8 | 96.9 |
| *Gross Margin %* | *60.7%* | *59.1%* | *57.7%* | *62.3%* | *62.7%* | *63.0%* | *63.3%* |
| Expenses | (4.7) | (13.8) | (28.4) | (46.3) | (53.4) | (60.6) | (65.1) |
| Marketing Launch Costs | (1.1) | (1.1) | - | - | - | - | - |
| **Profit before SG&A** | **(0.6)** | **2.3** | **8.6** | **20.7** | **25.0** | **29.2** | **31.9** |
| *% of revenues* | *-6.5%* | *8.0%* | *13.5%* | *19.3%* | *20.0%* | *20.5%* | *20.8%* |
| SG&A | (0.7) | (2.7) | (5.1) | (7.5) | (8.5) | (9.7) | (10.5) |
| **EBITDA** | **(1.3)** | **(0.3)** | **3.5** | **13.2** | **16.5** | **19.5** | **21.4** |
| *% of revenues* | *-15.1%* | *-1.2%* | *5.5%* | *12.3%* | *13.2%* | *13.7%* | *14.0%* |
| **EBIT** | **(1.3)** | **(0.3)** | **3.5** | **13.2** | **16.5** | **19.5** | **21.4** |
| Interest expenses | - | - | - | - | - | - | - |
| **EBT** | **(1.3)** | **(0.3)** | **3.5** | **13.2** | **16.5** | **19.5** | **21.4** |
| Taxes | - | - | (0.4) | (2.8) | (3.5) | (4.1) | (4.5) |
| *taxes as % of EBT* | *0.0%* | *0.0%* | *-11.2%* | *-21.0%* | *-21.0%* | *-21.0%* | *-21.0%* |
| **Net Profit** | **(1.3)** | **(0.3)** | **3.1** | **10.4** | **13.0** | **15.4** | **16.9** |

| | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| **Cumulated Losses BoP** | - | 0.3 | 0.3 | - | - | - | - |
| Losses of the Year | 0.3 | 0.1 | - | - | - | - | - |
| Utilization of the Year | - | - | (0.3) | - | - | - | - |
| **Cumulated Losses EoP** | 0.3 | 0.3 | - | - | - | - | - |

CONFIDENTIAL

BL-000039161

# Working Capital Needs from Deloitte Business Plan

| TOTAL WoCap - $M | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Receivables | 0.9 | 3.1 | 6.7 | 11.2 | 13.1 | 14.9 | 16.0 |
| Inventory | 1.1 | 3.8 | 8.7 | 13.0 | 15.0 | 16.9 | 18.1 |
| Payables | (1.5) | (4.4) | (9.1) | (14.3) | (16.5) | (18.6) | (19.9) |
| **Working Capital** | **0.5** | **2.5** | **6.3** | **10.0** | **11.6** | **13.2** | **14.1** |
| *% of revenues* | *5.6%* | *8.5%* | *9.8%* | *9.3%* | *9.3%* | *9.3%* | *9.2%* |

## RECEIVABLES ASSUMPTION

- **DTC Business** - No receivables outstanding (i.e. **0 days**) since end consumers pay the products when they purchase online

- **B&M Business** – Receivables outstanding calculated assuming **45 days** credit terms / noting that with Target credit terms are in fact 30 days, so that by assuming 45 days, GBB is increasing the minimum capital contribution required to run the business

## INVENTORY ASSUMPTION

- **DTC Business** – Inventory outstanding calculated assuming a safety stock of **90 days** (i.e. 3 months), in line with industry benchmark

- **B&M Business** - Inventory outstanding calculated assuming a safety stock of **120 days** (i.e. 4 months), in line with industry benchmark

## PAYABLES ASSUMPTION

- All expenses generated with third party providers (i.e. this excludes SG&A expenses, which are paid every month with no credit term) are paid with **60 days** credit terms

CONFIDENTIAL

BL-000039162

# Balance Sheet – Deloitte Business Plan

| BALANCE SHEET - $M | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Working Capital | 0.5 | 2.5 | 6.3 | 10.0 | 11.6 | 13.2 | 14.1 |
| **Total Uses** | **0.5** | **2.5** | **6.3** | **10.0** | **11.6** | **13.2** | **14.1** |
| | | | | | | | |
| *Equity BoP* | | 3.7 | 3.3 | 6.5 | 16.9 | 29.9 | 45.3 |
| *Capital Contribution* | 5.0 | | | | | | |
| *Net Profit for the year* | (1.3) | (0.3) | 3.1 | 10.4 | 13.0 | 15.4 | 16.9 |
| **Equity EoP** | **3.7** | **3.3** | **6.5** | **16.9** | **29.9** | **45.3** | **62.2** |
| Cash | (3.2) | (0.9) | (0.2) | (6.9) | (18.3) | (32.1) | (48.1) |
| **Total Sources** | **0.5** | **2.5** | **6.3** | **10.0** | **11.6** | **13.2** | **14.1** |

- The above balance sheet is represented with the "Sources and Uses" approach (where available cash is represented with a negative sign)

- Uses are represented by working capital, calculated with the assumptions showed in the previous slide

- The sources side assumes a $5M capital contribution, with such contribution the business will never be short of cash

CONFIDENTIAL

BL-000039163

# Cash Flow – Deloitte Business Plan

| CASH FLOW - $M | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| **EBITDA** | (1.3) | (0.3) | 3.5 | 13.2 | 16.5 | 19.5 | 21.4 |
| Change in Working Capital | (0.5) | (2.0) | (3.8) | (3.7) | (1.7) | (1.6) | (0.9) |
| Taxes | - | - | (0.4) | (2.8) | (3.5) | (4.1) | (4.5) |
| **Operating Cash Flow** | (1.8) | (2.3) | (0.7) | 6.8 | 11.4 | 13.8 | 16.0 |
| Capital Contribution | 5.0 | | | | | | |
| **Change in Cash** | 3.2 | (2.3) | (0.7) | 6.8 | 11.4 | 13.8 | 16.0 |

| | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| **Cash BoP** | - | 3.2 | 0.9 | 0.2 | 6.9 | 18.3 | 32.1 |
| Change in Cash | 3.2 | (2.3) | (0.7) | 6.8 | 11.4 | 13.8 | 16.0 |
| **Cash EoP** | 3.2 | 0.9 | 0.2 | 6.9 | 18.3 | 32.1 | 48.1 |

- The above cash flow is the result of the P&L and Working Capital assumption showed in the previous pages

CONFIDENTIAL

BL-000039164

# Appendix

CONFIDENTIAL

BL-000039165

# DTC – Working Capital Assumptions (Receivables and Inventory)

| P&L DTC Total - $K | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Revenues | 1,264 | 4,371 | 9,728 | 16,330 | 19,026 | 21,677 | 23,346 |
| COG | (310) | (1,086) | (2,463) | (3,662) | (4,230) | (4,772) | (5,089) |
| Gross Margin | 954 | 3,285 | 7,265 | 12,668 | 14,796 | 16,905 | 18,257 |

| WoCap DTC Total - $K | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Receivables | - | - | - | - | - | - | - |
| Inventory | 76 | 268 | 607 | 903 | 1,043 | 1,177 | 1,255 |

**P&L DTC**

- Assumptions coming from Deloitte Business Plan

**WORKING CAPITAL DTC**

- Receivables – zero / consumers pay directly the products when they purchase them online

- Inventory – 90 days → formula = COG x 90 days / 365 days

CONFIDENTIAL

BL-000039166

# B&M – Working Capital Assumptions (Receivables and Inventory)

| P&L B&M Total - $K | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Revenues | 7,422 | 24,883 | 54,516 | 91,066 | 106,097 | 120,820 | 129,807 |
| COG | (3,102) | (10,877) | (24,705) | (36,773) | (42,470) | (47,922) | (51,118) |
| Gross Margin | 4,320 | 14,006 | 29,811 | 54,294 | 63,626 | 72,898 | 78,689 |

| WoCap DTC Total - $K | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| Receivables | 915 | 3,068 | 6,721 | 11,227 | 13,080 | 14,896 | 16,004 |
| Inventory | 1,020 | 3,576 | 8,122 | 12,090 | 13,963 | 15,755 | 16,806 |

## P&L DTC

- Assumptions coming from Deloitte Business Plan

## WORKING CAPITAL DTC

- Receivables – 45 days → formula = Revenue x 45 days / 365 days

- Inventory – 90 days → formula = COG x 120 days / 365 days

CONFIDENTIAL

BL-000039167

# Payables assumptions

| TOTAL P&L | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| COG | (3.4) | (12.0) | (27.2) | (40.4) | (46.7) | (52.7) | (56.2) |
| Expenses | (4.7) | (13.8) | (28.4) | (46.3) | (53.4) | (60.6) | (65.1) |
| Marketing Launch Costs | (1.1) | (1.1) | - | - | - | - | - |
| Total Third Party Expenses | (9.3) | (26.9) | (55.6) | (86.7) | (100.1) | (113.3) | (121.3) |
| | | | | | | | |
| Payables | (1.5) | (4.4) | (9.1) | (14.3) | (16.5) | (18.6) | (19.9) |

**P&L**

- Assumptions coming from Deloitte Business Plan

**WORKING CAPITAL**

- Payables → formula = Total Third-Party Expenses x 60 days / 365 days

CONFIDENTIAL

BL-000039168