# EXHIBIT 40

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


BLAKE LIVELY,                          )
                    Plaintiff,         )
                                       )
      v.                               )
                                       ) CASE NO.
WAYFARER STUDIOS LLC, a                ) 1:24-CV-10049-LJL
Delaware Limited Liability             )
Company, JUSTIN BALDONI, an            )
individual, JAMEY HEATH, an            )
individual, STEVE SAROWITZ, an         )
individual, IT ENDS WITH US            )
MOVIE LLC, a California                )
Limited Liability Company,             )
MELISSA NATHAN, an individual,         )
THE AGENCY GROUP PR LLC, a             )
Delaware Limited Liability             )
Company, JENNIFER ABEL, an             )
individual, JED WALLACE, an            )
individual, and STREET                 )
RELATIONS INC., a California           )
Corporation,                           )
                                       )
                    Defendants.        )
_____        )


CONFIDENTIAL

ATTORNEY'S EYES ONLY

VIDEOTAPED DEPOSITION OF

WARREN ZAVALA

THURSDAY, SEPTEMBER 18, 2025

LOS ANGELES, CALIFORNIA

PAGES 1 - 303

REPORTED BY MARK SCHWEITZER

CSR #10514, RPR, CRR

Videotaped Deposition of

Warren Zavala


Witness Location:

Los Angeles, California


Pursuant to Notice, before Mark Schweitzer, Registered Professional Reporter, Certified Realtime Reporter, and Certified Shorthand Reporter No. 10514 in and for the State of California.

told you they may be reluctant to hire her because of

her reputation as having been difficult on the set.

Isn't that true?

MS. LEADER:  Object to the form --

THE WITNESS:  That is not true.

MR. BRUNO:  Join --

Q.   BY MS. GAROFALO:  Okay.  And what specifically has anybody told you about waiting till this litigation's over?

A.   I think the biggest headwind is when you make an investment in a film, you're making an investment in also selling the film based on the cost of the budget.  And we don't yet know what the outcome of the conversation is and what it would mean in terms of selling a film down the line.

Q.   Okay.  So if Ms. Lively -- is it your understanding that if Ms. Lively's claims are proven to have merit, she's more likely to get work?

MR. BRUNO:  Objection.  Form --

THE WITNESS:  I think she's gonna get work either way.  I don't think it's about that.  I think it's about the variable.

Q.   BY MS. GAROFALO:  Okay.  Did you ever have a discussion with anybody about what would happen if Ms. Lively was actually refusing to return to

STATE OF CALIFORNIA.      )
                          )
COUNTY OF LOS ANGELES     )


    I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

    That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

    That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

    I further certify that I am not interested in the outcome of the action.

    Witness my hand this 19th day of September, 2025.

MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California