# EXHIBIT 41

## McCANN-ERICKSON



October 17, 2013

Blakel, Inc.
f/s/o Blake Lively
c/o Management 360
9111 Wilshire Boulevard
Beverly Hills, CA 90210

Attn: Justin Grey Stone

Re:    Talent Agreement between Blakel, Inc. ("**Contractor**")
f/s/o Blake Lively ("**Performer**"), and McCann-Erickson USA, Inc.,
("**Agency**") as agent for its client, L'Oréal, USA, Inc. ("**Advertiser**")

Dear Justin:

This letter, when executed by Blakel, Inc. ("**Contractor**") f/s/o Blake Lively ("**Performer**") and by McCann-Erickson USA, Inc. ("**Agency**") as agent  for its client L'Oréal USA, Inc. ("**Advertiser**"), and further acknowledged and consented to by Performer, will constitute an agreement ("**Agreement**") between the parties hereto whereby Contractor agrees to provide the services of Performer and to grant certain rights on behalf of Performer for the benefit of Advertiser and Advertiser's Products (as defined below), and Advertiser agrees to pay Contractor on a pay-or-play basis, for the services and the rights conveyed herein in accordance with the following terms and conditions:

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038937



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038938



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038940

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038941

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038942



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038943

# Redacted – Non-Responsive

7. **Compensation.**

    A.  <u>Initial Term</u>. For all rights conveyed and material services performed by Contractor and Performer during the Initial Term, Advertiser shall pay Contractor the guaranteed minimum sum of seven million, five hundred thousand dollars ($7,500,000), to be paid as follows:

        i.    One million, five hundred thousand dollars ($1,500,000) no later than January 3, 2014 or full execution of this Agreement, whichever is later;

        ii.   one million dollars ($1,000,000) no later than March 15, 2014;

        iii.  one million, five hundred thousand dollars ($1,500,000) no later than January 15, 2015;

        iv.  one million dollars ($1,000,000) no later June 15, 2015;

        v.   one million, five hundred thousand dollars ($1,500,000) no later than January 15, 2016; and

        vi.  one million dollars ($1,000,000) no later than June 15, 2016.

    B.  <u>Option Term</u>. For all rights conveyed and material services performed by Contractor and Performer during the Option Term, Advertiser shall pay Contractor the guaranteed minimum sum of five million, five hundred thousand dollars ($5,500,000) if the Option Term is two (2)

8

ATTORNEYS' EYES ONLY

BL-000038944

years long or eight million dollars ($8,000,000) if the Option Term is three (3) years long. The payment schedule for the Option Term payment shall be as follows:

i.   If the Option Term is two (2) years long, payment shall be made in four (4) equal installments of one million, three hundred seventy-five thousand dollars ($1,375,000) each, the first of which shall be paid upon commencement of the Option Term; the second installment to be paid no later than six (6) months after such commencement; the third installment to be paid no later than twelve (12) months after such commencement, and the fourth installment to be paid no later than eighteen (18) months after such commencement; or

ii.  If the Option Term is three (3) years long, payment shall be made in six (6) installments as follows:  The first two (2) installments shall be in the amount of one million, three hundred thirty-four thousand dollars ($1,334,000) each.  The first installment shall be paid upon commencement of the Option Term; the second installment to be paid no later than six (6) months after such commencement.  The remaining four (4) installments shall be in the amount of one million, three hundred thirty-three thousand, three hundred thirty-three dollars ($1,333,333) each and shall be paid as follows:  the third installment to be paid no later than twelve (12) months after such commencement; the fourth installment to be paid no later than eighteen (18) months after such commencement; the fifth installment to be paid no later than twenty-four (24) months after such commencement; and the sixth installment to be paid no later than thirty (30) months after such commencement.

C.  Override Period.  For all rights conveyed by Contractor and Performer during the Override Period, Advertiser shall pay Contractor the guaranteed sum of equal to sixty percent (60 %) of the fee for the last year of the immediately preceding Term Period ("**Override Sum**").  In each case, the Override Sum shall be paid no later than commencement of the Override Period. By way of example, it is agreed that if the Override Period occurs immediately after the Initial Term, the Override Sum shall be one million, five hundred thousand dollars ($1,500,000) (i.e.  $7,500,000 divided by 3; 60% of $2,500,000 is $1,500,000).  By way of additional example, it is agreed that if the Override Period occurs immediately after the Option Term and such Option Term consists of two (2) years, the Override Sum shall be one million, six hundred fifty thousand dollars ($1,650,000) (i.e.  $5,500,000 divided by 2; 60% of $2,750,000 is $1,650,000).

D.  Additional Service Days.  Advertiser shall pay Contractor the sum of one hundred thousand dollars ($100,000) per each Additional Service Day actually rendered by Performer if such Additional Service Day is rendered in the United States (and one hundred twenty-five thousand dollars ($125,000) if rendered outside of the United States), payable in each case no later than twelve (12) business days after each such Additional Service Day has been rendered.

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038945

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038946

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY
BL-000038947

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY
BL-000038948

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY
BL-000038949

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY
BL-000038950

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY
BL-000038951

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038952

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

**Redacted – Non-Responsive**

Contractor affirms its agreement to the foregoing by affixing its signature in the places indicated below.

Very truly yours,

L'ORÉAL USA, INC.

By:_____
Cyril Chapuy
Global Brand President, L'Oréal Paris

McCANN-ERICKSON USA, INC.
AS AGENT FOR L'ORÉAL USA, INC.

By:_____
Danielle Korn,
Executive Vice President,
Director of Broadcast Operations

18

ATTORNEYS' EYES ONLY

BL-000038954

**Agreed and Accepted:**

BLAKEL, INC.

By: _____

Date: _____11 - 5 · 13_____

Federal ID #: _____

19

ATTORNEYS' EYES ONLY

BL-000038955

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038956

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038957