# EXHIBIT 42

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038961



PLATINUM RYE
E N T E R T A I N M E N T
LOS ANGELES • CHICAGO • NEW YORK • MOSCOW • LONDON • SÃO PAULO

June 23, 2009

Blake Lively
c/o Creative Artist Agency
162 5th Avenue, 6th Floor
New York, NY 10010
*Attn: Lauren Hale*

Dear Lauren,

This letter constitutes an Agreement made between LaForce + Stevens ("Agency") on behalf of Swarovski CRYSTALLIZED™ ("Client") and Blakel, Inc. ("Lender") f/s/o Blake Lively ("Talent") with regard to Talent's performance of public relations services in connection with Client's Swarovski CRYSTALLIZED™ Store & Lounge Launch ("Event") as follows:

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038962



PLATINUM RYE
E N T E R T A I N M E N T
LOS ANGELES • CHICAGO • NEW YORK • MOSCOW • LONDON • SÃO PAULO

# Redacted – Non-Responsive

**Compensation:**    Seventy-Five Thousand U.S. Dollars ($75,000) on a play-or-play basis to be paid as follows:

ATTORNEYS' EYES ONLY    BL-000038963



PLATINUM RYE
E N T E R T A I N M E N T
LOS ANGELES • CHICAGO • NEW YORK • MOSCOW • LONDON • SÃO PAULO

Fifty (50%) Percent to be paid within ten (10) business days of Client's receipt of signed Agreement, but in no event later than 12:00 PM on June 25, 2009.

Fifty (50%) Percent upon completion of Lender's/Talent's Services at the Event but in no event later than July 10, 2009.

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038964

PLATINUM RYE
E N T E R T A I N M E N T
LOS ANGELES • CHICAGO • NEW YORK • MOSCOW • LONDON • SÃO PAULO

# Redacted – Non-Responsive

All terms and conditions not expressly set forth herein shall be subject to good faith negotiations between the parties.

**AGREED AND ACCEPTED BY:**

ATTORNEYS' EYES ONLY

BL-000038965



PLATINUM RYE
E N T E R T A I N M E N T
LOS ANGELES • CHICAGO • NEW YORK • MOSCOW • LONDON • SÃO PAULO

On behalf of Swarovski CRYSTALLIZED™ ("Client")                    ·    Date

**AGREED AND ACCEPTED BY:**

**BLAKEL, INC.**

_____                    _____
On behalf of Blake Lively ("Lender")                                Date
Fed Id. 20-3206104

ATTORNEYS' EYES ONLY                                                          BL-000038966