# EXHIBIT 43

September 8, 2008

**VIA EMAIL**

Sixty USA



ATTN:  Emily Liu

Re:    Fee for Appearance at MISS SIXTY show
       (Sunday, September 7, 2008)                    $42,000.00

**Total Due:    $42,000.00**

Please remit payment to:
Blakel, Inc. f/s/o Blake Lively
per the attached wire instructions

ATTORNEYS' EYES ONLY

LAW OFFICES

## JACKOWAY TYERMAN WERTHEIMER
## AUSTEN MANDELBAUM MORRIS & KLEIN

KARL R. AUSTEN
SHADI A. AZARPOUR
JEFFREY B. A. BERNSTEIN*
JOSEPH D'ONOFRIO
ALAN J. EPSTEIN
EVAN E. FITZMAURICE
ANDREW L. GALKER
ROBERT S. GETMAN
JAMES R. JACKOWAY*
KIMBERLY M. JAIME
DEBORAH L. KLEIN
ROBERT D. KOCH
LEON LIU
JAMES C. MANDELBAUM*
LISA C. McARTHUR
NIGEL McNULTY
MARCY S. MORRIS
MICHELE M. MULROONEY
GEOFFRY W. OBLATH
LON E. SORENSEN
DARREN M. TRATTNER
BARRY W. TYERMAN
ERIC C. WEISSLER*
ALAN S. WERTHEIMER
KATHY L. WUNDERLI

*ALSO ADMITTED IN NEW YORK

A PROFESSIONAL CORPORATION
1925 CENTURY PARK EAST, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90067

ARTHUR O. ARMSTRONG (RET.), FOUNDER
RONALD J. BASS, OF COUNSEL

TELEPHONE
(310) 553-0305

FACSIMILE
(310) 553-5036

September 5, 2008

**Via Email**

Ms. Ashlee Margolis
The A List

    **Re:**    **Blake Lively – Miss Sixty**

Dear Ashlee:

# Redacted – Non-Responsive

    The fee for Blake to attend the show will be $42,000 on a guaranteed pay-or-play basis. The fee should be paid by wire transfer on Monday, September 8, 2008 to Blakel, Inc. f/s/o Blake Lively via the wire transfer information sent by Platinum Financial Management. This email shall constitute an invoice for such fees.

# Redacted - Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038959

LAW OFFICES
JACKOWAY TYERMAN WERTHEIMER
AUSTEN MANDELBAUM MORRIS & KLEIN

Ms. Ashlee Margolis
September 5, 2008
Page 2

# Redacted – Non-Responsive

Best regards.

Very truly yours,

Jeffrey Arden Bernstein

JAB: bp
Enclosure

cc:    Ms. Blake Lively
       Mr. Jason Weinberg
       Mr. Justin Stone
       Ms. Leslie Sloane

ATTORNEYS' EYES ONLY

BL-000038960