# EXHIBIT 44

**EXECUTED**

June 10, 2019

Blakel, Inc.
c/o Jackoway Austen et al.
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attn: Jeffrey A. Bernstein, Esq.

Dear Blake,

This letter will formalize the agreement (hereinafter "Agreement") entered into on the date of execution ("Effective Date") between [Redacted - Non-Responsive] ("Agency") and Blakel, Inc. ("Lender") for the personal services and Personality Rights of Blake Lively ("Talent"), in connection with the advertising and promotion of [Redacted - Non-Responsive] subject to the terms and conditions as set forth herein.

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000039172



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039173

# Redacted – Non-Responsive

7) **Compensation:**

   a) **Guarantee:** In full consideration of Lender's performance of this Agreement and as full payment to Lender and Talent for all of Talent's services hereunder, and for all of the rights granted herein to Client, Agency agrees to pay Lender the guaranteed sum of one million fifty thousand U.S. dollars ($1,050,000), inclusive of any and all taxes and commissions, (the "Fee"), as follows: fifty percent (50%) within ten (10) business days of Lender and Talent's execution of this Agreement; and fifty percent (50%) no later than the first use of any materials created hereunder but in no event later than September 10, 2019.

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000039174



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039175

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039176

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039177

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039178

If you are in agreement with the terms and conditions contained in this Agreement, please acknowledge your acceptance of this Agreement by signing and returning an executed copy to our office. This Agreement shall not be effective until and unless executed by all parties.

ACCEPTED AND AGREED:

**Redacted - Non-Responsive**

Title: _____ **Redacted - Non-Responsive**

Date: _____ 9/12/19 _____

BLAKEL, INC.

By: _____

Title: _____

Date: _____

ATTORNEYS' EYES ONLY

BL-000039179

If you are in agreement with the terms and conditions contained in this Agreement, please acknowledge your acceptance of this Agreement by signing and returning an executed copy to our office. This Agreement shall not be effective until and unless executed by all parties.

ACCEPTED AND AGREED:

Redacted - Non-Responsive

By: _____

Title: _____

Date: _____

BLAKEL, INC.

By: _____

Title: President

Date: 9/11/2019

ATTORNEYS' EYES ONLY

BL-000039180

<u>Inducement Letter and Guarantee</u>

To induce Agency to enter into the foregoing Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby agree as follows:

I confirm the foregoing Agreement insofar as I am concerned, and grant all of the rights granted herein;

I confirm the authority and right of Lender to enter into the foregoing Agreement;

I agree to perform all services, obligations, and undertakings required of me as specified in such Agreement;

I personally guarantee the performance by Lender of all of its obligations under the Agreement;

I confirm the terms of the Grant of Rights section of this Agreement and agree that I hereby waive any rights of droit moral or similar rights that I may have.

Signature: _____

Name:    Blake Lively

Date:    9/11/2019

BL-000039181

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000039182

**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000039183