# EXHIBIT 45

HIGHLY CONFIDENTIAL



## TALENT AGREEMENT

This Agreement is entered into as of ___May 2_____, 2022 (the "**Effective Date**") among the Parties as follows:

A.  Blakel, Inc., a company incorporated and registered in California under company number FID: ███████ ("**Lender**") acting for and on behalf of the Talent (as defined below) with an address at c/o MLM Management Associates, Inc., 888 7th Avenue, 4th Floor, New York, NY 10106 ]; and

B.  Charlotte Tilbury Beauty Inc., a company incorporated and registered in Delaware under company no. 5493834 with its registered office at 148 Lafayette Street, New York, NY 10013 ("**CTBI**").

# Redacted - Non-Responsive

| (1) COMMERCIAL TERMS | |
|---|---|
| **SERVICES & DELIVERABLES** | Lender will procure that Blake Lively ("**Talent**") delivers the following services and deliverables during the Term of the Agreement:<br><br> o  Event: Attend Met Gala on May 2, 2022 (the "**Event**") wearing Charlotte Tilbury makeup and skincare (the "**Products**").<br><br> # Redacted - Non-Responsive <br> o  Social Media Obligations:<br>    • Talent to post 1 x Charlotte Tilbury brand dedicated Instagram newsfeed still image post for the Event (the "**Talent In-Feed Post**") no later than May 4, 2022 (unless otherwise mutually agreed) on the Talent's official IG social media account @blakelively (the "**Talent IG Account**"). The Talent In-Feed Post must be tagged with @charlottetilbury in both caption and the image itself, and #CharlotteTilburyPartner in the caption.<br>    • Talent to post 1 x Charlotte Tilbury brand dedicated Instagram Story moving image frame with product application (e.g., the MUA topping up Talent's lip, eye, cheek, or skin prep) for the Event (the "**Talent Story Post**") no later than May 4, 2022 (unless otherwise mutually agreed) on the Talent IG Account. The Talent Story Post must be tagged with @charlottetilbury and #CharlotteTilburyPartner.<br>    • The Talent In-Feed Post and the Talent Story Post shall be referred to hereunder collectively as the "**Assets**" |

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

# Redacted – Non-Responsive

| FEES & PAYMENT TERMS | Fee: CTBI will pay to Lender via Talent's agency ("**WME**") the sum of $300,000 USD + 20% agency fee ($360,000 total) (the "**Fee**") on a guaranteed pay-or-play basis, which shall be payable in full no later than May 13, 2022. |
|---|---|

# Redacted – Non-Responsive

2

ATTORNEYS' EYES ONLY

BL-000038882

HIGHLY CONFIDENTIAL

# Redacted – Non-Responsive

This Agreement has been entered into on the date stated at the beginning of it.

**For and on behalf of Blakel, Inc.**

Signature:

Print Name:

**For and on behalf of Charlotte Tilbury Beauty Inc.**

Signature:

Print Name:  Demetra Pinsent

3

ATTORNEYS' EYES ONLY

BL-000038883

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038884

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038885



**Redacted – Non-Responsive**

ATTORNEYS' EYES ONLY

BL-000038886

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038887

# Redacted – Non-Responsive

ATTORNEYS' EYES ONLY

BL-000038888