# EXHIBIT 46

**ARTIST ENGAGEMENT AGREEMENT**

This Artist Engagement Agreement (this "**Agreement**") is made as of this 27th day of April, 2023 by and between Tiffany and Company ("**Tiffany**") and Blake Lively (hereinafter referred to as "**Artist**") with respect to the following Artist "**Services**":

1.  Tiffany Event. **Redacted - Non-Responsive**

    **Redacted - Non-Responsive**

2.  Artist Content. **Redacted - Non-Responsive**

    **Redacted - Non-Responsive**

6.  Fee and Expenses.

    (a) Tiffany shall compensate Artist by providing Artist with either (i) an amount equal to $150,000 USD *plus* a $50,000 merchandise credit, or (ii) a $250,000 merchandise credit, which such amount and/or merchandise credit shall be payable by Tiffany to Artist upon completion of the Services hereunder. **Redacted - Non-Responsive**

1

[ DOCPROPERTY DOCXDOCID DMS=InterwovenIManage Format=<<NUM>>.v<<VER>> PRESERVELOCATION \* MERGEFORMAT ]

ATTORNEYS' EYES ONLY

BL-000039194



2

[ DOCPROPERTY DOCXDOCID DMS=InterwovenIManage Format=<<NUM>>.v<<VER>> PRESERVELOCATION \* MERGEFORMAT ]

ATTORNEYS' EYES ONLY

BL-000039195

IN WITNESS WHEREOF, the parties hereto have agreed to the terms of this Agreement as of the date and year first written above.

**Tiffany and Company**                        **ARTIST:**

_____        _____
Signature                                       Signature
Name:                                          Name: Blake Lively
Title:
Duly Authorized

3
[ DOCPROPERTY DOCXDOCID DMS=InterwovenIManage Format=<<NUM>>.v<<VER>> PRESERVELOCATION \* MERGEFORMAT ]

ATTORNEYS' EYES ONLY                                    BL-000039196