# EXHIBIT 47



**CLIENT:** Cycle Collective, LLC d/b/a Cycle ("Client")

**BRAND:** Meta ("Brand")

**EFFECTIVE DATE:** 05/31/2024 ("Effective Date")

**TALENT:** Blakel Inc. ("Lender") f/s/o Blake Lively ("Talent")

**PROJECT:** Facebook IRL 2024

**COMPENSATION:** $250,000 on a guaranteed pay-or-play basis to be paid to WME who will receive payment on behalf of Lender no later than June 14, 2024.

**NATURE OF SERVICES**
Talent shall use good faith efforts to provide Client and Brand with the following services in a first class manner (collectively, the "Services"):

➢ **Time Commitment**
- o Talent to attend the Facebook IRL event on Saturday, June 1st, 2024 ("Event") for no more than forty-five (45) consecutive minutes from 1:00 – 1:45PM Eastern Standard Time.

# Redacted - Non-Responsive

ATTORNEYS' EYES ONLY

# Redacted - Non-Responsive

# Redacted – Non-Responsive

2

Cycle |

ATTORNEYS' EYES ONLY

BL-000039056

**Redacted – Non-Responsive**

**COMPENSATION:** In connection with the Services hereunder, Client will pay Lender a fee of $250,000 (the "Project Fee") on a guaranteed pay or play basis, payable in one installment no later than June 14, 2024. Talent will submit invoices via email to ██████████████████████ and ████████████. Brand/Client shall engage Talent's designated driver and security.

**Redacted – Non-Responsive**

3

Cycle | ██████████████████████ |

ATTORNEYS' EYES ONLY

# Redacted – Non-Responsive

4

Cycle | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

ATTORNEYS' EYES ONLY

BL-000039058

# Redacted – Non-Responsive

ACCEPTED AND AGREED TO:

This __31__ day of _____MAY_____, 2024

BLAKEL, INC.

By: _____

Its: ___AUTHORIZED SIGNATORY___

_____

BLAKE LIVELY

Cycle Collective, LLC

By: _____

Its: _____BEA ITURREGUI_____

5

Cycle |  ████████████████  |

ATTORNEYS' EYES ONLY

BL-000039059