# EXHIBIT A

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

                                    Case No. 24-CV-10049-LJL

     Plaintiff,              (LEAD CASE)

VS.

                                    Case No. 25-CV-449 (LJL)

WAYFARER STUDIOS LLC,        (MEMBER CASE)

ET AL.,

     Defendants.

--------------------------------------------------------

JENNIFER ABEL,

     Third-Party Plaintiff,

VS.

JONESWORKS, LLC,

     Third-Party Defendant.

--------------------------------------------------------

WAYFARER STUDIOS LLC, ET AL.,

     Consolidated Plaintiffs,

VS.

BLAKE LIVELY, ET AL.,

     Consolidated Defendants.

                    ** CONFIDENTIAL **

          VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN

HOOVER, produced as a witness at the instance of the

Plaintiff and duly sworn, was taken in the above-styled

and numbered cause on Monday, September 29, 2025, from

10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a

Texas certified machine shorthand reporter, at the offices

of Ramey & Flock, P.C., 100 East Ferguson Street, Suite

500, Tyler, Texas 75702, Pursuant to Notice and the

provisions stated on the record herein.

CONFIDENTIAL

Page 46

A.   That was never a worry of mine.  I would have   10:55:58

been fine if they went with an unknown, if she could do   10:56:02

the job.   10:56:05

Q.   It didn't hurt to have Blake Lively, right?   10:56:06

A.   It didn't hurt.   10:56:08

Q.   Now, you mentioned earlier that you had hoped   10:56:11

to be involved in writing the script.   10:56:20

At some point, did you learn that a script   10:56:25

had been written?   10:56:27

A.   Yeah.   10:56:28

Q.   When did you learn?   10:56:31

A.   That it had been written?   10:56:32

Q.   Yes.   10:56:33

A.   I don't recall.   10:56:34

Q.   And were you involved in the writing of the   10:56:35

original script?   10:56:38

A.   I -- I actually had talked to Justin about   10:56:39

writing it myself, and once -- and he agreed to that,   10:56:44

but once I started, I realized I was not the person for   10:56:49

the job.  I had a lot on my plate at the time, and he   10:56:54

had mentioned that scriptwriting with him -- like, he   10:56:58

liked to be involved as the script was being written,   10:57:05

and that's just not a way I can work, and so I told him   10:57:08

I no longer wanted to write it.   10:57:10

Q.   Did you hope to have input, though, in the   10:57:12

CONFIDENTIAL

Page 47

script?    10:57:15

A.  Yes.    10:57:15

Q.  And when did you -- did you have input into the    10:57:16
script at some point?    10:57:28

A.  I requested to read the script several times,    10:57:29
and Justin repeatedly told me he wasn't -- it wasn't    10:57:34
where he wanted it yet for me to read it, and so I -- I    10:57:40
was not involved in the script as it was being written.    10:57:44
I was involved after it became a draft he was happy with    10:57:48
and, not with writing but with feedback.    10:57:54

Q.  Feedback?    10:57:56

A.  Yeah.    10:57:57

Q.  You said "yeah" there.  I'm just going to ask    10:57:57
you:  Is that a "yes"?    10:58:02

A.  Yes.    10:58:03

Q.  Was there a meeting that you attended in which    10:58:04
the script was discussed?    10:58:08

A.  Yes.    10:58:09

Q.  What -- when was that meeting?    10:58:09

A.  I don't -- I don't recall.  I believe it    10:58:12
was -- I -- I don't even remember the year if I'm going    10:58:22
to be honest.    10:58:26

Q.  Okay.  I'm going to hand you a document that we    10:58:26
marked -- we have marked as Exhibit 5.    10:58:30

A.  Okay.    10:58:32

CONFIDENTIAL

Page 48

(Exhibit 5 was marked for identification.)    10:58:46

BY MS. HUDSON:    10:58:46

Q.    Exhibit 5 is an email chain.    At the bottom,    10:58:47
it's from Colleen Hoover, Samantha Emmer, cc'ing Andrew    10:58:52
Calof and Justin Baldoni, dated July 14th, 2022, with a    10:58:57
forward from Mr. Baldoni to Jennifer Abel, Matthew    10:58:59
Mitchell, and Jamey Heath on August 15th, 2024.    It's    10:59:03
Bates-stamped Heath 4821 through 22.    10:59:08

Mrs. Hoover, you're not on the top of this    10:59:14
text chain, the forward, but you sent the one on the    10:59:16
bottom; is that correct?    10:59:20

A.    Yes.    10:59:21

Q.    And you recognize this as an email that you    10:59:21
sent and participated in?    10:59:24

A.    Yes.    10:59:27

Q.    And it looks like, at this time, July 2022, you    10:59:28
may have been to a visit.    You were -- it looks like you    10:59:33
were getting on a plane.    10:59:41

Is this when the meeting took place?    10:59:42

A.    Yes.    10:59:44

Q.    Okay.    So what happened at -- who was at that    10:59:44
meeting?    10:59:47

A.    So Justin had held a contest for readers to    10:59:47
read the script and attend his offices, and that was    10:59:56
what the meeting was.    Everyone read the script, and    11:00:01

CONFIDENTIAL

Page 49

then they had a discussion with the readers who had been    11:00:04

selected about -- and they just kind of asked some    11:00:07

questions about the script and because they were still    11:00:12

in the process of writing it and wanted to see what    11:00:19

readers thought of it at that stage.    11:00:23

Q.   And how did you feel about your role in that    11:00:25

script meeting?    11:00:28

MS. ZELDIN:  Objection.    11:00:28

THE WITNESS:  I was --    11:00:29

BY MS. HUDSON:    11:00:32

Q.   Let me -- let me start -- let me ask you a    11:00:32

preliminary question:  What was your role in that script    11:00:34

reading?    11:00:38

MS. ZELDIN:  Objection.    11:00:39

THE WITNESS:  My role, I -- I thought would    11:00:39

be to go into -- and be a part of the discussion, but    11:00:43

Justin had asked me not to speak during the script    11:00:48

meeting.    11:00:51

BY MS. HUDSON:    11:00:51

Q.   Did he tell you why?    11:00:51

A.   I -- I think it was because he didn't want me    11:00:52

to ask questions that could influence readers'    11:00:56

questions, but that was the first week I had access to    11:01:01

the script as well.    11:01:06

Q.   Did you have thoughts that you wanted to share?    11:01:07

CONFIDENTIAL

Page 50

A.  Yes.

Q.  Did you have thoughts that you would have liked to have shared at that meeting if you could have?

A.  Yes.

Q.  And when you wrote this email with these notes, was this your attempt to share the thoughts that you couldn't share at the meeting?

A.  Well, I -- I asked him how I could get my thoughts to him, and he said that they were on a time crunch, and that if I had thoughts, to send them that day.  And so after the script meeting, I went back to my hotel before my flight and wrote these thoughts, but it was based on what I had read during the meeting that day.

He had given me the script a few days before this, but it was during Book Bonanza, which is the busiest weekend of the year, and I didn't have a free second to really write down thoughts or read it.

Q.  Were you satisfied with the input that Mr. Baldoni was taking from you at the time?

MS. ZELDIN:  Objection.

THE WITNESS:  It was early -- it was early on, so I -- I can say that I wasn't satisfied that I wasn't given the script as it was being polished or made to his liking.  He -- he would not send it to me.  I

CONFIDENTIAL

Page 51

thought that it'd be nice to have earlier input as it   11:02:34

was being written.   11:02:39

BY MS. HUDSON:   11:02:47

Q.  Did you ever share with Mr. Baldoni your   11:02:47

thoughts on how intimacy should be portrayed in the   11:02:49

film?   11:02:53

A.  I don't recall.   11:02:53

MS. HUDSON:  I'm going to hand you   11:02:57

Exhibit 6.   11:02:59

(Exhibit 6 was marked for identification.)   11:03:14

MS. ZELDIN:  Thank you.   11:03:14

BY MS. HUDSON:   11:03:15

Q.  Okay.  Exhibit 6 is a text chain between Jamey   11:03:31

Heath, Ange Giannetti, Justin Baldoni, and Alex Saks.   11:03:35

Ms. -- it's Bates-stamped HEATH_51557 through 558, dated   11:03:41

April 30th, 2023.   11:03:49

Mrs. Hoover, you are not on this text   11:03:51

chain, correct?   11:03:57

A.  Yes.   11:03:57

Q.  So in the first text in this chain, Mr. Baldoni   11:04:00

forwards something that he purports is from you.   11:04:05

Do you see that?   11:04:09

A.  Yes.   11:04:10

Q.  It says "from Colleen"?   11:04:10

A.  Uh-huh.   11:04:13

CONFIDENTIAL

Page 65

MS. HUDSON:  Mrs. Hoover, I'm going to hand you a document that we'll mark as Exhibit 7 -- oh, 8. I'm always one off.

(Exhibit 8 was marked for identification.)

BY MS. HUDSON:

Q.  You had mentioned a dinner that you went to with Tarryn Fisher, Jamey Heath, and Justin Baldoni that you thought might have been May 6th, right?

A.  Uh-huh.

Q.  Does this document refresh your recollection that it was, in fact, May 6th?

A.  Yes.

Q.  Okay.  And this is a text chain between Jamey Heath, Justin Baldoni, and Colleen Hoover, dated May 6th, 2024, Bates-stamped BALDONI_33449.

And do you recognize this text chain?

A.  Yes.

Q.  And did you participate in it?

A.  Yes.

Q.  Okay.  What was the purpose of this dinner?

A.  I don't recall.  We had just never had a meal together before, and we were together all day doing PR. But I think it was mostly because, you know, this movie was halfway through being made, and we didn't really interact a lot in person.  And so since I was in LA, we

11:41:39
11:41:40
11:41:45
11:41:50
11:41:50
11:41:54
11:41:58
11:42:03
11:42:06
11:42:06
11:42:08
11:42:11
11:42:11
11:42:15
11:42:18
11:42:22
11:42:25
11:42:25
11:42:27
11:42:28
11:42:31
11:42:37
11:42:45
11:42:50
11:42:56

CONFIDENTIAL

Page 66

just all decided to have dinner.                                    11:43:00

Q.   And up to that point, did you feel that you had    11:43:02
been able to give the creative input that you had wanted    11:43:05
to give into the film?                                        11:43:09

MS. ZELDIN:   Objection.                            11:43:10

THE WITNESS:   I -- I feel like -- no.              11:43:11

BY MS. HUDSON:                                                 11:43:23

Q.   And what is it that you wanted to do that you      11:43:24
felt you hadn't been able to do at that point?            11:43:28

A.   I --                                             11:43:32

MS. ZELDIN:   Objection.                            11:43:33

THE WITNESS:   I felt like I wanted to be          11:43:34
more involved in just the sense of knowing what was          11:43:39
going on with filming.   And I was not receiving dailies.    11:43:43
And as an executive producer, I found that confusing,        11:43:50
and I ended up having to go to Sony to ask for dailies.      11:43:54
You know, just because without knowing what was going on     11:43:58
or seeing what was being filmed every day, I didn't feel     11:44:02
like I -- I could give input because I was just unaware       11:44:05
of what was happening.                                        11:44:10

BY MS. HUDSON:                                                 11:44:12

Q.   And what is a daily?                             11:44:12

A.   A daily is what's being -- what was filmed that    11:44:14
day.   They kind of condense it to what scenes they're      11:44:18
going to use and send it to all the producers and            11:44:23

CONFIDENTIAL

Page 67

whoever else is on the daily list. 11:44:26

Q. And you mentioned you were an executive producer on the film? 11:44:28 11:44:30

A. Uh-huh. 11:44:31

Q. Is that a "yes"? 11:44:31

A. Yes. 11:44:32

Q. And what were the duties of an executive producer, to your understanding? 11:44:33 11:44:38

A. I think it depends on -- on who it is. I didn't really have duties per se. Executive producer, I was told, was more just like a title they give people. The producers who are the ones who do the actual work. 11:44:42 11:44:48 11:44:56 11:44:58

Q. But you felt in an executive producer role, in order to contribute creatively as you had expressed, you needed to see the dailies? 11:45:02 11:45:06 11:45:09

MS. ZELDIN: Objection. 11:45:11

THE WITNESS: Yes. And being the author of the book. I received all the dailies on the project I had done before this, and there were other things that were being filmed that I was getting dailies on that was -- were not this movie. 11:45:12 11:45:15 11:45:20 11:45:24 11:45:28

BY MS. HUDSON: 11:45:29

Q. Who did you first ask to see the dailies? 11:45:32

A. Justin. Maybe Jamey. I don't remember. But they were really my point of contact. 11:45:33 11:45:40

CONFIDENTIAL

Page 68

Q.  And when did you first ask them to see the    11:45:41
dailies?    11:45:44

A.  When the film started filming.    11:45:44

Q.  So back in May of 2023?    11:45:46

A.  Uh-huh.    11:45:48

Q.  So now -- is that a "yes"?    11:45:48

A.  Yes.  Sorry.    11:45:50

Q.  That's all right.    11:45:51

So now we're in May of 2024.  So in that    11:45:51
year, you had not received dailies?    11:45:55

A.  Yes, I started receiving dailies because I    11:45:56
asked Ange Giannetti to -- if I could get them.  And she    11:45:59
was shocked I wasn't getting them, so she started making    11:46:04
sure I was on the list.    11:46:07

Q.  And when was that?    11:46:08

A.  Probably June or July of filming.    11:46:13

Q.  Of 2023?    11:46:15

A.  Uh-huh.    11:46:18

Q.  Is that a "yes"?    11:46:18

A.  It was the year before this -- so, yes, 2023.    11:46:19

Q.  And who was Ange Giannetti?    11:46:26

A.  She worked for Sony.    11:46:29

Q.  Did you understand her to be the executive in    11:46:31
charge of the production for Sony?    11:46:36

A.  She was the one on set while I was there, so    11:46:38

CONFIDENTIAL

Page 94

putting me in touch with him.                                    12:25:50

          So by this point, had you already had a              12:25:52

conversation with Mr. Greenstein?                                12:25:55

     A.  Yeah, it does look that way.                            12:25:57

     Q.  Do you -- but sitting here today, do you recall        12:25:59

that conversation?                                               12:26:01

     A.  I don't.                                                12:26:03

     Q.  Okay.  And then the next entry you say --              12:26:06

actually, why don't you read that one out loud, at             12:26:13

4:50 a.m.?                                                       12:26:18

     A.  Blake, oh, my gosh, Josh gave me a password to         12:26:19

watch again because he wants me to get you my thoughts          12:26:22

ASAP.  So I watched Justin's latest and yours side by          12:26:26

side.  I have a list of 57 things I loved about yours          12:26:30

more.  You killed it.  It's so hard in the theater to          12:26:34

focus when you're nervous and people are talking.  But         12:26:38

seeing all the improvements you made solidified and            12:26:40

already saw a decision.  I'm going to bed but will send         12:26:43

you thoughts ASAP in the morning.  I really believe in         12:26:46

this adaptation and think with this week's edits that          12:26:50

you're doing it's going to be life-changing.  My God,          12:26:53

thank you.  I'm sorry this is a day late.  I know I told        12:26:55

you it was great already, but I can't wait to type up          12:26:58

all the whys and get them to you tomorrow.                      12:27:01

     Q.  Did this accurately describe how you felt at          12:27:04

CONFIDENTIAL

Page 95

the time?                                                    12:27:06

A.   Yes.                                                    12:27:06

Q.   And what was it that you saw when you had the          12:27:07
opportunity to look at the cuts side by side that you       12:27:11
liked more in Mrs. Lively's?                                12:27:15

A.   I definitely thought hers had more humor in it.        12:27:18
That was very important to me.  I remember there were a     12:27:30
couple of scenes with the character Atlas that bothered     12:27:34
me in the first cut I saw, that were removed from           12:27:42
Blake's cut.  I can't recall exactly all of the things      12:27:46
that I liked more about her cut, but I -- I did feel        12:27:51
like my concerns in the initial notes I sent her, a lot    12:27:57
of them had already been addressed.                         12:28:02

Q.   So are you saying you think she may have made          12:28:05
some changes between May 15th and when you saw              12:28:07
the -- the --                                               12:28:12

A.   Not based on my notes.                                 12:28:13

Q.   I see.                                                 12:28:14

A.   I think just that we had similar intuition             12:28:15
about some of the scenes.                                   12:28:19

Q.   So just to make sure I understand what you're         12:28:22
saying, you -- between the time you gave notes on           12:28:25
May 15th and you saw the screening yourself alone, with    12:28:28
Justin's side by side, there had been some changes to      12:28:36
the cut that Blake was working on that you liked?          12:28:43

CONFIDENTIAL

Page 134

A.   Yes.                                              02:22:46

Q.   And dinner, is that the May 6th dinner --        02:22:46

A.   Yes.                                              02:22:49

Q.   -- that we talked about?  Okay.  All right.      02:22:49

And why was that dinner making you angrier            02:22:53
every time you thought of it?                         02:22:57

A.   I think because of -- of the way they spoke       02:22:58
about Blake, and I -- I feel like I went into the dinner 02:23:06
thinking that we were just going to have dinner, that it 02:23:10
was a chance for us to get to know each other better.  02:23:16
And instead, I ended up feeling like we only went to   02:23:19
dinner so that they could tell me their opinions of    02:23:24
Blake before I heard about what was happening.  And I  02:23:27
felt like if I cut off communication with them, then   02:23:33
they wouldn't have the opportunity to have those       02:23:36
conversations with me again.                           02:23:39

Q.   And Mrs. Lively, at 11:10 p.m. tells you: Next   02:23:41
time we talk I want to hear it, because I find myself   02:23:52
feeling guilty for pushing back so hard on them to make 02:23:55
the best movie.  And I haven't shared with anyone my   02:23:59
experiences with them until someone first comes to me  02:24:02
horrified by their own experiences, and even then, I   02:24:05
don't get into all of this.                            02:24:09

Was that your experience with her, that she           02:24:10
wasn't sharing all the details of what she experienced 02:24:14

CONFIDENTIAL

Page 135

with them?                                                    02:24:18

MS. ZELDIN:  Objection.                                       02:24:19

THE WITNESS:  Yes.  I mean, you know, up                      02:24:23

until that -- the first time I spoke to her, like, I          02:24:25

don't think she was sharing it with people, because I         02:24:30

hadn't heard about it.                                        02:24:33

BY MS. HUDSON:                                                 02:24:35

Q.  And at this point, had she told you what her              02:24:35

experience was as of May 25th?                                02:24:38

A.  Some of it.  She was very protective of -- of a           02:24:43

lot of the information.                                       02:24:48

Q.  And did -- do you recall what you knew at this            02:24:49

time on May 25th?                                             02:24:51

A.  I knew everything that was in the letter that             02:24:53

they signed.  Because at that point, I had read it.  And      02:24:59

she also told me there were other women that would be         02:25:05

coming forward with similar experiences to hers that she      02:25:10

couldn't speak on.                                            02:25:16

Q.  And when you say "the letter," you mean the               02:25:21

protections to return to work?                                02:25:25

A.  Yes.                                                      02:25:26

Q.  Did she go through each of those protections             02:25:27

and explain to you what was behind them?                      02:25:30

A.  We did discuss them.  But at this point, I               02:25:36

haven't read that since that day, so I don't know -- I        02:25:38

CONFIDENTIAL

Page 136

can't remember each point.    02:25:43

Q.  Mrs. Lively goes on to say in this text: Yet    02:25:45
somehow I hold those guys' narrative in my gut.  And it    02:25:49
hurts to be so misrepresented after being so viciously    02:25:52
mistreated.    02:25:56

Do you know what she meant by "those guys'    02:25:57
narrative"?    02:26:02

A.  Yeah, I believe it was probably the narrative    02:26:03
they had about her at the dinner with me.  That's how    02:26:10
I -- that's how I interpret this.    02:26:16

Q.  And then Mrs. Lively says: And all I'm fighting    02:26:18
for is the work.  That's all I've ever fought for is the    02:26:27
work, and in that, a safe set to do the work in.  That's    02:26:31
it, from day one to today.    02:26:34

Did you have any reason to doubt that    02:26:39
Mrs. Lively was genuine in what she was telling you    02:26:43
there?    02:26:47

MS. ZELDIN:  Objection.    02:26:47

THE WITNESS:  No.    02:26:54

BY MS. HUDSON:    02:26:55

Q.  And then you go on to describe a little bit    02:26:56
more, it looks like, this dinner, on May 6th at    02:26:57
11:33 p.m., and you say: Yeah, honestly, the narrative    02:27:01
wasn't anything too different than what you told us,    02:27:05
just from their angle.  It's just when I was sitting    02:27:08

CONFIDENTIAL

Page 297

                    UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF NEW YORK

     BLAKE LIVELY,
                                    Case No. 24-CV-10049-LJL
          Plaintiff,                (LEAD CASE)

     VS.
                                    Case No. 25-CV-449 (LJL)
     WAYFARER STUDIOS LLC,          (MEMBER CASE)
     ET AL.,
          Defendants.
     ----------------------------------------------------------
     --
     JENNIFER ABEL,

          Third-Party Plaintiff,

     VS.

     JONESWORKS, LLC,

          Third-Party Defendant.
     ----------------------------------------------------------
     --
     WAYFARER STUDIOS LLC, ET AL.,
          Consolidated Plaintiffs,
     VS.
     BLAKE LIVELY, ET AL.,
          Consolidated Defendants.
                         ** CONFIDENTIAL **
                        REPORTER'S CERTIFICATION
                      VIDEO-RECORDED DEPOSITION OF
                        MARGARET COLLEEN HOOVER
                       MONDAY, SEPTEMBER 29, 2025

          I, Kari J. Behan, CCR, CSR, and in and for the
     State of Texas, do hereby certify that the facts as
     stated by me in the caption hereto are true;

          That there came before me the aforementioned named

CONFIDENTIAL

Page 298

person, who was by me duly sworn to testify the truth concerning the matters in controversy in this cause;

And that the examination was reduced to writing by computer transcription under my supervision; that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Given under my hand and seal of office on this 30th day of September.

KARI BEHAN, CCR, CSR
Texas CSR NO. 8564;
Expiration Date: 7-31-2026
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571