# EXHIBIT B

## Exhibit B

### Compendium of Potential Trial Exhibits Proffered by Plaintiff Blake Lively

| Plaintiff's Potential Trial Exhibit Number | Page Number |
|---|---|
| PTX-030 | 1 |
| PTX-031 | 12 |
| PTX-032 | 14 |
| PTX-033 | 35 |
| PTX-034 | 46 |
| PTX-040 | 54 |
| PTX-041 | 61 |
| PTX-043 | 63 |
| PTX-046 | 70 |
| PTX-047 | 112 |
| PTX-052 | 119 |
| PTX-055 | 185 |
| PTX-065 | 187 |
| PTX-113 | 202 |
| PTX-158 | 221 |
| PTX-188 | 227 |
| PTX-193 | 230 |
| PTX-195 | 232 |
| PTX-219A | 240 |
| PTX-251 | 242 |
| PTX-337 | 244 |
| PTX-344 | 248 |
| PTX-365 | 252 |
| PTX-392 | 258 |
| PTX-406 | 262 |
| PTX-409A | 266 |
| PTX-527 | 270 |
| PTX-532 | 274 |
| PTX-596 | 277 |
| PTX-653 | 281 |
| PTX-814 | 338 |

`

# PTX-030



# GLAMOUR

NEWSLETTER ≡

STYLE    BEAUTY    WELLNESS    ENTERTAINMENT    SHOPPING

the spring shop    SPRING FASHION TRENDS    YOUR NAIL RESET    JEWELRY ESSENTIALS    EDITOR-TESTED LEGGINGS    HYDRATING TINTED MOISTURIZERS    LED FACE MASKS

ROLLER RABBIT ◎    Drops March 7    LIMITED TIME ONLY    Explore Now

CULTURE

# 'Jane the Virgin' Star Justin Baldoni Wants to End Toxic Masculinity: 'The Glass Ceiling Exists Because Men Put It There'

And he's just as disappointed as you are that there aren't a lot of men's media outlets covering his quest.



BY LAUREL PINSON
December 4, 2017



Benjo Arwas/Getty Images

Since the shocking sexual harassment allegations were first reported against Hollywood mega-producer Harvey Weinstein in October, there's been an avalanche of accusations against other power players in media, business, and yes, Hollywood. (If you, too, are having a hard time keeping up, we created this—horrifying, frankly—list of the latest men facing allegations, which we're updating.)

In the wake of all these accusations, the concept of "toxic masculinity" has become a hotly debated topic. How are we (or "the patriarchy") as



ROLLER RABBIT ◎
Drops March 7
LIMITED TIME ONLY

media, business, and yes, Hollywood. (If you, too, are having a hard time keeping up, we created this—horrifying, frankly—list of the latest men facing allegations, which we're updating.)



ROLLER RABBIT ◉    Drops March 7
LIMITED TIME ONLY    Explore Now

men are supposed to be "strong" and never show emotions, can easily lead to misogynistic ideas or acts. (Picture, say, a certain American president dismissing certain comments made on a certain *Access Hollywood* tape as "locker room talk"—typical male banter, made in jest, and not to be taken seriously.)





One of the emerging voices in this conversation is a surprising one: Justin Baldoni, an actor best known for his work as the—often shirtless—Rafael on *Jane the Virgin.*

At the TEDWomen conference in New Orleans, Baldoni gave an impassioned talk on the subject, saying the characters he's often asked to play actually feel all too similar to the one he's been encouraged to play all his life: a stereotypical man's man. "This is the script that we've been given," he said. "Girls are weak, and boys are strong.... I came here today to say as a man that this is wrong, this is toxic, and it has to end."

Baldoni has started leveraging his impressive social following—1 million on Instagram, 160,000 on Twitter—to tackle this issue head-on, and, as he tells it, he got a really great response [from women]. In an effort to court more male followers, he started posting more content that felt stereotypically male—workouts, meal plans, etc.—and lo and behold, not only did men start to engage with him, but a men's fitness magazine even offered to feature him as one of their "game changers." (The irony of the moment was not lost on Baldoni.)

But Baldoni isn't giving up. He's developing an online talk show, titled *Man Enough,* and he's putting himself out there at conferences like TEDWomen. "I believe that as men, it's time we start to see past our privilege and recognize that we are not just part of the problem, fellas, we are the problem," he said during his TED speech. "The glass ceiling exists because we put it there. And if we want to be a part of the

## Get the best sales and editor recs

[ SIGN UP ]

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

I spoke with Baldoni at TEDWomen following his talk to discuss the correlations between these masculine tropes and pressing issues like sexual harassment in the workplace. (And yes, I asked if he ever worries about doing exactly what he rails against—taking command of a conversation in the women's space and "mansplaining" it.) Read his responses, and watch his speech at TEDWomen below.

**Glamour:** Let's first address that *Glamour*'s audience might not necessarily be the demo you've said you want to reach. What are the men's brands you want to be interviewing you about this stuff?

**Justin Baldoni:** I think as a young man, I would collect *Men's Health* and *Men's Fitness* and *GQ, Esquire,* and all those magazines. As an actor, it was always kind of a bummer that none of them ever wanted to talk to me.... Part of it is also because I'm on a feminist show, primarily watched by women.... I've had my reps tell me, bluntly: "Men's magazines are not going to write about you because you're too feminine and because you don't attract a male audience." That's just where it becomes frustrating because the men that I really want to have dialogue with are not listening unless their girlfriends tag them or their girlfriends send them something that I said.... And that's a bummer because in reality I'm not telling them they have to be different. I don't think that men have to change. I don't think there's anything wrong with men inherently; I think it's what we've learned and the roles that we play.



"The glass ceiling exists because we put it there. And if we want to be a part of the solution, then words are no longer enough."

**Glamour:** I'm sure it's anxiety-inducing to speak at TEDWomen because you run the risk of mansplaining a women's issue.

**JB:** I actually hired a very good friend of mine who's a very powerful feminist, and I had her tell me and make sure that nowhere in my talk was I mansplaining. There's no way that I could have given this talk without the support and help of women, there's just no way. By nature I would have mansplained something because I have the

## Most Popular



**BEAUTY**

How to Use an Eyebrow Pencil, According to Pro Makeup Artists

BY DOMINIC CADOGAN



**SHOPPING**

How to Style Straight-Leg Jeans To Look Anything But Boring This Spring

BY BIANCA KRATKY



**SHOPPING**

the spring shop    SPRING FASHION TRENDS    YOUR NAIL RESET    JEWELRY ESSENTIALS    EDITOR-TESTED LEGGINGS    HYDRATING TINTED MOISTURIZERS    LED FACE MASKS

feminist, and I had her tell me and make sure that nowhere in my talk was I mansplaining. There's no way that I could have given this talk without the support and help of women, there's just no way. By nature I would have mansplained something because I have the privilege of being a white male and I've been mansplaining my whole life—that's just the way it is. I did everything I could to take out any part that could potentially be that, or to just be aware of what I was saying, because I really wasn't trying to talk to women, I was really trying to talk to men.

**Glamour:** Working at a women's media publication, we speak pretty openly about the "lady media" tropes that now feel incredibly not modern. For example, the myth of "having it all." What are some of the men's media tropes that you've run into?

**JB:** I've got to be honest, it breaks my heart when I look at both.... *Men's Fitness* reached out to me to be a game changer, and what was interesting was that they knew about me for a few years, but it wasn't until I started talking about working out—like how I tore my pec and I kind of followed my journey the whole way—that they were able to sell it up the chain. And that's the bummer; it has to be, "Oh yeah, he's a regular dude too," because that's the entry point. But at the same time that's also a gift because I now understand the psyche of the system. If I want to talk to men, I do have to kind of be a man.... Because if I'm a "girly man," then they're not going to listen, but if I can do more pull-ups than you and if I can do that crazy workout that I guarantee can kick your ass, then you'll listen to me, right? Like all right, cool, maybe I'll start a whole fitness plan, maybe I'll do something masculine-focused because I'm cool being a Trojan horse. I have to imagine that I was built the way that I was for a bunch of different reasons, but I have the heart that I have for a reason as well.

If I can be an entry point to help men recognize that being feminine and masculine is OK, then that's beautiful work that I'm honored to do.... I hope that male fitness magazines and male magazines in general can put as much emphasis on men that are leading with their hearts, and men that are championing women, and men that are standing for equal rights as they do with the men that are making billions of dollars playing sports and men that are alpha males.

**Glamour:** In your talk, you also discuss sexual harassment and the "Me Too" phenomenon, and it must be acknowledged that women aren't the only victims. Did you ever feel like you were harassed or victimized on set?

**JB:** When I was 21 or so, I was very new in the business. I had just

## Most Popular



**BEAUTY**
How to Use an Eyebrow Pencil, According to Pro Makeup Artists
BY DOMINIC CADOGAN



**SHOPPING**
How to Style Straight-Leg Jeans To Look Anything But Boring This Spring
BY BIANCA KRATKY



**SHOPPING**
9 Iconic Carolyn Bessette-Kennedy Looks to Recreate for Spring
BY JAKE HENRY SMITH



ROLLER RABBIT
Drops March 7
LIMITED TIME ONLY
Explore Now

If I can be an entry point to help men recognize that being feminine and masculine is OK, then that's beautiful work that I'm honored to do.... I hope that male fitness magazines and male magazines in general can put as much emphasis on men that are leading with their hearts, and men that are championing women, and men that are standing for equal rights as they do with the men that are making billions of dollars playing sports and men that are alpha males.

**Glamour:** In your talk, you also discuss sexual harassment and the "Me Too" phenomenon, and it must be acknowledged that women aren't the only victims. Did you ever feel like you were harassed or victimized on set?

**JB:** When I was 21 or so, I was very new in the business. I had just done my first show and a girlfriend at the time had gotten me a spa certificate to go to Burke Williams in West Hollywood. I remember there were hot tubs and steam rooms and all kinds of stuff, and it's kind of fancier people, wealthier guys. I went and jumped in the hot tub and I saw a guy kind of look over. I saw him look over at me, jump out of the other hot tub, and jump in with me, and he said, "Oh what do you do?" And I said, "Oh I'm an actor," and he said, "Oh I'm a producer," and he started talking about all of the movies he's done and all the people he knows. He's friends with Clooney, Cheadle, and *this* person and *this* person, and he slowly started to try to get me to take off my pants because I had my bathing suit on and he was naked.

And I remember the way he did it, using his power and what he does and who he knows as a way to make me feel less than, like I wasn't going to be as successful as the other guys who'd been in the same hot tub with him, naked. I just remember that feeling and having a moment of saying, "Well, should I do that? And where does that lead?"... I remember a split second [of thought], and then going, "What? No," and just leaving. I could imagine how hard and painful that must be for a woman. I mean I was stronger and bigger than the guy, and [then there's] the fact that no one is going to believe you if you're a woman because your voice is already not heard.... I've also experienced [harassment] as a man from women of power.... I've had my ass grabbed multiple times by powerful women.

I just think the system is broken, but thank God we're now at a place where, as gross as it sounds, the infected pimple is finally being popped and healing can actually begin.... And then the other thing men are going to have to start doing now is recognizing when they did it and didn't realize it. I think that's when the other side of the "Me Too" movement is "I'm Sorry." I guarantee at some point in my life there is a woman or two that I in some way made uncomfortable by saying something or doing something that was chauvinistic or sexist. There is one million percent probability that that exists, and all I can do is say, "I'm sorry, I was naive, I was young, I screwed up, and I'll try to do



ROLLER RABBIT

Drops March 7
LIMITED TIME ONLY

Explore Now

## Most Popular



**BEAUTY**

How to Use an Eyebrow Pencil, According to Pro Makeup Artists

BY DOMINIC CADOGAN



**SHOPPING**

How to Style Straight-Leg Jeans To Look Anything But Boring This Spring

BY BIANCA KRATKY



**SHOPPING**

9 Iconic Carolyn Bessette-Kennedy Looks to Recreate for Spring

BY JAKE HENRY SMITH

the spring shop    SPRING FASHION TRENDS    YOUR NAIL RESET    JEWELRY ESSENTIALS    EDITOR-TESTED LEGGINGS    HYDRATING TINTED MOISTURIZERS    LED FACE MASKS

woman or two that I in some way made uncomfortable by saying something or doing something that was chauvinistic or sexist. There is one million percent probability that that exists, and all I can do is say, "I'm sorry, I was naive, I was young, I screwed up, and I'll try to do better."



SHOPPING

9 Iconic Carolyn Bessette-Kennedy Looks to Recreate for Spring

BY JAKE HENRY SMITH

ADVERTISEMENT

Advertisement

"We've built in this system—the opposite of accountability—and now it's time to figure out how, as men, we can break that system."

**Glamour:** For men who may have been enablers—either inadvertently or because they were intimidated—do you have any script or recommendations for guys to help combat this behavior in the moment?

**JB:** Well, can you be man enough to actually say something? The fact is that so many of us men are so terrified of losing our standing with our other male friends or our standing at our jobs because, at the end of the day, it's a fraternity. The hierarchy of power is just a big fraternity, and if you go against one of your brothers, then you're breaking this thing they call "the guy code." Growing up, how many times did I hear "bros before hoes"? Just think about it. First of all, how demeaning, how sexist. What are we saying about women, and how we're saying the importance is us, not them. Right? It's the worst thing you could say, but all young boys, teenagers, guys, we get it. So you have a 17-year-old boy that witnessed another boy date-rape a girl? Bros before hoes. Are you going to break the guy code? We've built in this system—the opposite of accountability—and now it's time to figure out how, as men, we can break that system, and it starts with showing what a real man is. A real man is someone that says, "Hey man, we're still friends, but that's not cool."

Or if it's a director or someone that's in power, you could say, "I want to bring this up because I'm worried about you and this could be perceived the wrong way." Every situation is different.... Men have to start small because it takes a lot of courage to stand up to another man



ROLLER RABBIT

Drops March 7
LIMITED TIME ONLY

Explore Now

## Most Popular



BEAUTY

How to Use an Eyebrow Pencil, According to Pro Makeup Artists

BY DOMINIC CADOGAN



SHOPPING

How to Style Straight-Leg Jeans To Look

Or if it's a director or someone that's in power, you could say, "I want to bring this up because I'm worried about you and this could be perceived the wrong way." Every situation is different.... Men have to start small because it takes a lot of courage to stand up to another man and go against everything you've been conditioned to say.... Or in some cases it's so obvious that you do need to stand up and say something. Like if you're hanging out and you see a girl who's so wasted and your buddy's not, say, "No, don't take her home, man, what are you doing?" Stop him. I think that it's going to take some strong men to be willing to stand up and do that, so, hopefully, now thanks to the bravery of women, that men will finally find the strength to do the same thing.



**BEAUTY**

How to Use an Eyebrow Pencil, According to Pro Makeup Artists

BY DOMINIC CADOGAN



**SHOPPING**

How to Style Straight-Leg Jeans To Look Anything But Boring This Spring

BY BIANCA KRATKY



**SHOPPING**

9 Iconic Carolyn Bessette-Kennedy Looks to Recreate for Spring

BY JAKE HENRY SMITH

ADVERTISEMENT



ROLLER RABBIT ◎

Drops March 7
LIMITED TIME ONLY

Explore Now

*This interview has been condensed and edited for clarity.*

Watch Justin Baldoni's speech at TEDWomen 2017:



 Laurel Pinson is the digital editorial director for Glamour. Her love of heels is inversely proportionate to her ability to walk in them. ... Read More

 

TOPICS   TED TALKS   JANE THE VIRGIN



TOPICS    TED TALKS    JANE THE VIRGIN

## Get a Dose of What's Trending, Straight to Your Inbox.

The Glamour Catch-Up Newsletter

| | SIGN UP |

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

## *Read More*



**CULTURE**

The Women Holding Minneapolis Together

BY ANNA MOESLEIN



**ENTERTAINMENT**

Emma Betsinger Was 'Pleasantly Surprised' by Her *Love Is Blind* Edit—Tears...

BY KATHLEEN WALSH



**ENTERTAINMENT**

*Bridgerton* Season 4: Actually, It Makes Sense That Benedict Doesn't...

BY ARIANA YAPTANGCO



**ENTERTAINMENT**

Every *Bridgerton* Sex Scene, Ranked

BY ANNA MOESLEIN



**TV**

That JFK. Jr. and Carolyn Bessette Fight in the Park...



**ENTERTAINMENT**

Jessica Says Chris 'Didn't Deserve' Her Real Reaction...



**ENTERTAINMENT**

The Major Risk *Love Story*'s Sarah Pidgeon Took to Look...



**CELEBRITY GOSSIP**

Chloe Kim and Myles Garrett: A Complete...

Document title: &#39;Jane the Virgin&#39; Star Justin Baldoni Wants to End Toxic Masculinity: &#39;The Glass Ceiling Exists Because Men Put It There&#39; | Glamour
Capture URL: https://www.glamour.com/story/jane-the-virgin-star-justin-baldoni-wants-to-end-toxic-masculinity
Capture timestamp (UTC): Mon, 02 Mar 2026 05:46:07 GMT






TV

That JFK. Jr. and Carolyn Bessette Fight in the Park Got Way Too Real While...

BY JESSICA RADLOFF

ENTERTAINMENT

Jessica Says Chris 'Didn't Deserve' Her Real Reaction to Their 'Love Is Blind'...

BY EMILY TANNENBAUM

ENTERTAINMENT

The Major Risk *Love Story*'s Sarah Pidgeon Took to Look Like Carolyn Bessette

BY JESSICA RADLOFF

CELEBRITY GOSSIP

Chloe Kim and Myles Garrett: A Complete Relationship Timeline

BY ELIZABETH LOGAN






ENTERTAINMENT

The Final *Outlander* Trailer Braces Us for the End

BY JESSICA RADLOFF

HEALTH-FITNESS

How to Calm Down When the World Won't

BY STEFANIE GRONER

TV

Dree Hemingway Is *Love Story*'s Perfect Daryl Hannah

BY JESSICA RADLOFF

ENTERTAINMENT

The Best Books for Book Clubs in 2026

BY DE ELIZABETH

**GLAMOUR**

Authentic, Accessible, Relevant

f   X   ⓘ   P   ♪

MORE FROM GLAMOUR

About Glamour
Newsletter Signup
Glamour Media Kit

SEE MORE STORIES & GUIDES

Fashion
Beauty
Wellness
News & Culture
Sex & Relationships
Gifts for Women
Vibrators
LED Face Masks
Leggings
Silk Pillowcases
Coupons

the spring shop    SPRING FASHION TRENDS    YOUR NAIL RESET    JEWELRY ESSENTIALS    EDITOR-TESTED LEGGINGS    HYDRATING TINTED MOISTURIZERS    LED FACE MASKS

BY JESSICA RADLOFF                    BY EMILY TANNENBAUM                    BY JESSICA RADLOFF                    BY ELIZABETH LOGAN






ENTERTAINMENT

The Final *Outlander* Trailer Braces Us for the End

BY JESSICA RADLOFF

HEALTH-FITNESS

How to Calm Down When the World Won't

BY STEFANIE GRONER

TV

Dree Hemingway Is *Love Story*'s Perfect Daryl Hannah

BY JESSICA RADLOFF

ENTERTAINMENT

The Best Books for Book Clubs in 2026

BY DE ELIZABETH



ROLLER RABBIT

Drops March 7
LIMITED TIME ONLY

Explore Now



GLAMOUR

Authentic, Accessible, Relevant

f    X    ⊙    P    ♪

MORE FROM GLAMOUR

About Glamour
Newsletter Signup
Glamour Media Kit

SEE MORE STORIES & GUIDES

Fashion
Beauty
Wellness
News & Culture
Sex & Relationships
Gifts for Women
Vibrators
LED Face Masks
Leggings
Silk Pillowcases
Coupons

User Agreement  |  Privacy Policy  |  Your California Privacy Rights  |  RSS Feeds  |  Site Map  |  Accessibility Help  |  Condé Nast Store  |  Contact Glamour

|    PRIVACY INFORMATION

United States ⌄

© 2026 Condé Nast. All rights reserved. Glamour may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

Document title: &#39;Jane the Virgin&#39; Star Justin Baldoni Wants to End Toxic Masculinity: &#39;The Glass Ceiling Exists Because Men Put It There&#39; | Glamour
Capture URL: https://www.glamour.com/story/jane-the-virgin-star-justin-baldoni-wants-to-end-toxic-masculinity
Capture timestamp (UTC): Mon, 02 Mar 2026 05:46:07 GMT                    Page 10

# PTX-031

# SUBMITTED VIA COURT UPLOAD LINK

# PTX-032

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

BLAKE LIVELY

vs.

WAYFARER STUDIOS LLC, et al.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

TRANSCRIPT OF TEDWomen VIDEO

JUSTIN BALDONI

Why I'm done trying to be "man enough"

November 2017

Transcribed By:

TERRI NESTORE

CSR No. 5614, RPR, CRR

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

JUSTIN BALDONI:  As an actor, I get scripts and it's my job to stay on script, to say my lines and bring to life a character that someone else wrote.

Over the course of my career, I've had the great honor playing some of the greatest male role models ever represented on television.  You might recognize me as Male Escort #1, photographer date rapist -- shirtless date rapist from the award-winning Spring Break Shark Attack, shirtless medical student, a shirtless steroid using con man, and in my most well-known role as Rafael, a brooding reformed playboy who falls for, of all things, a virgin, and who's only occasionally shirtless.

Now, these roles don't represent the kind of man I am in my real life, but that's what I love about acting. I get to live inside characters very different than myself.  But every time I got one of these roles, I was surprised because most of the men I play ooze machismo, charisma, and power, and when I look in the mirror, that's just not how I see myself.  But it was how Hollywood saw me.  And over time, I noticed a parallel between the roles I would play as a man, both on screen and off.

I've been pretending to be a man that I'm not, my entire life.  I've been pretending to be strong when I felt weak, confident when I felt insecure, and tough when really I was hurting.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

I think for the most part, I've just been kind of putting on a show.  But I'm tired of performing.  And I can tell you right now that it is exhausting trying to be man enough for everyone all the time.

Now -- right?  My brother heard that.

Now for as long as I can remember, I've been told the kind of man that I should grow up to be.  As a boy, all I wanted was to be accepted and liked by the other boys, but that acceptance meant I had to acquire this almost disgusted view of the feminine, and since we were told that feminine is the opposite of masculine, I either had to reject embodying any of these qualities or face rejection myself.

This is the script that we've been given, right? Girls are weak and boys are strong.  This is what's being subconsciously communicated to hundreds of millions of young boys and girls all over the world, just like it was with me.  Well, I came here today to say as a man that this is wrong, this is toxic and it has to end.

Now, I'm not here to give a history lesson.  We likely all know how we got here, okay?  But I'm just a guy that woke up after 30 years and realized that I was living in a state of conflict; conflict with who I feel I am in my core, and conflict with who the world tells me as a man I should be.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 4

But I don't have a desire to fit into the current broken definition of masculinity, because I don't just want to be a good man.  I want to be a good human.  And I believe the only way that can happen is if men learn to not only embrace the qualities that we were told are feminine in ourselves, but to be willing to stand up, to champion and learn from the women who embody them.

Now, men, I'm not saying that everything we've learned is toxic, okay?  I'm not saying there's anything inherently wrong with you or me -- and men, I'm not saying we have to stop being men, but we need balance, right?  We need balance.  And the only way things will change is if we take a real honest look at the scripts that have been passed down to us from generation to generation and the roles that, as men, we choose to take on in our everyday lives.

So speaking of scripts, the first script I ever got came from my dad.  My dad is awesome.  He's loving, he's kind, he's sensitive, he's nurturing, he's here. He's crying.  But -- sorry, dad -- as a kid, I resented him for it because I blamed him for making me soft, which wasn't welcomed in the small town in Oregon that we had moved to, because being soft meant that I was bullied.

See, my dad wasn't traditionally masculine, so he didn't teach me how to use my hands.  He didn't teach me

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 5

how to hunt, how to fight -- you know, man stuff.

Instead, he taught me what he knew; that being a man was about sacrifice and doing whatever you can to take care of and provide for your family.

But there was another role I learned how to play from my dad, who I discovered learned it from his dad, a state senator who later in life had to work nights as a janitor to support his family, and he never told a soul. That role was to suffer in secret. And now three generations later, I find myself playing that role too.

So why couldn't my grandfather just reach out to another man and ask for help? Why does my dad, to this day, still think he's gotta do it all on his own?

I know men who would rather die than tell another man that they're hurting. But it's not because we're just all like strong, silent types. It's not. A lot of us men are really good at making friends and talking -- just not about anything real. If it's about work or sports or politics or women, we have no problem sharing our opinions. But if it's about our insecurities or our struggles, our fear of failure, then it's almost like we become paralyzed. At least I do.

So some of the ways that I've been practicing breaking free of this behavior are by creating experiences that force me to be vulnerable. So if there's something

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 6

I'm experiencing shame around in my life, I practice diving straight into it, no matter how scary it is -- and sometimes even publicly, because then in doing so, I take away its power, and my display of vulnerability can in some cases give other men permission to do the same.

As an example, a little while ago I was wrestling with an issue in my life that I knew I needed to talk to my guy friends about, but I was so paralyzed by fear that they would judge me and see me as weak and I would lose my standing as a leader, that I knew I had to take them out of town on a three-day guys trip just to open up.

And guess what? It wasn't until the end of the third day that I finally found the strength to talk to them about what I was going through, but when I did, something amazing happened. I realized that I wasn't alone, because my guys had also been struggling.

And as soon as I found the strength and the courage to share my shame, it was gone.

Now, I've learned over time that if I want to practice vulnerability, then I need to build myself a system of accountability. So I've been really blessed as an actor. I've built a really wonderful fan base, really, really sweet and engaged, and so I decided to use my social platform as kind of this Trojan horse, wherein I could create a daily practice of authenticity and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 7

vulnerability.  The response has been incredible.  It's been affirming, it's been heartwarming.  I get tons of love and press and positive messages daily, but it's all from a certain demographic -- women.  This is real.

Why are only women following me?  Where are the men?  About a year ago, I posted this photo.  Now, afterwards I was scrolling through some of the comments and I noticed that one of my female fans had tagged her boyfriend in the picture, and her boyfriend responded by saying, please stop tagging me in gay shit.  Thanks.  As if being gay makes you less of a man, right?

So I took a deep breath and I responded.  I said -- I said very politely that I was just curious, because I'm on an exploration of masculinity and I wanted to know why my love for my wife qualified as gay shit, and then I said, honestly, I just wanted to learn.

Now, he immediately wrote me back.  I thought he was going to go off on me, but instead he apologized.  He told me how growing up, public displays of affection were looked down on.  He told me that he was wrestling and struggling with his ego, and how much he loved his girlfriend and how thankful he was for her, for her patience.  And then a few weeks later, he messaged me again.  This time he sent me a photo of him on one knee, proposing and all he said was, thank you.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 8

I've been this guy.  I get it.  See, publicly he was just playing his role, rejecting the feminine, right?  But secretly he was waiting for permission to express himself, to be seen, to be heard, and all he needed was another man holding him accountable and creating a safe space for him to feel, and the transformation was instant.

I loved this experience because it showed me that transformation is possible -- even over direct messages.

So I wanted to figure out how I could reach more men, but of course none of them were following me.  So I tried an experiment.  I started posting more stereotypically masculine things, like my challenging workouts, my meal plans, my journey to heal my body after an injury.  And guess what happened?  Men started to write me.

And then out of the blue, for the first time in my entire career, a male fitness magazine called me and they said they wanted to honor me as one of their game changers.  Is that really game changing or is it just conforming?

And see, that's the problem.  It's totally cool for men to follow me when I talk about guy stuff and I conform to gender norms, but if I talk about how much I love my wife or my daughter or my 10-day-old son, how I believe that marriage is challenging but beautiful, or how

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 9

as a man I struggle with body dysmorphia, or if I promote gender equality, then only the women show up.

Where are the men?  So men -- men -- men -- men -- I understand.  Growing up, we tend to challenge each other.  We gotta be the toughest, the strongest, the bravest men that we can be.

And for many of us, myself included, our identities are wrapped up in whether or not at the end of the day, we feel like we're man enough.

But I got a challenge for all the guys -- because men love challenges -- I challenge you to see if you can use the same qualities that you feel make you a man, to go deeper into yourself; your strength, your bravery, your toughness.  Can we redefine what those mean and use them to explore our hearts?  Are you brave enough to be vulnerable?  To reach out to another man when you need help?  To dive headfirst into your shame?  Are you strong enough to be sensitive?  To cry, whether you are hurting or you're happy, even if it makes you look weak?

Are you confident enough to listen to the women in your life, to hear their ideas and their solutions, to hold their anguish and actually believe them, even if what they're saying is against you?

And will you be man enough to stand up to other men when you hear locker room talk, when you hear stories

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 10

of sexual harassment, when you hear your boys talking about grabbing ass or getting her drunk, will you actually stand up and do something so that one day we don't have to live in a world where a woman has to risk everything and come forward to say the words, "me too"?

This is serious stuff. I've had to take a real honest look at the ways that I've unconsciously been hurting the women in my life, and it's ugly.

My wife told me that I had been acting in a certain way that hurt her, and not correcting it.

Basically, sometimes when she would go to speak, at home or in public, I would just cut her off mid-sentence and finish her thought for her. It's awful.

The worst part was that I was completely unaware when I was doing it. It was unconscious.

So here I am, doing my part, trying to be a feminist, amplifying the voices of women around the world, and yet at home I am using my louder voice to silence the woman I love the most.

So I had to ask myself a tough question: Am I man enough to just shut the hell up and listen? I gotta be honest, I wish that didn't get an applause.

Guys, this is real -- and I'm just scratching the surface here because the deeper we go, the uglier it gets, I guarantee you. I don't have time to get into porn and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 11

violence against women or the split of domestic duties or the gender pay gap.

But I believe that as men, it's time we start to see past our privilege and recognize that we are not just part of the problem, fellas, we are the problem. The glass ceiling exists because we put it there. And if we want to be a part of the solution, then words are no longer enough.

There's a quote that I love, that I grew up with, from the Bahá'í writings. It says that, "The world of humanity is possessed of two wings: The male and the female. So long as these two wings are not equivalent in strength, the bird will not fly."

So women, on behalf of men all over the world who feel similar to me, please forgive us for all the ways that we have not relied on your strength.

And now I would like to ask you to formally help us, because we cannot do this alone. We are men. We're going to mess up. We're going to say the wrong thing, we're going to be tone deaf. We're more than likely probably going to offend you, but don't lose hope.

We're only here because of you. And like you, as men, we need to stand up and become your allies as you fight against pretty much everything.

We need your help in celebrating our

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 12

vulnerability, and being patient with us as we make this very, very long journey from our heads to our hearts.

And finally to parents, instead of teaching our children to be brave boys or pretty girls, can we maybe just teach them how to be good humans?

So back to my dad. Growing up, yeah, like every boy, I had my fair share of issues, but now I realize that it was even thanks to his sensitivity and emotional intelligence that I'm able to stand here right now, talking to you in the first place.

The resentment I had for my dad, I now realize it had nothing to do with him, it had everything to do with me and my longing to be accepted and to play a role that was never meant for me.

So while my dad may have not taught me how to use my hands, he did teach me how to use my heart. And to me, that makes him more of a man than anything. Thank you.

(End of recording.)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 13

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 3rd day of October, 2025.

TERRI NESTORE, CSR 5614, RPR, CRR

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**[1 - confidential]**                                                    Page 1

| **1** |
| --- |
| **1**  2:7 |
| **10**  8:24 |

| **2** |
| --- |
| **2017**  1:17 |
| **2025**  13:17 |

| **3** |
| --- |
| **30**  3:22 |
| **3rd**  13:17 |

| **5** |
| --- |
| **5614**  1:24 13:20 |

| **7** |
| --- |
| **7709**  13:20 |

| **a** |
| --- |
| **ability**  13:8 |
| **able**  12:9 |
| **acceptance**  3:9 |
| **accepted**  3:8 |
|   12:13 |
| **accountability** |
|   6:21 |
| **accountable** |
|   8:5 |
| **accurate**  13:7 |
| **acquire**  3:9 |
| **acting**  2:14 |
|   10:9 |
| **actor**  2:1 6:22 |
| **actually**  9:22 |
|   10:2 |

**affection**  7:19
**affirming**  7:2
**ago**  6:6 7:6
**al**  1:6
**allies**  11:23
**amazing**  6:15
**amplifying**
   10:17
**anguish**  9:22
**apologized**  7:18
**applause**  10:22
**ass**  10:2
**attack**  2:8
**attorney**  13:11
**authenticity**
   6:25
**authorized**
   13:5
**award**  2:8
**awesome**  4:18
**awful**  10:13

| **b** |
| --- |
| **back**  7:17 12:6 |
| **bahá'í**  11:10 |
| **balance**  4:11,12 |
| **baldoni**  1:15 |
|   2:1 |
| **base**  6:22 |
| **basically**  10:11 |
| **beautiful**  8:25 |
| **behalf**  11:14 |
| **behavior**  5:24 |

**believe**  4:4 8:25
   9:22 11:3
**best**  13:8
**bird**  11:13
**blake**  1:4
**blamed**  4:21
**blessed**  6:21
**blue**  8:16
**body**  8:13 9:1
**boy**  3:7 12:7
**boyfriend**  7:9,9
**boys**  3:9,15,17
   10:1 12:4
**brave**  9:15 12:4
**bravery**  9:13
**bravest**  9:6
**break**  2:8
**breaking**  5:24
**breath**  7:12
**bring**  2:2
**broken**  4:2
**brooding**  2:10
**brother**  3:5
**build**  6:20
**built**  6:22
**bullied**  4:23

| **c** |
| --- |
| **c**  13:1,1 |
| **called**  8:17 |
| **care**  5:4 |
| **career**  2:4 8:17 |
| **cases**  6:5 |

**cause**  13:13
**ceiling**  11:6
**celebrating**
   11:25
**certain**  7:4
   10:10
**certified**  13:4
**certify**  13:5,10
**challenge**  9:4
   9:10,11
**challenges**  9:11
**challenging**
   8:12,25
**champion**  4:7
**change**  4:12
**changers**  8:19
**changing**  8:19
**character**  2:3
**characters**  2:15
**charisma**  2:18
**children**  12:4
**choose**  4:15
**come**  10:5
**comments**  7:7
**communicated**
   3:16
**completely**
   10:14
**con**  2:9
**confident**  2:24
   9:20
**confidential**
   1:10

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**[conflict - free]**                                        Page 2

| | | | |
|---|---|---|---|
| **conflict** 3:23,23 3:24 | **deaf** 11:20 | **embrace** 4:5 | **fan** 6:22 |
| **conform** 8:23 | **decided** 6:23 | **emotional** 12:8 | **fans** 7:8 |
| **conforming** 8:20 | **deep** 7:12 | **engaged** 6:23 | **fear** 5:21 6:8 |
| **cool** 8:21 | **deeper** 9:13 10:24 | **entire** 2:23 8:17 | **feel** 3:23 8:6 9:9 9:12 11:15 |
| **core** 3:24 | **definition** 4:2 | **equality** 9:2 | **fellas** 11:5 |
| **correcting** 10:10 | **demographic** 7:4 | **equivalent** 11:12 | **felt** 2:24,24 |
| **counsel** 13:10 | **desire** 4:1 | **escort** 2:7 | **female** 7:8 11:12 |
| **courage** 6:18 | **die** 5:14 | **et** 1:6 | **feminine** 3:10 3:11 4:6 8:2 |
| **course** 2:4 8:10 | **different** 2:15 | **events** 13:12 | **feminist** 10:17 |
| **create** 6:25 | **direct** 8:8 | **everyday** 4:15 | **fight** 5:1 11:24 |
| **creating** 5:24 8:5 | **discovered** 5:6 | **example** 6:6 | **figure** 8:9 |
| **crr** 1:24 13:20 | **disgusted** 3:10 | **exhausting** 3:3 | **finally** 6:13 12:3 |
| **cry** 9:18 | **display** 6:4 | **exists** 11:6 | **find** 5:10 |
| **crying** 4:20 | **displays** 7:19 | **experience** 8:7 | **finish** 10:13 |
| **csr** 1:24 13:20 | **dive** 9:17 | **experiences** 5:24 | **first** 4:17 8:16 12:10 |
| **curious** 7:13 | **diving** 6:2 | **experiencing** 6:1 | **fit** 4:1 |
| **current** 4:1 | **doing** 5:3 6:3 10:15,16 | **experiment** 8:11 | **fitness** 8:17 |
| **cut** 10:12 | **domestic** 11:1 | **exploration** 7:14 | **fly** 11:13 |
| **d** | **drunk** 10:2 | **explore** 9:15 | **follow** 8:22 |
| **dad** 4:18,18,20 4:24 5:6,6,12 12:6,11,15 | **duties** 11:1 | **express** 8:3 | **following** 7:5 8:10 |
| | **dysmorphia** 9:1 | **e** | **f** | **force** 5:25 |
| **daily** 6:25 7:3 | **e** 13:1,1 | **f** 13:1 | **foregoing** 13:6 |
| **date** 2:7,7 | **ego** 7:21 | **face** 3:12 | **forgive** 11:15 |
| **dated** 13:17 | **either** 3:11 13:11 | **failure** 5:21 | **formally** 11:17 |
| **daughter** 8:24 | | **fair** 12:7 | **forward** 10:5 |
| **day** 5:13 6:11 6:13 8:24 9:9 10:3 13:17 | **embody** 4:7 | **falls** 2:11 | **found** 6:13,17 |
| | **embodying** 3:12 | **family** 5:4,8 | **free** 5:24 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**[friends - learned]**                                        Page 3

friends 5:17 6:8
further 13:10

**g**

game 8:18,19
gap 11:2
gay 7:10,11,15
gender 8:23 9:2
  11:2
generation 4:14
  4:14
generations
  5:10
getting 10:2
girlfriend 7:22
girls 3:15,17
  12:4
give 3:20 6:5
given 3:14
glass 11:6
go 7:18 9:12
  10:11,24
going 6:14 7:18
  11:19,19,20,21
good 4:3,3 5:17
  12:5
gotta 5:13 9:5
  10:21
grabbing 10:2
grandfather
  5:11
great 2:4
greatest 2:5

grew 11:9
grow 3:7
growing 7:19
  9:4 12:6
guarantee
  10:25
guess 6:12 8:14
guy 3:21 6:8
  8:1,22
guys 6:11,16
  9:10 10:23

**h**

hands 4:25
  12:16
happen 4:4
happened 6:15
  8:14
happy 9:19
harassment
  10:1
headfirst 9:17
heads 12:2
heal 8:13
hear 9:21,25,25
  10:1
heard 3:5 8:4
heart 12:16
hearts 9:15
  12:2
heartwarming
  7:2
hell 10:21

help 5:12 9:17
  11:17,25
history 3:20
hold 9:22
holding 8:5
hollywood 2:19
home 10:12,18
honest 4:13
  10:7,22
honestly 7:16
honor 2:5 8:18
hope 11:21
horse 6:24
human 4:3
humanity
  11:11
humans 12:5
hundreds 3:16
hunt 5:1
hurt 10:10
hurting 2:25
  5:15 9:18 10:8

**i**

ideas 9:21
identities 9:8
immediately
  7:17
included 9:7
incredible 7:1
inherently 4:10
injury 8:14
insecure 2:24

insecurities
  5:20
inside 2:15
instant 8:6
intelligence
  12:9
interested
  13:12
issue 6:7
issues 12:7

**j**

janitor 5:8
job 2:2
journey 8:13
  12:2
judge 6:9
justin 1:15 2:1

**k**

kid 4:20
kind 2:13 3:1,7
  4:19 6:24
knee 7:24
knew 5:2 6:7
  6:10
know 3:21 5:1
  5:14 7:15
known 2:10

**l**

leader 6:10
learn 4:4,7 7:16
learned 4:9 5:5
  5:6 6:19

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

[lesson - play]                                                                 Page 4

| | | | |
|---|---|---|---|
| lesson 3:20 | **m** | 9:25 11:3,14,18 | ooze 2:17 |
| life 2:3,14,23 | | 11:23 | open 6:11 |
| 5:7 6:1,7 9:21 | machismo 2:17 | mess 11:19 | opinions 5:20 |
| 10:8 | magazine 8:17 | messaged 7:23 | opposite 3:11 |
| liked 3:8 | make 9:12 12:1 | messages 7:3 | order 1:10 |
| likely 3:21 | makes 7:11 | 8:8 | oregon 4:22 |
| 11:20 | 9:19 12:17 | mid 10:13 | own 5:13 |
| lines 2:2 | making 4:21 | millions 3:16 | |
| listen 9:20 | 5:17 | mirror 2:18 | **p** |
| 10:21 | male 2:5,6 8:17 | models 2:5 | parallel 2:20 |
| listening 13:8 | 11:11 | moved 4:23 | paralyzed 5:22 |
| little 6:6 | man 1:16 2:10 | | 6:8 |
| live 2:15 10:4 | 2:13,21,22 3:4 | **n** | parents 12:3 |
| lively 1:4 | 3:7,18,24 4:3 | need 4:11,12 | part 3:1 10:14 |
| lives 4:16 | 5:1,3,12,15 | 6:20 9:16 | 10:16 11:5,7 |
| living 3:22 | 7:11 8:5 9:1,9 | 11:23,25 | parties 13:11 |
| llc 1:6 | 9:12,16,24 | needed 6:7 8:4 | 13:14 |
| locker 9:25 | 10:21 12:17 | nestore 1:23 | passed 4:14 |
| long 3:6 11:12 | marriage 8:25 | 13:4,20 | past 11:4 |
| 12:2 | masculine 3:11 | never 5:8 12:14 | patience 7:23 |
| longer 11:8 | 4:24 8:12 | nights 5:7 | patient 12:1 |
| longing 12:13 | masculinity 4:2 | norms 8:23 | pay 11:2 |
| look 2:18 4:13 | 7:14 | noticed 2:20 | performing 3:2 |
| 9:19 10:7 | matter 6:2 | 7:8 | permission 6:5 |
| looked 7:20 | meal 8:13 | november 1:17 | 8:3 |
| lose 6:9 11:21 | mean 9:14 | nurturing 4:19 | photo 7:6,24 |
| lot 5:16 | meant 3:9 4:23 | | photographer |
| louder 10:18 | 12:14 | **o** | 2:7 |
| love 2:14 7:3,15 | medical 2:9 | occasionally | picture 7:9 |
| 8:24 9:11 | men 2:17 4:4,8 | 2:12 | place 12:10 |
| 10:19 11:9 | 4:10,11,15 5:14 | october 13:17 | plans 8:13 |
| loved 7:21 8:7 | 5:16 6:5 7:6 | offend 11:21 | platform 6:24 |
| loving 4:18 | 8:10,14,22 9:3 | okay 3:21 4:9 | play 2:17,21 |
| | 9:3,3,3,4,6,11 | old 8:24 | 5:5 12:13 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

[playboy - shame]                                        Page 5

| | | | |
|---|---|---|---|
| playboy 2:11 | provide 5:4 | recorded 13:6 | **s** |
| playing 2:5 5:10 8:2 | provided 13:9 | recording 12:18 13:9 | sacrifice 5:3 |
| please 7:10 11:15 | public 7:19 10:12 | redefine 9:14 | safe 8:5 |
| politely 7:13 | publicly 6:3 8:1 | reformed 2:11 | saw 2:19 |
| politics 5:19 | pursuant 1:10 | reject 3:12 | saying 4:8,9,10 7:10 9:23 |
| porn 10:25 | put 11:6 | rejecting 8:2 | says 11:10 |
| positive 7:3 | putting 3:2 | rejection 3:13 | scary 6:2 |
| possessed 11:11 | **q** | related 13:13 | scratching 10:23 |
| possible 8:8 | qualified 7:15 | relied 11:16 | screen 2:21 |
| posted 7:6 | qualities 3:12 4:5 9:12 | remember 3:6 | script 2:2 3:14 4:17 |
| posting 8:11 | question 10:20 | reporter 13:4 | scripts 2:1 4:13 4:17 |
| power 2:18 6:4 | quote 11:9 | represent 2:13 | scrolling 7:7 |
| practice 6:1,20 6:25 | **r** | represented 2:6 | secret 5:9 |
| practicing 5:23 | r 13:1 | resented 4:20 | secretly 8:3 |
| press 7:3 | rafael 2:10 | resentment 12:11 | see 2:19 4:24 6:9 8:1,21 9:11 11:4 |
| pretending 2:22,23 | rapist 2:7,8 | responded 7:9 7:12 | seen 8:4 |
| pretty 11:24 12:4 | rather 5:14 | response 7:1 | senator 5:7 |
| privilege 11:4 | reach 5:11 8:9 9:16 | right 3:3,5,14 4:11 7:11 8:2 12:9 | sensitive 4:19 9:18 |
| probably 11:21 | real 2:14 4:13 5:18 7:4 10:6 10:23 | risk 10:4 | sensitivity 12:8 |
| problem 5:19 8:21 11:5,5 | realize 12:7,11 | role 2:5,10 5:5 5:9,10 8:2 12:13 | sent 7:24 |
| proceeding 13:6 | realized 3:22 6:15 | roles 2:13,16 2:20 4:15 | sentence 10:13 |
| proceedings 13:12 | really 2:25 5:17 6:21,22,22,23 8:19 | room 9:25 | serious 10:6 |
| promote 9:1 | recognize 2:6 11:4 | rpr 1:24 13:20 | sexual 10:1 |
| proposing 7:25 | | | shame 6:1,18 9:17 |
| protective 1:10 | | | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

[share - transcription]                                          Page 6

| | | | |
|---|---|---|---|
| share  6:18 12:7 | start  11:3 | **t** | think  3:1 5:13 |
| sharing  5:19 | started  8:11,14 | t  13:1,1 | third  6:13 |
| shark  2:8 | state  3:23 5:7 | tagged  7:8 | thought  7:17 |
| shirtless  2:7,9,9 | stay  2:2 | tagging  7:10 | 10:13 |
| 2:12 | stereotypically | take  4:13,15 | three  5:9 6:11 |
| shit  7:10,15 | 8:12 | 5:3 6:3,10 10:6 | time  2:16,20 |
| shorthand  13:4 | steroid  2:9 | taken  13:8 | 3:4 6:19 7:24 |
| show  3:2 9:2 | stop  4:11 7:10 | talk  6:7,13 8:22 | 8:16 10:25 |
| showed  8:7 | stories  9:25 | 8:23 9:25 | 11:3 |
| shut  10:21 | straight  6:2 | talking  5:17 | tired  3:2 |
| signature  13:20 | strength  6:13 | 10:1 12:10 | today  3:18 |
| silence  10:18 | 6:17 9:13 | taught  5:2 | told  3:6,11 4:5 |
| silent  5:16 | 11:13,16 | 12:15 | 5:8 7:19,20 |
| similar  11:15 | strong  2:23 | teach  4:25,25 | 10:9 |
| small  4:22 | 3:15 5:16 9:17 | 12:5,16 | tone  11:20 |
| social  6:24 | strongest  9:5 | teaching  12:3 | tons  7:2 |
| soft  4:21,23 | struggle  9:1 | tedwomen  1:14 | took  7:12 |
| solution  11:7 | struggles  5:21 | television  2:6 | totally  8:21 |
| solutions  9:21 | struggling  6:16 | tell  3:3 5:14 | tough  2:24 |
| son  8:24 | 7:21 | tells  3:24 | 10:20 |
| soon  6:17 | student  2:9 | tend  9:4 | toughest  9:5 |
| sorry  4:20 | studios  1:6 | terri  1:23 13:4 | toughness  9:14 |
| soul  5:8 | stuff  5:1 8:22 | 13:20 | town  4:22 6:11 |
| space  8:6 | 10:6 | thank  7:25 | toxic  3:19 4:9 |
| speak  10:11 | subconsciously | 12:17 | traditionally |
| speaking  4:17 | 3:16 | thankful  7:22 | 4:24 |
| split  11:1 | suffer  5:9 | thanks  7:10 | transcribe  13:6 |
| sports  5:18 | support  5:8 | 12:8 | transcribed |
| spring  2:8 | surface  10:24 | thereto  13:14 | 1:23 |
| stand  4:6 9:24 | surprised  2:17 | thing  11:19 | transcript  1:14 |
| 10:3 11:23 | sweet  6:23 | things  2:11 | 13:7 |
| 12:9 | system  6:21 | 4:12 8:12 | transcription |
| standing  6:10 | | | 13:7 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**[transcriptionist - young]**                                          Page 7

| | | |
|---|---|---|
| **transcriptionist** 13:5 | **vs** 1:5 | **wonderful** 6:22 |
| **transformation** 8:6,8 | **vulnerability** 6:4,20 7:1 12:1 | **words** 10:5 11:7 |
| **tried** 8:11 | **vulnerable** 5:25 9:16 | **work** 5:7,18 |
| **trip** 6:11 | | **workouts** 8:13 |
| **trojan** 6:24 | **w** | **world** 3:17,24 10:4,17 11:10 11:14 |
| **true** 13:7 | **waiting** 8:3 | **worst** 10:14 |
| **trying** 1:16 3:3 10:16 | **want** 4:3,3 6:19 11:7 | **wrapped** 9:8 |
| **two** 11:11,12 | **wanted** 3:8 7:14,16 8:9,18 | **wrestling** 6:6 7:20 |
| **types** 5:16 | **way** 4:4,12 10:10 13:12 | **write** 8:14 |
| **u** | **wayfarer** 1:6 | **writings** 11:10 |
| **uglier** 10:24 | **ways** 5:23 10:7 11:15 | **wrong** 3:19 4:10 11:19 |
| **ugly** 10:8 | **we've** 3:14 4:8 | **wrote** 2:3 7:17 |
| **unaware** 10:14 | **weak** 2:24 3:15 6:9 9:19 | **y** |
| **unconscious** 10:15 | **weeks** 7:23 | **yeah** 12:6 |
| **unconsciously** 10:7 | **welcomed** 4:22 | **year** 7:6 |
| **understand** 9:4 | **wife** 7:15 8:24 10:9 | **years** 3:22 |
| **use** 4:25 6:23 9:12,14 12:15 12:16 | **willing** 4:6 | **young** 3:17 |
| **using** 2:9 10:18 | **wings** 11:11,12 | |
| **v** | **winning** 2:8 | |
| **video** 1:14 | **wish** 10:22 | |
| **view** 3:10 | **woke** 3:22 | |
| **violence** 11:1 | **woman** 10:4,19 | |
| **virgin** 2:11 | **women** 4:7 5:19 7:4,5 9:2 9:20 10:8,17 11:1,14 | |
| **voice** 10:18 | | |
| **voices** 10:17 | | |

# PTX-033

**romper**

LIFE

# Being A Feminist Dad Means Rethinking Every Part Of My Life, & I'm OK With That



Courtesy of Justin Baldoni

*by* JUSTIN BALDONI
*June 11, 2018*

*You may know him as the dashing Rafael on the hit show* Jane The Virgin, *but actor, director, and filmmaker Justin Baldoni is much more than what he does for a living. Set aside the Hollywood resume, and you'll find a family man at his core. Justin and his wife of five years, Emily, have two young children — their daughter Maiya turns 3 this July, and they welcomed their son Maxwell just last October. And, just like every young parent today, Justin and Emily are raising their kids in a society that is still evolving for the better.*

ADVERTISEMENT

*One thing you might not know about Justin is that he's fully dedicated to raising both his son and his daughter to be feminists, just like their parents. In honor of Fathers Day this month, read on as*

What Parents Are Talking
About — Delivered Straight To

**romper**

What Parents Are Talking About — Delivered Straight To Your Inbox

email@email.com

SUBMIT

By subscribing to this ROD newsletter, you agree to our Terms of Service and Privacy Policy

## More Like This



**5 Myths About PPD That Stop Moms From Getting The Help They Need**

**Why Community Matters When You're Dealing With Postpartum Depression**



ADVERTISEMENT

*One thing you might not know about Justin is that he's fully dedicated to raising both his son and his daughter to be feminists, just like their parents. In honor of Fathers Day this month, read on as Justin shares how he works this goal into his everyday life as the lucky dad of two amazing kids.*

I honestly didn't know much about the definition of feminism until a few years ago. I guess that's one of the unfortunate side effects of my privilege. But as I've made an effort to learn more and more, I've found that one of my favorite definitions of feminism comes from Cheris Kramarae, a women's studies scholar, who says: *"Feminism is the radical notion that women are human beings."* I think of this definition every time I'm asked if I consider myself to be a feminist father. In other words, do I consider my daughter to be a human being? The resounding answer is, and will always be, YES.

But just because the concept may be radical (and to some polarizing), that doesn't mean the ways in which feminism shows up in my fathering need to be radical. Of course there will be a time when we read a Sojourner Truth speech instead of *Goodnight Moon*, or when family movie night consists of a documentary on a powerful woman who changed the world and not *Trolls*. The conversations of equality will grow and deepen as our children grow and especially as I — as a man and father — grow. For now, my daughter Maiya isn't even 3 years old yet, and my baby son Maxwell is just 9 months old, so the ways feminism intersects with fatherhood for me are less radical, but hopefully no less powerful.

> " From the beginning, the message is that girls are cute and need to be concerned with style and shopping. And boys? Boys are adventurous and play in the dirt and break hearts.

Here are three of the many ways my wife Emily and I do our best to parent our children to teach equality:

## Our Faith

Growing up in the Baha'i faith, I was raised with this quote: "Women and men are like two wings of a bird. It's not until those wings are equal and equivalent in strength, that the bird can fly." 'Abdu'l-Bahá goes on to talk about how necessary and crucial it is for the entire advancement of the human race. So the foundation of my upbringing — seeing this quote put into action by my mom and my dad — was feminist, even if I didn't realize at the time it could be labeled that.

Document title: 5 Myths About PPD That Stop Moms From Getting the Help They Need
Capture URL: https://www.romper.com/life/5-myths-about-ppd-that-stop-moms-from-getting-the-help-they-need
Capture timestamp (UTC): Mon, 02 Mar 2026 06:43:11 GMT

37

**romper**

ADVERTISEMENT

advancement of the human race. So the foundation of my upbringing — seeing this quote put into action by my mom and my dad — was feminist, even if I didn't realize at the time it could be labeled that.



Justin Baldoni via Instagram

ADVERTISEMENT

Of course this didn't mean that I was, or am, immune from societal messages and biases. I have fallen and failed in this area more times than I could ever count. But it has provided a powerful spiritual foundation for me to be able to land on when I mess up, and to stand on when I speak up. By parenting our own children with the same spiritual foundation of the Baha'i faith, we hope we can also provide that message of equality. Not because we are reading them prayers or Baha'i writings (which we do!) but because we are living out these messages in our day-to-day lives. 'Abdu'l-Bahá says faith is "conscious knowledge turned into action" and I believe in their formative years, my children will learn more about equality, gender roles, and gender worth by watching how the way I interact with my wife and with them, than they ever will learn from any words I quote. So while faith is important, it's the way that faith is put into action that is the truest teacher.

## Empowering Their Individuality

romper                                                                    MENU

## Empowering Their Individuality

If you ever need examples of the different messages that our culture tells us about who we are supposed to be and how we are supposed to act, just go check out the children's clothing rack at your local store. In the girls' section you might see: "Cute as a Cupcake," "Do All Things With Style," "Dream, Love, Shop!" And for the boys: "Off Road Adventure," "Future Heartbreaker," "Dirt Never Hurt," "Mr. Steal Your Girl." I have seen all of these, and different versions of all of these messages, both in the magazines we men grow up reading, and in toddler sizes at the local mall. So from the beginning, the message is that girls are cute and need to be concerned with style and shopping. And boys? Boys are adventurous and play in the dirt and break hearts.

But what about the girl who loves adventuring in dirt, or the boy who likes expressing himself through fashion? I know we have come a long way in terms of clothing choices for children and some big name places are becoming more inclusive in their messaging — which is amazing! But we still have a long way to go.

> " As for Maxwell, it didn't take long for me to start calling him "buddy" after he was born. I still call him my "little bud" here and there. And while that's okay, I also want him to hear me affirm his kind heart, and validate his sweetness, emotions and tears. I want to be able to call him "sweetheart" as effortlessly as I call Maiya that.

With our children, especially our daughter Maiya since she's old enough to choose her own clothes, we do our best to not limit their choices. We don't dress our son Maxwell in blue every day, and trust me — that kid can rock a pink shirt with the best of them. Maiya loves to pick out her own clothes and in doing so she's taught me an important lesson on feminism. Feminism isn't *anti* everything that has been traditionally or stereotypically feminine. Feminism is *anti* the *message* that says that all women and girls HAVE to be, or HAVE to like, what is traditionally or stereotypically labeled as feminine. Guess what Maiya loves? Tutus. Pink tutus. Lots of them.

ADVERTISEMENT

# romper

Pink tutus. Lots of them.

ADVERTISEMENT



Justin Baldoni via Instagram

ADVERTISEMENT

Emily and I have both caught ourselves at times wanting to put her in something less "girly." Not long ago we tried and tried to get her to rock a pair of faded blue, baggy overalls with a cool t-shirt and some Converses, but she wasn't having it. We couldn't believe how mad she got when she looked into the mirror — we were just trying to be good parents, and in doing so we realized we were putting our wants for her style above hers. That in and of itself goes against the core of what we want her to know: that who she is does not need to be created or inspired by anyone else, but simply who she chooses to be.

romper                                                                    MENU

inspired by anyone else, but simply who she chooses to be.

## Constantly Checking My Language

In addition to being aware of the messages that our culture is telling us, and our children, it's equally important that I am aware of the messages that I am telling our children. It wasn't long after Maiya was born that Emily and I noticed that we were showering her in "sweetheart" and "you're so beautiful" comments. As a culture, we have been conditioned to compliment children, especially girls, on their appearance. And while it is okay for Maiya to know that she *is* beautiful, and does have a kind heart, it's more important that she knows that she is more than her appearance. It's important that I compliment her mind and heart just as much, if not more, than I compliment her physical appearance. With that said, I do think we all need to be compassionate and patient with ourselves in this area. Let's remember there is nothing wrong with letting our children know they are beautiful. That impulse is okay — we just need to make sure we have balance.



Justin Baldoni via Instagram

As for Maxwell, it didn't take long for me to start calling him "buddy" after he was born. I still call him my "little bud" here and there. And while that's okay, I also want him to hear me affirm his kind heart, and validate his sweetness, emotions and tears. I want to be able to call him "sweetheart" as effortlessly as I call Maiya that. The good news is I'm getting there and regardless of what I or anyone else calls him, he will always be my sweet boy.

I want my children to know that their emotions are welcome and being in tune with their feelings is a sign of strength. To know that while the world will tell them to focus on the strength of their bodies, that their minds are stronger. That there is room in our home, and in our world, for ALL of them; all of us. So I try — I slip up, but I keep trying, to make sure that

**romper**

feelings is a sign of strength. To know that while the world will tell them to focus on the strength of their bodies, that their minds are stronger. That there is room in our home, and in our world, for ALL of them; all of us. So I try — I slip up, but I keep trying, to make sure that my actions and words affirm all of the goodness that their mind, bodies, and souls encompass. I want my children to know that they are human; they are capable and kind, lovable and loved. And that everyone else is too.



CHECK OUT ROMPER'S FIRST DIGITAL ISSUE

**BODY BUILDERS**

EXPLORE

LIFE

# 5 Myths About PPD That Stop Moms From Getting The Help They Need



Plus the facts to disprove them.



*by* JANA POLLACK
*Feb. 23, 2026*

Document title: 5 Myths About PPD That Stop Moms From Getting the Help They Need
Capture URL: https://www.romper.com/life/5-myths-about-ppd-that-stop-moms-from-getting-the-help-they-need
Capture timestamp (UTC): Mon, 02 Mar 2026 06:43:11 GMT

# romper

Plus the facts to disprove them

by JANA POLLACK
Feb. 23, 2026

Bringing home a newborn can be equal parts awe-inspiring and overwhelming. One moment, you're soaking in the weight of them on your chest; the next, you're navigating sleepless nights and the enormous responsibility of caring for a brand-new human who depends on you for everything. Even under the best circumstances, the postpartum period is a profound adjustment.



Because exhaustion, emotional swings, and moments of self-doubt are so common in those early weeks, it can be difficult to recognize when something more serious — like postpartum depression (PPD) — may be at play. Many moms expect to feel tired or stretched thin, and may not realize when their feelings go beyond the typical challenges of new parenthood.

Misunderstandings about PPD can add another layer of confusion. But knowing the facts isn't just empowering; it can help moms seek support sooner and feel less alone in the process.

Here are five common myths — and the truths that can help you or someone you love navigate this season with clarity and confidence.

# Myth #1: PPD Is Rare

If a mom believes that PPD is rare, she may assume she doesn't have it. PPD affects <u>1 in 8 women</u> in the U.S., yet nearly half are never diagnosed by a health professional. That lack of diagnosis can reinforce the false belief that PPD is uncommon, and, even when she is struggling, make it easier to dismiss symptoms.

# Myth #2: PPD Only Happens Right After

romper

ADVERTISEMENT

## Myth #2: PPD Only Happens Right After Birth

In movies and TV shows, PPD is often portrayed as happening in the immediate aftermath of birth — either in the hospital or within the first few weeks at home. In reality, the postpartum period is typically defined as lasting up to six months, though emotional and physical recovery can extend beyond that, and the timeline varies for everyone.

With that in mind, PPD *can* begin immediately after birth or emerge months later. According to Dr. Sanam Hafeez, founder and director of Comprehend the Mind, a parent may seem to be doing well at first, only to develop symptoms several months postpartum. There is no set timeline for PPD, and just because a mother seems fine initially does not mean she's immune.

## Myth #3: A Mom With PPD Doesn't Love Her Child

As a new mom (or any parent), it can be terrifying to imagine that someone might question your love for your child. That fear alone is a major barrier for women to acknowledge their symptoms or seek support.

ADVERTISEMENT

To be clear: PPD does not mean that a mother does not love her child. "The idea of not loving your kid is simply not true," says Hafeez. "Your hormones are running the show. You have such little say."

## Myth #4: Moms With PPD Want To Harm Their Babies

This is an area where there's often confusion about what PPD actually involves.

"Postpartum depression does not come with a desire to hurt yourself or your baby," says Hafeez. Some moms may experience intrusive thoughts, but those thoughts are typically unwanted and distressing — not reflective of their true feelings or intentions.

A separate and rare condition, postpartum psychosis, carries different symptoms and risks. It affects approximately 0.089 to 2.6 people per 1,000 births.

Document title: 5 Myths About PPD That Stop Moms From Getting the Help They Need
Capture URL: https://www.romper.com/life/5-myths-about-ppd-that-stop-moms-from-getting-the-help-they-need
Capture timestamp (UTC): Mon, 02 Mar 2026 06:43:11 GMT

44

# romper



But there is *hope*

Actor portrayal    Only a healthcare provider can diagnose PPD.

## Their Babies

This is an area where there's often confusion about what PPD actually involves.

"Postpartum depression does not come with a desire to hurt yourself or your baby," says Hafeez. Some moms may experience intrusive thoughts, but those thoughts are typically unwanted and distressing — not reflective of their true feelings or intentions.

A separate and rare condition, postpartum psychosis, carries different symptoms and risks. It affects approximately 0.089 to 2.6 people per 1,000 births.

Most importantly: PPD is common, treatable, and does not define a mother's love or her ability to care for her child.

## Myth #5: There's No Stigma Around PPD Anymore

In 2026, postpartum depression isn't always whispered about behind closed doors. Many women share their experiences openly on social media, and celebrities have spoken candidly about their struggles. With so much conversation, it can seem as though the stigma has disappeared.

But Hafeez says that's far from the full picture. "There are certain cultures that look down on a mom 'making it about herself,'" she says. And she doesn't just mean defined cultural groups. "I see people who say, 'nope, we don't go to shrinks in our family.'"

When it's assumed that every mom who's struggling will feel comfortable talking about it, a large subset of people can fall through the cracks. Not every mom feels able to admit to her loved ones, her doctors, or even to herself that she may be struggling with PPD. That's why postpartum mental health can't depend solely on moms raising their hands. Providers should proactively screen and revisit the conversation over time, recognizing that symptoms may not appear immediately. Consistent check-ins help normalize these discussions and make it easier for moms to accept support when they need it.

If you think you or someone you know might be experiencing PPD, reach out to a doctor or mental health professional. While it can feel isolating, know that you don't have to go through it alone.

*Presented by BDG Studios*

# PTX-034

Report ad

  

How to Raise *Adventurous* Adults



PARENTING   ENTERTAINMENT   HEALTH   FOOD   SHOPPING   GEN Z VOICES   DIGITAL ISSUES   ✉ NEWSLETTERS

ENTERTAINMENT

# *Jane the Virgin* Star Justin Baldoni on What Being a Male Ally Means to Him



by CANDICE FREDERICK ✹   *AUGUST 7, 2018 AT 1:01PM EDT*

◪ Advertisement



Jamie McCarthy/Getty Images, Yogi Studio/Getty Images/Design: Ashley Britton/SheKnows

SHARE   ▶ Listen to this article now   10 min listen     Powered by Trinity Audio

Report ad



Never Miss a Thing

SHARE

Listen to this article now  10 min listen    Powered by Trinity Audio

06:00    99:52    A▾    1.0x

On the hit CW show *Jane the Virgin*, we've become familiar with actor Justin Baldoni as the lovable Rafael Solano, the on-again, off-again love interest of the titular Jane. Now, the actor is involved in a different kind of project: to encourage men to stand up and be better allies to women in the #MeToo era. He's doing so with the launch of his new Facebook Watch series, *Man Enough*, a roundtable series that creates a space for men across all backgrounds to have an open discussion about some of the ways "traditional masculinity" has impacted their lives and the women in their lives.

Report ad

In the fourth episode, which premiered July 24, Baldoni is joined by actor Matt McGorry (*How to Get Away with Murder*), celebrity talent manager Scooter Braun, former Arena League football player and author Lewis Howes, political activist Jamey Heath and activist Tony Porter (CEO of A Call to Men, an organization that promotes healthy ideals of manhood) for an earnest conversation confronting patterns of behavior and how they can better hold themselves accountable and help support female advocates and survivors. The episode also includes the interviews with noncelebrity survivors whose stories ground the conversation and make it even more urgent.

▷



**Students save over 60%**
From concept to creation. Bring your ideas to life with Photoshop's latest...
Adobe



**The Top-Rated RPG Game You Need to Download Now!'**
raidchampions.net



**RELATED STORY**
KPop Demon Hunters Icon EJAE Wants People to Know 'Success & Failure Are Truly the Same Thing' (Exclusive)

SheKnows recently caught up with Baldoni, who talked to us about why he launched the series, its role in the #MeToo conversation and what he's doing to better support women.



**Never Miss a Thing**
The stories you care about, delivered daily.

Your email

**SUBSCRIBE**

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.



**Bimzelx**
**ASK YOUR RHEUMATOLOGIST TODAY**

BIMZELX® is a prescription medicine used to treat adults with active psoriatic arthritis.

**What is the most important information I should know about BIMZELX® (bimekizumab-bkzx)?**

FULL PRESCRIBING INFORMATION    ?    MEDICATION GUIDE



SHARE

f

🅖

SheKnows recently caught up with Baldoni, who talked to us about why he launched the series, its role in the #MeToo conversation and what he's doing to better support women.

*SheKnows: For the last several months, since #MeToo catapulted to the mainstream, you've become a vocal advocate in the modern feminist movement. What does being a male ally mean to you?*

**Justin Baldoni:** To be honest, none of this was really planned, and I really don't have perfect answers for everything because so much of this public journey for me has been about learning.

To me, being an ally is about learning: learning through listening, learning through doing and learning through feedback. As men, we need to have empathy and recognize that women coming forward to share their stories takes tremendous courage, and when those women come forward, we have to remember that they're reliving pain and trauma each time they speak about these experiences.

When we created *Man Enough*, we wanted to be sure that we were being responsible and thoughtful allies. So we leaned on the one thing I know, which is that I really don't know anything. We consulted experts in the movement, as well as the women in our lives — friends, family members and especially my wife [Emily]. We also spoke with survivors. It was critical to us that their voices were included in this episode as well and made an effort to ensure the more marginalized voices, particularly women of color, had a platform to share their stories. This episode, and my work as a novice advocate, is about doing what I can to support the movement and to support those who have been doing this work and continue to do this work every day.

*SK: Man Enough creates a safe space for men to talk about some of the ways they've confronted, contributed to or enabled male toxicity. What are you hoping to accomplish with this new platform?*


**Bimzelx**
**ASK YOUR RHEUMATOLOGIST TODAY**

 
SHARE



some of the ways they've confronted, contributed to or enabled male toxicity. What are you hoping to accomplish with this new platform?

**JB:** We created *Man Enough* in hopes of creating a safe space for men to talk to men — a judgment-free zone to be open about what we've seen, what we've been feeling, particularly the things men might be afraid to say out loud and learn how to move forward. At my core, I believe men are craving this type of outlet because we have been taught since childhood that sharing our feelings and emotions is a sign of weakness that challenges "how much of a man you are," and we're afraid to share. But it's time for us to come together as brothers and explore the root of these ideas. Only then can we find solutions that will make us better allies and better men. And again, I know that this is not going to fix the problem, and honestly, it's barely even a start. But at least it's something, and we as men and allies have to start somewhere.

*SK: How do you think women and men can better communicate with each other in the #MeToo era?*

**JB:** While it sounds simple, I think the first step is honestly really hard. We have to listen. And not just listen and listen to the point that we hear. Because unless we hear what is being said, we can't take action.





By listening to the point that we hear what women have to say, especially in this space, we can understand what we can do to be supportive and contribute to the conversation. We just don't always know what to say because we don't have the vocabulary. I hope that this episode shows men that it's OK to say the wrong thing and make mistakes as they start to engage in this conversation. None of us are perfect on the show around the table, but what's important is that we all want to learn from each other, from survivors, from experts and from those in our lives.

*SK: Why do you think there's such a stigma against men talking about their emotions?*

**JB:** I think it starts with our socialization as young boys. Tony Porter and Ted Bunch from A Call to Men refer to this as "The Man Box." This socialization is deeply rooted in silence. That silence cuts men off from one another and teaches them that sharing their traumas is the worst thing you can do. If you break these rules, we're told that your "brothers" turn their back on

 
SHARE

f

⬜

G

◻

φ

Bunch from A Call to Men refer to this as "The Man Box." This socialization is deeply rooted in silence. That silence cuts men off from one another and teaches them that sharing their traumas is the worst thing you can do. If you break these rules, we're told that your "brothers" turn their back on you because they see you as less of a man. For a young boy, there is literally nothing worse on the planet than to be disowned by your own gender. It becomes life or death for us in school, and we're so deeply programmed to believe this that we'll suppress our feelings and shut off emotionally from our loved ones in order to maintain our sense of identity as the kind of men we're told to be. The harsh reality is at least 1 in 6 men have experienced sexual abuse or assault (in childhood or as adults), so holding in our emotions only adds to this trauma.

With *Man Enough*, we hope to shatter some of these stigmas and change the conversation so men can not only become better allies for women but learn to deal with their own emotional traumas. We want to create a safe space and teach men that talking from an honest, sincere and vulnerable place with each other can help us far more than it can hurt us.



*SK: Hearing the stories of the female survivors on the series is particularly poignant. What made you include the women's stories on* Man Enough?

**JB:** Once we started developing this episode, my team and I all agreed that including the voices of female survivors was crucial to helping men relate to the monumental importance of the #MeToo movement. The bravery of these women is so powerful and so important. We need to do everything in our power to support them and make sure their experiences are heard and recognized. None of their experiences were exactly the same, and yet they all went through gut-wrenching and heartbreaking trauma. We also wanted to make sure they were really heard and not interrupted. So, we left the men in one segment and created the spine of the episode around the women and their stories so that anyone watching couldn't miss what they were saying. I really am in awe of these women, as well as the men, who shared their stories, as it's so courageous and so difficult to go through that pain and trauma again every time they share their experiences.

*SK: The title itself,* Man Enough, *confronts the long-ingrained notion that there is a prototypical male behavior.*

SHARE

*SK: The title itself,* Man Enough, *confronts the long-ingrained notion that there is a prototypical male behavior. What do you think men can do to counteract that societal belief?*

**JB:** Listen. Ask for feedback, and don't be so afraid to do or say the wrong thing that you end up not doing or saying anything. Dive into the uncomfortable parts of who you are, so much so that you become comfortable in it. I think men are taught from a young age that certain behaviors make us less[er] men. It starts right from childhood when we learn that girls have cooties. Homophobia starts on the playground long before any of us really even understand the differences in genders, so it's unconsciously like we're drawing a line in the sand. Whether it's opening up our vulnerabilities to seek help or embracing our emotions, we want to challenge the traditional narrative and call on men everywhere to be "man enough" to open up to each other, form deep and meaningful relationships and see our feelings as a source of strength and courage rather than weakness. The reality is that men can be tough, emotionally literate and all the things in between without needing to lose who we are as men. I don't want us men to stop being men; I just want us to realize that we are so much stronger than we think we are and that true strength is far more dynamic than we have been socialized to think it is.

*SK: What would you like female audiences to take away from the series?*

**JB:** I want women to know that we hear you and that we are working to become better allies and engage men in that conversation as well. I also want them to know that we realize that this isn't going to fix the problem or take away any of their pain or the trauma they have and continue to experience. We don't have the answers, and we are searching for ways we can help. We are going to mess up and say the wrong thing and fall short, but that we are trying.



At its core, this is an exploration of gender — masculinity and femininity— [to] understand its social constructs and the barriers that we are working to break down. We hope that by the end of all of this we can all see a bit more of our shared humanity and realize that we aren't as different as we have





SHARE

take away any of their pain or the trauma they have and continue to experience. We don't have the answers, and we are searching for ways we can help. We are going to mess up and say the wrong thing and fall short, but that we are trying.



Bimzelx®
ASK YOUR RHEUMATOLOGIST TODAY

What is the most important information I should know about BIMZELX® (bimekizumab-bkzx)?
BIMZELX is a medicine that affects your immune system. BIMZELX may increase your risk of having serious side effects, including

FULL PRESCRIBING INFORMATION    |    MEDICATION GUIDE

At its core, this is an exploration of gender — masculinity and femininity— [to] understand its social constructs and the barriers that we are working to break down. We hope that by the end of all of this we can all see a bit more of our shared humanity and realize that we aren't as different as we have made ourselves out to be.

**TAGS**    celebrity interviews    exclusive interviews



**Former FBI Leader Raises Doubts About Nancy Guthrie Kidnapping Claims**
TopHint



**Travis Kelce Puts Taylor Swift Proposal on Hold — and He Has a Good Reas...**
TMSPN



**One half of the Property Brothers duo is...**

**Nicole Kidman's Friends Allegedly Think Keith...**

**Authorities Address Speculation Th...**

**OB/GYN: I Beg You To Take Creatine Daily**
leanhealthdiscovery.c



**Ozempic vs Wegovy vs Zepbound:...**
Forbes | Sponsored



54

# PTX-040

54

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

BLAKE LIVELY

vs.

WAYFARER STUDIOS LLC, et al.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

TRANSCRIPT OF YOUTUBE VIDEO

Bahá'í Faith Modern Perspectives

Material Wealth & Spirituality - A Bahá'í Perspective

Steve Sarowitz

November 14, 2020

Transcribed By:

TERRI NESTORE

CSR No. 5614, RPR, CRR

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 21

religion is -- is -- is dividing us -- by the way, it's still the biggest divider in the world -- if religion is dividing us, says Abdu'l-Bahá, the son of Bahá'u'lláh, it's better to have no religion.

And so my religion is to break apart all of the divisions that we've had for thousands of years, and my philanthropy is all about that.  My philanthropy is anti-sexism, anti-racism, anti-nationalism, anti-religious prejudice.  And my philanthropy -- and this is also very important, and I say this to my family all the time, I say, help the person you think is the other.

Now, of course, in the last letter that I was talking about, about racism from the House of Justice, it says, let no one be the other.  So if you are Jewish, don't just defend Jews, defend black people, defend Christians, defend Muslims, and vice versa.  If you're black, defend white people, and if you're white, defend black people.  Defend someone who doesn't look like you. Defend someone of another religion, another -- another color.  If you're a man, defend women, and if you're women -- even though we don't deserve it most of the time, maybe, defend men.  Only -- only -- only occasionally, because I'm not sure men deserve defense.

But we should -- we should always be looking at each other as one human family, and that should be the --

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 22

the fabric of everything we do.

Now, going back to wealth, wealth is neither good nor bad.  That's the one thing that I -- I always tell people, wealth is just an accident.  I happen to be rich.  I wasn't raised rich.  I started a business, and when my business became public, I -- I became very wealthy.

Wealth doesn't make me better.  It doesn't make me worse.  A lot of times nowadays, people vilify billionaires.  They say, you know, you have a billion dollars, you're bad.  I actually agree with some of what they're saying, that, you know, we shouldn't have -- and of course, the writings agree as well, that we shouldn't have people like me who are so wealthy and while some people are poor, but that doesn't mean I'm a bad person.

You know, I've heard that I had to cheat and lie.  I didn't do those things.  I started a business.  It went public.  I think I was pretty honest then.  I -- I think I was pretty nice.  Probably imperfect.  Definitely imperfect.  But I don't think I was ever a terrible person.  I wasn't trying to cheat and lie and steal.  I was always pretty honest.

I think that money is just a coincidence.  True wealth is spiritual, and the value of a person shouldn't be measured on whether they're rich or poor.

And if you read the Bahá'í writings carefully,

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 25

social good.  Yeah.

So now we'd love to have a Q&A portion.  If you'd like to ask a question, you can either put it in the chat or use the raise hand button, which you can find by clicking Participants, and then the button's in blue.

Um, so I see -- okay, so we have a question from Roya:  How to effect change from within systems that are flawed at their foundation due to being based on injustice, white supremacy, racism, patriarchy, and capitalism.  For example, businesses and organizations.

STEVE SAROWITZ:  Okay, so I, um, I look at it this way:  There's -- you have to figure out how flawed it is.  If it's really that flawed, you have to tear it down and build it back up.  I think there's a tendency nowadays to have a cancel culture where this person is all bad, you know?  So me being -- look, I'm bad in every way.  Let me list the ways I'm bad.  I'm -- I'm tall, I'm able-bodied, I'm -- I'm just getting started -- I'm white, I'm rich, I'm straight.  Let's see.  I know there's a few other things.

But basically, you know, I could be canceled for a lot of reasons, you know.  So -- being the -- the evil billionaire.  I don't believe in that culture.  I believe that we love everybody.  And -- and I think it's really reaching out to the other.  So sometimes -- now, I do

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 33

that all the time, and I tell anyone who wants to listen, he's done a great job. And so I'm happy we have over 3,000 employees. We have many happy clients.

All of that's good. But I'm also happy that I can take the proceeds, my money that I've made from starting this business, and do things that heal the world.

And that's really, to me, that's what drives me every day. It's what makes me get up.

In terms of the movies that Justin and I are making, they're not Bahá'í movies. Clouds, the -- the movie that's on Disney's right -- Disney right now is a -- is a movie about Zach Sobiech, who was Catholic, but it's -- but it's Bahá'í in spirit. It's talking about -- it's inspirational. And so everything we do is to try to raise people's spirits.

So I look at Hollywood right now, TV and movies, as a lot of what it is is gratuitous sex, gratuitous violence. It's things that lower the soul.

The Bahá'í writings talk a lot about animal -- our animal nature versus our spiritual nature and how we have to overcome our animal nature and rise up into our spiritual nature. And art reflects society and society reflects art, and we want to make art that raises spirits.

That's the number one thing. If you really want to say what Justin and I are doing together, what he does

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 34

so well, and I support him in doing, is he makes movies that uplift our spirits. And I'm so happy to be his partner in doing that. So it's really another practical application of faith.

INTERVIEWER 1: Great. I see a raised hand from Steven, so I'll unmute you.

STEVE: Hi, Steve. I -- you just answered my question. I was going to lay a question on you about what other aspects of the arts are you using your resources to promote unity and promote the Bahá'í Faith.

STEVE SAROWITZ: Well, since your mic is unmuted, I do have to say aloha. Love your picture of Pat. Love -- just -- I light up every time I see your face, Steve. You know that.

So I want to tell you that my favorite thing in my office is -- is that painting of Bahá.

And so what you do as an artist -- by the way, I want to give Steve a plug. I know we didn't ask for one, he doesn't -- wasn't looking for one, but let me just tell you, he's an extremely talented artist. If anyone loves art, especially inspired Bahá'í art, look at Steve, look him up. He -- he -- what he does is he -- he takes his talent and he uses it. I mean, he's -- he's made several beautiful pictures of the faith.

Art should be a way to -- to spread the faith.

# PTX-041

# SUBMITTED VIA COURT UPLOAD LINK

# PTX-043

EQ                                **Forbes**                    Subscribe: Less than $1.50/wk    F

MORE FROM FORBES

Mar 01, 2026, 02:58pm EST
**Job Interview Red Flags—Learn How To Spot Exaggeration**

Mar 01, 2026, 02:48pm EST
**7 Ways To Become A Heart-Centered Leader**

Mar 01, 2026, 12:33am EST
**From Angela Bassett To Cynthia Erivo: Women Who Won Big At...**

Feb 28, 2026, 06:40pm EST
**The 5 Fastest Growing Skills In The UK, According To LinkedIn**

ADVERTISEMENT

LEADERSHIP > FORBESWOMEN

# Interview With Justin Baldoni: Undefining What It Means To Be 'Man Enough' And Enacting Social Change Through Media

By Marianne Schnall, Contributor. ⓘ Marianne Schnall is a journalist who ampl... ⌄    **Follow Author**

Published Jan 12, 2022, 01:06pm EST, Updated Jan 13, 2022, 02:55am EST

🕐 This article is more than 4 years old.

G Add Us On Google ⓘ



FORBES' VIDEO WILL PLAY AFTER THIS AD



AD

FORBES' FEATURED VIDEO



Justin Baldoni
MAN ENOUGH PODCAST

The last time I interviewed actor, director and changemaker Justin Baldoni was in 2017, right before he delivered his now viral TEDTalk "Why I'm Done Trying to Be Man Enough," which has been viewed over 8 million times. Since then, his exploration into what it means to be a man today, which began for him as a personal inquiry, has evolved into the Man Enough Movement, founded on the belief that by "undefining traditional roles and traits of masculinity, men will be able to realize their potential as humans and their capacity for connection." He has written a book, *Man Enough: Undefining My Masculinity*, and co-hosts the popular Man Enough podcast, along with author and journalist Liz Plank and award-winning music producer Jamey Heath. The video podcast features thoughtful, candid conversations with a wide array of celebrities and thought leaders talking about relationships, body image, success, parenthood, mental health and

ADVERTISEMENT



JOHNS HOPKINS
CAREY BUSINESS SCHOOL

#21 TOP MBA PROGRAM IN THE U.S.

Document title: Interview With Justin Baldoni: Undefining What It Means To Be 'Man Enough' And Enacting Social Change Through Media
Capture URL: https://www.forbes.com/sites/marianneschnall/2022/01/12/interview-with-justin-baldoni-undefining-what-it-means-to-be-man-enough-and-enacting-social-...
Capture timestamp (UTC): Mon, 02 Mar 2026 06:31:09 GMT                64                Page 1



book, *Man Enough: Undefining My Masculinity*, and co-hosts the popular Man Enough podcast, along with author and journalist Liz Plank and award-winning music producer Jamey Heath. The video podcast features thoughtful, candid conversations with a wide array of celebrities and thought leaders talking about relationships, body image, success, parenthood, mental health and more, investigating "how traditional structures and attitudes toward masculinity oppress and negatively affect men, women and humanity as a whole."

A former actor who starred in the hit show *Jane the Virgin* and saw untapped potential in the power of media, Baldoni turned to filmmaking and cofounded Wayfarer Studios aimed at "upending the traditional Hollywood studio model by putting equity and social justice at the forefront." They achieve this not only by developing projects that can "serve as true agents for social change" but also by "hiring executives, creators and filmmakers who reflect the diverse world we live in—more women and people of color than is typical at most Hollywood companies —and establishing a creator-friendly environment where writers and directors share in the success of the studio." Baldoni recently directed *Clouds*, the company's first feature film, available on Disney+. As he told me, he hopes to "create content that challenges the status quo, asks us to think a little bit differently and forces us to go in and reexamine some areas in our own lives."

I recently had the opportunity to speak with Baldoni about his journey of challenging traditional masculinity, the overall impacts it has on our society, his mission to enact social change through his media projects, the most important message he wants to instill in his children and more. Here are some highlights from our interview.



FORBES' FEATURED VIDEO

ADVERTISEMENT



MAKE SURE THEY'RE IN THE RIGHT CAR SEAT

The Right Seat >

NHTSA  ad

PROMOTED



Learn more

**Marianne Schnall:** You wrote this incredible book, *Man Enough*, and you now have this amazing podcast where you're exploring these themes even further. Why has challenging traditional masculinity become your main focus, and what are you most hoping to achieve?

**Justin Baldoni:** Truthfully, it feels like a responsibility, like an obligation—something that, because I am aware of it, I can no longer just continue living with blinders on. I feel an obligation to my children, to my wife, to my friends, to my parents. I'm somebody who always wants to work on myself. I don't believe in complacency. And so much of this work is healing for me also, so it's an obligation to myself. For me, this is a radical act of self-love. Using whatever little platform I have to talk about these issues forces me to learn in real time, forces me to go deeper, forces me to not allow the bar to be so low that I can just crawl over it and get a pat on the back.

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**
By Amy Danise Editor



**Best Covid-19 Travel Insurance Plans**
By Amy Danise Editor



ADVERTISEMENT

**Best Covid-19 Travel Insurance Plans**

By Amy Danise Editor



AD

It's also for all of the women in my life who continue to tell me unbelievable stories that you just can't imagine [still exist today]. It's my wonderful assistant who is so tired of needing to put me on the phone to be taken seriously by other men. It's my inability to connect with other men in my kids' school because they're shut down and they don't know how to communicate. It's all of these types of things. And it's for our future. Crazy enough, it's for climate change. It's for peace. I believe all of this work connects to a more loving, peaceful, kind future. And my little tiny piece of it is hopefully one of the billions of bricks that will go into building this bridge to the next generation.

**Schnall:** What are the overall impacts of men having to repress their emotions and not be able to be their full selves?

**Baldoni:** Just turn on the news. Look at what's happening around the world. Look at politics, climate change, sexual assault and rape cases, suicides, crime—it intersects with all of it. I don't think you could separate the conversation of masculinity in men with all of the current events happening around the world that make us feel so hopeless at times.

**ForbesWomen: Get the ForbesWomen newsletter, and supercharge your mission with success stories, tips and more.**

Email Address                                    Sign Up

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration, and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

**Schnall:** How is all of this linked to what we traditionally call "women's issues"–for example, how violence against women is connected to how we socialize men or how the challenges women face in the workplace are connected to how our society doesn't encourage men to be caretakers, or makes it "unmanly" to take on household responsibilities or stigmatizes men for taking family leave?

## Forbes

# Premium Journalism That Inspires

### Join Forbes Today



ADVERTISEMENT

Case 1:24-cv-10049-LJL   Document 1431-33   Filed 05/04/26   Page 69 of 203

EQ    Interview With Justin Baldoni: Undefining What It Means To Be 'Man Enough' And Enacting Social Change...    By Marianne Schnall    Follow Author    ⊰  ◻

makes it "unmanly" to take on household responsibilities or stigmatizes men for taking family leave?





**Baldoni:** That's a huge one right now: family leave and men. In the Scandinavian countries, they have incredible family leave programs that are very equal–you have men and women who get a chance to take a tremendous amount of family leave when they have a newborn, but what they found is, even in those countries, the men won't take it. My sister-in-law and brother-in-law live in Sweden. They just welcomed this beautiful little baby girl, and it was so sweet. And I've got to be honest, I was so damn jealous that he got a chance to stay at home for months with her, and they did it together. Research shows that if both parents take the time off at the same time, it's better for the child, so what they're doing is investing in the future of their country by allowing parents to take time off to connect with their newborn and hopefully create a more empathetic, compassionate, kind, smart child that will eventually lead their country.

But what they found was that the men were not taking the time off because of the way it would look, because even in those progressive countries, men still battle with the patriarchy, they still battle with this dominant pyramid-scheme culture that says, "If you're not showing up for work, you're a slacker and someone else is better suited for that job." So there was this underlying, subconscious, unwritten rule that if you were a new father and you took time off, or at least the full time off, then you are not seen as a great employee. So what they had to do was institute this idea of "take it or leave it," where they're just going to take it away–like you get this once and then it's gone, and it's gone forever. Then they noticed that men started taking it more. So they had to use reverse psychology just to battle these ingrained ideas of masculinity and what it means to be a good employee versus a good father and husband just to get men to take this time off. When I see that, and then I see how far we are behind–and of course we're making some progress, thank God–it's just like, oh my goodness, we have such a long way to go.

**Schnall:** How has your journey and all that you've learned in your work affected how you raise both your son and your daughter?

**Baldoni:** From the very beginning, I've been teaching my kids that the strongest muscle in their body is their heart. And I am doing that for a reason, specifically for my boy, because the world is going to tell him to grow up and have a strong body, and they're going to forget the heart. And for most of us men, we've lost that connection at a very young age and severed the connection between ourselves and our hearts.

Trying to teach my boy that the heart is the strongest muscle has been a journey. And I know that no matter what I do, the world is going to put my daughter in a box and my son in a box. They're

Case 1:24-cv-10049-LJL     Document 1431-33     Filed 05/04/26     Page 70 of 203

EQ      Interview With Justin Baldoni: Undefining What It Means To Be 'Man Enough' And Enacting Social Change...      By Marianne Schnall      Follow Author

between ourselves and our hearts.



AD

Trying to teach my boy that the heart is the strongest muscle has been a journey. And I know that no matter what I do, the world is going to put my daughter in a box and my son in a box. They're going to tell my daughter that she has to be polite and behaved and sweet and not take up too much space and not use a loud voice and be gentle and nurturing and all of the various things. And they're going to tell my son the opposite: that boys will be boys, that being rowdy is okay, that you should take physical risks, that you should take *up* space, that you can be loud and crack jokes–they're going to teach him that that's acceptable behavior. So in some ways, what my wife and I are doing is reversing that and building a foundation on the opposing idea. So reinforcing in my daughter that it's okay for her to take up space and be loud and have an opinion and be athletic and take physical risks and all of these various things. And with my son, really reinforcing in him the idea that being a boy is about being kind and that being sensitive and sweet is beautiful. That crying and showing his feelings and emotions is the most manly boy thing that he could do. And how do I do that? I have to model that; Daddy does that. It's being nurturing. It's being compassionate and empathetic.

The more I can build that strong foundation, I believe the stronger the tree will be, and the more flexible it will be. Like a palm tree in a hurricane, he'll be able to bend and go with the socialization that's coming his way without losing his sense of self. Will it work? I have no idea, because those hurricane gale-force winds of socialization are very strong and they might uproot it, but as long as he is in my home, I can model what that healthy masculinity looks like. That's what we're doing right now, and that's what I would encourage anybody who's open to this idea to think about: make sure that we are reinforcing the opposing ideas of the narrative of what socialization will teach our children about gender and roles.

**Schnall:** As the cofounder of Wayfarer Studios, which develops projects that create social change, how do you see the role of media and its ability to shift consciousness?



Common Sense Leadership Fund

NO ONE UNDERSTANDS THE ART OF THE DEAL BETTER THAN PRESIDENT TRUMP.

Businesses don't need government mandates to deliver for their customers because free markets work.

END BIDEN'S 1033 RULE

**Baldoni:** I think media is directly intertwined with all of it. It's a part of capitalism. It's in many ways a Trojan horse–we have to be *in* it, show that we can be successful doing it, and do it in a way that disrupts the system and helps us all wake up. How do we go against the grain and do things differently in an industry that rewards a certain type of behavior and doing things a certain way? How do we create content that challenges the status quo, that asks us to think a little bit differently, that forces us to go in and reexamine some areas in our own lives that are uncomfortable, that gives people a microphone that maybe they haven't had the chance to hold in a while? That's what we're trying to do.

We just finished four films–two of them documentaries, two of them feature-length films. Two of them are on social and racial justice issues, and one of them is a teen comedy about female empowerment and body positivity from an incredible female first-time writer/director. It's just really exciting to see what's possible. We're talking about changing culture and having this conversation around masculinity. That's our goal; it's a really exciting goal, and I'm just grateful that I get the chance in this lifetime to even pursue it.

For more information, visit Man Enough and Wayfarer Studios.

*This interview has been edited for clarity and brevity.*

Editorial Standards        Reprints & Permissions

 Find Marianne Schnall on LinkedIn and X. Visit Marianne's website. Browse additional work.

Follow Author

them are on social and racial justice issues, and one of them is a teen comedy about female empowerment and body positivity from an incredible female first-time writer/director. It's just really exciting to see what's possible. We're talking about changing culture and having this conversation around masculinity. That's our goal; it's a really exciting goal, and I'm just grateful that I get the chance in this lifetime to even pursue it.

For more information, visit Man Enough and Wayfarer Studios.

*This interview has been edited for clarity and brevity.*

Editorial Standards    Reprints & Permissions



Find Marianne Schnall on LinkedIn and X. Visit Marianne's website. Browse additional work.

Follow Author



PRESIDENT TRUMP.
Businesses don't need government mandates to deliver for their customers because free markets work.

END BIDEN'S 1033 RULE

## Related Topics

1. How to Pass a Hard Stool Instantly    5. 7% High-Yield CDs for Seniors

2. Best Nasal Spray for Allergies    6. Top 10 Telescopes for Stargazing

3. Modern Home Decoration Pieces    7. Best Vitamin for Memory

4. Top 10 Cruises for Seniors    8. Elon Musk's No.1 Stock to Buy Now



5 BEST DIVIDEND STOCKS FOR RETIREES →



BEST SHAMPOO FOR REGROWING THIN HAIR →



# PTX-046

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:24-CV-10049-LJL
(Consolidated with 1:25-cv-00449-LJL)
----------------------------------x
BLAKE LIVELY,

             Plaintiff,

        - against -


WAYFARER STUDIOS LLC, a Delaware
Limited Liability Company, JUSTIN
BALDONI, an individual, JAMEY HEATH, an
individual, STEVE SAROWITZ, an individual,
IT ENDS WITH US MOVIE LLC, a California
Limited Liability Company, MELISSA
NATHAN, an individual, THE AGENCY
GROUP PR LLC, a Delaware Limited Liability
Company, JENNIFER ABEL, an individual,
JED WALLACE, an individual, and STREET
RELATIONS INC., a California Corporation,

             Defendants.
----------------------------------x



     TRANSCRIPTION FROM AUDIO FILE
    https://youtu.be/yEkQsQyiInk?si=
    CVUJX0XuXdsZOONK

Page 2

MR. SAROWITZ:  Welcome everybody.  I am Steve Sarowitz.  I am a Highland Park resident since 1996. So for the last over 25 years, I've been here in Highland Park.  And I grew up as a reformed Jew and didn't really know anything about the Bahá'í faith until I was about 20 and I went to the University of Illinois, and this nice gentleman, who actually just passed away last week, by the name of Carlton introduced me to the Bahá'í faith, and he gave a nice presentation on something called Progressive Revelation.

For those of you who don't know anything about the Bahá'í faith, and I'll assume that there might be a few people on the call who don't know much about the Bahá'í faith, the Bahá'í faith is the world's newest religion, and at the heart of the Bahá'í faith is this idea of Progressive Revelation.

So Bahá'ís believe in the truth of all religions.  So it's not that we

Page 3

think Judaism is wrong and Christianity is wrong and Islam is wrong, for example, or Buddhism.  We think all the faiths are right and that they're all chapters of a single eternal faith of God.

And so when I saw this first presentation, I had previously, for the first 20 years of my life, believed that Judaism was all I was going to know and Judaism was right and Christianity was wrong, or at least they were different than us.  And so I really was intrigued by the idea that all faiths could be right, that Judaism didn't have to be right and Christianity wrong, or Christianity, since there were a lot more Christians, might be right and we were wrong, that we could all be right, and that was a very interesting idea to me.  And the idea of a single God for all religions was also very attractive to me.  And the last thing that was very attractive to me was the idea that we're a single

Page 4

human family.

All of these ideas were very interesting, and I hadn't really considered them, not at least when it came to religion. I was never brought up to believe that people were better or worse by their color or by their -- by their nationality, but I was brought up to believe that religions were different, I was different because I was a Jew. And so it was really kind of groundbreaking to me at the time that I heard that all religions are one. So it took some time for that to fully sink in.

Meantime, I graduated college. I met my wife, my wife is Catholic, and we started dating, and she asked me, this is about five years later, how would you -- how would you like to raise your children? She was Catholic. I was Jewish. She said how would you like to raise them? And she expected me to say Catholic or Jewish, but I didn't, I said Bahá'í, and it was my

Page 5

idea at the time.  I didn't know much about the Bahá'í faith, I'd only seen that one presentation, but I thought, well, the Bahá'í faith encompasses both the Jewish faith and the Catholic faith, so why not go to that one, and it sounds like an interesting faith. But my wife said no, a real religion, Jewish or Catholic.  So we decided on Catholic, I'm sorry, on Jewish, and I said let's raise our children Jewish.

Meanwhile, we dated for several more years.  We finally got married and then we finally had kids many years later and we began to raise them Jewish.  Along the way I had become friendly with a Christian pastor, and that pastor, Kevin, asked me three times actually to study the Christian faith.  He asked me the first time.  I said no, I'm Jewish.  He asked me the second time, I said no, I'm Jewish. And the third time I said well, what the heck, I liked Kevin, I would go ahead and study the Bible with him.

Page 6

And so we started studying the Bible, and after a few months of studying the Bible, I asked myself, I said, well, I know I don't believe in Jesus but what does that mean?  Does that mean I don't believe Jesus ever lived?  Does that mean that I don't believe in his teachings?  And I started looking at his teachings and, frankly, they were very similar to the Jewish teachings, and he seemed like a really nice guy. I mean, at the very least I didn't disagree with anything he said.

And so I came quickly over the next few months to love and admire Jesus based on his words, but I never became a Christian, I just became a Jew who had admiration for Jesus, and I studied the Bible and I have been studying the Bible with Kevin now for 30 years, but, as I said, I never became a Christian.

When I was in my mid 40s, actually in my early 40s, or, excuse me, late 30s, I started running with a

Bahá'í in Highland Park by the name of Tim Hendershot, and Tim and I ran three times a week for many years, and after several years of running together when I was in my mid 40s he said would you like to do this Bahá'í study group? And I said sure.  I had gone to some Bahá'í events, I had always liked Bahá'ís, I had always like the Bahá'í faith, I had always said, I had said for many years, you know, I'm Jewish but I like what the Bahá'ís have to say.

And so I went to this Bahá'í study group, which is called Ruhi, with Tim and his wife Tamara, and I went and I liked it and I kept doing it for the next few years, and about three years into it I was studying the life of, we had gotten to the fourth book of this series of books they were studying, that we were studying, and I was studying the life of Bahá'u'lláh, the founder of the Bahá'í faith, and I just had an epiphany that I actually

Page 8

believed that Bahá'u'lláh was who he said he was, the promised messenger for all humankind for this age.

So I ran home to my wife, very excited, well, actually I drove home to my wife, and all excited and I said honey, I'm a Bahá'í now, and she said no, you're not, you have to wait for the bar mitzvah, and that was two and a half years away.  She said you're the Jewish one, I'm the Catholic one, you have to wait until after the bar mitzvah.  So I sat down to wait until after the bar mitzvah.

A few months later, I'd founded a company called Paylocity, a payroll and HR company, and so a few months later my company went public, and we had been wealthy before, we became wealthier, much wealthier, and we started doing philanthropy, and I called up a man by the name of Bill Strickland, and I said Bill, you know, I want to do something to help people in Chicago.  I read last weekend that

22 people were shot and the weekend before that 22 people were shot and I'm sitting up here in Highland Park doing nothing. I'd love to do something but I don't know what to do.

And I had seen Bill speak about five years earlier, and if anyone hasn't seen Bill's TED talk, look it up, he's incredibly compelling, and he has become really more of a brother than a friend over the years.

So I called up Bill, and I said Bill, let's build a center in Chicago. And so Bill acquiesced and we started building a center which is now up called CHICAT which is about to hit its fifth anniversary. About five conversations in, Bill says to me I'm talking to these Jewish philanthropists in Miami about building a center in Akko, Israel for Jews and Arabs, and I about fell out of my chair. I said whoa, wait a second, Akko, Israel, you see, Akko, Israel, for those of who aren't Bahá'ís, is the place that

Page 10

Bahá'ís pray to every day.  It is Bahá'í Mecca.  We go on pilgrimage to Akko.  It's literally the holiest place on earth, just like Mecca is for Muslims or Jerusalem might be for Christians and Jews, Akko is for Bahá'ís.  It's the burial site, the shrine of Bahá'u'lláh, the holiest place in the entire earth, and I was turning towards Akko to pray every day.

And I said Bill, why Akko?  Why do you want to build a center in Akko? He said, well, we went to another city, Karmiel, but they didn't get along as well, the Jews and Arabs, so they get along better in Akko.  I said Bill, you know, have you ever considered that Akko might be the reason they get along better?

And I started telling him about the principles of the Bahá'í faith, the oneness of humanity, the elimination of all prejudice, racism, sexism, and nationalism, and religious prejudice, which is a big problem in Israel.  And

Page 11

I said Bill, these things, maybe it's something in the water in Akko, maybe that's the reason the Jews and the Arabs are getting along better there. By the way, they get along better in Haifa, which is the other major Bahá'í site in Israel.  That's the site of the Bahá'í World Center, and the shrine of the Báb, the other prophet founder of the Bahá'í faith.

I ended up going to Israel in 2014, and September 12th, 2014 I walked into the shrine, the gardens surrounding the shrine of Bahá'u'lláh in Akko, Israel, and I walked in one person and I walked out just a few minutes later a completely different person.  I had an incredible spiritual transformation.  So I went from being a Jew who loved the Bahá'í faith and wanted to eventually be a Bahá'í, to being a Bahá'í through and through.  I started sleeping only three or four hours a night for the next several months.  My wife literally thought I

Page 12

went crazy, took me to two psychologists because I was so happy and excited all the time and all I would talk about was the Bahá'í faith.

Interestingly enough, I'm also, as Tom mentioned, a competitive runner and I became faster as a runner with less training and less sleep, which is really unusual. I was playing basketball, and I remember one play in particular that year, and I'm six foot six, and so you don't normally see a six foot six center type run down a guard, that's the faster players, but I did, from behind, from about five years -- five yards behind him, just a relatively small court, I ran down one of my friends, who was probably the fastest guy on the court, they thought, from five yards behind and blocked his shot from behind that year. And he said where did you come from?

And so, anyway, it's -- I did that all year. I sat in my extra time when I wasn't sleeping and read Bahá'í

books.  And then I had a young lady that I met at an airport, she became the first person that I taught the Bahá'í faith to, and after, this was after about six weeks, and after about a month she says wait a second, you're going all over the world telling everyone how wonderful the Bahá'í faith is and how everyone should be a Bahá'í and then you tell them you're Jewish and waiting for your kids' bar mitzvah? She says, does that sound as silly to you as it sounds to me?  And I said yeah, it kind of does sound silly.

So I went to my rabbi and my kids who were going to have the bar mitzvah and my wife and said could I become a Bahá'í?  And so it was on February 10th, 2015, which is actually my father's birthday, that I became a Bahá'í, and joined the -- officially joined the Bahá'í community in Highland Park.

And since then what I have endeavored to do, besides teach the

Page 14

Bahá'í faith, is take the Bahá'í principles and put them into every aspect of my life. You know, so people ask me why am I Bahá'í? One of the questions I got asked actually yesterday was well, why did you -- why did you talk about converting to Bahá'í, and I can assure you it is not an insult to Judaism, I never have left Judaism. I am a Jew who loves Bahá'u'lláh, I'm a Christian who loves Bahá'u'lláh, and I'm a Muslim who loves Bahá'u'lláh.

In other words, there is a single faith of God, and you can call that faith Judaism, you can call that faith Christianity, you can call that faith Islam, and each day they were. The way I look at them is they are the faith of God in different ages. The faith of God in the days after Moses was called Judaism. The faith of God after Zoroaster, Zoroastrianism. The faith of God after Buddha, Buddhism. And the faith of god after Jesus,

Page 15

Christianity.  And the faith of God after Muhammad was called Islam.

Today the faith of God, that same exact faith of God, is called the Bahá'í faith.  They are one faith because there's one God, and he has told us through all of his prophets to love each other and to love God.  It's not a Buddhist God competing with a Christian God competing with a Jewish God competing with a Bahá'í God, it is the same God.  So it's the same God that the Jews worship and the same God that the Christians worship that the Bahá'ís worship, and so there's no -- there's no reason to fight.

So I'm not, you know, actually, I love Judaism more than I ever have. When I go to a Jewish temple I get more out of it than I used to when I was officially Jewish.  I'm still 99.7 genetically Jewish, which is interesting, but I am a Bahá'í in my heart.

So a Bahá'í simply means a

follower of Bahá'u'lláh, and a follower of Bahá'u'lláh is essentially a follower of Moses, because Bahá'u'lláh and Moses are actually one in the same. According to the Bahá'í writings, all of the prophets are one, not only that God is one, but the prophets are one, that Muhammad is Bahá'u'lláh and Jesus is Muhammad, that the essential spirit of God is in all those messengers and they're all telling us their main message is to love God and love humanity.  And I don't recall Jesus making any exceptions when he said love thy neighbor nor do I recall any exceptions when Moses said it and surely not any exceptions when Bahá'u'lláh said it, and yet it's so sad to me that we still fight over religion.

There are other things that are very important to me that are in the Bahá'í faith, and they're very actually specific to the Bahá'í faith.  What Bahá'u'lláh said is that he was the

divine physician for all of humanity for this age, and so that was one of the other reasons that I became a Bahá'í, because I realized that he was right, at least in my view, that he is right.

So a few of the things that Bahá'u'lláh said were, number one, women and men are equal. Now, that doesn't sound so unusual to most people today, but back when he said it in the 1800s it was radical. Another radical thing he said is that we're one human race, that it doesn't matter what your skin color is.

Now, unfortunately, as we've seen in the last few years, that can be radical to a few of us even today, but it shouldn't be, because science has proven we're one human race and that what we view as race is really an accident of genetics, an accident of color, an accident of nature, that there is nothing, nothing, not at all separating people with darker skin and

Page 18

lighter skin, Asian or, you know, you name it, Hispanic, white, Persian, black, brown. All of these things are accidents of nature and that we're all God's children and we're all equal in the sight of God, and scientists have proven that we are genetically a single human race. There is no such thing scientifically as race.

Now, having said that, I am not someone who says I don't see color. I do see color. I see us as beautiful flowers in a single garden of God, and I notice that some of those flowers have not received as much water as the others, some of those flowers have been mistreated, and I'm sorry about that, and I work and part of what I do as a Bahá'í every day is work to change that, to really work hard for people of color in this country who've been treated as less than equal, and that's a shame, and Bahá'u'lláh said absolutely not to do that.

Bahá'u'lláh also said the earth

Page 19

is but one country, mankind and citizens. Look at the war right now between Ukraine and Russia, or Russia and Ukraine. We are one country under God, really. These borders we have between the United States and Mexico or between Ukraine and Russia, they don't actually exist. Now, I'm not saying there's any problem with a country having borders. I'm not saying there's any problem with having different countries. But if I treat someone from Mexico or Honduras or Colombia as one iota less than me because I'm an American, I've made a mistake, according to Bahá'u'lláh.

We are really one country, and when we try to act like one country to attack global problems, we can solve them, for example, the environmental crisis we're currently facing, international things like a pandemic, all of these things have to be approached as if we're one human family. And if we don't, we will

Page 20

suffer, and we have, suffered the consequences.

Bahá'u'lláh also said that science and religion have to be in harmony.  And we've seen in the pandemic that some people don't believe that that's true, but they have to be. We cannot rely on superstition. Superstition can be very harmful.  Many people have died in America because of superstition.

I'll tell you a true story, and I won't say who this is, a friend of mine, a good friend of mine, his brother was a vaccine denier.  He did not want to get the COVID vaccine.  He died of COVID, but as he lay dying he told his brother, my friend, that he realized he was wrong, it was too late. He was a very avid Christian, and I don't question his faith, but to him faith and science were two different things.  His faith was separate from science.  Religion was separate from science.  His wife is still a COVID

vaccine denier, even though her husband is now dead.

And the statistics, by the way, and I've looked them up, are that you're about ten times more likely to die if you aren't vaccinated. I'm not saying this because I'm making it up, that's just the statistics, and that's the thing, I'm not saying, you know, somebody here doesn't want to get vaccinated, I'm not going to yell at them or hate them, that wouldn't be a very Bahá'í thing for me to do. But we do have to believe in science. We do have to believe in reason and logic, and religion and science are not opposed. It's a single reality that they describe just in different ways. So that's why I'm a Bahá'í.

I started a foundation called the Wayfarer Foundation three years ago. We're going to give away a little over $10 million this year all to Bahá'í inspired causes. Now, actually a lot of the people we give away to are

Page 22

not Bahá'ís, but they're doing things in line with the Bahá'í faith. So we give to -- basically the vision of our foundation is we give to promote world peace and unity, period, and we give to people who are applying spirituality to their cause. So we give to nonprofits who have spirituality as part of what they do, and when we tell a lot of nonprofits that, they're like, they look at us kind of funny, they say what did you just ask? And we say, well, what is your spiritual purpose?

We believe as Bahá'ís that we'll have spiritual solutions to economic problems, quite honestly spiritual solutions to all the problems of the world. And this is something quite unusual about the Bahá'í faith I've noticed, what the Bahá'í faith has that I've noticed more than any other religion I've seen is the focus on the collective salvation of humanity, and this is something I've really bought into in everything I do. And the

collective salvation of humanity can only happen through the oneness of humanity.  So the collective salvation of humanity means that we get along and we finally slay the dragon of racism in America and sexism.

I didn't really talk about this, but I've seen in the companies I work at that women aren't listened to in meetings, that women aren't respected, that sexual harassment is allowed to go on.  We as men need to stand up against that and realize that women are our mothers, our wives, our daughters.  How could we possibly disrespect a woman and half of humanity?  And yet we do every day in America.

How can we disrespect a person of color, black or brown person, as a white person, how could I do that?  In a sense, I'm disrespecting myself because everybody is my brother and my sister.  We have to realize our oneness.  We have to realize that

Page 24

people aren't just our neighbor, but they're our brothers and sisters, and this is the lesson of the Bahá'í faith that the world needs desperately today.

Another thing I love about the Bahá'í faith, and some people might disagree with me, we do not do partisan politics. For me that was easy because I'm a political moderate. So I actually find things I like about both sides and dislike about both sides, but I cannot say I'm a Democrat and I cannot say I'm a Republican and I cannot run for office, and I'm okay with that. I like to look at each issue, issue by issue. Some issues I'm more Republican, some issues I'm more Democrat, some of my friends are more Republican, some of my friends are more Democrat. That's okay. But I never -- I try very, very hard never, ever to fight about politics, because when we -- when we let politics be a divider, it's yet another divider, and, again, the main purpose of the Bahá'í faith is

Page 25

to unite, not divide.

When I was a Bahá'í for exactly three days, I e-mailed my friend Farshid and I said I'm a Bahá'í now. Now, Farshid has been a Bahá'í his whole life. His father was a very prominent Bahá'í in Iran and his father was killed for being a Bahá'í in Iran, which unfortunately hundreds of Bahá'ís have been killed by the current regime in Iran just for being Bahá'ís, nothing else. And I said to Farshid I'm a Bahá'í now and I'm going to retire and I'm just going to teach the faith, because that's all I wanted to do and I didn't need any money, and Farshid said, well, you could do that and you could reach hundreds of people, but if you make a movie you could reach millions of people.

Well, less than an hour after that I got an e-mail from a movie producer by the name of Peter Samuelson, and Peter wanted me to talk to him about helping foster children,

Page 26

about philanthropy, which I agreed to do and we've done ever since. So that was back in 2015. So it's been seven years now we've been working with Peter on that.

But, more importantly, Peter is a pretty prominent movie producer. I had never talked to a movie producer, let alone -- I had never talked to any movie producer, let alone Peter Samuelson prior to this, and here is Peter Samuelson, and he had made 25 movies, the biggest of which, some of you older people, maybe not younger people, might have heard of called -- was called The Revenge of the Nerds.

And so I went to, the next week, I said -- I talked to Peter, we had a great conversation, we've become friends since then, good friends, and I said can we talk about this movie idea? He said yeah, come to LA, and I just happened to be flying to LA the next week, and the next week we're sitting in Santa Monica, at a hotel in Santa

Page 27

Monica, California and we're having a conversation about the movie, and it just so happens to us at the table next to us was another two men, they were right next to us a couple of feet away, and they started having a conversation about Christianity, and I joined in and answered one of their questions, and then we were having a four-way conversation, and the person right next to Peter had been asked to make a Bahá'í movie, and I said this is -- that's it, there is too many signs.

So I went on this three-year odyssey and I made a wonderful movie called The Gate: Dawn of the Bahá'í Faith, wonderful, to me, it was really the happiest moment of -- happiest moments of my life making that movie. I ended up meeting Bahá'ís all over the world and hopefully contributed just a little bit to the furtherment of peace in humanity.

Actually, right behind me is the shrine of the Báb.  That's the

shrine of the Báb in Haifa, Israel. So we were able to go there and film for a week and it was just amazing. And along the way I met some incredible Bahá'ís, one of whom, a couple of them, one of whom is Rainn Wilson, who has become a good friend, who played on The Office, and the other one who is very key, well, there are many that were key, but another key person was Justin Baldoni, who played Rafael on Jane the Virgin. And Justin and I have become business partners in a firm called Wayfarer Studios, and so right now we have four movies under production.

I guess the one I should mention, because it's Chicago based, is a movie about Craig Hodges, who played on the Bulls, and in 1992 was blackballed from the league for complaining about racism, and I just saw the rough cut this week and I think it's going to be a really powerful movie, so I'm very excited about that. We're also going to be making later

Page 29

this year the movie -- a movie called It Ends With Us, which is about a bestselling book fighting domestic abuse.

So we have a lot of things we're doing. I have become a moviemaker. The most important thing I'll say about the movie companies is that everything I do is in line with the Bahá'í faith. Everything I do is trying to stamp out racism, stamp out sexism, stamp out nationalism, religious prejudice, raise people up and promote the oneness of humanity.

I believe that the Bahá'í faith -- I believe Bahá'u'lláh was correct when he said he was the divine physician for this age, and I believe that the lessons that Bahá'u'lláh taught are necessary. I'm not saying that everyone should become a Bahá'í. I mean, that's all up to each individual person. But we as a human race, as a human family, need to acknowledge that we're one human

family.  We need to acknowledge that we're one human race.  We need to acknowledge that the earth is but one country: mankind.  Citizens -- that women are the equal of men.  We need to respect the harmony of science and religion.

We basically need to take these lessons that Bahá'u'lláh has brought to humanity and implement them, whether you're a Bahá'í or not, whether you are Jewish or Christian or Bahá'í, and we need to work together to do it without prejudice.

C E R T I F I C A T I O N

I, TODD DeSIMONE, a Registered

Professional Reporter and a Notary Public,

do hereby certify that the foregoing is a

true and accurate transcription of the

provided audio file to the best of my

ability.

I further certify that I am not

employed by nor related to any party to

this action.

<: _Todd DeSimone_

TODD DeSIMONE, RPR

**[00449 - based]**　　　　　　　　　　　　　　　　　Page 1

| **0** |
| --- |
| **00449** 1:4 |

| **1** |
| --- |
| **10** 21:23 |
| **10049** 1:3 |
| **10th** 13:19 |
| **12th** 11:12 |
| **1800s** 17:12 |
| **1992** 28:19 |
| **1996** 2:3 |
| **1:24** 1:3 |
| **1:25** 1:4 |

| **2** |
| --- |
| **20** 2:8 3:9 |
| **2014** 11:12,12 |
| **2015** 13:19 26:3 |
| **22** 9:1,2 |
| **25** 2:4 26:12 |

| **3** |
| --- |
| **30** 6:21 |
| **30s** 6:25 |
| **3879** 31:16 |

| **4** |
| --- |
| **40s** 6:23,24 7:5 |

| **9** |
| --- |
| **99.7** 15:21 |

| **a** |
| --- |
| **abel** 1:13 |
| **ability** 31:9 |
| **able** 28:2 |

**absolutely**
　18:24
**abuse** 29:4
**accident** 17:22
　17:22,23
**accidents** 18:4
**accurate** 31:7
**acknowledge**
　29:25 30:1,3
**acquiesced**
　9:14
**act** 19:18
**action** 31:12
**actually** 2:10
　5:19 6:24 7:25
　8:5 13:19 14:5
　15:17 16:4,23
　19:8 21:24
　24:10 27:24
**admiration**
　6:18
**admire** 6:15
**age** 8:3 17:2
　29:18
**agency** 1:12
**ages** 14:20
**ago** 21:22
**agreed** 26:1
**ahead** 5:25
**airport** 13:2
**akko** 9:21,23
　9:24 10:3,6,10
　10:11,12,16,18
　11:2,15

**allowed** 23:12
**amazing** 28:3
**america** 20:10
　23:6,18
**american** 19:15
**anniversary**
　9:17
**answered** 27:8
**anyway** 12:23
**applying** 22:6
**approached**
　19:24
**arabs** 9:21
　10:15 11:4
**asian** 18:1
**asked** 4:18 5:18
　5:20,21 6:3
　14:5 27:11
**aspect** 14:3
**assume** 2:18
**assure** 14:8
**attack** 19:19
**attractive** 3:23
　3:24
**audio** 1:19 31:8
**avid** 20:20

| **b** |
| --- |
| **back** 17:11 |
| 　26:3 |
| **bahá'u'lláh** |
| 　7:23 8:1 10:8 |
| 　11:14 14:11,12 |
| 　14:13 16:1,2,3 |

　16:8,18,25 17:8
　18:23,25 19:16
　20:3 29:16,19
　30:9
**bahá'í** 2:7,12
　2:17,20,20,22
　4:25 5:2,4 7:1
　7:6,8,9,14,24
　8:7 10:2,21
　11:6,8,10,20,21
　11:22 12:4,25
　13:4,8,9,18,21
　13:22 14:1,1,4
　14:8 15:5,11,23
　15:25 16:5,23
　16:24 17:4
　18:19 21:13,19
　21:24 22:2,19
　22:20 24:3,6,25
　25:2,4,5,7,8,13
　27:12,16 29:10
　29:15,21 30:11
　30:12
**bahá'ís** 2:24
　7:9,12 9:25
　10:1,7 15:15
　22:1,14 25:9,11
　27:20 28:5
**baldoni** 1:10
　28:11
**bar** 8:9,12,14
　13:11,16
**based** 6:16
　28:17

**[basically - consolidated]** Page 2

basically  22:3
30:8
basketball
12:10
beautiful  18:12
began  5:15
believe  2:24 4:6
4:9 6:4,6,7
20:6 21:14,15
22:14 29:15,16
29:18
believed  3:9 8:1
best  31:8
bestselling  29:3
better  4:6
10:16,19 11:4,5
bible  5:25 6:1,3
6:19,20
big  10:25
biggest  26:13
bill  8:22,23 9:6
9:12,13,14,18
10:11,16 11:1
bill's  9:8
birthday  13:20
bit  27:22
black  18:3
23:20
blackballed
28:20
blake  1:5
blocked  12:20
book  7:20 29:3

books  7:21 13:1
borders  19:5
19:10
bought  22:24
brother  9:10
20:15,18 23:23
brothers  24:2
brought  4:5,8
30:9
brown  18:3
23:20
buddha  14:24
buddhism  3:3
14:24
buddhist  15:9
build  9:13
10:12
building  9:15
9:20
bulls  28:19
burial  10:7
business  28:13
báb  11:9 27:25
28:1

**c**

c  31:1,1
california  1:11
1:14 27:1
call  2:19 14:15
14:16,17
called  2:14 7:15
8:16,22 9:12,16
14:22 15:2,4

21:20 26:15,16
27:16 28:13
29:1
carlton  2:11
case  1:3
catholic  4:17
4:21,24 5:5,9
5:10 8:11
cause  22:7
causes  21:24
center  9:13,15
9:20 10:12
11:8 12:13
certify  31:6,10
chair  9:22
change  18:19
chapters  3:5
chicago  8:25
9:13 28:17
chicat  9:16
children  4:21
5:11 18:5
25:25
christian  5:17
5:19 6:17,22
14:11 15:10
20:20 30:12
christianity  3:1
3:12,17,17
14:17 15:1
27:7
christians  3:18
10:6 15:14

citizens  19:2
30:4
city  10:13
collective  22:23
23:1,3
college  4:16
colombia  19:13
color  4:7 17:15
17:23 18:11,12
18:21 23:20
come  12:22
26:22
community
13:22
companies  23:8
29:8
company  1:10
1:12,13 8:16,17
8:18
compelling  9:9
competing  15:9
15:10,11
competitive
12:6
complaining
28:21
completely
11:17
consequences
20:2
considered  4:4
10:17
consolidated
1:4

**[contributed - faith]**                                    Page 3

**contributed** 27:21
**conversation** 26:19 27:2,6,10
**conversations** 9:18
**converting** 14:7
**corporation** 1:14
**correct** 29:17
**countries** 19:12
**country** 18:21 19:1,4,9,17,18 30:4
**couple** 27:5 28:5
**court** 1:1 12:17 12:19
**covid** 20:16,17 20:25
**craig** 28:18
**crazy** 12:1
**crisis** 19:21
**current** 25:10
**currently** 19:21
**cut** 28:22
**cv** 1:3,4
**cvujx0xuxds...** 1:21

**d**

**darker** 17:25
**dated** 5:12

**dating** 4:18
**daughters** 23:15
**dawn** 27:16
**day** 10:1,10 14:18 18:19 23:17
**days** 14:21 25:3
**dead** 21:2
**decided** 5:9
**defendants** 1:15
**delaware** 1:9 1:13
**democrat** 24:12 24:18,20
**denier** 20:15 21:1
**describe** 21:18
**desimone** 31:4 31:17
**desperately** 24:4
**die** 21:6
**died** 20:10,17
**different** 3:13 4:10,10 11:17 14:20 19:11 20:22 21:18
**disagree** 6:13 24:7
**dislike** 24:11
**disrespect** 23:16,19

**disrespecting** 23:22
**district** 1:1,2
**divide** 25:1
**divider** 24:23 24:24
**divine** 17:1 29:17
**doing** 7:17 8:21 9:3 22:1 29:6
**domestic** 29:3
**dragon** 23:5
**drove** 8:5
**dying** 20:17

**e**

**e** 25:3,22 31:1
**earlier** 9:7
**early** 6:24
**earth** 10:4,9 18:25 30:3
**easy** 24:8
**economic** 22:16
**elimination** 10:22
**employed** 31:11
**encompasses** 5:4
**endeavored** 13:25
**ended** 11:11 27:20

**ends** 1:11 29:2
**entire** 10:9
**environmental** 19:20
**epiphany** 7:25
**equal** 17:9 18:5 18:22 30:5
**essential** 16:9
**essentially** 16:2
**eternal** 3:5
**events** 7:8
**eventually** 11:21
**everybody** 2:2 23:23
**exact** 15:4
**exactly** 25:2
**example** 3:3 19:20
**exceptions** 16:14,16,17
**excited** 8:5,6 12:3 28:24
**excuse** 6:24
**exist** 19:8
**expected** 4:23
**extra** 12:24

**f**

**f** 31:1
**facing** 19:21
**faith** 2:7,12,17 2:20,21,22 3:5 5:2,4,5,6,7,20

**[faith - heart]** Page 4

7:10,24 10:21
11:10,20 12:4
13:4,8 14:1,15
14:16,17,18,20
14:21,22,24,25
15:1,3,4,5,5
16:23,24 20:21
20:22,23 22:2
22:19,20 24:3,6
24:25 25:14
27:17 29:10,16
**faiths** 3:4,15
**family** 4:1
19:25 29:24
30:1
**farshid** 25:4,5
25:12,16
**faster** 12:7,14
**fastest** 12:19
**father** 25:6,7
**father's** 13:20
**february** 13:19
**feet** 27:5
**fell** 9:22
**fifth** 9:17
**fight** 15:16
16:19 24:22
**fighting** 29:3
**file** 1:19 31:8
**film** 28:2
**finally** 5:13,14
23:5
**find** 24:10

**firm** 28:13
**first** 3:7,9 5:20
13:3
**five** 4:19 9:7,17
12:15,16,20
**flowers** 18:13
18:14,16
**flying** 26:23
**focus** 22:22
**follower** 16:1,1
16:3
**foot** 12:11,13
**foregoing** 31:6
**foster** 25:25
**foundation**
21:20,21 22:4
**founded** 8:15
**founder** 7:24
11:9
**four** 11:23 27:9
28:15
**fourth** 7:20
**frankly** 6:9
**friend** 9:11
20:13,14,18
25:3 28:7
**friendly** 5:17
**friends** 12:18
24:18,19 26:20
26:20
**fully** 4:15
**funny** 22:11
**further** 31:10

**furtherment**
27:22

**g**

**garden** 18:13
**gardens** 11:13
**gate** 27:16
**genetically**
15:22 18:7
**genetics** 17:22
**gentleman** 2:10
**getting** 11:4
**give** 21:22,25
22:3,4,5,7
**global** 19:19
**go** 5:6,24 10:2
15:19 23:12
28:2
**god** 3:6,22
14:15,20,21,22
14:24,25 15:1,3
15:4,6,8,9,10
15:11,11,12,12
15:13 16:7,10
16:12 18:6,13
19:5
**god's** 18:5
**going** 3:10
11:11 13:7,16
21:11,22 25:13
25:14 28:23,25
**good** 20:14
26:20 28:7

**gotten** 7:20
**graduated** 4:16
**great** 26:19
**grew** 2:5
**groundbreaki...**
4:12
**group** 1:13 7:6
7:15
**guard** 12:14
**guess** 28:16
**guy** 6:11 12:19

**h**

**haifa** 11:6 28:1
**half** 8:10 23:16
**happen** 23:2
**happened**
26:23
**happens** 27:3
**happiest** 27:18
27:18
**happy** 12:2
**harassment**
23:11
**hard** 18:20
24:21
**harmful** 20:9
**harmony** 20:5
30:6
**hate** 21:12
**heard** 4:13
26:15
**heart** 2:22
15:24

**heath** 1:10
**heck** 5:24
**help** 8:24
**helping** 25:25
**hendershot** 7:2
**highland** 2:3,5
  7:1 9:3 13:22
**hispanic** 18:2
**hit** 9:16
**hodges** 28:18
**holiest** 10:3,8
**home** 8:4,5
**honduras**
  19:13
**honestly** 22:16
**honey** 8:7
**hopefully** 27:21
**hotel** 26:25
**hour** 25:21
**hours** 11:24
**hr** 8:17
**https** 1:20
**human** 4:1
  17:13,20 18:8
  19:24 29:23,24
  29:25 30:2
**humanity**
  10:22 16:13
  17:1 22:23
  23:1,3,4,17
  27:23 29:14
  30:10
**humankind** 8:3

**hundreds** 25:9
  25:18
**husband** 21:1

**i**

**idea** 2:23 3:14
  3:21,22,25 5:1
  26:21
**ideas** 4:2
**illinois** 2:9
**implement**
  30:10
**important**
  16:22 29:7
**importantly**
  26:6
**incredible**
  11:18 28:4
**incredibly** 9:9
**individual** 1:10
  1:11,11,12,13
  1:14 29:23
**inspired** 21:24
**insult** 14:9
**interesting** 3:21
  4:3 5:7 15:23
**interestingly**
  12:5
**international**
  19:22
**intrigued** 3:14
**introduced**
  2:12

**iota** 19:14
**iran** 25:7,8,11
**islam** 3:2 14:18
  15:2
**israel** 9:21,23
  9:24 10:25
  11:7,11,15 28:1
**issue** 24:16,16
  24:16
**issues** 24:16,17

**j**

**jamey** 1:10
**jane** 28:11
**jed** 1:14
**jennifer** 1:13
**jerusalem** 10:5
**jesus** 6:4,6,16
  6:18 14:25
  16:8,13
**jew** 2:6 4:11
  6:17 11:20
  14:10
**jewish** 4:22,24
  5:5,9,10,11,16
  5:21,22 6:10
  7:11 8:11 9:19
  13:10 15:10,19
  15:21,22 30:12
**jews** 9:21 10:6
  10:15 11:3
  15:13
**joined** 13:21,22
  27:7

**judaism** 3:1,10
  3:11,15 14:9,10
  14:16,22 15:18
**justin** 1:10
  28:10,12

**k**

**karmiel** 10:14
**kept** 7:17
**kevin** 5:18,24
  6:20
**key** 28:9,10,10
**kids** 5:14 13:11
  13:16
**killed** 25:8,10
**kind** 4:11 13:14
  22:11
**know** 2:7,16,19
  3:11 5:1 6:4
  7:11 8:23 9:5
  10:17 14:3
  15:17 18:1
  21:9

**l**

**la** 26:22,23
**lady** 13:1
**late** 6:25 20:19
**lay** 20:17
**league** 28:20
**left** 14:9
**lesson** 24:3
**lessons** 29:19
  30:9

**[liability - never]**                                                   Page 6

liability  1:10,12
  1:13
life  3:9 7:19,23
  14:3 25:6
  27:19
lighter  18:1
liked  5:24 7:8
  7:17
likely  21:5
limited  1:10,12
  1:13
line  22:2 29:9
listened  23:9
literally  10:3
  11:25
little  21:22
  27:22
lived  6:6
lively  1:5
ljl  1:3,4
llc  1:9,11,13
logic  21:15
look  9:8 14:19
  19:2 22:11
  24:15
looked  21:4
looking  6:8
lot  3:18 21:25
  22:9 29:5
love  6:15 9:4
  15:8,8,18 16:12
  16:12,14 24:5
loved  11:20

loves  14:10,11
  14:12

**m**

made  19:15
  26:12 27:15
mail  25:22
mailed  25:3
main  16:11
  24:25
major  11:6
make  25:19
  27:11
making  16:14
  21:7 27:19
  28:25
man  8:22
mankind  19:1
  30:4
married  5:13
matter  17:14
mean  6:5,5,7
  6:12 29:22
means  15:25
  23:4
mecca  10:2,4
meeting  27:20
meetings  23:10
melissa  1:12
men  17:9 23:12
  27:4 30:5
mention  28:17
mentioned  12:6

message  16:12
messenger  8:2
messengers
  16:10
met  4:17 13:2
  28:4
mexico  19:6,13
miami  9:20
mid  6:23 7:5
million  21:23
millions  25:20
mine  20:14,14
minutes  11:17
mistake  19:15
mistreated
  18:17
mitzvah  8:9,13
  8:14 13:11,17
moderate  24:9
moment  27:18
moments  27:19
money  25:16
monica  26:25
  27:1
month  13:6
months  6:2,15
  8:15,17 11:25
moses  14:21
  16:3,4,16
mothers  23:14
movie  1:11
  25:19,22 26:7,8
  26:10,21 27:2
  27:12,15,19

28:18,24 29:1,1
  29:8
moviemaker
  29:7
movies  26:13
  28:15
muhammad
  15:2 16:8,9
muslim  14:12
muslims  10:5

**n**

n  31:1
name  2:11 7:1
  8:22 18:2
  25:23
nathan  1:12
nationalism
  10:24 29:12
nationality  4:8
nature  17:23
  18:4
necessary
  29:20
need  23:12
  25:16 29:24
  30:1,2,5,8,13
needs  24:4
neighbor  16:15
  24:1
nerds  26:16
never  4:5 6:16
  6:21 14:9
  24:20,21 26:8,9

| | | | |
|---|---|---|---|
| new 1:2 | partisan 24:7 | place 9:25 10:3 | professional |
| newest 2:21 | partners 28:13 | 10:9 | 31:5 |
| nice 2:9,13 6:11 | party 31:11 | plaintiff 1:6 | progressive |
| night 11:24 | passed 2:10 | play 12:10 | 2:14,23 |
| nonprofits 22:7 | pastor 5:17,18 | played 28:7,11 | prominent 25:7 |
| 22:10 | paylocity 8:16 | 28:18 | 26:7 |
| normally 12:12 | payroll 8:16 | players 12:14 | promised 8:2 |
| notary 31:5 | peace 22:5 | playing 12:9 | promote 22:4 |
| notice 18:14 | 27:22 | political 24:9 | 29:14 |
| noticed 22:20 | people 2:19 4:6 | politics 24:8,22 | prophet 11:9 |
| 22:21 | 8:24 9:1,2 14:3 | 24:23 | prophets 15:7 |
| number 17:8 | 17:10,25 18:20 | possibly 23:15 | 16:6,7 |

| | | | |
|---|---|---|---|
| **o** | 20:6,10 21:25 | powerful 28:23 | proven 17:20 |

| | | | |
|---|---|---|---|
| o 31:1 | 22:6 24:1,6 | pr 1:13 | 18:7 |
| odyssey 27:15 | 25:18,20 26:14 | pray 10:1,10 | provided 31:8 |
| office 24:14 | 26:15 29:13 | prejudice 10:23 | psychologists |
| 28:8 | period 22:5 | 10:24 29:13 | 12:2 |
| officially 13:21 | persian 18:2 | 30:14 | public 8:18 |
| 15:21 | person 11:16 | presentation | 31:5 |
| okay 24:14,20 | 11:18 13:3 | 2:13 3:8 5:3 | purpose 22:13 |
| older 26:14 | 23:19,20,21 | pretty 26:7 | 24:25 |
| oneness 10:22 | 27:10 28:10 | previously 3:8 | put 14:2 |
| 23:2,25 29:14 | 29:23 | principles | |
| opposed 21:17 | peter 25:23,24 | 10:21 14:2 | **q** |

| | | | |
|---|---|---|---|
| **p** | 26:4,6,10,12,18 | prior 26:11 | question 20:21 |

| | | | |
|---|---|---|---|
| pandemic | 27:11 | probably 12:18 | questions 14:5 |
| 19:22 20:6 | philanthropists | problem 10:25 | 27:8 |
| park 2:3,5 7:1 | 9:19 | 19:9,11 | quickly 6:14 |
| 9:3 13:23 | philanthropy | problems 19:19 | quite 22:16,19 |
| part 18:18 22:8 | 8:21 26:1 | 22:16,17 | **r** |
| particular | physician 17:1 | producer 25:23 | |
| 12:11 | 29:18 | 26:7,8,10 | r 31:1 |
| | pilgrimage | production | rabbi 13:15 |
| | 10:2 | 28:15 | race 17:14,20 |
| | | | 17:21 18:8,9 |

**[race - single]** Page 8

29:24 30:2
**racism**  10:23
23:5 28:21
29:11
**radical**  17:12
17:12,18
**rafael**  28:11
**rainn**  28:6
**raise**  4:21,23
5:11,15 29:13
**ran**  7:2 8:4
12:17
**reach**  25:18,19
**read**  8:25 12:25
**real**  5:8
**reality**  21:17
**realize**  23:13
23:24,25
**realized**  17:4
20:19
**really**  2:6 3:14
4:3,11 6:11
9:10 12:9
17:21 18:20
19:5,17 22:24
23:7 27:17
28:23
**reason**  10:18
11:3 15:16
21:15
**reasons**  17:3
**recall**  16:13,15
**received**  18:15

**reformed**  2:6
**regime**  25:10
**registered**  31:4
**related**  31:11
**relations**  1:14
**relatively**  12:17
**religion**  2:21
4:5 5:8 16:20
20:4,24 21:16
22:22 30:7
**religions**  2:25
3:22 4:9,13
**religious**  10:24
29:13
**rely**  20:8
**remember**
12:10
**reporter**  31:5
**republican**
24:13,17,19
**resident**  2:3
**respect**  30:6
**respected**  23:11
**retire**  25:13
**revelation**  2:15
2:23
**revenge**  26:16
**right**  3:4,11,15
3:16,19,20 17:5
17:6 19:2 27:5
27:10,24 28:14
**rough**  28:22
**rpr**  31:17

**ruhi**  7:15
**run**  12:13
24:14
**runner**  12:6,7
**running**  6:25
7:4
**russia**  19:3,3,7

**s**

**sad**  16:19
**salvation**  22:23
23:1,3
**samuelson**
25:24 26:11,12
**santa**  26:25,25
**sarowitz**  1:11
2:1,2
**sat**  8:13 12:24
**saw**  3:7 28:22
**saying**  19:8,10
21:7,9 29:20
**says**  9:18 13:6
13:12 18:11
**science**  17:19
20:4,22,24,25
21:14,16 30:6
**scientifically**
18:9
**scientists**  18:6
**second**  5:22
9:23 13:6
**see**  9:24 12:12
18:11,12,12

**seemed**  6:11
**seen**  5:2 9:6,8
17:17 20:5
22:22 23:8
**sense**  23:22
**separate**  20:23
20:24
**separating**
17:25
**september**
11:12
**series**  7:21
**seven**  26:3
**several**  5:12 7:4
11:24
**sexism**  10:23
23:6 29:12
**sexual**  23:11
**shame**  18:23
**shot**  9:1,2
12:21
**shrine**  10:8
11:8,13,14
27:25 28:1
**si**  1:20
**sides**  24:11,11
**sight**  18:6
**signature**  31:16
**signs**  27:13
**silly**  13:12,14
**similar**  6:10
**simply**  15:25
**single**  3:5,22,25
14:15 18:7,13

**[single - true]**                                                  Page 9

| | | | |
|---|---|---|---|
| 21:17 | spirituality 22:6,8 | **t** | think  3:1,3 28:22 |
| sink  4:15 | stamp  29:11,11 29:12 | t  31:1,1 | third  5:23 |
| sister  23:24 | stand  23:13 | table  27:3 | thought  5:3 11:25 12:19 |
| sisters  24:2 | started  4:18 6:1 6:8,25 8:21 9:14 10:20 11:23 21:20 27:6 | take  14:1 30:8 | three  5:18 7:2 7:18 11:23 21:21 25:3 27:14 |
| site  10:7 11:7,7 | | talk  9:8 12:4 14:7 23:7 25:24 26:21 | |
| sitting  9:3 26:24 | | talked  26:8,9 26:18 | thy  16:15 |
| six  12:11,12,13 12:13 13:5 | | talking  9:19 | tim  7:2,2,16 |
| skin  17:15,25 18:1 | states  1:1 19:6 | tamara  7:16 | time  4:12,14 5:1,20,22,23 12:3,24 |
| slay  23:5 | statistics  21:3,8 | taught  13:3 29:20 | |
| sleep  12:8 | steve  1:11 2:2 | teach  13:25 25:14 | times  5:19 7:3 21:5 |
| sleeping  11:23 12:25 | story  20:12 | teachings  6:8,9 6:10 | today  15:3 17:11,18 24:4 |
| small  12:17 | street  1:14 | ted  9:8 | todd  31:4,17 |
| solutions  22:15 22:17 | strickland  8:23 | tell  13:10 20:12 22:9 | together  7:4 30:13 |
| solve  19:19 | studied  6:19 | | |
| somebody 21:10 | studios  1:9 28:14 | telling  10:20 13:7 16:11 | told  15:7 20:18 |
| sorry  5:10 18:17 | study  5:19,25 7:6,15 | temple  15:19 | tom  12:6 |
| sound  13:12,14 17:10 | studying  6:1,2 6:20 7:19,21,22 7:23 | ten  21:5 | took  4:14 12:1 |
| | | thing  3:24 17:13 18:8 21:9,13 24:5 29:7 | towards  10:10 |
| sounds  5:7 13:13 | suffer  20:1 | | training  12:8 |
| southern  1:2 | suffered  20:1 | | transcription 1:19 31:7 |
| speak  9:6 | superstition 20:8,9,11 | things  11:1 16:21 17:7 18:3 19:22,23 20:23 22:1 24:10 29:5 | transformation 11:19 |
| specific  16:24 | sure  7:7 | | treat  19:12 |
| spirit  16:9 | surely  16:17 | | treated  18:22 |
| spiritual  11:18 22:13,15,17 | surrounding 11:14 | | true  20:7,12 31:7 |

| | | | |
|---|---|---|---|
| truth  2:24<br>try  19:18 24:21<br>trying  29:11<br>turning  10:10<br>two  8:9 12:1<br>  20:22 27:4<br>type  12:13 | waiting  13:11<br>walked  11:12<br>  11:15,16<br>wallace  1:14<br>want  8:24<br>  10:12 20:16<br>  21:10<br>wanted  11:21<br>  25:15,24<br>war  19:2<br>water  11:2<br>  18:15<br>way  5:16 11:5<br>  14:19 21:3<br>  27:9 28:4<br>wayfarer  1:9<br>  21:21 28:14<br>ways  21:18<br>we've  17:16<br>  20:5 26:2,4,19<br>wealthier  8:20<br>  8:20<br>wealthy  8:19<br>week  2:11 7:3<br>  26:18,24,24<br>  28:3,22<br>weekend  8:25<br>  9:1<br>weeks  13:5<br>welcome  2:1<br>went  2:8 7:14<br>  7:16 8:18<br>  10:13 11:19<br>  12:1 13:15 | 26:17 27:14<br>white  18:2<br>  23:21<br>who've  18:21<br>whoa  9:23<br>wife  4:17,17<br>  5:8 7:16 8:4,6<br>  11:25 13:17<br>  20:25<br>wilson  28:6<br>wives  23:14<br>woman  23:16<br>women  17:9<br>  23:9,10,14 30:5<br>wonderful  13:8<br>  27:15,17<br>words  6:16<br>  14:14<br>work  18:18,19<br>  18:20 23:9<br>  30:13<br>working  26:4<br>world  11:8 13:7<br>  22:4,18 24:4<br>  27:21<br>world's  2:21<br>worse  4:7<br>worship  15:13<br>  15:14,15<br>writings  16:5<br>wrong  3:1,2,2<br>  3:12,17,19<br>  20:19 | **x**<br><br>x  1:5,16<br><br>**y**<br><br>yards  12:16,20<br>yeah  13:14<br>  26:22<br>year  12:11,21<br>  12:24 21:23<br>  27:14 29:1<br>years  2:4 3:9<br>  4:19 5:13,14<br>  6:21 7:3,4,11<br>  7:18,18 8:10<br>  9:7,11 12:16<br>  17:17 21:21<br>  26:4<br>yekqsqyiink<br>  1:20<br>yell  21:11<br>yesterday  14:6<br>york  1:2<br>young  13:1<br>younger  26:14<br>youtu.be  1:20<br><br>**z**<br><br>zoroaster  14:23<br>zoroastrianism<br>  14:23 |

u

ukraine  19:3,4
  19:7
under  19:4
  28:15
unfortunately
  17:16 25:9
unite  25:1
united  1:1 19:6
unity  22:5
university  2:9
unusual  12:9
  17:10 22:19
used  15:20

v

vaccinated  21:6
  21:11
vaccine  20:15
  20:16 21:1
view  17:5,21
virgin  28:12
vision  22:3

w

wait  8:8,12,13
  9:23 13:6

112

# PTX-047





## MAN ENOUGH:
### UNDEFINING MY MASCULINITY

I don't know what, or who, has led you here— to this site, this book, this day, this season in your life. But I do know that you carry an innate goodness, an enoughness, simply because you are human, and you exist. If there is one thing that you take from this book, or even just this note, let it be this: you are enough.

It is the simplest phrase and yet, if you're anything like me, believing it has been so complicated. Our worth gets buried under the messages of who the world tells us to

## LO SUFICIENTEMENTE HOMBRE:
### CÓMO DESDEFINÍ MI MASCULINIDAD (SPANISH EDITION)

Las consecuencias de la masculinidad tradicional nos afectan en todas las áreas de nuestras vidas. No sólo las sufren las mujeres, sino también nuestros amigos, familiares, compañeros y, sobre todo, nosotros mismos.

También han afectado a Justin Baldoni, que ha decidido explorar algunas de las facetas más importantes de la experiencia masculina —el valor, el éxito, la raza, la sexualidad, las relaciones o la paternidad— para entender cómo la concepción social

season in your life. But I do know that you carry an innate goodness, an enoughness, simply because you are human, and you exist. If there is one thing that you take from this book, or even just this note, let it be this: you are enough.

It is the simplest phrase and yet, if you're anything like me, believing it has been so complicated. Our worth gets buried under the messages of who the world tells us to be, under our mistakes, shame, and pain. And for me as a man, it's also buried under the armor and performance of masculinity.

This book is my attempt to share the stories that have played into me putting on the armor over the course of my life, and to share what I have begun to find underneath the armor. It is an exposure of my humanity in hopes that it invites you into yours.

Because it is in our humanity that we discover that we are enough—that we always have been.

And that enoughness—our worth—will never change.
But if we are brave enough to believe it, the world just might.

— Justin Baldoni

nuestras vidas. No sólo las sufren las mujeres, sino también nuestros amigos, familiares, compañeros y, sobre todo, nosotros mismos.

También han afectado a Justin Baldoni, que ha decidido explorar algunas de las facetas más importantes de la experiencia masculina —el valor, el éxito, la raza, la sexualidad, las relaciones o la paternidad— para entender cómo la concepción social de «ser un hombre» nos hace daño y limita. Sus reflexiones y vivencias abren un debate en el que podemos descubrir y curar nuestras heridas más profundas para, por fin, decidir libremente qué clase de hombre queremos ser.

Este es un testimonio íntimo que nos invita a explorar nuestra propia vulnerabilidad, a emprender nuestro propio viaje entre nuestra cabeza y nuestro corazón. Estas páginas son el camino en el que recordarás que eres suficiente tal como eres.



"Lo suficientemente hombre" puede ser el primer gran paso de tu sanación y, con ella, la del resto de hombres, mujeres y niños en tu vida." —Eugenio Derbez

Ser "lo suficientemente hombre" es mirar hacia nuestro interior, entender y redefinir la masculinidad para así crecer como seres humanos." —Jaime Camil

**Justin Baldoni** es actor, director, fundador de Wayfarer Studios y de Wayfarer Foundation y, ante todo, un devoto baháʼí. Además de su conocido papel coprotagonista en la serie Jane the Virgin, Justin ha pasado la última década explorando, entendiendo y cambiando lo que significa ser un hombre. Esto le llevó a impartir su famosa charla TED, producir el programa Man Enough y, ahora, a escribir este libro.

FOR INQUIRIES, PLEASE CONTACT JUSTIN BALDONI'S LITERARY AGENT:
**JOHANNA CASTILLO**
WRITER'S HOUSE
JCASTILLO@WRITERSHOUSE.COM



## CLICK BELOW TO BUY

### RETAIL PARTNERS

BARNES &NOBLE · amazon · audible · INDIE BOUND · Bookshop.org · BAM! BOOKS-A-MILLION

### SPANISH EDITION RETAIL PARTNERS

amazon · Apple Books · BOOKS & BOOKS · BAM! BOOKS-A-MILLION · BARNES &NOBLE · Bookshop.org · INDIE BOUND

INTERNATIONAL RETAILERS

Document title: Man Enough: Undefining My Masculinity by Justin Baldoni
Capture URL: https://manenough.com/man-enough-undefining-my-masculinity/
Capture timestamp (UTC): Mon, 02 Mar 2026 06:32:36 GMT

114



**SPANISH EDITION RETAIL PARTNERS**

    

**INTERNATIONAL RETAILERS**

**SIGNED COPIES**

    Eso Won Books

# ALREADY PURCHASED THE BOOK?



## READING GUIDE

Get more out of 'Man Enough: Undefining My Masculinity' with the reading guide.

DOWNLOAD

# REVIEWS

"Man Enough filled my heart with courage to do and be better. Oozing truth and love this book was absolutely necessary for me to read. If you're like me and searching for a push in the right direction.. you've found it."



**Shawn Mendes**
SINGER / SONGWRITER

"In a world drowning in harmful ideas about masculinity, Man Enough is the life raft we desperately need. Wise, vulnerable, trustworthy, and hilarious, this book will liberate lives, redeem relationships, and help carry us all to higher ground."



**Glennon Doyle**
NEW YORK TIMES BESTSELLING AUTHOR OF UNTAMED, FOUNDER OF TOGETHER RISING

"Man Enough takes us on an intensely personal yet universal journey as Justin Baldoni explores how the messages of masculinity have shaped him individually and us collectively. His brave reflections invite us into our own stories with more empathy, compassion, and freedom for ourselves and for the men in our lives. This book shines a needed light on our inherent self-worth and what it truly means to be 'man enough'."



**Jay Shetty**
NEW YORK TIMES BESTSELLING AUTHOR OF THINK LIKE A MONK

"This is the most important addition to the conversation around masculinity in a decade because it is solution based and allows everyone access to this conversation in a safe way. Justin is masterful in encouraging and guiding men in unconsciously examining their own masculinity and how it's affecting their lives and the world around them by being transparent and vulnerable about his own growth."



**Karamo Brown**
TV HOST & STAR OF NETFLIX'S QUEER EYE

OFFICIAL READING GUIDE

Download the official Harper Collins 'Man Enough: Undefining My Masculinity' reading guide.



**Man Enough Reading Guide**
HARPER COLLINS

Document title: Man Enough: Undefining My Masculinity by Justin Baldoni
Capture URL: https://manenough.com/man-enough-undefining-my-masculinity/
Capture timestamp (UTC): Mon, 02 Mar 2026 06:32:36 GMT

needed light on our inherent self-worth and what it truly
means to be "man enough"."

them by being transparent and vulnerable about his own
growth.


Man Enough Reading Guide
HARPER COLLINS


**Jay Shetty**
NEW YORK TIMES BESTSELLING AUTHOR OF
*THINK LIKE A MONK*


**Karamo Brown**
TV HOST & STAR OF
NETFLIX'S *QUEER EYE*

# ABOUT THE AUTHOR



Justin Baldoni is an actor, director, producer, entrepreneur, and changemaker whose efforts are focused on creating impactful media and entertainment. He is the creator and director of CW's "My Last Days," an uplifting documentary series about life as told by courageous people living with a terminal illness, and the creator of "Man Enough," the dinner conversation series which dives into traditional masculinity. Baldoni made his feature film directorial debut in March 2019 with "Five Feet Apart" for CBS Films and Lionsgate, which went on to become CBS Films' third highest grossing film of all time earning over $91 million worldwide. Most recently, Baldoni established Wayfarer Studios to further create purpose-driven content. He directed and produced Wayfarer Studios' first film project, "CLOUDS," which is now streaming on Disney+. The film is Disney's first-ever narrative acquisition on its global platform. Next, Baldoni is set to direct "Hold Back the Stars" for Lionsgate. Justin also serves as founder and chairman of The Wayfarer Foundation, a non-profit organization dedicated to transforming the way communities see and respond to the needs of people experiencing homelessness.

community

Text MAN ENOUGH to *(310) 845-6909*, and get
updates and messages from Justin.


HarperCollins

# PAST EVENTS


92|Y

## 92ND STREET Y
APRIL 27, 2021, 5:00PM EDT

HOSTED BY 92ND STREET AND Y

Join Justin Baldoni – director of Disney+ Clouds and Lionsgate's Five Feet Apart, producer, actor (*Jane the Virgin*), and co-founder of Wayfarer Studios and The Wayfarer Foundation – for a candid conversation on the state of masculinity in the 21st century.

EVENT DETAILS


PREMIERE COLLECTIBLES
America's Largest Autographed Bookstore

## PREMIERE COLLECTIBLES
APRIL 28, 2021, 3:00PM EDT

HOSTED BY PREMIERE COLLECTIBLES

Tune into our streaming event as this author goes live to sign copies of their latest book and answer questions from fans like you.

EVENT DETAILS



**PREMIERE COLLECTIBLES**
America's Largest Autographed Bookstore

APRIL 28, 2021, 3:00PM EDT

HOSTED BY PREMIERE COLLECTIBLES

Home    Podcast    Books    Read    Community    Contact

Tune into our streaming event as this author goes live to sign copies of their latest book and answer questions from fans like you.

EVENT DETAILS



# SIXTH & I

APR 28, 2021, 7:00PM EDT

HOSTED BY SIXTH & I

In his debut book Man Enough: Undefining My Masculinity, actor and director Justin Baldoni explores masculinity by digging deep within himself and the scripts he's learned since childhood. Through bold and transparent storytelling, he tackles difficult and sometimes uncomfortable topics including strength and vulnerability, relationships and marriage, body image, sex and sexuality, racial justice, gender equality, and fatherhood. Baldoni shares the essential tools he has discovered on his journey, inviting readers to define for themselves what it means to be "man enough" and, more importantly, to be human in today's world.

EVENT DETAILS



# BLUE WILLOW BOOKSHOP

APRIL 29, 2021, 7:00PM CST

HOSTED BY BLUE WILLOW BOOKSHOP

Blue Willow Bookshop is delighted to host an event with Justin Baldoni to discuss his new book Man Enough: Undefining My Masculinity. Justin will appear in conversation with a special guest, to be announced.

EVENT DETAILS



HOME
PODCAST
BOOKS
READ
COMMUNITY
CONTACT

## NEWSLETTER

Man Enough is all about community and conversation. Please join our community and keep the conversation going by subscribing to our Man Enough newsletter.

## SOCIAL

  

 community

Text MAN ENOUGH to (310)845-6909 to get updates and messages from Justin

## GET IN TOUCH

**General Inquiries**
info@manenough.com

**PR Requests**
wayfarerstudios@joneworks.com

**Literary and Publishing Inquiries**
Reach out to Johanna V. Castillo at
jcastillo@writershouse.com

**Career Opportunities**
careers@wayfarerstudios.com

**Mailing Address**
417 S. Beverly Dr.
Beverly Hills, CA 90212
(310) 439-2372

Document title: Man Enough: Undefining My Masculinity by Justin Baldoni
Capture URL: https://manenough.com/man-enough-undefining-my-masculinity/
Capture timestamp (UTC): Mon, 02 Mar 2026 06:32:36 GMT

117



COLLECTIBLES
America's Largest Autographed Bookstore

EVENT DETAILS        Home    Podcast    Books    Read    Community    Contact



## SIXTH & I
### APR 28, 2021, 7:00PM EDT
HOSTED BY SIXTH & I

In his debut book Man Enough: Undefining My Masculinity, actor and director Justin Baldoni explores masculinity by digging deep within himself and the scripts he's learned since childhood. Through bold and transparent storytelling, he tackles difficult and sometimes uncomfortable topics including strength and vulnerability, relationships and marriage, body image, sex and sexuality, racial justice, gender equality, and fatherhood. Baldoni shares the essential tools he has discovered on his journey, inviting readers to define for themselves what it means to be "man enough" and, more importantly, to be human in today's world.

EVENT DETAILS



## BLUE WILLOW BOOKSHOP
### APRIL 29, 2021, 7:00PM CST
HOSTED BY BLUE WILLOW BOOKSHOP

Blue Willow Bookshop is delighted to host an event with Justin Baldoni to discuss his new book Man Enough: Undefining My Masculinity. Justin will appear in conversation with a special guest, to be announced.

EVENT DETAILS



MAN ENOUGH
HOME
PODCAST
BOOKS
READ
COMMUNITY
CONTACT

### NEWSLETTER

Man Enough is all about community and conversation. Please join our community and keep the conversation going by subscribing to our Man Enough newsletter.

### SOCIAL

   

 community

Text MAN ENOUGH to (310) 845-6909 to get updates and messages from Justin.

### GET IN TOUCH

**General Inquiries**
info@manenough.com

**PR Requests**
wayfarerstudios@jonesworks.com

**Literary and Publishing Inquiries**
Reach out to Johanna V. Castillo at
jcastillo@writershouse.com

**Career Opportunities**
careers@wayfarerstudios.com

**Mailing Address**
417 S. Beverly Dr.
Beverly Hills, CA 90212
(310) 439-2372

PRIVACY POLICY • TERMS OF USE

© 2023 WAYFARER STUDIOS LLC. ALL RIGHTS RESERVED.



Document title: Man Enough: Undefining My Masculinity by Justin Baldoni
Capture URL: https://manenough.com/man-enough-undefining-my-masculinity/
Capture timestamp (UTC): Mon, 02 Mar 2026 06:32:36 GMT

119

# PTX-052

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------
BLAKE LIVELY,

                          Plaintiff,
-v-        24-cv-10049 (lead case);
           25-cv-449
WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS INC.,
                          Defendants.
------------------------------------------
WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, and JENNIFER ABEL,
                          Plaintiffs,
 -v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE
SLOANE, VISION PR, INC., THE NEW YORK
TIMES COMPANY,

                          Defendants.

------------------------------------------

      TRANSCRIPTION OF VIDEO TITLED:

      "BOYS WILL BE HUMAN | A TALK ON
      HEALTHY MASCULINITY WITH JUSTIN
      BALDONI"

https://www.youtube.com/watch?v=t48m6Ee9G
18


September 22, 2025

BY:  ERIC J. FINZ

Page 2

JANE RANDEL: I am thrilled to be sitting here talking with you, Justin Baldoni, for many reasons.

JUSTIN BALDONI: Thank you, Jane Randel.

JANE RANDEL: There are many, many accomplishments that you've had. Whether it's acting or an author, podcasting, an activist, honestly. I mean, that's really -- you really -- they don't have an EGOT for that, they don't have all that, but you should have one for all of those things. You need to work on it.

JUSTIN BALDONI: Or maybe I should -- there should be like the award given to the person who is having his trauma response of needing to be liked and loved lead his career.

JANE RANDEL: I think there would be a lot of competition, no offense.

So I had the privilege of

Page 3

being in the audience for your TED
Talk in New Orleans.

JUSTIN BALDONI:  I remember.

JANE RANDEL:  Yup.

And I -- I really enjoyed it,
I had been to TED Global once, but
this was TED Women, and I really
enjoined it.  But your talk, sorry
everybody else who spoke, your talk
blew everybody away.  Because
they're not used to someone like
you being so vulnerable and real.
And that was just new for an
audience of people who I think see
themselves as very open and aware.
And I think this was a totally new
thing for them.

But that was not the beginning
of your journey, clearly.  Your
journey to redefine masculinity for
yourself, perhaps, but really for
the world, and help everybody
realize what it means to be a man.

So can you talk to me a little
bit about how you got started on --

Page 4

you know, down this path, you know, the TED Talk -- what that represented to you and where it's taken you so far.

JUSTIN BALDONI:  First of all, thank you, Jane.  And thank you for your incredible work and your activism and, you know, building NO MORE and what it's doing for survivors around the world.  I think that that's -- I should be interviewing you.

However, we can do that -- we'll do that later.

JANE RANDEL:  That's fine.

JUSTIN BALDONI:  You know, this was really a -- this was a very personal journey that accidentally became public, I guess that's how I would say it.

And once it accidentally became public, meaning like once I shared a little bit and there was this clear desire for me to share more.

JANE RANDEL: Mm-hmm.

JUSTIN BALDONI: There was this, like, dual process of me doing the work privately, while talking about it with like the slight delay publicly.

JANE RANDEL: Mm-hmm.

JUSTIN BALDONI: And then there were times when, like, the latency wasn't long enough, and I was really healing in real-time and talking about it in real-time.

And it felt very messy. And there were times where I felt very insincere because I didn't feel like I had the right to be sharing or talking about some of the things that I was sharing and talking about. Because I was, again, like we're talking about a two or three-second delay.

JANE RANDEL: Right.

JUSTIN BALDONI: I'm uncovering and I'm learning something and then two months later

Page 6

I'm talking about it.  And that doesn't feel like long enough to be really sitting in it and with it.  And I can see that now, you know, years in to this work, in five years from this talk.

There were times when it was really messy and I felt like a hypocrite.  And yet, it was valuable and important for me and healing for me to be on this very public journey while on it in private.

JANE RANDEL:  Right.

JUSTIN BALDONI:  And also, and really, in some ways it was -- it was just knowing how deeply I was hurting and how many men like me were hurting.

JANE RANDEL:  Right.

JUSTIN BALDONI:  And how many women and gender-nonconforming and trans folks were also hurting because the men were hurting.

And it was -- and again, I

don't want -- it's not like oh, I felt this responsibility.  But what I felt was, like, God, I wish there would have been someone in my position.

JANE RANDEL:  Yup.

JUSTIN BALDONI:  Who could have, like, led the way and just made me feel less alone.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And that was what -- that's why I decided to keep going.  And the truth is, I tried to get out of that TED Talk multiple times.  Pat Mitchell is a force to be reckoned with.

JANE RANDEL:  She sure it is.

JUSTIN BALDONI:  She would not let me out.

JANE RANDEL:  She knows what she's doing.

JUSTIN BALDONI:  She knows what she's doing.

Same with my friend Mina over at TED.  I really did try to get

out.  I also tried to get out of my book.

JANE RANDEL:  You did?

JUSTIN BALDONI:  You know, what I found is when I'm walking that tightrope, when I'm, like, walking along the razor's edge of just being so open and vulnerable in a public way, it is the most terrifying thing for me.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And yet, that's also where I feel like I've been called to live a part of my life.

So I get to this point, I'm like about to jump out of the plane and I'm, like, I can't jump out of the plane.

JANE RANDEL:  Right, right.

JUSTIN BALDONI:  I can't go speak at TED Women.  You know what, Pat, why don't you give my spot to a woman, maybe that would be better.

Page 9

No, no, this is the whole point, Justin.

JANE RANDEL:  Yes.

JUSTIN BALDONI:  And so that's the journey I've been on.

And, you know, five years from that TED Talk, so much has changed. So much has changed culturally. The conversation has changed.  It's so much more open.  There are a lot more men talking about this.  And there is also a lot more of an antagonistic approach to the conversation that has started to circulate, of course, as we know.

JANE RANDEL:  Yes.

JUSTIN BALDONI:  So it's a long-winded answer to your very simple question.  It was a very public journey that I felt like I had to take.

JANE RANDEL:  I have three boys.  I have a 21 year old and twin 19 year olds.  I'll just say on their behalf they have all --

and their father, that that vulnerability, having that vulnerability was never an issue in the family, right.  No one had to pretend to be super-macho.

JUSTIN BALDONI:  That's so cool.

JANE RANDEL:  What is interesting, and it's not just -- this is not just about me.  What is interesting, though, is as their mom watching, you get nervous for them because of the very things that you were just talking about, right.  Because I love the fact that they're open and vulnerable. But I don't know how other people, kids, teens, are going to react.

And also you know as a parent, the worst hurt in the world is if someone hurts your kid, right?

JUSTIN BALDONI:  Yeah.

JANE RANDEL:  Or if your kid is hurting.  I mean, that's just the worst.

So I -- it's why I really appreciated the book. And one of the things about the book, while it's written for -- what's the age range exactly that you sort of wrote it for?

JUSTIN BALDONI: It's written as 11 to a hundred. That's my joke, is that you're never too old to read that book. I recently re-read it and it was really healing and good for me.

I wrote it in a way -- it was written to, like, my 11 year old boy inside me, who oftentimes is in the driver's seat, who I've been learning to talk to and to hold in a way that he was never held.

And so, yeah, it's for 11, 12, 13 year olds. And of course what I tell the parents is not every 11 year old is going to be ready for the book.

Specifically there is a chapter on sex and porn and consent

Page 12

and social media and these types of things.  And depending on the parenting style and where that 11 year old really is and who that 11 year old is surrounded by, he might be too young.

JANE RANDEL:  Right.

JUSTIN BALDONI:  But chances are by 12 or 13 he's going to be exposed to the things that I talk about in the book.  And I believe as parents we should take a more proactive approach so that we're preparing our children for what's to come specifically as it relates to your work in NO MORE versus having this kind of defensive rebound, let me respond to the situation.  And because by that point we're too late.  All those neuropathways have already been carved the first time that they've seen some of the images or been exposed to some of the things.

So I say 11 to 100 because

you're never too old and a 11 seems like it's the right age.

JANE RANDEL:  I sort of like you, with my oldest, I'm the youngest of three girls.  So I knew about sex at that time a young age sort of because I have these two older sisters.

My oldest, I made sure to tell him sort of -- just tell him a little bit about the birds and the bees, right, even in third great, right, because I wanted him to hear it from us as opposed to -- I mean, obviously a simplified third grade version, opposed to somebody who has an older sibling, right, then they hear this other version.

JUSTIN BALDONI:  Jane, I'm curious, now I'm going to ask you a question because I have to because of what you do and your amazing work.  When did you first bring up the word "consent" to your boys?

JANE RANDEL:  I would show

Page 14

them videos, I would talk to them. Pretty early.

Now, what I'll tell you is that what I didn't realize about the word "consent" is the breadth of it. So when we talk about consent in this context, we think about sex, right, consenting. But consent -- there is so much more.

JUSTIN BALDONI: Yeah.

JANE RANDEL: Like for littler kids, you know, it's learning of -- it's learning boundaries and respect.

JUSTIN BALDONI: Physical boundaries.

JANE RANDEL: Exactly. And when to touch -- I don't mean when to touch them sexually, I just mean when to touch, when not to touch, when they can say I don't want to hug grandma or don't make me, you know, kiss Aunt Rose or whatever it is. And letting kids understand what they deserve in relationships.

JUSTIN BALDONI:  I realized a similar thing on accident, like you.  As we were teaching our kids about boundaries and even, like, with my daughter and son and touching each other, you know, like, my son loves to hit me in the balls for some reason, I don't know why.

JANE RANDEL: (Inaudible).

JUSTIN BALDONI:  And then they'll start to do certain things. And explaining consent to a kid in that way, I went oh, my God, we're already starting, we're laying the groundwork for when it's okay, when it feels like it's okay.  When you can -- when you can touch somebody, when you can't, what "no" means.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  The first time -- because my kids were fighting and my son was saying no, no, no, and my daughter wasn't listening.  So explaining to my

daughter --

JANE RANDEL:  Sure.

JUSTIN BALDONI:  What "no" means as an aggressor to her little brother, I was like oh, my God, this is where it starts.  I don't know if anyone ever explained it to me like that when I was a little boy.

JANE RANDEL:  And what it does is it sets you up to have healthy relationships throughout your entire life, right.  If you can learn as a child to set these boundaries and understand what you want for yourself and respect other people's boundaries, then you can, you know, sort of go forward in your -- in any relationship, whether it's, you know, dating or platonic or what have you.

JUSTIN BALDONI:  And this is where the porn conversation comes in, of course.  Because then when you hit 11 or 12 and your friends

have a phone and maybe you don't and you're being shown things on the phone for the first time and that's cool, and then you start to think that that is what women want.

JANE RANDEL:  Correct.

JUSTIN BALDONI:  And porn as we know, no means yes or try harder, right.  Quoting our good friend Ted Bunch at A Cult of Men. It starts to become very confusing, which is definitely something that happened to me.

I'm sure I have crossed boundaries and lines in my teens and 20s, not even thinking about it, simply because of the porn I was consuming.

JANE RANDEL: (Inaudible).

JUSTIN BALDONI:  You are what you consume, it's that simple.  And so many men, so many of us men, I would argue that in the high 90s are consuming it on a daily or weekly basis.  And that is

absolutely influencing the way that they see the world, the way that that they see their relationship, and the way that view women as objects and not people.

JANE RANDEL:  Parents need to have a conversation with their kids that porn is not real, what they're seeing is not a consensual relationship between two people. It's fantasy, it's not the way relationships work.

And I think until they can have that conversation and acknowledge that their kids are seeing porn, because that's really hard for parents to understand, that their kids are actually seeing it.

JUSTIN BALDONI:  Yeah.

JANE RANDEL:  Should have that conversation.  And then -- and that will actually get you right into the consent conversation, right.  I mean, it's a total launching point.

JUSTIN BALDONI:  And going back to the book.  That is one of the reasons I wrote the book.  Because it is -- as a parent to a little boy, a little girl, and my little girl is quickly approaching the age of this book.  I know, and I can empathize with how hard it is to take that step because in some way that's the end of you having a little kid.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  There is something about -- there is something I think about the western view on sexuality where when that conversation is had, you no longer have a little kid anymore.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And then in some ways you're mourning that.  You're mourning the time that's gone by and that you'll never have that be a little kid anymore.

So I think we delay these

conversations not for the kid, but for ourselves. And this is why I have so much empathy for other parents, because I don't want my kid to grow up. It's one of the things I torture myself about all the time, it's like, my God, I'm never going to get this time back, and I missed so much of it.

And kind of, like, you know, my favorite quote that I learned before I became a parent was being a parent is the only time you feel nostalgia in the present. You're literally missing, you're missing and holding on to this moment that's nostalgic while it's happening because you know it's just going to go, it's elusive.

So we delay, we delay, we delay, and then it's too late, and somebody else teaches our children about sex or sexuality or porn and it comes into their lives in a way that to me is akin to sexual

assault. When I viewed porn at 10 years old, it absolutely was an assault on my brain and my body.

JANE RANDEL: Sure.

JUSTIN BALDONI: To this day I struggle with the comparison that I experienced long before I hit puberty, what I saw. And if I was going to ever measure up to it, if I was ever going to be the thing that I saw. And I didn't ask to be introduced to it, it was given to me, it was shown to me.

And at that point you're flooded with so many chemicals and hormones in your body that of course you're curious and you want to see more, because we're hardwired for it.

JANE RANDEL: Yup, yup.

JUSTIN BALDONI: But what it does is irreparable. And that's one of the reasons why I wrote this book, so that a parent can read this, remember all of the things,

remember -- and maybe do some of the inventory of what happened to them in their life. And then say, let's read it together and then let's have a conversation about it.

Because if a parent -- like here is an example, I recently had my dad on my podcast.

JANE RANDEL: Mm-hmm.

JUSTIN BALDONI: And I hadn't talked to him after he read my first book, "Man Enough." So we had the conversation on this podcast. And I had no idea that my dad was also introduced to porn when he was 10 years old.

By a family. And he told me this really weird F'ed up story on the podcast that if he would have told to me when I was 11, it would have helped me so much.

JANE RANDEL: Right.

JUSTIN BALDONI: It would have healed me. And I probably wouldn't have developed the porn addiction

Page 23

in my teens.

JANE RANDEL: Mm-hmm.

JUSTIN BALDONI: Because I would have known that my dad had this happen to him, that my dad struggled with it, and he could have talked to me about it, and it would have gotten rid of, like, the shame and the secrecy and a lot of what fuels addiction.

JANE RANDEL: Right.

JUSTIN BALDONI: All he had to do was talk to me about it. But he didn't know how. Because he had apartment done that inventory on himself. That's not his fault, he was from a different generation.

So this generation, our generation, we have an opportunity to be proactive in the development of our children's lives and help them explore and learn what healthy sexuality is, what healthy boundaries are, what consent actually means.

JANE RANDEL:  Right.

JUSTIN BALDONI:  So we can avoid what is inevitably going to happen to so many women and girls, or in my case even me, because I didn't know what consent was and I was taken advantage of at an age.

That's one of the reasons I wrote the book, to just become a companion for parents.

JANE RANDEL:  It's interesting what you said about your dad.  You know, he didn't know how to be vulnerable to you, right.  It's a matter of being willing to be vulnerable.  You might not have seen it if he talked to you when you were 10 about it as vulnerable, but he felt it as being very vulnerable, right.

And so it's interesting because it's sort of, you know, there is a few things I underlined and really liked in the book, and, you know, this undefining

masculinity and how real boys feel. You know, I mean, that's really what -- this whole thing is encapsulated in this, you know, this idea of what masculinity is.

And what really struck me when I read the book was, yes, it's very important for parents to read with their boys. But there are elements of it, a lot of it, that's really important for people who identify as female to understand as well.

JUSTIN BALDONI: (Inaudible).

JANE RANDEL: Because I'm socialized the same way, right. I'm socialized to expect you to be a real man, whatever that means.

My college boyfriend was -- went into the Marines and was in Officer Candidate School. And I finally saw him after the first six weeks. And he was a pretty big, tough guy, like very gentle but (inaudible).

And he just -- when I saw him,

they sort of broke him down.  And he just sat and sobbed in my arms when I first saw him.  And I felt so uncomfortable, you know.

JUSTIN BALDONI:  Of course.

JANE RANDEL:  Instead of feeling sympathetic, I did, I was sympathetic, but I also felt really uncomfortable because that's not with what happens.

JUSTIN BALDONI:  You were socialized to believe that you can cry and he holds you.

JANE RANDEL:  Correct.

JUSTIN BALDONI:  And, you know, Bell Hooks writes about this in "The Will to Change."

JANE RANDEL:  Right.

JUSTIN BALDONI:  The name, the word that is internalized female misogyny.

JANE RANDEL:  For sure.

JUSTIN BALDONI:  The unwritten expectation that women raised in a patriarchal system have on their

men.

JANE RANDEL: Yup.

JUSTIN BALDONI: Glennon Doyle writes about a very similar story in "Untamed," right. In the boy's chapter. Her friend calls her and she's, like, I don't know what to do, my husband was super-vulnerable with me and he was crying, and I was like disgusted.

And this is like a feminist. And she's like what's happening to me. There's like this -- this -- this divergence in our brain, our, like, neural programming is like a cognizance, like, wait, I believe in equality and I want men to be vulnerable, but the second they are we punish them.

JANE RANDEL: Yeah.

JUSTIN BALDONI: And this is the phenomenon that a lot of men are experiencing right now, which is, I believe, also driving a lot of this, like, the antagonistic

conversation around modern masculinity.

Because a lot of men feel like there is no winning, they feel like well, if I'm vulnerable, then they don't like me, I'm punished.  And I think this is where women, or women-identifying people have to really take account on their own. I can't do that.  I have do my work as a man.

JANE RANDEL:  Yeah.

JUSTIN BALDONI:  But from women that I have been talking to, there is definitely a need for us to, kind of, have an awakening there and be like oh, wait, oh, I'm also -- I'm also a by-product of the system.

Which is honestly one of the best things that has ever happened to my marriage, was my wife reading my book.

JANE RANDEL:  Really?

JUSTIN BALDONI:  Two things

happened: One of them I wrote with at the end of the book. Which was she finishes it and she says to me, this is really good, baby, but now you need to read it.

JANE RANDEL: I knew I liked her.

JUSTIN BALDONI: And I was, like, oh, that's too good, I'm putting it in the book. I couldn't not, because the whole book was an exercise in vulnerability. So of course I put that in the book.

The second happened, which she told me later, was that she realized that I was also suffering. And she thought she was the only one that was suffering in the system.

JANE RANDEL: Mm-hmm.

JUSTIN BALDONI: And I found so many women talking about, oh, wow, I was abused or I was molested or I was in an abusive relationship, and I have never been

Page 30

able to have caption for men until now.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  Because in some ways when you read -- when a man opens up about what life has been like for him, the reality of it, not the, like, facade, the mirage.

JANE RANDEL:  Right, right.

JUSTIN BALDONI:  How do you not have caption, because we're all human beings, right.  And feminism, the radical notion that women are people, then I think we have to also look at it what equality is and what the goal of feminism is as an example.

The way that I would define equality would be -- would be that we are striving not for sameness, but for equality in a system that does not punish anybody simply because they are one gender or a race.

JANE RANDEL:  Yup.

JUSTIN BALDONI:  I think we have to find a way to embrace the biological beauty.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And that we were created with.  And not hold that against one another.

So I think, and I think so often, you know, especially when I've heard, like, you know, there is so many wars on modern feminism, and so many different opinions of what it even means anymore, and at the end of the day, who the hell am I to talk about feminism, I'm a man.  To me I just think we have to be mindful that we're not striving for sameness.  I don't want to be the same as a woman, I just want to be treated the same and I want her to be treated the same as me.

JANE RANDEL:  Correct.

JUSTIN BALDONI:  And more than anything I don't want her to ever

Page 32

not have an opportunity simply because of her gender.

JANE RANDEL:  Correct.

JUSTIN BALDONI:  To me that's equality.

JANE RANDEL:  There is one story, it's early on in the book, that really resonated with me, which is the story of the bridge.

JUSTIN BALDONI:  Mm-hmm.

JANE RANDEL:  And it resonated with me because I think, you know, I guess, again, as a woman reading it and not reading it to read it to my kid, but reading it, you know, there is a lot I could relate to too, you know, because there's different facades we all put on.

JUSTIN BALDONI:  Yeah.

JANE RANDEL:  But the story of the bridge was, I mean, you know, if you can -- you can just tell it quickly, however, but it was so -- to me it was very impactful.

JUSTIN BALDONI:  To story of

the bridge I think can be summarized as an exercise in what we define as brave.  Culturally, at least in the west, "brave" seems to be synonymous with, like, fearless. We consider certain jobs brave, you know, firefighters running into a burning building.

JANE RANDEL:  Right.

JUSTIN BALDONI:  We consider police officers brave, we consider, you know, bomb squad, vets, you know, folks that go fight wars.

JANE RANDEL:  Yup, yup.

JUSTIN BALDONI:  And I think that that definition is limiting, because I think that being emotionally brave is one of the most challenging things that a human can do, let alone a man with the programming that we have, that we've had socially.

I start the book this way because I was 11 or 12 years old and we were all -- my friends, we

went to this, we had a little river, and they were jumping off the bridge.  And it was, I don't know, 15, 20 feet high.

JANE RANDEL:  High.

JUSTIN BALDONI:  It's pretty darn high.  And I'm somebody who's afraid of heights.

And there is, I don't know, a six foot gap where you cannot kill yourself into this deep water.  And, you know, and the guys would jump and it was exciting.  And I couldn't get myself to jump.  And I learned I was afraid of heights.

And yet, I felt -- I felt pressure to.  And, you know, thinking back on that experience as an adult, what I learned was that while I did jump, I jumped for the wrong reasons.  And I taught my body in that moment that I was supposed to override it and that the feelings that were coming up for me, the fear that was coming up

for me, were not allowed to come up.

I was -- I was teaching myself, I was teaching my body that those feelings were bad, that those emotions, that fear, were going to put me at risk to being bullied and policed and made fun you have.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And of course in that same moment while all those things were coming up, the worst thing that I could be called is a girl.  Because the worst thing that a young boy can be called is the opposite gender.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And I don't want to be girl.  Back then that was an insult.

JANE RANDEL:  Sure.

JUSTIN BALDONI:  So literally being called the opposite sex made me jump off a bridge.

JANE RANDEL:  Right.

Page 36

JUSTIN BALDONI:  Now, when I landed, I felt amazing because I had adrenaline, I was alive, I didn't die.

JANE RANDEL: (Inaudible).

JUSTIN BALDONI:  And I had the acceptance of my peers.  And it fooled me into thinking that oh, this was an acceptable thing, this is good.

If you look at, like, the -- all of the things that had to line up perfectly for me to jump, they're all really problematic things that stayed with me and stay with young boys throughout the course of their lives:  Having to ignore and suppress their feelings and emotions, being called a girl or gay, right, so talking about misogyny and homophobia and having that be something that makes you jump.

And then of course, being accepted by your peers after you

then, after you then don't listen
to your body and you jump.

JANE RANDEL:  Right.

JUSTIN BALDONI:  So in
hindsight, and the reason I write
about it is because there's nothing
wrong with jumping off the bridge.
But what I want young boys to start
doing is listening to their bodies
and I want them to start to learn
what emotional bravery is.  Because
it is just as brave to say no, I am
afraid of heights, I'm not going to
jump, as it would be to jump.

And at the same time I think
it's also important that we learn
how to push ourselves and, you
know, skate on the edge in certain
situations.  But that has to be
something that we listen to, like
we have to be aware of the feeling.

And the more that we start to
bury and numb those feelings, as
simple as that sounds, that moment
on the bridge where I just

Page 38

suppressed my feelings and emotions, well, I'm teaching myself that that is how I'm going to survive and that's how I'm going to be liked.

So that means when feelings and emotions come up in my life, I'm just going to have a natural tendency to suppress them.

JANE RANDEL: Yeah.

JUSTIN BALDONI: Versus to allow myself to feel them.

Now, had I allowed myself to feel the fear, honored the fact that I was afraid, spoken it out loud without fear of being called a girl, because what I say also in the book is that being truly emotionally brave would -- I would know that being called a girl is not an insult.

JANE RANDEL: Right.

JUSTIN BALDONI: And had I let those things sink in, and then made the conscious choice to jump

Page 39

anyways, no problem.

JANE RANDEL:  Right.

JUSTIN BALDONI:  The problem is when I don't allow those things to come up so that I can look at them to see if this is right for me.  Because that same situation, you know, you can put -- you can put a boy in a situation where he's at a party and he's drinking and all of his friends are saying hey, she's drunk.  And he has a conflicting feeling because he knows that it's wrong, and yet he jumped off the bridge a hundred times in the last five years, so he doesn't even have the ability to check in with his body to know that it's wrong, that he shouldn't take advantage of the girl.

JANE RANDEL:  Right.

JUSTIN BALDONI:  So again, we're just teaching our boys the wrong things through socialization. And I'm asking young boys to do is

to being okay to listen to their bodies, to check in with themselves, to feel the feelings that are coming up for them because they're coming up for a reason. And then once they come up, once they're aware of them, they can choose what to do.

JANE RANDEL:  Sure.

JUSTIN BALDONI:  You want to jump, jump.  But it's just as brave to not jump.

JANE RANDEL:  I actually think it's braver for a young kid to --

JUSTIN BALDONI:  That's what I write in the book, that it's just as, if not more brave to not jump off that bridge and risk being called the names that could hurt and risk being made fun of. Because you're honoring your feelings, and your teaching yourself that you matter, that your feelings matter, that you are enough.  And that your worth is not

determined by external validation.

JANE RANDEL:  Right.

So I want to be respectful of your time.  And I have two questions for you.  One is to just talk a little bit about how this journey has entered into your work life.  So you have the podcast, you have another book, "Man Enough," and the podcast.  And Wafarer.

So how do you tie all this together in those ways.

JUSTIN BALDONI:  Yeah, that's a great question.  So there is no real roadmap, there is no real way that these things are all tied together.  Obviously I'm the common denominator.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And what I feel is that this conversation is just really important.  And what I'm trying to do in my life is model it the best that I can.  And I fall short all the time.

Page 42

You know, just thinking about my company, you know, the other day there was a situation where I found myself on multiple occasions talking over and interrupting a particular woman on my team.

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And I noticed it in the moment, but then I was, like, okay, it's Zoom, were we just bantering.

And then it happened again. And I realized oh, wait, no, this is a pattern with this particular person, and that's not okay.  Why am I doing this?

JANE RANDEL:  Mm-hmm.

JUSTIN BALDONI:  And so as -- so I got everybody together that was on the call where this particular thing happened.  And I apologized in front of everybody else.  I said I'm so sorry, like that was not okay of me.  And, and I was in my own stuff and, you

Page 43

know, I was interrupting.  And I even think I mansplained something to her, because I think we were talking about a woman's issue.

I think that's one of the things that I've learned in the last, you know, decade, is I am never going to be perfect.  And the work that I'm doing to deprogram and unlearn so many of the things that I've learned through socialization over the almost 40 years of my life, it's not overnight that this stuff happens.

And what's really hard and what I've noticed is that when I make a mistake, because -- because I'm so public with this, it can have double the impact.

JANE RANDEL:  Sure.

JUSTIN BALDONI:  Because it can almost feel like oh, wow, is he full of shit.  And the reality is no, but I'm human.

And so when you ask me, like,

how this is all working together, I think that's where I wanted to go with this, is it's working imperfectly, and yet perfectly.

Because I get a chance on a daily life to practice what I preach. And I do tons of work and I'm so deep into my own healing journey. And sometimes stuff will come up and it's messy. And I -- and the journey doesn't look beautiful. And I'm not the guy that did the TED Talk, I'm in a bad mood or I'm struggling. And I get the chance to model what I talk about in the book.

And I have to go back, if I'm not the first person to go back and apologize and lead by example and say, God, you guys, I'm so sorry, I've been in this haze and I've been negative or I interrupted you, I'm so sorry. If I can't do that, then I'm literally a walking hypocrite.

So that's the way, that's the only answer I have to your question right now. Is that I'm trying to integrate my work in everything that I do. And it's not always perfect.

And I also want to make room for all the men that are trying and feel like they're failing.

I had a young -- I had a young man who came to -- I did an event in New York last week and Ted Bunch was my moderator.

JANE RANDEL: Yeah.

JUSTIN BALDONI: And this young you man sat in the front row and he was so brave and vulnerable, and I said hey, I have a question: Sometimes I feel like I want to be a better man, and yet I will fall victim to some of the behaviors that I've been socialized with. And it makes me not want to talk about it. It makes me want to give up.

Page 46

And so I gave him a similar story as an example. And I said, we cannot let our -- our drive for perfection get in the way of our progress.

And we have to also remember that perfection is a privilege. And that perfection also is deeply rooted in masculinity. And the need to be perfect. The need to have our shit together and to look like we're great. Versus to be willing to be vulnerable and go on a messy journey.

And I think that's really important for men to hear, that you're not just going to wake up overnight and, like, stop interrupting, because you've been doing it for 30 years.

JANE RANDEL: Right.

JUSTIN BALDONI: Or 25 years.

But what you can do is acknowledge, be close enough to the women in your life where they tell

you, hey, you've been interrupting me, not take it personally, and then try to change.

JANE RANDEL:  Yup.

JUSTIN BALDONI:  That is the only thing that I think that we can do as men, is be working on ourselves and be holding ourselves accountable.

JANE RANDEL:  One of my favorite expressions is perfect is the enemy of the good.  And you basically just said that.

And I was going to ask you what's the one thing you want people to take away from our conversation today, but I think -- I don't know how you would distill is down to one thing, frankly, so I'm not even going to ask you that question.

JUSTIN BALDONI:  Yeah.

JANE RANDEL:  Yeah, right, like what's --

JUSTIN BALDONI:  I got it.

Page 48

Feel your feelings.

JANE RANDEL: Beautiful.

JUSTIN BALDONI: Start there. Like you can distill it down to, like, feel your feelings.

JANE RANDEL: Yup. I think that's a beautiful thing.

And we will end on that note, Justin. Thank you so much for taking the time.

JUSTIN BALDONI: Oh, Jane, so lovely talking to you.

JANE RANDEL: Between your work and your books and your children's book. I mean, that's why I sort of giggled when you said you had a children's book coming out, I'm like, really.

JUSTIN BALDONI: It was written a while ago. And it's for -- it's not a gender-specific book. It was written a while ago, that's kind of like the last of the -- in this same family.

But I'm excited for the work

Page 49

we're going to do together, Jane, and NO MORE, and Wafarer Studios.

JANE RANDEL:  Thank you. Shout out to one of our broad members who works for you, Brian Singer.

JUSTIN BALDONI:  Yeah, Brian Singer.  The best.

JANE RANDEL:  You're like downplaying this book, but you've written three and I've written none.  So I want -- don't downplay that.  It's pretty impressive.

Thank you for taking the time. Obviously you're busy and I know you have other stuff going on.  So I really, really, really appreciate it.

JUSTIN BALDONI:  It was such an honor always.  Anything you ask, you know I'll do it.  I appreciate all the work you guys do over there.  It's so important.

JANE RANDEL:  Hopefully this is the first of many conversations.

Page 50

JUSTIN BALDONI:  Many.

JANE RANDEL:  Thanks, Justin.

JUSTIN BALDONI:  All right.

(End of tape.)

Page 51

C E R T I F I C A T E

STATE OF NEW YORK      )

                            : ss.

COUNTY OF NEW YORK    )


          I, ERIC J. FINZ, a Shorthand

Reporter and Notary Public within and for

the State of New York, do hereby certify:

          That I made a record of the

the audio recording to the best of my

ability.

          I further certify that I am

not related to any of the parties to this

action by blood or marriage, and that I

am in no way interested in the outcome of

this matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 22nd day of

September, 2025.


                    <%1(

                    ERIC J. FINZ

**[10 - baldoni]**                                                    Page 1

| 1 | 9 | addiction | appreciate |
|---|---|---|---|
| **10**  21:1 22:16 24:18 | **90s**  17:23 | addiction  22:25 23:10 | appreciate 49:17,21 |
| **100**  12:25 | **a** | adrenaline  36:3 | appreciated 11:2 |
| **10049**  1:5 | abel  1:7,12 | adult  34:19 | approach  9:13 12:13 |
| **11**  11:8,14,19 11:21 12:3,4,25 13:1 16:25 22:20 33:24 | ability  39:17 51:11 | advantage  24:7 39:20 | approaching 19:6 |
| **12**  11:19 12:9 16:25 33:24 | able  30:1 | afraid  34:8,15 37:13 38:15 | argue  17:23 |
| **13**  11:20 12:9 | absolutely  18:1 21:2 | age  11:4 13:2,6 19:7 24:7 | arms  26:2 |
| **15**  34:4 | abused  29:23 | agency  1:7 | asking  39:25 |
| **16975**  51:21 | abusive  29:24 | aggressor  16:4 | assault  21:1,3 |
| **18**  1:22 | acceptable  36:9 | ago  48:20,22 | audience  3:1,14 |
| **19**  9:24 | acceptance 36:7 | akin  20:25 | audio  51:10 |
| **2** | accepted  36:25 | alive  36:3 | aunt  14:23 |
| **20**  34:4 | accident  15:2 | allow  38:12 39:4 | author  2:9 |
| **2025**  1:23 51:19 | accidentally 4:19,21 | allowed  35:1 38:13 | avoid  24:3 |
| **20s**  17:16 | accomplishm... 2:7 | amazing  13:22 36:2 | awakening 28:16 |
| **21**  9:23 | account  28:9 | answer  9:18 45:2 | award  2:18 |
| **22**  1:23 | accountable 47:9 | antagonistic 9:13 27:25 | aware  3:15 37:21 40:7 |
| **22nd**  51:18 | acknowledge 18:15 46:24 | anybody  30:23 | **b** |
| **24**  1:5 | acting  2:8 | anymore  19:18 19:24 31:14 | baby  29:4 |
| **25**  1:5 46:22 | action  51:14 | anyways  39:1 | back  19:2 20:8 34:18 35:19 44:17,18 |
| **3** | activism  4:8 | apartment 23:15 | bad  35:5 44:13 |
| **30**  46:20 | activist  2:9 | apologize  44:19 | baldoni  1:6,11 1:20 2:3,4,16 3:3 4:5,16 5:2 5:8,23 6:15,21 7:7,11,18,22 |
| **4** | actually  18:18 18:23 23:25 40:13 | apologized 42:22 | |
| **40**  43:12 | | | |
| **449**  1:5 | | | |

[baldoni - certain]                                                    Page 2

8:4,12,21 9:4
9:17 10:6,22
11:7 12:8
13:19 14:10,15
15:1,11,21 16:3
16:22 17:7,20
18:20 19:1,13
19:20 21:5,21
22:10,23 23:3
23:12 24:2
25:13 26:5,11
26:15,19,23
27:3,21 28:13
28:25 29:8,21
30:4,11 31:2,6
31:24 32:4,10
32:19,25 33:10
33:15 34:6
35:10,18,22
36:1,6 37:4
38:11,23 39:3
39:22 40:10,15
41:13,20 42:8
42:18 43:21
45:15 46:22
47:5,22,25 48:3
48:11,19 49:7
49:19 50:1,3
**balls** 15:8
**bantering**
  42:11
**basically** 47:13
**basis** 17:25

**beautiful** 44:12
  48:2,7
**beauty** 31:4
**bees** 13:12
**beginning** 3:18
**behalf** 9:25
**behaviors**
  45:21
**beings** 30:13
**believe** 12:11
  26:12 27:16,24
**bell** 26:16
**best** 28:21
  41:24 49:8
  51:10
**better** 8:25
  45:20
**big** 25:22
**biological** 31:4
**birds** 13:11
**bit** 3:25 4:23
  13:11 41:6
**blake** 1:3,14
**blew** 3:10
**blood** 51:14
**bodies** 37:9
  40:2
**body** 21:3,16
  34:22 35:4
  37:2 39:18
**bomb** 33:12
**book** 8:2 11:2,3
  11:10,23 12:11
  19:2,3,7 21:24

22:12 24:9,24
25:7 28:23
29:2,10,11,13
32:7 33:23
38:18 40:16
41:9 44:16
48:15,17,22
49:10
**books** 48:14
**boundaries**
  14:13,16 15:4
  16:15,17 17:15
  23:24
**boy** 11:15 16:9
  19:5 35:15
  39:9
**boy's** 27:5
**boyfriend**
  25:18
**boys** 1:19 9:23
  13:24 25:1,9
  36:16 37:8
  39:23,25
**brain** 21:3
  27:14
**brave** 33:3,4,6
  33:11,18 37:12
  38:19 40:11,17
  45:17
**braver** 40:14
**bravery** 37:11
**breadth** 14:5
**brian** 49:5,7

**bridge** 32:9,21
  33:1 34:3
  35:24 37:7,25
  39:15 40:18
**bring** 13:23
**broad** 49:4
**broke** 26:1
**brother** 16:5
**building** 4:8
  33:8
**bullied** 35:7
**bunch** 17:10
  45:12
**burning** 33:8
**bury** 37:23
**busy** 49:15

c

**c** 51:1,1
**call** 42:20
**called** 8:14
  35:13,15,23
  36:19 38:16,20
  40:19
**calls** 27:6
**candidate**
  25:20
**caption** 30:1,12
**career** 2:21
**carved** 12:22
**case** 1:5 24:5
**certain** 15:12
  33:6 37:18

**[certify - development]** Page 3

| | | | |
|---|---|---|---|
| certify 51:8,12 | coming 34:24 | 28:1 41:21 | daughter 15:5 |
| challenging | 34:25 35:12 | 47:17 | 15:24 16:1 |
| 33:19 | 40:4,5 48:17 | conversations | day 21:5 31:15 |
| chance 44:5,15 | common 41:17 | 20:1 49:25 | 42:2 51:18 |
| chances 12:8 | companion | cool 10:7 17:4 | decade 43:7 |
| change 26:17 | 24:10 | correct 17:6 | decided 7:12 |
| 47:3 | company 1:15 | 26:14 31:23 | deep 34:11 44:8 |
| changed 9:7,8 | 42:2 | 32:3 | deeply 6:17 |
| 9:9 | comparison | county 51:4 | 46:8 |
| chapter 11:25 | 21:6 | course 9:15 | defendants 1:9 |
| 27:6 | competition | 11:20 16:24 | 1:16 |
| check 39:18 | 2:23 | 21:17 26:5 | defensive 12:17 |
| 40:2 | conflicting | 29:13 35:10 | define 30:19 |
| chemicals | 39:13 | 36:17,24 | 33:3 |
| 21:15 | confusing | court 1:1 | definitely 17:12 |
| child 16:14 | 17:11 | created 31:7 | 28:15 |
| children 12:14 | conscious 38:25 | crossed 17:14 | definition |
| 20:22 | consensual | cry 26:13 | 33:16 |
| children's | 18:9 | crying 27:9 | delay 5:6,21 |
| 23:21 48:15,17 | consent 11:25 | cult 17:10 | 19:25 20:20,20 |
| choice 38:25 | 13:24 14:5,7,9 | culturally 9:8 | 20:21 |
| choose 40:8 | 15:13 18:24 | 33:3 | denominator |
| circulate 9:15 | 23:24 24:6 | curious 13:20 | 41:18 |
| clear 4:24 | consenting 14:8 | 21:17 | depending 12:2 |
| clearly 3:19 | consider 33:6 | cv 1:5,5 | deprogram |
| close 46:24 | 33:10,11 | | 43:9 |
| cognizance | consume 17:21 | **d** | deserve 14:25 |
| 27:16 | consuming | dad 22:8,15 | desire 4:24 |
| college 25:18 | 17:18,24 | 23:4,5 24:12 | determined |
| come 12:15 | context 14:7 | daily 17:24 | 41:1 |
| 35:1 38:7 39:5 | conversation | 44:6 | developed |
| 40:6 44:10 | 9:9,14 16:23 | darn 34:7 | 22:25 |
| comes 16:23 | 18:7,14,22,24 | dating 16:20 | development |
| 20:24 | 19:17 22:5,13 | | 23:20 |

**[die - feminist]**                                              Page 4

die  36:4
different  23:17
  31:13 32:18
disgusted  27:10
distill  47:18
  48:4
district  1:1,2
divergence
  27:14
doing  4:9 5:4
  7:21,23 37:9
  42:16 43:9
  46:20
double  43:19
downplay
  49:12
downplaying
  49:10
doyle  27:3
drinking  39:10
drive  46:3
driver's  11:16
driving  27:24
drunk  39:12
dual  5:3

**e**

e  51:1,1
early  14:2 32:7
edge  8:7 37:18
egot  2:12
elements  25:9
elusive  20:19

embrace  31:3
emotional
  37:11
emotionally
  33:18 38:19
emotions  35:6
  36:19 38:2,7
empathize  19:8
empathy  20:3
encapsulated
  25:4
ends  1:6,11
enemy  47:12
enjoined  3:8
enjoyed  3:5
entered  41:7
entire  16:13
equality  27:17
  30:16,20,22
  32:5
eric  1:24 51:6
  51:22
especially
  31:10
event  45:11
everybody  3:9
  3:10,22 42:19
  42:22
exactly  11:5
  14:17
example  22:7
  30:18 44:19
  46:2

excited  48:25
exciting  34:13
exercise  29:12
  33:2
expect  25:16
expectation
  26:24
experience
  34:18
experienced
  21:7
experiencing
  27:23
explained  16:7
explaining
  15:13,25
explore  23:22
exposed  12:10
  12:24
expressions
  47:11
external  41:1

**f**

f  51:1
f'ed  22:18
facade  30:8
facades  32:18
fact  10:15
  38:14
failing  45:9
fall  41:25 45:20
family  10:4
  22:17 48:24

fantasy  18:11
far  4:4
father  10:1
fault  23:16
favorite  20:11
  47:11
fear  34:25 35:6
  38:14,16
fearless  33:5
feel  5:15 6:2 7:9
  8:13 20:13
  25:1 28:3,4
  38:12,14 40:3
  41:21 43:22
  45:9,19 48:1,5
feeling  26:7
  37:21 39:13
feelings  34:24
  35:5 36:18
  37:23 38:1,6
  40:3,22,24 48:1
  48:5
feels  15:17
feet  34:4
felt  5:13,14 6:8
  7:2,3 9:20
  24:19 26:3,8
  34:16,16 36:2
female  25:12
  26:20
feminism  30:13
  30:17 31:12,16
feminist  27:11

**[fight - hit]**                                                          Page 5

fight  33:13
fighting  15:23
finally  25:21
find  31:3
fine  4:15
finishes  29:3
finz  1:24 51:6
  51:22
firefighters
  33:7
first  4:5 12:22
  13:23 15:21
  17:3 22:12
  25:21 26:3
  44:18 49:25
five  6:5 9:6
  39:16
flooded  21:15
folks  6:23
  33:13
fooled  36:8
foot  34:10
force  7:16
forward  16:18
found  8:5 29:21
  42:3
frankly  47:19
friend  7:24
  17:10 27:6
friends  16:25
  33:25 39:11
front  42:22
  45:16

fuels  23:10
full  43:23
fun  35:8 40:20
further  51:12

**g**

gap  34:10
gay  36:20
gender  6:22
  30:24 32:2
  35:16 48:21
generation
  23:17,18,19
gentle  25:23
giggled  48:16
girl  19:5,6
  35:14,19 36:19
  38:17,20 39:20
girls  13:5 24:4
give  8:23 45:24
given  2:18
  21:12
glennon  27:3
global  3:6
go  8:21 16:18
  20:19 33:13
  44:2,17,18
  46:13
goal  30:17
god  7:3 15:14
  16:5 20:7
  44:20
going  7:13
  10:18 11:22

12:9 13:20
19:1 20:8,19
21:9,10 24:3
35:6 37:13
38:3,4,8 43:8
46:17 47:14,20
49:1,16
good  11:12
  17:9 29:4,9
  36:10 47:12
gotten  23:8
grade  13:15
grandma  14:22
great  13:12
  41:14 46:12
groundwork
  15:16
group  1:7
grow  20:5
guess  4:19
  32:13
guy  25:23
  44:12
guys  34:12
  44:20 49:22

**h**

hand  51:18
happen  23:5
  24:4
happened
  17:13 22:2
  28:21 29:1,14
  42:12,21

happening
  20:18 27:12
happens  26:10
  43:14
hard  18:17
  19:8 43:15
harder  17:9
hardwired
  21:19
haze  44:21
healed  22:24
healing  5:11
  6:11 11:12
  44:8
healthy  1:20
  16:11 23:22,23
hear  13:13,18
  46:16
heard  31:11
heath  1:6,11
heights  34:8,15
  37:13
held  11:18
hell  31:15
help  3:22 23:21
helped  22:21
hereunto  51:18
hey  39:11 45:18
  47:1
high  17:23 34:4
  34:5,7
hindsight  37:5
hit  15:7 16:25
  21:7

**[hmm - jump]**                                           Page 6

**hmm** 5:1,7 7:10
8:11 15:20
19:12,19 22:9
23:2 29:20
30:3 31:5
32:10 35:9,17
41:19 42:7,17
**hold** 11:17 31:7
**holding** 20:16
47:8
**holds** 26:13
**homophobia**
36:21
**honestly** 2:10
28:20
**honor** 49:20
**honored** 38:14
**honoring** 40:21
**hooks** 26:16
**hopefully** 49:24
**hormones**
21:16
**https** 1:21
**hug** 14:22
**human** 1:19
30:13 33:20
43:24
**hundred** 11:8
39:15
**hurt** 10:20
40:19
**hurting** 6:18,19
6:23,24 10:24

**hurts** 10:21
**husband** 27:8
**hypocrite** 6:9
44:25

**i**

**idea** 22:14 25:5
**identify** 25:11
**identifying**
28:8
**ignore** 36:18
**images** 12:23
**impact** 43:19
**impactful**
32:24
**imperfectly**
44:4
**important** 6:10
25:8,11 37:16
41:22 46:16
49:23
**impressive**
49:13
**inaudible** 15:10
17:19 25:13,24
36:5
**incredible** 4:7
**inevitably** 24:3
**influencing**
18:1
**inside** 11:15
**insincere** 5:15
**insult** 35:20
38:21

**integrate** 45:4
**interested**
51:15
**interesting** 10:9
10:11 24:11,21
**internalized**
26:20
**interrupted**
44:22
**interrupting**
42:5 43:1
46:19 47:1
**interviewing**
4:12
**introduced**
21:12 22:15
**inventory** 22:2
23:15
**irreparable**
21:22
**issue** 10:3 43:4

**j**

**j** 1:24 51:6,22
**jamey** 1:6,11
**jane** 2:1,5,6,22
3:4 4:6,15 5:1
5:7,22 6:14,20
7:6,10,17,20
8:3,11,20 9:3
9:16,22 10:8,23
12:7 13:3,19,25
14:11,17 15:10
15:20 16:2,10

17:6,19 18:6,21
19:12,19 21:4
21:20 22:9,22
23:2,11 24:1,11
25:14 26:6,14
26:18,22 27:2
27:20 28:12,24
29:6,20 30:3,10
31:1,5,23 32:3
32:6,11,20 33:9
33:14 34:5
35:9,17,21,25
36:5 37:3
38:10,22 39:2
39:21 40:9,13
41:2,19 42:7,17
43:20 45:14
46:21 47:4,10
47:23 48:2,6,11
48:13 49:1,3,9
49:24 50:2
**jed** 1:7
**jennifer** 1:7,12
**jobs** 33:6
**joke** 11:9
**journey** 3:19
3:20 4:18 6:12
9:5,20 41:7
44:9,11 46:14
**jump** 8:17,18
34:13,14,20
35:24 36:13,23
37:2,14,14
38:25 40:11,11

**[jump - lot]**

40:12,17
**jumped**  34:20
  39:15
**jumping**  34:2
  37:7
**justin**  1:6,11,20
  2:3,4,16 3:3
  4:5,16 5:2,8,23
  6:15,21 7:7,11
  7:18,22 8:4,12
  8:21 9:2,4,17
  10:6,22 11:7
  12:8 13:19
  14:10,15 15:1
  15:11,21 16:3
  16:22 17:7,20
  18:20 19:1,13
  19:20 21:5,21
  22:10,23 23:3
  23:12 24:2
  25:13 26:5,11
  26:15,19,23
  27:3,21 28:13
  28:25 29:8,21
  30:4,11 31:2,6
  31:24 32:4,10
  32:19,25 33:10
  33:15 34:6
  35:10,18,22
  36:1,6 37:4
  38:11,23 39:3
  39:22 40:10,15
  41:13,20 42:8
  42:18 43:21

45:15 46:22
47:5,22,25 48:3
48:9,11,19 49:7
49:19 50:1,2,3

**k**

**keep**  7:13
**kid**  10:21,23
  15:13 19:11,18
  19:24 20:1,5
  32:15 40:14
**kids**  10:18
  14:12,24 15:3
  15:22 18:7,15
  18:18
**kill**  34:10
**kind**  12:17
  20:10 28:16
  48:23
**kiss**  14:23
**knew**  13:5 29:6
**know**  4:1,1,8
  4:16 6:4 8:4,22
  9:6,15 10:17,19
  14:12,23 15:6,8
  16:7,18,20 17:8
  19:7 20:10,18
  23:14 24:6,13
  24:13,22,25
  25:2,4 26:4,16
  27:7 31:10,11
  32:12,15,17,21
  33:7,12,13 34:4
  34:9,12,17

37:18 38:20
39:8,18 42:1,2
43:1,7 47:18
49:15,21
**knowing**  6:17
**known**  23:4
**knows**  7:20,22
  39:14

**l**

**landed**  36:2
**late**  12:20
  20:21
**latency**  5:10
**launching**
  18:25
**laying**  15:15
**lead**  1:5 2:20
  44:19
**learn**  16:14
  23:22 37:10,16
**learned**  20:11
  34:15,19 43:6
  43:11
**learning**  5:24
  11:17 14:12,13
**led**  7:8
**leslie**  1:14
**letting**  14:24
**life**  8:15 16:13
  22:3 30:6 38:7
  41:8,23 43:13
  44:6 46:25

**liked**  2:20
  24:24 29:6
  38:5
**limiting**  33:16
**line**  36:12
**lines**  17:15
**listen**  37:1,20
  40:1
**listening**  15:25
  37:9
**literally**  20:15
  35:22 44:24
**little**  3:24 4:23
  13:11 16:4,8
  19:5,5,6,11,18
  19:24 34:1
  41:6
**littler**  14:11
**live**  8:14
**lively**  1:3,14
**lives**  20:24
  23:21 36:17
**llc**  1:6,7,7,11,11
**long**  5:10 6:2
  9:18 21:7
**longer**  19:17
**look**  30:16
  36:11 39:5
  44:11 46:11
**lot**  2:23 9:10,12
  23:9 25:10
  27:22,24 28:3
  32:16

[loud - oh]

loud 38:16
love 10:15
loved 2:20
lovely 48:12
loves 15:7

**m**

macho 10:5
made 7:9 13:9
  35:8,23 38:24
  40:20 51:9
make 14:22
  43:17 45:7
makes 36:22
  45:23,24
man 3:23 22:12
  25:17 28:11
  30:6 31:17
  33:20 41:9
  45:11,16,20
mansplained
  43:2
marines 25:19
marriage 28:22
  51:14
masculinity
  1:20 3:20 25:1
  25:5 28:2 46:9
matter 24:15
  40:23,24 51:16
mean 2:10
  10:24 13:14
  14:18,19 18:25
  25:2 32:21

48:15
meaning 4:22
means 3:23
  15:19 16:4
  17:8 23:25
  25:17 31:14
  38:6
measure 21:9
media 12:1
melissa 1:7,12
members 49:5
men 6:18,24
  9:11 17:10,22
  17:22 27:1,17
  27:22 28:3
  30:1 45:8
  46:16 47:7
messy 5:13 6:8
  44:10 46:14
mina 7:24
mindful 31:18
mirage 30:9
misogyny 26:21
  36:21
missed 20:9
missing 20:15
  20:15
mistake 43:17
mitchell 7:15
mm 5:1,7 7:10
  8:11 15:20
  19:12,19 22:9
  23:2 29:20
  30:3 31:5

32:10 35:9,17
  41:19 42:7,17
model 41:24
  44:15
moderator
  45:13
modern 28:1
  31:12
molested 29:23
mom 10:12
moment 20:16
  34:22 35:11
  37:24 42:9
months 5:25
mood 44:14
mourning
  19:21,22
movie 1:7,11
multiple 7:15
  42:4

**n**

name 26:19
names 40:19
nathan 1:7,12
natural 38:8
need 2:14 18:6
  28:15 29:5
  46:10,10
needing 2:20
negative 44:22
nervous 10:12
neural 27:15

neuropathways
  12:21
never 10:3 11:9
  11:18 13:1
  19:23 20:8
  29:25 43:8
new 1:2,15 3:2
  3:13,16 45:12
  51:2,4,8
nonconforming
  6:22
nostalgia 20:14
nostalgic 20:17
notary 51:7
note 48:8
noticed 42:8
  43:16
notion 30:14
numb 37:23

**o**

objects 18:5
obviously 13:15
  41:17 49:15
occasions 42:4
offense 2:24
officer 25:20
officers 33:11
oftentimes
  11:15
oh 7:1 15:14
  16:5 28:17,17
  29:9,22 36:8
  42:13 43:22

**[oh - quickly]**                                      Page 9

48:11
okay   15:16,17
  40:1 42:10,15
  42:24
old   9:23 11:9
  11:14,22 12:4,5
  13:1 21:2
  22:16 33:24
older   13:8,17
oldest   13:4,9
olds   9:24 11:20
once   3:6 4:21
  4:22 40:6,6
open   3:15 8:8
  9:10 10:16
opens   30:6
opinions   31:13
opportunity
  23:19 32:1
opposed   13:14
  13:16
opposite   35:16
  35:23
orleans   3:2
outcome   51:15
overnight
  43:14 46:18
override   34:23
own   28:9 42:25
  44:8

**p**

parent   10:19
  19:4 20:12,13

21:24 22:6
parenting   12:3
parents   11:21
  12:12 18:6,17
  20:4 24:10
  25:8
part   8:14
particular   42:6
  42:14,21
parties   51:13
party   39:10
pat   7:15 8:23
path   4:1
patriarchal
  26:25
pattern   42:14
peers   36:7,25
people   3:14
  10:17 18:5,10
  25:11 28:8
  30:15 47:16
people's   16:17
perfect   43:8
  45:6 46:10
  47:11
perfection   46:4
  46:7,8
perfectly   36:13
  44:4
person   2:18
  42:15 44:18
personal   4:18
personally   47:2

phenomenon
  27:22
phone   17:1,3
physical   14:15
plaintiff   1:4
plaintiffs   1:13
plane   8:17,19
platonic   16:21
podcast   22:8,14
  22:19 41:8,10
podcasting   2:9
point   8:16 9:2
  12:20 18:25
  21:14
police   33:11
policed   35:8
porn   11:25
  16:23 17:7,17
  18:8,16 20:23
  21:1 22:15,25
position   7:5
pr   1:7,15
practice   44:6
preach   44:7
preparing
  12:14
present   20:14
pressure   34:17
pretend   10:5
pretty   14:2
  25:22 34:6
  49:13
private   6:13

privately   5:4
privilege   2:25
  46:7
proactive   12:13
  23:20
probably   22:24
problem   39:1,3
problematic
  36:14
process   5:3
product   28:18
programming
  27:15 33:21
progress   46:5
puberty   21:8
public   4:19,22
  6:12 8:9 9:20
  43:18 51:7
publicly   5:6
punish   27:19
  30:23
punished   28:6
push   37:17
put   29:13 32:18
  35:7 39:8,9
putting   29:10

**q**

question   9:19
  13:21 41:14
  45:2,18 47:21
questions   41:5
quickly   19:6
  32:23

[quote - ryan]                                                                    Page 10

| | | | |
|---|---|---|---|
| **quote** 20:11<br>**quoting** 17:9<br><br>r<br><br>**r** 51:1<br>**race** 30:25<br>**radical** 30:14<br>**raised** 26:24<br>**randel** 2:1,5,6<br>2:22 3:4 4:15<br>5:1,7,22 6:14<br>6:20 7:6,10,17<br>7:20 8:3,11,20<br>9:3,16,22 10:8<br>10:23 12:7<br>13:3,25 14:11<br>14:17 15:10,20<br>16:2,10 17:6,19<br>18:6,21 19:12<br>19:19 21:4,20<br>22:9,22 23:2,11<br>24:1,11 25:14<br>26:6,14,18,22<br>27:2,20 28:12<br>28:24 29:6,20<br>30:3,10 31:1,5<br>31:23 32:3,6,11<br>32:20 33:9,14<br>34:5 35:9,17,21<br>35:25 36:5<br>37:3 38:10,22<br>39:2,21 40:9,13<br>41:2,19 42:7,17<br>43:20 45:14 | 46:21 47:4,10<br>47:23 48:2,6,13<br>49:3,9,24 50:2<br>**range** 11:5<br>**razor's** 8:7<br>**react** 10:18<br>**read** 11:10,11<br>21:24 22:4,11<br>25:7,8 29:5<br>30:5 32:14<br>**reading** 28:22<br>32:13,14,15<br>**ready** 11:22<br>**real** 3:12 5:11<br>5:12 18:8 25:1<br>25:17 41:15,15<br>**reality** 30:7<br>43:23<br>**realize** 3:23<br>14:4<br>**realized** 15:1<br>29:16 42:13<br>**really** 2:10,11<br>3:5,7,21 4:17<br>5:11 6:3,8,16<br>7:25 11:1,11<br>12:4 18:16<br>22:18 24:24<br>25:2,6,10 26:8<br>28:9,24 29:4<br>32:8 36:14<br>41:22 43:15<br>46:15 48:18<br>49:17,17,17 | **reason** 15:8<br>37:5 40:5<br>**reasons** 2:3<br>19:3 21:23<br>24:8 34:21<br>**rebound** 12:18<br>**recently** 11:10<br>22:7<br>**reckoned** 7:16<br>**record** 51:9<br>**recording**<br>51:10<br>**redefine** 3:20<br>**relate** 32:16<br>**related** 51:13<br>**relates** 12:15<br>**relations** 1:8<br>**relationship**<br>16:19 18:3,10<br>29:25<br>**relationships**<br>14:25 16:12<br>18:12<br>**remember** 3:3<br>21:25 22:1<br>46:6<br>**reporter** 51:7<br>**represented** 4:3<br>**resonated** 32:8<br>32:11<br>**respect** 14:14<br>16:16<br>**respectful** 41:3 | **respond** 12:18<br>**response** 2:19<br>**responsibility**<br>7:2<br>**reynolds** 1:14<br>**rid** 23:8<br>**right** 5:16,22<br>6:14,20 8:20,20<br>10:4,15,21 12:7<br>13:2,12,13,17<br>14:8 16:13<br>17:9 18:23,24<br>22:22 23:11<br>24:1,14,20<br>25:15 26:18<br>27:5,23 30:10<br>30:10,13 33:9<br>35:25 36:20<br>37:3 38:22<br>39:2,6,21 41:2<br>45:3 46:21<br>47:23 50:3<br>**risk** 35:7 40:18<br>40:20<br>**river** 34:2<br>**roadmap** 41:15<br>**room** 45:7<br>**rooted** 46:9<br>**rose** 14:23<br>**row** 45:16<br>**running** 33:7<br>**ryan** 1:14 |

[sameness - summarized]                                          Page 11

| s | | | |
|---|---|---|---|
| **sameness** 30:21 31:19 | **sexually** 14:19 | **slight** 5:6 | **started** 3:25 9:14 |
| **sarowitz** 1:6 | **shame** 23:9 | **sloane** 1:15 | **starting** 15:15 |
| **sat** 26:2 45:16 | **share** 4:24 | **sobbed** 26:2 | **starts** 16:6 17:11 |
| **saw** 21:8,11 25:21,25 26:3 | **shared** 4:23 | **social** 12:1 | **state** 51:2,8 |
| **saying** 15:23 39:11 | **sharing** 5:16,18 | **socialization** 39:24 43:12 | **states** 1:1 |
| **says** 29:3 | **shit** 43:23 46:11 | **socialized** 25:15,16 26:12 45:22 | **stay** 36:15 |
| **school** 25:20 | **short** 41:25 | **socially** 33:22 | **stayed** 36:15 |
| **seat** 11:16 | **shorthand** 51:6 | **somebody** 13:16 15:18 20:22 34:7 | **step** 19:9 |
| **second** 5:21 27:18 29:14 | **shout** 49:4 | **son** 15:5,7,23 | **steve** 1:6 |
| **secrecy** 23:9 | **show** 13:25 | **sorry** 3:8 42:23 44:20,23 | **stop** 46:18 |
| **see** 3:14 6:4 18:2,3 21:18 39:6 | **shown** 17:2 21:13 | **sort** 11:5 13:3,7 13:10 16:18 24:22 26:1 48:16 | **story** 22:18 27:4 32:7,9,20 32:25 46:2 |
| **seeing** 18:9,16 18:18 | **sibling** 13:17 | **sounds** 37:24 | **street** 1:8 |
| **seems** 13:1 33:4 | **signature** 51:21 | **southern** 1:2 | **striving** 30:21 31:18 |
| **seen** 12:23 24:17 | **similar** 15:2 27:4 46:1 | **speak** 8:22 | **struck** 25:6 |
| **september** 1:23 51:19 | **simple** 9:19 17:21 37:24 | **specific** 48:21 | **struggle** 21:6 |
| **set** 16:14 51:18 | **simplified** 13:15 | **specifically** 11:24 12:15 | **struggled** 23:6 |
| **sets** 16:11 | **simply** 17:17 30:23 32:1 | **spoke** 3:9 | **struggling** 44:14 |
| **sex** 11:25 13:6 14:8 20:23 35:23 | **singer** 49:6,8 | **spoken** 38:15 | **studios** 1:6,11 49:2 |
| **sexual** 20:25 | **sink** 38:24 | **spot** 8:23 | **stuff** 42:25 43:14 44:9 49:16 |
| **sexuality** 19:16 20:23 23:23 | **sisters** 13:8 | **squad** 33:12 | **style** 12:3 |
|  | **sitting** 2:2 6:3 | **ss** 51:3 | **suffering** 29:16 29:18 |
|  | **situation** 12:19 39:7,9 42:3 | **start** 15:12 17:4 33:23 37:8,10 37:22 48:3 | **summarized** 33:2 |
|  | **situations** 37:19 | | |
|  | **six** 25:21 34:10 | | |
|  | **skate** 37:18 | | |

| | | | |
|---|---|---|---|
| **super** 10:5 27:8 | 23:13 31:16 | 25:3 35:13,14 | **tied** 41:16 |
| **supposed** 34:23 | 41:6 44:13,15 | 36:9 42:21 | **tightrope** 8:6 |
| **suppress** 36:18 | 45:23 | 47:6,15,19 48:7 | **time** 5:11,12 |
| 38:9 | **talked** 22:11 | **things** 2:14 | 12:22 13:6 |
| **suppressed** | 23:7 24:17 | 5:17 10:13 | 15:22 17:3 |
| 38:1 | **talking** 2:2 5:5 | 11:3 12:2,10,24 | 19:22 20:7,8,13 |
| **sure** 7:17 13:9 | 5:12,17,18,20 | 15:12 17:2 | 37:15 41:4,25 |
| 16:2 17:14 | 6:1 9:11 10:14 | 20:6 21:25 | 48:10 49:14 |
| 21:4 26:22 | 28:14 29:22 | 24:23 28:21,25 | **times** 1:15 5:9 |
| 35:21 40:9 | 36:20 42:5 | 33:19 35:12 | 5:14 6:7 7:15 |
| 43:20 | 43:4 48:12 | 36:12,15 38:24 | 39:16 |
| **surrounded** | **tape** 50:4 | 39:4,24 41:16 | **titled** 1:18 |
| 12:5 | **taught** 34:21 | 43:6,10 | **today** 47:17 |
| **survive** 38:4 | **teaches** 20:22 | **think** 2:22 3:14 | **together** 22:4 |
| **survivors** 4:10 | **teaching** 15:3 | 3:16 4:11 14:7 | 41:12,17 42:19 |
| **sympathetic** | 35:3,4 38:2 | 17:5 18:13 | 44:1 46:11 |
| 26:7,8 | 39:23 40:22 | 19:15,25 28:7 | 49:1 |
| **synonymous** | **team** 42:6 | 30:15 31:2,9,9 | **told** 22:17,20 |
| 33:5 | **ted** 3:1,6,7 4:2 | 31:17 32:12 | 29:15 |
| **system** 26:25 | 7:14,25 8:22 | 33:1,15,17 | **tons** 44:7 |
| 28:19 29:19 | 9:7 17:10 | 37:15 40:13 | **torture** 20:6 |
| 30:22 | 44:13 45:12 | 43:2,3,5 44:2 | **total** 18:25 |
| **t** | **teens** 10:18 | 46:15 47:6,17 | **totally** 3:16 |
| **t** 51:1,1 | 17:15 23:1 | 48:6 | **touch** 14:18,19 |
| **t48m6ee9g** 1:21 | **tell** 11:21 13:9 | **thinking** 17:16 | 14:20,20 15:18 |
| **take** 9:21 12:12 | 13:10 14:3 | 34:18 36:8 | **touching** 15:6 |
| 19:9 28:9 | 32:22 46:25 | 42:1 | **tough** 25:23 |
| 39:19 47:2,16 | **tendency** 38:9 | **third** 13:12,15 | **trans** 6:23 |
| **taken** 4:4 24:7 | **terrifying** 8:10 | **thought** 29:17 | **transcription** |
| **talk** 1:19 3:2,8 | **thank** 2:4 4:6,6 | **three** 5:21 9:22 | 1:18 |
| 3:9,24 4:2 6:6 | 48:9 49:3,14 | 13:5 49:11 | **trauma** 2:19 |
| 7:14 9:7 11:17 | **thanks** 50:2 | **thrilled** 2:1 | **treated** 31:21 |
| 12:10 14:1,6 | **thing** 3:17 8:10 | **tie** 41:11 | 31:22 |
| | 15:2 21:10 | | |

[tried - world]                                                    Page 13

tried  7:14 8:1
truly  38:18
truth  7:13
try  7:25 17:8
  47:3
trying  41:23
  45:3,8
twin  9:24
two  5:20,25
  13:7 18:10
  28:25 41:4
types  12:1

**u**

uncomfortable
  26:4,9
uncovering
  5:24
undefining
  24:25
underlined
  24:23
understand
  14:24 16:15
  18:17 25:12
united  1:1
unlearn  43:10
untamed  27:5
unwritten
  26:23
used  3:11

**v**

v  1:5,13,21
validation  41:1
valuable  6:10
version  13:16
  13:18
versus  12:16
  38:11 46:12
vets  33:12
victim  45:21
video  1:18
videos  14:1
view  18:4 19:16
viewed  21:1
vision  1:15
vulnerability
  10:2,3 29:12
vulnerable  3:12
  8:8 10:16
  24:14,16,18,20
  27:8,18 28:5
  45:17 46:13

**w**

wafarer  41:10
  49:2
wait  27:16
  28:17 42:13
wake  46:17
walking  8:5,7
  44:24
wallace  1:7
want  7:1 14:21
  16:16 17:5

20:4 21:17
  27:17 31:19,20
  31:21,25 35:19
  37:8,10 40:10
  41:3 45:7,19,23
  45:24 47:15
  49:12
wanted  13:13
  44:2
wars  31:12
  33:13
watch  1:21
watching  10:12
water  34:11
way  7:8 8:9
  11:13,18 15:14
  18:1,2,4,11
  19:10 20:24
  25:15 30:19
  31:3 33:23
  41:15 45:1
  46:4 51:15
wayfarer  1:6
  1:11
ways  6:16
  19:21 30:5
  41:12
we've  33:22
week  45:12
weekly  17:25
weeks  25:22
weird  22:18
went  15:14
  25:19 34:1

west  33:4
western  19:15
whereof  51:17
wife  28:22
willing  24:15
  46:13
winded  9:18
winning  28:4
wish  7:3
witness  51:17
woman  8:24
  31:20 32:13
  42:6
woman's  43:4
women  3:7
  6:22 8:22 17:5
  18:4 24:4
  26:24 28:7,8,14
  29:22 30:14
  46:25
word  13:24
  14:5 26:20
work  2:15 4:7
  5:4 6:5 12:16
  13:23 18:12
  28:10 41:7
  43:9 44:7 45:4
  48:14,25 49:22
working  44:1,3
  47:7
works  49:5
world  3:22 4:10
  10:20 18:2

**[worst - zoom]**                                      Page 14

| | |
|---|---|
| **worst** 10:20,25 35:12,14 | 33:24 39:16 43:13 46:20,22 |
| **worth** 40:25 | **york** 1:2,15 45:12 51:2,4,8 |
| **wow** 29:23 43:22 | **young** 12:6 13:6 35:15 |
| **write** 37:5 40:16 | 36:16 37:8 39:25 40:14 |
| **writes** 26:16 27:4 | 45:10,10,16 |
| **written** 11:4,7 11:14 48:20,22 49:11,11 | **youngest** 13:5 **yup** 3:4 7:6 21:20,20 27:2 |
| **wrong** 34:21 37:7 39:14,19 39:24 | 31:1 33:14,14 47:4 48:6 |
| | **z** |
| **wrote** 11:6,13 19:3 21:23 24:9 29:1 | **zoom** 42:10 |
| **www.youtub...** 1:21 | |
| **y** | |
| **yeah** 10:22 11:19 14:10 18:20 27:20 28:12 32:19 38:10 41:13 45:14 47:22,23 49:7 | |
| **year** 9:23,24 11:14,20,22 12:4,5 | |
| **years** 6:5,6 9:6 21:2 22:16 | |

# PTX-055

# SUBMITTED VIA COURT UPLOAD LINK

# PTX-065

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium **50% off**

Profile

More

**Post**

← **Post**

Q Search

Ryan Reynolds ✓
@VancityReynolds

Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you donate, we'll match it. And if you need a little help, check out ⬇️⬇️
foodbank.bc.ca

🏴 **Greater Vancouver Food Bank** @VanFoodBank · Dec 20, 2022
This holiday season, @VancityReynolds and @blakelively will be matching your donations up to $25,000 in support of our Baby Steps nutrition program!

❤️Please join them in helping local babies in need of formula, diaper…



11:18 PM · Dec 21, 2022 · **1.7M** Views

💬 129    🔁 727    ♡ 7.7K    🔖 7    ⬆️

Relevant⌄    View quotes >

P    Post your reply    **Reply**

The Global FoodBanking Net… @foodba… · Dec 22, 2022 ⌀ ⋯
Thank you for supporting food banks! 💜
♡        🔁        ♡ 12    📊 95K    🔖 ⬆️

**Marcelle Aleid مارسيل العيد** @marcellealeid · Dec 22, 2022 ⌀ ⋯
Cute
♡        🔁        ♡ 1    📊 828    🔖 ⬆️

**Queeniehalloweenie🎃** @Qu33nie91 · Dec 21, 2022 ⌀ ⋯
And this is why you're crowned king



P    Paige Vaugn    ⋯
@PVaugn34976

**Relevant people**

Ryan Reynolds ✓    **Follow**
@VancityReynolds
owner: @aviationgin · @MintMobile - @maximumeffort - @Wrexham_AFC

🏴 **Greater Vancouve…**    **Follow**
@VanFoodBank
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
📹 Promoted by Michael    ⋯

Only on X · Trending    ⋯
**Good Wednesday**

Technology · Trending    ⋯
**Sora**

Trending in United States    ⋯
**#edelmainnet**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More⋯  © 2026 X Corp.

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you…
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

188

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👥 Follow
- ✉️ Chat
- Grok
- 🔖 Bookmarks
- Creator Studio
- X Premium **50% off**
- 👤 Profile
- ⋯ More

**Post**

← **Post**

🔍 Search



 **Paige Vaugn**
@PVaugn34976 ⋯



💬   ↻ 1   ♡ 10   ᴸ 554   🔖 ⤴

**The Astute Galoot** ™ 🖼️ @TheAstuteGaloot · Dec 21, 2022 ⊘ ⋯
👍👍👍

💬   ↻ 2   ♡ 6   ᴸ 696   🔖 ⤴

**Andrea Aye** @mrsandreaaye · Dec 21, 2022 ⊘ ⋯
You guys are gems, truly. Signed, a proud fellow Canadian.

💬   ↻ 1   ♡ 8   ᴸ 255   🔖 ⤴

**Barry** @Barryfe40770412 · Dec 21, 2022 ⊘ ⋯
You guys are fantastic Ryan hope you and Blake and Family have a
very very Merry Christmas 🎄

💬   ↻ 1   ♡ 7   ᴸ 469   🔖 ⤴

**Brad Green** @niknodder · Dec 22, 2022 ⊘ ⋯
If you follow @MaritimeTartan I will donate and I bet she will too.
East Coast helps West Coast. How about it??

💬 1   ↻   ♡ 7   ᴸ 914   🔖 ⤴

**The Madwoman of Chaillot** @KandtRw · Dec 21, 2022 ⊘ ⋯
In the spirit of Ryan & Blake, I'm donating to my local food banks.
Love you two!

💬   ↻ 1   ♡ 5   ᴸ 491   🔖 ⤴

**Shogan Kun** @SHOGAN1212 · Dec 21, 2022 ⊘ ⋯
My god, you're beautiful inside and out, Ryan. I hope you and yours
have an awesome Christmas and an even better New Year's. ❤️

💬   ↻ 1   ♡ 5   ᴸ 282   🔖 ⤴

**james hunter** @jimhunterb1 · Dec 21, 2022 ⊘ ⋯
You're good people The Reynolds.

💬   ↻ 1   ♡ 5   ᴸ 273   🔖 ⤴

**Bianca B** @theBianca_B · Dec 21, 2022 ⊘ ⋯
Amazing!!

💬   ↻ 1   ♡ 5   ᴸ 261   🔖 ⤴

**Bill Gallagher** @HangryBill · Dec 21, 2022 ⊘ ⋯
You two are awesome. You do so much good for people. I'd love to
help. But I'm flat broke. But I added @VanFoodBank. I will donate in
the future. Vancouver is such a beautiful city. The people are great.
I'd love to be able to help the babies. It breaks my heart. Much love!

💬   ↻   ♡ 6   ᴸ 209   🔖 ⤴

**Salty Sarsparilla** @SaltySarsparill · Dec 21, 2022 ⊘ ⋯
I donated $20 even though I live in Virginia (USA) because I go
through Vancouver every time I ski in Whistler and I love the city.
Come on, canucks! If I can donate, surely you can. 🙏

## Relevant people

**Ryan Reynolds** ✓
@VancityReynolds    **Follow**
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**Greater Vancouve...**
@VanFoodBank    **Follow**
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

## What's happening

**MICHAEL**   ⋯
In Theaters & IMAX April 24
🎬 Promoted by Michael

Only on X · Trending   ⋯
**Good Wednesday**

Technology · Trending   ⋯
**Sora**

Trending in United States   ⋯
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.



Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you…
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

190

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium  50% off

Profile

More

**Post**

← **Post**

Q Search

**Justin Tune** @JustinTune5 · Dec 22, 2022
Awesome

♡ 4    📊 90

**cecil** @cecilmarsman · Dec 21, 2022
You two are a great example of what affluence can do to help those not as fortunate. I know lots of wealthy people do their share, but plenty do it for the wrong reasons or do not do it at all. Salut

♡ 4    📊 184

**Daniel Frankel** @dgbars · Dec 22, 2022
This is fantastic!! David Long and the @VanFoodBank are essential to our community! Thanks @VancityReynolds 🙏🙏

♡ 3    📊 235

**Nicky Cunningham** @nickyc15 · Dec 22, 2022
This is brilliant. I work for a small family support charity in Wrexham and we are really focusing on targeting anti natal families. Pregnancy and the first years are so important. ❤️❤️

♡ 3    📊 404

**WeeDeb**🇨🇦🍁 😊 ❤️🐕 @FanATheNorth · Dec 22, 2022
You're both such wonderful human beings. Thank you for your kindness, humor and philanthropy. @VancityReynolds 🇨🇦 ❤️s you. Merry Christmas

♡ 3    📊 138

**Mason Brinley** @BrinleyMason · Dec 22, 2022
Sorry........ The pure decency of this post caught me off guard.  This is awesome.

♡ 3    📊 57

**Nature Rules** @BornThisWay1966 · Dec 22, 2022
Thank you Ryan & Blake. Your generosity and kindness will go a long way to help those in need.

Happy Holidays to you and your family 😉 ❤️ 🌲

#MerryChristmas2022 #BeKindAlways

♡ 2    📊 54

**FatDaddy and 87 others** @fatdaddy_2 · Dec 22, 2022
I was today years old when I realised that vancity refers to Vancouver 😳 honestly thought it was a vehicle reference to Detroit or somewhere...

▶ GIF

**Paige Vaugn**
@PVaugn34976

💬 1    🔁    ♡ 2    📊 210

**Relevant people**

**Ryan Reynolds** ✓    Follow
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**Greater Vancouve...**    Follow
@VanFoodBank
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
📽 Promoted by Michael

Only on X · Trending
**Good Wednesday**

Technology · Trending
**Sora**

Trending in United States
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· © 2026 X Corp.

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you...
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium **50% off**

Profile

More

**Post**

← **Post**

▐▐ GIF

💬 1          ⟲          ♡ 2          ‖ 210          🔖 ⬆

**Jon** @j0ncampbell83 · Dec 22, 2022                    ⌀ ···
You're such an awesome guy, been a fan since the Van Wilder days.
Can't wait for you to own the Ottawa Senators

💬          ⟲          ♡ 2          ‖ 91          🔖 ⬆

**Jason Fillion** @TechTcc · Dec 22, 2022                    ⌀ ···
You two are so awesome thank you for all the help and charity you
do.  If you would ever consider an idea I have to put
computers/knowledge in the hands of those who cannot afford them
please and save all the world from waste electornics. Plz DM me.
Would love a 5-10 min chat.

💬          ⟲          ♡ 2          ‖ 112          🔖 ⬆

**Kevin Shane Fitzgerald #get...** @KevinS... · Dec 22, 2022  ⌀ ···
if she wasnt pictured there
id say something Renaldo

💬          ⟲          ♡ 2          ‖ 47          🔖 ⬆

**Pat Beaton** @PatBeaton1 · Dec 22, 2022                    ⌀ ···
👏👌👏

💬          ⟲          ♡ 2          ‖ 75          🔖 ⬆

**Kirkers** @StevenKMirtan · Dec 22, 2022                    ⌀ ···
Ive been humming Good Afternoon all fecking day, thanks to you,
fella. I hate you.

💬          ⟲          ♡ 2          ‖ 53          🔖 ⬆

**Penny Davies** @pennypineapple1 · Dec 21, 2022            ⌀ ···
Vancouver need to give you the key to their city as well

💬          ⟲          ♡ 2          ‖ 308          🔖 ⬆

**ben0241** @ben02411 · Dec 21, 2022                        ⌀ ···
Ryan my mom and I watched spirited on Sunday

💬          ⟲          ♡ 2          ‖ 141          🔖 ⬆

**Lorenzo** @misstrumpyet45 · Dec 22, 2022                  ⌀ ···
Plot twist: it's for Ukrainian babies.

💬          ⟲          ♡ 1          ‖ 19          🔖 ⬆

**Diane ♡ Call Me Meow ♡** @DieAnn63 · Dec 22, 2022        ⌀ ···
I go to our local food banks 4xs a month. I'd be lost without their
help! I always tell the workers how much I appreciate their donated
time as they are there out of love and kindness out in the cold! *
they are set up like a drive up due to covid
Thanks for bringing awarenessU2

💬          ⟲          ♡ 1          ‖ 223          🔖 ⬆

**yizudien** @yizudien1 · Dec 22, 2022                      ⌀ ···
Use your influence like Jon Stewart to get the government to fund it
instead of making themselves rich

💬          ⟲          ♡ 1          ‖ 23          🔖 ⬆

**Brian Muzabazi** 🇿🇼🇨🇦 @bnmuzabazi · Dec 22, 2022       ⌀ ···
I'm based in Toronto and we have a foodbank. If we had a truck we

Q Search

**Relevant people**

**Ryan Reynolds** ✓          [Follow]
@VancityReynolds
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**Greater Vancouve...**          [Follow]
@VanFoodBank
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

**What's happening**

**MICHAEL**                                          ···
In Theaters & IMAX April 24
▣ Promoted by Michael

Only on X · Trending                                ···
**Good Wednesday**

Technology · Trending                               ···
**Sora**

Trending in United States                           ···
**#edelmainnet**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads Info  |  More···  © 2026 X Corp.

**Paige Vaugn**          ···
@PVaugn34976

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you...
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

**yizudien** @yizudien1 · Dec 22, 2022
Use your influence like Jon Stewart to get the government to fund it instead of making themselves rich

💬    ⟲    ♡ 1    ᴵᴵ 23    🔖 ⬆

**Brian Muzabazi** 🇺🇬🇨🇦 @bnmuzabazi · Dec 22, 2022
I'm based in Toronto and we have a foodbank. If we had a truck we could deliver to the elderly and incapacitated folks.

💬    ⟲    ♡ 1    ᴵᴵ 99    🔖 ⬆

**Marco Stagg** @b2dfe7c8d9054ce · Dec 22, 2022
Can you tweet at the government and tell them to actually do good for people?

💬 1    ⟲    ♡ 1    ᴵᴵ 52    🔖 ⬆

**josee pion** @Joseelarocque7 · Dec 22, 2022
Your both amazing thank you.

💬    ⟲    ♡ 1    ᴵᴵ 29    🔖 ⬆

**Steve Davies** 🏴󠁧󠁢󠁷󠁬󠁳󠁿 @SteveD_CCGames · Dec 22, 2022
You got it boss, I donated £35 which I think is around $58 CAD.

💬    ⟲    ♡ 1    ᴵᴵ 111    🔖 ⬆

**In & Of Itself** @InOfItself1 · Dec 22, 2022
You are a national treasure sir!!

💬    ⟲    ♡ 1    ᴵᴵ 51    🔖 ⬆

**C&Agage13** @CAAG547 · Dec 22, 2022
This is so great! No baby should go hungry ❤️❤️

💬    ⟲    ♡ 1    ᴵᴵ 148    🔖 ⬆

**TaliaGS** @talia_1104 · Dec 22, 2022
I wish I could 😭 Cleaned out my budget at a local toy drive

💬    ⟲    ♡ 1    ᴵᴵ 212    🔖 ⬆

**James McPhail** @isti_ca · Dec 21, 2022
If I ever win the lottery, I am going to hoard the win until I see I tweet like this from you, then go all-in, effectively crushing you and your hopes for retirement.

💬 1    ⟲    ♡ 1    ᴵᴵ 245    🔖 ⬆

**Motherdouchebag** @motherdouchebag · Dec 21, 2022
I overslept and missed my food bank run today 👍🫤

💬    ⟲    ♡ 1    ᴵᴵ 312    🔖 ⬆

**Ryan Carl Mercer** ✔ @ryancarlmercer · Dec 22, 2022
Nice :) #LightTheWorld

💬    ⟲    ♡    ᴵᴵ 85    🔖 ⬆

**Knipe Peckmantown** ✔ @sjbianchi · Dec 22, 2022
You sir appear to be a good human.
Sad it feels so rare.

💬    ⟲    ♡    ᴵᴵ 26    🔖 ⬆

**Tom Wagmi** ✔ @TomWagmi · Dec 22, 2022
😍

**Relevant people**

**Ryan Reynolds** ✔
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

[ Follow ]

**Greater Vancouve...**
@VanFoodBank
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

[ Follow ]

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
📽 Promoted by Michael

Only on X · Trending
**Good Wednesday**

Technology · Trending
**Sora**

Trending in United States
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads Info | More··· © 2026 X Corp.

**Paige Vaugn**
@PVaugn34976   ···

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you…
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

𝕏

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

𝕏 Premium **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

💬  🔁  ♡  📊 26  🔖 ⬆

**Tom Wagmi** ✓ @TomWagmi · Dec 22, 2022  ⌀ ···
💝

Help spread the word!

1 out of 4 people you share
this with will also donate.

**DOUBLE IT!**

‖ GIF

💬  🔁  ♡  📊 510  🔖 ⬆

**Boba-Fett** @BobaFettakabull · Dec 26, 2022  ⌀ ···
Bless your soul. This is so wonderful.

💬  🔁  ♡  📊 8  🔖 ⬆

**Bob the Builder** @thesaltyone2000 · Dec 23, 2022  ⌀ ···
From the guy that has millions. 25 is pocket change.

💬  🔁  ♡  📊 4  🔖 ⬆

**Feline Coffee** @FelineCoffee · Dec 23, 2022  ⌀ ···
👋

💬  🔁  ♡  📊 7  🔖 ⬆

**Joe Blough67** @joe_blough67 · Dec 23, 2022  ⌀ ···
great job! Thank you. Very inspiring!
Hey freedom convoy, this is what real patriots do when inequality
strikes!

💬  🔁  ♡  📊 14  🔖 ⬆

**Wendy Donaldson** 🇨🇦 @WendyDtank · Dec 22, 2022  ⌀ ···
I gave to the Ontario Food Bank of giving Tuesday!

💬  🔁  ♡  📊 37  🔖 ⬆

**Shari O'Neill** @ShariONeill12 · Dec 22, 2022  ⌀ ···



**Paige Vaugn**
@PVaugn34976  ···

▶ GIF  GREAT JOB



**Relevant people**

**Ryan Reynolds** ✓  [ Follow ]
@VancityReynolds
owner: @aviationgin · @MintMobile
· @maximumeffort ·
@Wrexham_AFC

**Greater Vancouve...**  [ Follow ]
@VanFoodBank
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

**What's happening**

**MICHAEL**  ···
In Theaters & IMAX April 24
▣ Promoted by Michael

Only on X · Trending  ···
**Good Wednesday**

Technology · Trending  ···
**Sora**

Trending in United States  ···
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads Info | More··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium  **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

⏸ GIF

💬   🔁   ♡   📊 25   🔖 ↥

**TJ** @TJ_SonOfLeith · Dec 22, 2022                        ⌀ ⋯
You are truly a wonderful human. Thank you for all the help you give people and the time you share.

💬   🔁   ♡   📊 8   🔖 ↥

**Miztwocents13** 🇨🇦 🎰 ♂ 🍸 🦆 🍺 **...**      @mi... · Dec 22, 2022  ⌀ ⋯
As a couple you need to have about 10 babies because we need more people like you two in this world and I am sure your kiddies are going to grow up just a fab as you two.

💬   🔁   ♡   📊 17   🔖 ↥

**Ivar** @archvindicta · Dec 22, 2022                        ⌀ ⋯
God bless you.

💬   🔁   ♡   📊 17   🔖 ↥

**Ариэль Лев** @ariel_lev17 · Dec 22, 2022              ⌀ ⋯
Прекрасная пара

💬   🔁   ♡   📊 10   🔖 ↥

**KennyJ** @tunnellvision2 · Dec 22, 2022                   ⌀ ⋯
Still creating RIPPLES Ryan. Well done.

💬   🔁   ♡   📊 12   🔖 ↥

**CityGirl75219** @girl75219 · Dec 22, 2022              ⌀ ⋯
Good on you.

💬   🔁   ♡   📊 16   🔖 ↥

**Nadine** 🇨🇦 **Long Covid Awar...** @NS_Beac... · Dec 22, 2022  ⌀ ⋯
Beautiful people and beautiful gesture!!

💬   🔁   ♡   📊 29   🔖 ↥

**alter ego** @altereg45631679 · Dec 22, 2022           ⌀ ⋯
it's a nice thing that you said" Blake and I.." 🌹

💬   🔁   ♡   📊 18   🔖 ↥

**Jay Durant** @durantjay37 · Dec 22, 2022                 ⌀ ⋯
Proud of you brother!! You and Blake keep up the great work!! A wonderful man from a wonderful city!! So glad you're doing this @VancityReynolds
 I really appreciate you two !!!!

💬   🔁   ♡   📊 32   🔖 ↥

**TheMapleTruth** @CynFarmGirl · Dec 22, 2022         ⌀ ⋯
ppl above the 30k a yr mark are starving, but that is the cutoff for qualifying for foodbank use. If you are working middle class in Canada, the government takes 51.4% of your paycheck. ppl who earn 80k a year can not even afford necessities anymore.

💬   🔁   ♡   📊 10   🔖 ↥

Ⓟ **Paige Vaugn**       ⋯
   @PVaugn34976

**Sandie MacDonald** @mac_sandie · Dec 22, 2022     ⌀ ⋯
You are the very best of what it means to be Canadian 🇨🇦 Wishing

**Relevant people**

**Ryan Reynolds** ✓
@VancityReynolds              **Follow**
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**Greater Vancouve...**
@VanFoodBank                  **Follow**
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

**What's happening**

**MICHAEL**                           ⋯
In Theaters & IMAX April 24
▶ Promoted by Michael

Only on X · Trending                  ⋯
**Good Wednesday**

Technology · Trending                 ⋯
**Sora**

Trending in United States             ⋯
**#edelmainnet**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More···  © 2026 X Corp.

⌀

💬

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- X Premium **50% off**
- Profile
- More

**Post**

**Paige Vaugn**
@PVaugn34976

← **Post**                                              Q Search

**TheMapleTruth** @CynFarmGirl · Dec 22, 2022
ppl above the 30k a yr mark are starving, but that is the cutoff for qualifying for foodbank use. If you are working middle class in Canada, the government takes 51.4% of your paycheck. ppl who earn 80k a year can not even afford necessities anymore.
💬    ⟲    ♡    ‖ 10    🔖 ↥

**Sandie MacDonald** @mac_sandie · Dec 22, 2022
You are the very best of what it means to be Canadian 🇨🇦Wishing the very best for your family this holiday season.
💬    ⟲    ♡    ‖ 46    🔖 ↥

**Dominique Campbell** @dominiquereborn · Dec 22, 2022
Beautiful ❤️
💬    ⟲    ♡    ‖ 11    🔖 ↥

**Frost Group** @FrostGroup1 · Dec 22, 2022
You and Keanu constantly setting a standard for all Canadians to live up to.
💬    ⟲    ♡    ‖ 24    🔖 ↥

**Marci Hamilton** @MarciHa99886425 · Dec 22, 2022
Wow How fantastic 😊
Thank God for food banks Especially now
With the cost of absolutely everything skyrocketing
I unfortunately find myself in desperate need I have hurt my back and can't work
And I'm struggling to make up my rent moneyNevermind Christmas 😟 but I got food
💬    ⟲    ♡    ‖ 109    🔖 ↥

**Susana Marentes** @Susan0862 · Dec 22, 2022
Tienen un gran corazón bendiciones!!❤️❤️
💬    ⟲    ♡    ‖ 22    🔖 ↥

**Wendy** 💚🇨🇦 @wendywhowanders · Dec 22, 2022
You're such a Canadian!! Blake too! Love ❤️ that you both have strong values and give back. I'm in Edmonton so shout out for the @yegfoodbank and hoping that those that can donate this year will. ❤️❤️
💬    ⟲    ♡    ‖ 168    🔖 ↥

**Melfinious Bin** @melfinious · Dec 22, 2022
Beautiful inside and out. You guys make me sick. In the best way possible. 😍😍
💬    ⟲    ♡    ‖ 42    🔖 ↥

**Rich Gallagher** @richnee6216 · Dec 22, 2022
Good Dude
💬    ⟲    ♡    ‖ 12    🔖 ↥

**hapikoala** @hapikoala · Dec 22, 2022
Weren't you going to tumblr, o hypocrite
💬    ⟲    ♡    ‖ 27    🔖 ↥

**Joseph Smith** @rockywines2020 · Dec 22, 2022
Ryan, $25,000 is pocket change at this time of year for some people. Maybe $100,000 grand will add some real need that @VanFoodBank really needs.. fyi.. it's tax season.)
💬    ⟲    ♡    ‖ 3    🔖 ↥

**Francis B Glennon III** @topwatch87 · Dec 22, 2022
Thank you

### Relevant people

**Ryan Reynolds** ✓
@VancityReynolds                    [Follow]
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**Greater Vancouve...**
@VanFoodBank                        [Follow]
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

### What's happening

**MICHAEL**                                    ...
In Theaters & IMAX April 24
▶ Promoted by Michael

Only on X · Trending                           ...
**Good Wednesday**

Technology · Trending                          ...
**Sora**

Trending in United States                      ...
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium  50% off

Profile

More

**Post**

← **Post**

🔍 Search

**Joseph Smith** @rockywines2020 · Dec 22, 2022
Ryan, $25,000 is pocket change at this time of year for some people. Maybe $100,000 grand will add some real need that @VanFoodBank really needs.. fyi.. it's tax season.)
💬     🔁     ♡     ᵢₗᵢ 3     🔖 ⬆

**Francis B Glennon III** @topwatch87 · Dec 22, 2022
Thank you
💬     🔁     ♡     ᵢₗᵢ 4     🔖 ⬆

**Nine O'Clock Gun Goods** @nineoclockgun · Dec 22, 2022
Love it! Let's goooo vancouver
💬     🔁     ♡     ᵢₗᵢ 214     🔖 ⬆

**Chris Durant** @ChrisDurant7 · Dec 22, 2022
❤️
💬     🔁     ♡     ᵢₗᵢ 4     🔖 ⬆

**Thomas Springer** @mylifeajourney · Dec 22, 2022
Good job buddy. Thanks and keep it up
💬     🔁     ♡     ᵢₗᵢ 22     🔖 ⬆

**sonicboom** @sonicbo15028738 · Dec 22, 2022
More power to you and @blakelively . You are an amazing couple.God bless you both 🙏🙏🙏❤️
💬     🔁     ♡     ᵢₗᵢ 112     🔖 ⬆

**OnTheStoop w/Lølø ...** @OnTheStoopL... · Dec 22, 2022
Amazing
💬     🔁     ♡     ᵢₗᵢ 105     🔖 ⬆

**toni kalen** @tonikalen · Dec 22, 2022
Just donated!
💬     🔁     ♡     ᵢₗᵢ 62     🔖 ⬆

**Animal** @Jaymibang · Dec 22, 2022
This is how Bry I am
💬     🔁     ♡     ᵢₗᵢ 28     🔖 ⬆

**บุญพา เอี่ยมสอาด** @buyphaxeiymsxa1 · Dec 22, 2022
Sorry thank you
💬     🔁     ♡     ᵢₗᵢ 61     🔖 ⬆

**GreezyDee** @DannyBoy8238 · Dec 22, 2022
Then buy the Sens ans support all those baby Sens fans.
💬     🔁     ♡     ᵢₗᵢ 37     🔖 ⬆

**Cheryl D** @TalaLindsay · Dec 22, 2022
That's fabulous! Thank you!
💬     🔁     ♡     ᵢₗᵢ 61     🔖 ⬆

**rickd** @rick_das · Dec 21, 2022
thanks for skipping surrey there...
💬     🔁     ♡     ᵢₗᵢ 126     🔖 ⬆

**Guru** @QuotableGuru · Dec 21, 2022
We're so glad you're supporting babies in need! Every little bit helps, and we're happy to match your donation.
💬     🔁     ♡     ᵢₗᵢ 55     🔖 ⬆

**Relevant people**

**Ryan Reynolds** ✓  [Follow]
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**Greater Vancouve...**  [Follow]
@VanFoodBank
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

**What's happening**

**MICHAEL**          ···
In Theaters & IMAX April 24
▶ Promoted by Michael

Only on X · Trending          ···
**Good Wednesday**

Technology · Trending          ···
**Sora**

Trending in United States          ···
**#edelmainnet**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More···  © 2026 X Corp.

P  **Paige Vaugn**  ···
@PVaugn34976

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you...
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

𝕏

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

𝕏 Premium **50% off**

Profile

More

**Post**

← **Post**

thanks for skipping surrey there...

126

**Guru** @QuotableGuru · Dec 21, 2022
We're so glad you're supporting babies in need! Every little bit helps, and we're happy to match your donation.

55

**Joanna2022** @Joanna20222 · Dec 22, 2022
You're the best! ❤️ ❤️ ❤️ ❤️



▶ GIF **MERRY CHRISTMAS**

♡ 1      22

**Harry Fischer** @HarryFi92263018 · Dec 21, 2022
You guys are awesome!

♡ 1      21

**Christina Kunneke** ✓ @AMCKunneke · Dec 22, 2022
There is systematic deprivation of babies going on in this country. Baby formula is extremely scarce, some brands for the most vulnerable and allergic are not available at all. Pain and fever meds are nowhere to be found. The Liberal gov. has an agenda against babies.

16

**The Soltesz** @TheSoltesz · Jan 1, 2023
You guys are a treasure

6

**Generation Health** @generationme22 · Dec 23, 2022
@VancityReynolds you're Gods greatest gift. Never stop.

4

**Anton** @DominusAnton · Dec 23, 2022
im not buying this humanitarian bs. This is fake and ghey. this is not genuine. none of it. i suspect this is all a scam.

28

**wpg_crank** @CrankWpg · Dec 22, 2022
Not possible that there are babies without basic needs being met. BC has an NDP government!!

9

**Andy** @andygrande · Dec 22, 2022
no mask Ryan but covid bro lol

9

**JacobEvans75** @jacob_evans75 · Dec 22, 2022

**P** **Paige Vaugn** @PVaugn34976 ···

Q Search

**Relevant people**

**Ryan Reynolds** ✓
@VancityReynolds     **Follow**
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**Greater Vancouve...**
@VanFoodBank     **Follow**
Providing healthy food to those in need. With every dollar you donate, we can double your dollars to buy even more. To find food, please visit the link below.

**What's happening**

**MICHAEL** ···
In Theaters & IMAX April 24
📧 Promoted by Michael

Only on X · Trending ···
**Good Wednesday**

Technology · Trending ···
**Sora**

Trending in United States ···
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads Info | More··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium  50% off

Profile

More

**Post**

← Post

Q Search

be has an NDP government::

💬     ⟲     ♡     ╷╷╷ 9     🔖 ⬆

**Andy** @andygrande · Dec 22, 2022     ∅ ···
no mask Ryan but covid bro lol

💬     ⟲     ♡     ╷╷╷ 9     🔖 ⬆

**JacobEvans75** @jacob_evans75 · Dec 22, 2022     ∅ ···
Thanks Ryan...from Vancouver Island. 😊

💬     ⟲     ♡     ╷╷╷ 39     🔖 ⬆

**pinkitoo2** @pinkitoo21 · Dec 22, 2022     ∅ ···
You are both so kind! THANKS FOR MY CHRISTMAS CARD! My family
sends blessings and love thru the holidays and year to come!

💬     ⟲     ♡     ╷╷╷ 10     🔖 ⬆

**Probable spam**

**Florida Skunkape** @wjpitts1968 · Dec 22, 2022     ∅ ···
Good job!

💬     ⟲     ♡ 1     ╷╷╷ 35     🔖 ⬆

**Jeff Conine** @conine_jeff · Dec 31, 2022     ∅ ···
gofund.me/a0b39204

💬     ⟲     ♡     ╷╷╷ 5     🔖 ⬆

**chronosschiron2** @chronosschiron3 · Dec 22, 2022     ∅ ···
deadpool cat approves

💬     ⟲     ♡     ╷╷╷ 2     🔖 ⬆

**Jake Lionlight** @JLionlight · Dec 22, 2022     ∅ ···
End abortion in Canada!

Do you support the pro life movement, Ryan?

💬     ⟲     ♡     ╷╷╷ 6     🔖 ⬆

**ghost seeker XIII** @ghostseeker120 · Dec 22, 2022     ∅ ···
Please be ready for the rapture Mt visions and alerts from God are
becoming frequent now even as I tweet this remember the gossiple
is the key to heaven

**Relevant people**

**Ryan Reynolds** ✓     Follow
@VancityReynolds
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**Greater Vancouve...**     Follow
@VanFoodBank
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

**What's happening**

**MICHAEL**     ···
In Theaters & IMAX April 24
▶ Promoted by Michael

Only on X · Trending     ···
**Good Wednesday**

Technology · Trending     ···
**Sora**

Trending in United States     ···
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.

**Paige Vaugn**     ···
@PVaugn34976

Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you...
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT     Page 12

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium **50% off**

Profile

More

**Post**

← **Post**

Q Search

End abortion in Canada!

Do you support the pro life movement, Ryan?

♡ ↻ ♡ ᴵᏜᴵ 6 🔖 ↥

**ghost seeker XIII** @ghostseeker120 · Dec 22, 2022
Please be ready for the rapture Mt visions and alerts from God are
becoming frequent now even as I tweet this remember the gossiple
is the key to heaven

♡ ↻ ♡ ᴵᏜᴵ 16 🔖 ↥

**clubpatel** @aricxnt · Dec 22, 2022
gofund.me/c5c21522 pls help my cat got into a fight with a stray
and broke some bones and now needs surgery, and I really can't
afford it

♡ ↻ ♡ ᴵᏜᴵ 7 🔖 ↥

**Eva shawn** @Evashawn5 · Dec 22, 2022
Hi are you looking for a website designer for your Business or Online
store then,

Please have a look on my profile for (Promotional purpose)
fiverr.com/share/Ao4daP

♡ ↻ ♡ ᴵᏜᴵ 45 🔖 ↥

**Ethandiddles** @ethandiddles · Dec 21, 2022
Murry crimis

♡ ↻ ♡ ᴵᏜᴵ 40 🔖 ↥

**Relevant people**

**Ryan Reynolds** ✓
@VancityReynolds
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**Follow**

**Greater Vancouve...**
@VanFoodBank
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

**Follow**

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
▣ Promoted by Michael

Only on X · Trending
**Good Wednesday**

Technology · Trending
**Sora**

Trending in United States
**#edelmainnet**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.

P **Paige Vaugn** ···
@PVaugn34976




X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

**Ethandiddles** @ethandiddles · Dec 21, 2022
Murry crimis

💬        🔁        ♡        📊 40        🔖 ⬆

**Relevant people**

**Ryan Reynolds** ✓        Follow
@VancityReynolds
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**Greater Vancouve...**        Follow
@VanFoodBank
Providing healthy food to those in
need. With every dollar you
donate, we can double your dollars
to buy even more. To find food,
please visit the link below.

**What's happening**

**MICHAEL**        ...
In Theaters & IMAX April 24
📽 Promoted by Michael

Only on X · Trending        ...
**Good Wednesday**

Technology · Trending        ...
**Sora**

Trending in United States        ...
**#edelmainnet**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More...   © 2026 X Corp.



Paige Vaugn
@PVaugn34976        ...



Document title: (1) Ryan Reynolds on X: &quot;Blake and I are thrilled to support @VanFoodBank. So many babies without basic needs being met right now. If you...
Capture URL: https://x.com/VancityReynolds/status/1605704400760102914?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 11:14:13 GMT

201