# PTX-113

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium  **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

**Ryan Reynolds** ✓
@VancityReynolds

Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the @TheCdnAcademy, surrounded by some of the most innovative Canadian artists and trailblazers. Not a bad day. Not bad at all.

2:21 AM · Apr 15, 2023 · **2.2M** Views

💬 215          🔁 443          ♡ 11K          🔖 25          ⬆️

Relevant ⌄                                        View quotes >

(P) **Post your reply**                                        **Reply**

**SickKids Foundation** @sickkids · Apr 15, 2023
We 💙 you Ryan! Thank you for the visit & for all that you do for @SickKidsNews! 📫✨ It was such a magical and memorable day for us. ❤️
💬 1          🔁 5          ♡ 45          📊 5.9K          🔖 ⬆️

**Joel Telling - 3D Printing Ne...** ✓ @joelte... · Apr 15, 2023
You're good people, dude.
💬 2          🔁          ♡ 14          📊 6.6K          🔖 ⬆️

**Cory Bowles** @corybowles · Apr 15, 2023
Your speech was pretty inspiring. Congrats!
💬 1          🔁 1          ♡ 9          📊 7.7K          🔖 ⬆️

**Dr. Doris Grinspun** 🇨🇦 **RN, Ph...** ✓ @Dor... · Apr 15, 2023
Congratulations 👏🎉 and THANKS for being awesome ❤️
💬 1          🔁          ♡ 6          📊 1.1K          🔖 ⬆️

**Brian J. Esposito** ✓ @brianjesposito · Apr 15, 2023
Keep up the rock star work my man!
💬          🔁          ♡ 3          📊 3.8K          🔖 ⬆️

**Jem** @jem · Apr 15, 2023
❤️❤️❤️
💬 1          🔁          ♡ 2          📊 4K          🔖 ⬆️

**Famke Janssen & X-Men fans** @FamkeFans · Apr 15, 2023
Reynold please! Bring back The Xmen original Cast in #Deadpool3



(P) **Paige Vaugn**  ...
@PVaugn34976

**Relevant people**

**Ryan Reynolds** ✓          **Follow**
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...**          **Follow**
@sickkids
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

**What's happening**

**MICHAEL**          ...
In Theaters & IMAX April 24
📢 Promoted by Michael

Politics · Trending          ...
**#TrumpVotesByMail**

Technology · Trending          ...
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending          ...
**Usher**
Trending with Diddy

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More...  |  © 2026 X Corp.

Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the...
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT          203          Page 1

# X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium **50% off**

Profile

More

**Post**

← **Post**

Q Search

**Famke Janssen & X-Men fans** @FamkeFans · Apr 15, 2023
Reynold please! Bring back The Xmen original Cast in #Deadpool3



💬 4      🔁 6      ♡ 48      ᴉ❘❘ 1.9K      🔖 ⬆

**Jeremy Potvin** @jeremypotvin · Apr 15, 2023
Congrats! One hell of a Canadian, you are. 🤝🤝🤝

💬      🔁      ♡ 26      ᴉ❘❘ 3.7K      🔖 ⬆

**cmacs** @Leafer1 · Apr 15, 2023
Oh boy we love that you are part of the fabric of Canada, Ryan

▶ GIF

💬      🔁 1      ♡ 25      ᴉ❘❘ 980      🔖 ⬆

**Lisa Lisson** ✓ @LisaSLisson · Apr 16, 2023
The successful people I admire the most are the ones who remain
humble, never forget where they came from and are always giving
back to help others. You have this in spades, Ryan. Thank you for
being you. 💙

💬 5      🔁      ♡ 19      ᴉ❘❘ 3.8K      🔖 ⬆

**Kennedy Ryan Reynolds f...**  @ilyryanrey... · Apr 15, 2023
🐶 Fan account
The Humanitarian award couldn't go to anyone better you deserve
this so much! Congratulations and thank you for all that you do👐🙌

💬      🔁      ♡ 14      ᴉ❘❘ 1.6K      🔖 ⬆

**Richard Lewis** ✓ @DrRichardHLewis · Apr 15, 2023

**Paige Vaugn**
@PVaugn34976

## Relevant people

**Ryan Reynolds** ✓
@VancityReynolds         **Follow**
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**SickKids Foundati...**
@sickkids               **Follow**
We support The Hospital for Sick
Children @sickkidsnews in Toronto,
Canada. Donate for SickKids 150th
and fight for every birthday.
#SickKids150 #SickKidsVS

## What's happening

**MICHAEL**                          ...
In Theaters & IMAX April 24
▶ Promoted by Michael

Politics · Trending               ...
**#TrumpVotesByMail**

Technology · Trending             ...
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending                  ...
**Usher**
Trending with Diddy

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More···  © 2026 X Corp.

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium **50% off**
- Profile
- More

**Post**

← **Post**

Q Search

The Humanitarian award couldn't go to anyone better you deserve this so much! Congratulations and thank you for all that you do👏🙌

💬    🔁    ♡ 14    ᴵᎥᎥ 1.6K    🔖 ⬆

**Richard Lewis** ✔ @DrRichardHLewis · Apr 15, 2023    ⌀ ···
Keep up the good work, Ryan! Now would you please buy the Canucks?

💬    🔁 1    ♡ 12    ᴵᎥᎥ 2.7K    🔖 ⬆

**Greg Polinchuk** @GregP26 · Apr 15, 2023    ⌀ ···
Nobody's perfect but thank you always for how you carry yourself in this world. You make it easy for Canadians to be proud to be your fellow citizens and to follow your examples of friendliness, empathy, and curiosity of others.

💬    🔁 1    ♡ 11    ᴵᎥᎥ 744    🔖 ⬆

**Joan**🇨🇦 @chargebat · Apr 15, 2023    ⌀ ···
Thank you Ryan for everything  you do to support SickKids, an incredible organization dedicated to improving the health of children.

💬    🔁    ♡ 11    ᴵᎥᎥ 1.4K    🔖 ⬆

**zoom.ryanreynolds** @zoomreynolds · Apr 15, 2023    ⌀ ···
Humanity has so much to learn from this incredible and generous man. Following his example is a blessing for all. Congratulations Ryan. Your strength and the determination you show shows us that there is still humanity somewhere in this world 💛❤💚

💬    🔁 1    ♡ 6    ᴵᎥᎥ 560    🔖 ⬆

**FLSTC10**🇨🇦 @FLSTC10 · Apr 15, 2023    ⌀ ···
A lot of celebrities write cheques (which is good). But you and @blakelively write cheques AND SHOW UP! Outstanding. And yeah, Sick Kids is an amazing, fantastic hospital.

💬    🔁    ♡ 5    ᴵᎥᎥ 138    🔖 ⬆

**Tom Wagmi** ✔ @TomWagmi · Apr 15, 2023    ⌀ ···
I don't know why you're such a good person, but I'm glad you are.

💬    🔁    ♡ 3    ᴵᎥᎥ 2.1K    🔖 ⬆

**Karen Bruce** 🇨🇦🏴󠁧󠁢󠁳󠁣󠁴󠁿 @kbruce237 · Apr 15, 2023    ⌀ ···
Congratulations!! So well deserved receiving the Humanitarian Award for all you do! 😘





**Paige Vaugn** ···
@PVaugn34976

## Relevant people

 **Ryan Reynolds** ✔    **Follow**
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...** ✔    **Follow**
@sickkids
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

## What's happening

**MICHAEL**
In Theaters & IMAX April 24
▣ Promoted by Michael

Politics · Trending    ···
**#TrumpVotesByMail**

Technology · Trending    ···
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending    ···
**Usher**
Trending with Diddy

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· © 2026 X Corp.



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT                    Page 4



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT                                    Page 5



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the...
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the...
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT

**X**

- Home
- Explore
- Notifications (1)
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium **50% off**
- Profile
- More

**Post**

← **Post**

Q Search

💬    🔁    ♡    📊 114    🔖 ⬆️

**Angela D. Garvin** @AngelaGarvin · Apr 15, 2023
Not a bad guy at all.  <3
Here's hoping the world follows the example...no matter the direction they're traveling.

💬    🔁    ♡    📊 119    🔖 ⬆️

**Anrich Muller** @AnrichM · Apr 15, 2023
How are you so good ? Like you are an inspiration to the rest of us 🤛 not gonna lie tho you are my favourite human being of all time , fuck the rest 🤣 no offense right

💬    🔁    ♡    📊 17    🔖 ⬆️

**✨DiscoWizard🪩She/Her🏳️‍⚧️ #Be...** @Dis... · Apr 15, 2023 🎉🎉

💬    🔁    ♡    📊 49    🔖 ⬆️

**Adam Sanchez** @WinkyWooWoo · Apr 15, 2023

THANK
▌▌ GIF YOU

💬    🔁    ♡    📊 21    🔖 ⬆️

**Misti Murray** @jujodami · Apr 15, 2023
Genuine humble Canadian right there. Proud to be Canadian 🇨🇦

💬    🔁    ♡    📊 52    🔖 ⬆️

**Teacher's Fret** @FretfulTeacher · Apr 15, 2023
I don't care what Hugh Jackman says. You're all heart, Ryan.

💬    🔁    ♡    📊 72    🔖 ⬆️

**Jheens** @Jheens5 · Apr 15, 2023
Congratulations Ryan, I'm really proud of u, you did a great job and I can't wait see with u, love u💛🙌

💬    🔁    ♡    📊 122    🔖 ⬆️

**Barbara** @Barbara12689822 · Apr 15, 2023
You're s wonderful inspiration and a great person Ryam.. 💕

💬    🔁    ♡    📊 28    🔖 ⬆️

**Hingle McKringleberry** @KevDub0705 · Apr 15, 2023
You're the total package! Well done, sir!

💬    🔁    ♡    📊 90    🔖 ⬆️

**Heather McDonald** @HGC4 · Apr 15, 2023
Congrats, a spectacular day, well deserved, thanks for always giving back!

💬    🔁    ♡    📊 209    🔖 ⬆️

**Vivian from Michigan** @ViviansVisions · Apr 15, 2023

**P Paige Vaugn** @PVaugn34976 ...

**Relevant people**

**Ryan Reynolds** ✓ @VancityReynolds    Follow
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...** @sickkids    Follow
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
▶ Promoted by Michael

Politics · Trending
**#TrumpVotesByMail**

Technology · Trending
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the...

Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20

Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT

213

Page 11

𝕏

Home

Explore

Notifications 1

Follow

Chat

Grok

Bookmarks

Creator Studio

𝕏 Premium **50% off**

Profile

More

**Post**

← **Post**

🔍 Search

💬 · · 🔁 · · ♡ · · ᓭ 165 · · 🔖 ⬆

macklin @dwyermacklin · Apr 15, 2023
🦠 Parody account
🖤🖤🖤

💬 · · 🔁 · · ♡ · · ᓭ 84 · · 🔖 ⬆

**Ross Armit** @Rosko220884 · Apr 15, 2023
You are an amazing human being... we need more people like you in the world 💯 much respect 🙏

💬 · · 🔁 · · ♡ · · ᓭ 73 · · 🔖 ⬆

**Janice Sandford** @sandfordjanice1 · Apr 15, 2023
Amazing.xx

💬 · · 🔁 · · ♡ · · ᓭ 88 · · 🔖 ⬆

**whathappened** @moeseoud · Apr 15, 2023
You sir are a rock star!

💬 · · 🔁 · · ♡ · · ᓭ 41 · · 🔖 ⬆

**M** 🎧 @mimisen25 · Apr 15, 2023
You're doing a good thing, Ryan.

💬 · · 🔁 · · ♡ · · ᓭ 196 · · 🔖 ⬆

**Dan** @Dan_9040 · Apr 15, 2023
Top man Ry!

💬 · · 🔁 · · ♡ · · ᓭ 156 · · 🔖 ⬆

**Prestina p. Tate** @PrestinaP · Apr 15, 2023
Thank-you 4 sharing this me andvthe fans around the world 🌎 Ryan I didn't even know that were involved with organization.
Bravo man this so beautifully cool.👊 There's nothing like the look on a child's face to remind us life is short & that we should ALL do what we can2help😊

▶ GIF

💬 · · 🔁 · · ♡ · · ᓭ 20 · · 🔖 ⬆

**MayorMcCheese** @DrMcCheese · Apr 15, 2023
👊

💬 · · 🔁 · · ♡ · · ᓭ 83 · · 🔖 ⬆

**amerie's attic** @AmeriesAttic · Apr 15, 2023
please don't ever stop being a good man. 💖

Ⓟ **Paige Vaugn**
@PVaugn34976 · · ·

**Relevant people**

**Ryan Reynolds** ✓   [Follow]
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...**   [Follow]
@sickkids
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday.
#SickKids150 #SickKidsVS

**What's happening**

**MICHAEL**
In Theaters & IMAX April 24
▶ Promoted by Michael

Politics · Trending   · · ·
**#TrumpVotesByMail**

Technology · Trending   · · ·
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending   · · ·
**Usher**
Trending with Diddy

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· © 2026 X Corp.



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT                    Page 13



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT

← **Post**

Van Wilder baby!

💬      ↻      ♡      📊 205      🔖 ⬆️

**Jaylinex** @jaylinex · Apr 15, 2023
Hey, thanks for doing great things for the unfortunate.

💬      ↻      ♡      📊 103      🔖 ⬆️

**Sheila Felder** @SheilaFelder3 · Apr 15, 2023
A great organization & also some great times with talented artist!

💬      ↻      ♡      📊 297      🔖 ⬆️

**emma 🔥 (showgirl version)** @shookswiftie · Apr 15, 2023
Well deserved 🥰

💬      ↻      ♡      📊 245      🔖 ⬆️

**Mike** @vidae01 · Apr 15, 2023
Sounds great. I just hit Infinite in Marvel Snap using a Deadpool deck.

💬      ↻      ♡      📊 862      🔖 ⬆️

**Chaos101** @BigGazz101 · Apr 15, 2023
They got you to, fcuk them, you rock.

💬      ↻      ♡      📊 26      🔖 ⬆️

**Chrissy P 🎌🎌🎌🎌** @Christi45832297 · Apr 15, 2023

GIF

💬      ↻      ♡      📊 77      🔖 ⬆️

**Kold Ass Honkey** @VD0E · Apr 15, 2023
Good days are good

💬      ↻      ♡      📊 67      🔖 ⬆️

**Greg Flowers** @flowersga · Apr 15, 2023
👍

💬      ↻      ♡      📊 175      🔖 ⬆️

**David Goyo** @DavidsGoyo · Apr 15, 2023
👍

💬      ↻      ♡      📊 833      🔖 ⬆️

**S(te)ven** @blumpth · Apr 15, 2023
Love that vest

💬      ↻      ♡      📊 526      🔖 ⬆️

**emma 🔥 (showgirl version)** @shookswiftie · Apr 15, 2023

---

X

🏠 Home
🔍 Explore
🔔 Notifications
👥 Follow
✉️ Chat
Grok
🔖 Bookmarks
🚀 Creator Studio
✖️ Premium  **50% off**
👤 Profile
⋯ More

**Post**

P **Paige Vaugn**  ⋯
@PVaugn34976

---

🔍 Search

**Relevant people**

**Ryan Reynolds** ✓  [Follow]
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...**  [Follow]
@sickkids
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

**What's happening**

MICHAEL      ⋯
In Theaters & IMAX April 24
📽️ Promoted by Michael

Politics · Trending      ⋯
**#TrumpVotesByMail**

Technology · Trending      ⋯
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending      ⋯
**Usher**
Trending with Diddy

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More⋯ © 2026 X Corp.

# X

- Home
- Explore
- Notifications ①
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- X Premium **50% off**
- Profile
- More

**Post**

← **Post**

🔍 Search

---

**S(te)ven** @blumpth · Apr 15, 2023    ⌀ ···
Love that vest

💬    🔁    ♡    📊 526    🔖 ⬆

**emma 🌶 (showgirl version)** @shookswiftie · Apr 15, 2023    ⌀ ···
Congratulations 🥺

💬    🔁    ♡    📊 373    🔖 ⬆

**🔆 Que Sera Sera** @_AlexLovesLife · Apr 15, 2023    ⌀ ···
❤❤❤❤

💬    🔁    ♡    📊 213    🔖 ⬆

**Ranjha** @Chelsea_FC369 · Apr 29, 2023    ⌀ ···
I am watching u.. lad.

▶ GIF

💬    🔁 1    ♡ 1    📊 12    🔖 ⬆

**Cedric Dufour** @CedricsHome · Apr 15, 2023    ⌀ ···
Ryan, you're an absolute monster! Ur care and awareness of others is just. No words. UR an amazing person. We do not expect anything from you just so you know. But you keep proving us the world need more of people like you. You and Blake are what we need. You make us feel good ❤

💬    🔁    ♡ 2    📊 36    🔖 ⬆

**Marlene Goncalves** @Marlene65585601 · Apr 18, 2023    ⌀ ···
💐💐💐💐💐💐

▶



**Paige Vaugn**
@PVaugn34976    ···

---

### Relevant people

**Ryan Reynolds** ✓    [Follow]
@VancityReynolds
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...**    [Follow]
@sickkids
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

### What's happening

**MICHAEL**    ···
In Theaters & IMAX April 24
🎬 Promoted by Michael

Politics · Trending    ···
**#TrumpVotesByMail**

Technology · Trending    ···
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending    ···
**Usher**
Trending with Diddy

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.



Document title: (1) Ryan Reynolds on X: &quot;Started the day at @sickkids (one of the greatest organizations on the planet) and finished the day with the…
Capture URL: https://x.com/VancityReynolds/status/1647062535600848897?s=20
Capture timestamp (UTC): Wed, 25 Mar 2026 18:53:06 GMT

## Navigation Sidebar

𝕏

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium **50% off**
- Profile
- More

**Post**

## Main Content

← **Post**



💬   ⟳   ♡ 1   📊 13   🔖 ⬆

**Titter** ✓ @Titter90870276 · Apr 15, 2023
Jak to jest być dobrym człowiekiem Ryan?

💬   ⟳   ♡   📊 8   🔖 ⬆

**peltier daisy** @PeltierDaisy · Apr 19, 2023
instagram.com/reel/Cq6ODv3of...

💬   ⟳   ♡   📊 9   🔖 ⬆

**The Handler** @Thenaturalman3 · Apr 17, 2023
Did you also promote the vaccine to these kids ••

💬   ⟳   ♡   📊 21   🔖 ⬆

**Muhammad Shahzaib** @ceo_shahzaib · Apr 16, 2023
you are best.
please cast me in your next movie.

💬   ⟳   ♡   📊 2   🔖 ⬆

**Dr. Justice (Formerly John F.)** @FoothJohn · Apr 15, 2023
Annnnd, with face diapers on their faces which DO NOT prevent
Sars/Covid viruses.  Next time you go to the store, look at the back
of the box.  And they're lowering their immune systems which
ensures they'll be sick in the future.

💬   ⟳   ♡   📊 14   🔖 ⬆

**Mary McMahon Dockham** @marydockham · Apr 15, 2023
Thank you Ryan.  God bless you for all the good you are doing.

💬   ⟳   ♡   📊 8   🔖 ⬆

Show probable spam

## Right Sidebar

🔍 Search

**Relevant people**

**Ryan Reynolds** ✓   **Follow**
@VancityReynolds
owner: @aviationgin - @MintMobile
- @maximumeffort -
@Wrexham_AFC

**SickKids Foundati...**   **Follow**
@sickkids
We support The Hospital for Sick
Children @sickkidsnews in Toronto,
Canada. Donate for SickKids 150th
and fight for every birthday.
#SickKids150 #SickKidsVS

**What's happening**

**MICHAEL**   ···
In Theaters & IMAX April 24
▣ Promoted by Michael

Politics · Trending   ···
**#TrumpVotesByMail**

Technology · Trending   ···
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending   ···
**Usher**
Trending with Diddy

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More···  © 2026 X Corp.

## Bottom

**P** **Paige Vaugn**   ···
@PVaugn34976



← **Post**

**Search**

**Home**

**Explore**

**Notifications**

**Follow**

**Chat**

**Grok**

**Bookmarks**

**Creator Studio**

**Premium** 50% off

**Profile**

**More**

**Post**

Show probable spam

### Relevant people

**Ryan Reynolds** ✓
@VancityReynolds
**Follow**
owner: @aviationgin - @MintMobile - @maximumeffort - @Wrexham_AFC

**SickKids Foundati...**
@sickkids
**Follow**
We support The Hospital for Sick Children @sickkidsnews in Toronto, Canada. Donate for SickKids 150th and fight for every birthday. #SickKids150 #SickKidsVS

### What's happening

**MICHAEL**
In Theaters & IMAX April 24
▶ Promoted by Michael

Politics · Trending
**#TrumpVotesByMail**

Technology · Trending
**Meta and YouTube**
Trending with Zuckerberg

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More···  © 2026 X Corp.

**P** **Paige Vaugn** ···
@PVaugn34976




# PTX-158

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 57 | Date Range: 5/23/2023 - 5/24/2023 |

### Outline of Conversations



**BL-FullMessages-0031228** · 57 messages between 5/23/2023 - 5/24/2023 · Liz Plank <█████████> · ?B? <█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **BL-FullMessages-0031228**

| | | |
|---|---|---|
| # | **?B? <+**████████**>**<br>You in any? | ◄ 5/23/2023, 11:21 PM |
| # | **?B? <**████████**>**<br>NY? | ◄ 5/23/2023, 11:21 PM |
| LP | **Liz Plank <**████████**>**<br>sorry just getting out of dinner i'm in LA! | ► 5/23/2023, 11:55 PM |
| LP | **Liz Plank <**████████**>**<br>was just thinking about you. how's your heart! | ► 5/23/2023, 11:55 PM |
| # | **?B? <**████████**>**<br>Noo did you move there?!? | ◄ 5/23/2023, 11:56 PM |
| # | **?B? <**████████**>**<br>Sophia told me today you were | ◄ 5/23/2023, 11:56 PM |
| LP | **Liz Plank <**████████**>**<br>yes i did move for this armchair show i'm launching but i'll be back in nyc all the time! | ► 5/24/2023, 12:03 AM |
| LP | **Liz Plank <**████████**>**<br>i just moved last week it's all new | ► 5/24/2023, 12:03 AM |
| LP | **Liz Plank <**████████**>**<br>how are you i hope things are easier for you can i support you in any way? | ► 5/24/2023, 12:04 AM |
| # | **?B? <**████████**>**<br>Congratulations! | ◄ 5/24/2023, 12:07 AM |
| # | **?B? <**████████**>**<br>Sad for Ny and us to lose you | ◄ 5/24/2023, 12:08 AM |
| # | **?B? <**████████**>**<br>I was gonna invite you to set tomorrow. | ◄ 5/24/2023, 12:08 AM |
| # | **?B? <+**████████**>**<br>These people. | ◄ 5/24/2023, 12:08 AM |
| # | **?B? <+**████████**>**<br>Whoa | ◄ 5/24/2023, 12:08 AM |
| LP | **Liz Plank <+**████████**>**<br>oh man i would have loved to | ► 5/24/2023, 12:12 AM |
| LP | **Liz Plank <+**████████**>**<br>you need your people | ► 5/24/2023, 12:12 AM |
| LP | **Liz Plank <+**████████**>**<br>based on what you've told me it sounds so nuts i'm so sorry you have to deal with it. | ► 5/24/2023, 12:13 AM |

ATTORNEYS' EYES ONLY
BL-000021654

| # | ?B? < ███ > | ◄ 5/24/2023, 12:15 AM |
|---|---|---|

It's like HR nuts today

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:16 AM |
|---|---|---|

The both of them

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:16 AM |
|---|---|---|

I wasn't expecting that turn

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:16 AM |
|---|---|---|

I mean it's been present but today I came home and cried

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:18 AM |
|---|---|---|

R is outta town or I would drag him to set w me tomorrow. Bc you called it. I need my people. The next most intimidating person to them and grounding to me is you. 🙂 you lucky duck. You got outta my sos set visit plea

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:20 AM |
|---|---|---|

what?! that's so insane

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:21 AM |
|---|---|---|

i'm so sorry i hate knowing you're going through this. should i get on fucking plane!?!!!

| >＃ | ?B? <+ ███ > | ◄ 5/24/2023, 12:22 AM |
|---|---|---|

You're the best.

| >＃ | ?B? <+ ███ > | ◄ 5/24/2023, 12:22 AM |
|---|---|---|

😂

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:21 AM |
|---|---|---|

you're right that they would act totally differently around R but it shouldn't take that!!

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:21 AM |
|---|---|---|

i hate this so much

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:22 AM |
|---|---|---|

It shouldn't. But it would.

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:22 AM |
|---|---|---|

i just hate that they're like cornering you like this? it feels so manipulative

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:23 AM |
|---|---|---|

They're not cornering me

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:23 AM |
|---|---|---|

do they want to ruin their own movie i truly don't get it

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:23 AM |
|---|---|---|

They're just being creeps

| LP | Liz Plank <+ ███ > | ► 5/24/2023, 12:23 AM |
|---|---|---|

my blood is boiling!!

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:23 AM |
|---|---|---|

Like keep your hormones to yourselves. This is not mine. I don't want it. I don't want you gaze or words or tongue or videos of your naked wife

| # | ?B? <+ ███ > | ◄ 5/24/2023, 12:23 AM |
|---|---|---|

BL-000021655

Yeah

**#**  **?B? <+‖▓▓▓▓▓▓‖>**  ◄ 5/24/2023, 12:24 AM
It's shocking

**#**  **?B? <+‖▓▓▓▓▓▓‖>**  ◄ 5/24/2023, 12:24 AM
Clowns

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:24 AM
wow omg yes can't they just let women work

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:25 AM
and don't they have any idea of what it would mean for them to be doing this….i just find it so puzzling

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:25 AM
i hate that they made you cry 😭

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:26 AM
i keep thinking i should have been more direct with the level of dysfunction, i thought maybe things had gotten better

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:27 AM
and i know you already know this but none of this is your fault, none of its

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:27 AM
you didn't do anything

**#**  **?B? <+‖▓▓▓▓▓▓‖>**  ◄ 5/24/2023, 12:27 AM
I appreciate that but don't hold that. I think I needed to do this movie. For me. In spite of them

**#**  **?B? <+‖▓▓▓▓▓▓‖>**  ◄ 5/24/2023, 12:29 AM
You warned me. Not to this level. But I saw there was more and you were in a tricky situation. Not wanting to be responsible for me regretting anything. Doing the movie. Or not doing the movie. You only considered my heart. I saw that. Not theirs. Or yours even. I saw that. And I chose to face it

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:30 AM
well i appreciate that but i also think they've never met their match. like i put up with a lot, most women do and you're not and i'm sure that's making them go even more nuts

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:30 AM
you're confronting them to have to see who they really are

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:30 AM
and that's their worst nightmare.

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:31 AM
you're meant to take this on because you're strong enough to!

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:31 AM
even though i wish you didn't have to

**LP**  **Liz Plank <+‖▓▓▓▓▓▓‖>**  ► 5/24/2023, 12:33 AM
i've also purposely stayed out of it and haven't asked or talked to them at all about the film because i'm standing by you regardless, but i'm more than happy to get involved and slam some knuckle heads together

**>#**  **?B? <+‖▓▓▓▓▓▓‖>**  ◄ 5/24/2023, 12:35 AM
I'm good. I just wish you could come and witness it. Xx

ATTORNEYS' EYES ONLY   BL-000021656

\#     **?B?** <+ ▮▮▮▮▮▮▮ >     ◀ 5/24/2023, 12:34 AM

They're clowns. And actual dummies. I don't know how their asses haven't been handed to them often.

You inspire me every day to speak the truths. You are in big part why I feel empowered to face them and why this hasn't uprooted me because I came into it knowing.

I'm gonna go to bed now. Wish you were here. And thank you for saying all this. You're the best of friends.

I'm so happy for you. Congrats on your new show. I hope you spend your energy on that and not ever again with anyone who drains any bit of you.

\#     **?B?** <+ ▮▮▮▮▮▮▮ >     ◀ 5/24/2023, 12:34 AM

Laughed at "i've also purposely stayed out of it and haven't a…"

LP     **Liz Plank** <+ ▮▮▮▮▮▮▮ >     ▶ 5/24/2023, 12:48 AM

i've thought the exact same thing it's astounding they have gotten away with so much. you inspire ME in more ways than you can possibly imagine blake and i'm sorry you have to fight this.

get the rest you deserve, take care of your garden, and don't doubt your doubt. they can't take any of your magic away from you even if they wish they had even an ounce of it.

and i'm here for you. consider me your get-on-a-plane-if-you-say-so type of friend. text me tomorrow and if it's too much you let me know. i'm here ❤️

\#     **?B?** <+ ▮▮▮▮▮▮▮ >     ◀ 5/24/2023, 9:56 AM

I love you. You're the very best. ❤️❤️❤️

# PTX-188

## Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 10 | Date Range: 6/4/2023 |

## Outline of Conversations

35 | PII | 10 messages on 6/4/2023 •
PII | Sam Cooper • | PII | Karen Garner | PII | Paris Reise •
PII | Jenny Slate • | PII | System Message

CONFIDENTIAL

JS0000283

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **35** [　　　　PII　　　　] - chat [　　　PII　　　]

**SC**   [　PII　] Sam Cooper      6/4/2023, 5:23 PM

Hi! We just sent through your schedule ahead of your EPK/Content Capture on set tomorrow. We also wanted to get your thoughts on the EPK questions and concepts we sent for approval. Sharing them in the doc attached with our feedback in red. Let us know your thoughts and happy to go through these over the phone with you if easier. Thank you! ~/Library/SMS/Attachments/dd/13/E545A7CE-7E5D-4783-99B3-6C0A7D015894/JS IEWU EPK_Social Requests.docx

*Attachment: JS IEWU EPK_Social Requests.docx.DOCX (11 KB)*

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:29 PM

Hey guys- i don't want to do anything with Justin, i don't want to talk about him, like...nothing. And the same goes for Jamey, who is truly unprofessional. I also haven't read the book, so def no q's about that. I'm just not sure how visible i want to be in this campaign, and looking over this list, I'm wondering if actually we SHOULD wait a beat. What is Blake going to do? I'll ask her myself on Tues.

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:32 PM

But this has been a really gross and disturbing shoot, and I'm one of many who feel thus way, and Blake and i have both complained directly to Ange at Sony, (and they agree w us btw). Justin is truly a false ally and I'm unwilling to do anything that promotes the image that he's crafting as a "male feminist"...like...honestly i have no words to describe what a fraud he is.

**AC**   [　PII　] Alex Crotin      6/4/2023, 5:34 PM

Let's pull the plug on this. We can circle back post production and consider it then

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:34 PM

Ok cool

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:35 PM

Thank you. I honestly have never ever encountered anything like this dude

**AC**   [　PII　] Alex Crotin      6/4/2023, 5:36 PM

He sounds....

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:36 PM

He's the biggest clown and the most intense narcissist

**AC**   [　PII　] Alex Crotin      6/4/2023, 5:36 PM

Oy. Sorry J.

**JS**   [　PII　] Jenny Slate      6/4/2023, 5:37 PM

Lots of lessons learned!

# PTX-193



WAYFARER STUDIOS

**PRODUCTION OFFICE**
15 Exchange Pl, 2nd Floor
Jersey City, NJ

**IT ENDS WITH US**

**DAILY PRODUCTION REPORT**

DATE: Thursday June 8, 2023

SHOOT DAY: Day 15 of 35

**APPROVED**

DIRECTOR: Justin Baldoni
PRODUCER: Alex Saks
PRODUCER: Jamey Heath
PRODUCER: Christy Hall
EXEC. PRODUCER: Andrew Calof
EXEC. PRODUCER: Andrea Ajemian
EXEC. PRODUCER: S Sarowitz
ASSOC. PRODUCER: Mariela Villa
PRODUCTION SUPERVISOR: Jill Sacco

START DATE: Monday, May 15, 2023
SCHEDULED WRAP: Friday June 30, 2023
ESTIMATED WRAP: Friday June 30, 2023

|  | SHOOT | TEST | TRAVEL | DRONE UNIT | 2ND UNIT | TOTAL |
|---|---|---|---|---|---|---|
| SCHEDULED | 34 | - | - | - | - | 34 |
| ACTUAL | 15 | - | - | - | - | 15 |

| STATUS | |
|---|---|
| - | ON SCHEDULE |
| - | DAYS AHEAD |
| - | DAYS BEHIND |

| SCENES | SET | CAST | PAGES | LOCATION |
|---|---|---|---|---|
| 46 | INT ROOT RESTAURANT (SUMMER)  *Ryle meets Jenny. Lily shocked at the sight of Atlas.* | 1, 2, 4, 6, 15 | 3 7/8 | SOUTH HOUSE  149 Newark Ave  Jersey City, NJ 07302 |
| 47 | INT ROOT RESTAURANT - BATHROOM HALLWAY  *Lily and Atlas catch up with each other.* | 1, 4 | 1 7/8 | |
| 86 | INT ROOT RESTAURANT (SUMMER) - KITCHEN  *Lily shows up at Root in need of Atlas' help.* | 1, 4 | 2/8 | |

| | |
|---|---|
| CREW CALL | 12:00P |
| REHEARSAL | 12:00P |
| SHOOTING CALL | 1:00P |
| FIRST SHOT | 3:18P |
| LUNCH OUT | 7:23P |
| LUNCH IN | 7:53P |
| BACK IN AT CATERING | 8:05P |
| BACK IN ON SET | 8:10P |
| FIRST SHOT AFTER | 9:29P |
| A CAM WRAP | 12:50A |
| B CAM WRAP | 12:50A |
| C CAM WRAP | 11:22P |
| SOUND WRAP | 12:50A |
| LAST MAN | 2:12A |

CURRENT SCRIPT: PINK REVISED          CURRENT SCHEDULE: YELLOW ONELINER 6/2/23

**SCRIPT NOTES**

| SCRIPT | SCENES | PAGES | TIME | SET UPS | | RETAKES | | ROLLS TOTALS | CAMERA | SOUND |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SCRIPT | 116 | 120 7/8 | - | PREVIOUS | 248 | PREVIOUS | - | PREVIOUS | 75 | 22 |
| REVISED TO | - | - | - | TODAY | 22 | TODAY | - | TODAY | 9 | 2 |
| TAKEN PREV. | 38 | 46 7/8 | 1:05:24 | TOTAL | 270 | TOTAL | - | TOTAL | 84 | 24 |
| TAKEN TODAY | 3 | 6 | 0:07:33 | | A CAM | B CAM | C CAM | SOUND | OTHER CAM | OTHER SOUND |
| TAKEN TO DATE | 41 | 52 7/8 | 1:12:57 | ROLLS | A32-A35 | B31-B33 | C9 | 16 | D7-D8 | - |
| TO BE TAKEN | 75 | 68 | - | | | | | | | |

SCENES COMPLETED: 46, 47, 86
PARTIAL SCENES COMPLETED:
SCENES SCHEDULED BUT NOT SHOT
SCENES SHOT BUT NOT SCHEDULED

SPECIAL SCRIPT NOTES:   Page count for page 86 differs from call sheet.

**EXHIBIT G**

| # | CAST | CHARACTER | S H B F N C TR W F | REPORT HMU COST | WORK TIME BEFORE ON SET | WORK TIME DISMISS FROM SET | DISMISS HMU COST | NDB OUT | NDB IN | FIRST MEAL OUT | FIRST MEAL IN | SECOND MEAL OUT | SECOND MEAL IN | LEAVE HOTEL | ARRIVE HOTEL | STUNT ADJUST. | WARDROBE BRICK TITTERING TIME | COSTER PROVIDES | FORCED CALL | HPVS | COMMENTS/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Blake Lively | LILY BLOOM | W | 1105A | 1200P | 1250A | 124A | 1145P | 1200P | 723P | 753P | - | - | 1036A | 1105A | 124A | - | - | - | 3L/ | - |
| 2 | Justin Baldoni | RYLE KINCAID | W | 1048A | 1200P | 800P | 815P | - | - | 723P | 753P | - | - | 1048A | 815P | - | - | - | - | 3L | - |
| 3 | Jenny Slate | ALLYSA KINCAID | H | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | Brandon Sklenar | ATLAS CORRIGAN | W | 1100A | 1200P | 1250A | 105A | 1145A | 1200P | 723P | 753P | - | - | 1036A | 1100A | 105A | 125A | - | - | 3L | - |
| 6 | Amy Morton | JENNY BLOOM | W | 1100A | 1200P | 925P | 940P | 1145A | 1200P | 723P | 753P | - | - | 1054A | 1100A | 940P | 946P | - | - | 3L | - |
| 15 | Daphne Zelle | FEMALE WAITER | WF | 1100A | 1200P | 1250A | 105A | 1145A | 1200P | 723P | 753P | - | - | 1100A | 105A | - | - | - | - | 3L | - |

FC = Forced Call.   * = grace.   ** = upgrade on set   M = mileage.   K = minor.   NP = not photographed

**STAND INS & BACKGROUND TALENT**

| # | RATE | IN | OUT | NDB | LUNCH | ADJ | MPV | # | RATE | IN | OUT | NDB | LUNCH | ADJ | MPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STAND INS | | | | | | | | UNION EXTRAS | | | | | | | |
| 2 | 219/8 | 1200P | 1250A | - | 723P-753P | N1 | 3L | 1 | 187/8 | 1048A | 106A | 1155A-1210P | 705P-735P | N1, N2 | 2L |
| 1 | 219/8 | 1048A | 948P | 1155A-1210P | 723P-753P | N1, wardobe ($9) | 3L | 1 | 187/8 | 1048A | 106A | 1155A-1210P | 723P-753P | N1, N2 | 3L |
| 2 | 219/8 | 1200P | 948P | - | 723P-753P | N1 | 3L | 1 | 187/8 | 1118A | 106A | 1210P-1225P | 705P-735P | N1, N2, wardobe ($9) | 2L |
| | | | | | | | | 24 | 187/8 | 1048A | 1142P | 1155A-1210P | 705P-735P | N1, wardobe ($9) | 2L |
| | | | | | | | | 17 | 187/8 | 1048A | 1142P | 1155A-1210P | 723P-753P | N1, wardobe ($9) | 3L |
| | | | | | | | | 3 | 187/8 | 1048A | 1142P | 1155A-1210P | 723P-753P | N1 | 3L |
| | | | | | | | | 4 | 187/8 | 1048A | 1142P | 1155A-1210P | 705P-735P | N1 | 2L |
| | | PHOTO DOUBLES | | | | | | 16 | 187/8 | 1118A | 1142P | 1210P-1225P | 705P-735P | N1, wardobe ($9) | 2L |
| | | | | | | | | 9 | 187/8 | 1118A | 1142P | 1210P-1225P | 723P-753P | N1, wardobe ($9) | 3L |
| | | SPECIALTY EXTRAS | | | | | | | | | | | | | |
| | | NON-UNION EXTRAS | | | | | | | | | | | | | |
| 1 | 165/10 | 1118A | 106A | - | 723P-753P | - | - | | | | | | | | |
| 5 | 165/10 | 1118A | 1142P | - | 723P-753P | - | - | | | | | | | | |
| 8 | 165/10 | 1118A | 1142P | - | 705P-735P | - | - | | | | | | | | |
| 2 | 165/10 | 1118A | 1250A | - | 705P-735P | - | - | | | | | | | | |

| STAND INS | | PHOTO DOUBLES | | UNION BG | | NON UNION BG | | SPECIALTY | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TODAY | 5 | TODAY | 0 | TODAY | 76 | TODAY | 14 | TODAY | 0 | TODAY | 95 |
| PREVIOUS | 58 | PREVIOUS | 0 | PREVIOUS | 523 | PREVIOUS | 75 | PREVIOUS | 3 | PREVIOUS | 659 |
| TOTAL | 63 | TOTAL | 0 | TOTAL | 599 | TOTAL | 89 | TOTAL | 3 | TO DATE | 754 |

Notes:

PRODUCTION SUPERVISOR: Jill Sacco          EP/UPM: Andrea Ajemian          1st AD: J. Alex Finch          2nd AD: George Lambert

231

# PTX-195

## Short Message Report

Conversations: 1
Total Messages: 95

Participants: 2
Date Range: 6/11/2023 - 6/12/2023

### Outline of Conversations

💬     **BL-FullMessages-0461768** · 95 messages between 6/11/2023 - 6/12/2023 · Jenny Slate
<+▓▓▓▓▓▓▓▓▓> · ?B? <+▓▓▓▓▓▓▓▓▓>

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **BL-FullMessages-0461768**

# Redacted - Non-Responsive

| JS | **Jenny Slate** <+ ███████ > | ▶ 6/12/2023, 7:08 AM |

## Redacted - Non-Responsive

Did u see the picketers?

| # | **?B?** <+ ███████████ > | ◀ 6/12/2023, 7:13 AM |

There are picketers?

| # | **?B?** <+ ███████████ > | ◀ 6/12/2023, 7:14 AM |

How's she doin?

| # | **?B?** <+ ███████ > | ◀ 6/12/2023, 7:14 AM |

Sorry!

| JS | **Jenny Slate** <+ ███████████ > | ▶ 6/12/2023, 7:14 AM |

There are…

| # | **?B?** <+ ███████ > | ◀ 6/12/2023, 7:14 AM |

Hmmm

| # | **?B?** <+ ███████ > | ◀ 6/12/2023, 7:14 AM |

Has anyone come to you?

| JS | **Jenny Slate** <+ ███████████ > | ▶ 6/12/2023, 7:15 AM |

I texted Alex Saks, and Justin is in here in HMU and just mentioned it

| # | **?B?** <+ ███████████ > | ◀ 6/12/2023, 7:15 AM |

He casually mentioned?

| JS | **Jenny Slate** <+ ███████ > | ▶ 6/12/2023, 7:15 AM |

Yes

| JS | **Jenny Slate** <+ ███████ > | ▶ 6/12/2023, 7:16 AM |

So, not clear on this and would love to know what you think but I think Justin is hoping to just sneak in to an entrance that they might not be at, but I don't want to sneak like that, it feels really bad to me…

CONFIDENTIAL
BL-000020862

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:16 AM
Looking back on it i know I'll feel ashamed

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:16 AM
Alex says G&E won't load in

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:17 AM
Emphasized "Alex says G&E won't load in "

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:17 AM
You shouldn't be asked to sneak in

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:19 AM
Yeah he didn't ask directly but he's def hoping

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:19 AM
Like "they're just at one entrance"

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:20 AM
You laid your boundary from the beginning. This isn't difficult

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:20 AM
Sarah from makeup also just told me that he went up to Brandon and said "dude i have to tell you something but i don't want to get canceled or lose my job…you can't say anything on this set anymore"

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:20 AM
They know

>#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:21 AM
What does that mean?

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:21 AM
Like…he's trying to bro down w him?

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:21 AM
And she just said it was so gross

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:21 AM
Did he then send him nudes of jaymes wife?

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:22 AM
I can't believe how far off he is from what he says he is

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:22 AM
Lololol i mean…hopefully. Super professional. **Redacted - Non-Responsive**

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:25 AM
I've never ever felt this way about anyone

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:29 AM
That's the first thing r said when we saw his while thing. "What is he running from"

#    ?B? <+​[redacted]​>    ◄ 6/12/2023, 7:54 AM
You still in hmu?

JS    Jenny Slate <+​[redacted]​>    ► 6/12/2023, 7:55 AM
I just went to pee in my trailer

JS    Jenny Slate <+███████████>                                          ► 6/12/2023, 7:56 AM
      But they're telling me that they want us to go up there and rehearse, like through a different entrance, and I told them
      that that's just feeling really weird for me

JS    Jenny Slate <+███████████>                                          ► 6/12/2023, 7:59 AM
      Where are you now? Wanna chat?

#     ?B? <+███████████>                                                  ◄ 6/12/2023, 8:00 AM
      I'm in makeup

#     ?B? <+███████████>                                                  ◄ 6/12/2023, 8:01 AM
      Wanna come by?

JS    Jenny Slate <+███████████>                                          ► 6/12/2023, 8:01 AM
      Yes on my way

# Redacted - Non-Responsive

CONFIDENTIAL                                    236                                    BL-000020864

# Redacted - Non-Responsive

?B? <████████████>                                                    ◁ 6/12/2023, 1:02 PM

Look good?

Attached URL: https://p60-
content.icloud.com/M8B1032D906544F08D48118AC622D72F3B0688166D010E156EFBE95BF29FFE4AB.C01USN00A
ttachment Title: IMG_8147.JPG



Image: IMG_8147.JPG (2 MB)

# Redacted - Non-Responsive

| JS | **Jenny Slate** <+▮▮▮▮▮▮▮> | ▶ 6/12/2023, 1:26 PM |
|----|-----------------------------|----------------------|
| | How exciting! This is my treat before departure | |

| # | **?B?** <+▮▮▮▮▮▮▮> | ◀ 6/12/2023, 1:29 PM |
|----|-----------------------------|----------------------|
| | I am soo excited | |

# Redacted - Non-Responsive

| # | **?B?** <+▮▮▮▮▮▮▮> | ◀ 6/12/2023, 2:33 PM |
|----|-----------------------------|----------------------|
| | Ryan was laughing so hard that we're having a celebration dinner. I thought it was a wrap dinner. But let's be real. He's right | |

| JS | **Jenny Slate** <+▮▮▮▮▮▮▮> | ▶ 6/12/2023, 3:34 PM |
|----|-----------------------------|----------------------|
| | Oh i definitely was like "let there be fireworks" | |

# Redacted - Non-Responsive

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000020867

240

# PTX-219A







**justinbaldoni** ✓
Original audio

Follow ···

**justinbaldoni** ✓ 126w
Here's to being human.

**ms.bear87** 5w
We dont all have moments where we sexually harass our employees daily
Reply

    Hide all replies

    **debbielearn** 5w
    @ms.bear87 , lol go crawl back under your rock! Trying doing something constructive
    with your life instead of supporting a liar!
    Reply

    **sunshineseaglass12** 2w
    @ms.bear87 can't wait till Blake is mortified in front of the entire world.
    Reply

**myelisedemerv** 51w
While you're processing your reactions and feelings, don't forget to include the person that
instigated or manipulated the situation around you, in hopes of creating those feelings in
you.
7 likes   Reply

⊽ Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/Cxq7HoKPmqj/
Capture timestamp (UTC): Tue, 03 Mar 2026 01:10:49 GMT

241

# PTX-251

# SUBMITTED VIA COURT UPLOAD LINK

# PTX-337

## Short Message Report

Conversations: 1
Total Messages: 25

Participants: 3
Date Range: 5/19/2024

### Outline of Conversations

💬    e37 [ PII ] · 25 messages on 5/19/2024 ·
[ PII ] Jenny Slate · [ PII ] B? Lively · System Message

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **e37**    PII

---

JS    **PII** Jenny Slate    5/19/2024, 1:03 AM

Honestly. It really works, and YOU. Your performance broke my heart. Broke it. I hope you are so so so proud of yourself for your beautiful work!!!

JS    **PII** Jenny Slate    5/19/2024, 1:05 AM

Do i legit look like the "GET OFF MY TRAIN" guy from "Ghost" bc that's what i see when i remember my face on screen

\#    **PII** ?B? Lively    5/19/2024, 11:43 AM

Unsubscribe. You are so breathtakingly beautiful in this movie, and in real life. Forget your performance. Who cares. You are, shot through the heart stunning. Literally in every moment you come on screen whoever I'm watching with, audibly coos. And you're even more divine in real life.

\#    **PII** ?B? Lively    5/19/2024, 11:43 AM

And your performance is next level incredible.

JS    **PII** Jenny Slate    5/19/2024, 11:44 AM

I woke up thinking about that scene where Lily says "i love you" over and over again, it's so intense and you feel your fear so viscerally. It's such a testament to you as a performer that you could say one phrase over and over and mean so many different things, and that the audience can understand so deeply in their hearts. It's just heartbreaking and it's genuinely such a powerful performance

JS    **PII** Jenny Slate    5/19/2024, 11:44 AM

Agh! I was JUST texting you!

JS    **PII** Jenny Slate    5/19/2024, 11:44 AM

Haha

JS    **PII** Jenny Slate    5/19/2024, 11:45 AM

Thank you, babe. Thank you. I do truly love my new haircut

JS    **PII** Jenny Slate    5/19/2024, 11:45 AM

And i am so happy about our scenes especially in the movie!

JS    **PII** Jenny Slate    5/19/2024, 11:45 AM

Colleen seemed a bit frosty to me…did i do something to upset her?

\#    **PII** ?B? Lively    5/19/2024, 11:46 AM

That means so much to me. Thank you. That was a bold swing I took there bc his version is an action sequence with like a stunt fight there. But this is the only one that felt right. He didn't understand on the day or in the edit. But it's based on something my mom experienced and the "I love you" that she shared with me always stuck with me.

\#    **PII** ?B? Lively    5/19/2024, 11:46 AM

That's her personality.

\#    **PII** ?B? Lively    5/19/2024, 11:47 AM

Which is why I was always so disconnected from her and spooked by her. She was always really nervous to be there bc she felt like Justin and co would be upset.

\#    **PII** ?B? Lively    5/19/2024, 11:47 AM

Even though she reached out to me to come.

\#    **PII** ?B? Lively    5/19/2024, 11:47 AM

Which is why I was always so disconnected from her and spooked by her. She was also* really nervous to be there bc

---

she felt like Justin and co would be upset.

JS   [ PII ] Jenny Slate                                          5/19/2024, 11:50 AM
That scene is all about your performance. That repetition is so captivating and you feel every moment of lily's panic and
her feeling that this is both insanely real, REALLY happening, yet also nightmarish. The pleading, the charged up panic,
the horror and heartbreak. Jesus. It's really great and a perfect way to show it. And i am very very sorry to hear that
some of the information you used in your performance comes from your own mother. That hurts my heart too. I'm glad
you could talk w her about it 🥀

JS   [ PII ] Jenny Slate                                          5/19/2024, 11:51 AM
What is Justin's…uh…perspective right now?

JS   [ PII ] Jenny Slate                                          5/19/2024, 11:52 AM
You also can't tell how much you or any of us despised him, which is great

#    [ PII ] ?B? Lively                                           5/19/2024, 12:19 PM
❤️thank you so much ❤️

#    [ PII ] ?B? Lively                                           5/19/2024, 12:20 PM
He's trying to smear me to win the edit. But has nothing to smear me about except that I complained to him for what he
did. He's calling me… difficult?

#    [ PII ] ?B? Lively                                           5/19/2024, 12:20 PM
I mean we deserve our own category of Oscar for that

JS   [ PII ] Jenny Slate                                          5/19/2024, 12:20 PM
Oh my godddd

JS   [ PII ] Jenny Slate                                          5/19/2024, 12:24 PM
Does that inspire any trepidation in you? I feel like you most likely are annoyed and doing the equivalent of flicking a
bug off your shirt, when it comes to him.

JS   [ PII ] Jenny Slate                                          5/19/2024, 12:25 PM
Jesus he is the worst

JS   [ PII ] Jenny Slate                                          5/19/2024, 12:25 PM
In so many ways just the worst

# PTX-344

## Short Message Report

Conversations: 1
Total Messages: 18

Participants: 2
Date Range: 5/20/2024 - 5/21/2024

### Outline of Conversations

💬    **BL-FullMessages-0209990** · 18 messages between 5/20/2024 - 5/21/2024 · Colleen Hoover
     <+█████████> · ?B? <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **BL-FullMessages-0209990**

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/20/2024, 8:19 PM

Just got off the phone with Isabela, she and Alex are all in for book bonanza. So even if you can't make it, we will make it work, but would love for you to be there!

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 2:01 AM

Thought. What if after he asks Lily at the flower shop if she's happy, and she says yes, then she asks him if he's happy. That pause. Maybe there we can hear her say, "there's no cassie is there?" While looking at his sad whiddle face. Then he just says "no." And it's a double punch. Because he didn't say he's happy and he admits there's no cassie.
You already have the whole scene and his no. And here she is, married and saying she's happy so even though he's just declared he's single they can't do anything about it. Then she says "I'm sorry." Because you already say it so that would be a great reaction to his "no" response and it's already there. Then it seems like he's trying to change the subject by putting his number in her phone, because he just admitted he's single and she can't do anything about it, but now the younger audience won't question why she runs to him and why he takes her to the hospital and then his apartment because we know he's single through all of that.

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 2:02 AM

Then the very next scene she's asking Ryle if he's happy and we know she's sort of kind of thinking "what if" and it makes that scene with Ryle hurt even more!

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 2:26 AM

Smart! I'll try it. My only concern is I haven't married Ryle yet. That's two scenes away. So I'm nervous to take away any reasons why she may not dump Ryle for him. And Ryle has already abused her

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 2:28 AM

Ohhh yeah you're right, I was thinking this was right after the wedding but allysa was red dress pregnant

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 2:28 AM

Yeah 🥴.

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 2:28 AM

But! I like when he was unpacking the food. That's smart

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 2:28 AM

And will also try the truck again but take my own pass at it I just tweaked theirs

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 8:48 AM

Liked "And will also try the truck again but take my own …"

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 8:56 AM

Last week when you said you love and are obsessed with work, I got really jealous because I used to feel that passion for writing. I'd get up early and stay up late and never sleep, and my kids were your kids ages yet I'd still somehow power through and get shit done. ┊ *Redacted - Non-Responsive* ┊
┊ *Redacted - Non-Responsive* ┊ But this past week has been so much fun working on notes and thinking about the movie and being excited for it all over again, and not sleeping. I missed this and now I'm wondering if it's a result of me feeling like I lost input in the one book I wrote that means something to me. So thank you for helping me get that back. I know nothing about film but it's been exciting learning. Even when I give you notes that can't work, you've been so good at explaining why and I'm soaking it all in.

CH   **Colleen Hoover** <+█████████>                                    ▶ 5/21/2024, 8:56 AM

Eww feelings. Pee pee poo poo

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 9:03 AM

?🥰?

\#   **?B?** <+█████████>                                              ◀ 5/21/2024, 9:09 AM

---

CONFIDENTIAL                                    250                                    BL-000021222

This text honestly made my week. This job has been the hardest of my life. For more reasons than I can articulate. All I had was the work. That was is. So I became possessed. I couldn't want any validation of my feelings or experience. That wasn't realistic. Because it would involve me having to share, and in that, maybe mess up someone else's experience. But slowly, I watched the people around me, unfortunately have similar experiences. But it still felt like everyone at the top level had their heads down. It was too big to touch. Until Josh came along. But it was still just him trusting me to be on the right side of this thing. And then you showed up. And I use the words showed up, because you didn't just email me, you SHOWED UP. Literally, physically, emotionally, creatively. And like a big ole plot twist at the end, I feel like I'm walking through the farmers market, expecting nothing, and there you were, bringing the best, most happy ending to this hellscape. So thank you. Yours in the only opinion I care about in this film, because you're the author, but also because you know your audience better than anyone. I know your value, and I feel you know mine. Ultimately, we all do our best when we feel seen. So thank you. For this note. For showing up. For the gift of this story. It's been life changing, for worse, and now finally it's starting to feel like, for better.

| | | |
|---|---|---|
| CH | **Colleen Hoover** <+ ▓▓▓▓▓ > | ▶ 5/21/2024, 9:36 AM |
| | Loved "This text honestly made my week. This job has been…" | |
| CH | **Colleen Hoover** <+ ▓▓▓▓▓ > | ▶ 5/21/2024, 9:36 AM |
| | Laughed at "?🤪?" | |
| CH | **Colleen Hoover** <+ ▓▓▓▓▓ > | ▶ 5/21/2024, 9:36 AM |
| | ?🤪? | |
| # | ?B? <+ ▓▓▓▓ > | ◀ 5/21/2024, 9:41 AM |
| | 😊 | |
| # | ?B? <+ ▓▓▓▓ > | ◀ 5/21/2024, 10:44 AM |
| | I keep reading and rereading your text | |

252

# PTX-365

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 53 | Date Range: 6/15/2024 |

## Outline of Conversations

 █████████ · 53 messages on 6/15/2024 · Alex Saks <██████████> · Home <██████████>

**Messages in chronological order** (times are shown in GMT -07:00)

| | | |
|---|---|---|
| 💬 | ▓▓▓▓▓▓▓ | |

| H | **Home** <▓▓▓▓> | 6/15/2024, 2:19 PM |
|---|---|---|
| | call me | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:32 PM |
|---|---|---|
| | Message delivered | |

| AS | **Alex Saks** <▓▓▓▓▓▓> | 6/15/2024, 2:32 PM |
|---|---|---|
| | From our last chat, I think she would igmore anyway | |

| AS | **Alex Saks** <▓▓▓▓▓▓> | 6/15/2024, 2:32 PM |
|---|---|---|
| | And kind of has been.. | |

| H | **Home** <▓▓▓▓▓> | 6/15/2024, 2:50 PM |
|---|---|---|
| | right … | |

| H | **Home** <▓▓▓▓▓> | 6/15/2024, 2:50 PM |
|---|---|---|
| | did u get any details back then?? | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:53 PM |
|---|---|---|
| | Yes, nothing inappropriate, more the he's a faker, doesn't do the work, Justin was very dismissive of her when she wanted to direct and then used Jamey to try to manipulate her when he realized she should co direct it after she got daddio going | |

| H | **Home** <▓▓▓▓▓> | 6/15/2024, 2:53 PM |
|---|---|---|
| | Aaaah. | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:54 PM |
|---|---|---|
| | And then she felt like he tried to use her for cover w Blake and Colleen a bunch | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:54 PM |
|---|---|---|
| | They also didn't want her on set at first but gave her that credit to not pay her for her writing services | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:55 PM |
|---|---|---|
| | Her stuff isn't bad at all, think she just doesn't want to be associated w him/them | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:55 PM |
|---|---|---|
| | Based on all else she's heard | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 2:57 PM |
|---|---|---|
| | In short, she didn't feel respected as a female voice on the team and on a movie like this, that felt especially bad. That's it. And she's scared of backlash. Who isn't! | |

| H | **Home** <▓▓▓▓▓> | 6/15/2024, 2:59 PM |
|---|---|---|
| | Just SO many things stacking up people are so upset or pissed off about. I cannot believe how they just keep on coming. Did he think no one would notice or remember or ? | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 3:00 PM |
|---|---|---|
| | I think this is where the narcissism is dangerous | |

| AS | **Alex Saks** <▓▓▓▓▓> | 6/15/2024, 3:00 PM |
|---|---|---|
| | I don't think he remembers honestly or knows that he's doing anything wrong | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:00 PM |
| | And honestly, I feel in a fine place w him, genuinely, since he has been rolling over | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:01 PM |
| | It's only when the Jamey/this isn't fair nonsense and revisionist history comes up that I'm like, come onnnn guys | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:01 PM |
| | You can do better on the next one ! | |

| H | **Home <​█████████>** | 6/15/2024, 3:01 PM |
| | With this many people and issues? i mean tgey just keep coming. | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:01 PM |
| | Him and Jamey have a way of making women (and some men) feel like shit | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | It is deep | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | Because they sign the checks | |

| H | **Home <​█████████>** | 6/15/2024, 3:02 PM |
| | I feel like an idiot. | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | Barry Peterson also asked to me to have lunch | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | Which I need to set | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | They didn't do it to you | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:02 PM |
| | DONT | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:03 PM |
| | You had power and they respected you or had to | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:03 PM |
| | I remember you calling me on round two one night | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:04 PM |
| | Being like what the fuckkk | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:04 PM |
| | But because so much of it was these minuscule micro aggressions | |

| H | **Home <​█████████>** | 6/15/2024, 3:04 PM |
| | I mean I knew inexperienced but this is a NEW level. and I saw north korea hack | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:05 PM |
| | Yeppp | |

| AS | **Alex Saks <​█████████>** | 6/15/2024, 3:05 PM |
| | Do you remember when I called Andy Davis a few weeks in? And was like. Andy, he's inviting the dept heads to go to Russian baths w him | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:05 PM |
| | Laughed at "I mean I knew inexperienced but this is a NEW leve..." | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:06 PM |
| | I was like what do I do???  He was like. You have to tell him he can't do that | |

| H | **Home** <███████> | 6/15/2024, 3:06 PM |
| | Everybody has something weird uncomfortable and bad to say. | |

| H | **Home** <███████> | 6/15/2024, 3:06 PM |
| | russian baths!!!!!! | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:06 PM |
| | I'm seeing Eric in two weeks | |

| H | **Home** <███████> | 6/15/2024, 3:06 PM |
| | this is SO fucking craaaaazy | |

| H | **Home** <███████> | 6/15/2024, 3:07 PM |
| | russian baths??? wtf. | |

| H | **Home** <███████> | 6/15/2024, 3:07 PM |
| | oh jeez. | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:07 PM |
| | Russell and I spoke and Russell said when he wrapped he felt like he left a cult | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:07 PM |
| | Yepppp | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:07 PM |
| | Eric just thought they were idiots | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:08 PM |
| | But remember when they all came to be at the end of the first round and were like we're not coming back if you aren't | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:08 PM |
| | And then Russell and Barry didn't anyway | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:09 PM |
| | But yes Russian baths. | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:09 PM |
| | I was like. Am I imagining this?? | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:10 PM |
| | The inexperience and their complete control put EVERYONE on their heels | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:10 PM |
| | Every dept head, it exacerbated EVERYTHING | |

| AS | **Alex Saks** <███████> | 6/15/2024, 3:10 PM |
| | Our whole crew honestly | |

SPE_BL0002196

Confidential

SPE_BL0002197

# PTX-392

## Short Message Report

Conversations: 1
Total Messages: 15

Participants: 2
Date Range: 7/7/2024

### Outline of Conversations

 **BL-FullMessages-0462522** · 15 messages on 7/7/2024 · Jenny Slate <+████████████> · ?B? <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0462522**

\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:36 PM

I know you don't see them I don't know why I still insist on replying 🙂. Almost done with the movie, leaving la now. Locked sound yesterday and finish color tomorrow and then it ships!

\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:37 PM

PGA mark is still TBD should know in the next day or two. Justin and co are at it again at Wayfarer, selling a book that I explicitly did not approve with my name big and exclusively on the cover, and a lookalike in my wig and wardrobe, and they have colleen listed as the author, even though she wouldn't sign the contact bc she didn't want to be apart of it either

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:38 PM

You're working so hard!!! I hope you're feeling good about it, hope you know that I am so grateful to you and deeply admire your talent and  tenacity

>\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:38 PM

You always make me feel so nice 🙂. You make it easy. You are so terrific in they movie

>\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:39 PM

this*

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:38 PM

Ewwwww

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:38 PM

HOLY SHIT

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:38 PM

they are pigs

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:38 PM

Blake. I'm so sorry.

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:39 PM

I can't believe how greedy and brazen and dim they are

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 1:41 PM

It's so truly confounding. They are so desperate and greedy for the cheapest marks of fame, and they're not worthy adversaries, but they keep worming their way into these horrid battles. Like… What did they think would happen? didn't they expect that you most likely have really great lawyers, and that you yourself are incredibly smart, and that they could never get away with that? They are such dip shits.

\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:46 PM

I didn't even think about that . It's crazy how above reproach they feel

\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:48 PM

It's like he said to me about his previous sexual encounters when we were in my car with Sophia and my security Kevin (who was so spooke day him after this he wanted a background check and made sure I wa never alone w him) . He said, "have I always asked fro consent?… No. Have I always listened when they said no?… No."

\# **?B? <+**█████████**>**    ◄ 7/7/2024, 1:48 PM

People show you who they are, believe them the first time.

JS **Jenny Slate <+**█████████**>**    ► 7/7/2024, 2:29 PM

---

Yeah. That is my central takeaway here. I also saw something in him, was aware of a general vibe that I'm not into, and I pushed past it. Never again! Lesson learned.

# PTX-406

## Short Message Report

Conversations: 1
Total Messages: 14

Participants: 2
Date Range: 7/23/2024 - 7/24/2024

### Outline of Conversations

💬    **BL-FullMessages-0031303** · 14 messages between 7/23/2024 - 7/24/2024 · Liz Plank
<+███████████> · ?B? <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **BL-FullMessages-0031303**

LP  **Liz Plank** <+███████████>                                  ▶ 7/23/2024, 11:51 PM

singing your praises 💕💕💕

Attached URL: https://p63-
content.icloud.com/M5C5EA229EBF7ACD86FE4246711339325E877262B0B07AFE655AF8B244150EA24.C01USN00A
ttachment Title: IMG_5537.heic

*Attachment: IMG_5537.heic (1 MB)*

\#  **?B? <+**███████████>                                          ◀ 7/24/2024, 12:01 AM

Ong no way!!!

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:09 AM

miss you dearly! also lemme know if you need a bodyguard for it ends with us

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:11 AM

Attached URL: https://p61-
content.icloud.com/M5C5EA229EBF7ACD86FE4246711339325E877262B0B07AFE655AF8B244150EA24.C01USN00A
ttachment Title: tmp.gif



*Image: tmp.gif (281 KB)*

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:12 AM

your promo has been outstanding given EVERYTHING you had to go through to still do it with jubilation and grace is so perfectly you 💜

\#  **?B? <+**███████████>                                          ◀ 7/24/2024, 12:13 AM

Aw thank you. The saga never ends. It's deeply upsetting. But I am and always have focused on the work. And that I'm proud of.

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:18 AM

i'm sorry you're still being put through something some awful. you don't deserve any of it and it makes me so upset to think that you have to be this resilient in the face of it. but the love you have for colleen and the women around you in this film is palpable and contagious and the way you're uplifting them when you yourself have been pushed down is so fucking admirable.

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:19 AM

great content for the bestselling memoir

LP  **Liz Plank** <+███████████>                                  ▶ 7/24/2024, 12:19 AM

and i mean it, please let me know if i can absolutely anything for you ❤️

\# **?B?** <+▓▓▓▓▓>                                            ◄ 7/24/2024, 12:20 AM

No desire to share this with anyone 😰🌀 retiring back into my hole after this. But thank you so much for the love. It means a lot.

I don't know how you still do it over there or ever did. It's wild.

**LP    Liz Plank** <+▓▓▓▓▓>                                  ► 7/24/2024, 12:30 AM

i totally get your feeling. i can't stand what they're doing. imagine getting to work with YOU, the most in demand human on this planet, the it girl, you are litteraly the moment blake... and then totally blowing it.

and yeah as soon as i get my own show im out of there. so fucking proud of you for doing what i was too scared to do. you should be so proud of yourself!!

\# **?B?** <+▓▓▓▓▓>                                            ◄ 7/24/2024, 12:37 AM

That's so generous of you to say.

And you have all the bravery and all it takes.

Certain people try to make us believe we need them.

The true allies encourage us to fly.

Male or female.

You got all the goods. You don't need anyone's money or platform as much as they need you. If you think about most situations you get into work wise, remind yourself of what they get by working with YOU vs what you get by working with whatever partner you're looking at at the time. And I promise you you will constantly be blown away by the fact that it's you that isn't the interchangeable asset. It's you that's not easily replaced. It's you that has the social and a respect currency.

Bc you earned that goodwill.

I'm not encouraging any action ever in any of your relationship professional or private. I'm just reminding you of who you are to so many. Don't ever forget it.

**LP    Liz Plank** <+▓▓▓▓▓>                                  ► 7/24/2024, 12:48 AM

wow you have me tearing up how did you know i needed to hear these exact words 😭 thank you blake this means so much and I'm screenshotting this for days where i forget. i've been meaning to make moves and this is the spiritual kick in the butt that i needed. it's so undeniable for me to see it with other women and with you, but when it comes to ourselves we can often forget.

i know you're still in it, but i can see you palpably growing stronger through this. i can just feel it. it's hard to be the one who breaks the cycle, but i see you turning their darkness into light and power for the women around you. you've always been a crown straightener, but you are the crown straightener in chief now ✨💅

**LP    Liz Plank** <+▓▓▓▓▓>                                  ► 7/24/2024, 12:48 AM

Loved "That's so generous of you to say.

And you have a..."

# PTX-409A



TikTok

Search

For You

Shop

Explore

Following

Friends

LIVE

Messages

Activity

Upload

Profile

More

Following accounts


Pynkie
pynkkynk6969


user3516084005113
keschie

Company

Program

Terms & Policies

© 2026 TikTok

IT ENDS WITH US    EXCLUS

LILY BL_____UP SHO_

We are here at Lily Bloom's pop-up in Century City

Westfield Century City Shopping Centre · Los Angeles County

tashapolis · 2024-7-25

The man himself - Justin Baldoni - actor and director of #ItEndsWithUsMovie gave us a VIP tour of Lily Bloom's Flower Shop Pop Up 🌸✨ Catch the magic before it's gone at the Century City Mall in Los Angeles! And don't forget,
@It Ends With Us drops August 9th! 🎬😊 @Christine Riccio #ItEndsWithUs #SonyPicsPartner

less

1126

25

57

60





# PTX-527

## Short Message Report

Conversations: 1
Total Messages: 14

Participants: 2
Date Range: 8/10/2024

### Outline of Conversations

💬    **BL-FullMessages-0444233** · 14 messages on 8/10/2024 · Isabela Ferrer <+███████████> · ?B? <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **BL-FullMessages-0444233**

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 9:59 AM
How are you holding up ❤️

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 10:57 AM
Did you end up seeing Liz?

\#   **?B?** <+██████>                                    ◀ 8/10/2024, 11:27 AM
No ❤️

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 11:28 AM
Cool. How are you feeling?

\#   **?B?** <+██████>                                    ◀ 8/10/2024, 11:33 AM
Both thrilled and so bummed. Him literally hiring bots to attach my character while I promote a movie that he benefits most from financially is a terrible feeling. It's almost impossible to comprehend. But I love you and I'm grateful for all the good that came of this, you being very top of that list.

How are you feeling?

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 11:33 AM
Emphasized "Both thrilled and so bummed. Him literally hiring …"

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 11:40 AM
I really hear you. I am so angry that this has to fuck with the success of the film and that he has been this sneaky with his tactics but know that the people that matter know the truth!

I am so happy I was able to join you through all of those junkets and premieres I had the most fun ever. And you are so strong for pushing through all this! It will come out and he will look even worse for trying to cover his tracks with domestic violence commentary. Like extra bad.

Just know that everyone around me (family, friends, mutual friends of mine, fellow actors, non actors, Everyone.!) has had such incredible things to say about the movie and they have all spoken so so highly of you and your work. I've gotten the sweetest messages from people and they are also so happy to see how you have supported me.
You have made such a good impression on others for being so kind to me and it is all truth
So all this shit about you not being someone who cares is the craziest bullshit ever! Because you have literally stuck with me and have raised ME up and have been so protective and that shows how good you are. How kind you are. You went above and beyond and literally didn't have to do any of this, you just chose to.

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 11:42 AM
You have changed my life! Literally 180'd it ! You've given me so much. And I am so happy and grateful to hear you say you feel the support from me too.
Because I got you! Always!

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 11:56 AM
Do you know if Sony is going to say something soon? Or if the crew are going to speak out? What's the next thing ?

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 5:16 PM
ALSO this woman from Copenhagen gifted me and you two bags of her jewelry !! It's her brand byBiehl and it's very sweet. If you want I can send you what she sent you and if you want it I can bring it back for you!

IF   **Isabela Ferrer** <+███████>                   ▶ 8/10/2024, 5:17 PM
Attached URL: https://p59-content.icloud.com/MECE4DDEE2B55ED97BBDEE35BAF22BC9D47458C024F2BD9812DA2C412B8294A6E.C01USN00Attachment Title: 798DB3DB-9704-4204-A9C9-12BA86BFEBEA.heic

---

*Attachment: 798DB3DB-9704-4204-A9C9-12BA86BFEBEA heic (2 MB)*

| IF | Isabela Ferrer <+█████████> | ▷ 8/10/2024, 5:17 PM |
|----|----|----|

I'm sure you get this all the time but anything you like?

| IF | Isabela Ferrer <+█████████> | ▷ 8/10/2024, 5:18 PM |
|----|----|----|

These are both of ours mixed but take whatever you like !!

| IF | Isabela Ferrer <+█████████> | ▷ 8/10/2024, 5:54 PM |
|----|----|----|

I may just gift mine to my cousins and aunt hehe

BL-000020637

274

# PTX-532

## Short Message Report

Conversations: 1                                        Participants: 2
Total Messages: 8                                       Date Range: 8/10/2024

### Outline of Conversations

💬      **BL-FullMessages-0211385** · 8 messages on 8/10/2024 · Colleen Hoover <+███████████> · ?B?
        <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **BL-FullMessages-0211385**

CH    **Colleen Hoover <+**▮▮▮▮▮▮▮**>**                                    ▶ 8/10/2024, 2:32 PM

I love you. I'm proud of you. You're a fucking talented little rockstar and I could not be more grateful to know you. You have made thousands upon thousands of readers soooo happy. Like legit, I have never seen readers this positive about an adaptation and a performance. You gave them everything they loved about Lily and enhanced it. I've seen so many people who are on their second and third viewings already. This is insane!

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:38 PM

I only have one note on your above text....

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:38 PM

Swap every "you", for "we"

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:38 PM

This is us.

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:38 PM

It starts right here with you and me.

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:39 PM

It ends with US

\#    **?B? <+**▮▮▮▮▮▮▮**>**                                    ◀ 8/10/2024, 2:39 PM

I couldn't love or appreciate you more.

CH    **Colleen Hoover <+**▮▮▮▮▮▮▮**>**                                    ▶ 8/10/2024, 2:46 PM

Loved "Swap every "you", for "we""

277

# PTX-596

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 8/15/2024 - 8/16/2024 |

## Outline of Conversations



**BL-FullMessages-0462668** · 5 messages between 8/15/2024 - 8/16/2024 · Jenny Slate
<+█████████> · ?B? <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **BL-FullMessages-0462668**

\#    **?B? <+▆▆▆▆▆>**                                                 ◀ 8/15/2024, 8:14 PM

I'm sorry I'm just seeing this. What. A. Week. I've never in one week experienced such high highs and low lows. How's your heart?



**Redacted - Non-Responsive**

JS    **Jenny Slate <+▆▆▆▆▆>**                                        ▶ 8/16/2024, 12:58 PM

**Redacted - Non-Responsive**

The ugliness that Justin brought into the world, and directly into your life this week is one of the most Aggravating, scary, disgusting occurrences. I feel that I've seen in so long. And I'm saying this without having looked online at all. AT. ALL. My publicist filled me in a little bit, just a couple days ago, but mostly my mind has been focused on how much you've had to shoulder. You are for sure one of the strongest people I've met. It's incredible to know that someone of your celebrity genuinely DESERVES the love and success that is in your life. And not just because you're wonderful, and the universe should give you a prize (which I do believe) but also because you work so incredibly hard for this specific connections and opportunities that you enjoy. I'm so glad that you can enjoy the beauty of your family, and of your romance with your husband, and of your lovely spaces where you dwell. But i also am SO SORRY and freaked out that this is what your week has been. FURIOUS and SICKENED. If it matters at all, when I've spoken to my best friends in LA, they all reiterate how much of a joke and a snake Justin is, and how much of a class act and a queen you are.

# Redacted - Non-Responsive

BL-000021018

# PTX-653

Case 1:24-cv-10049-LJL Document 143-34 Filed 05/04/26 Page 81 of 139

# Blake Brown Media Impact Overview

**11.13.24**
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034377

# Blake Brown Media Impact Overview

Media blowback impacted Blake Brown in four key areas:

1. ## Sales
   1. Weekly sales rate, Units per store per week

2. ## Business operations disruption
   1. Brand launch, Founder likeness

3. ## Brand momentum
   1. Social, Reviews, PR/Earned Media Value

4. ## Reputational Damage

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034378

# Weekly Retail Sales

Per Target, baseline sales level out ~25% of launch week volume
- Given this projection, Blake Brown weekly run rate should be ~$821K/week
- Blake Brown weekly run rate has declined beyond Target projection



Weekly Retail Sales '$000

Source: Weekly Point of Sales (POS) Retail Sales
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034379

# Weekly Sales: Units/Store/Week

- Significant Decline in weekly Units per Store per Week

- Pre-Launch, Target forecast called for ~11.57 units per store per week. Launch initially far outpaced that forecast but latest performance is underdelivering vs forecast

- Units Per Store Per Week by Product:

| Item | Target Pre-Launch Forecast | 8/3/24 | 8/10/24 | 8/17/24 | 8/24/24 | 8/31/24 | 9/7/24 | 9/14/24 | 9/21/24 | 9/28/24 | 10/5/24 | 10/12/24 | 10/19/24 | 10/26/24 | 11/2/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strengthening Shampoo | 1.89 | 5.42 | 17.58 | 4.49 | 4.29 | 2.70 | 1.89 | 1.71 | 1.78 | 1.82 | 1.90 | 1.48 | 1.29 | 1.19 | 1.06 |
| Strengthening Mask | 1.21 | 5.66 | 14.83 | 2.93 | 1.94 | 1.67 | 1.35 | 1.83 | 2.25 | 2.23 | 2.00 | 1.52 | 1.40 | 1.56 | 1.33 |
| Nourishing Shampoo | 2.00 | 6.86 | 17.54 | 4.71 | 5.38 | 3.06 | 2.30 | 1.89 | 1.74 | 1.45 | 1.78 | 1.83 | 1.65 | 1.60 | 1.33 |
| Nourishing Mask | 0.93 | 7.02 | 13.36 | 4.41 | 5.26 | 1.31 | 0.71 | 1.41 | 1.80 | 1.36 | 1.43 | 1.17 | 1.18 | 1.39 | 1.31 |
| Rich Reset Pre-Shampoo Mask | 1.15 | 0.66 | 7.22 | 3.96 | 2.55 | 1.65 | 1.19 | 0.90 | 0.66 | 0.54 | 0.60 | 0.57 | 0.43 | 0.37 | 0.26 |
| All-In-Wonder | 1.33 | 1.94 | 8.99 | 5.53 | 6.96 | 4.06 | 2.71 | 1.88 | 1.40 | 1.33 | 2.16 | 2.78 | 2.38 | 2.04 | 1.56 |
| Glam Mousse | 1.26 | 0.90 | 6.34 | 3.72 | 2.66 | 1.57 | 1.13 | 0.94 | 0.83 | 0.70 | 0.91 | 0.92 | 0.84 | 0.81 | 0.61 |
| Dry Shampoo | 1.80 | 1.81 | 8.87 | 5.47 | 5.21 | 3.13 | 2.19 | 2.13 | 1.79 | 1.40 | 2.00 | 2.18 | 1.92 | 1.72 | 1.36 |
| Average | 11.57 | 30.27 | 94.73 | 35.24 | 34.24 | 19.13 | 13.47 | 12.69 | 12.26 | 10.81 | 12.78 | 12.45 | 11.11 | 10.67 | 8.82 |

Source: Target Reporting System
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034380

# Business Operations Disruption

- Significant impact to brand launch
  - Brand went dark on social August 14 – Sept 9 2024, a critical launch period to maximize momentum for the brand
  - Still unable to leverage influencers and content creators, key opinion leaders and brand builders in the hair space, due to concerns around creators being recipient of negative sentiment
  - Target has pulled back brand launch support due to risk: social collaborations, social posts, paid social support

- Financial Impacts
  - Target Together expense reimbursement due to cancellation
  - Tiny Target expense reimbursement due to cancellation
  - Cost incurred to accelerate inventory based on launch momentum
  - Overinvestment in additional reviews to offset media-driven negative reviews

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034381

# Business Operations Disruption

- Unable to use Founder as face of brand to drive awareness and earned media value planned for to offset limited marketing budget in early years, per launch (first 12-24 months) strategy alignment established in strategic operating plan
- Continued hold back from founder personal appearances, media moments, creator opportunities



DRAFT

Beauty Brands: Marketing & Celebrity 'Likeness' Usage Model
Usage of likeness highest at launch and can flex over the brand lifecycle. Usage model impacts marketing approach.





**ARCHETYPES**



Lower level of involvement in product development and business ops
Likely to over-index on likeness usage

Higher level of involvement in product development and business ops
Over-index on likeness usage



Higher level of involvement in product development and business ops
Likely to under-index on likeness usage



**EVOLUTION OF LIKENESS USAGE**

Likeness usage often varies by stage of the brand lifecycle:

- At launch / during initial launch year, brands typically leverage increased likeness usage; in particular to gain audience and follows through social media
- Over time, brands can flex the degree of likeness usage based on performance, market conditions, and other factors

Source: Deloitte Strategic Plan
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034382

Case 1:24-cv-10049-LJL    Document 1431-34    Filed 05/04/26    Page 87 of 139

# Brand momentum: Social Sentiment

Significant and persistent impact on brand social sentiment

- Pervasive trolls & Harassment accounts with no followers, no posts

- Flywheel momentum behind negative product reviews on posts, further influencing consumers experience/perception of brand and dramatically impacting trial

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034383

# Examples of harassing accounts with no followers, no posts



**yourfave455** FLOPPED
12w  31 likes  Reply

yourfave455
@yourfave455

user_9_3_3_9 @user_9_3_9

0 posts    0 followers    115 following

user_9_3_3_9 @user_9_3_9

azvihj Worst product

azvihj

The account is private
Follow this account to see their photos and videos.

0 posts    3 followers    200 following

0 posts    0 followers    34 following

0 posts    1 followers    221 following

ATTORNEYS' EYES ONLY

---

**blakebrownbeauty** ●

zizimjau @wandergirl09 Some of them are bullying her, true, but most of them are just trying to get her understand and focus on the problem around this movie... In short : she is talking about this movie as a comedy romantic bubbly girly movie, with not once mentioning DV, her interviews are all about her clothes, hair, style, she promoted her hair products and booze on a promotion for this movie and a writer of the book C.H. promoted her nail polish and COLORING BOOK about this DV movie, Blake also promoted Deadpool instead of this movie, Ryan made " a promotion comedy" for her movie (it was so bizarre, check it out so you will understand WHY), Ryan rewrite a part of the movie script without a permision of s director and the writer- Blake and Ryan did it behind their back and he did it DURING a Hollywood stroke and Ryan isn't even a part of the movie, she was so bossy in every aspect of the movie that the director Justin (who bought the rights for this movie) was isolated and she tied to ruin his reputation and cancel him... that's why he was promoting a movies as should be, all by himself, and Blake is promoting her booze and haircare product.. etc.

12w ... like  Reply

zizimjau @wandergirl09 there are so many videos of her being insensitive to a DV subject, she never talked about DV in general and she even called Lily, a DV victim in the movie, " a messy woman"... a woman who is being abused. She is even putting down a character she is playing, with no empathy, no understanding of what DV survivors are really going thru... I am a DV survivor who spent 23 years living that nightmare and she is presenting it in a very wrong way even blaming a victim and trying to portrait it like abuse is not a big deal - it's a comedy sprinkled with flowers. And she never apologized for promoting it in such way, using it to sell her bussiness and for trashing the name of director of the movie. Sorry for a long reply. I used to love Blake & Ryan and I was amazed how out of touch they both are...

---

threevegmmbb Support small business instead of this entitled person
11w  20 likes  Reply

threevegmmbb
0 posts    0 followers    0 following
user_9_3_3_9 @user_9_3_9

pilly3472 I've actually used this. I would rate this a 0 out of 10. It made my hair very dry. Its actually awful and i would never ever buy this. The packaging is clunky and hard to open in the shower. Its a mess
12w  2 likes  Reply

chemhorse___ Straight to the garbage can. Anything Snake Livley touches 🐍
12w  13 likes  Reply
chemhorse___
@chemhorse___
0 posts    3 followers    254 following

kypton223 Everyone should boycott these products so the founder of this line gets off her high horse
12w  84 likes  Reply

alexandra968538 Don't buy this crap!!!
12w  95 likes  Reply

loveandblessingss Can you pass a message on to Blake? Ask her to be nice. Being rich does not make her invincible and bad behavior is not an excuse. I guess plantation wedding was not enough of an insult

loveandblessingss Can you pass a message on to Blak

loveandblessingss ♥
Monitoring
0 posts    1 follower    287 following

---

bunnierocker810 Be careful with what you purchase from celebrities, specially the airhead ones!
12w  1 like  Reply

alisiisi89 No, thanks.
12w  49 likes  Reply

parislondon___ Blake you are unbelievable, a typical Karen far from reality. And - nobody needs your unnecessary haircare line.
12w  19 likes  Reply

34 following

la_la_lic Does the shampoo also makes you a mean girl?
12w  Reply

ariannaplumm so justin caring about his own injury made you uncomfortable...
12w  8 likes  Reply

judy__bees How about you stop paying the media to trash and smear Justin that would be a good start you awful human being
12w  1 like  Reply

jen.nylang24 @blakelively Are you planning to donate some or maybe all of the proceeds to domestic violence survivors orgs? Maybe something to consider? Or do you and Ryan need get richer?

karlabowlem Okay, we're not buying anything from Lady Antebellum @blakelively All of this is such a cringe fest.
12w  17 likes  Reply

la_la_lic Does the shampoo also makes you a mean girl?
12w  Reply

Privileged and Confidential
BL-000034384

289

# Examples of harassing accounts with no followers, no posts







**ronn.iejac** We want Justin's cut of the movie!! He actually care about DV

12w  6 likes  Reply

**judy__bees** Worst product I returned them, don't bother

11w  10 likes  Reply

**alexandra968538** Don't buy this crappppp!!!!

12w  155 likes  Reply

**user_082520** 🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢🤢

10w  16 likes  Reply

**elizabeth.coker.148** 6w
I don't need to read about this. I just have to listen to Blake and what a narcissist she is. Boycotting

2 likes  Reply  ···



**yourfave455** Made my hair super dry

12w  Reply

**robert_crosetti** Boyc0tt!!!

10w  Reply

**alittlebit_lalala** @onebiteca her hair looks dry and frizzy so idk why she even thought she could develop a hair care line, let alone post her own hair pic as a testimonial 🙃



**girlnextdoorlei** @onebiteca what did you expect? Have you seen Blake's hair? Is literally fried

7w  Reply



**girlnextdoorlei** @onebiteca it is relevant to talk her appearance here tho.

7w  Reply

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034385

# Examples of Harassing IEWU, Blake comments

## August 12

celiahunley to take away attention from the meaning of it ends with us, being abuse, and to do so with such a bad product makes it even worse, and i didn't even think it could get worse

12w  9 likes  Reply

katdecor_ Mean girl Blake lively !!! I don't support that !!

12w  4 likes  Reply

schoenstelandschaftenda 11w Are these products also named after an abuser? Like your great alcoholic drinks?

95 likes  Reply

Hide all replies

savedtotravel 11w
Ooooohhhh 🤭
Reply

heineman_eveaaa Don't buy. Read the products pleases I doubt Blake uses this lol
12w  9 likes  Reply

tiahuiii Why are you promoting this in relation to this movie about DV??
13w  846 likes  Reply

—— Hide replies

naylilyn @tiahuiii the way the other person replied talking how if it were marketed about DV, ticket sales wouldn't be as high is so ignorant. DV is a BIG DEAL!
12w  1 like  Reply

notevenreallysure @donatadondiego I don't recall Zendaya ever directing and producing Euphoria and then marketing it as a PG rated cutest tv series while being absolutely disgusting to interviewers with serious questions about the show, (I could go on)
12w  4 likes  Reply

donatadondiego @notevenreallysure you people are just so bored with your own lives that you love to get mad over everything celebrities do
12w  8 likes  Reply

notevenreallysure @donatadondiego not mad sweetie, just calling out your bs comment . It's nice that you care more for this celebrity than victims of DV 🤭 have the day you deserve 😊
12w  3 likes  Reply

ronn.iejac 12w
We want Justin's cut of the movie!! He actually care about DV

6 likes  Reply  ...

ronn.iejac 12w

ronn.iejac



0 posts    0 followers    3 following

## September 12

pera_peras Are you gonna address your BS Blake?
9w  105 likes  Reply

Hide replies

kei_tamo @amanda.major Congrats on YOUR little bump! 🤍
9w  4 likes  Reply

kylechamley @pera_peras from what? a bunch of PR pushed articles 🤣 it's well known Justin hired a huge crisis management firm a few days before all the drama came out
9w  1 like  Reply

shayda_x_ @kylechamley that doesn't negate the way she promoted her hair care line and alcohol line during a DV movie promotional tour. And promoted the movie as a rom com. She did that.
9w  4 likes  Reply

heebasyed_ Stop supporting celebrity brands. Not like she had great hair to begin with!!!
9w  75 likes  Reply

—— Hide replies

alessandra_loves_art @heebasyed_ she promotes frizziness 😭😭 and after what she did, no way I would buy her products
9w  7 likes  Reply

mihaelamaku @heebasyed_ I honestly don't understand why she's sold out in target. Her hair is terrible, always has been frizzy. And she promotes it. Who wants that??

kei_tamo Tone-deaf narcissist-typical. I'm sure you and your team are patting yourselves on the back thinking, 'any publicity is good publicity,' but here's a reality check: it's 2024. The days of people worshipping self-absorbed celebrities like you and Ryan are done.
You're not the untouchable icons you think you are; you're here to serve us now, not the other way around. Time to get off your high horse and face the real world.
9w  31 likes  Reply

—— View replies (6)

## September 20

andromeda_nova7 I know people are still very upset over the movie. However, I wonder if the shampoo is really that bad or people are just trying to ruin Blake's business?
7w  201 likes  Reply

—— Hide replies

savedtotravel I've read some comments praising it and others saying it dried their hair.
7w  16 likes  Reply

emmacaubrey This!!!
7w  Reply

josephine.allais Terrible for dry and curly hair anyway ..

josephine.allais Terrible for dry and curly hair

josephine.allais
Josephine Allais

1sights

0          0          372

v.kanska Turning off comments on her page and not addressing the problem is not going to solve things. It is childlike. Take accountability for your mistakes for once
7w  249 likes

shining_moonstars Blake's PR team's effort has paid. She has successfully bought many followers and bots to post positive comments here 🤣🤣🤣 whatever makes his princess happy, Ryan Reynolds shall do.
7w  95 likes  Reply

—— Hide replies

lunaleonieanderson33 😭😭
7w  1 like  Reply

dinoemocue 二百五一个

marcjim_smith Okay Blake Lively just blocked the comment section of her IG. RIDICULOUS. The way she treated that journalist was beyond disrespectful. And to get things worse: she didn't even apologized for it! It's a level of entitlement that we shouldn't accept or stay quiet. And now for her to block any comment from people it's the digital version of a spoiled little brat covering their ears and saying "lalalalala". Pathetic.
7w  235 likes  Reply

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034386

291

# Examples of Repeat Harassers persistently commenting

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034387

# Problematic Bots List

| Red Highlights are repeat bots with higher level of threat | | | |
|---|---|---|---|
| @kei_tamo | ███████████ | @bloom.warrior | ███████████ |
| @discodraclax | @eastcutgirl415 | @hdhdv_sha | @mariep.h |
| @idkyltbbe.__7778249 | @portmoyderby | @lisa5771marie | @luinthelife |
| @holychic_market | @karla.m.camacho | @laceyelizabeth86 | @sunflower_glitter |
| @traveling.a | @ailu.taylorsversion | @oitnigmtofndjnddnjdmd_dndmdd | @family_over_everything_1543 |
| @four.loka | @godismyoath.4 | @indiedev_joe | @lovely_janey |
| @mariep.h | @jessiejames_43 | @sofiamkrisk | ███████████ |
| @jaybot | @m1chelle_m | @ldcapati | @judy_bees |
| @_luuc14 | @judy_bees | @ninajacobs51 | @jlavender20 |
| @luinthelife | ███████████ | @rhood90 | @discordraculax |
| @shining_moonstars | @jlavender20 | @mellon_jellon | @mariep_h |
| @lajacobs | @anotherkellydobinson | @themisfittoycollector | @murmure.de.moi |
| @v.kanaska | @2funkytown | @pplrwrd | @v.kanska |
| @sunflower_glitter | @bunnyfrienda | @wakeup1388 | @yoli.r70 |
| @monyy_la | @murmure.de.moi | @flyingfridges24 | @stinebergie |
| ███████████ | @karlabowlem | @udafuda | @bloom.warrior |
| @neuronet_nirvanna | @priscillaroams | @h.moh.ra | @hdhdv_sha |
| @abra.kadabraqqq | @yoli.r70 | @mariecaine89 | @laceyelizabeth86 |
| @elizabeth.coker.148 | @oliverthekingcharlescavi | @samanthaap2020 | ███████████ |
| @huss13644 | @the.comment.slut | @hanguyen13 | @sofiamkrisk |
| @family_over_everything_1543 | @tiledbleach | @thereinsaba | @pplrwrd |
| @emberbdg | @tanjuska970 | @eversleyend | @h.moh.ra |
| @josephine.allais | @spillingthetea143 | @more.cleara | |
| @ayakfetisi3433 | @stinebergie | @marl_aenz | |
| @beck_oneill157 | @kpscndtvs | @sony.adrake | |
| @jessica_cardenas23 | @giadamerlin | @zoins_8321 | |
| @thejonestownpioneers | @anaruiz8370 | @harviscool | |
| @789_peteobsessed | @emmac0801 | @jenna_hansen21 | |
| @yoshikicuevas | | @cygninianserinae | |
| @lyylivilppu | | @_sonnyside | |

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034388

Case 1:24-cv-10049-LJL    Document 1431-34    Filed 05/04/26    Page 93 of 139

# Social Sentiment

- Blake Brown Launched to phenomenally positive social sentiment
  - Launch through August 12, 41% of comments were positive, with negative comments focused on out of stocks
- Starting August 13, there was a dramatic shift to negative commentary, increasing in proportion of total IG comments (52%) and in absolute number of comments (1192)
- Negative comments remain pervasive, comprising 36% of total comments launch-to-date

| | Comments | | | |
|---|---|---|---|---|
| | **Total** | **Positive** | **Neutral** | **Negative** |
| 7/31/24 – 8/12/24 | 4,463 | 1,830 | 1,741 | 893 |
| 8/13/24 – 8/31/24 | 2,292 | 413 | 688 | 1,192 |
| 9/1/24-9/30/24 | 3,184 | 923 | 923 | 1,337 |
| 10/1/24 – 10/31/24 | 2,140 | 685 | 514 | 942 |
| 11/1/24 – 11/12/24 | 502 | 211 | 146 | 141 |
| | | | | |
| Launch To Date | 12,581 | 4,061 | 4,011 | 4,504 |
| Launch to Date % | 100% | 32% | 32% | 36% |



7/31/24 – 8/12/24   8/13/24 – 8/31/24   9/1/24-9/30/24   10/1/24 – 10/31/24 11/1/24 – 11/12/24
▨ % Positive Comments      ▨ % Neutral Comments      ▨ % Negative Comments

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034389

# Social Sentiment: Launch-to-date

- In aggregate since launch, the impact of the media blowback has remained overwhelming and shifted the average sentiment



Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034390

Case 1:24-cv-10049-LJL Document 1431-34 Filed 05/04/26 Page 95 of 139

# Social Sentiment: July 31 – Aug 12

- 4463 total IG comments, 20% negative
- Negative comment themes: out of stocks

## Sentiment Overview

**Community Insights** ↻

+ Add filters   🅕 🅘 🅙 🅧 🅞  ⌄   Includes Archive   Message Date is Jul 31 - Aug 12 ⌄

Q Search messages          Messages ⌄

| Unread | Follow Up | Total Messages | Response Time | Reply Rate |
|--------|-----------|----------------|---------------|------------|
| 8,312 ⓘ | 0 ⓘ | 8,312 ⓘ | 6h 41m 52s ⓘ | 2.58% ⓘ |

**Sentiment Overview** ⓘ

• Positive  • Neutral  • Negative

**Channel Distribution** ⓘ

Facebook   Instagram   TikTok   X   YouTube

**Top Keywords** ⓘ

online product shampoo wait products sold hair target website mask canada blake love excited uk

🟦 Keywords  🟦 Hashtags

## Negative Comment Deep Dive

**Top Keywords** ⓘ

ordered products shampoo sold display website store online targets stock target order stores buy product

**Top Keywords** ⓘ

products sold shampoo stores display hair target product stock online store targets morning today website

**Top Keywords** ⓘ

targets website sold shampoo wait hair target products online restock store stores mask product stock

Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034391

296

# Social Sentiment: Aug 14 - Aug 31

- 2292 total IG comments, 52% negative
- Negative comment themes: Movie, DV, Dry/Frizz

## Sentiment Overview

**Community Insights**

+ Add filters    Includes Archive    Message Date is Aug 14 - 31

| Unread | Follow Up | Total Messages | Response Time | Reply Rate |
|---|---|---|---|---|
| 3,008 | 0 | 3,008 | 1d 1h 31m | 2.81% |

**Sentiment Overview**

• Positive  • Neutral  • Negative

**Channel Distribution**

2.50K
2K
1.50K
1K
500
0

Facebook  Instagram  TikTok  X  YouTube

**Top Keywords**

good product people dv hair girl blake buy shampoo products care dry movie women love

☑ Keywords  ☑ Hashtags

## Negative Comment Deep Dive

domestic people promote press promoting violence dv care women hair blake movie job promote brand products women products good dv buy blake hair deaf love care movie dry people domestic people

product good dv dry movie love hair care buy frizzy products mask blake shampoo promote

Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034392

# Social Sentiment: Sept 1 – Sept 30

- 3184 total IG comments, 44% negative
- Negative comment themes: DV, Blake Lively, Movie, Dry Hair



Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034393

# Social Sentiment: Oct 1 – Oct 31

- 2140 total IG comments, 52% negative
- Negative comment themes: DV, Blake Lively, Product

## Sentiment Overview

**Community Insights**

+ Add filters   🅕 🅘 🎵 ❎ ▶️   Includes Archive   Message Date is Oct 1 - 31 ⌄

| Unread | Follow Up | Total Messages | Response Time | Reply Rate |
|---|---|---|---|---|
| 2,518 ⓘ | 0 ⓘ | 2,658 ⓘ | 1d 0h 32m ⓘ | 29.90% ⓘ |

**Sentiment Overview** ⓘ

■ Positive   ■ Neutral   ■ Negative

**Channel Distribution** ⓘ

Facebook   Instagram   TikTok   X   YouTube

**Top Keywords** ⓘ

amazing comment comments people dry good shampoo blake love care products hair lol dv product

## Negative Comment Deep Dive

**Top Keywords** ⓘ

product domestic products women comments people hair dv girl blake hair woman lol good comment money

**Top Keywords** ⓘ

person understand victims fertility princess dv domestic good cancer violence blake people issues comments wrong



**Top Keywords** ⓘ

hate care hair violence fake comments dv movie products people lively domestic blake good product



blake girl hair people lost lol bigot comments literally mad lady comment products pathetic stay





love product friends women hate hair woman dv care lol people blake brand products resources

Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034394

Case 1:24-cv-10049-LJL   Document 1431-34   Filed 05/04/26   Page 98 of 139

# Social Sentiment: Nov 1 – Nov 12

- 502 total IG comments, 28% negative
- Negative comment themes: Blake Lively, DV, Apology, Product



Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034395

300

# Brand Momentum: Instagram Trended Sentiment

- ## Sentiment turned negative in conjunction with media crisis



Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034396

301

# Brand Momentum: Instagram Followers Trend

- ## Followership negatively impacted in key brand building moment



Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034397

# Brand Momentum: Elevated Product Returns

- Upon negative media uptick, social sentiment momentum mounted, resulting in very negative reviews and social coverage encouraging consumers to return products.
- Outpacing Target average of ~2-5%

| Description | Return $ LW | Avg Return $ L4W | Total 4W Return $ | Total 13W Return $ |
|---|---|---|---|---|
| Blake Brown Amber Vanille Dry Shampoo - 5.8 fl oz | ($1,955) | ($4,108) | ($16,433) | ($121,695) |
| Blake Brown Sandalwood Vanille Fundamental Strengthening Shampoo - 14 fl oz | ($1,990) | ($4,498) | ($17,992) | ($177,038) |
| Blake Brown Sandalwood Vanille Fundamental Strengthening Mask - 8 oz | ($2,063) | ($4,309) | ($17,237) | ($137,081) |
| Blake Brown Wild Nectar Santal Fundamental Nourishing Shampoo - 14 fl oz | ($2,204) | ($4,169) | ($16,676) | ($162,290) |
| Blake Brown Wild Nectar Santal Fundamental Nourishing Mask - 8 oz | ($1,427) | ($3,016) | ($12,065) | ($127,059) |
| Blake Brown Milky Sandalwood Rich Reset Pre-Shampoo Mask - 5 fl oz | ($1,083) | ($2,954) | ($11,815) | ($110,011) |
| Blake Brown Bergamot Woods All-In-Wonder Leave-In Potion - 6 fl oz | ($2,298) | ($4,604) | ($18,414) | ($135,498) |
| Blake Brown Blackcurrant Vanille Glam Mousse - 8 oz | ($1,383) | ($3,211) | ($12,843) | ($86,633) |
| | ($14,403) | ($30,869) | ($123,475) | ($1,057,305) |

Source: Target Reporting System
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034398

# Brand Momentum: Elevated Product Returns

## ||||| DAILY RETURN UNITS
Units returned by item by day

| SKU | Item | MON 9/16 | TUES 9/17 | WED 9/18 | THUR S 9/19 | FRI 9/20 | SAT 9/21 | SUN 9/22 | MON 9/23 | TUES 9/24 | WED 9/25 | THUR S 9/26 | FRI 9/27 | SAT 9/28 | SUN 9/29 | MON 9/30 | TUES 10/1 | WED 10/2 | THUR S 10/3 | FRI 10/4 | SAT 10/5 | SUN 10/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BL000 009 | Blake Brown Amber Vanille Dry Shampoo | -31 | -25 | -35 | -39 | -39 | -23 | -35 | -22 | -30 | -29 | -22 | -15 | -24 | -18 | -13 | -24 | -13 | -17 | -28 | -24 | -21 |
| BL000 001 | Blake Brown Sandalwood Vanille Fundamental Strengthening Shampoo | -36 | -54 | -58 | -45 | -58 | -49 | -51 | -46 | -47 | -24 | -30 | -32 | -45 | -37 | -46 | -23 | -34 | -36 | -31 | -31 | -28 |
| BL000 002 | Blake Brown Sandalwood Vanille Fundamental Strengthening Mask | -33 | -42 | -39 | -29 | -46 | -26 | -43 | -38 | -26 | -28 | -20 | -26 | -43 | -27 | -41 | -18 | -25 | -33 | -27 | -26 | -19 |
| BL000 003 | Blake Brown Wild Nectar Santal Fundamental Nourishing Shampoo | -49 | -47 | -46 | -41 | -44 | -46 | -44 | -45 | -32 | -29 | -33 | -34 | -32 | -40 | -34 | -22 | -33 | -23 | -22 | -31 | -19 |
| BL000 004 | Blake Brown Wild Nectar Santal Fundamental Nourishing Mask | -36 | -28 | -40 | -32 | -38 | -35 | -28 | -34 | -23 | -30 | -27 | -27 | -23 | -28 | -19 | -17 | -21 | -20 | -20 | -21 | -10 |
| BL000 005 | Blake Brown Milky Sandalwood Rich Reset Pre-Shampoo Mask | -33 | -18 | -34 | -16 | -18 | -23 | -25 | -18 | -21 | -18 | -20 | -14 | -21 | -12 | -20 | -10 | -13 | -16 | -14 | -12 | -14 |
| BL000 006 | Blake Brown Bergamot Woods All-In-Wonder Leave-In Potion | -45 | -44 | -49 | -43 | -42 | -37 | -39 | -41 | -28 | -21 | -34 | -28 | -24 | -37 | -32 | -30 | -22 | -21 | -28 | -36 | -15 |
| BL000 007 | Blake Brown Blackcurrant Vanille Glam Mousse | -40 | -20 | -24 | -15 | -22 | -23 | -33 | -21 | -22 | -20 | -17 | -20 | -20 | -20 | -20 | -17 | -20 | -20 | -15 | -16 | -20 |
| | TOTAL | -305 | -278 | -325 | -260 | -307 | -262 | -298 | -265 | -229 | -199 | -203 | -198 | -232 | -217 | -225 | -161 | -181 | -185 | -185 | -197 | -146 |

| SKU | Item | MON 10/7 | TUE 10/8 | WED 10/9 | THUS 10/10 | FRI 10/11 | SAT 10/12 | SUN 10/13 | MON 10/14 | TUE 10/15 | WED 10/16 | THU 10/17 | FRI 10/18 | SAT 10/19 | SUN 10/20 | MON 10/21 | TUE 10/22 | WED 10/23 | THU 10/24 | FRI 10/25 | SAT 10/26 | SUN 10/27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BL000 009 | Blake Brown Amber Vanille Dry Shampoo | -20 | -22 | -13 | -19 | -26 | -23 | -19 | -19 | -22 | -13 | -33 | -21 | -26 | -24 | -18 | -13 | -15 | | | | |
| BL000 001 | Blake Brown Sandalwood Vanille Fundamental Strengthening Shampoo | -26 | -32 | -24 | -27 | -33 | -30 | -35 | -28 | -27 | -19 | -17 | -24 | -29 | -20 | -15 | -18 | -28 | | | | |
| BL000 002 | Blake Brown Sandalwood Vanille Fundamental Strengthening Mask | -21 | -23 | -15 | -17 | -29 | -22 | -25 | -26 | -25 | -16 | -22 | -19 | -25 | -9 | -16 | -13 | -23 | | | | |
| BL000 003 | Blake Brown Wild Nectar Santal Fundamental Nourishing Shampoo | -21 | -25 | -24 | -27 | -31 | -31 | -27 | -24 | -25 | -29 | -14 | -18 | -18 | -18 | -15 | -15 | -21 | | | | |
| BL000 004 | Blake Brown Wild Nectar Santal Fundamental Nourishing Mask | -15 | -20 | -18 | -20 | -19 | -24 | -23 | -19 | -13 | -15 | -14 | -15 | -16 | -12 | -16 | -8 | -11 | | | | |
| BL000 005 | Blake Brown Milky Sandalwood Rich Reset Pre-Shampoo Mask | -8 | -22 | -7 | -12 | -10 | -10 | -17 | -15 | -5 | -10 | -15 | -14 | -14 | -10 | -10 | -7 | -11 | | | | |
| BL000 006 | Blake Brown Bergamot Woods All-In-Wonder Leave-In Potion | -23 | -21 | -21 | -25 | -28 | -29 | -33 | -21 | -23 | -24 | -23 | -22 | -30 | -30 | -18 | -14 | -19 | | | | |
| BL000 007 | Blake Brown Blackcurrant Vanille Glam Mousse | -18 | -18 | -17 | -16 | -20 | -21 | -9 | -23 | -12 | -16 | -17 | -18 | -17 | -11 | -14 | -17 | -19 | | | | |
| | TOTAL | -152 | -183 | -139 | -163 | -196 | -190 | -188 | -175 | -152 | -142 | -155 | -151 | -173 | -134 | -122 | -105 | -147 | | | | |

3

Source: Target Reporting System
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034399

# Brand Momentum: Product Reviews

Product Reviews negatively impacted starting Mid-August

- Product reviews were flooded with negativity against the brand and founder starting mid-August
- Target.com is an open platform for reviews, with no proof of purchase required to leave review (designated "unverified")
- Blakebrownbeauty.com reviews, which we started collecting in October, outperform Target.com reviews by +0.4 to +1.3 points

| | Target.com initiatied | Blakebrown beauty.com initiated | Difference in reviews | Unverified 1 Star Reviews |
|---|---|---|---|---|
| Nourishing Shampoo | 3.2 | 4.4 | -1.2 | 86/144 |
| Nourishing Mask | 3.7 | 4.6 | -0.9 | 20/60 |
| Strengthening Shampoo | 3.2 | 4.5 | -1.3 | 57/129 |
| Strengthening Mask | 3.8 | 4.5 | -0.7 | 17/52 |
| All-In-Wonder | 3.5 | 4.4 | -0.9 | 30/62 |
| Glam Mousse | 3.8 | 4.2 | -0.4 | 6/19 |
| Dry Shampoo | 2.5 | 3.8 | -1.3 | 42/135 |
| Rich Reset Pre-Shampoo Mask | 3.8 | 4.5 | -0.7 | 14/23 |

Source: Dash Hudson, @blakebrownbeauty
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034400

Case 1:24-cv-10049-LJL   Document 1431-34   Filed 05/04/26   Page 104 of 139

# Brand Momentum: Product Reviews Examples

| Commentor | Rating | Review | Review |
|---|---|---|---|
| Viva la DV victims | 1 | Castor out for the win | My hair fell off, horrible specially if you're a DV victim.... |
| trash | 1 | trash | a complete waste of money |
| iluvlambs | 1 | my revieq | blake lively is so unlikeable. she somehow created a product even crappier than her personality and that somehow scares me. why would anyone willingly put this on their hair? she claims she's known for her great hair but it always looks freaking frizzy and fried. my friend kyle, on the other hand, endorses this product bc he claims to love blake lively. he's the same type of guys who says his fav author is colleen hoover tho so take his opinion with a grain of salt. |
| Target Shopper | 1 | Get it if you want that dry frizzy blake lively look | Would give it a zero if I could. This was given to me. Feels like a very cheap product, I can't stand the overpowering smell, and it's very drying on the hair. If you want the dry, frizzy Blake Lively look, then sure give it a go. |
| Blake fail | 1 | | This dried my hair out so bad, I had to use a salon repair mask to try to salvage it. Even doing so, after my hair was dry, it was insanely frizzy with broken pieces all over my shirt. This is a big no. |
| jbarsm | 2 | Hair Loss and Annoying Packaging | I have always been skeptical on whether or not shampoos can cause hair loss. However, during the two times I used the Blake Brown shampoos and masks, I had significant hair loss (healthy hairs, not just the white or broken hairs). PRO's: Although I have an extreme sensitivity to odors, I had no problem with the smell of the products, and they did seem to make my hair soft. CON's: Hair loss. Neither of the shmapoos produced enough lather on my hair, even after a seond wash, so I did not feel that I was getting my scalp clean enough, even if it was getting clean enough. The packaging was very annoying and took up too much space in my shower/tub combo (at a minimum the shampoos should be in in a pump or squeeze bottle). This review is based on my experience with the Blake Brown products. Everyone's hair is different, so it may be worth trying if you don't mind the annoying packaging that takes up a lot of space in shower/tub combos. |
| Nic | 1 | Dry and brittle hair | This product gives you Blake hair - DRY FRIZZY AND TANGLED UP DONT BUY |

Source: Target.com
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034401

# Brand Momentum: Earned Media significantly trailed off and turned negative/neutral

| Blake Brown ALL Coverage - 7/31/24-10/28/24 | |
|---|---|
| Total Story Count | 739 |
| Total Impressions | 34,430,031,749 |
| Total Ad Value | $319,564,372 |

| Blake Brown Coverage | August |
|---|---|
| Total Story Count | 664 |
| Total Impressions | 30,203,064,525 |
| Total Ad Value | $280,136,922 |

| Blake Brown Coverage | September |
|---|---|
| Total Story Count | 50 |
| Total Impressions | 3,679,693,759 |
| Total Ad Value | $34,165,801 |

| Blake Brown Coverage | October as of 10/28 |
|---|---|
| Total Story Count | 25 |
| Total Impressions | 547,273,465 |
| Total Ad Value | $5,261,649 |

**Press from launch – through October:**
- Total Placements: 749
- Positive: 426
- Neutral: 317
- Negative: 4
- N/A: 2

**Press from launch – through August:**
- Total Placements: 664
- Positive: 398
- Neutral: 260
- Negative: 4
- N/A: 2

**Press from September:**
- Total Placements: 50
- Positive: 21
- Neutral: 29
- Negative: 0
- N/A: 0

**Press from October:**
- Total Placements: 35
- Positive: 7
- Neutral: 28
- Negative: 0
- N/A: 0

Source: Cision, PR agency reporting
ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034402

307

# Reputational Damage

- Target:  Cancelled consumer and corporate events have put strain on brand support within broader Target ecosystem

- Media: cancellations of planned events, interviews

- Suppliers:  dramatic increase then decrease in volume

- Agency partners: pivots and scrambles to rework plans

- Consumers: strong social and media momentum around product performance working against the brand and discouraging trial.  Strong clinical and consumer perception data demonstrate how well the products work

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034403

# BLAKE BROWN BEAUTY CONSUMER HOME USE TEST

Launch Assortment
June / July 2024

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034404

1. Consumer home use test with national US independent consumer panel

2. N = 45 / 46 for each product study

3. Product was blinded in white package. Provided with product description / directions that matched package.

4. Each product used for 1 week (Pre-Shampoo used 2 weeks since 1x weekly product to ensure multiple uses)

5. Respondent Qualifications
   1. Females
   2. Age 25 – 45
   3. Bought a haircare product at Target in P12 Months
   4. Spend $100+ on haircare in P12 Months
   5. Self-reported damaged hair for Strengthening Shampoo, Strengthening Mask, Pre-Shampoo Mask, Leave-In Conditioner

6. Protocol
   1. For currently used forms (e.g. shampoo / conditioner), respondents will switch out the GBB product for their current product. The rest of their haircare routine will be kept the same. They will assess results based on in use, on wet hair and hair after styled.
   2. For not currently used forms (e.g. pre shampoo mask), respondents will add GBB to normal haircare routine.
   3. Each product was evaluated individually.

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034405

# PORTFOLIO SUMMARY – KEY METRICS

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034406

| | Nourishing Shampoo | Nourishing Mask | Strengthening Shampoo | Strengthening Mask | Pre-Shampoo Mask | Leave-In Conditioner | Dry Shampoo | Volumizing Mousse |
|---|---|---|---|---|---|---|---|---|
| Total | 91% | 93% | 83% | 91% | 85% | 98% | 82% | 82% |
| Somewhat Satisfied | 44% | 44% | 44% | 44% | 28% | 35% | 31% | 29% |
| Very Satisfied | 47% | 49% | 39% | 48% | 57% | 63% | 51% | 53% |

Legend: ☒ Somewhat Satisfied  ☒ Very Satisfied

N = 45 / 46

1. How would you rate the product's performance? After using it were you...?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034407

# LIKELIHOOD OF SWITCHING SUMMARY

| | Nourishing Shampoo | Nourishing Mask | Strengthening Shampoo | Strengthening Mask | Pre-Shampoo Mask | Leave-In Conditioner | Dry Shampoo | Volumizing Mousse |
|---|---|---|---|---|---|---|---|---|
| Total | 58% | 82% | 50% | 76% | | 66% | 64% | 64% |
| Somewhat Likely | 31% | 49% | 22% | 36% | N/A | 25% | 18% | 27% |
| Very Likely | 27% | 33% | 28% | 41% | | 41% | 47% | 38% |

■ Somewhat Likely
▨ Very Likely

N = 45 / 46
1. How likely would you be to switch from your current product to this product?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034408

ATTORNEYS' EYES ONLY

# LIKELIHOOD OF RECOMMENDING TO A FRIEND SUMMARY

| | Nourishing Shampoo | Nourishing Mask | Strengthening Shampoo | Strengthening Mask | Pre-Shampoo Mask | Leave-In Conditioner | Dry Shampoo | Volumizing Mousse |
|---|---|---|---|---|---|---|---|---|
| Total | 80% | 87% | 61% | 91% | 76% | 80% | 73% | 73% |
| Somewhat Likely | 42% | 33% | 24% | 44% | 30% | 26% | 22% | 22% |
| Very Likely | 38% | 53% | 37% | 48% | 46% | 54% | 51% | 51% |

N = 45 / 46
1. How likely would you be to recommend this product to a friend?

Privileged and Confidential
BL-000034409

314

# PRODUCT BY PRODUCT DETAIL

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034410

ATTORNEYS' EYES ONLY

# NOURISHING SHAMPOO

## SATISFACTION[1]

91%

44% — Somewhat Satisfied

47% — Very Satisfied

## LIKELIHOOD OF SWITCHING[2]

58%

31% — Somewhat Likely

27% — Very Likely

## RECOMMEND TO A FRIEND[3]

80%

42% — Somewhat Likely

38% — Very Likely

N = 45
1. How would you rate the product's performance? After using it were you...?
2. How likely would you be to switch from your current shampoo to this product?
3. How likely would you be to recommend this product to a friend?

Privileged and Confidential
BL-000034411

# NOURISHING SHAMPOO ATTRIBUTE RATINGS

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

### HAIR LOOKS[1]

| Attribute | Rating |
|---|---|
| Healthy | 76% |
| Less frizzy | 71% |
| Smooth | 71% |
| Shiny | 69% |
| Nourished | 69% |
| Revitalized | 64% |

### HAIR FEELS[2]

| Attribute | Rating |
|---|---|
| Manageable | 82% |
| Soft | 82% |
| Healthy | 80% |
| Smooth | 78% |
| Nourished | 73% |
| Moisturized | 71% |
| Hydrated | 69% |
| Revitalized | 59% |
| Coated / Heavy / Like there is residue left... | 20% |

### EFFECTIVENESS[3]

| Attribute | Rating |
|---|---|
| Is gentle enough for everyday use | 87% |
| Gently cleanses while removing oil, sweat, dirt, and product buildup | 84% |
| Is easy to lather | 82% |
| Has a scent that lasts | 82% |
| Cleanses while revitalizing hair with hydration | 71% |
| Gives a luxe in-shower experience | 69% |
| Has a rich lather | 69% |
| Fragrance layers beautifully when combined with other products | 69% |

N = 45

1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed

Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034412

# NOURISHING MASK

| SATISFACTION[1] | LIKELIHOOD OF SWITCHING[2] | RECOMMEND TO A FRIEND[3] |

**93%**

44%  Somewhat Satisfied

49%  Very Satisfied

**82%**

49%  Somewhat Likely

33%  Very Likely

**87%**

33%  Somewhat Likely

53%  Very Likely

N = 45
1. How would you rate the product's performance? After using it were you ...?
2. How likely would you be to switch from your current conditioner to this product?
3. How likely would you be to recommend this product to a friend?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034413

# NOURISHING MASK ATTRIBUTE RATINGS

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

### HAIR LOOKS[1]

| Attribute | Rating |
|---|---|
| Smooth | 84% |
| Healthy | 84% |
| Shiny | 80% |
| Replenished | 78% |
| Revitalized | 78% |
| Nourished | 78% |
| Less frizzy | 69% |

### HAIR FEELS[2]

| Attribute | Rating |
|---|---|
| Manageable | 93% |
| Soft | 91% |
| Moisturized | 91% |
| Easier to detangle | 89% |
| Smooth | 89% |
| Hydrated | 87% |
| Easier to comb | 80% |
| Nourished | 78% |
| Replenished | 76% |
| Deeply conditioned | 76% |
| Healthy | 71% |
| Revitalized | 67% |
| Coated / Heavy / Like there... | 24% |

### EFFECTIVENESS

| Attribute | Rating |
|---|---|
| Formula feels ultra creamy | 96% |
| Absorbed well into hair | 93% |
| Has a scent that lasts | 91% |
| Is gentle enough for everyday use | 89% |
| Fragrance layers beautifully when combined with... | 74% |
| Gives a luxe in-shower experience | 73% |
| Improves hair's body | 69% |
| Improves your hair's style | 64% |
| Is an intensive treatment | 64% |
| Improves hair's bounce | 60% |

N = 45

1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed
Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034414

319

# STRENGTHENING SHAMPOO

### SATISFACTION[1]

83%

44% Somewhat Satisfied

39% Very Satisfied

### LIKELIHOOD OF SWITCHING[2]

50%

22% Somewhat Likely

28% Very Likely

### RECOMMEND TO A FRIEND[3]

61%

24% Somewhat Likely

37% Very Likely

N = 46
1. How would you rate the product's performance? After using it were you...?
2. How likely would you be to switch from your current shampoo to this product?
3. How likely would you be to recommend this product to a friend?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034415

# STRENGTHENING SHAMPOO ATTRIBUTE RATINGS

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

## HAIR LOOKS[1]

| Attribute | Rating |
|---|---|
| Smooth | 76% |
| Fuller | 74% |
| Shiny | 72% |
| Healthier | 67% |
| Replenished | 65% |
| Less frizzy | 64% |
| Bouncy | 63% |
| Rejuvenated | 61% |
| Voluminous | 57% |

## HAIR FEELS[2]

| Attribute | Rating |
|---|---|
| Replenished | 74% |
| Healthier | 70% |
| Smooth | 70% |
| Soft | 70% |
| Fuller | 65% |
| Rejuvenated | 63% |
| Voluminous | 54% |
| More manageable | 50% |
| Coated / Heavy / Like there is residue left behind | 15% |

## EFFECTIVENESS[3]

| Attribute | Rating |
|---|---|
| Gently cleanses while removing oil, sweat, dirt, and product buildup | 89% |
| Is gentle enough for everyday use | 87% |
| Is easy to lather | 76% |
| Has a rich lather | 72% |
| Restores the appearance of damaged hair | 65% |
| Fragrance layers beautifully when combined with other products | 62% |
| Has a scent that lasts | 61% |
| Adds body | 59% |
| Gives a luxe in-shower experience | 52% |

N = 46
1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed
Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034416

# STRENGTHENING MASK



### SATISFACTIO N[1]

91%

44%  Somewhat Satisfied

48%  Very Satisfied

### LIKELIHOOD OF SWITCHING[2]

76%

35%  Somewhat Likely

41%  Very Likely

### RECOMMEND TO A FRIEND[3]

91%

44%  Somewhat Likely

48%  Very Likely

N = 46
1. How would you rate the product's performance? After using it were you...?
2. How likely would you be to switch from your current conditioner to this product?
3. How likely would you be to recommend this product to a friend?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034417

Case 1:24-cv-10049-LJL   Document 1431-34   Filed 05/04/26   Page 122 of 139

# STRENGTHENING MASK ATTRIBUTE RATINGS

**TOP 2 BOX**
*(STRONGLY AGREE / AGREE)*

## HAIR LOOKS[1]

| Attribute | Rating |
|---|---|
| Smooth | 80% |
| Replenished | 80% |
| Rejuvenated | 76% |
| Shiny | 74% |
| Healthier | 74% |
| Less frizzy | 64% |
| Bouncy | 59% |
| Voluminous | 48% |
| Fuller | 46% |

## HAIR FEELS[2]

| Attribute | Rating |
|---|---|
| Manageable | 89% |
| Soft | 89% |
| Replenished | 87% |
| Smooth | 85% |
| Healthier | 80% |
| Rejuvenated | 74% |
| Voluminous | 50% |
| Fuller | 35% |
| Elastic | 22% |
| Coated / Heavy /... | 9% |

## EFFECTIVENESS

| Attribute | Rating |
|---|---|
| Formula feels ultra creamy | 93% |
| Absorbed well into hair | 91% |
| Deeply conditioning | 87% |
| Is gentle enough for everyday use | 78% |
| Gives a luxe in-shower experience | 74% |
| Makes split ends look smoother | 72% |
| Has a scent that lasts | 72% |
| Restores the appearance of damaged hair | 72% |
| Fragrance layers beautifully when combined with other products | 71% |
| Is an intensive treatment | 63% |
| Adds body | 54% |
| Increases bounce | 46% |

N = 46
1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed
Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034418

323

# PRE-SHAMPOO MASK

## SATISFACTION[1]

85%

28%  Somewhat Satisfied

57%  Very Satisfied

## RECOMMEND TO A FRIEND[3]

76%

30%  Somewhat Likely

46%  Very Likely

N = 45
1. How would you rate the product's performance? After using it were you...?
2. How likely would you be to recommend this product to a friend?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034419

324

# PRE-SHAMPOO MASK ATTRIBUTE RATINGS

**TOP 2 BOX**
*(STRONGLY AGREE / AGREE)*

## HAIR LOOKS[1]

| Attribute | % |
|---|---|
| Smooth | 89% |
| Nourished | 85% |
| Less frizzy | 83% |
| Shiny | 80% |
| Less damaged | 78% |
| Healthier | 78% |
| Restored | 67% |
| Supple | 53% |
| Fuller | 50% |
| Bouncy | 50% |

## HAIR FEELS[2]

| Attribute | % |
|---|---|
| Smooth | 89% |
| Moisturized | 89% |
| Hydrated | 89% |
| Less dry | 87% |
| Nourished | 83% |
| Soft | 80% |
| Silky | 78% |
| Deeply conditioned | 78% |
| More manageable | 78% |
| Healthier | 78% |
| Restored | 70% |
| Less damaged | 67% |
| Supple | 60% |
| Fuller | 50% |
| Elastic | 30% |
| Coated / Heavy /... | 13% |

## EFFECTIVENESS

| Attribute | % |
|---|---|
| Is good for weekly use 3 | 96% |
| Absorbs well into hair | 93% |
| Improves hair's manageability without weighing hair... | 85% |
| Restores your natural softness | 85% |
| Instantly detangles | 80% |
| Brings dry hair back to life | 78% |
| Is an intensive treatment | 78% |
| Makes split ends look smoother | 76% |
| Restores your natural shine | 74% |
| Fragrance layers beautifully when combined with... | 72% |
| Adds body without weighing hair down | 72% |
| Restores your natural suppleness | 71% |
| Improves combability | 67% |
| "Resets" your hair | 67% |
| Has a scent that lasts | 65% |
| Enhances performance of other products in your... | 55% |

N = 45

1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed
Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034420

# LEAVE-IN CONDITIONER

## SATISFACTION[1]

98%

63% — Somewhat Satisfied

35% — Very Satisfied

## LIKELIHOOD OF SWITCHING[2]

66%

41% — Somewhat Likely

25% — Very Likely

## RECOMMEND TO A FRIEND[3]

80%

54% — Somewhat Likely

26% — Very Likely

N = 46
1. How would you rate the product's performance? After using it were you ...?
2. How likely would you be to switch from your current conditioner to this product?
3. How likely would you be to recommend this product to a friend?

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034421

326

# LEAVE-IN CONDITIONER ATTRIBUTE RATINGS

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

### HAIR LOOKS[1]

| Attribute | Rating |
|---|---|
| Smooth | 93% |
| Less frizzy | 89% |
| Less damaged | 85% |
| Healthier | 85% |
| Shiny | 80% |
| Nourished | 80% |
| Revitalized | 74% |
| More like my... | 67% |
| Like it has defined... | 45% |

### HAIR FEELS[2]

| Attribute | Rating |
|---|---|
| Detangled | 96% |
| Conditioned | 96% |
| Less dry | 96% |
| Smooth | 91% |
| Hydrated | 91% |
| Soft | 91% |
| More manageable | 89% |
| Nourished | 87% |
| Revitalized | 76% |
| Coated / Heavy /... | 35% |

### EFFECTIVENESS [3]

| Attribute | Rating |
|---|---|
| Works well on wet hair... | 93% |
| Improves comb-ability | 93% |
| Adds instant hydration | 91% |
| Rich formula | 89% |
| Instantly detangles | 89% |
| Helps repair the look of... | 83% |
| Works well for my hair type... | 80% |
| Has a scent that lasts | 78% |
| Makes hair easier to style | 76% |
| Enhances your style | 74% |
| Is good for everyday use | 72% |
| Perfumes hair | 72% |
| Primes hair for styling | 72% |
| Fragrance layers... | 69% |
| Adds definition to natural... | 67% |
| Helps restyle / refresh... | 64% |

N = 46
1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors

ATTORNEYS' EYES ONLY

Claim Passed
Claim Failed

Privileged and Confidential
BL-000034422

327

# DRY SHAMPOO

## SATISFACTION[1]

82%

31% Somewhat Satisfied

51% Very Satisfied

## LIKELIHOOD OF SWITCHING[2]

64%

18% Somewhat Likely

47% Very Likely

## RECOMMEND TO A FRIEND[3]

73%

22% Somewhat Likely

51% Very Likely

*N = 45*
*1. How would you rate the product's performance? After using it were you...?*
*2. How likely would you be to switch from your current dry shampoo to this product?*
*3. How likely would you be to recommend this product to a friend?*

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034423

Case 1:24-cv-10049-LJL    Document 1431-34    Filed 05/04/26    Page 128 of 139

# DRY SHAMPOO ATTRIBUTE RATINGS

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

### HAIR LOOKS[1]

| | |
|---|---|
| Cleaner | 80% |
| Refreshed | 76% |

### HAIR FEELS[2]

| | |
|---|---|
| Not greasy / oily | 84% |
| Cleaner than if I hadn't used the dry shampoo | 80% |
| Refreshed | 76% |
| Manageable | 76% |
| Fresh | 73% |

### EFFECTIVENESS [3]

| | |
|---|---|
| Works well on wet hair before styling | 93% |
| Improves comb-ability | 93% |
| Adds instant hydration | 91% |
| Rich formula | 89% |
| Instantly detangles | 89% |
| Helps repair the look of existing damage | 83% |
| Works well for my hair type / texture | 80% |
| Has a scent that lasts | 78% |
| Makes hair easier to style | 76% |
| Enhances your style | 74% |
| Is good for everyday use | 72% |
| Perfumes hair | 72% |
| Primes hair for styling | 72% |
| Fragrance layers beautifully when combined with other... | 69% |
| Adds definition to natural hair texture | 67% |
| Helps restyle / refresh second-day hair | 64% |

N = 45
1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

ATTORNEYS' EYES ONLY

Claim Passed
Claim Failed

Privileged and Confidential
BL-000034424



# VOLUMIZING MOUSSE

### SATISFACTION[1]

82%

29% — Somewhat Satisfied

53% — Very Satisfied

### LIKELIHOOD OF SWITCHING[2]

64%

27% — Somewhat Likely

38% — Very Likely

### RECOMMEND TO A FRIEND[3]

73%

22% — Somewhat Likely

51% — Very Likely

*N = 45*

*1. How would you rate the product's performance? After using it were you...?*
*2. How likely would you be to switch from your current mousse or styling product to this product?*
*3. How likely would you be to recommend this product to a friend?*

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034425

# VOLUMIZING MOUSSE

## HAIR LOOKS[1]

| Descriptor | % |
|---|---|
| Smooth | 84% |
| Voluminous | 82% |
| Light, not weighed... | 80% |
| Like it has a defined... | 78% |
| Like it has a lot of body | 78% |
| Fuller | 78% |
| Bouncy | 71% |
| Less frizzy | 70% |
| Defined | 69% |
| Polished | 64% |
| Shiny | 64% |
| Like it was... | 49% |

## HAIR FEELS[2]

| Descriptor | % |
|---|---|
| Flexible | 89% |
| Brushable | 84% |
| Soft | 84% |
| Smooth | 80% |
| Fuller | 73% |
| Weightless | 67% |
| Dry | 27% |
| Crunchy | 22% |
| Sticky | 20% |
| Stiff | 18% |

## TOP 2 BOX
### (STRONGLY AGREE / AGREE)

## EFFECTIVENESS

| Descriptor | % |
|---|---|
| Tames flyaways | 82% |
| Lightweight | 82% |
| Provides flexible hold with movement | 82% |
| Has a brushable hold | 82% |
| Helps define styles | 82% |
| Extends your styling efforts | 82% |
| Has a scent that lasts | 80% |
| Helps to secure the look you've set | 80% |
| Holds your hair | 80% |
| Encourages and defines natural... | 78% |
| Perfect for wash and go styling | 78% |
| Versatile formula works for many... | 78% |
| Builds volume without weighing hair... | 78% |
| Can use frequently without buildup | 75% |
| Delivers all day hold | 75% |
| Breathes life into curls | 70% |
| Fragrance layers beautifully when... | 68% |
| Gives hair the appearance of... | 66% |
| Maximize your hair's memory to... | 65% |
| Delivers a heat-activated hold | 61% |
| Gives you the polish and feeling of... | 60% |

N = 45

1. Please rate your level of agreement with the following descriptors on how your hair LOOKS after using the product. My hair looks...
2. Please rate your level of agreement with the following descriptors on how your hair FEELS after using the product. My hair feels...
3. Please rate your level of agreement on how EFFECTIVE the product was on the following descriptors.

Claim Passed
Claim Failed

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034426

331



Clinicals
**CLAIMS SUBSTANTIATION RESEARCH**
**9.5.24**

ATTORNEYS' EYES ONLY

BL-000034427

# CLAIMS SUBSTANTIATION PLAN – LAUNCH ASSORTMENT

| CLAIM | CONSUMER CLAIMS "Look" "Feel" Perceived Efficacy | CLINICAL CLAIMS Anti-Breakage Strength | CLINICAL CLAIMS Fatigue Elasticity "Stretch" | CLINICAL CLAIMS Color Fade Testing Anti-Fade | PHOTOGRAPHY SEM (Spectroscopy) Strength / Cuticle / Fragile |
|---|---|---|---|---|---|
| Control (untreated 9% bleached damaged hair) | | X | X | | X |
| Color-Treated | | | | | |
| | | X (vs pre-shampoo & strengthening mask) | | | |
| Control (virgin hair) | | | | | |
| Nourishing Shampoo | X | | | X | |
| | | | X For strength & stretch claim | | |
| Nourishing Mask | X | | | | |
| Strengthening Shampoo | X | X | | X | X |
| Strengthening Mask | X | X | Did not achieve | | |
| Pre-Shampoo Mask | X | X | Did not achieve | | X |
| Leave-In Conditioner | X | | | | |
| Dry Shampoo | X | | | | |
| Glam Mousse | X | | | | |
| Nourishing Shampoo + Mask | X | | | | |
| Strengthening Shampoo + Mask | X | | | | |
| Full System (Nourish + Strengthen - 4 products) | X | | | | |

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034428

## CLINICAL / PHOTOGRAPHY TESTING SNAPSHOT

### CLINICAL TESTING

**Anti-Breakage Test (Surface) – 1 product application**

- **Strength (on pack) – in just 1 use**
1. Control (untreated bleached hair)
2. Control (untreated unbleached hair)
3. Strengthening Shampoo (only clinical on shampoo alone)
4. Strengthening Mask
5. Pre-Shampoo Mask

**Fatigue Test (Penetration) – 20x application**

- **Elasticity**

- **Deep conditioning**
1. Control (untreated bleached hair)
2. Strengthening Mask
3. Pre-Shampoo Mask

### PHOTOGRAPHY

**SEM (Spectroscopy images) (Penetration) – 1 product application**

- **Strengthens (on pack) and reinforces fragile hair**
- **Smoothed cuticle / Reinforces cuticle strength to prevent breakage (not clinically proven)**
- **Replenishes the stability of your hair (on pack)**
1. Control (untreated bleached hair)
2. Strengthening Mask
3. Strengthening Shampoo + Mask
4. Strengthening Mask & Shampoo + Nourishing Mask & Shampoo
5. Pre-Shampoo Mask

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034429

| Table 3 Percent reduction in breakage compared to controls (unbleached vs bleached) | | | |
|---|---|---|---|
| Reference | Treatment | % Reduction in Breakage | |
| | | Unbleached hair | Bleached hair |
| Cell 3 | Strengthening Shampoo | | 73.25 |
| Cell 4 | Pre-Shampoo Mask + Suave Shampoo & Conditioner | 80.17 | 92.72 |
| Cell 5 | Strengthening Mask | 78.26 | 92.02 |

**CLAIMS**

**Strength – in just 1 use**
- Hair is less susceptible to breakage
- Helps prevent breakage caused by brushing, styling, and mechanical aggressors
- Helps protect hair from future breakage
- Leaves hair stronger
- Strengthen to lengthen / encourages length by preventing breakage
- Reduces the amount of breakage from snags caused by brushing

**Strengthening Shampoo**
Hair has 73% less breakage
Hair has 3.7x less breakage

**Strengthening Mask**
Hair has 92% less breakage
Hair has 12.5x less breakage

**Pre-Shampoo Mask**
Hair has 93% less breakage
Hair has 13.7x less breakage

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034430



### NOURISHING MASK

Figure 5. Survival of differently treated hair

Table 5. Log-rank analysis results: the curves are statistically different

| Test | ChiSquare | DF | Prob>ChiSq |
|---|---|---|---|
| Log-Rank | 6.5918 | | 0.0102 |

Table 6. Weibull analysis results

| Treatment | Characteristic Life α | Shape Parameter β |
|---|---|---|
| Cell 4 – 20x LaDove GBB Wild Nectar Santal Fundamental Moisturizing Mask (B744) | 11886 | 0.79 |
| Cell 1 – Control | 7633 | 0.95 |

### STRENGTHENING MASK

Figure 4. Survival of differently treated hair

Table 3. Log-rank analysis results: the curves are statistically indifferent

| Test | ChiSquare | DF | Prob>ChiSq |
|---|---|---|---|
| Log-Rank | 3.4045 | | 0.065 |

Table 4. Weibull analysis results

| Treatment | Characteristic Life α | Shape Parameter β |
|---|---|---|
| Cell 3 – 20x LaDove GBB Tonka Vanilla Fundamental Strengthening Mask (B742) | 11442 | 0.78 |
| Cell 1 – Control | 7633 | 0.95 |

### PRE-SHAMPOO MASK

Figure 3. Survival of differently treated hair

Table 1. Log-rank analysis results: the curves are statistically indifferent

| Test | ChiSquare | DF | Prob>ChiSq |
|---|---|---|---|
| Log-Rank | 0.278 | | 0.598 |

Table 2. Weibull analysis results

| Treatment | Characteristic Life α | Shape Parameter β |
|---|---|---|
| Cell 2 – 20x Pre-Shampoo Mask (178645F4) | 6596 | 0.85 |
| Cell 1 – Control | 7633 | 0.95 |

## NOURISHING MASK ONLY
- Helps damaged or weakened hair to be less prone to breakage
- Supports healthy hair elasticity
- Leaves hair stronger
- Provides deep conditioning

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034431



## 1 WASH

Figure 3 Color change after 1 treatment cycle

Table 2 Color change after 1 treatment cycle

| Treatment | N | Mean | Std Dev | Std Err Mean | Difference | |
|---|---|---|---|---|---|---|
| Moisturizing Shampoo | 10 | 2.03 | 0.45 | 0.14 | A | |
| Control | 10 | 1.07 | 0.64 | 0.20 | | B |
| Strengthening Shampoo | 10 | 1.07 | 0.29 | 0.09 | | B |

Levels not connected by the same letter are significantly different.

## 5 WASHES

Figure 4 Color change after 5 treatment cycles

Table 3 Color change after 5 treatment cycles

| Treatment | N | Mean | Std Dev | Std Err Mean | Difference | |
|---|---|---|---|---|---|---|
| Moisturizing Shampoo | 10 | 2.94 | 0.36 | 0.11 | A | |
| Strengthening Shampoo | 10 | 2.53 | 0.47 | 0.15 | A | B |
| Control | 10 | 2.00 | 0.83 | 0.26 | | B |

Levels not connected by the same letter are significantly different.

## 10 WASHES

Figure 4 Color change after 5 treatment cycles

Table 3 Color change after 5 treatment cycles

| Treatment | N | Mean | Std Dev | Std Err Mean | Difference | |
|---|---|---|---|---|---|---|
| Moisturizing Shampoo | 10 | 2.94 | 0.36 | 0.11 | A | |
| Strengthening Shampoo | 10 | 2.53 | 0.47 | 0.15 | A | B |
| Control | 10 | 2.00 | 0.83 | 0.26 | | B |

Levels not connected by the same letter are significantly different.

ATTORNEYS' EYES ONLY

Privileged and Confidential
BL-000034432

# PTX-814

7:48

# BL updated LS list of prote...
## PAGES - 388 KB

1. No more showing nude videos or images of women, including producer's wife, to BL and/or her employees.
2. No more mention of Mr Baldoni's or Mr Heath's previous "pornography addiction" or BL's lack of pornography consumption to BL or to other crew members.
3. No more discussions to BL and/or her employees about personal experiences with sex, including as it relates to spouses or others.
4. No more mention to BL or her employees of personal times that physical consent was not given in sexual acts, as either the abuser or the abused.
5. No more descriptions of their own genitalia to BL.
6. No more jokes or disparaging comments to be made to BL and/or her employees about HR complaints Wayfarer has already received on set, or about "missing the HR meeting."
7. No more inquiries by Mr Baldoni to BL  trainer without her knowledge or consent to disclose her weight.
8. No more mention by Mr Baldoni of him "speaking to" BL's dead father.
9. No more pressing by Mr Baldoni for BL to disclose her religious beliefs, or unsolicited sharing of his.
10. If BL and/or her infant is exposed to COVID again, BL must be provided with immediate notice as soon as Wayfarer or any other producers become aware of such exposure, without her needing to uncover days later herself.
11. An intimacy coordinator must be present at all times when BL is on set in scenes with Mr. Baldoni.
12. No more personal, physical touching of, or sexual comments by, Mr Baldoni or Mr Heath to be tolerated by BL and/or any of her employees, as well as any female cast or crew without their express consent.
13. No more improvising of kissing. All intimate touch must be choreographed in advance with BL and an intimacy coordinator. No biting or sucking of lip without BL consent. And all intimate on camera touch and conversations must be "in character", not spoken from Mr Baldoni to BL personally.
14. BL to have a representative on set at all times and with a monitor during scenes involving nudity, sexual activity, or violence with Mr Baldoni.
15. All actors participating with BL in intimate scenes involving her being in any state of nudity or simulated nudity must be classified as active, working actors, not "friends" of the director or producers, and must be pre-approved by BL.
16. No more filming of any BL nudity without a fully-executed, SAG-compliant nudity rider in place. Any such footage already shot without this rider in place and in direct violation of SAG requirements may not be used without BL's and her legal representatives prior, written consent.
17. Any scene by BL, or another performer depicting the character of "Lily," that involves nudity or simulated sex must be conducted strictly in accordance with  the above-referenced nudity rider and must adhere to the BL-approved script.
18. An intimacy coordinator must be on set for all scenes involving nudity and/or simulated sex and must have a monitor to ensure compliance.
19. No monitors to be viewed or accessible on set, or remotely, during closed set scenes except by BL-approved essential crew and personnel.

20. No more entering, attempting to enter, interrupting, pressuring or asking BL to enter her trailer or the makeup trailer by Mr Heath or Mr Baldoni while she is nude, for any reason.
21. No more private, multi hour meetings in BL's trailer, with Mr Baldoni crying, with no outside BL appointed representative to monitor.
22. No more pressing by Mr Baldoni to sage any of BL's employees.
23. Producer Alex Saks to be given standard rights, inclusion, and authority per description and as represented to BL when signing on.
24. Sony must have an active, daily role in overseeing physical production for the remainder of the film to monitor safety for cast and crew, schedule, logistics, problem solving and cre██████████████████████████
25. Engagement of an experienced producer to supervise the safety of the cast and