# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---


BLAKE LIVELY,

                Plaintiff,

    vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)

                        25-CV-449 (LJL) (MEMBER CASE)


WAYFARER STUDIOS LLC, ET AL.


                Defendants.

_____

JENNIFER ABEL,

            Third-party Plaintiff,

    vs.

JONESWORKS, LLC,

            Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

            Consolidated Plaintiffs,

    vs.

BLAKE LIVELY, et al.

            Consolidated Defendants.

_____

**CONFIDENTIAL**


VIDEO-RECORDED DEPOSITION OF ALEXANDRIA SAKS

Los Angeles, California

Wednesday, September 24, 2025


Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

Job No. CA7624602

Pages 1 - 301


Page 1

CONFIDENTIAL

the notes Zoom occurring during which Mr. Baldoni        11:47:37
yelled at you?

        A    I believe it was in January of 2023.

        Q    Do you recall the general topic of
discussion during that Zoom?                             11:47:55

        A    Just the script.

        Q    Do you recall Mr. Baldoni also
mansplaining to you during that note Zoom in January
of 2023?

              MS. GAROFALO:  Objection.                  11:48:07

              THE WITNESS:  I don't recall.

BY MS. ROESER:

        Q    Do you recall whether he interrupted you
during that notes Zoom in January of 2023?

        A    I don't recall.                             11:48:13

        Q    You mentioned that there was a third
incident in which Mr. Baldoni yelled at you; is that
right?

        A    Yes.

        Q    And when was that, roughly?                 11:48:42

        A    That was on set towards the end of the
first round of shooting.

        Q    Would that have been roughly June 2023?

        A    I believe so.

        Q    What do you recall about the meeting on     11:49:03

                                                         Page 76

set with Mr. Baldoni in which he yelled at you?    11:49:06

A    We were shooting at the Root location. It was a very stressful day of shooting because we had a lot of work to do in a short amount of time. He came up behind monitor, where I was sitting.    11:49:24 Jamey and Ange were behind me.  And he came up to me and asked me how I thought the scene was going, and if he was getting it, which I thought he did and also expressed that I didn't believe that he needed more coverage.    11:49:44

And then he yelled at me and said that, I don't remember exactly, but something to the effect of -- I actually don't remember exactly what he said.  But he yelled something and then slammed his hands on the director's chair next to me, and walked    11:50:03 away.

And then I turned around and looked at Amy -- Ange and Jamey, and said that if he did that -- something like that to me one more time, that I was going to walk off the movie.    11:50:19

Q    Why did you feel like you would walk off the movie if he behaved in that manner again?

A    It was the first time I felt physically intimidated.

Q    Why did you feel physically intimidated    11:50:44

Page  77

CONFIDENTIAL

during that interaction with Mr. Baldoni?   11:50:47

A    Because he slammed his hands on a chair right next to me while yelling at me and saying my name.  That's the one thing I remember is he said,   11:50:58
"Alex."

Q    He yelled "Alex" and then slammed his hands on the chair?

A    Yes.

Q    Can you describe for me where you were when that happened?  I know you mentioned that you   11:51:14 were filming a Root scene.  What did that look like?

A    We were in a restaurant, and the front of the restaurant is where we were filming.  And then there was sort of a divider in the restaurant and village was behind the divider towards the back of   11:51:28 the restaurant.  And that's where I was sitting in one of the first chairs closest to the monitor at village.

Q    So you were sitting at the village.  Was anyone -- who was around you?   11:51:49

A    Ange and Jamey were sitting in two chairs behind me.

Q    Was anyone else there?

A    There was probably lots of crew milling around, but no one I can remember specifically.   11:52:02

Page 78

were not getting along?                                    12:14:52

A    Yes.

Q    What do you remember knowing at that
time?

A    I don't remember specifics.              12:14:58

Q    Do you recall conveying to Mr. Zavala any
concerns with respect to how Mr. Baldoni was
treating you on set?

A    No.

Q    Do you recall sharing with Mr. Zavala,    12:15:12
for example, that you felt sidelined on the
production?

A    No.

Q    Or, like, you didn't have a voice?

A    I don't remember sharing that with him,   12:15:21
but that would have reflected my feelings at the
time.

Q    At the time in May of 2023, you -- did
you feel sidelined on the production?

A    Yes.                                       12:15:35

Q    Sidelined by Mr. Baldoni and Mr. Heath?

A    Yes.

Q    Why?

A    Because when I was originally hired on
the movie, I was going to be the sole producer aside   12:15:44

Page 97

CONFIDENTIAL

from the writer, who had never produced a movie and    12:15:47

was going to be off directing her own movie.  And

the prior movie I had done for Sony, I was really

the lead producer on, making the bulk of decisions

in tandem with Sony.  And within the first couple of    12:16:03

weeks on this movie and then subsequently when Jamey

came on as a full producer, it became clear I was --

I was -- I was just there working for them, not able

to make decisions.  I was, at times, consulted, but

things were not my call.    12:16:28

Q    It sounds frustrating.  Was it

frustrating?

A    I found it frustrating.

Q    You can set that exhibit aside.

MS. ROESER:  We will take a break.    12:17:11

THE VIDEOGRAPHER:  The time is 12:17 p.m.

Off record.

(Lunch recess.)

THE VIDEOGRAPHER:  The time is 1:11 p.m.

We're back on record.    01:11:20

BY MS. ROESER:

Q    Welcome back from lunch, Ms. Saks.  You

understand you're still under oath?

A    Yes.

MS. ROESER:  I'm going to hand you what's    01:11:30

Page 98

CONFIDENTIAL

boss's wife giving birth nude?                          01:58:21

            MS. GAROFALO:  Objection.

            THE WITNESS:  I believe she shared that

at the time.

BY MS. ROESER:                                         01:58:28

        Q     Did you think it was appropriate for

Mr. Heath to show Ms. Lively a video of his wife

giving birth nude?

            MS. GAROFALO:  Objection.

            THE WITNESS:  No.                          01:58:40

BY MS. ROESER:

        Q     Do you want your boss to show you a video

of his wife giving birth nude?

            MS. GAROFALO:  Objection.

            THE WITNESS:  No.                          01:58:44

BY MS. ROESER:

        Q     You wrote:

            (As read):

                "He did try to clarify that he thought

                Justin told her about it."            01:58:48

        Did you mean that Mr. Heath tried to

clarify that he showed Ms. Lively a video of his

nude wife because Justin asked him to?

        A     I believe he was trying to clarify that

he thought Justin had told her, this is what the     01:59:07

Page 137

CONFIDENTIAL

BY MS. ROESER:                                          02:02:03

Q   Do you think it was appropriate for the two men in charge of the production to joke about not being able to make eye contact with people because of HR?                                   02:02:12

MS. GAROFALO:  Objection.

THE WITNESS:  Can you repeat the beginning of the question?

BY MS. ROESER:

Q   Did you think it was appropriate for two   02:02:20 men in charge of the production to joke about not being able to make eye contact with people anymore?

MS. GAROFALO:  Objection.

THE WITNESS:  No.

BY MS. ROESER:                                          02:02:29

Q   Why not?

MS. GAROFALO:  Objection.

THE WITNESS:  Because that's not how a workplace or the leaders of a workplace should operate.  They shouldn't be making light of the   02:02:41 behavior that makes their employees uncomfortable.

BY MS. ROESER:

Q   And in your view, Mr. Baldoni and Mr. Heath were making light of behavior that made people uncomfortable in their workplace?   02:02:54

Page 140

CONFIDENTIAL

that made you perceive she was uncomfortable?                    02:08:21

                MR. GLOVER:  Objection, form.

                MS. GAROFALO:  Join.

                THE WITNESS:  Not that I can recall.

BY MS. ROESER:                                                   02:08:29

        Q    What was your reaction to hearing that
Mr. Heath had entered Ms. Lively's trailer uninvited
and looked at her while she was getting her makeup
done, body makeup done?

        A    I would imagine -- I don't recall              02:08:52
exactly, but I would imagine uncomfortable, like I
am rereading it now.

        Q    You're uncomfortable even rereading it
now?

        A    Yes.                                           02:08:59

        Q    Why?

        A    Because I don't like that it happened.

        Q    Why not?

        A    Because it's not appropriate for the
workplace.                                                  02:09:05

        Q    Why is it inappropriate for the workplace
for Mr. Heath to go into Ms. Lively's trailer and
look at her while she's getting her body makeup
done?

                MR. GLOVER:  Objection, form.           02:09:13

                                                        Page 146

A    Yes.                                                    02:36:43

Q    Do you recognize Exhibit 11 as a text exchange between you and Ms. Giannetti, on June 15th, 2024?

A    Yes.                                                    02:36:52

Q    At 2:19 p.m., Ms. Giannetti says "call me." And later on, at 2:53, you write -- she asked you:

(As read):

"Did you get any details back then?"        02:37:07

And you respond:

(As read):

"Justin was very dismissive of her when she wanted to direct and then used Jamey to try and manipulate her when he 02:37:18 realized she could co-direct it after she got daddio going."

Do you see that?

A    Yes.

Q    Do you recall what this text was in        02:37:27 reference to?

A    No.

Q    Do you recall if you and Ms. Giannetti had a conversation about concerns raised by Christy Hall with respect to Mr. Baldoni being  02:37:37

Page 153

CONFIDENTIAL

dismissive of her?                                        02:37:41

A    Yes.   Now -- now, I know what it's about.

Q    What do you recall with respect to
Ms. Hall's concerns, if any, about any Mr. Baldoni?

A    That -- yeah, that initially, he was      02:37:56
dismissive of -- dismissive of her wanting to
direct.  I don't remember much more than that.

Q    You write at 2:54:

(As read):

"And then she felt like he tried to use 02:38:07
her for cover with Blake and Colleen a
bunch."

Do you have an understanding of what you
were referencing there?

A    Yeah.  That she was the female writer,   02:38:16
and he would say, you know, that he wanted to give
her the chance to -- to write her way in, et cetera.

Q    It was your -- your impression that
Ms. Hall was concerned with Mr. Baldoni using her as
cover with Blake and Colleen with regard to the       02:38:43
script?

A    I guess so.

Q    At 2:55, you wrote:

(As read):

"She just doesn't want to be associated 02:38:53

Page 154

with him/them."                                    02:38:56

A    Yes.

Q    What is that in reference to?

A    That is that she didn't want to be
associated with Justin and Wayfarer.               02:39:01

Q    Ms. Hall did not want to be associated
with Mr. Baldoni or with Wayfarer?

A    I believe so.

Q    Did you know why?

A    I believe because of everything I wrote        02:39:11
previously.

Q    Ms. Hall had shared with you that she did
not want to be associated with Mr. Baldoni or
Wayfarer?

A    Yes.                                           02:39:20

Q    Did Ms. Hall also share with you, as you
expressed at 2:57 p.m., she didn't feel respected as
a female voice on the team and on a movie like this,
that felt especially bad?

A    Yes.                                           02:39:33

Q    At 2:59, Ms. Giannetti writes:

(As read):

"Just so many things stacking up people

are so upset or pissed off about.  I

cannot believe how they just keep          02:39:42

Page 155

CONFIDENTIAL

BY MS. GAROFALO:                                             04:29:06

Q    And there had been an incident before where he interrupted you on a Zoom call?

A    Yes.  It was -- I think it was a phone call.                                                         04:29:12

Q    Okay.  And that did not please you very much, correct?

A    Correct.

Q    And you told Mr. Baldoni, right?

A    No, I actually didn't.                               04:29:21

Q    But he apologized to you, didn't he?

A    He did.

Q    So he knew or felt that he had been impolite; is that the right word?

MS. ROESER:  Objection.                                 04:29:34

THE WITNESS:  Yeah.

BY MS. GAROFALO:

Q    And apologized to you?

A    Correct.

Q    Do you think Mr. Baldoni cut you off            04:29:38
during that call because you were a female?

MS. ROESER:  Objection.

THE WITNESS:  I don't know.  But I was the only person on the set that he consistently yelled at.                                                      04:30:03

Page 243

CONFIDENTIAL

BY MS. GAROFALO:                                    04:30:03

Q     Now, you've only told us about two incidents.  Were there more?

A     Three.

Q     Three.  Were there more incidents when he    04:30:08
yelled at you?

A     No, just the three.

Q     Okay.  And do you think that those -- that Mr. Baldoni's being curt with you had -- that it was gender bias?  Is that what you're telling us?    04:30:26

MS. ROESER:  Objection.

THE WITNESS:  I don't know, honestly.
But I also -- I want to clarify, it actually wasn't him being curt.  It was usually the opposite of that.  It was usually that it provoked a sort of    04:30:36
rageful yelling or interrupting reaction.

BY MS. GAROFALO:

Q     Okay.  And I want to go back to, you said he slammed the chair?

A     He slammed his hands on the director's    04:30:45
chair --

Q     On the chair?

A     -- in between us.

Q     Okay.

A     On the arm of the chair.                    04:30:50

Page 244

CONFIDENTIAL

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 25th day of September, 2021.

ASHLEY SOEVYN

CSR No. 12019

Page 298