# EXHIBIT E

CONFIDENTIAL

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---


BLAKE LIVELY,

                Plaintiff,

  vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)

                       25-CV-449 (LJL) (MEMBER CASE)


WAYFARER STUDIOS LLC, ET AL.


                Defendants.
_____

JENNIFER ABEL,

            Third-party Plaintiff,

  vs.

JONESWORKS, LLC,

            Third-party Defendant.
_____

WAYFARER STUDIOS LLC, et al.

            Consolidated Plaintiffs,

  vs.

BLAKE LIVELY, et al.

            Consolidated Defendants.
_____

**CONFIDENTIAL**


VIDEO-RECORDED DEPOSITION OF VIVIAN BAKER

Los Angeles, California

Friday, September 12, 2025


Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 92

of stuff.  And I will mention that, you know,                    12:13:33

because I have a small hearing disability, you don't

necessarily attempt to engage on everything because

I -- I'm working.  So I will focus on my work.  I

will -- I will -- I know what I hear when I'm            12:13:45

focused on my work, but I don't necessarily hear

every word.  If I'm moving back and forth, I don't

always hear every single thing.

        So everything she may have said, I may

not have heard every single thing, but I definitely     12:13:57

remember her mentioning that.

    Q    Do you recall what personal sexual

experiences were conveyed to you?

        MS. GAROFALO:  Objection.

        THE WITNESS:  No, I do not.                      12:14:16

BY MS. BENDER:

    Q    Do you recall Ms. Lively telling you that
Mr. Baldoni had asked about Ms. Lively's personal
sexual relationship?

    A    I do.                                           12:14:37

    Q    Do you -- did you have any reaction to
whether that was an appropriate conversation for
this environment?

        MS. GAROFALO:  Objection.

        THE WITNESS:  We did -- I did not discuss        12:14:51

CONFIDENTIAL

Page 93

this with her very much, other than knowing that it   12:14:53
happened, and of course, that is -- my personal
reaction was yes, that's inappropriate.  And again,
just going to work, getting my work done, I didn't,
you know -- I didn't engage to extend that   12:15:08
conversation further.

BY MS. BENDER:

Q    And I did fail to ask you, we had just
discussed that you had discussed with Ms. Lively,
Mr. Baldoni's personal sexual experiences that he   12:15:30
had shared with Ms. Lively.

Do you recall that?

A    Ask me -- ask me again.  Sorry, I got
lost.

Q    No, no.  That is completely fair.   12:15:43

We had just discussed that you were aware
that Mr. Baldoni had attempted to discuss with
Ms. Lively his personal sexual experiences.

Do you recall that?

A    I was aware, yes.   12:15:58

Q    Did you have an impression of whether
that was appropriate?

MS. GAROFALO:  Objection.

THE WITNESS:  I don't know "impression"
is the right word, I know that it is inappropriate.   12:16:11

CONFIDENTIAL

Page 117

artist?                                                    01:26:13

A    Yes, she was the makeup artist.

Q    Do you recall her name?

A    The minute you ask me -- I'll -- I'll give it to you in two seconds when I remember it.    01:26:23

Q    No problem.

A    Their Instagram handle and their names can be two different things, and I get confused.

Q    Do you recall learning that Mr. Heath had shared with Ms. Lively a video of his wife giving    01:26:39 birth?

A    Please -- I'm sorry, I didn't hear -- say it again.

Q    Do you recall learning that Mr. Heath had shared with Ms. Lively a video of his wife giving    01:26:50 birth?

A    Yes, I was aware.

Q    And did you discuss that with Ms. Lively?

A    A little bit.  I know that there was more discussion about it.  But again, as we were in the    01:27:00 trailer, she would not speak loudly because she would never want anyone to overhear her.  And as she spoke softly, I -- if I didn't hear it, I didn't go on.  But I was very well aware and, you know -- aware of the opening scene of it and aware of even    01:27:18

CONFIDENTIAL

Page 118

some of her comments back to Mr. Heath at the time.    01:27:21

Q    And can -- can you describe that for me in a little bit more detail as to your awareness?

A    Blake indicated or told us that he showed    01:27:35 her a photo of his phone and it was a close-up of his wife's vagina beginning to crown.  And she indicated, "I shouldn't be seeing that.  Don't show me that."  And then I think in a kind of way to offset it, she goes, "Does your wife know you're showing me that?"  And he made some remark that -- I    01:27:56 don't remember what the remark was -- that was kind of dismissive of her trying to say, "Don't show me that."  Like in a nice way, like, "Don't do that," and that remark was dismissed.

Q    And Ms. Lively is a mother herself,    01:28:07 right?

A    Yes.

Q    Did it surprise you that Mr. Heath would be showing a birthing video to Ms. Lively, as a mother herself?    01:28:20

A    Whether she was a mother herself or not, it didn't matter; it's like was -- surprising at all.

Q    And did you find that to be an appropriate encounter?    01:28:35

CONFIDENTIAL

Page 129

BY MS. BENDER:                                          01:45:27

Q      Do you know -- thank you.

Do you know whether Ms. Lively addressed any of the encounters with Mr. Baldoni and Mr. Heath at the time they occurred?                01:45:42

MS. GAROFALO:  Objection.

THE WITNESS:  I think I need to answer this question in two ways.  Is it my belief based on what I heard in a conversation with her that she did?  Yes.                                      01:46:01

Is it also my belief based on knowing her?  Yes.  She would -- she would con -- she would confront me if something -- she would speak directly.  She doesn't -- that's who she is.  And I -- so it was my understanding and an easy thing to  01:46:15 believe, knowing her, that she, each time, directly handled it probably very forthcoming.

BY MS. BENDER:

Q      It's your understanding that Ms. Lively addressed those encounters with Mr. Baldoni and  01:46:33 Mr. Heath directly?

A      Was it my understanding that she did it directly?

Q      Yes.

A      Yes.  Even in the trailer, when Mr. Heath  01:46:43

CONFIDENTIAL

Page 130

came in the trailer, she was directly, "Leave."  She    01:46:47

was directly, "We'll talk about this later."  It's

fairly direct.

Q    And do you have an understanding of

whether Ms. Lively addressed any of these encounters    01:46:59

with Sony?

A    Ask me the question one more time.

Q    Do you have an understanding of whether

Ms. Lively addressed any encounters that she

experienced as approp -- inappropriate with    01:47:18

Mr. Baldoni and Mr. Heath with Sony?

A    Yes, I am aware that -- that she did

address these with Sony.

Q    And how do you know that?

A    From her.  Not so much a direct    01:47:32

conversation that she said, "I addressed it with

Sony," but that she was looking for a way to -- to

get this to stop since her direct asking it to stop

did not; it didn't change those behaviors.  And that

she felt that if she went to HR, HR is Justin and    01:47:54

Jamey.  And so she needed to find support in another

way.  And -- yes.  That.

Q    Do you have an understanding of whether

Ms. Lively raised these issues internally at

Wayfarer --    01:48:23

CONFIDENTIAL

Page 210

BY MS. BENDER:                                          04:02:18

Q   So these are two screenshots from the footage of the film that were produced in this litigation.  They're -- I believe they're from May 22nd, scene 1 of 6.                                04:02:25

And can you let me know when you've had a chance to review.

A   Yeah.

Yes.

Q   Does this refrect -- excuse me.              04:02:36

Does this refresh your rec --

recollection that Ms. Lively was not wearing cut-off sweatpants during the filming of this scene?

A   It does.

Q   Do you recall that Ms. Garofalo asked you   04:02:55
a series of questions about a photo or a video that Mr. Heath had shown Ms. Lively?

A   Yes.

Q   And was it a photo, or was it a video?

Do you recall?                                   04:03:04

A   Since I didn't see it, it was my understanding it was a video.

Q   And that was a video of a woman's vagina?

A   That's correct.

MS. BENDER:  Okay.  No further questions.   04:03:21

CONFIDENTIAL

Page 213

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 13th day of September, 2025.

ASHLEY SOEVYN

CSR No. 12019