# EXHIBIT F



# CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Transcript of Warren Zavala

**Date:** September 18, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**

**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com

**www.planetdepos.com**

Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

A.   I do.

Q.   To the boast of your knowledge, was that what Ms. Lively was concerned about?

A.   No.  There are two separate things.  But I understood why she would ask those questions.  I'm just reading the rest of it.  Yeah.  My takeaway here, it included hugging, no physical touching, like, she just didn't want to be -- there was a -- there was an established feeling, I think, on her part in terms of the interaction with them, and I think she wanted to be very clear as to the demarcation line of what was okay and not okay with this return to work.  I think it's very specific because she didn't want there to be any confusion going forward.

MS. GAROFALO:  Objection.

Q.   BY MR. BRUNO:  Mr. Zavala, do you have people that report to you?

A.   No.  I mean, I have an assistant.  I don't know if she exactly reports to me.

Q.   And would you tell your assistant that she's hot or sexy?

MS. GAROFALO:  Objection.

THE WITNESS:  No, I would not.

Q.   BY MR. BRUNO:  Why wouldn't you do that?

MS. GAROFALO: Objection.

Q. BY MR. BRUNO: You can answer.

A. Because I'm in a position of power relative to my assistant, and it would be inappropriate.

Q. And bring it back to this context. Would that same principle apply?

A. Yes. In my mind.

Q. And why is that?

A. 'Cause he was in a position of power.

Q. Based on what?

A. Being the principal at Wayfarer Studios. The producer, the director, and the actor in the film.

Q. Okay. Now, if you turn the page to the sixth condition.

A. Um-hm.

Q. It says, "No one will enter, attempt to enter, interrupt, pressure or request entrance to artist's trailer while she is in a state of undress for any reason."

Do you see that?

A. Yup.

Q. Do you know what that's in reference to?

A. It's a good reminder. I did leave this one out. Yeah, she -- she felt like they were, you know,

STATE OF CALIFORNIA.        )
                            )
COUNTY OF LOS ANGELES      )


        I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

        That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

        That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

        I further certify that I am not interested in the outcome of the action.

        Witness my hand this 19th day of September, 2025.

MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California