# EXHIBIT Q

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---0O0---

BLAKE LIVELY,

                Plaintiff,

  vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)

                   25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

                Defendants.

_____

JENNIFER ABEL,

          Third-party Plaintiff,

  vs.

JONESWORKS, LLC,

          Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

         Consolidated Plaintiffs,

  vs.

BLAKE LIVELY, et al.

         Consolidated Defendants.

_____

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

VIDEO-RECORDED DEPOSITION OF FAMILY HIVE, LLC

BY AND THROUGH LAURA TEDESCO

VIA VIDEO CONFERENCING FROM

New York, New York

Tuesday, October 21, 2025

Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

Job No. CA7674336

Pages 209 - 287

Page 209

permitted under the company services agreement; is          01:28:43

that right?

          A     Correct.

          Q     Okay.  If I go back to Section 4.1.1, the

royalties section.                                           01:28:57

          A     Okay.

          Q     Now, this section provides that the

company shall pay to lender.  So the company pays

the royalty directly to LOL HATA, correct?

          A     Correct.                                     01:29:18

          Q     It does not pay Blake Lively directly,

correct?

          A     We pay LOL HATA, correct.  Directly.

          Q     Okay.  But there hasn't been a time where

you've wired a transfer to Blake Lively or written a         01:29:31

check to Blake Lively in her personal capacity?

Every payment for royalties has gone to LOL HATA; is

that right?

          A     That is correct.

          Q     Okay.  So under the agreement, 5 percent     01:29:45

of the wholesale gross sales equals the wholesale

gross royalties.  And do you know what the wholesale

gross sales were in 2024?

          A     Of that -- and again, I usually work a

little bit more on net sales, if you were to gross           01:30:20

Page 240

you look at Section 4.1.2, that's titled "Additional    01:37:26
Royalties."

    Do you see that?

A    I do.

Q    Okay.  Now, those additional royalties    01:37:37
only become a factor after five years after launch;
is that right?

A    That is correct.

Q    Okay.  So would it be correct that LOL
HATA has not been paid any additional royalties    01:37:54
pursuant to this section since launch?

A    That's correct.

Q    Does this promotional services license
agreement accurately describe LOL HATA's
entitlement to royalties from Family Hive?    01:38:11

A    Yes.

    MS. ROESER:  Objection.

    THE WITNESS:  Yes.

BY MR. KALTGRAD:

Q    To your understanding, does Blake Lively    01:38:18
have any direct entitlement to royalties that
doesn't go through LOL HATA?

A    Not to my understanding.  My
understanding is everything goes through LOL HATA.

Q    Have the royalty provisions of this    01:38:35

Page 246