# Exhibit 4

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

BLAKE LIVELY,

Plaintiff,

vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)

25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

_____

JENNIFER ABEL,

Third-party Plaintiff,

vs.

JONESWORKS, LLC,

Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

Consolidated Plaintiffs,

vs.

BLAKE LIVELY, et al.

Consolidated Defendants.

_____

**CONFIDENTIAL**


VIDEO-RECORDED DEPOSITION OF DINA MAYZLIN

APPEARING REMOTELY FROM

Los Angeles, California

Tuesday, December 2, 2025


Stenographically Reported by:

Ashley Soevyn, CALIFORNIA CSR No. 12019

APPEARING REMOTELY FROM MARINA DEL REY, CALIFORNIA

JOB No. 7771655

Pages 1 - 204


Page 1

CONFIDENTIAL

public documents; is that correct?                              11:14:55

A    I will scroll to that.

Q    And that would be B-7.  I'm not sure what number that is on the PDF.  But on the hard copy?

A    Yes, that's correct.                                     11:15:06

Q    If we go to the last page of that Appendix, which is B-11, we have data towards the bottom of the page; is that correct?

A    Hold on.  B, what page is that?

Q    I apologize, 120 on the PDF, B-11 in the    11:15:39 hard copy.

A    This is referring to the Pulsar TRAC Data that we pulled, yes.

Q    Okay.  Then you have discussions with management, correct?                                             11:16:02

A    Correct.

Q    And the first item is Discussion with Management of Blake Brown Beauty on September 8th, 2025, correct?

A    Correct.                                                 11:16:19

Q    Who with Blake Brown Beauty management was a discussion had with?

A    So I wasn't there, the discussion.  It was my team at the Analysis Group, met with them. And it was -- they told me Laura Tedesco was on the    11:16:37

Page 55

call.  And I think maybe other associates of hers.   11:16:42

Q   And who is Laura Tedesco?

A   I think she's the -- the CEO of Blake Brown Beauty.  Present, the head.

Q   But you did not participate in that   11:16:59
discussion; is that correct?

A   I wasn't there for that discussion, no.

Q   Who from Analysis Group was there?

A   So I know for sure that Marimer was there.  And I talked to her about the discussion.   11:17:13

Q   When you say she was there, was that an in-person discussion or something else?

A   It was a Zoom call.

Q   How long did that Zoom call last?

A   I don't know.   11:17:30

Q   Were notes taken?

A   I don't know.

Q   Was it recorded?

A   I don't know.

Q   What did Laura -- excuse me.  What did   11:17:44
the Analysis Group share with you about the discussion with Laura Tedesco?

A   So what I was trying to do was to make sure that there were no other -- from my analysis, it was -- you know, I use what is called a   11:18:08

Page 56

data range was from May 2024 to February 2025.    11:42:42

Q    So you did not pull or review any online conversations about Blake Lively prior to May 2024; is that correct?

A    That's right.                                11:43:04

Q    Did you research, outside of Pulsar, did you or Analysis Group research any online articles, conversations, posts about Blake Lively that existed prior to May 2024?

A    Okay.  So let me just address a little       11:43:25
bit what discontinuity design is in causal inference.  You usually look at sort of time windows.  So before and after the event.  So I looked at a three months' time window.  It's a fairly long time window before August.  So I had    11:43:47
data from May, June, and July and then a longer time window afterwards.  Because when it -- you know, there was also an event in November of 2024.  That's sort of the scientific reason why I looked at three months.                                     11:44:10

There was also some technical reasons why three months was appropriate.  Because Pulsar actually -- you go back in time -- or can't go back all the way in time so there was some limitations. So one year was, you know, we did a little bit more    11:44:23

Page 76

CONFIDENTIAL

than one year.  So for technical but also for          11:44:28

structural issues.  That's why I had the time range

that I had.

        Q    And is that a time range that you came up

with or was that a time range that was recommended     11:44:40

to you or is that a time range used in your industry

when conducting these types of analysis or something

else?

        A    I came up with this time range.  There

was, of course, also technical constraints -- the      11:44:58

data constraints.  I have used the three months

window -- time window in these kind of designs.  So

yeah, it is a common -- you know, it's like a short

window.  So when you're looking at -- I've used a

type of design, not discontinuity exactly, but I've    11:45:16

used something called difference in difference

design, and I have definitely looked at, you know,

short time windows.

        Because basically, the reason why you

look for a short time window is that you don't want    11:45:29

to sort of misattribute -- you know, a lot of things

change over time.  And so if you want to do, you

know, before and after, you want to make it -- you

want to make it fairly short.  But here again, we

also had a data constraint as well.                    11:45:45

Page  77

Q    What do you mean when you say you had a    11:45:48
data constraint?

A    A data constraint in that Pulsar couldn't
go back that far for some platforms.  I wanted to
have three platforms that I had, and I wanted to    11:45:59
have, you know, sort of data from those platforms.

Q    What platforms were those?

A    Yeah, so the data was Reddit, YouTube,
and Twitter.

Q    Is TikTok a data platform?    11:46:25

A    Not a data platform.  It's a social media
platform.

Q    Did you pull any content from TikTok in
your analysis?

A    So I did not.  And there is a technical    11:46:37
reason for that.  So -- so Pulsar is a platform that
basically works with others.  Pulsar is a data
collection company.  It works with other platforms
to collect data, to collect and archive data.  So
they have agreements with those platforms.  And then    11:47:03
as a user, you pay something to get data from them.

TikTok has been very careful about not
sharing their data.  And so to -- you know, they
don't work with Pulsar.  They also don't work with
other platforms.  And until recently, they weren't    11:47:22

Page 78

CONFIDENTIAL

really allowing API access to their data.                11:47:24

For example, if I wanted to get data from TikTok for my own research, not even for this case, just for my own stuff, I would have to be approved as a researcher.  It would take a few months.  And    11:47:38 they might not approve me.  So, you know, it's up to them.  They're just very protective about their data.  And that's the reason why they don't have API access so I can't really scrape it.  They don't allow that.  And they don't work with big data    11:47:52 collection aggregators like Pulsar.

Q    Like Pulsar.  Okay.  And to your knowledge between the time period of May 2024 and February 2025, were videos or comments posted on TikTok about Blake Lively, Justin Baldoni, this    11:48:12 case, or any of the other parties to this case?

Do you know?

A    For sure.  For sure there were videos posted.  And in fact, in the report, I used some examples.  I talk about TikTok but in a very kind of    11:48:30 anecdotal way because we don't have, you know, Pulsar access.  But yeah, TikTok is a super popular platform.  I wish I had access to them on a -- you know, but I just don't have access to them. Researchers don't have access to them.  It's not    11:48:46

Page 79

CONFIDENTIAL

accessible.  If I were to go and scrape it, I would    11:48:50

be breaking the law.  I don't think I can do it for

myself either.  I would not break the law.

          Q     What about Facebook?

          A     So Facebook.  Facebook is also very, very    11:49:00

protective of its data.  If an account is private,

you know, and it makes sense, it's kind of a little

bit more personal data.  People share pictures of

kids and so forth.  If an account is private, you

cannot get access to that account at all.  If you    11:49:20

see research being published about Facebook, that's

someone who worked at Facebook or had some kind of

agreement with Facebook.  You can't just go and

access the data through API.  Facebook will be --

will not let you do that.                            11:49:37

          Q     Could you access it via a subpoena?

               MS. MOSES:  Objection.

               THE WITNESS:  So I don't know as much of,

kind of, legal access of data in that way.

BY MR. SCHUSTER:                                     11:49:49

          Q     Do you know if subpoenas were served by

the Plaintiff on any social media platforms?

               MS. MOSES:  Objection.

               THE WITNESS:  So this was all data that I

got -- you know, I got with the help of the AG team.  11:50:05

                                              Page 80

CONFIDENTIAL

So I didn't get it from the Plaintiff.  I don't know  11:50:09

exactly what they did on their side.

BY MR. SCHUSTER:

Q    Did you ask anyone on behalf of the

Plaintiff whether they obtained information from    11:50:20

Facebook or TikTok or Instagram?

A    So I asked in the beginning if there was

data that was archived.  And it didn't seem like

there was kind of.  And so I needed to do the pull.

Again, I just don't think it makes sense.  Not to be  11:50:43

overly technical about it.  But it's just not really

possible to get Facebook data.  Because, again, even

if you do a subpoena, you would be getting -- when I

have an account on Facebook, that's a private

account, if I make it private.  I don't think you    11:51:01

can serve a subpoena unless I committed a crime of a

bunch of users.  I don't even think that's possible.

But yeah, Instagram is another one.

Facebook and Instagram are all Meta properties.

Instagram is another one that just does not really    11:51:19

allow large scale API or access of their data or

scraping of their data.  It's just not possible

really.  I've tried.  I've tried for my research.

Not for this matter.  I've tried accessing Instagram

data.  It's impossible.  I found it impossible.    11:51:36

Page 81

Q    Would you agree that those sites,                11:51:39
Facebook, Instagram, TikTok had photos, videos,
comments, conversations about the parties to this
case?

A    Oh, for sure, 100 percent.  But that's      11:51:55
sort of the dilemma of the researcher.  You can't --
there is some data you have access to and some data
you don't have access to.  These are companies.
They have rules.  You can't just go grab their data
if that's what you need.  I deal with that as a      11:52:12
researcher all the time.  Again, just for my own
research, I would love to have Instagram data.  I
would love to have TikTok data.  These are
proprietary data sources that are -- you know, that
I don't have access to.                              11:52:26

Q    Would any data you were lucky enough to
obtain through a platform like Facebook or TikTok or
Instagram, would that be unreliable data?

MS. MOSES:  Objection.

THE WITNESS:  Can you define to me what     11:52:42
you mean by lucky enough to obtain?  Give me some --
what does that mean?

BY MR. SCHUSTER:

Q    You said it was challenging to obtain it.
So let's say there were no challenges and you were   11:52:51

Page 82

CONFIDENTIAL

platform side but not the Pulsar side; is that    12:29:43
correct?

A    No.  It was a limitation on the -- so
Pulsar is the data provider, is giving me access to
different platforms.  And I think one of the    12:29:54
platforms was time-limited and so I wanted to have,
you know, comparable samples.

Q    So was it possible to collect data from
any of the three platforms which you did gather data
from earlier than May 2024?  Because I think, if I'm    12:30:10
correct, you used a time period of May 2024 through
February 2025; is that correct?

A    That is correct.

Q    Was it possible for you to utilize Pulsar
to gather data from those platforms earlier than    12:30:24
May 2024?

A    I believe that it was possible for some
of the platforms.  But that wasn't really necessary.
In any case, I just needed to establish a baseline
before a period, before a period window.  In my    12:30:43
judgment as a researcher, and given my -- as an
expert, and given my previous work, I felt like
three months was enough.  Was a good amount of time.

Q    In the legal documents which you
reviewed, you referenced several depositions and    12:31:00

Page 99