# EXHIBIT A

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---


BLAKE LIVELY,

               Plaintiff,

    vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)

                        25-CV-449 (LJL) (MEMBER CASE)


WAYFARER STUDIOS LLC, ET AL.,


               Defendants.

_____

JENNIFER ABEL,

          Third-party Plaintiff,

    vs.

JONESWORKS, LLC,

          Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

          Consolidated Plaintiffs,

    vs.

BLAKE LIVELY, et al.

          Consolidated Defendants.

_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF MICHAEL WAGNER

Los Angeles, California

Friday, December 12, 2025




Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

Page 201

Q    Okay.  For the record, you also refer to Mr. Nunez's report in paragraph 150.  So it is not just limited to this one sentence in 144.

But to confirm, you did not do any independent verification of Mr. Nunez's conclusions; is that right?

A    Correct.

Q    Okay.

A    Except for work that we see between paragraph 144 and 150.  That's the only thing that I did.

Q    Would your opinion be different if Mr. Nunez's conclusions were found to be wrong?

MR. KALTGRAD:  Objection.

THE WITNESS:  It would provide one less basis for what I say.  I don't think it would change my opinion what Mr. Marks and Mr. Sippel have done is very aggressive.

BY MS. CONNOLLY:

Q    On page 44 [sic], paragraph -- section 3, you state:

(As read):

"Mr. Marks and Mr. Sippel" --

MR. KALTGRAD:  Sorry.  Sorry, where are we?

CONFIDENTIAL

Page 228

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 15TH day of December, 2025.

_____

ASHLEY SOEVYN

CSR No. 12019