**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY, <br><br>       Plaintiff, <br><br> v. <br><br> WAYFARER STUDIOS LLC, et al., <br><br>       Defendants. | No. 24-cv-10049 (LJL) |
| WAYFARER STUDIOS LLC, et al., <br><br>       Plaintiffs, <br><br> v. <br><br> BLAKE LIVELY, et al., <br><br>       Defendants. | No. 25-cv-449 (LJL) |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION**

Pursuant to a Settlement Agreement ("Agreement"), and through their undersigned counsel, Blake Lively, on the one hand, and Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, The Agency Group PR LLC, Melissa Nathan, and Jennifer Abel, on the other hand (the "Wayfarer Parties") (collectively the "Stipulating Parties") hereby stipulate and agree as follows with respect to the above-captioned action numbers 24-cv-10049 (the "Lively Action") and 25-cv-449 (the "Wayfarer Action") (collectively the "Consolidated Action"):

1. The Stipulating Parties hereby irrevocably waive any appeal of any orders in the Consolidated Action, including without limitation any appeal by the Wayfarer Parties of the Order on the Motion to Dismiss (Dkt. No. 296 in 25-cv-449).

2.  Notwithstanding anything herein to the contrary, the Stipulating Parties acknowledge and agree that Blake Lively does not release, and retains all claims, rights, and remedies in connection with her pending Motion for Attorneys' Fees, Treble Damages and Punitive Damages under California Civil Code Section 47.1 in the Wayfarer Action (Dkt. No. 742 in 24-cv-10049) (the "47.1 Motion"). The Stipulating Parties agree that the 47.1 Motion is not withdrawn and remains pending before this Court. The Stipulating Parties further agree that they hereby irrevocably waive any appeal from the Court's determination of the 47.1 Motion.

3.  The Lively Action is dismissed with prejudice as between the Stipulating Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 7, 2026

*[Signatures on following page]*

Respectfully submitted,

/s/ *Ellyn S. Garofalo*[1]                            /s/ *Michael J. Gottlieb*

LINER FREEDMAN TAITELMAN +          MANATT, PHELPS & PHILLIPS, LLP
COOLEY, LLP                                            Esra A. Hudson (admitted *pro hac vice*)
Bryan J. Freedman (admitted *pro hac vice*)     Naeun Rim (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)     Stephanie A. Roeser (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)          Sarah E. Moses (admitted *pro hac vice*)
1801 Century Park West, 5th Floor                 Sareen K. Armani
Los Angeles, CA 90067                                Katelyn A. Climaco
(310) 201-0005                                          2049 Century Park East, Suite 1700
bfreedman@lftcllp.com                               Los Angeles, CA 90067
egarofalo@lftcllp.com                                (310) 312-4000
                                                            ehudson@manatt.com
                                                            nrim@manatt.com
SHAPIRO ARATO BACH LLP                          sroeser@manatt.com
Alexandra A. E. Shapiro                             smoses@manatt.com
Jonathan Bach                                          sarmani@manatt.com
Alice Buttrick                                           kclimaco@manatt.com
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881                                   Matthew F. Bruno
ashapiro@shapiroarato.com                          7 Times Sq.
jbach@shapiroarato.com                              New York, NY 10036
abuttrick@shapiroarato.com                         (212) 790-4500
                                                            mbruno@manatt.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster                                      WILLKIE FARR & GALLAGHER LLP
Kevin Fritz                                              Michael J. Gottlieb
125 Park Avenue, 7th Floor                          Koren Bell
New York, NY 10017                                  2049 Century Park East
(202) 655-3500                                          Los Angeles, California 90067
ms@msf-law.com                                       (310) 855-3000
kaf@msf-law.com                                       mgottlieb@willkie.com
                                                            kbell@willkie.com

                                                            Kristin E. Bender
                                                            1875 K Street NW
                                                            Washington, DC 20006
                                                            (202) 303-1000
                                                            kbender@willkie.com

---

[1] E-signature affixed with consent pursuant to SDNY ECF Rule 8.5.

Michael Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
Mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

**SO ORDERED.**

Dated: May 7, 2026

Hon. Lewis J. Liman
United States District Judge