UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/28/2026__

WAYFARER STUDIOS LLC, et al.,

               Plaintiffs,

    -v-

BLAKE LIVELY, et al.,

              Defendants.

25-cv-449;
24-cv-10049 (related)

ORDER

----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Defendant Blake Lively moves for fees, costs, and damages under California Civil Code Section 47.1.  *See* No. 24-cv-10049 (S.D.N.Y. filed Dec. 31, 2024), Dkt. Nos. 742, 748.

The Court will receive argument and letter briefs on the following questions: Assuming (without deciding) that an application by a prevailing defendant for relief under California Civil Code Section 47.1(b) may be made pursuant to Federal Rule of Civil Procedure 54, which party bears the burden of proof of showing that the communication is privileged under Section 47.1(a), including whether that burden differs depending on whether the application is for attorneys' fees alone or also for treble and punitive damages, and whether the burden differs where Section 47.1(b) relief is sought through Rule 54 of the Federal Rules of Civil Procedure.  The parties may also address how that burden may be discharged.

By May 31, 2026, at 5:00 PM, each side may submit a single-spaced letter of no more than two pages with 12-point font (and no footnotes) limited to listing the cases that the party would like the Court to review with quoting or explanatory parentheticals.

The Court will hear argument on June 1, 2026, at 2:00 PM in Courtroom 15C of the 500

2

Pearl Street Courthouse.  Argument will last one hour with each side allocated one half hour.

    SO ORDERED.

Dated: May 28, 2026
      New York, New York

                                 LEWIS J. LIMAN
                            United States District Judge