UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

WAYFARER STUDIOS LLC, et al.,                                    :

:

Plaintiffs,                                   :

:                    25-cv-449;

-v-                                                      :        24-cv-10049 (related)

:

BLAKE LIVELY, et al.,                                            :                    ORDER

:

Defendants.                                    :

:

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has issued an opinion and order regarding liability for attorneys' fees and costs

under California Civil Code Section 47.1.  *See* No. 24-cv-10049 (S.D.N.Y. filed Dec. 31, 2024),

Dkt. No. 1440.  By June 22, 2026, Lively shall file papers regarding the appropriate measure of

fees.  The Wayfarer Parties shall respond by June 29, 2026.

SO ORDERED.

Dated: June 15, 2026                                   _____
        New York, New York                                        LEWIS J. LIMAN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/15/2026