**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-449 (LJL) (member case) |
| BLAKE LIVELY, et al., | |
| Defendants. | |

**MOTION FOR WITHDRAWAL OF ATTORNEY**

Pursuant to the Southern District of New York Local Rule 1.4, undersigned counsel hereby moves for an Order granting permission to withdraw as counsel for *Amici Curiae* Equal Rights Advocates, California Employment Lawyer's Association, and California Women's Law Center, in the above-captioned case. Counsel is leaving Katz Banks Kumin LLP's employ.

Rebecca Peterson-Fischer, Dana Bolger, and Rachel E. Green of Katz Banks Kumin LLP will continue to represent *Amici* in this case.

- 2 -

Dated: June 15, 2026

Respectfully submitted,

/s/ Alexis Ronickher

ALEXIS RONICKHER
**KATZ BANKS KUMIN LLP**
235 Montgomery Street, Suite 665
San Francisco, California 94104
Tel: (415) 813-3260
Email: ronickher@katzbanks.com