**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>Plaintiffs,<br>v.<br><br>BLAKE LIVELY, et al.,<br><br>Defendants. | No. 25-cv-449 (LJL) (member case) |

**ORDER REMOVING ATTORNEY**

It is ORDERED that, for good cause shown, Alexis Ronickher is removed as counsel for *Amici* Equal Rights Advocates, California Employment Lawyer's Association, and California Women's Law Center, in this matter. The Clerk of Court is directed to note on the docket that her representation of *Amici* is terminated.

Dated: June __, 2026

_______________________________
The Honorable Lewis J. Liman, U.S.D.J.