# EXHIBIT 1

**manatt**

# Esra A. Hudson

## Professional Experience



Esra Hudson is the leader of Manatt's Employment and Labor practice and is widely recognized as a trusted advisor for her ability to guide clients through sensitive crisis situations involving public scrutiny and media attention. Her ability to manage high-stakes matters has made her a go-to resource for prominent figures and iconic companies, particularly in the entertainment industry.

Her practice centers on all aspects of employment law and related litigation with a client-centered, cutting edge approach. Esra has successfully protected clients in complex cases through creative and effective strategies focused on achieving client goals. Her vast experience includes Private Attorney General Act representative actions, class action defense, and state and federal litigation involving claims of discrimination, harassment, whistleblowing, wrongful discharge, breach of contract, trade secrets, unfair competition, and other business-related issues. She is also experienced in representing clients in matters before agencies such as the California Civil Rights Department, the California Division of Labor Standards Enforcement, and the federal Equal Employment Opportunity Commission, and has successfully handled broad classification audits by the California Employment Development Department. In addition, Esra has significant experience in alternative dispute resolution, including managing and trying complex and voluminous arbitration matters following the enforcement of class action waivers.

Esra also maintains an active pro bono practice. She played a key role in overseeing the completion of a court-ordered monitoring period for the Sweetwater Union High School District following the landmark *Ollier v. Sweetwater Union High School District* decision—a 17-year case establishing Title IX protections for equity in girls' high school sports—working in partnership with Legal Aid at Work and the California Women's Law Center, where she has been a board member for over a decade.

**Partner**
Leader, Employment
and Labor

**T**  310.312.4381
**E**  ehudson
        @manatt.com

## Education

- University of California Los Angeles School of Law, J.D., 1999
  Member and Symposium Editor, *UCLA Law Review*
- University of Wisconsin-Madison, B.A., with distinction, 1991

**manatt**

## Memberships and Activities

- Admitted to practice in California; admitted to practice before the U.S. District Court for the Central District of California, the U.S. District Court for the District of Colorado, the U.S. District Court for the District of Nevada, and the Federal Circuit Court of Appeals
- Board of Directors, California Women's Law Center
- Board of Trustees, Laurence School, 2008–2014
- Member, American Employment Law Council
- Member, American Bar Association
- Member, Women Lawyers Association of Los Angeles
- Provides pro bono adoption services for Public Counsel and Alliance for Children's Rights

## Honors and Awards

- Legal Impact Report, *Variety*, 2026
- Hollywood's Top 100 Most Powerful Lawyers, *The Hollywood Reporter*, 2026
- Women of Influence: Attorneys, *Los Angeles Business Journal*, 2026
- Women's Impact Report: Los Angeles, *Variety*, 2025
- America's Top Lawyers, *Forbes*, 2025
- Women, Influence and Power in Law (WIPL) finalist, *Corporate Counsel*, 2026
- Best of L.A. Legal, *Los Angeles Magazine*, 2026
- Southern California Legal Visionary, *Los Angeles Times*, 2025-2026
- *The Legal 500 United States'* Leading Lawyer for Labor and Employment Disputes (Including Collective Actions): Defense, 2022–2026
- *Chambers USA* Top-Ranked Attorney, Labor & Employment (California), 2022–2025
- 500 Leading U.S. Corporate Employment Lawyers, *Lawdragon*, 2020–2025
- Leaders of Influence: Labor & Employment Attorneys, *Los Angeles Business Journal*, 2023–2025
- Leaders of Influence: Litigators & Trial Attorneys, *Los Angeles Business Journal*, 2025
- Top 100 Lawyers, Los Angeles Business Journal, 2025
- Top Labor & Employment Lawyers, *Daily Journal*, 2023–2025
- The Best Lawyers in America, 2022–2026
- Voted a Southern California "Rising Star" by *Super Lawyers* magazine, 2007–2009
- Invited Member, American Employment Law Council

## Experience

- Defeated the certification of a 1,000-employee class action suit in an off-the-clock overtime and meal and rest break case for a specialty finance provider.
- Represented one of the largest health plans in California as plaintiff in a highly publicized action against a former senior-level employee who misappropriated confidential and privileged information.

**Esra A. Hudson**

manatt

- Defended a major entertainment company against an employee who alleged age and sexual orientation discrimination; achieved full voluntary dismissal of the case with prejudice following the plaintiff's deposition.

- Developed a creative defense strategy for a national insurance company in a statewide class misclassification wage-and-hour action on behalf of thousands of insurance agents, resulting in full dismissal and no liability.

- Secured an important victory that reduced liability by millions of dollars for a specialty finance provider in a PAGA representative action.

- Obtained summary judgment for a major entertainment company in a wrongful termination case brought by an alleged whistleblower. The judgment was later upheld on appeal.

- Defeated various crucial discovery challenges and ultimately secured dismissal on a successful motion for summary judgment for a large medical facility in a whistleblower wrongful termination action.

- Represented a major entertainment company in two mediations of claims brought by former employees. The final settlements were less than the severance offers provided to the employees at the time of their separation.

- Successfully resolved a complex trade secret misappropriation case involving allegations of destruction of evidence, obtaining a substantial settlement for the client.

- Represented a mortgage lender in a trial of a pregnancy discrimination/wrongful termination case and obtained a full defense verdict on seven claims.

- During jury trial, obtained full dismissal of plaintiff's national origin discrimination/wrongful termination case in a motion for judgment of nonsuit.

- In federal court, obtained full dismissal of sexual harassment/wrongful termination claims against a national bank on the first day of trial as a terminating sanction for plaintiff's discovery misconduct.

- In private arbitration, obtained full dismissal of assault/battery and wrongful termination claims against a textile machinery company as a terminating sanction for discovery abuses and evidence tampering by plaintiff and his counsel.

- Settled a multimillion-dollar class action for a large healthcare provider for pennies on the dollar.

- Secured plaintiff's voluntary dismissal of all claims against the client for a waiver of costs only in a sexual harassment/wrongful termination case.

- Obtained dismissal of numerous contract, fraud, harassment, discrimination, wrongful termination and other employment claims on summary judgment.

- Represented the petitioner in *Hairston v. Office of Personnel Management*, 318 F.3d 1127 (Fed. Cir. 2003), a pro bono case that created new law in the area of federal employee benefits.

## Publications

- Featured, "Litigator of the (Past) Week Runners-Up and Shout-Outs," *Litigation Daily*, June 17, 2025.

- Featured, "Law360's Legal Lions Of The Week," *Law360*, June 13, 2025.

**Esra A. Hudson**

manatt

- Featured, Judge dismisses Justin Baldoni's $400 Million lawsuit against Blake Lively," *Good Morning America,* June 10, 2025.