# EXHIBIT 2

**manatt**

# Stephanie Roeser

## Professional Experience

Stephanie Roeser is a partner in Manatt's employment and labor practice. She counsels high-profile individuals and corporate clients in the entertainment, health care, start-up, and financial services sectors on all aspects of employment law and related litigation. Stephanie partners with clients to navigate sensitive employment issues, including internal investigations, personnel management and training, crisis management, and other operational issues.

In addition to her advisory work, Stephanie is an accomplished litigator. She represents clients in state and federal courts in a variety of employment matters, including class, representative, and individual actions involving discrimination, harassment, retaliation, wrongful discharge, breach of contract, wage and hour compliance, and more. Stephanie has represented employers in proceedings before state and federal agencies, including the California Civil Rights, the California Employment Development Department, the federal Equal Employment Opportunity Commission, and the federal Department of Justice. Stephanie is also experienced in representing clients and resolving disputes through both mediation and arbitration.

Stephanie maintains a robust pro bono practice and frequently speaks, and authors articles, about emerging trends in employment law and best practices to mitigate risk.



**Partner**

Employment and Labor

**T** 310.312.4207

**E** SRoeser@manatt.com

## Education

- University of California, Hastings College of the Law, J.D., 2015

- New York University, B.A., Political Science and Business Studies, 2010

## Honors & Awards

- New Leaders, *Variety*, 2025

- Leader of Influence: Employment and Labor Attorneys, *Los Angeles Business Journal*, 2025

- Top Labor and Employment Lawyers, *Daily Journal*, 2025

- Ones to Watch (Labor and Employment Law - Management), *Best Lawyers*, 2024–2026

1