# EXHIBIT 3



# Matthew F. Bruno

## Professional Experience

Matthew Bruno is a litigation Partner based in Manatt's New York office where he focuses his practice on cutting-edge issues affecting his clients in the areas of complex commercial litigation, white collar investigations and business disputes. Matthew represents an array of different clients, from Fortune 500 companies to entrepreneurs and start-ups, operating in a variety of industries including technology, cryptocurrency, entertainment, retail and health care throughout all stages of litigation in both federal and state courts. Regardless of industry, Matthew fights for his clients and has built a reputation for his creative thinking and ability to protect against adverse outcomes and secure the best results on behalf of his clients. More recently, Matthew served as co-trial counsel in a high-profile antitrust jury trial, in which he represented a network reseller plaintiff challenging a Fortune 100 company's business practices.

Outside of his day-to-day responsibilities, Matthew also maintains an active pro bono practice, representing military veterans in service discharge appeals, criminal defendants seeking compassionate release, and amicus curiae in key constitutional issues before the Supreme Court. Last year, Matthew successfully secured presidential clemency for a pro bono client serving a 30-year sentence for a first-time drug offense.

Before joining Manatt, Matthew was an associate for a large international law firm, where he handled a variety of litigation responsibilities, including white collar criminal investigations and False Claims Act matters. He has also previously served as a judicial clerk for the Honorable Peter G. Sheridan, U.S. District Court, District of New Jersey.



**Partner**

Litigation

**T** 212.790.4525
**E** MBruno@manatt.com

## Education

- Fordham University School of Law, J.D., 2016

- Rutgers University, B.S., Environmental Policy Institutions and Behavior, Political Science, magna cum laude, 2013

## Experience

- **Fintech and Financial Services**

  - Represent capital markets firm in breach of contract dispute.
  - Represent large international bank in ongoing SEC enforcement action.
  - Successfully obtained preliminary injunction for a fintech company. Enjoined the competitor from hiring a former employee and ordered production of competitor's client base.

- **Cryptocurrency**

  - Defended an individual in connection with 10b-5 and other claims asserted against him in his capacity as manager of

a crypto-hedge fund. The 10b-5 claims were dismissed at the pleading stage.

- Represented the co-founder of a crypto hedge fund in a criminal investigation by the DOJ in one of the first Ponzi schemes in cryptocurrency space, which led to no charges being brought against client.
- Represented president of large cryptocurrency exchange platform as witness in ongoing criminal investigation by the DOJ.

■ **Delaware Litigation**

- Successfully represented buyer in connection with alleged fraudulent representations and warranties in a stock purchase agreement resulting in a fraudulent purchase price.
- Represented the sellers of a consumer product business in connection with claims of fraud and breaches of representations and warranties, which resulted in favorable settlement.
- Represented company in indemnification action initiated by former corporate officer, which resulted in favorable settlement.

■ **Health Care**

- Represent large health care provider in various privacy and disclosure matters.
- Represent cosmetic and skincare company in shareholder dispute.
- Obtained an emergency temporary restraining order for a healthcare client and enjoined a former employee from posting offensive videos and photos wrongfully taken while at work.
- Represented a rehabilitation center in response to a civil investigative demand served by the DOJ.
- Represented a large chain of dental offices in response to investigation initiated by Medicaid Fraud Control Units.

■ **Entertainment and Music**

- Represent popular electropop band in ongoing dispute with band member.
- Represented a music publishing company in a copyright infringement action.
- Secured a $14 million trial verdict in a New York trial for a hedge fund against a film production company.
- Represent sporting goods store in copyright infringement action involving iconic football game photo.

■ **High Stakes Litigation**

- Trial counsel in large antitrust lawsuit against a network manufacturer, which settled on eve of closing arguments.
- Successfully defended large multinational fashion retailer in series of class action lawsuits.
- Represent large movie theatre chain in various class action lawsuits.
- Represented a Fortune 20 telecommunication company in one of the largest False Claims Act cases in the country, involving more than $500 million in claims.

■ **Noteworthy Pro Bono Representative Matters**

- Successfully secured presidential clemency on behalf of pro bono client serving 30-year sentence for a first-time drug offense.
- Secured a military service discharge upgrade on behalf of a marine veteran.
- Counsel of record for an amicus brief filed in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022).
- Counsel of record for an amicus brief filed in *Moore v. Harper*, 600 U.S. 1 (2023).
- Argued before the New Jersey Supreme Court on behalf of amicus curiae Medical and Public Health Experts in a prisoner rights matter.

## Honors & Awards

■ Named to *Best Lawyers in America*'s "Ones to Watch" list 2021–2026.

■ o  Commercial Litigation category, 2022–2026.

■ o  Entertainment and Sports Law category, 2024–2026.