# EXHIBIT 4

# Sarah E. Moses

## Professional Experience

Sarah Moses leads the Manatt Litigation Resources Team business unit and is a partner in the Firm's industry-leading Manatt Entertainment group. Sarah focuses her practice on a variety of complex litigation and commercial disputes representing media, entertainment, and technology clients in copyright, trademark, right of publicity, First Amendment, blockchain, and artificial intelligence matters, among others.

Her representative matters within the entertainment sector include: securing a favorable settlement for actress and entrepreneur Blake Lively in litigation arising from alleged retaliation following complaints made during the production of *It Ends With Us*; securing the dismissal of copyright, trademark and unfair competition claims on behalf of a fitness entrepreneur and obtaining a significant attorneys' fees award; representing a prominent influencer in a dispute involving claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), federal securities laws and state law related to a cryptocurrency project; serving as lead counsel for an international music publisher and record label on multiple intellectual property-related matters, including nuanced fair use questions; guiding a major talent agency in a breach of fiduciary duty and antitrust action; representing a grunge band in a copyright and trademark dispute with a fashion designer; and counseling a sports agency in contract disputes with professional athletes.

Sarah's representative matters outside the entertainment industry include: securing two concurrent summary judgment victories for a digital real estate platform on claims of rescission, financial elder abuse and unfair competition law violations; prevailing at trial for a telecommunications company in a breach of contract dispute worth more than $20 million; and prevailing on motions to dismiss in three concurrently pending arbitrations related to claims of age and gender discrimination on a dating app, including complex First Amendment, Commerce Clause and preemption defenses.

Sarah has extensive hands-on experience researching, writing, and arguing dispositive and other substantive motions in state and federal courts, and she works closely with clients to develop and manage case strategies. She regularly serves as the primary advisor to clients on their most sensitive business matters.

Her pro bono experience has included participating in the Los Angeles County Civilian Oversight Commission's investigation of "sheriff deputy gangs" and spearheading the representation of a transgender inmate in an Arizona state prison, including briefing and oral argument before the U.S. Court of Appeals for the Ninth Circuit.

She began her legal career as a judicial extern to the Honorable David J. Cowan, Los Angeles Superior Court.



**Partner**

Entertainment Litigation

**T** 310.312.4128

**E** SMoses@manatt.com

1

## Education

- UCLA School of Law, J.D.; Symposium Editor, *UCLA Law Review*; Staff, *Journal of International Law & Foreign Affairs*, 2013

- Pace University, M.Sc. for Teachers, 2008

- Northwestern University, B.A., European History and Communication Studies, *magna cum laude*, 2006

## Experience

- Secured a favorable and critically important settlement for Blake Lively in litigation arising from alleged retaliation and related misconduct following her complaints about inappropriate conduct during the production of *It Ends With Us*, while preserving key claims under California's Weaponized Defamation Lawsuits Act related to Baldoni's $400 million countersuit, which the court dismissed in 2025.
- Secured a favorable settlement for an American rapper in a seven-figure breach of contract dispute with a record label regarding the interpretation of option rights.
- Successfully defended a prolific composer and seasoned music executive in a multimillion-dollar copyright and breach of contract case in federal court.
- Successfully defended an American songwriter and rapper in a copyright infringement case involving an Academy Award-winning hip hop group.
- Secured a complete dismissal of all claims against Logan Paul's manager and associate in a high-profile class lawsuit alleging that customers were misled into a fraudulent cryptocurrency investment scheme tied to influencer Logan Paul's CryptoZoo venture.
- First-chaired an arbitration for a dating app company related to claims of age and gender discrimination.
- Prevailed in a bench trial for a high-net-worth individual against a real estate developer and investor with over $13 billion in assets owned and operated.
- Successfully defended the widow of a former lead singer of a rock band in contempt proceedings related to a royalty dispute.
- Represented a member of an iconic '90s punk band in a partnership dispute related to royalty payments and touring revenue.
- Represented a leading aerospace defense contractor in a variety of discrimination, retaliation and other employment disputes.
- Represented a prominent U.S. attorney and his law firm in connection with civil RICO and state law claims brought by an actress concerning the Firm's representation of Harvey Weinstein; secured a full dismissal of all claims with prejudice.
- Secured a favorable settlement for a music manager in a case alleging violation of federal human trafficking statutes.
- Obtained dismissal of a lawsuit brought against an online magazine and its president alleging civil RICO claims.
- Secured summary judgment for a prominent U.K. law firm and one of its partners in a legal malpractice case brought by a songwriter related to negotiation of the songwriter's music copublishing agreement.
- Won an appellate victory for an Olympic gold medalist in beach volleyball in an endorsement contract dispute; the California Court of Appeal affirmed a prevailing party fee award for the client.
- Obtained a favorable settlement for a prominent sports and entertainment company involving claims of copyright infringement.
- Secured a favorable settlement for a professional surfer in a breach of contract dispute with a sponsor involving allegations of failure to perform due to COVID-related disruptions.
- Represented a major talent agency in an antitrust dispute with the Writers Guild of America regarding packaging fees.
- Represented an iconic '90s grunge band in a copyright and trademark dispute brought against an international fashion designer.
- Represented the County of Los Angeles in connection with a long-running civil rights case, including ensuring compliance with a consent decree governing constitutional policing in the Antelope Valley.
- Engaged by the Hollywood Foreign Press Association to investigate complaints made to its hotline regarding claims of organizational misconduct.
- Represented a pool of 25 bank employees in connection with investigations by the U.S. Department of Justice and administrative proceedings brought by the Office of the Comptroller of the Currency.

2

- Represented employees of a cochlear implant manufacturer in connection with a civil division Department of Justice investigation.
- Represents a social media influencer talent management company in connection with artist disputes; provides prelitigation advice on non-disparagement, non-solicitation and confidentiality issues.
- Represented an executive of PG&E in connection with government charges related to the Camp Fire.

- \* Denotes prior firm experience

3

## Honors & Awards

- Leading Global Entertainment, Sports & Media Lawyers, *Lawdragon*, 2025

- Named on the list of Inspirational Women, *Los Angeles Times*, November 21, 2024

- Women of Influence: Attorneys, *Los Angeles Business Journal*, 2024

- *Chambers USA*, Top-Ranked Attorney, Media and Entertainment: Litigation (California), 2024

- Southern California *Super Lawyers*, Rising Star 2020–2023