# EXHIBIT 5

**manatt**

# Katelyn Climaco

## Professional Experience

Katelyn is an associate in Manatt's Employment and Labor group in the Firm's Los Angeles office. Admitted to practice in both New York and California, she represents high-profile individuals and corporate clients in state and federal courts across a broad range of employment matters, including discrimination, harassment, retaliation, wrongful termination, wage-and-hour compliance and related claims. Katelyn also has experience conducting workplace investigations and regularly supports clients through sensitive, high-stakes disputes.

Before joining Manatt, Katelyn served as a judicial law clerk to the Honorable Joseph A. Marutollo of the United States District Court for the Eastern District of New York, where she gained substantial experience in both civil and criminal matters, including motion practice, discovery disputes and trial proceedings.

Katelyn also practiced as a litigation associate in New York City, where her work focused on complex commercial litigation cases. She has litigated matters through all stages, including trial, in both state and federal courts. She has significant courtroom experience, including successfully drafting and arguing opposition to a preliminary injunction sought by private homeowners attempting to block the development of housing for women experiencing domestic violence in Greenwich Village. The court denied the requested injunction, allowing the project to proceed.

During law school, Katelyn served as Productions Editor of the *Pace Environmental Law Review* and was captain of Pace's Willem C. Vis International Commercial Arbitration Moot Court team, where she competed against law schools worldwide and ranked in the top 10% of teams. She also represented Pace in the Battle of the Experts Mock Trial Competition and received an Outstanding Advocate Award.

## Education

- Elisabeth Haub School of Law at Pace University, J.D., *magna cum laude*, 2021

- SUNY University at Buffalo, B.A., Political Science and Psychology, 2015



**Associate**

Employment and Labor

**T** 310.312.4284
**E** KClimaco@manatt.com

1