# EXHIBIT 7

Thomson Reuters™ Financial Insights

**Metric:** Standard Rates (/hr.)
**Time:** 202501-202507
**Currency:** USD
**Peer Groups:** Peer Group - (120717)

| Timekeepers | Manatt, Phelps & Phillips, LLP Value | YOY Growth | Peer Group - (120717) Mean | YOY Growth | Variance | Median | YOY Growth | Variance | 25th | 75th |
|---|---|---|---|---|---|---|---|---|---|---|
| Total All Lawyers | $1,132 | 7.1% | $1,157 | 10.2% | -2.1% | $1,169 | 10.4% | -3.1% | $1,070 | $1,266 |
| Total All Partners | $1,341 | 8.9% | $1,443 | 10.1% | -7.1% | $1,442 | 10.1% | -7.0% | $1,271 | $1,582 |
| Associate | $884 | 9.4% | $981 | 10.3% | -9.9% | $964 | 10.5% | -8.3% | $892 | $1,080 |
| Associate (1st Year) | $671 | 7.4% | $719 | 7.5% | -6.7% | $726 | 9.0% | -7.5% | $679 | $778 |
| Associate (2nd Year) | $746 | 8.0% | $816 | 11.4% | -8.6% | $835 | 10.3% | -10.7% | $758 | $884 |
| Associate (3rd Year) | $838 | 25.0% | $881 | 9.0% | -4.8% | $877 | 9.1% | -4.4% | $806 | $963 |
| Associate (4th Year) | $857 | 7.6% | $970 | 10.4% | -11.6% | $981 | 9.6% | -12.6% | $879 | $1,057 |
| Associate (5th Year) | $946 | 12.5% | $1,030 | 10.2% | -8.1% | $1,039 | 10.2% | -8.9% | $929 | $1,131 |
| Associate (6th Year) | $995 | 23.0% | $1,086 | 10.7% | -8.4% | $1,099 | 10.2% | -9.5% | $970 | $1,204 |
| Associate (7th Year) | $985 | 5.8% | $1,124 | 10.0% | -12.4% | $1,154 | 10.0% | -14.6% | $1,011 | $1,232 |
| Associate (Over 7 Years) | $1,062 | 13.4% | $1,139 | 10.6% | -6.8% | $1,174 | 10.1% | -9.5% | $1,011 | $1,240 |
| Grad Date Not Found | $685 | X | $837 | 16.0% | -18.1% | $859 | 12.6% | -20.3% | $622 | $1,023 |
| Equity Partner | $1,426 | 8.3% | $1,506 | 10.1% | -5.3% | $1,505 | 10.1% | -5.2% | $1,341 | $1,675 |
| Grad Date Not Found | X | X | $1,475 | 14.2% | * | $1,654 | 14.7% | * | $1,361 | $1,752 |
| Partners (1 - 10 Years) | X | X | $1,438 | 10.3% | * | $1,470 | 7.9% | * | $1,270 | $1,584 |
| Partners (11 - 13 Years) | $1,287 | 9.0% | $1,436 | 10.3% | -10.4% | $1,388 | 10.1% | -7.3% | $1,316 | $1,573 |
| Partners (14 - 16 Years) | $1,283 | 8.7% | $1,449 | 10.7% | -11.5% | $1,427 | 10.4% | -10.1% | $1,264 | $1,637 |
| Partners (17 - 19 Years) | $1,303 | 11.6% | $1,436 | 11.7% | -9.3% | $1,438 | 10.5% | -9.4% | $1,271 | $1,650 |
| Partners (20 - 22 Years) | $1,282 | 9.0% | $1,450 | 10.3% | -11.6% | $1,466 | 10.4% | -12.6% | $1,250 | $1,659 |
| Partners (23 - 25 Years) | $1,364 | 9.6% | $1,481 | 9.8% | -7.9% | $1,489 | 10.4% | -8.4% | $1,292 | $1,657 |
| Partners (26 - 29 Years) | $1,356 | 6.6% | $1,519 | 10.2% | -10.8% | $1,534 | 9.9% | -11.6% | $1,319 | $1,699 |
| Partners (30 - 34 Years) | $1,481 | 10.1% | $1,559 | 9.4% | -5.0% | $1,554 | 9.7% | -4.7% | $1,366 | $1,735 |
| Partners (35 - 39 Years) | $1,528 | 8.3% | $1,621 | 10.0% | -5.7% | $1,617 | 8.9% | -5.5% | $1,417 | $1,808 |
| Partners (40 - 44 Years) | $1,573 | 10.4% | $1,634 | 8.5% | -3.7% | $1,714 | 9.1% | -8.2% | $1,349 | $1,827 |
| Partners (45 - 50 Years) | $1,604 | 8.7% | $1,753 | 9.7% | -8.5% | $1,768 | 9.5% | -9.3% | $1,523 | $1,898 |
| Partners (Over 50 Years) | $1,664 | 8.8% | $1,866 | 11.9% | -10.8% | $1,865 | 10.1% | -10.8% | $1,650 | $2,015 |
| Non-Equity Partner | $1,262 | 8.9% | $1,321 | 10.6% | -4.5% | $1,270 | 10.1% | -0.7% | $1,169 | $1,496 |
| Grad Date Not Found | $1,365 | X | $1,331 | 9.5% | 2.6% | $1,380 | 9.8% | -1.1% | $1,020 | $1,487 |
| Partners (1 - 10 Years) | $1,120 | 6.6% | $1,239 | 12.4% | -9.7% | $1,203 | 10.3% | -7.0% | $1,123 | $1,334 |
| Partners (11 - 13 Years) | $1,143 | 8.1% | $1,214 | 10.6% | -5.8% | $1,194 | 10.4% | -4.3% | $1,120 | $1,332 |
| Partners (14 - 16 Years) | $1,176 | 11.5% | $1,225 | 10.7% | -4.0% | $1,193 | 11.4% | -1.4% | $1,072 | $1,345 |
| Partners (17 - 19 Years) | $1,169 | 7.0% | $1,259 | 12.2% | -7.2% | $1,221 | 11.3% | -4.2% | $1,166 | $1,332 |
| Partners (20 - 22 Years) | $1,215 | 10.2% | $1,266 | 9.7% | -4.1% | $1,234 | 11.0% | -1.6% | $1,173 | $1,312 |
| Partners (23 - 25 Years) | $1,205 | 6.3% | $1,347 | 11.2% | -10.5% | $1,293 | 10.0% | -6.8% | $1,186 | $1,556 |
| Partners (26 - 29 Years) | $1,314 | 10.0% | $1,363 | 10.2% | -3.7% | $1,336 | 10.1% | -1.7% | $1,187 | $1,544 |
| Partners (30 - 34 Years) | $1,349 | 9.6% | $1,387 | 11.4% | -2.7% | $1,355 | 11.2% | -0.4% | $1,238 | $1,563 |
| Partners (35 - 39 Years) | $1,411 | 5.5% | $1,414 | 10.3% | -0.2% | $1,399 | 11.4% | 0.8% | $1,174 | $1,629 |
| Partners (40 - 44 Years) | $1,507 | 11.9% | $1,475 | 13.1% | 2.2% | $1,447 | 13.8% | 4.2% | $1,302 | $1,552 |
| Partners (45 - 50 Years) | $1,479 | 9.1% | $1,450 | 9.9% | 2.0% | $1,375 | 9.7% | 7.6% | $1,253 | $1,762 |
| Partners (Over 50 Years) | $1,273 | 21.4% | $1,641 | 11.9% | -22.4% | $1,648 | 11.5% | -22.8% | $1,411 | $1,892 |
| Of Counsel | $1,131 | 4.8% | $1,311 | 9.2% | -13.7% | $1,257 | 9.6% | -10.1% | $1,146 | $1,400 |
| Other Lawyer | $678 | 1.4% | $882 | 10.5% | -23.1% | $791 | 9.3% | -14.3% | $651 | $1,194 |