# EXHIBIT A

# WILLKIE FARR & GALLAGHER LLP



## Michael J. Gottlieb
Partner

### Los Angeles
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067-2905
T +1 310 855 3111
**mgottlieb@willkie.com**

### Washington
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
T +1 310 855 3111

Michael J. Gottlieb is a partner in the Litigation Department, and a member of the firm's Executive Committee. He is Chair of the Crisis Management Group, and Co-Chair of the Media & First Amendment Practice Group and a member of the Appeals & Strategic Motions Practice Group.

Michael is one of the leading litigators in the United States. He represents clients in enterprise-threatening events, including complex litigation at the trial and appellate level, government investigations and enforcement actions, and multidimensional crises involving multi-front disputes with intense media interest and government nexus. Michael has successfully led trials, appeals, and investigations on behalf of *Fortune* 50 and other major multinational companies, financial institutions, technology startups, foreign governments, senior executives, and individuals, while also maintaining an acclaimed pro bono and public interest practice in which he has obtained damages awards totaling in the hundreds of millions of dollars for his clients.

Michael has delivered exceptional results for clients facing simultaneous U.S. government investigations and parallel litigation, including matters involving criminal and civil components of the Department of Justice, the Federal Trade Commission, the Securities and Exchange Commission, U.S. State Attorneys General and other state regulators, and a variety of Congressional committees. He has successfully represented clients in litigation and arbitration, including complex commercial disputes, cross-border and transnational litigation, media and defamation matters, constitutional litigation, securities litigation, and appeals in a number of appellate courts including the Supreme Court of the United States.

Michael has been recognized by several leading legal and business publications, including being nominated as the *American Lawyer's* 2023 Attorney of the Year, and being named by *Forbes* as one of America's Top 200 Lawyers (2024), by *Chambers USA* as a leading practitioner for Litigation: General Commercial, by *Lawdragon 500* as one of America's

## My Practices

Litigation
Crisis Management
Corporate Governance
Appeals & Strategic Motions
Class Action Litigation
International Arbitration
Latin America

## Education

Harvard Law School, J.D., 2003
Northwestern University, B.A., 1999

## Bar Admissions

District of Columbia
New York
California

## Court Admissions

United States Supreme Court
United States Court of Appeals, Federal Circuit
United States Court of Appeals, 2nd Circuit
United States Court of Appeals, 4th Circuit
United States Court of Appeals, 5th Circuit
United States Court of Appeals, 6th Circuit
United States Court of Appeals, 9th Circuit
United States Court of Appeals, 11th Circuit
United States District Court, District of Columbia
United States District Court, Southern District of New York
United States District Court, District of Colorado

Leading Lawyers, Leading Litigators, and Global Leaders in Crisis Management, and being named as Litigator of the Week on several occasions by T*he American Lawyer.* Earlier in his career, Michael was recognized as a Rising Star by *National Law Journal*, one of the Top 40 Lawyers Under 40 in Washington D.C., a *Law360* MVP, a Cybersecurity Trailblazer, and a Future Star by *Benchmark Litigation.*

## Selected Significant Matters

Michael's representative litigation and counseling matters include:*

- Secured a $148.1 million jury verdict in the U.S. District Court for the District of Columbia on behalf of Fulton County Georgia election workers Ruby Freeman and Wandrea' ArShaye ("Shaye") in a lawsuit against Rudy Giuliani for launching a conspiracy to falsely accuse them of committing election fraud in the 2020 presidential election. Following a partial default judgment, and a damages trial, the jury awarded $75 million in punitive damages, $33,169,000 million in total defamation damages, and $40 million in total damages for infliction of emotional distress

- Obtained a $455 million damages award against the Republic of Iran under the Foreign Sovereign Immunities Act on behalf of American servicemembers and civilians killed or wounded in terrorist attacks in Iraq. In related litigation, help obtain a damages award of hundreds of millions of dollars on behalf of additional plaintiffs killed or injured in terrorist attacks in Iraq and Afghanistan

- Representing PDV Holding, Inc. ("PDVH"), the U.S.-based subsidiary of Petroleos de Venezuela, S.A. ("PDVSA"), in ongoing litigation in the Southern District of New York, the Second Circuit Court of Appeals, and the New York Court of Appeals addressing the validity of $1.9 billion worth of bonds purportedly issued in 2016 by PDVSA, and defending PDVH against parallel securities litigation filed by bondholders

- Representing CITGO Petroleum Corporation in federal litigation the Company filed before the U.S. District Court for the Southern District of Texas against former contractors seeking to recover hundreds of millions of dollars in damages caused by fraud and corruption

- Representing Mr. William Browder, the leading global advocate for the Magnitsky Act and author of the book "Red Notice," in response to defamation litigation filed by the Russian lobbyist Rinat Akhmetshin against Mr. Browder in the U.S. District Court for the District of Columbia, including multiple appellate proceedings before the D.C. Circuit and the D.C. Court of Appeals

- Representing a financial institution in a consumer class action filed in the Eastern District of Virginia alleging improper fee assessment practices

- Representing numerous U.S. and international companies before the U.S. Treasury Department and other government agencies on issues relating to U.S. sanctions involving Venezuela, Russia, Iran and other foreign states

- Successfully defended the board of directors of PDV Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corporation, the U.S.-based subsidiaries of Petroleos de Venezuela, S.A. ("PDVSA"), in successfully obtaining a precedent-setting ruling in the Delaware

of the U.S. subsidiaries of PDVSA

- Served as Counsel of Record for Petitioners in *Animal Science Products, Inc. v. Hebei Welcome Pharmaceutical Co. Ltd.*, a unanimous victory for Michael's clients in a transnational antitrust class action that reversed an adverse decision by the Second Circuit Court of Appeals. The case was the first in U.S. history in which the Chinese Government appeared in litigation represented by counsel

- Represented LifeLock, Inc. in response to litigation brought by the Federal Trade Commission and numerous civil actions, including a nationwide consumer class action, resulting in a settlement resolving outstanding claims against the company

- Represented the Kurdistan Regional Government in significant transnational litigation relating to the KRG's constitutional right to export oil under the terms of the Iraqi Constitution and laws of the Kurdistan Region

- Represented financial institutions, media and entertainment companies, and technology companies in response to cybersecurity and data privacy incidents, including representing Sony Pictures Entertainment in response to an unprecedented data breach that targeted the company's release of the film, "The Interview"

- Represented the plaintiff in *Rich v. Butowsky*, defamation litigation filed on behalf of the brother of deceased DNC staffer Seth Rich, challenging viral online conspiracy theories relating to Seth Rich's murder

- Represented James Alefantis, owner of Comet Ping Pong restaurant in Washington D.C., in response to a viral "fake news" conspiracy theory known as "Pizzagate"

- Represented the founder and senior executive of one the world's largest hedge funds in an administrative proceeding brought by the SEC that resulted in a favorable settlement resolving all claims

- Represented a fund in a federal securities class action that was successfully resolved prior to trial

- Represented a technology company in response to a purported consumer class action that was successfully removed to federal court and resolved individually

- Represented a privately-held technology company in a control dispute with its Founders

- Represented individuals and entities in response to sensitive investigations conducted by House and Senate Committees

- Authoring and filing numerous Supreme Court briefs, including petitions for writ of certiorari and merits briefs on behalf of parties and amici curiae

*Michael advised on some of these matters prior to joining Willkie.

---

## Prior Experience

Michael previously served as Associate Counsel to former U.S. President Barack Obama; as the Deputy Director of an international civil-military task force devoted to rule of law and anti-corruption development in Afghanistan; as an Assistant U.S. Attorney for the Central District of

California; and as a staffer on the U.S. Senate Judiciary Committee. He is a Fellow at the George Mason University National Security Institute, and a former Term Member of the Council on Foreign Relations.

Prior to becoming a prosecutor, Michael was a law clerk for Justice John Paul Stevens on the U.S. Supreme Court, and the Hon. Stephen Reinhardt on the U.S. Court of Appeals for the Ninth Circuit.

## Recognition, Honors & Awards

- *Chambers USA* – Litigation: General Commercial, 2025-2026
- *Los Angeles Business Journal*, Top 100 Lawyers, 2026
- *Variety*, Legal Impact Report, 2026
- *Benchmark Litigation,*
  - National Star – Constitutional, 2026
  - Litigation Star (Washington, D.C.), 2026
- *Lawdragon,*
  - 500 Leading Lawyers in America, 2024 – 2026
  - 500 Leading Litigators in America, 2024 – 2026
  - 500 Global Leaders in Crisis Management, 2025 – 2026
- *Billboard,* Top Music Lawyer, 2025
- *The Hollywood Reporter*, Power Lawyers, 2025-2026