# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP RATE DATA**[1]

**A.** **2025 U.S. Litigation Rate Comparison—High-Level Data**

| Role | Willkie Litigation Median | Litigation Peer Median | Litigation Peer 25th Percentile | Litigation Peer 75th Percentile |
|---|---|---|---|---|
| All Lawyers | $1,450 | $1,450 | $1,140 | $1,745 |
| All Partners | $1,650 | $2,035 | $1,682 | $2,265 |
| All Associates | $1,225 | $1,260 | $995 | $1,450 |

**B.** **2025 U.S. Litigation Rate Comparison—Data by Timekeeper**[2]

| Timekeepers | Willkie Litigation Median | Litigation Peer Median | Litigation Peer 25th Percentile | Litigation Peer 75th Percentile |
|---|---|---|---|---|
| **Total All Lawyers** | $1,388[3] | $1,450 | $1,140 | $1,745 |
| **Total All Partners** | $1,600[4] | $2,034 | $1,682 | $2,265 |
| Partners (1 - 10 Years) | $1,550 | $1,525 | $1,525 | $1,675 |
| Partners (23 - 25 Years) | $1,838 | $2,165 | $2,050 | $2,245 |
| Partners (35 - 39 Years) | X | $2,320 | $2,265 | $2,375 |
| **Associate** | $1,225 | $1,260 | $995 | $1,450 |
| Associate (1st Year) | X | $945 | $865 | $1,065 |
| Associate (3rd Year) | $1,400 | $1,025 | $995 | $1,295 |

---

[1] The data referenced herein is derived from Octus Intelligence, Inc. ("Octus").  Through its analytics product, Legal Billing Rates Database, Octus extracts attorneys' fees data from U.S. Bankruptcy Court dockets for the Southern District of New York and the District of Delaware ("Bankruptcy Dockets").  These charts reflect extracted data from fee applications filed in 2025 on the Bankruptcy Dockets by the following firms: Davis Polk & Wardwell LLP;  Kirkland & Ellis LLP; Latham & Watkins LLP; Milbank LLP; Paul Hastings LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; Sullivan & Cromwell LLP; Weil, Gotshal & Manges LLP; and Willkie Farr & Gallagher LLP ("Willkie").  Because the sample size of Willkie data is more limited than that available for Willkie's peer firms (peer firms averaged 39 attorneys' worth of data while Willkie had 30), cited figures for 3rd Year, 4th Year, 5th Year, 7th Year and  Over 7th Year Associates reflect a variance from Willkie's actual 2025 rates of 14%, -16%,-5%, -41% and -22%, respectively.

[2] This chart reflects rate data corresponding only to the categories of lawyers who billed time for which Ms. Lively seeks reimbursement.

[3] This Willkie Litigation Median figure is adjusted to account for only the bands of attorneys referenced in Chart B.

[4] This Willkie Litigation Median figure is adjusted to account for only the bands of partners referenced in Chart B.

| | | | |
|---|---|---|---|
| Associate (4th Year) | $1,115 | $1,185 | $1,025 | $1,295 |
| Associate (5th Year) | $1,325 | $1,395 | $1,250 | $1,450 |
| Associate (6th Year) | $1,500 | $1,355 | $1,310 | $1,460 |
| Associate (7th Year) | $930 | $1,470 | $1,365 | $1,490 |
| Associate (Over 7 Years) | $1,255 | $1,522 | $1,406 | $1,575 |