# EXHIBIT A



## Diana C. Kantner
Senior Managing Director

**KCIC,** Chicago, IL

2021– Present

- Currently assisting multiple multinational companies to resolve disputes with its insurance carriers. These companies have significant claims related to certain product liability exposures. Companies also have multiple insurance coverage lines responding to its liabilities. Assisting in the quantification and support of past defense and indemnity costs, projection of future costs and allocation of various scenarios in support of settlement negotiations, mediations, arbitrations, and coverage-in-place agreements.

- Currently established as the expert in an insurance coverage dispute, providing in-depth analysis and testimony for two separate London arbitrations, involving complex issues and financial liability.

- Lead multiple engagements providing data analytics, defense cost analysis, damage calculations, future liability forecasting, predictive modeling, and claims management services to companies facing complex liability claims or litigation disputes.

- Selected as the expert consultant in a confidential London arbitration. Authored the expert report and led a team to quantify damages, substantiate claims, and allocate damages to an occurrence-reported coverage tower.

- Optimize insurance assets for corporate policyholders by developing novel and uniquely successful approaches to managing complex insurance claims, including damage estimation, allocation modeling, and settlement/negotiation strategies for the resolution of complex insurance coverage disputes arising from environmental, asbestos, abuse, per- and polyfluoroalkyl substances (PFAS), and other product liability issues.

- Establish and maintain strategic partnerships with leading law firms, outside experts, and clients. Coordinate and manage multi-party relationships to provide specialized services for client engagements.

- Assess product liability exposures by performing detailed financial analyses to determine settlement strategies, including complex decision tree analyses to assess rewards and risks of settlement versus litigation.

## Employment History

**The Claro Group, LLC (n/k/a Stout)**, Chicago, IL
*Managing Director*

2007 - 2020

Diana C. Kantner

- Provided mediation and litigation support for a large company related to hundreds of product liability claims. Accumulated, tracked, and supported defense costs and settlements to date and allocated the costs across the company's insurance programs based on various allocation theories.

- Led a team in supporting the expert consultant for an insurance dispute in two separate confidential London arbitrations. Provided supporting claims and spending analytics during the arbitration.

- Assisted a large manufacturing company recover funds from its insurance carrier for the company's long tail exposures during litigation. Led a team to support the expert consultant for the company. Helped prepare the direct and rebuttal reports to quantify what the insurance carrier should have paid and the impact for premature exhaustion of limits to the other carriers in the coverage program. Quantified historical spending, reviewed policies, and developed complex allocation models to evaluate alternative coverage theories.

- Assisted a multi-hospital health system in a contract dispute with one of its billing and collection vendors. Provided an assessment of the health system's methodology and process for identifying the account write-offs attributable to the vendor's failure to comply with the contract. Analyzed, quantified, and justified resulting damages calculations to support client litigation.

- Worked on multiple environmental and product liability insurance claims, including several for Fortune 500 companies. The scope of services included many aspects of developing and defending the claim such as quantifying past and future costs, analyzing policy language and coverage defenses, and building allocation models based on multiple allocation theories and choice of law. Helped present claims and negotiate favorable settlements with London Market carriers and domestic insurance carriers.

- Supported a multinational company with a professional liability dispute arising from a joint venture construction project in the Middle East incurring over $100 million in change orders. Analyzed financial information, time sheets, project logs, and other records to document project tasks, activities, and costs to quantify damages related to the rework of the identified project deficiencies.

- Conducted complex financial analyses and evaluated large datasets to quantify damages in all manner of disputes, including lost profits, lost earnings of persons, product liability exposures and business interruption claims.

- Assisted a mining company with two separate property damage and business interruption losses stemming from different business interruptions at one of its mines. Analyzed prior and current financial statements, production and sales plans, sales contracts, force majeure letters, sales invoices, equipment quotes and engineering analyses to prepare loss estimates to expedite advance payments and set appropriate claim reserves.

- Assisted a multinational engineering company with its business interruption loss claim after Superstorm Sandy. Identified the four business units impacted by the storm and developed the appropriate methodology to quantify the loss. Prepared the necessary documentation and loss estimates to support its business interruption claim.

- Assisted a multinational pharmaceutical company with its business interruption loss and property damage claim arising from a power outage. Examined multiple financial statements, production plans and National Drug Codes for specific product lines to calculate and develop loss estimates.

Diana C. Kantner

- Managed multiple engagements with responsibilities including client expectation management, communications, strategic relationships, deliverables, quality control, internal project budgeting and reporting, and internal performance evaluations.

**Northwestern University – Feinberg School of Medicine**, Chicago, IL
*Director of Financial Management*

2003 – 2007

- Prepared, implemented, and managed Feinberg School of Medicine's (FSM) $400 million-dollar annual budget, including more than $150 million in grants.

- Oversaw and managed FSM's annual financial plan, including current sources and uses of funds and Dean's commitments. Reviewed and approved all financial transactions requiring FSM or Dean approval.

- Developed and updated a forecasting model for FSM capital and strategic initiatives, including debt analysis, for new FSM capital projects. Maintained and updated a ten year "all funds" financial model projecting necessary funds to implement FSM's strategic plan and assess its capacity to achieve its objectives.

- Prepared ad hoc reports for various high-level presentations and meetings, such as annual Northwestern University President's meeting, State of the School address, Finance Committee, etc. Conducted special analytical studies and research to address issues raised by school and university staff.

- Supervised, managed, and facilitated the annual fiscal closing of all FSM's accounts and transactions and delivered detailed fiscal year-end results, including a comparison to forecasted plan.

- Provided leadership and troubleshooting capabilities to all departments, divisions, centers, and institutes advising in all areas of FSM on financial and operational issues and policies. Liaised between FSM, departments, and Central Northwestern University personnel and maintained effective communication with officials from Northwestern University, Northwestern Medical Faculty Foundation, and four affiliated hospitals.

- Responsible for the fiscal management of payroll for FSM covering over 1,000 faculty, 1,300 staff, and 1,000 students. Oversaw the annual salary merit increase process for faculty. Trained staff in research compliance to ensure position funding met all federal efforts and cost share regulations.

- Key delegate on many Northwestern University committees and workgroups representing FSM interests and concerns, including the PeopleSoft financial implementation for the University.

- Directly supervised the workflow and performance of exempt and nonexempt staff in the Office of Finance, Budget, and Payroll. Indirectly responsible for supervising staff, such as business administrators, coordinators of finance and administration, research administrators and financial analysts across multiple FSM departments.

**Arthur Andersen**, Chicago, IL
*Experienced Manager, Financial Advisory Services Practice*

1995 – 2002

Diana C. Kantner

- Managed multiple client engagements concurrently, lasting from three months to two years. Helped manage projects with teams ranging from 5 to 30 people who were responsible for the successful cost recovery in excess of $400 million in net settlement proceeds for clients.

- Performed detailed financial analyses to determine settlement strategies, including cash flow, net present value, and decision tree analyses to assess rewards and risks of settlement versus litigation.

- Provided economic and financial analyses to clients in a wide range of industries specializing in damage cost analysis, discovery support and material analysis, and negotiation strategies. Formulated financial modeling applications, damage theory development, and problem-solving scenarios in a strategic and litigation consulting environment. Litigation experience includes intellectual property disputes, environmental, fraud, breach of contract, and antitrust.

- Contributing Manager to the development and growth of the Financial and Economic consulting practice with more than sixty clients and over $20 million in revenues annually.

## Education

**University of Illinois**, Urbana-Champaign, Illinois
*Bachelor of Science, Finance (Honors), 1995*

## Professional Affiliations

**American Bar Association (ABA)** – Associate Member
**DRI** – Member

## Board Membership

**Ballet Chicago** – Board President, 2018 – Present

## Speaking Engagements

Plenary Panel: *How Much Is One Picture Worth? Visual and Data-Driven Tools for Clarifying Coverage and Illuminating Claims*                                                                                     March 2026
American Bar Association
Insurance Coverage Litigation Committee CLE Seminar – Tucson, AZ

Panel: *Finding Coverage for Sexual Molestation and Sex Trafficking Claims and Coverage*          October 2025
*Litigation Update*
Perrin Conference
Co-Chair of the Sexual Abuse Litigation and Coverage Conference – New York, NY

Plenary Panel: *Is DEI Still Alive Post SCOTUS 2023?*                                                          March 2025
American Bar Association
Insurance Coverage Litigation Committee CLE Seminar – Tucson, AZ

Roundtable: *Defense Cost Management and Data Collection in Mass Tort Litigation*                      March 2024
American Bar Association

Diana C. Kantner

Insurance Coverage Litigation Committee CLE Seminar – Tucson, AZ

Roundtable: *Insurance Coverage for Climate Change Litigation: Disputes are Heating Up!*    March 2023
American Bar Association
Insurance Coverage Litigation Committee CLE Seminar – Tucson, AZ

## Blog Posts

*Multidistrict Litigation (MDL) 101: Let's Lay the Groundwork*    May 2024

*ABA Roundtable: Insurance Coverage for Climate Change Litigation*    April 2023