# EXHIBIT 2

# EXHIBIT 2.A

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Abidor, Pascal | Willkie | 1.9 | $524.40 |
| Adams, Kashia | Willkie | 44.4 | $15,732.20 |
| Adams-Jack, Autumn | Willkie | 178.7 | $190,265.40 |
| Armani, Sareen | Manatt | 9.1 | $9,395.10 |
| Arriola, Christian | Willkie | 0.5 | $187.00 |
| Bach, Nathaniel, L. | Manatt | 0.5 | $555.75 |
| Bender, Kristin | Willkie | 292.7 | $454,808.40 |
| Biagiotti, Vincent | Willkie | 435.2 | $517,888.00 |
| Braverman, Betty | Willkie | 2.2 | $655.60 |
| Brody, Jesse, M. | Manatt | 0.6 | $696.60 |
| Bruno, Matthew | Manatt | 521.5 | $532,478.25 |
| Calmore, Jonathan | Willkie | 37.9 | $17,244.50 |
| Calvert, Rosalind | Willkie | 0.5 | $138.00 |
| Chu, Huy | Willkie | 0.9 | $268.20 |
| Clancy, Jeffrey | Willkie | 1.2 | $2,269.20 |
| Climaco, Katelyn | Manatt | 397.3 | $335,345.85 |
| Cohen, Tod | Manatt | 3.4 | $4,176.90 |
| Connolly, Michaela | Willkie | 620.4 | $833,172.60 |
| Coster, Thomas | Willkie | 5.9 | $1,628.40 |
| Dale, Juliet | Willkie | 282.8 | $200,818.90 |
| DiMaggio, Lindsay | Manatt | 10.1 | $9,271.80 |
| Dinino, Brent | Manatt | 306.4 | $188,895.60 |
| Dobson, Anthony (AJ) | Willkie | 0.6 | $318.60 |
| Drenga, Deanna | Willkie | 163.3 | $175,490.70 |
| Dreyfus, Jack | Willkie | 3.9 | $1,259.70 |
| Epstein, Alan | Willkie | 2.4 | $3,672.00 |
| Erickson, Jeffrey | Willkie | 48.7 | $22,158.50 |
| Feldman, Laura | Willkie | 9.5 | $5,778.30 |
| Fisher, Zane | Willkie | 4.0 | $1,104.00 |
| Flores-Garcia, Maria | Willkie | 56.8 | $25,844.00 |
| Gonzalez, Hector | Manatt | 0.8 | $302.40 |
| Gottlieb, Michael | Willkie | 224.0 | $456,283.80 |
| Governski, Meryl | Willkie | 246.2 | $381,856.20 |
| Gramajo, Fraylin | Manatt | 139.9 | $86,953.95 |
| Grossman, Randy | Manatt | 1.5 | $2,072.25 |
| Grumer, Carl L | Manatt | 1.9 | $2,479.50 |
| Herman, Katherine | Manatt | 97.6 | $60,933.60 |
| Hochman, Ian | Willkie | 0.3 | $420.90 |
| Hudson, Esra A | Manatt | 598.2 | $693,744.30 |
| Hurwitt, Elliot (Sam) | Willkie | 6.6 | $1,821.60 |
| Kakanas, Debbie | Willkie | 3.5 | $1,785.00 |

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Katze, Samantha | Manatt | 40.3 | $42,073.20 |
| Kay, Alyce | Willkie | 4.0 | $1,104.00 |
| Kim, Jake | Manatt | 77.1 | $47,532.15 |
| Kulkarni, Monica, A. | Manatt | 1.0 | $841.50 |
| Kwong, Jade | Willkie | 3.1 | $923.80 |
| Leach, Brenda | Willkie | 13.6 | $3,753.60 |
| Lee, Colin | Willkie | 1.5 | $2,008.50 |
| Lee, Jung Hyun (Monica) | Willkie | 307.4 | $324,582.90 |
| Lilly, Elise | Willkie | 0.9 | $268.20 |
| Low, Jengai | Willkie | 52.9 | $24,069.50 |
| Luehr, Paul H. | Manatt | 10.1 | $12,635.10 |
| Martinez, Clementine | Willkie | 2.4 | $662.40 |
| McCormack, Ruthanne | Willkie | 3.5 | $966.00 |
| Moore, Ashley | Willkie | 5.5 | $3,179.00 |
| Morrison, Andrew, L. | Manatt | 5.0 | $7,098.75 |
| Moses, Sarah | Manatt | 105.4 | $111,431.97 |
| Mundiya, Tariq | Willkie | 1.3 | $2,762.50 |
| Munson, Sally | Willkie | 4.9 | $1,460.20 |
| Nathan, Aaron | Willkie | 142.0 | $224,672.40 |
| Nix, Shane | Willkie | 3.3 | $4,009.50 |
| Noble, Catherine | Manatt | 0.8 | $734.40 |
| Orlov, Amy | Willkie | 153.8 | $173,306.60 |
| Paul, Romane | Willkie | 1.0 | $1,339.00 |
| Pepaj, Heriona | Willkie | 53.7 | $19,788.00 |
| Perkins, Nicholas | Manatt | 8.8 | $8,236.80 |
| Peterson, Trevor | Willkie | 53.8 | $24,479.00 |
| Ray, Zola | Willkie | 4.8 | $1,324.80 |
| Rim, Naeun | Manatt | 3.3 | $3,831.30 |
| Roeser, Stephanie, A. | Manatt | 709.5 | $731,434.50 |
| Salem, Kareem | Manatt | 38.0 | $40,869.00 |
| Schur, David, T. | Manatt | 13.5 | $13,365.00 |
| Shatz, Benjamin G | Manatt | 0.9 | $1,105.65 |
| Stamoulis, Elena | Willkie | 0.4 | $119.20 |
| Stern, Zachary | Willkie | 153.0 | $85,616.40 |
| Taustine, Melissa | Willkie | 210.5 | $270,198.00 |
| Trainor, Carly | Willkie | 0.4 | $378.00 |
| Waldman, Gordon | Willkie | 1.0 | $786.00 |
| Wham, William (Doug) | Willkie | 49.1 | $22,340.50 |
| Wolkoff, Richard | Willkie | 60.1 | $36,300.40 |
| Woodside, Heather | Willkie | 0.5 | $302.00 |
| Zeiger, Sarah | Manatt | 4.3 | $2,941.20 |
| | **TOTALS** | **7070.2** | **$7,495,526.87** |

# EXHIBIT 2.B

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Abidor, Pascal | Willkie | 1.9 | $524.40 |
| Adams, Kashia | Willkie | 44.4 | $15,732.20 |
| Adams-Jack, Autumn | Willkie | 178.7 | $190,265.40 |
| Armani, Sareen | Manatt | 9.1 | $9,395.10 |
| Arriola, Christian | Willkie | 0.5 | $187.00 |
| Bach, Nathaniel, L. | Manatt | 0.5 | $555.75 |
| Biagiotti, Vincent | Willkie | 435.2 | $517,888.00 |
| Braverman, Betty | Willkie | 2.2 | $655.60 |
| Brody, Jesse, M. | Manatt | 0.6 | $696.60 |
| Calmore, Jonathan | Willkie | 37.9 | $17,244.50 |
| Calvert, Rosalind | Willkie | 0.5 | $138.00 |
| Chu, Huy | Willkie | 0.9 | $268.20 |
| Clancy, Jeffrey | Willkie | 1.2 | $2,269.20 |
| Cohen, Tod | Manatt | 3.4 | $4,176.90 |
| Coster, Thomas | Willkie | 5.9 | $1,628.40 |
| Dale, Juliet | Willkie | 282.8 | $200,818.90 |
| DiMaggio, Lindsay | Manatt | 10.1 | $9,271.80 |
| Dinino, Brent | Manatt | 306.4 | $188,895.60 |
| Dobson, Anthony (AJ) | Willkie | 0.6 | $318.60 |
| Drenga, Deanna | Willkie | 163.3 | $175,490.70 |
| Dreyfus, Jack | Willkie | 3.9 | $1,259.70 |
| Epstein, Alan | Willkie | 2.4 | $3,672.00 |
| Erickson, Jeffrey | Willkie | 48.7 | $22,158.50 |
| Feldman, Laura | Willkie | 9.5 | $5,778.30 |
| Fisher, Zane | Willkie | 4.0 | $1,104.00 |
| Flores-Garcia, Maria | Willkie | 56.8 | $25,844.00 |
| Gonzalez, Hector | Manatt | 0.8 | $302.40 |
| Gramajo, Fraylin | Manatt | 139.9 | $86,953.95 |
| Grossman, Randy | Manatt | 1.5 | $2,072.25 |
| Grumer, Carl L | Manatt | 1.9 | $2,479.50 |
| Herman, Katherine | Manatt | 97.6 | $60,933.60 |
| Hochman, Ian | Willkie | 0.3 | $420.90 |
| Hurwitt, Elliot (Sam) | Willkie | 6.6 | $1,821.60 |
| Kakanas, Debbie | Willkie | 3.5 | $1,785.00 |
| Katze, Samantha | Manatt | 40.3 | $42,073.20 |
| Kay, Alyce | Willkie | 4.0 | $1,104.00 |
| Kim, Jake | Manatt | 77.1 | $47,532.15 |
| Kulkarni, Monica, A. | Manatt | 1.0 | $841.50 |
| Kwong, Jade | Willkie | 3.1 | $923.80 |
| Leach, Brenda | Willkie | 13.6 | $3,753.60 |
| Lee, Colin | Willkie | 1.5 | $2,008.50 |

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Lee, Jung Hyun (Monica) | Willkie | 307.4 | $324,582.90 |
| Lilly, Elise | Willkie | 0.9 | $268.20 |
| Low, Jengai | Willkie | 52.9 | $24,069.50 |
| Luehr, Paul H. | Manatt | 10.1 | $12,635.10 |
| Martinez, Clementine | Willkie | 2.4 | $662.40 |
| McCormack, Ruthanne | Willkie | 3.5 | $966.00 |
| Moore, Ashley | Willkie | 5.5 | $3,179.00 |
| Morrison, Andrew, L. | Manatt | 5.0 | $7,098.75 |
| Mundiya, Tariq | Willkie | 1.3 | $2,762.50 |
| Munson, Sally | Willkie | 4.9 | $1,460.20 |
| Nix, Shane | Willkie | 3.3 | $4,009.50 |
| Noble, Catherine | Manatt | 0.8 | $734.40 |
| Orlov, Amy | Willkie | 153.8 | $173,306.60 |
| Paul, Romane | Willkie | 1.0 | $1,339.00 |
| Pepaj, Heriona | Willkie | 53.7 | $19,788.00 |
| Perkins, Nicholas | Manatt | 8.8 | $8,236.80 |
| Peterson, Trevor | Willkie | 53.8 | $24,479.00 |
| Ray, Zola | Willkie | 4.8 | $1,324.80 |
| Rim, Naeun | Manatt | 3.3 | $3,831.30 |
| Salem, Kareem | Manatt | 38.0 | $40,869.00 |
| Schur, David, T. | Manatt | 13.5 | $13,365.00 |
| Shatz, Benjamin G | Manatt | 0.9 | $1,105.65 |
| Stamoulis, Elena | Willkie | 0.4 | $119.20 |
| Stern, Zachary | Willkie | 153.0 | $85,616.40 |
| Trainor, Carly | Willkie | 0.4 | $378.00 |
| Waldman, Gordon | Willkie | 1.0 | $786.00 |
| Wham, William (Doug) | Willkie | 49.1 | $22,340.50 |
| Wolkoff, Richard | Willkie | 60.1 | $36,300.40 |
| Woodside, Heather | Willkie | 0.5 | $302.00 |
| Zeiger, Sarah | Manatt | 4.3 | $2,941.20 |
| | **TOTALS** | **3002.5** | **$2,470,100.60** |

2