# EXHIBIT 3

# EXHIBIT 3.A

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Abidor, Pascal | Willkie | 1.9 | $524.40 |
| Adams, Kashia | Willkie | 13.5 | $4,824.50 |
| Adams-Jack, Autumn | Willkie | 56.4 | $62,951.10 |
| Armani, Sareen | Manatt | 5.3 | $5,222.70 |
| Bach, Nathaniel L. | Manatt | 0.5 | $555.75 |
| Bender, Kristin | Willkie | 75.8 | $118,396.50 |
| Biagiotti, Vincent | Willkie | 149.2 | $177,548.00 |
| Braverman, Betty | Willkie | 0.7 | $208.60 |
| Bruno, Matthew | Manatt | 200.7 | $202,418.10 |
| Clancy, Jeffrey | Willkie | 0.6 | $1,134.60 |
| Climaco, Katelyn | Manatt | 122.7 | $103,725.90 |
| Connolly, Michaela | Willkie | 8.0 | $11,694.80 |
| Coster, Thomas | Willkie | 3.6 | $993.60 |
| Dale, Juliet | Willkie | 63.2 | $46,879.30 |
| DiMaggio, Lindsay | Manatt | 9.1 | $8,353.80 |
| Dinino, Brent | Manatt | 90.6 | $55,854.90 |
| Drenga, Deanna | Willkie | 53.0 | $60,668.40 |
| Epstein, Alan | Willkie | 1.0 | $1,530.00 |
| Gonzalez, Hector | Manatt | 0.8 | $302.40 |
| Gottlieb, Michael | Willkie | 90.9 | $190,350.00 |
| Governski, Meryl | Willkie | 32.0 | $49,632.00 |
| Gramajo, Fraylin | Manatt | 48.1 | $29,653.65 |
| Grumer, Carl L | Manatt | 0.4 | $522.00 |
| Herman, Katherine | Manatt | 34.3 | $21,909.15 |
| Hudson, Esra A | Manatt | 183.4 | $209,666.70 |
| Kakanas, Debbie | Willkie | 3.5 | $1,785.00 |
| Katze, Samantha | Manatt | 27.1 | $28,292.40 |
| Kim, Jake | Manatt | 18.7 | $11,528.55 |
| Kwong, Jade | Willkie | 0.5 | $149.00 |
| Leach, Brenda | Willkie | 8.8 | $2,428.80 |
| Lee, Colin | Willkie | 1.5 | $2,008.50 |
| Lee, Jung Hyun (Monica) | Willkie | 84.2 | $92,231.70 |
| Lilly, Elise | Willkie | 0.5 | $149.00 |
| Luehr, Paul H. | Manatt | 5.0 | $6,255.00 |
| Moore, Ashley | Willkie | 5.5 | $3,179.00 |
| Moses, Sarah | Manatt | 74.2 | $77,979.60 |
| Munson, Sally | Willkie | 0.7 | $208.60 |
| Nathan, Aaron | Willkie | 79.4 | $127,579.80 |
| Noble, Catherine | Manatt | 0.8 | $734.40 |
| Orlov, Amy | Willkie | 43.7 | $49,334.00 |
| Perkins, Nicholas | Manatt | 7.5 | $7,020.00 |
| Ray, Zola | Willkie | 2.5 | $690.00 |
| Roeser, Stephanie A. | Manatt | 306.0 | $316,701.00 |

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Salem, Kareem | Manatt | 12.6 | $13,551.30 |
| Schur, David T. | Manatt | 3.3 | $3,267.00 |
| Shatz, Benjamin G | Manatt | 0.9 | $1,105.65 |
| Stern, Zachary | Willkie | 28.2 | $15,165.60 |
| Taustine, Melissa | Willkie | 108.1 | $139,638.00 |
| Waldman, Gordon | Willkie | 1.0 | $786.00 |
| | **TOTALS** | **2069.9** | **$2,267,288.75** |

# EXHIBIT 3.B

| Timekeeper Name | Firm | Hours | Amount |
|---|---|---|---|
| Abidor, Pascal | Willkie | 1.9 | 524.40 |
| Adams, Kashia | Willkie | 13.5 | 4,824.50 |
| Adams-Jack, Autumn | Willkie | 56.4 | 62,951.10 |
| Armani, Sareen | Manatt | 5.3 | 5,222.70 |
| Bach, Nathaniel L. | Manatt | 0.5 | 555.75 |
| Biagiotti, Vincent | Willkie | 149.2 | 177,548.00 |
| Braverman, Betty | Willkie | 0.7 | 208.60 |
| Clancy, Jeffrey | Willkie | 0.6 | 1,134.60 |
| Coster, Thomas | Willkie | 3.6 | 993.60 |
| Dale, Juliet | Willkie | 63.2 | 46,879.30 |
| DiMaggio, Lindsay | Manatt | 9.1 | 8,353.80 |
| Dinino, Brent | Manatt | 90.6 | 55,854.90 |
| Drenga, Deanna | Willkie | 53.0 | 60,668.40 |
| Epstein, Alan | Willkie | 1.0 | 1,530.00 |
| Gonzalez, Hector | Manatt | 0.8 | 302.40 |
| Gramajo, Fraylin | Manatt | 48.1 | 29,653.65 |
| Grumer, Carl L | Manatt | 0.4 | 522.00 |
| Herman, Katherine | Manatt | 34.3 | 21,909.15 |
| Kakanas, Debbie | Willkie | 3.5 | 1,785.00 |
| Katze, Samantha | Manatt | 27.1 | 28,292.40 |
| Kim, Jake | Manatt | 18.7 | 11,528.55 |
| Kwong, Jade | Willkie | 0.5 | 149.00 |
| Leach, Brenda | Willkie | 8.8 | 2,428.80 |
| Lee, Colin | Willkie | 1.5 | 2,008.50 |
| Lee, Jung Hyun (Monica) | Willkie | 84.2 | 92,231.70 |
| Lilly, Elise | Willkie | 0.5 | 149.00 |
| Luehr, Paul H. | Manatt | 5.0 | 6,255.00 |
| Moore, Ashley | Willkie | 5.5 | 3,179.00 |
| Munson, Sally | Willkie | 0.7 | 208.60 |
| Noble, Catherine | Manatt | 0.8 | 734.40 |
| Orlov, Amy | Willkie | 43.7 | 49,334.00 |
| Perkins, Nicholas | Manatt | 7.5 | 7,020.00 |
| Ray, Zola | Willkie | 2.5 | 690.00 |
| Salem, Kareem | Manatt | 12.6 | 13,551.30 |
| Schur, David T. | Manatt | 3.3 | 3,267.00 |
| Shatz, Benjamin G | Manatt | 0.9 | 1,105.65 |
| Stern, Zachary | Willkie | 28.2 | 15,165.60 |
| Waldman, Gordon | Willkie | 1.0 | 786.00 |
| **TOTALS** | | **788.7** | **719,506.35** |