# EXHIBIT 5

| Sanctions Motions | | |
| --- | --- | --- |
| **Category** | **Hours** | **Amount** |
| Rule 11 | 478.00 | $529,561.35 |
| 3.6 | 43.60 | $50,587.70 |
| Spoliation | 280.50 | $289,076.40 |
| Miscellaneous Sanctions | 40.50 | $36,626.85 |
| **TOTAL** | **842.60** | **$905,852.30** |

Exhibit 5: Summary

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/10/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Strategy related to Rule 11 letter. |
| 02/11/2025 | Climaco, Katelyn | Manatt | 2.70 | $2,272.05 | Analyze case law addressing Rule 11 sanctions. |
| 02/12/2025 | Perkins, Nicholas | Manatt | 0.10 | $93.60 | Respond to email correspondence from E. Hudson regarding follow-up Rule 11 research. |
| 04/03/2025 | Dinino, Brent | Manatt | 2.30 | $1,417.95 | Identify, evaluate, and summarize relevant case law related to Rule 11 (b)(4). |
| 04/03/2025 | Climaco, Katelyn | Manatt | 0.40 | $336.60 | Evaluate Rule 11 arguments and confer with B. Dinino regarding the same. |
| 04/04/2025 | Dale, Juliet | Willkie | 3.00 | $2,103.00 | research Rule 11 motions samples (1.2); correspond with MAO regarding Rule 11 Motions (.3); research motion to compel authority (1.5). |
| 04/04/2025 | Munson, Sally | Willkie | 0.70 | $208.60 | Research regarding SDNY best practices in filing Rule 11 motions against multiple defendants for Monica Lee. |
| 04/04/2025 | Stern, Zachary | Willkie | 1.50 | $796.50 | Research Rule 11 Sanction Motion requirements in SDNY. |
| 04/04/2025 | Taustine, Melissa | Willkie | 0.70 | $892.50 | Call with K. Bender re: Rule 11 motion (.2); Email to associate team re: Rule 11 research assignments (.2); Reviewing Rule 11 initial research (.3) |
| 04/05/2025 | Bender, Kristin | Willkie | 1.00 | $1,551.00 | attention to Rule 11 drafts (1.0). |
| 04/05/2025 | Taustine, Melissa | Willkie | 12.20 | $15,555.00 | Reviewing research and sample briefs re: Rule 11 sanctions (2.5); Call with K. Bender re: preparing Rule 11 motions and best arguments (.9); Researching, drafting, and revising draft of Rule 11 motion (Nathan draft) (8.8) |
| 04/05/2025 | Connolly, Michaela | Willkie | 0.20 | $267.80 | discussing Rule 11 strategy internally (0.2); |
| 04/06/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.80 | $832.80 | Conduct research re: Rule 11 sanctions. |
| 04/06/2025 | Taustine, Melissa | Willkie | 4.90 | $6,247.50 | Researching and drafting Nathan's Rule 11 motion (4.9); |
| 04/07/2025 | Adams-Jack, Autumn | Willkie | 4.30 | $4,476.30 | Conduct research regarding Rule 11 sanctions (4.3) |
| 04/07/2025 | Lilly, Elise | Willkie | 0.50 | $149.00 | Research re: imposition of Rule 11 sanctions under various scenarios |
| 04/07/2025 | Lee, Jung Hyun (Monica) | Willkie | 6.70 | $6,974.70 | Conduct research re: Rule 11 sanctions. |
| 04/07/2025 | Bender, Kristin | Willkie | 0.10 | $155.10 | attention to Rule 11 status (.1); |
| 04/07/2025 | Taustine, Melissa | Willkie | 0.60 | $765.00 | Corr. with K. Bender and team re: additional research questions re: Rule 11 (.2); Reviewing Rule 11 research (.4); |
| 04/08/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.00 | $3,123.00 | Conduct research re: Rule 11 sanctions. |
| 04/08/2025 | Taustine, Melissa | Willkie | 0.30 | $382.50 | ; reviewing Rule 11 research (.3) |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/08/2025 | Orlov, Amy | Willkie | 0.60 | $675.60 | Internal discussions with K. Bender, A. Nathan, and associate team re: preparing Rule 11 motion and responding to discovery requests. |
| 04/09/2025 | Adams-Jack, Autumn | Willkie | 3.20 | $3,331.20 | research regarding rule 11 sanctions (3.2) |
| 04/09/2025 | Braverman, Betty | Willkie | 0.70 | $208.60 | Further research (SDNY and CA2) re: Rule 11 sanctions (M. Lee). |
| 04/09/2025 | Lee, Jung Hyun (Monica) | Willkie | 7.50 | $7,807.50 | Conduct research re: Rule 11 sanctions research. |
| 04/09/2025 | Bender, Kristin | Willkie | 2.80 | $4,342.80 | Attention to Rule 11 drafts (.4); revised Rule 11 letter drafts (2.2); attention to Rule 11 procedure (.2); |
| 04/09/2025 | Taustine, Melissa | Willkie | 2.60 | $3,315.00 | ; Reviewing research re: Rule 11 motions (.7); Researching and revising Rule 11 motion (1.9) |
| 04/10/2025 | Nathan, Aaron | Willkie | 1.40 | $2,171.40 | Legal research re Rule 11 letters. |
| 04/10/2025 | Adams-Jack, Autumn | Willkie | 1.40 | $1,457.40 | draft rule 11 letter (1.4); |
| 04/10/2025 | Bender, Kristin | Willkie | 1.80 | $2,791.80 | conducted Rule 11 letter research (1.8); |
| 04/10/2025 | Taustine, Melissa | Willkie | 6.60 | $8,415.00 | Corr with MAO re: Rule 11 letter samples (.2);Identifying and reviewing Rule 11 samples (.4); Reviewing, revising, and researching Rule 11 motion (6.0) |
| 04/10/2025 | Connolly, Michaela | Willkie | 0.50 | $669.50 | discussing R11 motions internally (0.5); |
| 04/11/2025 | Nathan, Aaron | Willkie | 0.50 | $775.50 | Attention Rule 11 issues. |
| 04/11/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.30 | $2,394.30 | Conduct research re: Rule 11 defamation cases. |
| 04/11/2025 | Bender, Kristin | Willkie | 3.90 | $6,048.90 | revised Rule 11 letter (3.9); |
| 04/11/2025 | Biagiotti, Vincent | Willkie | 2.70 | $3,213.00 | Research case law re: civil extortion for Rule 11 motion (2.3); Research facts for Rule 11 motion related to Nathan (.4). |
| 04/11/2025 | Connolly, Michaela | Willkie | 0.40 | $535.60 | discussing extension request opp and R11 motion internally (0.4); |
| 04/13/2025 | Biagiotti, Vincent | Willkie | 1.80 | $2,142.00 | Research civil extortion case law in CA for Rule 11 motion. |
| 04/14/2025 | Bender, Kristin | Willkie | 0.20 | $310.20 | addressed filing considerations regarding Rule 11 (.2) |
| 04/14/2025 | Taustine, Melissa | Willkie | 1.60 | $2,040.00 | Reviewing Rule 11 research (.4); Implementing edits to Rule 11 letter; |
| 04/14/2025 | Biagiotti, Vincent | Willkie | 6.20 | $7,378.00 | Summarize Rule 11 research on civil extortion for team (1.5); Review summary of Rule 11 research from M. Lee (1.3); Review and analyze draft of Nathan Rule 11 motion (1.4); Research facts for Sarowitz Rule 11 motion (2.0). |
| 04/14/2025 | Gottlieb, Michael | Willkie | 0.30 | $599.40 | attention to R11 letters, emails re same (0.3); |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/15/2025 | Orlov, Amy | Willkie | 0.30 | $337.80 | Internal discussions with K. Bender and full associate team re: drafting Rule 11 letters |
| 04/15/2025 | Bender, Kristin | Willkie | 0.40 | $620.40 | addressed Rule 11 edits and explanation, circulating (.3); coordinated circulation of case in connection with Rule 11 (.1) |
| 04/15/2025 | Biagiotti, Vincent | Willkie | 6.10 | $7,259.00 | Research facts for Abel Rule 11 motion (1.5); Research facts for IEWU Rule 11 motion (2.2); Research facts for Sarowitz Rule 11 motion (2.4) |
| 04/15/2025 | Bruno, Matthew | Manatt | 2.50 | $2,520.00 | Review draft Rule 11 letter and supporting case law in support of sanctions. |
| 04/15/2025 | Taustine, Melissa | Willkie | 1.00 | $1,275.00 | Implementing edits to R. 11 letter and drafting email to Manatt (.3); Working with team to identify cites for R. 11 motions (.7); |
| 04/15/2025 | Gottlieb, Michael | Willkie | 1.00 | $1,998.00 | review/revise R11 template letter, confer with legal team re same (1.0); |
| 04/16/2025 | Lee, Jung Hyun (Monica) | Willkie | 1.70 | $1,769.70 | Conduct research re: service of Rule 11 sanctions and letters. |
| 04/16/2025 | Taustine, Melissa | Willkie | 0.50 | $637.50 | Reviewing Rule 11 research (.5); |
| 04/16/2025 | Biagiotti, Vincent | Willkie | 3.20 | $3,808.00 | Review and analyze Wayfarer Complaints for use in Rule 11 citations for Sarowitz (1.7); Review research on Rule 11 motion from M. Lee (1.5) |
| 04/16/2025 | Roeser, Stephanie, A. | Manatt | 0.70 | $718.20 | Strategy related to Rule 11 notices. |
| 04/17/2025 | Taustine, Melissa | Willkie | 6.30 | $8,032.50 | Drafting and revising Rule 11 motions, including revising template, drafting iterations for each plaintiff, research for plaintiff-specific arguments, and coordinating preparation of accompanying motions (6.3); |
| 04/17/2025 | Biagiotti, Vincent | Willkie | 2.60 | $3,094.00 | Draft Notice of Rule 11 Motions for Sarowitz (.5); Draft Notice of Rule 11 Motions for Heath (.6); Draft Notice of Rule 11 Motions for IEWU (.5); Draft Notice of Rule 11 Motions for Nathan (.5); Draft Notice of Rule 11 Motions for Abel (.5) |
| 04/17/2025 | Roeser, Stephanie, A. | Manatt | 1.20 | $1,231.20 | Strategy related to B. Lively Rule 11 notices. |
| 04/17/2025 | Gottlieb, Michael | Willkie | 0.50 | $999.00 | Attention to R.11 letters |
| 04/18/2025 | Orlov, Amy | Willkie | 0.30 | $337.80 | Internal discussions with K. Bender and full associate team re: finalizing Rule 11 letters and interrogatory responses. |
| 04/18/2025 | Dale, Juliet | Willkie | 0.20 | $140.20 | correspond with team re Rule 11 letters (.2); |
| 04/18/2025 | Lee, Jung Hyun (Monica) | Willkie | 5.20 | $5,413.20 | Revise Rule 11 letters. |
| 04/18/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.60 | $3,747.60 | Conduct research re: cases to cite in Rule 11 letters. |
| 04/18/2025 | Adams, Kashia | Willkie | 3.00 | $1,059.00 | Bluebooked Rule 11 letters |

4

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/18/2025 | Bender, Kristin | Willkie | 2.20 | $3,412.20 | Attention to Rule 11 briefing and edits (2.2); |
| 04/18/2025 | Biagiotti, Vincent | Willkie | 10.50 | $12,495.00 | Revise Nathan Rule 11 motion (2.3); Revise Sarowitz Rule 11 Motion (2.5); Revise Heath Rule 11 Motion (1.4); Revise IEWU Rule 11 Motion (1.0); Revise Wayfarer Rule 11 Motion (1.5); Revise Abel Rule 11 Motion (1.0); Confer with M. Taustine re: Rule 11 workstreams (.8). |
| 04/18/2025 | Stern, Zachary | Willkie | 0.20 | $106.20 | Correspond with case team re: cite-checking and proofing Rule 11 Motion Letters. |
| 04/18/2025 | Stern, Zachary | Willkie | 1.20 | $637.20 | Cite-check Rule 11 Motion Letters to be sent to opposing counsel. |
| 04/18/2025 | Stern, Zachary | Willkie | 0.20 | $106.20 | Proofread Rule 11 Motion Letters to be sent to opposing counsel. |
| 04/18/2025 | Taustine, Melissa | Willkie | 7.70 | $9,817.50 | Team call (.3); Call with WFG and Manatt re: interrogatory responses and Rule 11 motions ( .7); Drafting, revising, and overseeing cite/proofing checks to Rule 11 letters and motions (6.7); |
| 04/18/2025 | Roeser, Stephanie, A. | Manatt | 0.90 | $923.40 | Strategy related to Rule 11 motions. |
| 04/21/2025 | Orlov, Amy | Willkie | 3.60 | $4,053.60 | Finalize and send Rule 11 letters to opposing counsel. |
| 04/21/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.10 | $104.10 | Review correspondence re: Rule 11 letters. |
| 04/21/2025 | Biagiotti, Vincent | Willkie | 0.90 | $1,071.00 | Correspond and confer with team re: revisions to Rule 11 letter (.9) |
| 04/21/2025 | Taustine, Melissa | Willkie | 2.80 | $3,570.00 | Final reads and revisions to Rule 11 letters/motions (2.8) |
| 04/21/2025 | Dinino, Brent | Manatt | 3.10 | $1,911.15 | Identify each citation to case law contained in the Rule 11 Letters and evaluate the accuracy or applicability of each. |
| 04/21/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Review and revise Lively Rule 11 letter; strategize regarding same and regarding additional Rule 11 letters. |
| 04/21/2025 | Roeser, Stephanie, A. | Manatt | 0.30 | $307.80 | Various correspondence regarding discovery, ESI stipulatiaion, and Rule 11 notices. |
| 04/21/2025 | Bruno, Matthew | Manatt | 2.60 | $2,620.80 | Review, edit and revise draft B.L. Rule 11 motion; review draft deficiency letter and discuss same with counsel. |
| 04/21/2025 | Bruno, Matthew | Manatt | 0.40 | $403.20 | Team strategy call discussing ESI protocol and Rule 11 letters. |
| 04/21/2025 | Gottlieb, Michael | Willkie | 0.40 | $799.20 | Attention to BL R11 letters, emails re same (0.4) |
| 04/22/2025 | Orlov, Amy | Willkie | 1.50 | $1,689.00 | Edit and revise Rule 11 letters to add false light claim. |
| 04/22/2025 | Adams, Kashia | Willkie | 1.50 | $529.50 | Updated BL-Rule 11 letters and notice of motion for sanctions |
| 04/22/2025 | Bender, Kristin | Willkie | 2.30 | $3,567.30 | attention to Rule 11 letters (2.3); |

5

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/22/2025 | Governski, Meryl | Willkie | 0.20 | $310.20 | review Rule 11 motion (.2); |
| 04/22/2025 | Biagiotti, Vincent | Willkie | 1.00 | $1,190.00 | Revise Rule 11 motions (1.0); |
| 04/22/2025 | Gottlieb, Michael | Willkie | 1.10 | $2,197.80 | review/revise/finalize Rule 11 letters to each Wayfarer party, send, and confer with legal team re same for BL (1.1) |
| 04/22/2025 | Taustine, Melissa | Willkie | 3.20 | $4,080.00 | Drafting/revising BL Rule 11 letters, including drafting IEWU and Wayfarer letter and revising remaining letters (3.2) |
| 04/22/2025 | Dinino, Brent | Manatt | 1.00 | $616.50 | Conduct research related to Rule 11 Letters. |
| 04/22/2025 | Dinino, Brent | Manatt | 0.70 | $431.55 | Review and assess Rule 11 Letters. |
| 04/22/2025 | Hudson, Esra A | Manatt | 0.90 | $1,044.90 | Review and revise additional Lively Rule 11 letters. |
| 04/22/2025 | Roeser, Stephanie, A. | Manatt | 1.50 | $1,539.00 | Revise B. Lively Rule 11 notices; strategy related to the same. |
| 04/22/2025 | Bruno, Matthew | Manatt | 4.70 | $4,737.60 | Review, edit and revise draft B.L. Rule 11 letters to plaintiffs and accompanying motion papers. |
| 04/23/2025 | Adams, Kashia | Willkie | 1.50 | $529.50 | Prepared and mailed BL-Rule 11 Letters |
| 04/23/2025 | Bender, Kristin | Willkie | 1.20 | $1,861.20 | ; reviewed and circulated comments on Rule 11 letters (1.2). |
| 04/23/2025 | Taustine, Melissa | Willkie | 0.80 | $1,020.00 | Final review of BL Rule 11 motions (.4); coordinating mailing of Rule 11 letters/motions (.4) |
| 04/23/2025 | Dinino, Brent | Manatt | 2.70 | $1,664.55 | Conduct final proofread and incorporate comments by M. Bruno and S. Roeser on Rule 11 Letters and notices of motion. |
| 04/23/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Finalize Lively Rule 11 letters and send same to opposing counsel. |
| 04/23/2025 | Roeser, Stephanie, A. | Manatt | 0.90 | $923.40 | Finalize B. Lively Rule 11 letters. |
| 04/23/2025 | Bruno, Matthew | Manatt | 1.70 | $1,713.60 | Review, edit and finalize B.L. Rule 11 letters and accompanying motion. |
| 04/23/2025 | Bruno, Matthew | Manatt | 0.80 | $806.40 | Attend team strategy call, discussing Rule 11 letters and third party discovery. |
| 04/23/2025 | Gottlieb, Michael | Willkie | 0.30 | $599.40 | ; attention to R11 letters, edits, emails re same (0.3) |
| 04/23/2025 | Connolly, Michaela | Willkie | 0.40 | $535.60 | discussing R11 and defense review with M. Taustine (0.4); |
| 04/24/2025 | Adams, Kashia | Willkie | 0.50 | $176.50 | Scanned and labeled mailing receipts from BL Rule 11 letters |
| 04/24/2025 | Connolly, Michaela | Willkie | 0.40 | $535.60 | reviewing R11 letter (0.4); |
| 04/25/2025 | Taustine, Melissa | Willkie | 0.20 | $255.00 | ; Email to A. Nathan re: Rule 11 brief (.2); |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/25/2025 | Bruno, Matthew | Manatt | 1.00 | $1,008.00 | Strategy call discussing Rule 11, anticipated discovery motions and next steps. |
| 04/29/2025 | Nathan, Aaron | Willkie | 0.30 | $465.30 | Telecon with M. Taustine re Rule 11 briefing. |
| 04/29/2025 | Taustine, Melissa | Willkie | 0.30 | $382.50 | Call with A. Nathan re: Rule 11 brief (.3); |
| 04/30/2025 | Gottlieb, Michael | Willkie | 0.50 | $999.00 | R11 |
| 05/01/2025 | Nathan, Aaron | Willkie | 0.90 | $1,395.90 | Telecon with M. Bruno, S. Roeser, M. Taustine, re Rule 11 motions. |
| 05/01/2025 | Taustine, Melissa | Willkie | 0.50 | $637.50 | Call with WFG and Manatt re: Rule 11 brief (.5) |
| 05/01/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Attention to correspondence re: Rule 11 Letters. |
| 05/01/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Strategy related to Rule 11 motions against Wayfarer Parties. |
| 05/01/2025 | Bruno, Matthew | Manatt | 0.40 | $403.20 | Strategy call with WFG regarding forthcoming Lively Rule 11 motion. |
| 05/06/2025 | Taustine, Melissa | Willkie | 7.70 | $9,817.50 | Drafting and revising Rule 11 brief (7.7) |
| 05/09/2025 | Nathan, Aaron | Willkie | 0.10 | $155.10 | Call with M. Taustine re Rule 11 motion. |
| 05/11/2025 | Taustine, Melissa | Willkie | 5.40 | $6,885.00 | Researching and revising Rule 11 brief (5.4) |
| 05/12/2025 | Nathan, Aaron | Willkie | 1.40 | $2,171.40 | Revise Rule 11 motion. |
| 05/12/2025 | Taustine, Melissa | Willkie | 3.10 | $3,952.50 | Researching and revising Rule 11 brief (3.1); |
| 05/12/2025 | Biagiotti, Vincent | Willkie | 3.00 | $3,570.00 | Research re Rule 11 sanctions issues |
| 05/12/2025 | Stern, Zachary | Willkie | 1.00 | $531.00 | Legal research for Rule 11 Motions. |
| 05/13/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and strategize regarding Wayfarer response to Rule 11 letters. |
| 05/14/2025 | Adams-Jack, Autumn | Willkie | 1.00 | $1,041.00 | draft rule 11 notice/declaration (1.0); |
| 05/14/2025 | Lee, Jung Hyun (Monica) | Willkie | 6.70 | $6,974.70 | Conduct research ISO Rule 11 motion. |
| 05/14/2025 | Taustine, Melissa | Willkie | 6.70 | $8,542.50 | Revising Rule 11 brief per K. Bender edits/comments (1.9); Revising Rule 11 brief per M. Governski comments (2.6); Additional research for Rule 11 re: sanctions imposed for group pleading (2.2); |
| 05/14/2025 | Biagiotti, Vincent | Willkie | 4.60 | $5,474.00 | Confer with M. Taustine and M. Lee re: Rule 11 workstreams (.6); Research precedent for Rule 11 Notice of Motion and Declaration (1.5); Research filings made with Rule 11 Motion (1.0); Research group pleading standard with respect to Rule 11 motions (1.5). |
| 05/14/2025 | Dinino, Brent | Manatt | 2.10 | $1,294.65 | Research Ninth Circuit caselaw for Rule 11 motion. |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/14/2025 | Gramajo, Fraylin | Manatt | 6.20 | $3,822.30 | Conduct legal research to find supporting case law on Rule 11 motions. |
| 05/14/2025 | Climaco, Katelyn | Manatt | 0.60 | $504.90 | Confer with B. Dinino and F. Gramajo regarding Rule 11 motions. |
| 05/14/2025 | Bruno, Matthew | Manatt | 2.70 | $2,721.60 | Draft Lively brief in support of Rule 11 sanctions. |
| 05/15/2025 | Adams-Jack, Autumn | Willkie | 1.60 | $1,665.60 | analyze/review motion for rule 11 sanctions (1.6) |
| 05/15/2025 | Drenga, Deanna | Willkie | 1.30 | $1,353.30 | Research re Rule 11 discovery (1.10); drafting analysis re same (.20). |
| 05/15/2025 | Dale, Juliet | Willkie | 2.10 | $1,472.10 | cite check Rule 11 Motion (2.1). |
| 05/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 1.00 | $1,041.00 | Conduct research re: Rule 11 sanctions for group pleadings. |
| 05/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.60 | $3,747.60 | Revise Rule 11 motion for filing. |
| 05/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.60 | $624.60 | Conduct research ISO Rule 11 motion. |
| 05/15/2025 | Adams, Kashia | Willkie | 2.00 | $706.00 | Bluebooked Memo ISO Rule 11 Motion; Assisted with compiling Rule 11 Certified Mailing confirmation |
| 05/15/2025 | Bender, Kristin | Willkie | 1.90 | $2,946.90 | Addressed Rule 11 edits, circulating (1.6); researched Rule 11 discovery issues, circulating (.3); |
| 05/15/2025 | Taustine, Melissa | Willkie | 1.90 | $2,422.50 | Revising Rule 11 brief (1.3); Coordinating and overseeing cite check, proofing, and bluebooking of Rule 11 papers (.6); |
| 05/15/2025 | Governski, Meryl | Willkie | 2.30 | $3,567.30 | Draft Rule 11 letter re affidavits |
| 05/15/2025 | Biagiotti, Vincent | Willkie | 6.10 | $7,259.00 | Revise Rule 11 Declaration to reflect edits from M. Taustine (.6); Cite check section of Rule 11 motion (2.5); Review and revise Rule 11 cite check edits from junior associate team (.5); Research additional citations for Rule 11 motion (2.5). |
| 05/15/2025 | Hudson, Esra A | Manatt | 1.50 | $1,741.50 | Review and revise Lively Rule 11 motion. |
| 05/15/2025 | Roeser, Stephanie, A. | Manatt | 3.60 | $3,693.60 | Revise B. Lively Rule 11 motion. |
| 05/15/2025 | Bruno, Matthew | Manatt | 2.30 | $2,318.40 | Finalize draft Lively Rule 11 motion. |
| 05/16/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.70 | $3,851.70 | Conduct research ISO Rule 11 letter. |
| 05/16/2025 | Lee, Jung Hyun (Monica) | Willkie | 1.00 | $1,041.00 | Revise Rule 11 motion. |
| 05/16/2025 | Bender, Kristin | Willkie | 1.60 | $2,481.60 | attention to finalizing Rule 11 draft, conducting final read, providing edits, and coordinating with co-counsel regarding same (1.6). |
| 05/16/2025 | Taustine, Melissa | Willkie | 6.60 | $8,415.00 | Revising and finalizing Rule 11 motion and ancillary filings |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/16/2025 | Biagiotti, Vincent | Willkie | 3.40 | $4,046.00 | Revise Rule 11 Declaration (.8); Research additional citation for Rule 11 motion to reflect edits from M. Governski (1.6); Perform close read of revised Rule 11 motion (1.0): |
| 05/16/2025 | Gottlieb, Michael | Willkie | 1.40 | $2,797.20 | attention to Rule 11 fillings, timing, statements, confer with legal team and clients re same (1.4). |
| 05/16/2025 | Governski, Meryl | Willkie | 1.00 | $1,551.00 | draft Rule 11 letter re affidavit (1). |
| 05/16/2025 | Adams, Kashia | Willkie | 0.90 | $317.70 | Inserted TOA and TOC into Memo ISO Rule 11 Motion; prepared exhibits for filing |
| 05/16/2025 | Dinino, Brent | Manatt | 3.90 | $2,404.35 | Evaluate and revise case and factual citations in Lively's Rule 11 Motion. |
| 05/16/2025 | Gramajo, Fraylin | Manatt | 3.30 | $2,034.45 | Conduct thorough cite check on Lively's Rule 11 motion. |
| 05/16/2025 | Climaco, Katelyn | Manatt | 0.40 | $336.60 | Confer with B. Dinino and F. Gramajo regarding legal standard for Rule 11 sanctions. |
| 05/16/2025 | Hudson, Esra A | Manatt | 2.40 | $2,786.40 | Further review and revise Lively Rule 11 motion and accompanying documents. |
| 05/16/2025 | Roeser, Stephanie, A. | Manatt | 0.30 | $307.80 | Various correspondence related to Rule 11 motions. |
| 05/16/2025 | Roeser, Stephanie, A. | Manatt | 0.70 | $718.20 | Strategy related to motions to Rule 11 motions and party discovery. |
| 05/16/2025 | Roeser, Stephanie, A. | Manatt | 0.30 | $307.80 | Further revise B. Lively Rule 11 motion. |
| 05/16/2025 | Bruno, Matthew | Manatt | 2.80 | $2,822.40 | Review, edit and revise draft Lively motion in support of Rule 11 sanctions. |
| 05/18/2025 | Roeser, Stephanie, A. | Manatt | 1.10 | $1,128.60 | Revise Lively Rule 11 motion. |
| 05/18/2025 | Gottlieb, Michael | Willkie | 0.40 | $799.20 | Emails/calls re R11 filings, timing. |
| 05/19/2025 | Bender, Kristin | Willkie | 3.20 | $4,963.20 | Attention to filing timing as to Lively Rule 11 filing (.3); revised Rule 11 filing, circulating (2.2); addressed comments to Rule 11 draft (.5); conferred regarding next steps as to same (.2). |
| 05/19/2025 | Taustine, Melissa | Willkie | 4.30 | $5,482.50 | Final proofread and finalizing Rule 11 motion (.6); Calls with K. Bender and M. Connolly re: adding defamation claim to Rule 11 motion, and workstreams for this week (.5); Reviewing and filling in cites to Rule 11 brief (1.7); Cite checking new sections of Rule 11 brief (1.5); |
| 05/19/2025 | Governski, Meryl | Willkie | 1.60 | $2,481.60 | Finalize first draft of Rule 11 letter on affidavit (1); discuss Rule 11 strategy (.6). |
| 05/19/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Finalize Lively Rule 11 for filing and strategize regarding legal issues related to messaging regarding same. |
| 05/19/2025 | Roeser, Stephanie, A. | Manatt | 0.30 | $307.80 | Various correspondence regarding Rule 11 motions. |

9

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/19/2025 | Bruno, Matthew | Manatt | 2.30 | $2,318.40 | Edit and finalize Lively Rule 11 motion and accompanying papers and exhibits. |
| 05/20/2025 | Adams, Kashia | Willkie | 1.00 | $353.00 | Inserted TOA into Rule 11 Motion, assisted with filing Rule 11 Motion |
| 05/20/2025 | Taustine, Melissa | Willkie | 1.20 | $1,530.00 | Filing, and circulating, of Rule 11 motion (.8); Emails with team re: Rule 11 countermotion (.4); |
| 05/20/2025 | Governski, Meryl | Willkie | 1.60 | $2,481.60 | Attend to Rule 11 letter (1.6). |
| 05/20/2025 | Biagiotti, Vincent | Willkie | 2.60 | $3,094.00 | Complete cite check of sections of Rule 11 motion (1.1); Review Lively Rule 11 motion from co-counsel (1.5). |
| 05/20/2025 | Bender, Kristin | Willkie | 1.30 | $2,016.30 | Reviewed and finalized Rule 11 filings, circulating copies regarding same (1.3) |
| 05/20/2025 | Roeser, Stephanie, A. | Manatt | 0.40 | $410.40 | Various correspondence regarding discovery and Rule 11 motions. |
| 05/20/2025 | Bruno, Matthew | Manatt | 1.20 | $1,209.60 | Review, edit, and revise renewed Lively Rule 11 letter regarding attorney statements. |
| 05/20/2025 | Gottlieb, Michael | Willkie | 1.00 | $1,998.00 | attention to R11 letter to Liner, emails re same (0.4); review/revise final sanctions motion, emails re same (0.6). |
| 05/27/2025 | Taustine, Melissa | Willkie | 0.70 | $892.50 | team re: research questions for Rule 11 reply brief (.7); |
| 05/27/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Attention to Wayfarer Response to Rule 11 Letters. |
| 05/28/2025 | Stern, Zachary | Willkie | 0.30 | $159.30 | Attention to call re: Rule 11 Motion Reply Brief research. |
| 05/29/2025 | Dale, Juliet | Willkie | 4.10 | $2,874.10 | research re Rule 11 replies (4.1) |
| 05/29/2025 | Stern, Zachary | Willkie | 2.60 | $1,380.60 | Research for Rule 11 Reply Brief. |
| 05/30/2025 | Dale, Juliet | Willkie | 3.80 | $2,663.80 | Research for Rule 11 replies (3.8) |
| 05/30/2025 | Stern, Zachary | Willkie | 2.80 | $1,486.80 | Research for Rule 11 Reply Brief. |
| 05/30/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Strategy related to Rule 11 motions. |
| 06/01/2025 | Taustine, Melissa | Willkie | 1.80 | $2,295.00 | Review Rule 11 research (1.2); Preparing Rule 11 reply shell (.6); |
| 06/02/2025 | Dale, Juliet | Willkie | 2.70 | $1,892.70 | Conduct Rule 11 reply research (2.7) |
| 06/02/2025 | Lee, Jung Hyun (Monica) | Willkie | 1.70 | $1,769.70 | Conduct research re: Rule 11. |
| 06/02/2025 | Bender, Kristin | Willkie | 0.20 | $310.20 | reviewed Rule 11 opposition (.2). |
| 06/02/2025 | Taustine, Melissa | Willkie | 1.10 | $1,402.50 | Attn. to opposition to Rule 11 (.5); Assigning and reviewing research re: Rule 11 (.6); |
| 06/02/2025 | Biagiotti, Vincent | Willkie | 1.80 | $2,142.00 | Research case law re: where Rule 11 sanctions were imposed (1.8) |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 06/02/2025 | Stern, Zachary | Willkie | 0.60 | $420.60 | Attention to Rule 11 Reply Brief research. |
| 06/02/2025 | Roeser, Stephanie, A. | Manatt | 0.70 | $718.20 | Review Wayfarer opposition to Rule 11 Lively motion; strategy related to the same. |
| 06/02/2025 | Herman, Katherine | Manatt | 1.90 | $1,171.35 | Conduct legal research on out of court statements as evidence for Rule 11 sanctions. |
| 06/02/2025 | Bruno, Matthew | Manatt | 0.50 | $504.00 | Review and assess Wayfarer Parties' draft opposition to Lively Rule 11 motion. |
| 06/02/2025 | Hudson, Esra A | Manatt | 0.70 | $812.70 | Review and analyze opposition to Lively Rule 11 motion. |
| 06/03/2025 | Dale, Juliet | Willkie | 3.50 | $2,453.50 | Conduct Rule 11 reply research (2); conduct additional Rule 11 reply research regarding failure to withdraw frivolous claims (1.5) |
| 06/03/2025 | Biagiotti, Vincent | Willkie | 2.50 | $2,975.00 | Research case law re: interplay between Rule 11 and 12(b)(6) (2.5) |
| 06/03/2025 | Taustine, Melissa | Willkie | 2.00 | $2,550.00 | Reviewing Rule 11 research (.8); Strategizing drafting and outlining arguments for Rule 11 replies, including call with K. Bender and M. Bruno re: same (1.2) |
| 06/03/2025 | Stern, Zachary | Willkie | 0.10 | $70.10 | Attention to Rule 11 Reply Brief research. |
| 06/03/2025 | Herman, Katherine | Manatt | 2.50 | $1,541.25 | Conduct legal research on evidence for Rule 11 sanctions. |
| 06/03/2025 | Herman, Katherine | Manatt | 1.50 | $924.75 | Conduct legal research on Rule 11 procedure. |
| 06/03/2025 | Herman, Katherine | Manatt | 3.50 | $2,157.75 | Conduct legal research and write up findings on Rule 11. |
| 06/03/2025 | Bruno, Matthew | Manatt | 5.60 | $5,644.80 | Draft reply brief in further support of Rule 11 sanctions. |
| 06/04/2025 | Nathan, Aaron | Willkie | 1.00 | $1,551.00 | Revise reply in support of Rule 11 motions. |
| 06/04/2025 | Dale, Juliet | Willkie | 0.80 | $560.80 | ; Research cite for Rule 11 reply (.8) |
| 06/04/2025 | Taustine, Melissa | Willkie | 2.70 | $3,442.50 | Drafting Lively Rule 11 reply |
| 06/04/2025 | Herman, Katherine | Manatt | 0.80 | $493.20 | Conduct legal research on Rule 11 conduct. |
| 06/04/2025 | Bruno, Matthew | Manatt | 1.50 | $1,512.00 | Review, edit, and revise draft Lively reply brief in further support of Rule 11 Sanctions. |
| 06/04/2025 | Hudson, Esra A | Manatt | 2.40 | $2,786.40 | Review and revise reply in support of Lively Rule 11 motion and strategize regarding same. |
| 06/05/2025 | Nathan, Aaron | Willkie | 0.20 | $310.20 | Call with M. Bruno re Rule 11 reply briefs. |
| 06/05/2025 | Nathan, Aaron | Willkie | 2.00 | $3,102.00 | revise reply brief in support of BL rule 11 motion (2.0) |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 06/05/2025 | Drenga, Deanna | Willkie | 0.50 | $520.50 | Research re public information for use in Rule 11. |
| 06/06/2025 | Nathan, Aaron | Willkie | 0.30 | $465.30 | Revise BL Rule 11 reply brief. |
| 06/06/2025 | Bruno, Matthew | Manatt | 1.40 | $1,411.20 | Review, edit and revise draft Lively reply brief in further support of Rule 11 sanctions. |
| 06/06/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Further review, revise and strategize regarding Lively reply in support of Rule 11 motion. |
| 06/06/2025 | Gottlieb, Michael | Willkie | 0.60 | $1,198.80 | Review/revise R11 reply brief for BL |
| 06/08/2025 | Nathan, Aaron | Willkie | 1.50 | $2,326.50 | Revise BL Rule 11 reply brief (1.5) |
| 06/08/2025 | Lee, Jung Hyun (Monica) | Willkie | 1.30 | $1,353.30 | Conduct research re: Rule 11. |
| 06/08/2025 | Taustine, Melissa | Willkie | 1.50 | $1,912.50 | Reviewing and revising Lively Rule 11 brief (.9); Assigning and reviewing research re: duty to investigate under Rule 11 (.6) |
| 06/08/2025 | Biagiotti, Vincent | Willkie | 3.10 | $3,689.00 | Research case law re: Rule 11's duty to investigate and summarize for team (3.1). |
| 06/08/2025 | Roeser, Stephanie, A. | Manatt | 1.20 | $1,231.20 | Strategy related to various motions to compel and Rule 11 motions. |
| 06/08/2025 | Gottlieb, Michael | Willkie | 0.50 | $999.00 | Emails re R11 reply brief. |
| 06/09/2025 | Dale, Juliet | Willkie | 0.90 | $630.90 | prepare for Rule 11 reply (.9) |
| 06/09/2025 | Bender, Kristin | Willkie | 0.10 | $155.10 | attention to Rule 11 (.1). |
| 06/09/2025 | Taustine, Melissa | Willkie | 0.40 | $510.00 | Reviewing Lively Rule 11 brief (.4) |
| 06/09/2025 | Bruno, Matthew | Manatt | 1.40 | $1,411.20 | Review, edit and finalize draft Lively reply brief in further support of Rule 11 sanctions. |
| 06/09/2025 | Dinino, Brent | Manatt | 1.40 | $863.10 | Cite check of Reply brief IFSO Rule 11 motion by Lively. |
| 06/09/2025 | Dinino, Brent | Manatt | 0.30 | $184.95 | Revise table of contents and table of authorities for Lively's Reply brief IFSO Rule 11 motion. |
| 06/10/2025 | Dale, Juliet | Willkie | 3.50 | $2,453.50 | Research case law for Rule 11 reply (1.7) ; cite check Rule 11 reply (1.6); prepare Rule 11 reply for filing (.2) |
| 06/10/2025 | Adams, Kashia | Willkie | 1.00 | $353.00 | Bluebooked and assisted with filing Rule 11 Motion for Sanctions |
| 06/10/2025 | Taustine, Melissa | Willkie | 1.20 | $1,530.00 | Revising, finalizing, and filing Rule 11 reply brief (1.2) |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 06/10/2025 | Biagiotti, Vincent | Willkie | 2.00 | $2,380.00 | Cite check Rule 11 reply (1.0); Review and input edits from proofreading and paralegal team (1.0) |
| 06/10/2025 | Gottlieb, Michael | Willkie | 0.70 | $1,398.60 | attention to R11 reply brief, edits to same (0.7) |
| 06/11/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Strategize regarding "pre-Rule 11" letter. |
| 06/12/2025 | Connolly, Michaela | Willkie | 0.30 | $401.70 | strategy call re Rule 11 letter |
| 06/12/2025 | Gottlieb, Michael | Willkie | 0.30 | $599.40 | attention to R11 letter, emails re same (0.3); |
| 06/16/2025 | Bender, Kristin | Willkie | 0.40 | $620.40 | reviewed Rule 11 anticipatory letter re claims, circulating with edits (.4) |
| 06/16/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Revise Rule 11 letter. |
| 06/16/2025 | Connolly, Michaela | Willkie | 0.30 | $401.70 | reviewing R11 letter re amended complaint (0.3) |
| 06/17/2025 | Gottlieb, Michael | Willkie | 0.30 | $599.40 | attention to R11 letter draft (0.3). |
| 06/18/2025 | Taustine, Melissa | Willkie | 0.40 | $510.00 | Overseeing cite check and proofing of Rule 11 letter (.4); |
| 06/19/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Finalize "pre-Rule 11" letter regarding amended complaint. |
| 10/31/2025 | Nathan, Aaron | Willkie | 0.50 | $882.00 | revise letter re Rule 11 update (.5) |
| 11/02/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and revise Rule 11 sanctions supplement; review Rule 3.6 supplement and strategize regarding same. |
| 11/03/2025 | Orlov, Amy | Willkie | 0.60 | $803.40 | Cite check and finalize letter to supplement Rule 11 Motions. |
| 11/03/2025 | Taustine, Melissa | Willkie | 0.30 | $446.40 | Revising Rule 11 supplemental letter (.3); |
| 11/04/2025 | Taustine, Melissa | Willkie | 0.30 | $446.40 | Revising Rule 11 letter (.3); |
| 11/05/2025 | Taustine, Melissa | Willkie | 1.40 | $2,083.20 | Reviewing redactions and finalizing Rule 11 letter and accompanying filings (1.4) |
| 11/06/2025 | Taustine, Melissa | Willkie | 0.90 | $1,339.20 | Revising Rule 11 letter, and emails re: same (.9); |
| 11/07/2025 | Taustine, Melissa | Willkie | 0.50 | $744.00 | Revising Rule 11 letter (.5) |
| 11/14/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.90 | $3,636.60 | Revise and file Rule 11 letter supplementing motion and ancillary documents. |
| 11/14/2025 | Adams, Kashia | Willkie | 1.00 | $412.00 | Assist with preparing Rule 11 letter and exhibits for filing |
| 11/14/2025 | Taustine, Melissa | Willkie | 1.80 | $2,678.40 | Finalizing and overseeing review of Rule 11 letter (1.8); |
| 11/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.20 | $250.80 | Attention to Rule 11 letter supplement filing. |
| 11/18/2025 | Taustine, Melissa | Willkie | 0.60 | $892.80 | Reviewing opposition to Rule 11 letter (.6) |
| 11/19/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.60 | $4,514.40 | Draft letter-motion to seal re: Rule 11 supplement letter opposition. |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 11/19/2025 | Taustine, Melissa | Willkie | 0.30 | $446.40 | Call with M. Lee re: drafting motion to seal re: Rule 11 supplemental letter (.3); |
| 11/19/2025 | Taustine, Melissa | Willkie | 0.60 | $892.80 | Reviewing Wayfarer opposition to Rule 11 supplemental letter and Emails re: same (.6); |
| 11/20/2025 | Taustine, Melissa | Willkie | 0.40 | $595.20 | Reviewing Court orders and filings re: responding to supplemental Rule 11 letters, (.4); |
| 11/22/2025 | Bruno, Matthew | Manatt | 2.00 | $2,016.00 | Review documents filed under seal in relation to spoliation opposition and Rule 11 supplement submission. |
| 12/09/2025 | Nathan, Aaron | Willkie | 1.50 | $2,646.00 | draft reply in further support of Rule 11 supplement (1.5). |
| 12/10/2025 | Nathan, Aaron | Willkie | 2.30 | $4,057.20 | Draft reply in further support of Rule 11 supplement. |
| 12/11/2025 | Nathan, Aaron | Willkie | 1.20 | $2,116.80 | Revise/finalize draft reply in further support of Rule 11 letter. |
| 12/11/2025 | Waldman, Gordon | Willkie | 1.00 | $786.00 | Cite check and proof Rule 11 reply |
| 12/11/2025 | Taustine, Melissa | Willkie | 1.40 | $2,083.20 | Reviewing, proofreading, finalizing and filing Rule 11 letter (1.4) |
| 12/11/2025 | Stern, Zachary | Willkie | 0.20 | $195.60 | Proof and cite-check Rule 11 Reply letter. |
| 12/11/2025 | Bruno, Matthew | Manatt | 1.50 | $1,512.00 | Review, edit and revise reply letter brief in further support of Rule 11 sanctions. |
| 12/11/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Review and revise Rule 11 supplemental letter. |
| 12/15/2025 | Dale, Juliet | Willkie | 1.00 | $978.00 | Add Rule 11 exhibits to excel sheet for sealing motion. |
| 03/27/2026 | Hudson, Esra A | Manatt | 1.00 | $1,287.00 | Review and strategize regarding court's ruling on Rule 11, various third party motions to quash, Sloane motion for attorneys fees. |
| 03/27/2026 | Climaco, Katelyn | Manatt | 0.30 | $305.10 | Review decision on Rule 11 motion. |
| 05/31/2026 | Zeiger, Sarah | Manatt | 2.00 | $1,368.00 | Review and analyze fee entries in billing entries; conduct targeted keyword searches (e.g., Rule 11, Rule 3.6, spoliation, sanctions) to identify recoverable work; categorize and highlight relevant entries and prepare annotated chart for team review. |
| 05/31/2026 | Zeiger, Sarah | Manatt | 2.30 | $1,573.20 | Review and analyze fee entries in billing entries; conduct targeted keyword searches (e.g., Rule 11, Rule 3.6, spoliation, sanctions) to identify recoverable work; categorize and highlight relevant entries and prepare annotated chart for team review. |
| | **TOTALS** | | **478.00** | **$529,561.35** | |

Exhibit 5.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/21/2025 | Adams, Kashia | Willkie | 2.60 | $917.80 | Assisted with filing letter re adopting 3.6/extrajudicial statements |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 2.10 | $2,154.60 | Review and revise letter to court regarding Rule 3.6 violations; strategy related to the same. |
| 01/23/2025 | Gottlieb, Michael | Willkie | 1.30 | $2,597.40 | Attention to document review, Liman briefing, Rule 3.6 issues; emails/calls re same |
| 01/24/2025 | Gottlieb, Michael | Willkie | 2.50 | $4,995.00 | Attention to WF response to 3.6 issue and Willkie draft response; emails/calls with clients, co-counsel and Willkie team re same |
| 01/24/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Evaluate reply in support of Letter regarding Rule 3.6 violations. |
| 01/24/2025 | Roeser, Stephanie, A. | Manatt | 1.10 | $1,128.60 | Review and revise reply in support of request for Rule 3.6 conference; correspondence related to the same. |
| 01/27/2025 | Gottlieb, Michael | Willkie | 3.30 | $6,593.40 | Multiple calls/emails/messages with clients, legal team, and co-counsel re defendant statements and leaks, Rule 3.6, and MTD strategy; document review |
| 02/01/2025 | Dinino, Brent | Manatt | 2.00 | $1,233.00 | Continue to research cases related to Rule 3.6 motion. |
| 02/01/2025 | Dinino, Brent | Manatt | 2.20 | $1,356.30 | Draft talking points outline for S. Roeser related to Rule 3.6 motion. |
| 02/01/2025 | Roeser, Stephanie, A. | Manatt | 1.20 | $1,231.20 | Review and analyze issues for Rule 3.6 motion. |
| 02/01/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Research regarding issues for Rule 3.6 motion. |
| 06/12/2025 | Connolly, Michaela | Willkie | 0.50 | $669.50 | 3.6 motion, MTC IEWU footage, commingled production MTC (0.5) |
| 06/13/2025 | Taustine, Melissa | Willkie | 4.40 | $5,610.00 | Drafting and revising motion for protective order re: RFPs 108-109, preparing declaration and exhibits, and coordinating cite check (4.1); Reviewing spreadsheet of counsel statements for Rule 3.6 motion (.3). |
| 06/16/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.70 | $2,810.70 | Conduct research re: Rule 3.6 sanctions. |
| 06/16/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.30 | $312.30 | Team meeting with M. Taustine and D. Drenga re: motion for Rule 3.6 sanctions. |
| 06/17/2025 | Taustine, Melissa | Willkie | 5.00 | $6,375.00 | Revising task list (.4); Team meeting (.6); Drafting/revising Rule 3.6 motion (4.0); |
| 06/18/2025 | Bender, Kristin | Willkie | 2.10 | $3,257.10 | Revised 3.6 sanctions motion, circulating with revisions (2.1) |
| 06/20/2025 | Dale, Juliet | Willkie | 4.10 | $2,874.10 | prepare exhibit to Rule 3.6 Motion (4.1) |
| 06/21/2025 | Dale, Juliet | Willkie | 0.20 | $140.20 | Prepare Exhibit A to Rule 3.6 Motion (.2). |
| 08/25/2025 | Bruno, Matthew | Manatt | 3.00 | $3,024.00 | Review, edit and revise draft reply brief in further support of Rule 3.6 sanctions. |
| 03/13/2026 | Moses, Sarah | Manatt | 1.70 | $1,973.70 | Strategy meeting; telephone conferences regarding Rule 3.6 sanctions ruling. |

Exhibit 5.B

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| | **TOTALS** | | **43.60** | **$50,587.70** | |

16

Exhibit 5.B

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 09/01/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Strategize regarding spoliation/adverse inference issues. |
| 09/02/2025 | Bruno, Matthew | Manatt | 0.60 | $604.80 | Strategy call with E. Roeser, A. Nathan and K. Bender, regarding spoliation in advance of upcoming depositions. |
| 09/02/2025 | Bruno, Matthew | Manatt | 3.50 | $3,528.00 | Strategize and begin preparing outline for spoliation motion. |
| 09/02/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Strategy related to spoliation motion. |
| 09/03/2025 | Bruno, Matthew | Manatt | 0.40 | $403.20 | Review draft deposition questions prepared concerning spoliation. |
| 09/04/2025 | Bruno, Matthew | Manatt | 3.00 | $3,024.00 | Review party production for references to Signal and other ephemeral messaging, for purposes of evaluating spoliation. |
| 09/05/2025 | Bruno, Matthew | Manatt | 3.70 | $3,729.60 | Research and analyze Second Circuit authority regarding spoliation, continue draft memorandum of law regarding same. |
| 09/08/2025 | Bruno, Matthew | Manatt | 4.40 | $4,435.20 | Continue draft memorandum of law in support of spoliation sanctions. |
| 09/09/2025 | Bruno, Matthew | Manatt | 4.80 | $4,838.40 | Review party productions for purposes of forthcoming spoliation motion. |
| 09/09/2025 | Bruno, Matthew | Manatt | 3.50 | $3,528.00 | Legal research and analysis regarding adverse inference and spoliation sanctions. |
| 09/10/2025 | Bruno, Matthew | Manatt | 1.30 | $1,310.40 | Strategy call discussing spoliation, deposition scheduling, and next steps. |
| 09/10/2025 | Bruno, Matthew | Manatt | 3.40 | $3,427.20 | Review document production and develop fact section for spoliation brief. |
| 09/10/2025 | Roeser, Stephanie, A. | Manatt | 0.90 | $923.40 | Sync regarding deposition schedule, document productions, and spoliation. |
| 09/10/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Strategize regarding spoliation motion. |
| 09/11/2025 | Bruno, Matthew | Manatt | 2.40 | $2,419.20 | Review, edit, and revise draft brief in support of spoliation. |
| 09/11/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Review and strategize regarding spoliation motion. |
| 09/14/2025 | Hudson, Esra A | Manatt | 1.50 | $1,741.50 | Review and revise spoliation motion. |
| 10/07/2025 | Bruno, Matthew | Manatt | 2.90 | $2,923.20 | Review prior deposition transcripts for purposes of draft spoliation brief. |
| 10/08/2025 | Herman, Katherine | Manatt | 3.00 | $1,849.50 | Conduct legal research and communicate findings regarding spoliation. |
| 10/09/2025 | Bruno, Matthew | Manatt | 2.00 | $2,016.00 | Review party deposition transcripts for purposes of spoliation. |
| 10/09/2025 | Bruno, Matthew | Manatt | 3.00 | $3,024.00 | Review, edit, and revise draft brief in support of spoliation. |
| 10/09/2025 | Herman, Katherine | Manatt | 2.00 | $1,233.00 | Conduct legal research regarding spoliation. |
| 10/10/2025 | Bruno, Matthew | Manatt | 2.90 | $2,923.20 | Review deposition transcripts in preparation for spoliation motion; review, edit and revise draft spoliation brief. |

17

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 10/13/2025 | Bruno, Matthew | Manatt | 6.00 | $6,048.00 | Review, edit and revise draft brief in support of spoliation. |
| 10/13/2025 | Hudson, Esra A | Manatt | 2.00 | $2,322.00 | Review and revise draft of spoliation brief; strategize regarding same. |
| 10/14/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Strategy related to spoliation motion. |
| 10/14/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Confer with Jonesworks regarding spoliation. |
| 10/14/2025 | Bruno, Matthew | Manatt | 0.50 | $504.00 | Strategy call with E. Hudson, discussing spoliation brief. |
| 10/14/2025 | Hudson, Esra A | Manatt | 1.70 | $1,973.70 | Further review, revise and strategize regarding spoliation motion. |
| 10/15/2025 | Bruno, Matthew | Manatt | 4.00 | $4,032.00 | Review, edit and revise draft brief in support of spoliation sanctions. |
| 10/16/2025 | Connolly, Michaela | Willkie | 1.50 | $2,359.50 | Attention to spoliation motion (1.5) |
| 10/16/2025 | Roeser, Stephanie, A. | Manatt | 0.90 | $923.40 | Review spoliation motion. |
| 10/16/2025 | Bruno, Matthew | Manatt | 0.40 | $403.20 | Review, edit and revise draft declaration in support of spoliation and accompanying motion to seal. |
| 10/16/2025 | Bruno, Matthew | Manatt | 2.10 | $2,116.80 | Review, edit and revise draft motion in support of spoliation sanctions. |
| 10/16/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Further strategize regarding spoliation motion. |
| 10/17/2025 | Connolly, Michaela | Willkie | 0.80 | $1,258.40 | attention to spoliation motion and discussing the same with Manatt (0.8) |
| 10/17/2025 | Bruno, Matthew | Manatt | 5.90 | $5,947.20 | Review, edit and revise draft spoliation brief. |
| 10/17/2025 | Bruno, Matthew | Manatt | 0.70 | $705.60 | Strategy call regarding spoliation brief. |
| 10/17/2025 | Roeser, Stephanie, A. | Manatt | 1.70 | $1,744.20 | Strategy related to spoliation motion and related relief. |
| 10/17/2025 | Hudson, Esra A | Manatt | 2.20 | $2,554.20 | Legal team meeting regarding spoliation motion; further review and revise same. |
| 10/18/2025 | Bruno, Matthew | Manatt | 2.50 | $2,520.00 | Further revisions and edits to draft spoliation brief. |
| 10/19/2025 | Climaco, Katelyn | Manatt | 4.80 | $4,039.20 | Cite check spoliation motion. |
| 10/19/2025 | Hudson, Esra A | Manatt | 1.80 | $2,089.80 | Further review and revise spoliation motion. |
| 10/20/2025 | Connolly, Michaela | Willkie | 4.00 | $6,292.00 | Attention to spoliation motion (4) |
| 10/20/2025 | Roeser, Stephanie, A. | Manatt | 3.60 | $3,693.60 | Revise spoliation motion; review evidence related to the same. |
| 10/20/2025 | Roeser, Stephanie, A. | Manatt | 1.40 | $1,436.40 | Strategy related to spoliation motion. |
| 10/20/2025 | Climaco, Katelyn | Manatt | 4.00 | $3,366.00 | Revise spoliation motion. |
| 10/20/2025 | Bruno, Matthew | Manatt | 5.00 | $5,040.00 | Review, edit and revise draft memorandum of law in support of spoliation sanctions. |
| 10/20/2025 | Bruno, Matthew | Manatt | 1.00 | $1,008.00 | Draft declaration, motion to seal, and supporting papers in relation to spoliation motion. |

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 10/21/2025 | Bruno, Matthew | Manatt | 1.80 | $1,814.40 | Review, edit and revise draft declaration in support of spoliation sanctions. |
| 10/21/2025 | Bruno, Matthew | Manatt | 4.50 | $4,536.00 | Review and revise exhibits relied upon in support of spoliation motion. |
| 10/21/2025 | Climaco, Katelyn | Manatt | 2.80 | $2,356.20 | Revise spoliation motion. |
| 10/21/2025 | Climaco, Katelyn | Manatt | 3.50 | $2,945.25 | Review exhibits in support of spoliation motion. |
| 10/21/2025 | Roeser, Stephanie, A. | Manatt | 3.80 | $3,898.80 | Revise and finalize spoliation motion; strategy related to same. |
| 10/21/2025 | Roeser, Stephanie, A. | Manatt | 1.80 | $1,846.80 | Revise and finalize all papers supporting spoliation motion. |
| 10/21/2025 | Roeser, Stephanie, A. | Manatt | 4.10 | $4,206.60 | Review evidence in support of spoliation; evaluate confidentiality obligations and confirm redactions. |
| 10/21/2025 | Hudson, Esra A | Manatt | 3.80 | $4,411.80 | Finalize revisions to spoliation motion; final fact gathering related to same. |
| 10/22/2025 | Climaco, Katelyn | Manatt | 2.00 | $1,683.00 | Revise spoliation motion. |
| 10/22/2025 | Bruno, Matthew | Manatt | 1.50 | $1,512.00 | Final review of brief in support of spoliation and sanctions and related documents. |
| 10/22/2025 | Bruno, Matthew | Manatt | 0.50 | $504.00 | Finalize and serve papers in support of spoliation sanctions. |
| 10/22/2025 | Roeser, Stephanie, A. | Manatt | 1.10 | $1,128.60 | Final review and revision of spoliation motion. |
| 10/22/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Prepare spoliation talking points; review motion related to same. |
| 10/22/2025 | Roeser, Stephanie, A. | Manatt | 0.40 | $410.40 | Various correspondence related to spoliation motion. |
| 10/22/2025 | Hudson, Esra A | Manatt | 2.50 | $2,902.50 | Finalize spoliation motion for filing; prepare legal advice related to talking points. |
| 10/23/2025 | Bruno, Matthew | Manatt | 0.70 | $705.60 | Strategize regarding briefing schedule for spoliation motion, negotiate same with opposing counsel. |
| 10/23/2025 | Hudson, Esra A | Manatt | 0.20 | $232.20 | Strategize regarding spoliation motion briefing extension request from opposing counsel. |
| 10/28/2025 | Roeser, Stephanie, A. | Manatt | 0.40 | $410.40 | Confer with Wayfarer counsel regarding spoliation motion and sealing deadlines. |
| 11/05/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Strategy related to spoliation and unsealing. |
| 11/06/2025 | DiMaggio, Lindsay | Manatt | 1.00 | $918.00 | Preliminary research on spoliation. |
| 11/12/2025 | Bruno, Matthew | Manatt | 1.00 | $1,008.00 | Legal research regarding spoliation of documents by third parties. |
| 11/20/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Review opposition to spoliation motion; strategize regarding same. |
| 11/21/2025 | Kim, Jake | Manatt | 3.40 | $2,096.10 | Review and assess defendants' oppositions to spoliation motions to develop record of current status of sealed filings. |
| 11/21/2025 | Bruno, Matthew | Manatt | 1.70 | $1,713.60 | Review and analyze Wayfarer opposition to spoliation sanctions. |

19

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 11/22/2025 | Kim, Jake | Manatt | 1.30 | $801.45 | Continue to review and assess defendants' oppositions to spoliation motions to develop record of current status of sealed filings. |
| 11/24/2025 | Bruno, Matthew | Manatt | 6.00 | $6,048.00 | Review Wayfarer defendants' brief in opposition to spoliation sanctions and begin draft reply brief in further support of sanctions. |
| 11/24/2025 | Gramajo, Fraylin | Manatt | 2.50 | $1,541.25 | Conduct legal research to support reply in support of motion for spoliation sanctions. |
| 11/25/2025 | Bruno, Matthew | Manatt | 9.00 | $9,072.00 | Continue draft reply brief in further support of spoliation sanctions. |
| 11/25/2025 | Gramajo, Fraylin | Manatt | 2.30 | $1,417.95 | Conduct legal research to support reply in support of motion for spoliation sanctions. |
| 11/26/2025 | Bruno, Matthew | Manatt | 4.00 | $4,032.00 | Finalize draft reply brief in further support of spoliation sanctions. |
| 11/29/2025 | Gramajo, Fraylin | Manatt | 3.00 | $1,849.50 | Conduct legal research to support reply in support of motion for spoliation sanctions. |
| 11/30/2025 | Bruno, Matthew | Manatt | 0.60 | $604.80 | Review, edit and revise draft reply brief in further support of spoliation sanctions. |
| 12/05/2025 | Hudson, Esra A | Manatt | 2.00 | $2,322.00 | Review and revise reply in support of spoliation motion. |
| 12/06/2025 | Bruno, Matthew | Manatt | 2.00 | $2,016.00 | Review, edit and revise draft reply brief in further support of spoliation sanctions. |
| 12/07/2025 | Climaco, Katelyn | Manatt | 0.80 | $673.20 | Finalize exhibits to reply in further support of spoliation motion. |
| 12/07/2025 | Climaco, Katelyn | Manatt | 0.50 | $420.75 | Research for spoliation reply. |
| 12/07/2025 | Bruno, Matthew | Manatt | 1.00 | $1,008.00 | Further revisions to reply brief in support of spoliation sanctions; email internal team regarding same. |
| 12/08/2025 | Climaco, Katelyn | Manatt | 4.10 | $3,450.15 | Revise spoliation reply, and finalize for filing. |
| 12/08/2025 | Bruno, Matthew | Manatt | 4.50 | $4,536.00 | Review, edit and finalize reply brief in further support of spoliation sanctions; review Jonesworks spoliation reply brief and call with counsel regarding same. |
| 12/08/2025 | Hudson, Esra A | Manatt | 1.80 | $2,089.80 | Finalize reply in support of spoliation motion. |
| 12/10/2025 | Bruno, Matthew | Manatt | 1.50 | $1,512.00 | Plan and prepare service of recently filed spoliation papers to court; review sealed papers and email relevant third parties regarding continued sealing of same. |
| 01/05/2026 | Bruno, Matthew | Manatt | 0.50 | $560.25 | Outline slide presentation for oral argument on spoliation. |
| 01/06/2026 | Bruno, Matthew | Manatt | 3.70 | $4,145.85 | Review spoliation papers and prepare slides for upcoming oral argument; supplemental research relating to spoliation. |
| 01/07/2026 | Bruno, Matthew | Manatt | 1.30 | $1,456.65 | Review exhibits and submissions filed in relation to spoliation motion, for purposes of upcoming oral argument slide presentation. |

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/08/2026 | Bruno, Matthew | Manatt | 2.00 | $2,241.00 | Review, edit and revise draft slides associated with spoliation sanctions hearing. |
| 01/10/2026 | Bruno, Matthew | Manatt | 6.50 | $7,283.25 | Review and analyze papers associated with motion for spoliation, and underlying case law, in preparation for upcoming oral argument. |
| 01/12/2026 | Gramajo, Fraylin | Manatt | 1.90 | $1,444.95 | Prepare and review material in exhibits in connections with unsealing spoliation opening brief and reply. |
| 01/13/2026 | Bruno, Matthew | Manatt | 2.30 | $2,577.15 | Review and analyze affirmative case law cited in support of spoliation, in preparation for upcoming oral argument. |
| 01/14/2026 | Bruno, Matthew | Manatt | 1.70 | $1,904.85 | Review cases cited in spoliation arguments in preparation for upcoming oral argument on spoliation motion. |
| 01/15/2026 | Bruno, Matthew | Manatt | 2.40 | $2,689.20 | Strategize and prepare for oral argument on spoliation motion. |
| 01/15/2026 | Morrison, Andrew, L. | Manatt | 0.50 | $747.00 | Review email from M. Bruno regarding spoliation motion and discuss argument with M. Bruno. |
| 01/15/2026 | Hudson, Esra A | Manatt | 6.50 | $8,365.50 | Further strategize regarding oral argument preparation, including spoliation motion; continue preparing for same. |
| 01/16/2026 | Bruno, Matthew | Manatt | 0.50 | $560.25 | Outline oral argument for spoliation. |
| 01/16/2026 | Morrison, Andrew, L. | Manatt | 1.00 | $1,494.00 | Review spoliation briefing to prepare for moot argument with M. Bruno. |
| 01/17/2026 | Bruno, Matthew | Manatt | 5.20 | $5,826.60 | Strategize and prepare for upcoming oral argument regarding spoliation sanctions. |
| 01/18/2026 | Bruno, Matthew | Manatt | 2.40 | $2,689.20 | Outline and prepare for oral argument regarding spoliation sanctions. |
| 01/19/2026 | Climaco, Katelyn | Manatt | 3.10 | $3,152.70 | Review proposed redactions in spoliation briefing. |
| 01/19/2026 | Bruno, Matthew | Manatt | 8.10 | $9,076.05 | Review documents and evidence relating to motion for spoliation sanctions; research and analyze case law and authority relied upon by Wayfarer in opposition to spoliation sanctions; review, edit and revise draft oral argument outline. |
| 01/20/2026 | Armani, Sareen | Manatt | 2.70 | $2,964.60 | QC spoliation unsealing of documents. |
| 01/20/2026 | Bruno, Matthew | Manatt | 5.10 | $5,714.55 | Moot oral argument with A. Morrison; review and prepare for oral argument on motion for spoliation sanctions. |
| 01/20/2026 | Morrison, Andrew, L. | Manatt | 0.50 | $747.00 | Review spoliation briefing and outline questions for moot. |
| 01/20/2026 | Morrison, Andrew, L. | Manatt | 0.50 | $747.00 | Meet with M. Bruno to moot argument on spoliation and give thoughts to M. Bruno regarding strengths and weaknesses of argument. |

21

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/21/2026 | Armani, Sareen | Manatt | 1.10 | $1,207.80 | Attention to spoliation issues. |
| 01/21/2026 | Bruno, Matthew | Manatt | 12.00 | $13,446.00 | Plan and prepare for oral argument on motion for spoliation sanctions. |
| 01/22/2026 | Bruno, Matthew | Manatt | 5.00 | $5,602.50 | Plan for and attend oral argument on motion for spoliation. |
| | **TOTALS** | | **280.50** | **$289,076.40** | |

22

Exhibit 5.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/25/2025 | Bruno, Matthew | Manatt | 3.00 | $3,024.00 | Review recent statements made by defense counsel, and prior letters to court regarding defense counsel's misconduct; draft supplemental letter requesting conference to address ongoing misconduct |
| 01/27/2025 | Adams-Jack, Autumn | Willkie | 1.40 | $1,457.40 | Assist in filing of professional conduct letters to court |
| 03/28/2025 | Bruno, Matthew | Manatt | 1.50 | $1,512.00 | Draft letter to opposing counsel on behalf of B.L., regarding internal investigation and violation of rules of professional conduct. |
| 05/19/2025 | Climaco, Katelyn | Manatt | 0.30 | $252.45 | Review B. Lively's motion for sanctions. |
| 05/20/2025 | Gottlieb, Michael | Willkie | 0.90 | $1,798.20 | Telecon with legal team, clients re filings, sanctions motions, more (0.9); |
| 06/03/2025 | Stern, Zachary | Willkie | 0.30 | $210.30 | Attention to research re: opposing counsel. |
| 06/05/2025 | Adams-Jack, Autumn | Willkie | 1.20 | $1,249.20 | conduct research regarding sanctions (.2); analyze documents to draft initial disclosures (1.0) |
| 06/09/2025 | Climaco, Katelyn | Manatt | 1.00 | $841.50 | Revise reply in further support of Lively's motion for sanctions. |
| 06/09/2025 | Climaco, Katelyn | Manatt | 0.20 | $168.30 | Coordinate filing of reply in further support of motion for sanctions. |
| 06/11/2025 | Nathan, Aaron | Willkie | 0.70 | $1,085.70 | review opposing counsel statements on MK YouTube show (.7) |
| 06/13/2025 | Hudson, Esra A | Manatt | 0.20 | $232.20 | Strategize regarding Rule 37 issue. |
| 06/16/2025 | Drenga, Deanna | Willkie | 0.30 | $312.30 | Call with M. Taustine and M. Lee re Rule 16(f) sanctions research. |
| 06/16/2025 | Drenga, Deanna | Willkie | 4.00 | $4,164.00 | Research re Rule 16(f) sanctions (3.7); drafting analysis re same (.3). |
| 06/17/2025 | Climaco, Katelyn | Manatt | 0.60 | $504.90 | Strategize regarding scope of preclusion order. |
| 06/17/2025 | Herman, Katherine | Manatt | 0.10 | $61.65 | Correspondence regarding legal research on preclusion. |
| 07/08/2025 | Gottlieb, Michael | Willkie | 1.50 | $2,997.00 | Attention to motion for fees/sanctions |
| 08/12/2025 | Hudson, Esra A | Manatt | 0.30 | $348.30 | Review and revise letter regarding motion for sanctions regarding privacy issue; strategize regarding same. |
| 10/09/2025 | Herman, Katherine | Manatt | 1.90 | $1,171.35 | Implement edit to motion for sanctions. |
| 10/10/2025 | Herman, Katherine | Manatt | 0.80 | $493.20 | Implement edits to motion for sanctions. |
| 10/15/2025 | Herman, Katherine | Manatt | 3.00 | $1,849.50 | Implement edits to brief for sanctions. |
| 10/15/2025 | Herman, Katherine | Manatt | 3.20 | $1,972.80 | Prepare exhibits for brief for sanctions. |
| 10/15/2025 | Herman, Katherine | Manatt | 1.00 | $616.50 | Revise brief for sanctions. |
| 10/16/2025 | Herman, Katherine | Manatt | 2.50 | $1,541.25 | Prepare exhibits for brief for sanctions. |

23

Exhibit 5.D

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 10/16/2025 | Herman, Katherine | Manatt | 2.80 | $1,726.20 | Implement edits to brief for sanctions. |
| 10/16/2025 | Herman, Katherine | Manatt | 1.40 | $863.10 | Review and revise citations in brief for sanctions. |
| 10/17/2025 | Herman, Katherine | Manatt | 2.10 | $1,294.65 | Implement edits to brief for sanctions. |
| 10/22/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Strategy related to motion for Rule 37 sanctions. |
| 10/22/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and strategize regarding sanctions motion regarding J. Heath birth video. |
| 11/18/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and strategize regarding opposition to motion for sanctions. |
| 12/17/2025 | Bruno, Matthew | Manatt | 0.50 | $504.00 | Review draft sanctions motion. |
| 01/21/2026 | Hudson, Esra A | Manatt | 0.50 | $643.50 | Strategize regarding various issues related to unsealing filing for sanctions motion. |
| 03/27/2026 | Moses, Sarah | Manatt | 1.20 | $1,393.20 | Telephone conference regarding damages; review and analyze sanctions and other orders. |
| 05/29/2026 | Bruno, Matthew | Manatt | 0.80 | $896.40 | Strategy call regarding upcoming sanctions hearing. |
| | **TOTALS** | | **40.50** | **$36,626.85** | |

Exhibit 5.D