# EXHIBIT 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/16/2025 | Noble, Catherine | Manatt | 0.80 | $734.40 | Read complaint filed by XX in SDNY against B. Lively |
| 01/16/2025 | Hudson, Esra A | Manatt | 8.00 | $9,288.00 | Review and analysis of Wayfarer complaint, response to same; strategize regarding legal issues related to XX statements. |
| 01/16/2025 | Gottlieb, Michael | Willkie | 2.90 | $5,794.20 | Attention to new lawsuit filed against BL and XX; meet with clients and co-counsel re statements, responses, and likely legal strategy |
| 01/17/2025 | Hudson, Esra A | Manatt | 3.80 | $4,411.80 | Further review and analysis of First Amended Complaint, and strategy regarding same; various communications regarding same; communications regarding legal issues related to XX; follow up on legal research related to First Amended Complaint; attend to various consultants regarding data analysis; review and advise regarding 202 petition. |
| 01/18/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Further evaluate and strategize regarding evidence preservation in light of XX |
| 01/20/2025 | Katze, Samantha | Manatt | 3.90 | $4,071.60 | Research regarding strategy for preventing public disclosure of XX; read cases in connection with same; email S. Roeser summary of research. |
| 01/20/2025 | Hudson, Esra A | Manatt | 3.00 | $3,483.00 | Review service of process; fact gathering and analysis of same, and regarding XX issues; strategize regarding legal issues related to XX. |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 2.90 | $2,975.40 | Prepare summary of XX press statements; strategy related to the same. |
| 01/21/2025 | Stern, Zachary | Willkie | 0.30 | $159.30 | Review correspondence from case team re: filing XX conduct letter with court |
| 01/21/2025 | Hudson, Esra A | Manatt | 8.00 | $9,288.00 | Strategize regarding protective order options; review and analyze research regarding same; further strategy regarding motion to dismiss; review information released to media; attend to response to same; review and revise letter to court regarding same; finalize 202 Petition; strategize regarding communications regarding same; review and analyze various social media and media communications; joint privileged communications with XX |
| 01/22/2025 | Stern, Zachary | Willkie | 0.20 | $106.20 | Review correspondence from case team re: filing letter to court for purposes of addressing XX ongoing conduct and ongoing discovery matters |
| 01/22/2025 | Katze, Samantha | Manatt | 2.40 | $2,505.60 | Review various complaints in connection with tortious inference analysis for references to WME; research additional cases regarding tortious inference claims and choice of law; read same; review articles regarding WME issue; communications with team regarding conference and preparation for same; review letter to court regarding XX |
| 01/23/2025 | Salem, Kareem | Manatt | 0.50 | $537.75 | Participate in XX strategy telephone conference. |
| 01/23/2025 | Salem, Kareem | Manatt | 0.70 | $752.85 | Draft analysis of privacy laws regarding XX |
| 01/23/2025 | Salem, Kareem | Manatt | 0.30 | $322.65 | Review open source materials discussed during XX call to assist client's in response. |
| 01/23/2025 | Stern, Zachary | Willkie | 0.20 | $106.20 | Correspond with K. Bender and case team re: obtaining docket and filings for XX v. Baldoni matter; obtain same for distribution to case team |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/24/2025 | Dinino, Brent | Manatt | 5.10 | $3,144.15 | Address comments made by E. Hudson on memorandum regarding examination of XX by K. Salem; input proper citations; confirm accuracy and applicability of citations; create charts of Differing Laws by Jurisdiction; add brief Answer section to memorandum; research and input analysis of caselaw to support conclusion that XX can be used on cross-examination; conduct caselaw research to identify additional holdings related to the XX. |
| 01/24/2025 | Salem, Kareem | Manatt | 0.60 | $645.30 | Participate in XX call to provide guidance on litigation related questions. |
| 01/24/2025 | Salem, Kareem | Manatt | 2.00 | $2,151.00 | Revise legal memo into XX. |
| 01/24/2025 | Salem, Kareem | Manatt | 0.70 | $752.85 | XX in preparation for drafting legal memo on XX |
| 01/24/2025 | Salem, Kareem | Manatt | 1.50 | $1,613.25 | Research additional case law to support legal position in memo regarding XX. |
| 01/24/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Evaluate reply in support of Letter regarding Rule 3.6 violations. |
| 01/24/2025 | Salem, Kareem | Manatt | 0.50 | $537.75 | Prepare for XX meeting by reviewing multiple correspondences from legal and media teams. |
| 01/24/2025 | Hudson, Esra A | Manatt | 7.50 | $8,707.50 | Further attend to letter to court regarding Rule 3.6; various calls regarding XX; outline work streams regarding responsive pleading and evidentiary matters, fact checking, pretrial conference and scheduling order; strategize regarding same, witness interviews, data collection and further fact gathering, witnesses; analysis of threatening email; review and analysis of research regarding XX; further strategize regarding motion to dismiss arguments. |
| 01/25/2025 | Hudson, Esra A | Manatt | 5.80 | $6,733.80 | Strategize regarding motion to dismiss research and review same; strategize regarding service of 202 Petition; strategize regarding letter to court in response to TMZ statement; review and revise same; gather intel on XX; communications regarding social media tagging; follow up with XX; strategize regarding indemnification issues. |
| 01/26/2025 | Roeser, Stephanie, A. | Manatt | 0.60 | $615.60 | Review letter regarding XX's extrajudicial conduct. |
| 01/26/2025 | Hudson, Esra A | Manatt | 5.30 | $6,153.30 | Strategize with white collar team; further fact gathering regarding digital campaign; further review and revise letter to judge regarding Rule 3.6, strategize regarding same and regarding timing; call with XX. |
| 01/27/2025 | Salem, Kareem | Manatt | 0.20 | $215.10 | Telephone conference with E. Hudson to discuss legal research and analysis regarding XX |
| 01/27/2025 | Salem, Kareem | Manatt | 1.20 | $1,290.60 | Draft and revise multiple paragraphs in Wayfarer complaint fact-check document. |
| 01/27/2025 | Salem, Kareem | Manatt | 1.30 | $1,398.15 | Revise legal memo; incorporate Second Circuit federal law regarding the admissibility of XX |
| 01/27/2025 | Climaco, Katelyn | Manatt | 2.60 | $2,187.90 | Analyze admissibility of XX in federal court; strategize regarding the same. |
| 01/27/2025 | Climaco, Katelyn | Manatt | 4.50 | $3,786.75 | Draft memorandum analyzing liability under federal and state XX statutes; strategize regarding the same. |
| 01/27/2025 | Hudson, Esra A | Manatt | 8.20 | $9,520.20 | Prepare for and participate in calls with XX case strategy analysis and discussions with team regarding legal and XX; respond to XX inquiry; review of various social media posts and comments; review XX and strategize regarding same; joint defense communications with XX; strategize regarding discovery targets and categories; call with vendor regarding fact gathering; review order regarding initial trial setting conference, and strategize and prepare for same; social media review. |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/28/2025 | Climaco, Katelyn | Manatt | 1.60 | $1,346.40 | Analyze XX case. |
| 01/28/2025 | Climaco, Katelyn | Manatt | 1.10 | $925.65 | Strategize regarding XX exemption to XX and potential impact on liability analysis. |
| 01/28/2025 | Salem, Kareem | Manatt | 0.50 | $537.75 | Participate in daily telephone conference XX. |
| 01/28/2025 | Hudson, Esra A | Manatt | 8.80 | $10,216.80 | Analysis and strategy regarding social media data; strategize regarding scheduling order, consolidation; joint defense communications regarding same; strategize regarding trial setting conference and various research and strategy related to same; review, revise and strategize regarding discovery categories; attend to deposition matters; background fact gathering; advise regarding various XX issues; social media review. |
| 01/29/2025 | Dinino, Brent | Manatt | 1.70 | $1,048.05 | Research exemptions to XX and caselaw assessing the exemptions related to XX; determine applicability of exemptions to XX |
| 01/29/2025 | Dinino, Brent | Manatt | 2.50 | $1,541.25 | Draft memorandum summarizing and analyzing findings from research conducted on caselaw and legislative history related to exemptions to XX; apply analysis to XX at issue. |
| 01/29/2025 | Dinino, Brent | Manatt | 0.80 | $493.20 | Research caselaw and legislative history to determine judicial interpretation of XX |
| 01/29/2025 | Dinino, Brent | Manatt | 0.40 | $246.60 | Conduct research on awards of damages for violation of XX; summarize findings and include in memorandum for E. Hudson regarding exemptions to XX. |
| 01/29/2025 | Salem, Kareem | Manatt | 1.10 | $1,183.05 | Analyze multiple sections of XX. |
| 01/29/2025 | Salem, Kareem | Manatt | 0.90 | $967.95 | Research recent prosecutions involving the Computer Fraud and Abuse Act in preparation for advising on XX. |
| 01/29/2025 | Hudson, Esra A | Manatt | 6.00 | $6,966.00 | Further strategize regarding research for motion to dismiss; strategize regarding XX; prepare and strategize for Rule 26(f) conference, consolidation and various issues related thereto; strategize regarding scheduling order; background research and witness interviews regarding XX; review and analyze background information regarding same and advise regarding same; further strategize and prepare plan for written discovery; strategize regarding further searches and data gathering regarding same; strategize regarding website issue, text review; review various social media content; strategize regarding review platforms and discovery requests; strategize regarding POs, ESI; review and analyze various social media cites. |
| 01/29/2025 | Dinino, Brent | Manatt | 0.70 | $431.55 | Research and analyze XX to determine legislative intent behind XX Amendment and applicability of Legislative Intent to our argument for the application of exemption to XX at issue. |
| 01/30/2025 | Salem, Kareem | Manatt | 1.50 | $1,613.25 | Analyze and revise final draft of legal memo addressing XX |

3

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/30/2025 | Hudson, Esra A | Manatt | 7.00 | $8,127.00 | Prepare for and strategize for Rule 26(f) conference; engage in same and debrief regarding same; review and revise case management plan and cover letter regarding same; review newly filed letter to court and strategize regarding response; further discuss plan for discovery, analysis of answers to complaint and various admissions, subpoenas; further fact gathering regarding XX and summarize same; further strategy and analysis of motion to dismiss; strategize regarding various XX; review additional fact gathered information and strategize regarding additional fact gathering; further analysis of XX background, and further fact gathering regarding same; summarize same; review Jonesworks order and strategize regarding same; strategize and plan for XX |
| 01/31/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Review XX litigation and disciplinary history. |
| 02/01/2025 | Orlov, Amy | Willkie | 0.50 | $563.00 | Research whether pleadings can be struck XX |
| 02/02/2025 | Orlov, Amy | Willkie | 1.40 | $1,576.40 | Research whether pleadings can be struck XX |
| 02/02/2025 | Stern, Zachary | Willkie | 0.50 | $265.50 | Research for talking points draft re: protective order XX |
| 02/04/2025 | Climaco, Katelyn | Manatt | 3.10 | $2,608.65 | Analyze case law interpreting application and scope of XX and prepare list of best practices for XX. |
| 02/04/2025 | Hudson, Esra A | Manatt | 10.00 | $11,610.00 | Review and analyze various issues regarding Trial Setting Conference, strategize regarding same; call regarding XX; call with XX regarding background fact gathering update; prepare outline of various workstreams for team for motion practice, initial disclosures, research and fact gathering; strategize regarding motion to strike, Rule 12 pleading requirements; review and strategize regarding XX matter; further strategize regarding XX; reach out to consultants; review, revise and strategize regarding research regarding privilege; follow up on various fact gathering; travel from New York to Los Angeles; review various social media commentary regarding Wayfarer amended complaint. |
| 02/05/2025 | Rim, Naeun | Manatt | 0.50 | $580.50 | Strategy call with E. Hudson and R. Grossman regarding XX. |
| 02/05/2025 | Rim, Naeun | Manatt | 1.80 | $2,089.80 | Review materials from XX regarding adverse parties and witnesses; strategy call with E. Hudson, S. Roeser, and R. Grossman regarding potential XX and XX. |
| 02/05/2025 | Hudson, Esra A | Manatt | 6.30 | $7,314.30 | strategize regarding witness interviews; review various relevant podcasts; strategize regarding chart of answers to Lively complaint, review and revise same; review and manage case deadlines; strategize regarding fact gathering, communicate with client; draft memo regarding privilege protocol; attend to XX |
| 02/05/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Strategy regarding litigation-XX. |
| 02/06/2025 | Roeser, Stephanie, A. | Manatt | 0.20 | $205.20 | Review and respond to correspondence with claimant's counsel regarding XX |
| 02/06/2025 | Rim, Naeun | Manatt | 0.40 | $464.40 | Review materials and correspondence with XX regarding same. |
| 02/06/2025 | Gottlieb, Michael | Willkie | 1.70 | $3,396.60 | Attention to Amended Complaint, numerous emails/calls with clients, legal team, and XX re same |
| 02/09/2025 | Dinino, Brent | Manatt | 1.20 | $739.80 | Research admissibility of XX under California law and Federal Title VII; draft memorandum on findings. |
| 02/09/2025 | Gottlieb, Michael | Willkie | 2.00 | $3,996.00 | Multiple telecons with legal team, clients, and XX re various issues re discovery schedule; document review |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/10/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Review XX podcast appearance; analyze impact of the same on litigation. |
| 02/12/2025 | Hudson, Esra A | Manatt | 11.00 | $12,771.00 | Outline plan for amended complaints and further discovery; strategize regarding motion to strike; further review and revise protective order; review and analyze forensic report updates; analysis or Rule 11 issues; third party XX letter; prepare for and participate in call with XX; strategize regarding letter in response; various communications and strategy regarding XX matter; further background check and investigation fact gathering; further review and revise discovery; further text and evidence gathering; various legal direction regarding media issues. |
| 02/12/2025 | Roeser, Stephanie, A. | Manatt | 0.50 | $513.00 | Strategy related to litigation XX. |
| 02/12/2025 | Luehr, Paul H. | Manatt | 2.40 | $3,002.40 | Review, edit and provide comments on eDiscovery and ESI protocol; research possible XX issues; send with comments to team. |
| 02/12/2025 | Climaco, Katelyn | Manatt | 1.00 | $841.50 | Review updated list of XX, and strategize regarding inclusion in amended complaint. |
| 02/14/2025 | Biagiotti, Vincent | Willkie | 5.50 | $6,545.00 | Research and analyze statements made by XX (4.0); revise citations and footnotes for quote chart (1.5) |
| 02/14/2025 | Hudson, Esra A | Manatt | 8.00 | $9,288.00 | Review analysis of responses in Wayfarer amended complaint and strategize regarding same, and response to same; review XX motion to dismiss; |
| 02/14/2025 | Stern, Zachary | Willkie | 1.80 | $955.80 | Review and analyze Wayfarer Parties Amended Complaint Exhibit A XX. |
| 02/15/2025 | Hudson, Esra A | Manatt | 6.50 | $7,546.50 | Call with counsel regarding motion to dismiss; calls regarding third party witnesses; review and revise draft of letter regarding carrier XX; review and revise draft of amended complaint. |
| 02/15/2025 | Orlov, Amy | Willkie | 1.20 | $1,351.20 | Review the Wayfarer Amended Complaint XX |
| 02/19/2025 | Brody, Jesse, M. | Manatt | 0.30 | $348.30 | Confer with E. Hudson on XX law issues regarding social media campaign. |
| 02/20/2025 | Kulkarni, Monica, A. | Manatt | 0.50 | $420.75 | Analyze legal issues related to XX communications. |
| 02/20/2025 | Hudson, Esra A | Manatt | 6.20 | $7,198.20 | Call with XX counsel; debrief regarding same; review filed XX motion to dismiss; communications regarding legal strategy in media communications; further review and revise written discovery requests, including contention requests; further strategize regarding third party subpoenas; attend to third party issues; strategize regarding response deadlines; review XX report; call regarding damages issues, legal issues related to same; further input on protective order and parties' positions on same. |
| 02/21/2025 | Roeser, Stephanie, A. | Manatt | 0.40 | $410.40 | Review recent XX and evaluate impact on litigation. |
| 02/21/2025 | Kulkarni, Monica, A. | Manatt | 0.50 | $420.75 | Analyze legal issues related to XX commentary; strategize regarding same. |
| 02/21/2025 | Hudson, Esra A | Manatt | 6.80 | $7,894.80 | Legal analysis and strategy related to XX matters, various communications regarding same; finalize third party subpoena; call with clients; manage strategy for BL mtion to dismiss; communications with third parties regarding subpoenas; further strategy regarding damages issue. |
| 02/22/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Calls regarding legal issues related to XX. |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/22/2025 | Gottlieb, Michael | Willkie | 1.90 | $3,796.20 | Attention to discovery issues, motions practice; telecons with clients, Willkie team, and XX re same |
| 02/23/2025 | Brody, Jesse, M. | Manatt | 0.30 | $348.30 | Coordinate analysis of XX issues at request of E. Hudson. |
| 02/24/2025 | Gottlieb, Michael | Willkie | 2.00 | $3,996.00 | Review/revise letter to court re PO; attention to party discovery, case matter organization; numerous emails/calls with legal team, Willkie team, clients, XX, and XX re same |
| 02/24/2025 | Bender, Kristin | Willkie | 5.60 | $8,685.60 | Attention to subpoenas and XX adjacent issues; attended attorney call |
| 02/26/2025 | Roeser, Stephanie, A. | Manatt | 0.30 | $307.80 | Various correspondence regarding XX forensic investigation. |
| 02/27/2025 | Roeser, Stephanie, A. | Manatt | 1.20 | $1,231.20 | Analyze requests to XX; strategy related to the same. |
| 02/27/2025 | Cohen, Tod | Manatt | 1.20 | $1,474.20 | Review harassment campaign against client, determining ways to obtain information XX. |
| 02/27/2025 | Dinino, Brent | Manatt | 4.20 | $2,589.30 | Review and analyze Wayfarer Parties', Lively Parties', Leslie Sloane's, and XX initial disclosures to identify potential witnesses; draft chart of findings. |
| 02/28/2025 | Roeser, Stephanie, A. | Manatt | 0.40 | $410.40 | Strategy related to litigation XX. |
| 03/02/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Draft and strategize regarding XX requests for production. |
| 03/03/2025 | Cohen, Tod | Manatt | 1.20 | $1,474.20 | Discuss obtaining information from XX and plan of action with E. Hudson and P. Luehr. |
| 03/04/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Strategize regarding legal issues related to XX communications. |
| 03/04/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Review and analyze Wayfarer Amended Complaint XX |
| 03/05/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Mock for protective order hearing. |
| 03/05/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Monitor status of XX content. |
| 03/05/2025 | Gottlieb, Michael | Willkie | 1.90 | $3,796.20 | Planning calls (discovery and MTDs) with legal team,XX(1.5); prep for hearing re PO, confer with legal team re same (0.4). |
| 03/06/2025 | Biagiotti, Vincent | Willkie | 4.10 | $4,879.00 | Review and analyze section of Wayfarer Complaint Ex. A XX. |
| 03/06/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Correspond with A. Orlov re: review and analysis of Wayfarer Complaint and Ex. A XX. |
| 03/07/2025 | Nathan, Aaron | Willkie | 0.50 | $775.50 | Call with XX team and co-counsel team. |
| 03/07/2025 | Orlov, Amy | Willkie | 2.10 | $2,364.60 | Review Wayfarer Amended Complaint XX |
| 03/09/2025 | Hudson, Esra A | Manatt | 1.50 | $1,741.50 | Various communications regarding XX |
| 03/10/2025 | Hudson, Esra A | Manatt | 0.80 | $928.80 | Various calls and follow up regarding XX issues. |
| 03/11/2025 | Hudson, Esra A | Manatt | 0.50 | $580.50 | Strategize regarding various legal issues related to XX. |
| 03/12/2025 | Gottlieb, Michael | Willkie | 1.80 | $3,596.40 | Attention to discovery issues including XX doc issues, emails/calls re same (1.0); attention to MTD drafts, emails/calls re same (0.8). |
| 03/13/2025 | Roeser, Stephanie, A. | Manatt | 0.80 | $820.80 | Review XX podcast appearance in connection with preparing motion to dismiss. |
| 03/19/2025 | Stern, Zachary | Willkie | 2.00 | $1,062.00 | Research extent to which SDNY gives credence to XX when assessing application of the common interest doctrine. |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/19/2025 | Stern, Zachary | Willkie | 0.30 | $159.30 | Correspond with K. Bender re: potential Rule 3.6 Order violation by opposing counsel XX. |
| 03/20/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Various communications in response to XX inquiries. |
| 03/21/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Correspond with M. Connolly re: new SDNY filing. |
| 03/21/2025 | Gottlieb, Michael | Willkie | 1.00 | $1,998.00 | Attention to ESI stip, emails re same (0.2); review of answers, motions, XX re same (0.8). |
| 03/27/2025 | Biagiotti, Vincent | Willkie | 8.20 | $9,758.00 | Revise and draft R&Os for Wayfarer interrogatories to BL based on comments from M. Connolly (5.5); Draft first draft of R&Os for Wayfarer interrogatories to XX (2.7). |
| 03/28/2025 | Lee, Jung Hyun (Monica) | Willkie | 3.80 | $3,955.80 | Conduct research re: Local Rule XX.vs. Local Rule XX |
| 03/28/2025 | Munson, Sally | Willkie | 0.60 | $178.80 | Identify Second Circuit cases showing that SDNY Local Rule XX trumps Local Rule XX for Monica Lee. |
| 03/28/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Correspond with M. Connolly re: research to find case upholding XX |
| 03/28/2025 | Stern, Zachary | Willkie | 2.00 | $1,062.00 | Research for case upholding XX |
| 03/28/2025 | Schur, David, T. | Manatt | 0.80 | $792.00 | Review New York law regarding XX and leg history regarding same; exchanges regarding same. |
| 03/31/2025 | Hudson, Esra A | Manatt | 0.80 | $928.80 | Further legal strategy call regarding XX issues. |
| 04/01/2025 | Hudson, Esra A | Manatt | 1.00 | $1,161.00 | Strategize regarding legal issues related to XX. |
| 04/05/2025 | Dinino, Brent | Manatt | 0.60 | $369.90 | Identify and assess contents of XX. |
| 04/09/2025 | Munson, Sally | Willkie | 0.70 | $208.60 | Locate sanctions motions filed against XX for A. Adams-Jack. |
| 04/11/2025 | Taustine, Melissa | Willkie | 3.50 | $4,462.50 | Revising Rule 11 Motion, including reviewing XX interviews and articles for harassing statements (3.1); Reviewing Rule 11 research re: affiliate claims (.4) |
| 04/11/2025 | Stern, Zachary | Willkie | 0.30 | $159.30 | Review and analyze Wayfarer Opposition to client B. Lively Motion to Dismiss. |
| 04/14/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and revise XX |
| 04/14/2025 | Bender, Kristin | Willkie | 4.60 | $7,134.60 | Attended team partner meeting and XX meeting (1.4); attended call regarding ESI protocol (.3); attended call with co-counsel regarding ESI protocol (.3); attended meet and confer regarding ESI protocol (.9); attention to correspondence and substantive ESI positions (1.0); attention to case calendar (.2); addressed retraction considerations with Texas counsel, corresponding regarding same (.5) |
| 04/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.80 | $2,914.80 | Conduct research re: XX and statements as relevant to filings. |
| 04/15/2025 | Lee, Jung Hyun (Monica) | Willkie | 5.60 | $5,829.60 | Conduct research re: attorney-client privilege XX |
| 04/25/2025 | Braverman, Betty | Willkie | 0.70 | $208.60 | Search for cases XX |
| 04/25/2025 | Stern, Zachary | Willkie | 0.10 | $53.10 | Correspond with M. Connolly re: researching cases XX. |
| 04/25/2025 | Stern, Zachary | Willkie | 3.40 | $1,805.40 | Research case law XX |
| 04/28/2025 | Orlov, Amy | Willkie | 2.80 | $3,152.80 | Review Wayfarer Amended Complaint Exhibit A XX. |

Exhibit 6

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/08/2025 | Biagiotti, Vincent | Willkie | 8.30 | $9,877.00 | Research Ninth Circuit Case law re: protective orders and draft summary (2.8); Research privacy interest prong of protective order standard (2.5); Research follow-up questions from M. Connolly re: good cause standard for protective order XX (3.0) |
| 05/15/2025 | Roeser, Stephanie, A. | Manatt | 1.80 | $1,846.80 | Review XX affidavit and court order; strategy related to the same. |
| 05/21/2025 | Drenga, Deanna | Willkie | 3.40 | $3,539.40 | Analyzing documents produced by XX (2.6); drafting analysis re same (.8). |
| 05/22/2025 | Biagiotti, Vincent | Willkie | 2.50 | $2,975.00 | Implement comments from M. Connolly into summary of XX production and key documents (2.5). |
| 05/23/2025 | Drenga, Deanna | Willkie | 1.00 | $1,041.00 | Drafting analysis re XX production. |
| 05/23/2025 | Connolly, Michaela | Willkie | 0.40 | $535.60 | revising Sloane/XX production summary and discussing the same internally (0.4) |
| 05/27/2025 | Drenga, Deanna | Willkie | 0.20 | $208.20 | Email to co-counsel team re XX production analysis. |
| 06/06/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.60 | $2,706.60 | Conduct research re: attorney-client privilege XX |
| 06/09/2025 | Nathan, Aaron | Willkie | 2.10 | $3,257.10 | revise XX rule 11 reply (1.5); revise BL Rule 11 reply (.6). |
| 06/12/2025 | Hudson, Esra A | Manatt | 0.30 | $348.30 | Strategize regarding XX from Lively motion to dismiss order. |
| 06/19/2025 | Nathan, Aaron | Willkie | 3.40 | $5,273.40 | Research/analysis re motion to dismiss prospective amended complaint against BL and XX. |
| 08/08/2025 | Moses, Sarah | Manatt | 4.60 | $4,802.40 | Strategy call; telephone conference with marketing expert; exchange emails with counsel for Betty B regarding additional documents; revise Section 47.1 motion; exchange meet and confer correspondence regarding Sourced Intelligence subpoena; prepare documents for intimacy coordinator and DARVO experts; coordinate XX |
| 09/03/2025 | Climaco, Katelyn | Manatt | 0.40 | $336.60 | Evaluate submission of XX connection with B. Lively's 47.1 motion. |
| 11/09/2025 | Hudson, Esra A | Manatt | 0.40 | $464.40 | Review and analyze research regarding "prevailing defendant" issue under 47.1; strategize regarding same XX |
| | **TOTALS** | | **319.50** | **$361,403.50** | |

8

Exhibit 6