# EXHIBIT 7

## Examples of Vague Entries

| Category | Hours | Amount |
|---|---|---|
| Review unidentified court filings | 18.3 | $15,666.15 |
| Attention to "workflow" | 11.2 | $14,167.70 |
| Litigation Strategy | 196.2 | $250,937.00 |
| "Sync" entries | 21.9 | $24,024.60 |
| Review of Complaint | 46.3 | $64,381.80 |
| Examples of vague entries relating to motions to dismiss | 191.8 | $217,028.65 |
| **TOTAL** | **485.7** | **$586,205.90** |

1

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/22/2025 | Stern, Zachary | | 0.5 | $265.50 | Review new filings in SDNY cases and memorialize for team review |
| 01/24/2025 | Stern, Zachary | | 0.3 | $159.30 | Review new filings in SDNY cases involving client; memorialize same for team review |
| 01/29/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in SDNY lawsuit and memorialize for team review |
| 01/30/2025 | Stern, Zachary | | 0.4 | $212.40 | Review new filings in SDNY lawsuit and memorialize for team review |
| 02/03/2025 | Stern, Zachary | | 0.3 | $159.30 | Review new filings in SDNY lawsuits; memorialize for team review |
| 02/11/2025 | Stern, Zachary | | 0.3 | $159.30 | Distribute revised assignment tracker and updated case calendar to case team for review |
| 02/13/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in various lawsuits involving client and memorialize for team review. |
| 03/02/2025 | Lee, Jung Hyun (Monica) | | 2.3 | $2,394.30 | Review and analyze filings. |
| 03/03/2025 | Lee, Jung Hyun (Monica) | | 0.7 | $728.70 | Review and analyze filings. |
| 03/03/2025 | Stern, Zachary | | 0.3 | $159.30 | Call with J. Dale re: material updates in case workstreams. |
| 03/05/2025 | Lee, Jung Hyun (Monica) | | 2.5 | $2,602.50 | Review and analyze filings. |
| 03/05/2025 | Stern, Zachary | | 0.1 | $53.10 | Review new filings in various lawsuits involving client and memorialize for team review. |
| 03/06/2025 | Lee, Jung Hyun (Monica) | | 1.2 | $1,249.20 | Review and analyze filings. |
| 03/06/2025 | Stern, Zachary | | 0.1 | $53.10 | Correspond with A. Orlov re: review and analysis of Wayfarer Complaint and Ex. A XX. |
| 03/07/2025 | Lee, Jung Hyun (Monica) | | 2.2 | $2,290.20 | Review and analyze filings. |
| 03/10/2025 | Stern, Zachary | | 0.3 | $159.30 | Review new filings in various lawsuits involving client and memorialize for team review. |
| 03/13/2025 | Stern, Zachary | | 0.4 | $212.40 | Review new filings in various lawsuits involving clients and memorialize for team review. |
| 03/15/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in SDNY lawsuits and memorialize for team review. |
| 03/17/2025 | Stern, Zachary | | 0.1 | $53.10 | Correspond with A. Nathan and case team re: proofing and cite-checking motion to dismiss for filing. |
| 03/18/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in various lawsuits involving clients and memorialize for team review. |
| 03/19/2025 | Stern, Zachary | | 0.4 | $212.40 | Review new filings in various lawsuits involving clients and memorialize for team review. |
| 03/20/2025 | Stern, Zachary | | 0.5 | $265.50 | Review new filings in various lawsuits involving clients and memorialize for team review. |

Exhibit 7.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/21/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in various lawsuits involving clients and memorialize for team review. |
| 03/24/2025 | Stern, Zachary | | 0.1 | $53.10 | Correspond with case team re: proofing clients' R&Os in response to Wayfarer First RFPs. |
| 03/25/2025 | Stern, Zachary | | 0.1 | $53.10 | Review new filings in SDNY lawsuit involving client and memorialize for team review. |
| 04/08/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in SDNY lawsuit involving clients and memorialize for team review. |
| 04/15/2025 | Stern, Zachary | | 0.1 | $53.10 | Review filings in various lawsuits involving clients and memorialize for team review. |
| 04/22/2025 | Stern, Zachary | | 0.2 | $106.20 | Memorialize ESI Protocol research for case team review. |
| 04/23/2025 | Stern, Zachary | | 0.2 | $106.20 | Review new filings in various lawsuits involving clients and memorialize for team review. |
| 05/19/2025 | Lee, Jung Hyun (Monica) | | 0.3 | $312.30 | Review filings. |
| 06/09/2025 | Dinino, Brent | Manatt | 0.9 | $554.85 | Analyze newly filed documents. |
| 06/16/2025 | Moses, Sarah | Manatt | 2.3 | $2,401.20 | Review and analyze pleadings. |
| | **TOTALS** | | **18.3** | **$15,666.15** | |

3

Exhibit 7.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/26/2025 | Bender, Kristin | | 3.6 | $5,583.60 | coordinated research regarding various workstreams; circulated response to order to show cause |
| 02/08/2025 | Bender, Kristin | | 0.5 | $775.50 | Corresponded regarding workflow and next steps |
| 02/25/2025 | Bender, Kristin | | 0.8 | $1,240.80 | Attended team weekly meeting regarding associate workflow (.8); |
| 03/10/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Team strategy call regarding Section 47.1's application and procedural options to consider for establishing damages. |
| 03/12/2025 | Lee, Jung Hyun (Monica) | | 0.6 | $624.60 | WFG/Manatt meeting re: workflow. |
| 03/12/2025 | Connolly, Michaela | | 0.5 | $669.50 | Manatt/WFG workflow call (0.5). |
| 04/11/2025 | Bender, Kristin | | 1.1 | $1,706.10 | addressed workflow and process flow (.5); attention to case schedule issues regarding same (.4); conducted team meeting (.2) |
| 04/18/2025 | Bruno, Matthew | Manatt | 0.5 | $504.00 | Strategy team call discussing workflow and upcoming deadlines. |
| 05/27/2025 | Gramajo, Fraylin | Manatt | 1 | $616.50 | Internal meeting to discuss ongoing workflow and deadlines. |
| 06/02/2025 | Gramajo, Fraylin | Manatt | 0.6 | $369.90 | Discuss ongoing strategy regarding upcoming deadlines and workflow. |
| 06/02/2025 | Bruno, Matthew | Manatt | 0.6 | $604.80 | Internal strategy call regarding workflow and upcoming deadlines. |
| 06/04/2025 | Hudson, Esra A | Manatt | 0.4 | $464.40 | Strategize regarding workflow and case management. |
| | **TOTALS** | | **11.2** | **$14,167.70** | |

Exhibit 7.B

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/17/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategize regarding litigation communications. |
| 01/20/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding litigation. |
| 01/20/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Evaluate next steps in factual investigation. |
| 01/20/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Finalize pro hac applications for Lively and Wayfarer actions. |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 1.5 | $1,539.00 | Strategy related to factual and forensic investigation. |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Various correspondence regarding litigation. |
| 01/21/2025 | Salem, Kareem | Manatt | 0.5 | $537.75 | Analyze updated Baldoni SDNY Fact Check work-product in preparation for discussing strategy with S. Roeser. |
| 01/21/2025 | Bender, Kristin | | 2 | $3,102.00 | reviewed anti-SLAPP and similar research |
| 01/22/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Confer with L. Strasberg regarding litigation. |
| 01/22/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Review and respond to correspondence regarding litigation and related communications. |
| 01/22/2025 | Roeser, Stephanie, A. | Manatt | 1.6 | $1,641.60 | Strategy related to factual and forensic investigation. |
| 01/22/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Various correspondence regarding SDNY litigations. |
| 01/22/2025 | Roeser, Stephanie, A. | Manatt | 1.5 | $1,539.00 | Strategy related to litigation communications. |
| 01/23/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation communications. |
| 01/23/2025 | Bender, Kristin | | 5.4 | $8,375.40 | conferred with co-counsel regarding legal strategy and research; attention to letter filing; addressed research workstreams; evaluated prior litigation similar to instant proceeding |
| 01/24/2025 | Mundiya, Tariq | | 0.3 | $637.50 | Communications re case and strategy |
| 01/24/2025 | Epstein, Alan | | 0.7 | $1,071.00 | Call with T. Mundiya; call with M. Gottlieb |
| 01/24/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Various correspondence regarding litigation. |
| 01/25/2025 | Gottlieb, Michael | | 1.8 | $3,596.40 | Emails/calls with legal team and clients re website release, SDNY letters, and litigation strategy issues |
| 01/25/2025 | Mundiya, Tariq | | 1 | $2,125.00 | Communications re case and strategy; further communications re same |
| 01/27/2025 | Stern, Zachary | | 0.7 | $371.70 | Teleconference with case team re: work stream updates and next steps in case; memorialize team meeting notes to create agenda for weekly team meeting |
| 01/27/2025 | Dale, Juliet | | 3 | $2,103.00 | Confer with team re workstreams; research related to types of relevant cases; correspond with team re filing |
| 01/27/2025 | Bender, Kristin | | 5.8 | $8,995.80 | Attention to case overview and team member orientation; attention to case schedule; filed letter regarding counsel conduct; attended call with co-counsel regarding workstreams; attention to schedule order and case litigation schedule |
| 01/28/2025 | Stern, Zachary | | 1.3 | $690.30 | Teleconference with case team re: material updates and next steps in various work streams; create work stream agenda and circulate to team based on meeting |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/29/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence related to litigation. |
| 01/30/2025 | Gottlieb, Michael | | 3.8 | $7,592.40 | Prepare for, participate in, debrief from 26(f) conference and attention to correspondence re same; attention to document preservation and review issues; emails and calls with clients, co-counsel, re same; |
| 01/30/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding litigation and pre-trial conference. |
| 01/31/2025 | Governski, Meryl | | 1.7 | $2,636.70 | co-counsel strategy conversation; miscellaneous case strategy |
| 02/01/2025 | Stern, Zachary | | 0.1 | $53.10 | Revise weekly meetings to reflect material updates in case team composition |
| 02/02/2025 | Roeser, Stephanie, A. | Manatt | 0.9 | $923.40 | Strategy related to factual and forensic investigation. |
| 02/02/2025 | Hudson, Esra A | Manatt | 12 | $13,932.00 | Further prepare for Trial Setting Conference; further prepare, revise and finalize analysis of Wayfarer first amended complaint; review and revise outline for initial status conference; review, revise and finalize memo regarding witness statement; review, analyze and revise analysis regarding motion for stay; strategize regarding further fact investigation. |
| 02/03/2025 | Nathan, Aaron | | 0.9 | $1,395.90 | Participate in Zoom with K. Bender and associate team re case strategy and assignments |
| 02/03/2025 | Bender, Kristin | | 0.8 | $1,240.80 | attended team call regarding next steps (.8) |
| 02/04/2025 | Governski, Meryl | | 1.5 | $2,326.50 | comms/legal strategy conversations (1.5) |
| 02/06/2025 | Stern, Zachary | | 0.4 | $212.40 | Correspond with case team re: time at which defendant Baldoni hired counsel (.1); review and analyze documents to ascertain same (.3) |
| 02/06/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy related to litigation communications. |
| 02/06/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Various correspondence regarding litigation. |
| 02/07/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy regarding further factual investigation. |
| 02/08/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding case strategy. |
| 02/09/2025 | Roeser, Stephanie, A. | Manatt | 1.8 | $1,846.80 | Confer regarding various litigation items and related communications. |
| 02/09/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding litigation. |
| 02/10/2025 | Roeser, Stephanie, A. | Manatt | 1.8 | $1,846.80 | Confer regarding litigation next steps, protective measures, and related communications; prepare for the same. |
| 02/11/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Various correspondence regarding case strategy. |
| 02/12/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy and analysis related to forensic investigation. |
| 02/19/2025 | Roeser, Stephanie, A. | Manatt | 1.4 | $1,436.40 | Confer regarding litigation communications; prepare for the same. |
| 02/21/2025 | Biagiotti, Vincent | | 0.2 | $238.00 | Confer with K. Bender to discuss case strategy (.2) |
| 02/24/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Confer regarding litigation communications and related strategy. |
| 02/24/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Litigation team sync. |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/25/2025 | Biagiotti, Vincent | | 1.3 | $1,547.00 | confer with team re: ongoing workstreams (.5); confer with A. Orlov re: ongoing workstreams (.3); confer with K. Bender re: requests and objections (.5) |
| 02/25/2025 | Nathan, Aaron | | 0.5 | $775.50 | Participate in weekly Zoom with K. Bender and associate team re case strategy |
| 02/26/2025 | Nathan, Aaron | | 0.5 | $775.50 | Participate in Zoom with M. Gottlieb, M. Governski, K. Bender, S. Roeser, and E. Hudson re legal strategy |
| 02/28/2025 | Gottlieb, Michael | | 1.2 | $2,397.60 | Meeting with clients to discuss litigation strategy issues |
| 02/28/2025 | Nathan, Aaron | | 0.5 | $775.50 | Participate in Zoom with M. Gottlieb, K. Bender, S. Roeser, E. Hudson re legal strategy |
| 02/28/2025 | Biagiotti, Vincent | | 0.3 | $357.00 | Confer with team re: workstreams (.1); confer with A. Orlov re: responses and objections (.2) |
| 03/03/2025 | Lee, Jung Hyun (Monica) | | 0.3 | $312.30 | Associate team meeting re: workstreams. |
| 03/03/2025 | Stern, Zachary | | 0.7 | $371.70 | Call and correspond with case team re: material updates in ongoing case workstreams. |
| 03/03/2025 | Stern, Zachary | | 0.3 | $159.30 | Call with J. Dale re: material updates in case workstreams. |
| 03/04/2025 | Connolly, Michaela | | 6.5 | $8,703.50 | BL background review (6.0); internal team call (0.50). |
| 03/05/2025 | Nathan, Aaron | | 1.7 | $2,636.70 | Participate in standing zoom with Willkie and co-counsel teams re legal strategy. |
| 03/07/2025 | Nathan, Aaron | | 0.6 | $930.60 | Participate in weekly zoom with co-counsel re legal strategy. |
| 03/07/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Litigation team sync regarding motions to dismiss. |
| 03/07/2025 | Nathan, Aaron | | 0.4 | $620.40 | Participate in weekly zoom with co-counsel team re legal strategy. |
| 03/10/2025 | Nathan, Aaron | | 1 | $1,551.00 | Participate in zoom with Manatt team re BL privilege arguments and damages issues. |
| 03/10/2025 | Stern, Zachary | | 0.1 | $53.10 | Correspond with M. Connolly and case team re: call with co-counsel. |
| 03/10/2025 | Governski, Meryl | | 1.4 | $2,171.40 | team calls (1.4) |
| 03/10/2025 | Nathan, Aaron | | 1.5 | $2,326.50 | Participate in standing zoom with Willkie and Manatt teams re legal strategy. |
| 03/10/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to litigation communications. |
| 03/10/2025 | Gottlieb, Michael | | 0.8 | $1,598.40 | Legal strategy calls (0.8); |
| 03/11/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Various correspondence related to litigation. |
| 03/11/2025 | Bender, Kristin | | 1.2 | $1,861.20 | attention to vendor issues, with L. Strasberg (.2);attended attorney call regarding workstreams (1.0) |
| 03/12/2025 | Stern, Zachary | | 0.1 | $53.10 | Correspond with J. Dale and A. Adams-Jack re: updated case calendar for material deadlines in various lawsuits involving client. |

7

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/12/2025 | Adams-Jack, Autumn | | 2.5 | $2,602.50 | research response and objection precedent (2.0); confer with co-counsel regarding delegation of work (.5) |
| 03/12/2025 | Climaco, Katelyn | Manatt | 0.6 | $504.90 | Review Wayfarer Parties' opposition to Sloane's motion to dismiss for additional contention requests for production. |
| 03/12/2025 | Nathan, Aaron | | 1.4 | $2,171.40 | Participate in standing zoom with Willkie and Manatt teams re legal strategy. |
| 03/12/2025 | Stern, Zachary | | 0.5 | $265.50 | Teleconference with case team and co-counsel re: material updates in case. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy related to litigation communications. |
| 03/14/2025 | Climaco, Katelyn | Manatt | 0.7 | $589.05 | Attend litigation team meeting. |
| 03/14/2025 | Nathan, Aaron | | 1.8 | $2,791.80 | Participate in standing zoom with co-counsel team re legal strategy. |
| 03/16/2025 | Gottlieb, Michael | | 0.8 | $1,598.40 | legal strategy call with legal teams (.8) |
| 03/17/2025 | Gottlieb, Michael | | 1 | $1,998.00 | legal strategy call with legal team (1.0). |
| 03/19/2025 | Nathan, Aaron | | 2 | $3,102.00 | Participate in standing zooms with co-counsel team re legal strategy. |
| 03/21/2025 | Hudson, Esra A | Manatt | 1.5 | $1,741.50 | Prepare for and participate in legal team strategy meeting. |
| 03/21/2025 | Nathan, Aaron | | 1.7 | $2,636.70 | Participate in zoom with co-counsel team re legal strategy. |
| 03/24/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Evaluate upcoming motion to dismiss briefing deadlines. |
| 03/24/2025 | Nathan, Aaron | | 0.7 | $1,085.70 | Participate in zoom with co-counsel team re legal strategy. |
| 03/25/2025 | Roeser, Stephanie, A. | Manatt | 1.9 | $1,949.40 | Sync regarding litigation strategy as well as factual and forensic investigation. |
| 03/25/2025 | Grumer, Carl L | Manatt | 1.5 | $1,957.50 | Meeting with B. Dinino. |
| 03/25/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Further strategy related to forensic investigation. |
| 03/25/2025 | Hudson, Esra A | Manatt | 3.5 | $4,063.50 | Prepare for and participate in strategy meeting; debrief regarding same. |
| 03/26/2025 | Hudson, Esra A | Manatt | 0.8 | $928.80 | Team meeting regarding Manatt work stream. |
| 03/26/2025 | Nathan, Aaron | | 1 | $1,551.00 | Participate in zoom with co-counsel team re legal strategy. |
| 03/26/2025 | Climaco, Katelyn | Manatt | 1 | $841.50 | Attend litigation team meeting. |
| 03/28/2025 | Biagiotti, Vincent | | 0.5 | $595.00 | Attend weekly team call (.5). |
| 03/28/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Sync regarding litigation communications. |
| 03/31/2025 | Hudson, Esra A | Manatt | 0.9 | $1,044.90 | Legal strategy team call. |
| 03/31/2025 | Nathan, Aaron | | 1.3 | $2,016.30 | Participate in zoom with co-counsel team re legal strategy. |
| 03/31/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Confer with litigation team regarding service lists. |
| 04/01/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding litigation. |
| 04/01/2025 | Dale, Juliet | | 0.5 | $350.50 | attend weekly team meeting (.5); |
| 04/01/2025 | Stern, Zachary | | 0.2 | $106.20 | Memorialize weekly team meeting notes and action items for team review. |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/02/2025 | Bender, Kristin | | 0.5 | $775.50 | attention to team legal meeting (.5). |
| 04/07/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 04/08/2025 | Adams-Jack, Autumn | | 1 | $1,041.00 | Confer internally regarding pending tasks (1.0) |
| 04/11/2025 | Biagiotti, Vincent | | 0.2 | $238.00 | Confer with team re: ongoing workstreams (.2) |
| 04/11/2025 | Nathan, Aaron | | 1.6 | $2,481.60 | Participate in zoom with co-counsel team re legal strategy. |
| 04/11/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Various correspondence regarding discovery and other case strategy. |
| 04/14/2025 | Governski, Meryl | | 0.9 | $1,395.90 | Standing co-counsel call (.9) |
| 04/16/2025 | Nathan, Aaron | | 1.8 | $2,791.80 | Participate in zoom with co-counsel team re legal strategy. |
| 04/17/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy related to third party subpoena to WME. |
| 04/18/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 04/18/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Attend litigation team meeting. |
| 04/18/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Review and revise document requests and subpoena to WME. |
| 04/18/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 04/21/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 04/21/2025 | Nathan, Aaron | | 0.4 | $620.40 | Participate in zoom with co-counsel team re legal strategy. |
| 04/22/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Confer with M. Bruno regarding case timeline. |
| 04/22/2025 | Nathan, Aaron | | 0.9 | $1,395.90 | Participate in zoom with co-counsel team re legal strategy. |
| 04/23/2025 | Nathan, Aaron | | 0.1 | $155.10 | Phone call with K. Bender re legal strategy. |
| 04/23/2025 | Nathan, Aaron | | 0.9 | $1,395.90 | Participate in zoom with co-counsel team re legal strategy. |
| 04/25/2025 | Nathan, Aaron | | 0.5 | $775.50 | Participate in zoom with co-counsel team re legal strategy. |
| 04/25/2025 | Governski, Meryl | | 0.5 | $775.50 | Participate in weekly strategy co-counsel conversation |
| 04/25/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding ongoing discovery and motions to dismiss. |
| 04/28/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Strategy regarding litigation-related communications. |
| 04/28/2025 | Nathan, Aaron | | 0.7 | $1,085.70 | Participate in zoom with co-counsel team re legal strategy. |
| 04/28/2025 | Governski, Meryl | | 0.5 | $775.50 | co-counsel strategy session (.5); |
| 04/28/2025 | Bender, Kristin | | 0.5 | $775.50 | attended lawyers calls (.5) |
| 04/29/2025 | Stern, Zachary | | 0.4 | $212.40 | Teleconference with case team re: material updates in case strategy. |
| 04/29/2025 | Nathan, Aaron | | 0.3 | $465.30 | Telecon with M. Taustine re Rule 11 briefing. |
| 04/30/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in Zoom with co-counsel team re legal strategy. |
| 04/30/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy regarding litigation-related communications. |
| 05/02/2025 | Nathan, Aaron | | 1.5 | $2,326.50 | Participate in zoom with co-counsel team re legal strategy. |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/02/2025 | Governski, Meryl | | 1 | $1,551.00 | Co-counsel strategy session (1) |
| 05/05/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/05/2025 | Governski, Meryl | | 1.3 | $2,016.30 | co-counsel strategy conversation (1); review talking points re same (.3); |
| 05/05/2025 | Nathan, Aaron | | 1.2 | $1,861.20 | Participate in Zoom with co-counsel team re legal strategy. |
| 05/07/2025 | Nathan, Aaron | | 1.5 | $2,326.50 | Participate in zoom with co-counsel re legal strategy. |
| 05/07/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/09/2025 | Nathan, Aaron | | 0.5 | $775.50 | Zoom with co-counsel team re legal strategy. |
| 05/09/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/12/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy regarding litigation-related communications. |
| 05/12/2025 | Nathan, Aaron | | 0.9 | $1,395.90 | Participate in zoom with co-counsel re legal strategy. |
| 05/14/2025 | Nathan, Aaron | | 1.6 | $2,481.60 | Participate in zoom with co-counsel re legal strategy. |
| 05/15/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/16/2025 | Roeser, Stephanie, A. | Manatt | 5.9 | $6,053.40 | Strategy regarding litigation-related communications. |
| 05/16/2025 | Nathan, Aaron | | 0.6 | $930.60 | Participate in zoom with co-counsel re legal strategy. |
| 05/16/2025 | Gottlieb, Michael | | 0.6 | $1,198.80 | attend counsel telecons (0.6). |
| 05/16/2025 | Bender, Kristin | | 0.5 | $775.50 | Attended partner call (.5); |
| 05/19/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/20/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 05/20/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Prepare for and attend litigation meeting. |
| 05/21/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 05/21/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy regarding litigation-related communications. |
| 05/22/2025 | Nathan, Aaron | | 0.6 | $930.60 | Zoom with co-counsel team re legal strategy. |
| 05/23/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 05/23/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy regarding litigation-related communications. |
| 05/23/2025 | Bender, Kristin | | 0.8 | $1,240.80 | Attended partner calls. |
| 05/27/2025 | Nathan, Aaron | | 0.4 | $620.40 | Call with K. Bender re case updates and legal strategy. |
| 05/27/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Strategy regarding litigation-related communications. |
| 05/28/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Strategy regarding litigation-related communications. |
| 05/28/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Various correspondence regarding further factual investigation and case strategy. |
| 05/28/2025 | Hudson, Esra A | Manatt | 2.5 | $2,902.50 | Prepare for team strategy meeting; review and revise deliverables for same. |
| 05/29/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 05/29/2025 | Adams, Kashia | | 0.5 | $176.50 | Printed documents for in-person meeting |
| 05/29/2025 | Climaco, Katelyn | Manatt | 5.1 | $4,291.65 | Attend litigation strategy meeting. |
| 05/30/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy regarding litigation-related communications. |
| 05/30/2025 | Climaco, Katelyn | Manatt | 1 | $841.50 | Strategize regarding litigation meeting. |
| 06/02/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 06/02/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy regarding litigation-related communications. |
| 06/02/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Attend litigation team meeting. |
| 06/02/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Prepare for and run team meeting regarding discovery and document review. |
| 06/04/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Legal strategy meeting. |
| 06/04/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| 06/04/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 06/05/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy regarding litigation-related communications. |
| 06/06/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Manatt legal team strategy and work flow meeting. |
| 06/06/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 06/06/2025 | Bender, Kristin | | 0.5 | $775.50 | Attended partner call regarding workstreams and next steps (.5) |
| 06/06/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Further review, revise and strategize regarding Lively reply in support of Rule 11 motion. |
| 06/09/2025 | Roeser, Stephanie, A. | Manatt | 1.4 | $1,436.40 | Strategy related to Litigation-related communications. |
| 06/09/2025 | Nathan, Aaron | | 1.3 | $2,016.30 | Participate in zoom meeting with co-counsel team re legal strategy. |
| 06/13/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy regarding litigation-related communications. |
| 06/16/2025 | Climaco, Katelyn | Manatt | 0.8 | $673.20 | Attend strategy meeting with associates. |
| 06/16/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to litigation related communications. |
| 06/18/2025 | Nathan, Aaron | | 1.8 | $2,791.80 | Participate in zoom with co-counsel team re legal strategy. |
| 06/18/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Legal strategy call. |
| 06/20/2025 | Connolly, Michaela | | 1 | $1,339.00 | internal strategy call (0.4); strategy call with co-counsel (0.6). |
| 06/20/2025 | Nathan, Aaron | | 1 | $1,551.00 | Participate in zoom with co-counsel team re legal strategy (1.0). |
| 06/23/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Participate in zoom with co-counsel team re legal strategy. |
| | **TOTALS** | | **196.2** | **$250,937.00** | |

Exhibit 7.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/10/2025 | Roeser, Stephanie, A. | Manatt | 1.6 | $1,641.60 | Litigation team sync regarding protective order, request for deadline extension, and discovery. |
| 02/24/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Litigation team sync. |
| 03/03/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Sync with litigation team regarding discovery and motions to dismiss. |
| 03/07/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Litigation team sync regarding motions to dismiss. |
| 03/07/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Sync regarding litigation communications. |
| 03/10/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Litigation team sync regarding motions to dismiss and discovery; prepare for the same. |
| 03/12/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Litigation team sync regarding motion to dismiss claims against B. Lively. |
| 03/12/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Litigation team sync regarding ongoing discovery issues and factual investigation. |
| 03/14/2025 | Gottlieb, Michael | | 1.6 | $3,196.80 | Litigation strategy call and communications sync calls (1.3); review/revise interrogatories (0.3). |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Litigation team sync regarding motions to dismiss, discovery, and factual investigation. |
| 03/17/2025 | Roeser, Stephanie, A. | Manatt | 1.5 | $1,539.00 | Sync regarding communications concerning motions to dismiss. |
| 03/24/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Evaluate upcoming motion to dismiss briefing deadlines. |
| 03/24/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Sync regarding litigation communications. |
| 03/25/2025 | Roeser, Stephanie, A. | Manatt | 1.9 | $1,949.40 | Sync regarding litigation strategy as well as factual and forensic investigation. |
| 03/26/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Sync regarding upcoming litigation deadlines and related communications. |
| 03/26/2025 | Roeser, Stephanie, A. | Manatt | 1.1 | $1,128.60 | Internal sync regarding ongoing discovery and further factual investigations. |
| 03/28/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Sync regarding litigation communications. |
| 03/31/2025 | Roeser, Stephanie, A. | Manatt | 0.9 | $923.40 | Sync regarding motions to dismiss. |
| 04/02/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Confer regarding motion to dismiss related communications; strategy related to the same. |
| 04/07/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Sync regarding communications related to motions to dismiss. |
| 04/07/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Litigation team sync regarding responses to Wayfarer discovery. |
| 04/09/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Sync regarding B. Lively motion to dismiss Wayfarer claims. |
| 04/11/2025 | Roeser, Stephanie, A. | Manatt | 1.1 | $1,128.60 | Sync regarding outstanding discovery and Wayfarer motion to amend complaint. |
| 04/11/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Various correspondence regarding discovery and other case strategy. |
| 04/14/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Litigation team sync regarding ongoing discovery and factual investigation. |
| 09/10/2025 | Roeser, Stephanie, A. | Manatt | 0.9 | $923.40 | Sync regarding deposition schedule, document productions, and spoliation. |
| | **TOTALS** | | **21.9** | **$24,024.60** | |

12

Exhibit 7.D

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/16/2025 | Bender, Kristin | | 6.1 | $9,461.10 | Attention to complaint; research regarding potential claims and defense and adjacent work |
| 01/16/2025 | Gottlieb, Michael | | 2.9 | $5,794.20 | Attention to new lawsuit filed against BL and XX; meet with clients and co-counsel re statements, responses, and likely legal strategy |
| 01/16/2025 | Roeser, Stephanie, A. | Manatt | 3.1 | $3,180.60 | Analyze Wayfarer SDNY complaint. |
| 01/17/2025 | Roeser, Stephanie, A. | Manatt | 1.6 | $1,641.60 | Analyze Wayfarer's SDNY complaint; evaluate response to the same. |
| 01/20/2025 | Bender, Kristin | | 2.5 | $3,877.50 | Attention to Complaint fact check and anti-SLAPP research |
| 01/31/2025 | Gottlieb, Michael | | 3 | $5,994.00 | Attention to amended Complaint and attached document; numerous calls/emails with co-counsel team, clients re response to same |
| 01/31/2025 | Roeser, Stephanie, A. | Manatt | 4.5 | $4,617.00 | Review amended complaint and Exhibit A. |
| 02/01/2025 | Climaco, Katelyn | Manatt | 1 | $841.50 | Review amended complaint filed by Wayfarer Parties. |
| 02/01/2025 | Gottlieb, Michael | | 2.3 | $4,595.40 | Attention to Amended Complaint; review/analyze attachment |
| 02/01/2025 | Governski, Meryl | | 1.5 | $2,326.50 | Review Amended Complaint exhibit (1.5) |
| 02/02/2025 | Nathan, Aaron | | 0.8 | $1,240.80 | Review defendants Amended Complaint |
| 02/04/2025 | Gottlieb, Michael | | 2 | $3,996.00 | Attention to Amended Complaint, allegations, potential extension; multiple telecons/emails with clients and legal team re above |
| 02/06/2025 | Gottlieb, Michael | | 1.7 | $3,396.60 | Attention to Amended Complaint, numerous emails/calls with clients, legal team, and XX re same |
| 02/12/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Various correspondence regarding amended complaint and discovery. |
| 02/13/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding amended complaint and discovery. |
| 03/03/2025 | Bruno, Matthew | Manatt | 2 | $2,016.00 | Review amended complaint and revise draft brief section addressing civil extortion and false light. |
| 03/04/2025 | Bruno, Matthew | Manatt | 8 | $8,064.00 | Review amended complaint and draft revised statement of facts and procedural history (3); review, edit, and revise arguments relating to false light, extortion, and breach of implied covenant (4); supplemental legal research regarding potential defenses to assert as part of forthcoming motion (1). |
| 03/07/2025 | Bruno, Matthew | Manatt | 2.6 | $2,620.80 | Review amended complaint, edit and revise draft statement of facts and allegations contained therein, in support of motion to dismiss. |
| | **TOTALS** | | **46.3** | **$64,381.80** | |

Exhibit 7.E

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/21/2025 | Nathan, Aaron | | 1.8 | $2,791.80 | Research re anti-SLAPP strategy and motion to dismiss Wayfarer et al Complaint; attention to email re same |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Review research related to motion to dismiss Wayfarer SDNY complaint. |
| 01/21/2025 | Roeser, Stephanie, A. | Manatt | 2.1 | $2,154.60 | Evaluate motion to dismiss arguments; review research related to the same. |
| 01/22/2025 | Gottlieb, Michael | | 1.8 | $3,596.40 | Emails, messages, calls with clients, M. Governski, and co-counsel re MTD strategy document review |
| 01/23/2025 | Roeser, Stephanie, A. | Manatt | 4.1 | $4,206.60 | Analyze research related to motion to dismiss Wayfarer SDNY action; strategy related to the same. |
| 01/26/2025 | Gottlieb, Michael | | 1.5 | $2,997.00 | attention to MTD strategy; emails/calls with clients and legal team re same |
| 01/27/2025 | Dale, Juliet | | 5 | $3,505.00 | claims research related to motion to dismiss |
| 01/31/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Research regarding motion to dismiss. |
| 02/04/2025 | Roeser, Stephanie, A. | Manatt | 3.1 | $3,180.60 | Further research related to Lively motion to dimiss. |
| 02/05/2025 | Bender, Kristin | | 0.8 | $1,240.80 | attention to motion to dismiss coverage (.8) |
| 02/06/2025 | Bender, Kristin | | 0.3 | $465.30 | attention to motion to dismiss research and workflow (.3); |
| 02/06/2025 | Nathan, Aaron | | 5.3 | $8,220.30 | Legal research for motion to dismiss Amended Complaint (4.1); draft same (1.2) |
| 02/10/2025 | Bender, Kristin | | 0.8 | $1,240.80 | attention to motion to dismiss (.8); |
| 02/10/2025 | Nathan, Aaron | | 1 | $1,551.00 | Legal research for motion to dismiss Amended Complaint (.5); draft same (.5); |
| 02/19/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy related to motion to dismiss. |
| 02/24/2025 | Governski, Meryl | | 1.5 | $2,326.50 | communicate re MTD strategy (.5); research false light (1) |
| 02/24/2025 | Climaco, Katelyn | Manatt | 1.5 | $1,262.25 | Strategize regarding Lively motion to dismiss. |
| 02/25/2025 | Climaco, Katelyn | Manatt | 0.8 | $673.20 | Strategize regarding Lively motion to dismiss. |
| 02/25/2025 | Roeser, Stephanie, A. | Manatt | 1.8 | $1,846.80 | Strategy related to Lively motion to dismiss and discovery. |
| 03/02/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Further strategize regarding Lively motion to dismiss. |
| 03/04/2025 | Drenga, Deanna | | 1.7 | $1,769.70 | Attention to motion to dismiss |
| 03/04/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Strategize regarding motion to dismiss. |
| 03/04/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/04/2025 | Roeser, Stephanie, A. | Manatt | 3.7 | $3,796.20 | Further research related to motion to dismiss claims against B. Lively. |
| 03/05/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/06/2025 | Climaco, Katelyn | Manatt | 2.9 | $2,440.35 | Strategize regarding motion to dismiss. |
| 03/06/2025 | Climaco, Katelyn | Manatt | 2.5 | $2,103.75 | Research case law cited in motion to dismiss and revise the same. |
| 03/06/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review case law supporting motion to dimiss claims against B. Lively. |

14

Exhibit 7.F

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/07/2025 | Climaco, Katelyn | Manatt | 0.9 | $757.35 | Strategize regarding motion to dismiss. |
| 03/07/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/09/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/10/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Further strategy regarding privilege issues for Lively motion to dismiss. |
| 03/11/2025 | Gottlieb, Michael | | 1 | $1,998.00 | Attention to BL MTD, emails/calls re same (1.0) |
| 03/13/2025 | Gottlieb, Michael | | 1.2 | $2,397.60 | Attention to BL MTD, edits to same, confer with legal team re same (1.2) |
| 03/13/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Further strategy related to motion to dismiss claims against B. Lively. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 1.1 | $1,128.60 | Further strategy related to motion to dismiss claims against B. Lively. |
| 03/15/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/16/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/17/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/18/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to motion to dismiss claims against B. Lively. |
| 03/19/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Review Wayfarer opposition to Sloane motion to stay discovery; strategy related to the same. |
| 03/20/2025 | Dale, Juliet | | 0.5 | $350.50 | review BL's MTD (.4); circulate deadlines for motion to dismiss replies (.1) |
| 03/31/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy related to motion to dismiss related communications. |
| 03/31/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to reply in support of B. Lively motion to dismiss Wayfarer Party claims. |
| 04/01/2025 | Governski, Meryl | | 0.5 | $775.50 | Strategize re MTD reply briefing (.5); |
| 04/01/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Plan and prepare to draft reply in support of motion to dismiss claims against B. Lively. |
| 04/03/2025 | Gramajo, Fraylin | Manatt | 4 | $2,466.00 | Conduct legal research to support Reply to defendant's opposition to motion to dismiss. |
| 04/03/2025 | Gottlieb, Michael | | 0.9 | $1,798.20 | Attention to BL MTD reply briefs, emails/calls re same |
| 04/03/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Plan and prepare for reply in support of motion to dismiss Wayfarer claims against B. Lively. |
| 04/03/2025 | Hudson, Esra A | Manatt | 3.8 | $4,411.80 | Review and strategize regarding Wayfarer Parties' opposition to Lively motion to dismiss; begin outline of reply. |
| 04/04/2025 | Gramajo, Fraylin | Manatt | 5 | $3,082.50 | Conduct legal research in support of reply to opposition to motion to dismiss. |
| 04/04/2025 | Hudson, Esra A | Manatt | 2.7 | $3,134.70 | Further review and analysis of Wayfarer Parties' opposition to Lively motion to dismiss; further outline of research and drafting plan for reply. |

15

Exhibit 7.F

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/04/2025 | Roeser, Stephanie, A. | Manatt | 2.4 | $2,462.40 | Continue to draft reply in support of B. Lively motion to dismiss Wayfarer claims; strategy related to the same. |
| 04/04/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Strategy related to reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/04/2025 | Roeser, Stephanie, A. | Manatt | 2.2 | $2,257.20 | Draft reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/04/2025 | Roeser, Stephanie, A. | Manatt | 2.2 | $2,257.20 | Research related to reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/04/2025 | Bruno, Matthew | Manatt | 3.3 | $3,326.40 | Begin draft reply brief for B.L. in further support of motion to dismiss. |
| 04/05/2025 | Bender, Kristin | | 8.5 | $13,183.50 | Reviewed motion to dismiss materials across defendants and plaintiffs (2.4); drafted reply in support of motion to dismiss (4.4); researched applicable cases in connection with draft (1.7) |
| 04/05/2025 | Roeser, Stephanie, A. | Manatt | 3.6 | $3,693.60 | Continue to draft reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/05/2025 | Bruno, Matthew | Manatt | 7.3 | $7,358.40 | Review Wayfarer opposition and draft B.L. reply in further support of motion to dismiss. |
| 04/05/2025 | Roeser, Stephanie, A. | Manatt | 3.2 | $3,283.20 | Further research regarding reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/05/2025 | Hudson, Esra A | Manatt | 2.5 | $2,902.50 | Review and revise draft of reply in support of motion to dismiss. |
| 04/06/2025 | Bruno, Matthew | Manatt | 5.2 | $5,241.60 | Complete draft brief B.L. reply brief in further support of motion to dismiss. |
| 04/06/2025 | Bruno, Matthew | Manatt | 0.8 | $806.40 | Strategy call with E. Hudson and S. Roeser, discussing brief in opposition and forthcoming reply brief in support of B.L. motion to dismiss. |
| 04/06/2025 | Hudson, Esra A | Manatt | 1.6 | $1,857.60 | Further strategize regarding reply in support of Lively motion to dismiss. |
| 04/06/2025 | Roeser, Stephanie, A. | Manatt | 3.3 | $3,385.80 | Draft reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/06/2025 | Roeser, Stephanie, A. | Manatt | 2.9 | $2,975.40 | Further draft reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/07/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Strategy related to reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/07/2025 | Hudson, Esra A | Manatt | 7.5 | $8,707.50 | Review and revise reply in support of Lively motion to dismiss; strategize regarding same. |
| 04/07/2025 | Roeser, Stephanie, A. | Manatt | 3.1 | $3,180.60 | Revise reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/08/2025 | Hudson, Esra A | Manatt | 5.6 | $6,501.60 | Further review and revise reply in support of Lively motion to dismiss. |
| 04/08/2025 | Nathan, Aaron | | 1.1 | $1,706.10 | Revise reply in support of BL MTD. |
| 04/08/2025 | Bruno, Matthew | Manatt | 4 | $4,032.00 | Review, edit and revise draft reply brief in support of B.L. motion to dismiss. |

Exhibit 7.F

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/08/2025 | Roeser, Stephanie, A. | Manatt | 1.7 | $1,744.20 | Further revise reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/08/2025 | Nathan, Aaron | | 1.7 | $2,636.70 | Legal research for reply in support BL MTD. |
| 04/09/2025 | Nathan, Aaron | | 1 | $1,551.00 | Revise reply in support of BL MTD. |
| 04/09/2025 | Gottlieb, Michael | | 2.5 | $4,995.00 | attention to BL MTD reply brief draft, emails/calls re same (2.5) |
| 04/09/2025 | Bruno, Matthew | Manatt | 0.8 | $806.40 | Review and assess draft revisions to B.L. reply brief in support of motion to dismiss. |
| 04/09/2025 | Hudson, Esra A | Manatt | 3.2 | $3,715.20 | Further review and revise reply in support of Lively motion to dismiss. |
| 04/09/2025 | Roeser, Stephanie, A. | Manatt | 2.2 | $2,257.20 | Continue to review and revise reply in support of B. Lively motion to dismiss Wayfarer claims; strategy related to the same. |
| 04/09/2025 | Bruno, Matthew | Manatt | 3.4 | $3,427.20 | Review, edit and revise draft reply brief in further support of B.L. motion to dismiss. |
| 04/09/2025 | Roeser, Stephanie, A. | Manatt | 3.8 | $3,898.80 | Further revise reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/10/2025 | Gottlieb, Michael | | 1.6 | $3,196.80 | review/revise BL MTD reply, emails/calls with E. Hudson, Willkie team re same (1.6). |
| 04/10/2025 | Biagiotti, Vincent | | 2.8 | $3,332.00 | Review and analyze Lively MTD and reply (2.8) |
| 04/10/2025 | Hudson, Esra A | Manatt | 3.8 | $4,411.80 | Finalize reply in support of Lively motion to dismiss; meet with client regarding same. |
| 04/10/2025 | Roeser, Stephanie, A. | Manatt | 4.5 | $4,617.00 | Revise and finalize reply in support of B. Lively motion to dismiss Wayfarer claims. |
| 04/10/2025 | Bruno, Matthew | Manatt | 5 | $5,040.00 | Finalize and complete revisions to draft reply brief in further support of motion to dismiss. |
| 04/18/2025 | Roeser, Stephanie, A. | Manatt | 0.9 | $923.40 | Strategy related to Rule 11 motions. |
| 04/21/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Various correspondence regarding discovery, ESI stipulatiaion, and Rule 11 notices. |
| 04/23/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Review analysis of WME production. |
| 04/25/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding ongoing discovery and motions to dismiss. |
| 04/28/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Strategy regarding ongoing discovery and motions to dismiss. |
| 06/09/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Strategize regarding Rule 11 reply in light of motion to dismiss order; review and revise same. |
| | **TOTALS** | | **191.8** | **$217,028.65** | |

Exhibit 7.F