# EXHIBIT 8

| Not Wayfarer Case | | |
|---|---|---|
| **Category** | **Hours** | **Amount** |
| Lively Affirmative Action | 210.8 | $242,050.90 |
| Jonesworks | 23.8 | $24,784.00 |
| NYT | 18.2 | $20,247.90 |
| Sloane | 24.6 | $21,992.20 |
| **TOTAL** | **277.4** | **$309,075.00** |

1

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/16/2025 | Schur, David, T. | Manatt | 0.3 | $297.00 | Continue work on NY, NYC and NJ issues memo. |
| 01/22/2025 | Hudson, Esra A | Manatt | 8 | $9,288.00 | Review and advise regarding counsel's request for continuance; further strategy regarding 202 statement; various telephone calls regarding legal and communications issues; review motion to extend time to answer and strategize regarding same; review and strategize regarding order for trial setting conference; follow up regarding pro hac vice; strategize regarding witness list, cast and crew list; attend to data forensics; further review of social media sentiment. |
| 01/23/2025 | Roeser, Stephanie, A. | Manatt | 1.6 | $1,641.60 | Analyze research regarding applicability and scope of New York employment laws. |
| 01/23/2025 | Roeser, Stephanie, A. | Manatt | 2.1 | $2,154.60 | Evaluate further factual investigation (including witnesses) and discovery. |
| 01/27/2025 | Governski, Meryl | Willkie | 10.3 | $15,975.30 | Strategy conversation with L. Strasburg; attend to client document investigation, collection and management; communications re litigation; internal team strategy conversation |
| 01/29/2025 | Schur, David, T. | Manatt | 3.7 | $3,663.00 | Continue research and drafting of memo on NYC, NY and NJ issues. |
| 01/29/2025 | Climaco, Katelyn | Manatt | 3.1 | $2,608.65 | Analyze New York conflict of law principles; revise memorandum on eavesdropping statute regarding the same. |
| 01/30/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Review research regarding New York and New Jersey employment laws. |
| 01/30/2025 | Hudson, Esra A | Manatt | 7 | $8,127.00 | Prepare for and strategize for Rule 26(f) conference; engage in same and debrief regarding same; review and revise case management plan and cover letter regarding same; review newly filed letter to court and strategize regarding response; further discuss plan for discovery, analysis of answers to complaint and various admissions, subpoenas; further fact gathering regarding XX and summarize same; further strategy and analysis of motion to dismiss; strategize regarding various XX; review additional fact gathered information and strategize regarding additional fact gathering; further analysis of XX background, and further fact gathering regarding same; summarize same; review Jonesworks order and strategize regarding same; strategize and plan for XX |
| 02/05/2025 | Hudson, Esra A | Manatt | 6.3 | $7,314.30 | strategize regarding witness interviews; review various relevant podcasts; strategize regarding chart of answers to Lively complaint, review and revise same; review and manage case deadlines; strategize regarding fact gathering, communicate with client; draft memo regarding privilege protocol; attend to XX |
| 02/08/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Further evaluate next steps related to factual investigation and discovery. |
| 02/12/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Confer with Wayfarer investigation counsel regarding scope and purpose of investigation; prepare for the same. |
| 02/12/2025 | Schur, David, T. | Manatt | 1.1 | $1,089.00 | Telephone conference with E. Hudson regarding response letter; review letter and notes regarding same; research regarding requirements for harassment investigation (promptness etc.). |
| 02/14/2025 | Gramajo, Fraylin | Manatt | 1 | $616.50 | Review and conduct a cite check to response letter regarding investigation. |
| 02/14/2025 | Schur, David, T. | Manatt | 0.5 | $495.00 | Research regarding duty to investigate even if employee does not want it. |
| 02/15/2025 | Dinino, Brent | Manatt | 2.3 | $1,417.95 | Prepare and serve documents on Wayfarer Parties. |
| 02/17/2025 | Biagiotti, Vincent | Willkie | 1.5 | $1,785.00 | research case law re: harassment with a state agency (1.5); |

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/17/2025 | Biagiotti, Vincent | Willkie | 8.3 | $9,877.00 | Research case law and draft summary re: punitive damage for defamation claims (3.6); research case law and draft summary re: defamation by implication (1.9); research case law re: CRD Complaint perjury (2.0); research case law re: perjury in statements made to state agencies (.8) |
| 02/26/2025 | Drenga, Deanna | Willkie | 6.5 | $6,766.50 | research re statements made by J. Baldoni (6.10); draft analysis of statements made by J. Baldoni (.40) |
| 03/01/2025 | Drenga, Deanna | Willkie | 6 | $6,246.00 | Analyzing J. Baldoni book and podcast transcripts. |
| 03/02/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Draft and strategize regarding XX requests for production. |
| 03/10/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Further strategy regarding privilege issues for Lively motion to dismiss. |
| 03/12/2025 | Hudson, Esra A | Manatt | 1.8 | $2,089.80 | Identify agenda items and further discovery, fact investigation matters for team meeting; attend same. |
| 03/12/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Litigation team sync regarding ongoing discovery issues and factual investigation. |
| 03/12/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy related to pending discovery and document review. |
| 03/14/2025 | Dinino, Brent | Manatt | 1.1 | $678.15 | Identify, evaluate, and apply recently enacted New York statute restricting employers' ability to request access to employees' personal phones. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Litigation team sync regarding motions to dismiss, discovery, and factual investigation. |
| 03/14/2025 | Dinino, Brent | Manatt | 2.2 | $1,356.30 | Coordinate factual investigation and transmission of sensitive documents. |
| 03/18/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Strategy related to status of discovery and further factual investigation. |
| 03/20/2025 | Roeser, Stephanie, A. | Manatt | 1.4 | $1,436.40 | Review Wayfarer Parties' answers to amended complaint; strategy related to the same. |
| 03/21/2025 | Gottlieb, Michael | Willkie | 1 | $1,998.00 | Attention to ESI stip, emails re same (0.2); review of answers, motions, XX re same (0.8). |
| 03/24/2025 | Dinino, Brent | Manatt | 0.8 | $493.20 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint. |
| 03/24/2025 | Bender, Kristin | Willkie | 3.5 | $5,428.50 | Drafted section of reply brief with attention to intentional infliction of emotional distress, circulating. |
| 03/25/2025 | Connolly, Michaela | Willkie | 4.2 | $5,623.80 | Discussed ESI protocol provisions internally (0.4); discussed client companies with K. Bender (0.2); updated internal tracker and discussed workstreams internally (1.2); reviewed/revised document review protocol (1.6); call with LGF and R. Wolkoff re ESI specs/slicing (0.5); discussed answer chart with Z. Stern (0.3). |

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/25/2025 | Roeser, Stephanie, A. | Manatt | 2.2 | $2,257.20 | Confer regarding digital harassment campaigns, forensic investigation into the same and related forensic investigation. |
| 03/26/2025 | Dinino, Brent | Manatt | 2.8 | $1,726.20 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 03/26/2025 | Roeser, Stephanie, A. | Manatt | 1.1 | $1,128.60 | Internal sync regarding ongoing discovery and further factual investigations. |
| 03/27/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Confer with litigation team regarding Actor Loanout Agreement. |
| 03/27/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Evaluate Wayfarer investigation and cease and desisit letter related to the same. |
| 03/27/2025 | Dinino, Brent | Manatt | 1 | $616.50 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 03/28/2025 | Bruno, Matthew | Manatt | 2.5 | $2,520.00 | Legal research on behalf of B.L., regarding defendants' internal investigation and investigative file. |
| 03/28/2025 | Dinino, Brent | Manatt | 2.1 | $1,294.65 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 03/31/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Analyze Wayfarer defendant answers to amended complaint. |
| 03/31/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Various correspondence regarding discovery and other case strategy. |
| 03/31/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Outline dates of media coverage of CRD complaint to create timeline of coverage. |
| 03/31/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Review chart of answers to first amended complaint and strategize regarding Wayfarer first amended complaint. |
| 04/01/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Plan and prepare to draft reply in support of motion to dismiss claims against B. Lively. |
| 04/02/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index and analyze each defendant's answer to our amended complaint. |
| 04/02/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Draft letter brief regarding Wayfarer investigation. |
| 04/04/2025 | Biagiotti, Vincent | Willkie | 0.6 | $714.00 | Research identified parties only relevant to Wayfarer claims (.6); |
| 04/09/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Various correspondence regarding discovery and other case strategy. |
| 04/14/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Litigation team sync regarding ongoing discovery and factual investigation. |
| 04/17/2025 | Dinino, Brent | Manatt | 0.8 | $493.20 | Identify contradictory responses to factual allegations in the answers to our complaint compared to the statements in the opposing complaint. |
| 04/21/2025 | Biagiotti, Vincent | Willkie | 6 | $7,140.00 | Draft Answer to Wayfarer Amended Complaint (5.1); Correspond and confer with team re: revisions to Rule 11 letter (.9); |
| 04/25/2025 | Dinino, Brent | Manatt | 0.9 | $554.85 | Evaluate newly filed amended answers to compare against original answers. |

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/25/2025 | Lee, Jung Hyun (Monica) | Willkie | 2.3 | $2,394.30 | Conduct research re: FEHA cases. |
| 04/27/2025 | Gottlieb, Michael | Willkie | 0.2 | $399.60 | Review letter re Wayfarer investigation, emails re same. |
| 04/28/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Evaluate further factual investigation in connection with Wayfarer requests for production. |
| 04/28/2025 | Bender, Kristin | Willkie | 2.6 | $4,032.60 | Edited investigations letter, circulating (.5); attention to scheduling meet and confer sessions (.3); reviewed research regarding production of financial information, circulating reactions (.3); revised correspondence regarding deficient requests for production (.3); attention to ESI protocol and revisions (1.2); |
| 05/05/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Strategy related to discovery, motions to compel, and further factual investigation. |
| 05/06/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Strategy and analysis of nonprofit reporting issue. |
| 05/06/2025 | Hudson, Esra A | Manatt | 0.8 | $928.80 | Review and strategize regarding B. Lively motion to compel regarding investigation documents. |
| 05/07/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Draft correspondence to Wayfarer counsel regarding investigation; strategy related to the same. |
| 05/07/2025 | Hudson, Esra A | Manatt | 2.3 | $2,670.30 | Further review and revise motion to compel investigation documents. |
| 05/08/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Plan and prepare for meet and confer regarding Wayfarer investigation. |
| 05/09/2025 | Roeser, Stephanie, A. | Manatt | 1 | $1,026.00 | Meet and confer with Wayfarer counsel regarding Wayfarer investigation. |
| 05/09/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Review Jonesworks motion to dismiss. |
| 05/09/2025 | Roeser, Stephanie, A. | Manatt | 1.5 | $1,539.00 | Plan and prepare for conferral regarding Wayfarer investigation. |
| 05/09/2025 | Climaco, Katelyn | Manatt | 1 | $841.50 | Meet and confer regarding investigation discovery. |
| 05/12/2025 | Climaco, Katelyn | Manatt | 4.2 | $3,534.30 | Draft letter motion to compel discovery regarding investigation. |
| 05/12/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Draft summary of conferral regarding Wayfarer investigation. |
| 05/12/2025 | Climaco, Katelyn | Manatt | 0.5 | $420.75 | Strategize regarding motion to compel investigation file. |
| 05/13/2025 | Hudson, Esra A | Manatt | 1.5 | $1,741.50 | Call with client regarding interrogatories; follow up fact investigation. |
| 05/14/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Various correspondence regarding motion to compel regarding Wayfarer investigation. |
| 05/15/2025 | Roeser, Stephanie, A. | Manatt | 1.3 | $1,333.80 | Revise motion to compel regarding Wayfarer investigation. |
| 05/15/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Various correspondence regarding motion to compel regarding Wayfarer investigation. |
| 05/18/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Revise Lively motion to compel regarding Wayfarer investigation. |
| 05/19/2025 | Gottlieb, Michael | Willkie | 0.9 | $1,798.20 | review/revise letter, emails re same (0.6); attention to investigation MTC, emails re same (0.3). |
| 05/19/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Further research related to motion to compel regarding Wayfarer investigation. |
| 05/19/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/20/2025 | Lee, Jung Hyun (Monica) | Willkie | 0.1 | $104.10 | Review article re: Lively business. |
| 05/20/2025 | Drenga, Deanna | Willkie | 0.1 | $104.10 | Analyzing article sent by K. Bender. |

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|-----------|-----------------|------|-------|--------|-----------|
| 05/21/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Strategy related to reply in support of Lively motion to compel regarding Wayfarer investigation. |
| 05/22/2025 | Bender, Kristin | Willkie | 3.1 | $4,808.10 | drafted correspondence to opposing counsel (.3); addressed meet and confer correspondence regarding requests for production and deficiencies, circulating edits (.8); addressed discovery workstreams (1.6); reviewed filing regarding investigation (.2); reviewed investigation privilege log (.2) |
| 05/22/2025 | Nathan, Aaron | Willkie | 0.4 | $620.40 | Attention to motion to compel investigation materials. |
| 05/22/2025 | Roeser, Stephanie, A. | Manatt | 1.8 | $1,846.80 | Draft reply in support of motion to compel regarding Wayfarer investigation; strategy related to the same. |
| 05/22/2025 | Governski, Meryl | Willkie | 0.8 | $1,240.80 | review and comment on opposition to compel investigation materials (.8); |
| 05/23/2025 | Gottlieb, Michael | Willkie | 0.3 | $599.40 | Review reply brief to investigation MTC, emails re same (0.3); |
| 05/23/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Finalize reply in support of Lively motion to compel regarding Wayfarer investigation; correspondence related to the same. |
| 05/23/2025 | Governski, Meryl | Willkie | 0.5 | $775.50 | Review and strategize re motion for leave to file reply ISO motion to compel relating to investigation (.5); |
| 05/27/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to digital forensics. |
| 05/28/2025 | Roeser, Stephanie, A. | Manatt | 3.1 | $3,180.60 | Analyze evidence in support of employment causes of action; prepare offer of proof related to the same. |
| 05/28/2025 | Bruno, Matthew | Manatt | 3.6 | $3,628.80 | Strategize and analyze Lively causes of action and proof needed for trial. |
| 05/28/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Review, edit and revise draft research memorandum regarding affirmative Lively causes of action. |
| 05/28/2025 | Bender, Kristin | Willkie | 7 | $10,857.00 | Reviewed documents for production (2.2); prepared for and attended meet and confer regarding emotional and financial requests for production to Lively (1.5); prepared for all-hands meeting (2.4); attention to legal research regarding emotional damages (.9). |
| 05/30/2025 | Roeser, Stephanie, A. | Manatt | 1.8 | $1,846.80 | Strategy regarding further forensic investigation and discovery related to the same. |
| 06/04/2025 | Gottlieb, Michael | Willkie | 2.3 | $4,595.40 | Attention to party discovery, MTCs, response re emotional harm issue, 30b6 topics, other discovery issues, calls/emails re same (2.6) |
| 06/08/2025 | Bender, Kristin | Willkie | 0.7 | $1,085.70 | Attention to motion to stay opposition and emotional distress motion for clarification. |
| 06/10/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Review order with regard to motion to compel Wayfarer investigation materials; strategy related to the same. |
| 06/10/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Further strategize regarding order regarding investigation documents, scope of same. |
| 06/10/2025 | Bender, Kristin | Willkie | 1.2 | $1,861.20 | attention to case strategy (.6); prepared for and meet and confer regarding emotional distress (.4); attention to staffing (.2). |

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 06/10/2025 | Gottlieb, Michael | Willkie | 2 | $3,996.00 | Follow up from MTD win; attention to correspondence and calls re discovery, emotional harm damages; |
| 10/23/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy related to summary judgment and spoliation deadlines. |
| 10/27/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Strategy call discussing upcoming briefing on motions for summary judgment, unsealing of spoliation exhibits and next steps. |
| 11/06/2025 | Gramajo, Fraylin | Manatt | 0.6 | $369.90 | Strategize summary judgment tasks and spoliation. |
| 11/29/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Legal research regarding pending motions for spoliation and summary judgment. |
| 11/30/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Draft brief section to summary judgment opposition, addressing impact of pending spoliation motion on pending motion for summary judgment. |
| 12/17/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Strategy call regarding anticipated motion for sanction, motions to seal, and presentation for upcoming oral argument on spoliation and summary judgment. |
| 12/30/2025 | Bruno, Matthew | Manatt | 0.3 | $302.40 | Strategy call with M. Connolly regarding continued sealing of documents filed in relation to motion for summary judgment and spoliation. |
| 01/05/2026 | Hudson, Esra A | Manatt | 1.8 | $2,316.60 | Review motion for summary judgment, MJOP and spoliation motions and begin outline of strategy for division of arguments for hearing; various strategy and discussions regarding same. |
| 01/06/2026 | Hudson, Esra A | Manatt | 1 | $1,287.00 | Further prepare motion for summary judgment/MJOP/spoliation preparation outline. |
| 01/19/2026 | Hudson, Esra A | Manatt | 10 | $12,870.00 | Strategize regarding hearing logistics and key documents, evidence, cases and summaries for hearing binders; continue preparation for summary judgment, spoliation and pleadings hearing, reviewing 56.1 statements, key evidence, and reviewing/analyzing cases and case summaries; strategize regarding split of arguments. |
| 01/20/2026 | Moses, Sarah | Manatt | 4.6 | $5,340.60 | Prepare redacted summary judgment and spoliation documents for filing; prepare for summary jugment hearing. |
| 01/21/2026 | Gramajo, Fraylin | Manatt | 3 | $2,281.50 | Conduct legal research to prepare for spoliation and summary judgment hearing. |
| 01/22/2026 | Roeser, Stephanie, A. | Manatt | 3.5 | $3,984.75 | Attend hearing on summary judgment, motion for judgment on pleadings, and spoliation. |
| 01/22/2026 | Roeser, Stephanie, A. | Manatt | 3.1 | $3,529.35 | Prepare for hearing on summary judgment, motion for judgment on pleadings, and spoliation. |
| | **TOTALS** | | **210.8** | **$242,050.90** | |

7

Exhibit 8.A

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/06/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Correspond with case team re: time at which defendant Baldoni hired counsel (.1); review and analyze documents to ascertain same (.3) |
| 03/21/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Various correspondence related to discovery and ESI stipulation. |
| 03/21/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review and respond to correspondence with counsel for L. Sloane regarding ESI stipulation. |
| 03/21/2025 | Bruno, Matthew | Manatt | 1.8 | $1,814.40 | Review Answers filed by Wayfarer Parties in response to amended complaint and analyze third party complaint and counterclaims asserted against Jonesworks. |
| 03/21/2025 | Hudson, Esra A | Manatt | 1.5 | $1,741.50 | Prepare for and participate in legal team strategy meeting. |
| 03/26/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Analyze Abel claims against Jonesworks. |
| 03/31/2025 | Hudson, Esra A | Manatt | 2.5 | $2,902.50 | Review and analyze Abel counterclaims; research regarding same. |
| 04/01/2025 | Hudson, Esra A | Manatt | 2 | $2,322.00 | Review and analyze Jonesworks cross-complaints, related research and case law, and draft analysis related to same. |
| 04/02/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Confer regarding claims asserted by J. Abel. |
| 04/03/2025 | Hudson, Esra A | Manatt | 1.5 | $1,741.50 | Further strategize regarding Jonesworks motions to dismiss. |
| 04/09/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Review and strategize regarding Jonesworks motions to dismiss. |
| 04/10/2025 | Roeser, Stephanie, A. | Manatt | 1.5 | $1,539.00 | Review Jonesworks motions to dismiss. |
| 04/21/2025 | Roeser, Stephanie, A. | Manatt | 0.8 | $820.80 | Confer with Jonesworks' counsel. |
| 05/08/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Review Jones v. Abel complaint and identify key details. |
| 05/09/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Strategy regarding litigation-related communications. |
| 05/09/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Review Jonesworks motion to dismiss. |
| 05/14/2025 | Arriola, Christian | Willkie | 0.5 | $187.00 | Coordinate the loading of Jonesworks productions to Relativity with case team. |
| 05/17/2025 | Climaco, Katelyn | Manatt | 0.6 | $504.90 | Review Jones complaint and documents related to the same. |
| 06/05/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Review court order granting Jonesworks' motion for protective order; strategy related to the same. |
| 10/14/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Confer with Jonesworks regarding spoliation. |
| 12/08/2025 | Bruno, Matthew | Manatt | 4.5 | $4,536.00 | Review, edit and finalize reply brief in further support of spoliation sanctions; review Jonesworks spoliation reply brief and call with counsel regarding same. |
| 12/30/2025 | Bruno, Matthew | Manatt | 1.1 | $1,108.80 | Attend meet and confer with Wayfarer and Jonesworks regarding continued sealing of documents filed in relation to motion for summary judgment and spoliation. |
| | **TOTALS** | | **23.8** | **$24,784.00** | |

8

Exhibit 8.B

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 01/16/2025 | Salem, Kareem | Manatt | 1.1 | $1,183.05 | Critically analyze NYT complaint in preparation for fact-checking multiple paragraphs of new Wayfarer complaint. |
| 01/16/2025 | Salem, Kareem | Manatt | 0.7 | $752.85 | Review NYT fact-check work product in preparation for creating additional fact-check for Wayfarer complaint. |
| 02/28/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Review the New York Times' motion to dismiss. |
| 02/28/2025 | Bruno, Matthew | Manatt | 0.5 | $504.00 | Review and analyze NY Times motion to dismiss. |
| 02/28/2025 | Gonzalez, Hector | Manatt | 0.5 | $189.00 | Compile and transmit defendant NY Times' motion to dismiss, memorandum of law and declaration with exhibits 1-12 for the case team's review. |
| 02/28/2025 | Hudson, Esra A | Manatt | 5.2 | $6,037.20 | review and revise discovery requests; further fact gathering regarding digital campaign; call with clients; attend to various media issues; review NYT motion to dismiss and analyze same; check in regarding damages issue; review memo regarding social media best practices. |
| 03/04/2025 | Hudson, Esra A | Manatt | 1.5 | $1,741.50 | Review and strategize regarding order granting NYT discovery stay request; re- read opposing counsel's opposition to motion to stay. |
| 03/04/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Review decision and order granting NYT motion to stay discover and underlying motions submitted by parties. |
| 03/10/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with M. Connolly and case team re: call with co-counsel. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Review New York Times' initial disclosures. |
| 03/14/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Review, analyze and strategize regarding opposition to NY Times motion to dismiss. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Review Wayfarer opposition to New York Times motion to dismiss; strategy related to the same. |
| 03/14/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Review court order granting New York Times' motion to stay in connection with preparing statement regarding motions to dismiss. |
| 04/01/2025 | Taustine, Melissa | Willkie | 3.4 | $4,335.00 | Reading relevant case materials to onboard, including CRD complaint, cease and desist letters, NYT articles, and Jones Complaint (3.4) |
| | **TOTALS** | | **18.2** | **$20,247.90** | |

Exhibit 8.C

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 02/05/2025 | Wolkoff, Richard | Willkie | 3.1 | $1,872.40 | Emails with M. Gottlieb, M. Governski, K. Bender, A. Orlov, AJ Dobson, H. Pepaj re: text message review and formatting; emails with Lighthouse (A. Herman, D. Schepers), M. Gottlieb, M. Governski, K. Bender, A. Orlov, AJ Dobson, H. Pepaj, L. Feldman re: data processing, text messages, calls with H. Pepaj re: same; emails with Lighthouse (A. Herman), AJ Dobson, H. Pepaj re: text message review and formatting; emails with A. Orlov, H. Pepaj re: review of received productions, format issues; emails with M. Gottlieb, M. Governski, K. Bender, A. Orlov, L. Feldman, H. Pepaj re: text message review, processing specifications; emails with Lighthouse (A. Herman, D. Schepers, W. Wei), Sloane Offer (L. Strasberg), M. Gottlieb, M. Governski, K. Bender, A. Orlov, H. Pepaj, L. Feldman re: custodial collections, data processing; emails with K. Bender, L. Feldman, AJ Dobson re: non-party subpoenas, call with L. Feldman re: same; planning and preparation for document review and production |
| 02/11/2025 | Wolkoff, Richard | Willkie | 6.7 | $4,046.80 | Emails with K. Bender, L. Feldman re: ESI Stipulation, calls with L. Feldman re: same (0.3); draft ESI Stipulation (5.7); emails with M. Governski, L. Feldman, H. Pepaj re: data collections and processing (0.2); emails with Lighthouse (A. Herman, D. Schepers, W. Wei), Sloane Offer (L. Strasberg), M. Gottlieb, M. Governski, K. Bender, A. Orlov, H. Pepaj, L. Feldman re: custodial collections, data processing (0.2); planning and preparation for document review and production (0.3) |
| 03/07/2025 | Bruno, Matthew | Manatt | 1 | $1,008.00 | Review and analyze Wayfarer Parties' memorandum of law in opposition to Sloane Parties' motion to dismiss. |
| 03/07/2025 | Bruno, Matthew | Manatt | 0.4 | $403.20 | Strategy call with Sloane parties, regarding Wayfarer Parties' opposition to motion to dismiss. |
| 03/07/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Confer with counsel for Sloane parties regarding motions to dismiss. |
| 03/12/2025 | Climaco, Katelyn | Manatt | 0.6 | $504.90 | Review Wayfarer Parties' opposition to Sloane's motion to dismiss for additional contention requests for production. |
| 03/12/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Review Sloane reply in support of motion to dismiss. |

Exhibit 8.D

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 03/13/2025 | Wolkoff, Richard | Willkie | 0.8 | $483.20 | Emails with Lighthouse (A. Hermann, M. Chauhan), K. Bender, A. Orlov, M. Connolly, A. Adams-Jack, H. Pepaj re: received productions, data processing and loading; emails with A. Orlov, M. Connolly, A. Adams-Jack, J. Dale, Z. Stern, H. Pepaj re: Cloudflare and Yahoo productions, transmittal to opposing counsel, calls with H. Pepaj, Z. Stern re: same; emails with Lighthouse (A. Hermann), Sloane Offer Weber & Dern (L. Strasberg), M. Gottlieb, M. Governski, H. Pepaj re: data collection and processing; call, emails with M. Connolly re: co-counsel workspace access; emails with Lighthouse (A. Hermann, L. Kehe), H. Pepaj re: workspace management; planning and preparation for document review and production. |
| 03/13/2025 | Bruno, Matthew | Manatt | 0.7 | $705.60 | Review and assess Sloane reply brief in further support of motion to dismiss and cases relied therein regarding extortion. |
| 03/17/2025 | Wolkoff, Richard | Willkie | 0.2 | $120.80 | Emails with M. Connolly, L. Feldman re: ESI Stipulation; emails with Lighthouse (A. Hermann, L. Kehe), H. Pepaj re: Relativity training; emails with M. Connolly, H. Pepaj re: Relativity training; emails with Lighthouse (A. Hermann), Sloane Offer Weber & Dern (L. Strasberg), M. Gottlieb, M. Governski, H. Pepaj re: data collection and processing. |
| 03/19/2025 | Roeser, Stephanie, A. | Manatt | 0.7 | $718.20 | Review Wayfarer opposition to Sloane motion to stay discovery; strategy related to the same. |
| 03/21/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review and respond to correspondence with counsel for L. Sloane regarding ESI stipulation. |
| 03/24/2025 | Gottlieb, Michael | Willkie | 0.9 | $1,798.20 | Call with clients, LS re various strategy issues, follow up re same |
| 03/24/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Meet and confer with Sloane Parties' counsel regarding ESI stipulation; prepare for the same. |
| 03/31/2025 | Wolkoff, Richard | Willkie | 0.5 | $302.00 | Emails with Lighthouse Global (W. Wei, A. Hermann, L. Kehe), Sloane Offer Weber & Dern (L. Strasberg), M. Governski, H. Pepaj re: data processing (0.1); emails with Lighthouse Global (A. Hermann, A. Loveless), A. Adams-Jack, H. Pepaj re: workspace access (0.1); emails with Lighthouse Global (A. Hermann, L. Kehe), H. Pepaj re: message imaging workflows (0.1); planning and prepared for document review and production (0.2). |
| 04/22/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review and respond to correspondence with Sloane counsel regarding third party subpoenas. |
| 04/23/2025 | Bruno, Matthew | Manatt | 0.7 | $705.60 | Attend meet and confer with Wayfarer Parties regarding Sloane deficiency letter. |

Exhibit 8.D

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 04/24/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Review Wayfarer Partie's meet and confer correspondence regarding Sloane discovery. |
| 04/29/2025 | Bruno, Matthew | Manatt | 0.3 | $302.40 | Review Sloane letter brief in support of motion to compel. |
| 05/21/2025 | Connolly, Michaela | Willkie | 0.5 | $669.50 | Attention to Sloane production (0.5) |
| 05/21/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Review Sloane motion to compel further discovery. |
| 05/23/2025 | Taustine, Melissa | Willkie | 1.4 | $1,785.00 | 2LR of Sloane production (1.4) |
| 07/08/2025 | Moses, Sarah | Manatt | 2.6 | $2,714.40 | Revise Section 47.1 motion; review and analyze oppositon to Sloane's motion for attorneys' fees. |
| 03/27/2026 | Hudson, Esra A | Manatt | 1 | $1,287.00 | Review and strategize regarding court's ruling on Rule 11, various third party motions to quash, Sloane motion for attorneys fees. |
| | **TOTALS** | | **24.6** | **$21,992.20** | |

Exhibit 8.D