# EXHIBIT 9

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 1/22/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Review and analyze press regarding litigation. |
| 1/23/2025 | Roeser, Stephanie, A. | Manatt | 0.4 | $410.40 | Analyze litigation-related press items. |
| 1/31/2025 | Roeser, Stephanie, A. | Manatt | 0.6 | $615.60 | Review and evaluate litigation-related press items. |
| 3/6/2025 | Hudson, Esra A | Manatt | 0.8 | $928.80 | Strategize regarding client media appearances. |
| 3/7/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Review media coverage and strategize regarding same. |
| 3/26/2025 | Hudson, Esra A | Manatt | 0.8 | $928.80 | Strategy calls regarding legal issues related to media inquiries. |
| 6/3/2025 | Hudson, Esra A | Manatt | 0.4 | $464.40 | Advise regarding legal issues related to media statement. |
| 6/6/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Advise regarding legal issues related to media communications. |
| 6/13/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Advise regarding legal issues in media communications. |
| 6/18/2025 | Hudson, Esra A | Manatt | 2 | $2,322.00 | Review and analyze various media and social media reports and analysis. |
| 6/23/2025 | Hudson, Esra A | Manatt | 0.5 | $580.50 | Strategize regarding legal issues related to media communications. |
| **TOTALS** | | | **7.4** | **$8,402.40** | |

Exhibit 9