# EXHIBIT 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 1/16/2025 | Stern, Zachary | Willkie | 0.6 | $318.60 | Update case team research tracker to reflect material updates in research work streams |
| 1/17/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Update case team research tracker to reflect material updates in research work streams |
| 1/21/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Update research tracker to reflect material updates in ongoing research for case; circulate updated version and proposed agenda to team in advance of weekly meeting |
| 1/22/2025 | Dale, Juliet | Willkie | 4.6 | $3,224.60 | Attention to dockets; correspond with team re research; prepare binder for M. Governski; conduct research related to defendants letter motion reply re extrajudicial statements |
| 1/23/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Analyze case dockets; provide updates to litigation team regarding pertinent deadlines. |
| 1/23/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Update research tracker to reflect material updates in various case work streams |
| 1/28/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Revise research tracker to reflect material updates in case work streams; correspond with team for review in advance of weekly team meeting |
| 1/30/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Revise assignment tracker to reflect material updates in various pretrial work streams |
| 1/30/2025 | Adams, Kashia | Willkie | 0.7 | $247.10 | Assisted with filing letter to judge and partner assignment |
| 1/30/2025 | Dinino, Brent | Manatt | 2.7 | $1,664.55 | Analyze, index, and collate key documents for Initial Conference. |
| 1/31/2025 | Dinino, Brent | Manatt | 1.1 | $678.15 | Index, collate, and re-organize key documents and files in accordance with E. Hudson comments for binder to be used at Initial Conference. |
| 2/2/2025 | Dreyfus, Jack | Willkie | 2 | $646.00 | Prepare relevant case filings for attorney review and prepare materials related to January 3, 2025 Conference Cases E-binder and print for attorney review per A. Adams-Jack |
| 2/3/2025 | Adams, Kashia | Willkie | 2.5 | $882.50 | Assisted with filing, research requests, and updated team calendar |
| 2/3/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Revise assignment tracker to reflect material updates in various case work streams; distribute to case team in advance of weekly team meeting |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 2/3/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Correspond with K. Adams re: material updates to team case calendar; review case calendar for distribution to team |
| 2/4/2025 | Adams, Kashia | Willkie | 1 | $353.00 | Assisted with filing, updated team case tracker |
| 2/6/2025 | Dinino, Brent | Manatt | 2.1 | $1,294.65 | Index and collate relevant documents; update organization of binder for E. Hudson. |
| 2/7/2025 | Roeser, Stephanie, A. | Manatt | 0.9 | $923.40 | Revise letter brief regarding extension of pleading deadlines; correspondence related to the same. |
| 2/7/2025 | Climaco, Katelyn | Manatt | 0.1 | $84.15 | Review upcoming case deadlines and circulate to litigation team. |
| 2/10/2025 | Dale, Juliet | Willkie | 2.3 | $1,612.30 | Review assignment tracker in preparation for meeting (.2); weekly work stream meeting with associates (.5); confer with Z. Stern regarding research questions (.1); circulate NDAs (.2); prepare binder of relevant texts (.3); cite-check letter motion and finalize for filing (1) |
| 2/10/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Revise assignment tracker to reflect material updates in various case work streams |
| 2/10/2025 | Stern, Zachary | Willkie | 0.5 | $265.50 | Teleconference with case team re: material updates in ongoing case work streams |
| 2/11/2025 | Roeser, Stephanie, A. | Manatt | 1.2 | $1,231.20 | Review court order regarding deadlines to amend and dismiss; strategy related to the same. |
| 2/11/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Distribute revised assignment tracker and updated case calendar to case team for review |
| 2/11/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Revise assignment tracker to reflect material updates in various case work streams |
| 2/11/2025 | Adams, Kashia | Willkie | 1 | $353.00 | Updated team calendar; assisted with associate research request |
| 2/12/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with A. Adams-Jack re: calendar deadlines for various cases involving client |
| 2/13/2025 | Dinino, Brent | Manatt | 1.8 | $1,109.70 | Analyze, index, and evaluate relevant XX posts. |
| 2/14/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Analyze case dockets and circulate upcoming deadlines to litigation team. |
| 2/14/2025 | Dale, Juliet | Willkie | 1 | $701.00 | Prepare binders to send to client (1) |
| 2/14/2025 | Orlov, Amy | Willkie | 0.5 | $563.00 | Organize and save recent correspondence |
| 2/15/2025 | Pepaj, Heriona | Willkie | 0.4 | $149.60 | Assist team with incoming and outgoing file transfers |

2

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 2/18/2025 | Stern, Zachary | Willkie | 0.5 | $265.50 | Teleconference with case team re: material updates in case work streams and next steps in case |
| 2/18/2025 | Adams, Kashia | Willkie | 0.5 | $176.50 | Updated team calendar |
| 2/18/2025 | Stern, Zachary | Willkie | 0.6 | $318.60 | Revise assignment tracker to reflect material updates in case work streams and circulate for team review |
| 2/19/2025 | Dinino, Brent | Manatt | 1.9 | $1,171.35 | Assess and index all filed and pleaded documents on file to date; coordinate client access to documents and discovery. |
| 2/20/2025 | Climaco, Katelyn | Manatt | 0.8 | $673.20 | Prepare master litigation calendar. |
| 2/20/2025 | Orlov, Amy | Willkie | 1.5 | $1,689.00 | Organize and save recent correspondence and filings |
| 2/21/2025 | Orlov, Amy | Willkie | 1.1 | $1,238.60 | Organize and save recent correspondence and filings |
| 2/24/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index new filings and coordinate with calendaring to generate relevant deadlines. |
| 2/24/2025 | Drenga, Deanna | Willkie | 0.3 | $312.30 | Call with A. Orlov and associate team re ongoing work streams (0.30) |
| 2/24/2025 | Orlov, Amy | Willkie | 0.3 | $337.80 | Internal discussions with associate team re: upcoming work streams |
| 2/25/2025 | Dinino, Brent | Manatt | 1.3 | $801.45 | Review and update internal Master Case Deadline List based on thorough comparison of relevant case calendars. |
| 2/25/2025 | Dinino, Brent | Manatt | 2.1 | $1,294.65 | Index and compile all discovery served to date for S. Roeser review. |
| 2/25/2025 | Adams, Kashia | Willkie | 0.8 | $282.40 | Updated team calendar |
| 2/25/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Index newly filed documents and coordinate to calendar relevant deadlines. |
| 2/26/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and coordinate to calendar relevant deadlines. |
| 2/26/2025 | Dinino, Brent | Manatt | 1.5 | $924.75 | Review and update internal Master Case Deadline List based on thorough comparison of relevant case calendars and dockets. |
| 2/26/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Review litigation calendar. |
| 2/26/2025 | Orlov, Amy | Willkie | 0.6 | $675.60 | Save and organize recent correspondence and filings |
| 2/26/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index and organize internal case file. |

3

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 2/26/2025 | Gonzalez, Hector | Manatt | 0.3 | $113.40 | Review and prepare Notice of Appearance of M. Bruno for efiling with the court; efile the Notice of Appearance with the USDC-SDNY as instructed; compile and transmit confirmation of efiling and efiled Notice of Appearance for the case team's review. |
| 2/27/2025 | Dinino, Brent | Manatt | 1.4 | $863.10 | Identify and index allegations regarding damages. |
| 2/28/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and coordinate to calendar relevant deadlines in Master List. |
| 2/28/2025 | Adams, Kashia | Willkie | 0.8 | $282.40 | Updated team calendar |
| 3/2/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Index newly filed documents and coordinate to calendar relevant deadlines in Master List. |
| 3/2/2025 | Hudson, Esra A | Manatt | 0.3 | $348.30 | Attend to vendor invoices. |
| 3/3/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale re: filings in various lawsuits involving client. |
| 3/3/2025 | Dale, Juliet | Willkie | 1 | $701.00 | Confer with Z. Stern regarding work stream updates (.2); general work stream meeting among associates (.3); update calendar (.5); |
| 3/4/2025 | Stern, Zachary | Willkie | 0.4 | $212.40 | Review and analyze case calendar, and assignment tracker to draft material update correspondence and proposed agenda for weekly team meeting. |
| 3/4/2025 | Hurwitt, Elliot (Sam) | Willkie | 3.9 | $1,076.40 | Book read, responses and objections (V. Biagiotti) |
| 3/4/2025 | Hudson, Esra A | Manatt | 1 | $1,161.00 | Strategize regarding litigation calendar and advise clients regarding same. |
| 3/4/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Revise assignment tracker to reflect material updates in various case workstreams. |
| 3/5/2025 | Dinino, Brent | Manatt | 0.6 | $369.90 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |
| 3/5/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Revise assignment tracker to reflect material updates in various case workstreams. |
| 3/6/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 3/6/2025 | Dale, Juliet | Willkie | 1 | $701.00 | update master calendar (1) |
| 3/6/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with M. Connolly re: assignment tracker. |
| 3/6/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Revise assignment tracker to reflect material updates in various case workstreams. |
| 3/6/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with M. Connolly and case team re: filings in various lawsuits involving client. |
| 3/7/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale re: updated case calendar. |
| 3/10/2025 | Adams, Kashia | Willkie | 0.8 | $282.40 | Updated iManage folders |
| 3/10/2025 | Gramajo, Fraylin | Manatt | 1 | $616.50 | Correspond and strategize with M. Bruno, K. Climaco, and B. Dinino to discuss upcoming deadlines and expectations for upcoming projects. |
| 3/10/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Revise assignment tracker to reflect material updates in ongoing case workstreams. |
| 3/10/2025 | Dreyfus, Jack | Willkie | 1 | $323.00 | Revise filings folder for atty review per Juliet Dale |
| 3/11/2025 | Stern, Zachary | Willkie | 0.9 | $477.90 | Correspond and call with K. Bender and case team re: sending FTP to other parties in consolidated action. |
| 3/12/2025 | Gramajo, Fraylin | Manatt | 0.5 | $308.25 | Meet and correspond with Willkie Team to discuss upcoming deadlines and strategy. |
| 3/12/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale and A. Adams-Jack re: updated case calendar for material deadlines in various lawsuits involving client. |
| 3/12/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Strategize regarding case management order deadlines. |
| 3/12/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |
| 3/13/2025 | Stern, Zachary | Willkie | 0.6 | $318.60 | Review and analyze case calendar to verify accuracy of material deadlines in SDNY case. |
| 3/13/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |

5

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 3/13/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale and A. Adams-Jack re: material case deadlines. |
| 3/13/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with case team re: verifying material deadlines on case calendar. |
| 3/13/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Correspond with case team re: re-distribution of FTP password to opposing counsel. |
| 3/14/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with K. Bender and case team re: distribution of Sony FTP to counsel for all parties. |
| 3/14/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Correspond with H. Pepaj, K. Bender, and case team re: FTP password distribution policy. |
| 3/14/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with K. Bender and co-counsel S. Roeser re: distribution of FTPs to counsel for all parties. |
| 3/15/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |
| 3/17/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale re: updated case calendar reflecting all material deadlines in various lawsuits involving clients. |
| 3/17/2025 | Dinino, Brent | Manatt | 1.4 | $863.10 | Index and evaluate newly produced documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, and upload produced documents to Data Room shared folders with client. |
| 3/17/2025 | Coster, Thomas | Willkie | 0.6 | $165.60 | Book read of Motion to Dismiss [Aaron E. Nathan] |
| 3/18/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Review litigation calendar and confer with B. Dinino regarding the same. |
| 3/18/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with M. Connolly re: distributing filings to case team. |
| 3/19/2025 | Gramajo, Fraylin | Manatt | 0.5 | $308.25 | Conduct case management to organize pleadings in iManage. |
| 3/19/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index and manage documents on file and deadline tracker. |
| 3/20/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index and manage newly filed documents; incorporate into deadline tracker and case calendar. |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 3/20/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Review and analyze case calendar to verify accuracy of material deadlines in SDNY case. |
| 3/20/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Revise litigation assignment tracker to reflect material updates in various case workstreams. |
| 3/21/2025 | Dinino, Brent | Manatt | 1.1 | $678.15 | Index, review, and upload newly filed documents to calendar and Data Room shared with client; compile deadlines for weekly preview of upcoming weeks. |
| 3/21/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with case team re: updated litigation task tracker to reflect material updates in various case workstreams. |
| 3/24/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Review litigation deadlines. |
| 3/24/2025 | Climaco, Katelyn | Manatt | 0.3 | $252.45 | Review and update service list. |
| 3/24/2025 | Dinino, Brent | Manatt | 0.6 | $369.90 | Index and manage documents on file and deadline tracker; strategize with S. Roeser and K. Climaco regarding best practices. |
| 3/24/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Correspond with J. Dale re: updated case calendar. |
| 3/24/2025 | Dinino, Brent | Manatt | 0.8 | $493.20 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint. |
| 3/25/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and coordinate to calendar relevant deadlines; incorporate new deadlines into litigation calendar, master deadline list, discovery deadline lists, and Data Room shared folders with client. |
| 3/25/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Revise service list. |
| 3/25/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Revise litigation deadlines spreadsheet. |
| 3/26/2025 | Dinino, Brent | Manatt | 2.8 | $1,726.20 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 3/26/2025 | Roeser, Stephanie, A. | Manatt | 0.5 | $513.00 | Sync regarding upcoming litigation deadlines and related communications. |
| 3/27/2025 | Leach, Brenda | Willkie | 2.8 | $772.80 | Book read of ROs to First Set of Interrogatories. (V. Biagiotti) |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 3/27/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index investigation files for S. Roeser. |
| 3/27/2025 | Kay, Alyce | Willkie | 4 | $1,104.00 | Book Read of Lively ROs to Defendants' First Set of Interrogatories (V. Biagiotti) |
| 3/27/2025 | Hurwitt, Elliot (Sam) | Willkie | 2.7 | $745.20 | Book read, responses and objections, for Vincent Biagiotti |
| 3/27/2025 | Dinino, Brent | Manatt | 1 | $616.50 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 3/28/2025 | Dinino, Brent | Manatt | 2.1 | $1,294.65 | Index and analyze each defendant's answer to our amended complaint; draft chart containing each admission or denial to each factual allegation in each defendant's answer to our amended complaint; evaluate defendant's first amended complaint to identify and note contradictions. |
| 3/28/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Identify upcoming deadlines and provide overview to team. |
| 3/30/2025 | Stern, Zachary | Willkie | 0.1 | $53.10 | Review and analyze case calendar to verify accuracy of material deadlines in SDNY case. |
| 3/30/2025 | Stern, Zachary | Willkie | 0.2 | $106.20 | Correspond with M. Connolly, A. Adams-Jack, and J. Dale re: updated litigation task tracker. |
| 3/30/2025 | Connolly, Michaela | Willkie | 1.4 | $1,874.60 | Reviewed C&D letter (0.2); updated task tracker (1.2). |
| 3/30/2025 | Dale, Juliet | Willkie | 0.5 | $350.50 | Attention to calendaring deadlines (.5). |
| 3/31/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Review litigation task tracker. |
| 3/31/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index and assess newly filed documents and coordinate to calendar resulting deadlines. |
| 4/2/2025 | Leach, Brenda | Willkie | 2 | $552.00 | Book read of Memorandum of Document Review Protocol. (Vincent Biagiotti) |
| 4/2/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index and analyze each defendant's answer to our amended complaint. |
| 4/5/2025 | Dinino, Brent | Manatt | 3.8 | $2,342.70 | Index and analyze citations in the Wayfarer opposition. |
| 4/6/2025 | Dinino, Brent | Manatt | 3.4 | $2,096.10 | Index and analyze citations in the Wayfarer opposition. |
| 4/8/2025 | Bender, Kristin | Willkie | 0.8 | $1,240.80 | Corresponded regarding extension deadlines (.8) |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 4/8/2025 | Taustine, Melissa | Willkie | 2.9 | $3,697.50 | Reviewing and revising draft opposition to motion to extend deadlines (2.9) |
| 4/9/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index and evaluate Sloane Parties' subpoenas and coordinate to update shared tracking spreadsheet reflecting latest developments in discovery. |
| 4/10/2025 | Coster, Thomas | Willkie | 0.6 | $165.60 | Book read of Letter [Monica Lee] |
| 4/11/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index newly filed documents and update internal filing system. |
| 4/14/2025 | Dale, Juliet | Willkie | 0.5 | $350.50 | Attention to emails re work streams (.5); |
| 4/14/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and update related deadlines. |
| 4/16/2025 | Dinino, Brent | Manatt | 2.9 | $1,787.85 | Index, evaluate, and organize all docket entries. |
| 4/16/2025 | Coster, Thomas | Willkie | 1.7 | $469.20 | Book read of Interrogatory [Juliet Dale] |
| 4/16/2025 | Ray, Zola | Willkie | 1.1 | $303.60 | Book read of Interrogatory Research Memo (J. Dale) |
| 4/17/2025 | McCormack, Ruthanne | Willkie | 2 | $552.00 | Book read of RFP Research Memo (J. Dale). |
| 4/17/2025 | Martinez, Clementine | Willkie | 2.4 | $662.40 | Book read of research memo (J. Dale) |
| 4/18/2025 | Ray, Zola | Willkie | 2.5 | $690.00 | Book read of following documents for V. Biagiotti:<br>1. 2025.04.18 Rule 11 Letter to counsel XX<br>2. 2025.04.18 Rule 11 Letter to counsel XX<br>3. 2025.04.1 Rule 11 Letter to counsel XX<br>4. 2025.04.18 Rule 11 Letter to counsel XX |
| 4/18/2025 | Dale, Juliet | Willkie | 1.3 | $911.30 | Implement final memo edits (.3); circulate the same (.1); correspond with Z. Stern re tracker/calendar (.1); confer with team re work streams (.3); circulate meeting notes (.1); correspond with MAO re filing planning (.2); attention to filings (.2) |
| 4/18/2025 | Stern, Zachary | Willkie | 0.9 | $477.90 | Revise litigation task tracker to reflect material updates in various case work streams. |
| 4/18/2025 | Leach, Brenda | Willkie | 5 | $1,380.00 | Book read and computer checks of four letters. (Monica Lee and V. Biagiotti) |
| 4/21/2025 | Stern, Zachary | Willkie | 0.3 | $159.30 | Revise litigation task tracker to reflect material updates in various case work streams. |
| 4/21/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review case calendar and upcoming deadlines. |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 4/22/2025 | Stern, Zachary | Willkie | 0.6 | $318.60 | Teleconference with case team re: material updates in various case work streams. |
| 4/23/2025 | Dale, Juliet | Willkie | 0.5 | $350.50 | Search docket for sealed filings (.2); circulate e-binder (.1); attention to emails among team re work streams (.2) |
| 4/24/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and coordinate to calendar relevant resulting deadlines. |
| 4/24/2025 | Dale, Juliet | Willkie | 0.4 | $280.40 | Attention to case deadlines (.3); attention to opposing counsel email (.1). |
| 4/25/2025 | Taustine, Melissa | Willkie | 0.2 | $255.00 | Updating task tracker (.2); |
| 4/27/2025 | Hudson, Esra A | Manatt | 0.7 | $812.70 | Review and revise task list and case plan for upcoming week. |
| 4/28/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index newly produced and served documents and coordinate to calendar relevant deadlines; update shared tracker. |
| 4/28/2025 | Roeser, Stephanie, A. | Manatt | 0.2 | $205.20 | Review case calendar and upcoming deadlines. |
| 5/5/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Review case calendar and upcoming deadlines. |
| 5/6/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents and calendar resulting deadlines. |
| 5/7/2025 | Dale, Juliet | Willkie | 0.3 | $210.30 | Attention to filing research (.3); |
| 5/9/2025 | Ray, Zola | Willkie | 1.2 | $331.20 | Book read of 5/8/25 ESI Stipulation (FINAL) (M. Connolly) |
| 5/9/2025 | McCormack, Ruthanne | Willkie | 1.5 | $414.00 | Book read of ESI Stipulation (FINAL) (M. Connolly). |
| 5/9/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Index newly filed documents to calendar relevant deadlines. |
| 5/9/2025 | Calvert, Rosalind | Willkie | 0.5 | $138.00 | Book read Joint stip ( M. Connolly) |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Review case calendar and upcoming deadlines. |
| 5/12/2025 | Dinino, Brent | Manatt | 0.7 | $431.55 | Index newly filed documents to calendar relevant deadlines. |
| 5/13/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Index newly produced documents and calendar relevant deadlines. |
| 5/14/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Index newly filed documents and calendar relevant deadlines. |
| 5/15/2025 | Dinino, Brent | Manatt | 0.6 | $369.90 | Index newly filed documents to update case calendar and identify deadlines. |
| 5/15/2025 | Gramajo, Fraylin | Manatt | 0.5 | $308.25 | Prepare and review docket management on SDNY case. |
| 5/15/2025 | Dale, Juliet | Willkie | 1 | $701.00 | Correspond with V. Biagiotti re cite check (.1); attention to calendaring case deadlines (.3); circulate filings (.3); attention to tracker (.3); |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 5/15/2025 | Abidor, Pascal | Willkie | 1.9 | $524.40 | Book read of Memo in support of Rule 11 Motion (Vince Biagiotti) |
| 5/16/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Update case calendar. |
| 5/16/2025 | Coster, Thomas | Willkie | 3 | $828.00 | Book read of Memo of Law [Vincent Biagiotti] |
| 5/16/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index newly filed documents. |
| 5/16/2025 | Leach, Brenda | Willkie | 3.8 | $1,048.80 | Book read of Draft Memo ISO Rule 11 Motion. (V. Biagiotti) |
| 5/18/2025 | Dale, Juliet | Willkie | 0.5 | $350.50 | Circulate docket filings (.2); attention to tracker and calendar (.3). |
| 5/19/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index newly filed documents. |
| 5/19/2025 | Roeser, Stephanie, A. | Manatt | 0.3 | $307.80 | Review case calendar and upcoming deadlines. |
| 5/19/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Update case calendar. |
| 5/20/2025 | Gramajo, Fraylin | Manatt | 0.4 | $246.60 | Attend team meeting to discuss ongoing deadlines. |
| 5/20/2025 | Gramajo, Fraylin | Manatt | 0.2 | $123.30 | Conduct docket management. |
| 5/20/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index newly filed documents. |
| 5/20/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index and outline upcoming deadlines. |
| 5/21/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Index newly filed documents. |
| 5/23/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Index newly filed documents. |
| 5/24/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Summarize and circulate preview of upcoming deadlines. |
| 5/26/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Update shared deadline tracker. |
| 5/27/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Update shared deadline tracker. |
| 5/27/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Index newly filed documents. |
| 5/27/2025 | Pepaj, Heriona | Willkie | 0.8 | $299.20 | Converting load files for teams review; Assisting team with large file transfers. |
| 5/28/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index newly filed documents. |
| 5/29/2025 | Munson, Sally | Willkie | 1.8 | $536.40 | Locate addresses and phone numbers of people and companies for Monica Lee. |
| 5/29/2025 | Dinino, Brent | Manatt | 0.9 | $554.85 | Index and summarize discovery spreadsheets. |
| 5/30/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Summarize upcoming deadlines. |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 5/30/2025 | Climaco, Katelyn | Manatt | 0.2 | $168.30 | Review upcoming litigation deadlines. |
| 5/30/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Index newly filed documents. |
| 5/30/2025 | Chu, Huy | Willkie | 0.9 | $268.20 | Retrieve contact information of specified individuals for M. Lee. |
| 5/30/2025 | Munson, Sally | Willkie | 1.1 | $327.80 | Locate addresses and phone numbers of people and companies for Monica Lee. |
| 6/2/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index sensitive documents. |
| 6/3/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed pleadings. |
| 6/3/2025 | Climaco, Katelyn | Manatt | 0.4 | $336.60 | Prepare motions list. |
| 6/3/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index and calendar newly served documents. |
| 6/4/2025 | Climaco, Katelyn | Manatt | 0.1 | $84.15 | Update motions list. |
| 6/4/2025 | Gramajo, Fraylin | Manatt | 1 | $616.50 | Conduct docket management for efficiency in locating court filed documents. |
| 6/4/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index newly filed documents. |
| 6/5/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents. |
| 6/6/2025 | Dinino, Brent | Manatt | 0.6 | $369.90 | Index newly filed and served documents. |
| 6/6/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Summarize upcoming deadlines. |
| 6/6/2025 | Kim, Jake | Manatt | 0.2 | $123.30 | Review and develop files for the record. |
| 6/7/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Update shared data room. |
| 6/9/2025 | Dinino, Brent | Manatt | 0.1 | $61.65 | Update distribution list. |
| 6/9/2025 | Fisher, Zane | Willkie | 2 | $552.00 | Book read of Responses and Objections (Michaela Connolly) |
| 6/9/2025 | Dinino, Brent | Manatt | 1 | $616.50 | Index newly filed and served documents. |
| 6/11/2025 | Fisher, Zane | Willkie | 2 | $552.00 | Book read of Initial Disclosures (Michaela Connoly) |
| 6/11/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Index newly filed documents. |
| 6/12/2025 | Gramajo, Fraylin | Manatt | 0.4 | $246.60 | Conduct docket management to internalize documents and deadlines. |
| 6/12/2025 | Dinino, Brent | Manatt | 1.1 | $678.15 | Summarize and index notable documents from review of client documents. |
| 6/13/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Draft summary of upcoming deadlines. |

Exhibit 10

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 6/13/2025 | Gramajo, Fraylin | Manatt | 0.7 | $431.55 | Manage the docket files to internalize filings and court deadlines. |
| 6/16/2025 | Dale, Juliet | Willkie | 1.8 | $1,261.80 | Attention to calendaring case deadlines (.8); compile research regarding reporter's privilege (1) |
| 6/16/2025 | Dinino, Brent | Manatt | 1.5 | $924.75 | Index newly filed documents. |
| 6/17/2025 | Dinino, Brent | Manatt | 1.1 | $678.15 | Index newly filed and served documents. |
| 6/18/2025 | Dinino, Brent | Manatt | 0.2 | $123.30 | Update document tracker. |
| 6/18/2025 | Kim, Jake | Manatt | 1.5 | $924.75 | Review and revise trackers; review and develop records with new filings. |
| 6/18/2025 | Dinino, Brent | Manatt | 1.2 | $739.80 | Index newly filed and served documents. |
| 6/18/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Update Data Room shared with client. |
| 6/19/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Update case calendar. |
| 6/19/2025 | Dinino, Brent | Manatt | 0.6 | $369.90 | Index newly filed and served documents. |
| 6/20/2025 | Dinino, Brent | Manatt | 0.4 | $246.60 | Summarize upcoming deadlines. |
| 6/20/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Calculate deadlines for newly served documents and incorprate into case calendar. |
| 6/20/2025 | Dinino, Brent | Manatt | 0.5 | $308.25 | Index newly filed documents. |
| 6/23/2025 | Dinino, Brent | Manatt | 1.3 | $801.45 | Index newly filed and served documents. |
| 6/23/2025 | Dinino, Brent | Manatt | 0.3 | $184.95 | Update case calendar. |
| 7/9/2025 | Dinino, Brent | Manatt | 0.8 | $493.20 | Index research on application of state anti-slapp laws in federal court. |
| **TOTALS** | | | **185.3** | **$103,508.85** | |

Exhibit 10