# EXHIBIT 11

| Work Date | Timekeeper Name | Firm | Hours | Amount | Narrative |
|-----------|-----------------|------|-------|--------|-----------|
| 2/1/2025 | Hudson, Esra A | Manatt | 12 | $13,932.00 | Review, analyze and strategize regarding first amended complaint; communications with clients; prepare for and strategize for trial setting conference; fact gathering discussions and debrief regarding same with the team; travel from Los Angeles to New York for trial setting conference. |
| 2/1/2025 | Roeser, Stephanie, A. | Manatt | 2.7 | $2,770.20 | Travel to/from New York for pre-trial conference. |
| 2/4/2025 | Hudson, Esra A | Manatt | 10 | $11,610.00 | Review and analyze various issues regarding Trial Setting Conference, strategize regarding same; call regarding XX; call with XX regarding background fact gathering update; prepare outline of various workstreams for team for motion practice, initial disclosures, research and fact gathering; strategize regarding motion to strike, Rule 12 pleading requirements; review and strategize regarding XX matter; further strategize regarding XX; reach out to consultants; review, revise and strategize regarding research regarding privilege; follow up on various fact gathering; travel from New York to Los Angeles; review various social media commentary regarding Wayfarer amended complaint. |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | 4.5 | $4,617.00 | Travel from New York to Los Angeles. |
| 3/5/2025 | Connolly, Michaela | Willkie | 7.1 | $9,506.90 | Continued BL background review (3.1); WFG/Manatt call re defensive discovery strategy/BL MTD (1.5); travel to/from client (2.5). |
| 3/7/2025 | Drenga, Deanna | Willkie | 1.7 | $1,769.70 | Travel and attention to USB transfer. |
| 5/30/2025 | Hudson, Esra A | Manatt | 5.5 | $6,385.50 | Travel from DC to LA. |
| 5/31/2026 | Roeser, Stephanie, A. | Manatt | 4 | $4,554.00 | Travel to New York for hearing on 47.1 motion. |
| **TOTALS** | | | **47.5** | **$55,145.30** | |

Exhibit 11