# EXHIBIT 12

| Expenses | |
|---|---|
| **Category** | **Amount** |
| Travel | $28,438.71 |
| Computer Research | $134,519.65 |
| Experts and Consultants | $374,415.14 |
| Local Meals | $559.63 |
| Office Supplies and Postage | $31.38 |
| Public Records Searches | $1,394.70 |
| Other | $154.80 |
| **TOTAL** | **$539,514.01** |

1                                                          Exhibit 12: Summary

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 1/16/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $50.74 | Michael Gottlieb - Out of Town Taxi |
| 1/16/2025 | Taxi, Car Service, & Parking | Willkie | $95.88 | Michael Gottlieb - Taxi, Car Service, & Parking -Business: car home from meeting with clie |
| 1/23/2025 | Taxi, Car Service, & Parking | Willkie | $94.22 | Meryl C Governski - Taxi, Car Service, & Parking -Business: car to airport for flight to NY |
| 1/23/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $123.94 | Meryl C Governski - Out of Town Taxi |
| 1/23/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $127.75 | Meryl C Governski - Out of Town Taxi |
| 1/23/2025 | Taxi, Car Service, & Parking | Willkie | $104.80 | Meryl C Governski - Taxi, Car Service, & Parking -Business: car from airport to home after |
| 1/23/2025 | Airplane/Train | Willkie | $484.95 | Meryl C Governski - Airplane/Train -Business: hearing and meeting in New York |
| 1/30/2025 | Airplane/Train | Willkie | $486.97 | JP Morgan Chase Bank - Airplane/Train Itinery: DCA EWR DCA Locator & Invoice # : 02022025 |
| 1/30/2025 | Taxi, Car Service, & Parking | Willkie | $37.60 | Taxi, Car Service, & Parking |
| 1/31/2025 | Taxi, Car Service, & Parking | Willkie | $56.56 | Taxi, Car Service, & Parking |
| 1/31/2025 | Airplane/Train | Willkie | $676.30 | JP Morgan Chase Bank - Airplane/Train Itinery: WAS NYP WAS Locator & Invoice # : 02022025 |
| 2/1/2025 | Hudson, Esra A | Manatt | $653.90 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Airfare, 02/01/25, Travel to NY for client meetings., 02/01/2025 - 02/04/2025, LAX / EWR |
| 2/1/2025 | Hudson, Esra A | Manatt | $1,473.56 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Lodging, 02/01/25, Travel to NY for client meetings., 02/01/2025 - 02/04/2025, The Beekman |
| 2/1/2025 | Hudson, Esra A | Manatt | $36.58 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Hotel - Dinner, 02/01/25, Travel to NY for client meetings., The Beekman |
| 2/1/2025 | Roeser, Stephanie, A. | Manatt | $79.33 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/01/25, Travel to New York for court appearance., Home / LAX |
| 2/1/2025 | Roeser, Stephanie, A. | Manatt | $8.00 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Internet, 02/01/25, Travel to New York for court appearance. |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/1/2025 | Roeser, Stephanie, A. | Manatt | $74.02 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Hotel - Dinner, 02/01/25, Travel to New York for court appearance., The Beekman |
| 2/2/2025 | Lodging | Willkie | $492.04 | Lodging CREXP-Travel to NY to attend meeting with client. |
| 2/2/2025 | Hudson, Esra A | Manatt | $41.58 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Hotel - Dinner, 02/02/25, Travel to NY for client meetings., The Beekman |
| 2/2/2025 | Airplane/Train | Willkie | $220.00 | Airplane/Train CREXP-Travel to NY to attend meeting with client. |
| 2/2/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $17.22 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/2/2025 | Airplane/Train | Willkie | $238.00 | JP Morgan Chase Bank - Airplane/Train Itinery: NYP WAS Locator & Invoice # : 02022025 |
| 2/2/2025 | Hudson, Esra A | Manatt | $41.58 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Hotel - Lunch, 02/02/25, Travel to NY for client meetings., The Beekman |
| 2/2/2025 | Taxi, Car Service, & Parking | Willkie | $89.80 | Michael Gottlieb - Taxi, Car Service, & Parking -Business: travel to NY to attend pre-tria |
| 2/2/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $56.47 | Michael Gottlieb - Out of Town Taxi |
| 2/2/2025 | Lodging | Willkie | $789.53 | Michael Gottlieb - Lodging |
| 2/2/2025 | Airplane/Train | Willkie | $707.00 | Michael Gottlieb - Airplane/Train -Business: train to NY to attend pre-trial |
| 2/2/2025 | Airplane/Train | Willkie | $271.80 | JP Morgan Chase Bank - Airplane/Train Itinery: WAS NYP WAS Locator & Invoice # : 02022025 |
| 2/3/2025 | Roeser, Stephanie, A. | Manatt | $524.72 | VENDOR: Wells Fargo Bank INVOICE#: 020325-1 DATE: 2/3/2025 Stephanie Roeser - United Airlines on 2/1/25 - LAX/EWR |
| 2/3/2025 | Roeser, Stephanie, A. | Manatt | $19.62 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/03/25, Travel to New York for court appearance., Uber to Hotel (after litigation team dinner) |
| 2/3/2025 | Roeser, Stephanie, A. | Manatt | $37.21 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/03/25, Travel to New York for court appearance., Court / Manatt NY Ofc. (after court hearing) |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/3/2025 | Roeser, Stephanie, A. | Manatt | $16.10 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/03/25, Travel to New York for court appearance., Hotel to Breakfast (with litigation team, Esra, Lindsey and Meryl). |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $23.58 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $33.66 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/3/2025 | Taxi, Car Service, & Parking | Willkie | $12.70 | Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/3/2025 | Airplane/Train | Willkie | $298.00 | Airplane/Train CREXP-Travel to NY to attend meeting with client. |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $19.05 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/3/2025 | Taxi, Car Service, & Parking | Willkie | $92.12 | Aaron Nathan - Taxi, Car Service, & Parking -Business: Travel to pretrial conference a |
| 2/3/2025 | Taxi, Car Service, & Parking | Willkie | $81.07 | Aaron Nathan - Taxi, Car Service, & Parking -Business: Travel to pretrial conference a |
| 2/3/2025 | Out of Town Meals | Willkie | $279.81 | Meryl C Governski - Out of Town Meals |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $156.44 | Meryl C Governski - Out of Town Taxi |
| 2/3/2025 | Taxi, Car Service, & Parking | Willkie | $99.03 | Meryl C Governski - Taxi, Car Service, & Parking -Business: car from home to airport for he |
| 2/3/2025 | Airplane/Train | Willkie | $146.20 | JP Morgan Chase Bank - Airplane/Train Itinery: RAIL RAIL NYP WAS Locator & Invoice # : 02222025 |
| 2/3/2025 | Out of Town Meals | Willkie | $160.65 | Michael Gottlieb - Out of Town Meals |
| 2/3/2025 | Taxi, Car Service, & Parking | Willkie | $95.28 | Michael Gottlieb - Taxi, Car Service, & Parking -Business: car home from train station fro |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $63.16 | Michael Gottlieb - Out of Town Taxi |
| 2/3/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $29.53 | Michael Gottlieb - Out of Town Taxi |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/3/2025 | Lodging | Willkie | $1,068.40 | Meryl C Governski - Lodging |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | $118.03 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/04/25, Travel to New York for court appearance., Hotel to Newark Airport |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | $1,433.42 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Lodging, 02/04/25, Travel to New York for court appearance., 02/01/2025 - 02/04/2025, The Beekman |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | $8.00 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Internet, 02/04/25, Travel to New York for court appearance. |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | $29.49 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Lunch, 02/04/25, Travel to New York for court appearance., The Market Carts - Newark Airport |
| 2/4/2025 | Hudson, Esra A | Manatt | $50.73 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Hotel - Lunch, 02/04/25, Travel to NY for client meetings., The Beekman |
| 2/4/2025 | Roeser, Stephanie, A. | Manatt | $93.15 | VENDOR: Stephanie Roeser INVOICE#: 7232711302242312 DATE: 2/24/2025 - Taxi, 02/04/25, Travel to New York for court appearance., LAX / Home |
| 2/4/2025 | Taxi, Car Service, & Parking | Willkie | $11.17 | Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/4/2025 | Taxi, Car Service, & Parking | Willkie | $19.72 | Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |
| 2/4/2025 | Out of Town Meals | Willkie | $109.17 | Meryl C Governski - Out of Town Meals |
| 2/4/2025 | Hudson, Esra A | Manatt | $653.91 | VENDOR: Esra A Hudson INVOICE#: 7217830202072240 DATE: 2/7/2025 - Airfare, 02/04/25, Travel to NY for client meetings., 02/01/2025 - 02/04/2025, EWR / LAX |
| 2/4/2025 | Lodging | Willkie | $1,306.91 | Meryl C Governski - Lodging |
| 2/5/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $28.47 | Meryl C Governski - Out of Town Taxi |
| 2/5/2025 | Lodging | Willkie | $25.00 | Meryl C Governski - Lodging |
| 2/5/2025 | Taxi, Car Service, & Parking | Willkie | $102.98 | Meryl C Governski - Taxi, Car Service, & Parking -Business: hearing and meeting in New York |
| 2/5/2025 | Airplane/Train | Willkie | $423.00 | Meryl C Governski - Airplane/Train -Business: hearing and meeting in New York |
| 2/5/2025 | Taxi, Car Service, & Parking | Willkie | $12.21 | Taxi, Car Service, & Parking CREXP-Travel to NY to attend meeting with client. |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/6/2025 | Taxi, Car Service, & Parking | Willkie | $47.30 | Vital Transportation, Inc. - Taxi, Car Service, & Parking Willkie Farr & Gallagher LLP, 787 151 West 54th Street, NEW YORK, NY Invoice Number & Date: 37350 02/07/2025 |
| 2/6/2025 | Taxi, Car Service, & Parking | Willkie | $39.82 | Taxi, Car Service, & Parking |
| 2/6/2025 | Taxi, Car Service, & Parking | Willkie | $49.15 | Taxi, Car Service, & Parking |
| 2/9/2025 | Taxi, Car Service, & Parking | Willkie | $27.32 | Taxi, Car Service, & Parking |
| 2/16/2025 | Airplane/Train | Willkie | $50.00 | Airplane/Train |
| 2/16/2025 | Taxi, Car Service, & Parking | Willkie | $59.92 | Taxi, Car Service, & Parking Willkie Farr & Gallagher LLP, 787 |
| 2/19/2025 | Taxi, Car Service, & Parking | Willkie | $55.36 | Taxi, Car Service, & Parking CREXP-Uber car from office to home worked late Vincent Biagiotti |
| 2/26/2025 | Lodging | Willkie | $791.25 | Lodging CREXP-Meeting with clients in New York |
| 2/27/2025 | Lodging | Willkie | $749.38 | Lodging CREXP-Meetings with clients in New York |
| 2/27/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $67.54 | Out of Town Taxi, Car Service, & Parking CREXP-client related meetings in New York |
| 2/28/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $47.20 | Out of Town Taxi, Car Service, & Parking CREXP-Meeting with clients in New York |
| 3/3/2025 | Roeser, Stephanie, A. | Manatt | $484.62 | VENDOR: Wells Fargo Bank INVOICE#: 030325-1 DATE: 3/3/2025 Stephanie Roeser - United Airlines on 2/4/25 - EWR/LAX |
| 3/4/2025 | Airplane/Train | Willkie | $571.90 | Airplane/Train Itinerary: PHL NYP PHL |
| 3/4/2025 | Airplane/Train | Willkie | $55.00 | Airplane/Train |
| 3/5/2025 | Airplane/Train | Willkie | $299.20 | Airplane/Train Itinerary: NYP PHL |
| 3/12/2025 | Taxi, Car Service, & Parking | Willkie | $53.85 | Taxi, Car Service, & Parking CREXP-Uber car from Willkie to home worked late |
| 3/18/2025 | Airplane/Train | Willkie | $840.96 | Airplane/Train CREXP-Travel to New York for meetings with clients |
| 3/18/2025 | Taxi, Car Service, & Parking | Willkie | $121.54 | Taxi, Car Service, & Parking CREXP-Travel to New York for meetings with clients |
| 3/18/2025 | Taxi, Car Service, & Parking | Willkie | $112.97 | Taxi, Car Service, & Parking CREXP-Travel to New York for meetings with clients |
| 4/7/2025 | Taxi, Car Service, & Parking | Willkie | $22.14 | Taxi, Car Service, & Parking CREXP-Uber ride taken home from office for working late |
| 4/8/2025 | Taxi, Car Service, & Parking | Willkie | $86.37 | Taxi, Car Service, & Parking CREXP-Worked late on client matters. |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 4/25/2025 | Taxi, Car Service, & Parking | Willkie | $95.94 | Taxi, Car Service, & Parking CREXP-Worked late on client matters. |
| 5/28/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $45.93 | Out of Town Taxi, Car Service, & Parking CREXP-Case Strategy Conference in Washington, DC |
| 5/28/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $18.92 | Out of Town Taxi, Car Service, & Parking CREXP-Case Strategy Conference in Washington, DC |
| 5/28/2025 | Out of Town Meals | Willkie | $13.20 | Out of Town Meals CREXP-Case Strategy Conference in Washington, DC |
| 5/28/2025 | Lodging | Willkie | $688.16 | Lodging CREXP-Case Strategy Conference in Washington, DC |
| 5/28/2025 | Airplane/Train | Willkie | $223.60 | Airplane/Train Itinerary: PHL WAS |
| 5/28/2025 | Lodging | Willkie | $590.19 | Lodging CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/28/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $34.97 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/28/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $32.83 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/28/2025 | Airplane/Train | Willkie | $338.00 | Airplane/Train CREXP-Travel to DC for meetings with co-counsel |
| 5/29/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $26.40 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to DC for meetings with co-counsel |
| 5/29/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $29.59 | Out of Town Taxi, Car Service, & Parking CREXP-Travel to DC for meetings with co-counsel |
| 5/29/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $18.46 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/29/2025 | Taxi, Car Service, & Parking | Willkie | $15.00 | Taxi, Car Service, & Parking CREXP-valet parking at restaurant for Lively summit dinner |
| 5/29/2025 | Lodging | Willkie | $590.19 | Lodging CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/29/2025 | Lodging | Willkie | $768.11 | Lodging CREXP-Case Strategy Conference in Washington, DC |
| 5/29/2025 | Out of Town Meals | Willkie | $26.40 | Out of Town Meals CREXP-Case Strategy Conference in Washington, DC |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/29/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $17.41 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/30/2025 | Lodging | Willkie | $429.94 | Lodging CREXP-Travel to DC for meetings with co-counsel |
| 5/30/2025 | Airplane/Train | Willkie | $201.00 | Airplane/Train CREXP-Travel to DC for meetings with co-counsel |
| 5/30/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $33.98 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/30/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $47.13 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/30/2025 | Airplane/Train | Willkie | $40.00 | Airplane/Train Itinerary: RAIL RAIL WAS PHL |
| 5/30/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $13.96 | Out of Town Taxi, Car Service, & Parking CREXP-Case Strategy Conference in Washington, DC |
| 5/30/2025 | Out of Town Taxi, Car Service, & Park | Willkie | $41.60 | Out of Town Taxi, Car Service, & Parking CREXP-Attend Lively v. Wayfarer Summit in Washington, DC. |
| 5/28/2026 | Airplane/Train | Willkie | $3,786.81 | Airplane/Train Itinerary: LAX EWR LAX |
| 5/31/2026 | Taxi, Car Service, & Parking | Willkie | $89.94 | Taxi, Car Service, & Parking CREXP-transportation to/from oral argument prep |
| 5/31/2026 | Taxi, Car Service, & Parking | Willkie | $69.58 | Taxi, Car Service, & Parking CREXP-transportation from oral argument prep back to home |
| 6/1/2026 | Taxi, Car Service, & Parking | Willkie | $58.91 | Taxi, Car Service, & Parking CREXP-Attend hearing at SDNY |
| 6/1/2026 | Taxi, Car Service, & Parking | Willkie | $79.28 | Taxi, Car Service, & Parking CREXP-Attend hearing at SDNY |
| 6/1/2026 | Taxi, Car Service, & Parking | Willkie | $28.68 | Taxi, Car Service, & Parking CREXP-Uber home from Lively 47.1 hearing |
| **TOTALS** | | | **$28,438.71** | |

Exhibit 12.A

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 1/21/2025 | Data Acquisition - Westlaw | Willkie | $263.30 | Westlaw |
| 1/21/2025 | Data Acquisition - Lexis | Willkie | $33.77 | Lexis |
| 1/21/2025 | Data Acquisition - Lexis | Willkie | $418.78 | Lexis |
| 1/22/2025 | Data Acquisition - Westlaw | Willkie | $540.89 | Westlaw |
| 1/22/2025 | Data Acquisition - Bloomberg | Willkie | $50.00 | Bloomberg |
| 1/23/2025 | Data Acquisition - Bloomberg | Willkie | $50.00 | Bloomberg |
| 1/23/2025 | Data Acquisition - Lexis | Willkie | $67.54 | Lexis |
| 1/23/2025 | Data Acquisition - Bloomberg | Willkie | $50.00 | Bloomberg |
| 1/24/2025 | Data Acquisition - Westlaw | Willkie | $1,649.46 | Westlaw |
| 1/24/2025 | Data Acquisition - Bloomberg | Willkie | $100.00 | Bloomberg |
| 1/24/2025 | Data Acquisition - Lexis | Willkie | $253.05 | Lexis |
| 1/24/2025 | Data Acquisition - Westlaw | Willkie | $1,081.79 | Westlaw |
| 1/28/2025 | Data Acquisition - Westlaw | Willkie | $1,514.95 | Westlaw |
| 1/28/2025 | Data Acquisition - Westlaw | Willkie | $601.02 | Westlaw |
| 1/28/2025 | Data Acquisition - Bloomberg | Willkie | $150.00 | Bloomberg |
| 2/1/2025 | Data Acquisition - Westlaw | Willkie | $3,667.68 | Westlaw |
| 2/1/2025 | Data Acquisition - Bloomberg | Willkie | $100.00 | Data Acquisition - Bloomberg |
| 2/1/2025 | Hudson, Esra A | Manatt | $633.58 | VENDOR: West Payment Center INVOICE#: 851401349/3 DATE: 2/1/2025 Westlaw Charges for January 2025 |
| 2/1/2025 | Data Acquisition - Westlaw | Willkie | $1,686.67 | Westlaw |
| 2/1/2025 | Data Acquisition - Westlaw | Willkie | $656.51 | Westlaw |
| 2/2/2025 | Data Acquisition - Westlaw | Willkie | $313.56 | Westlaw |
| 2/3/2025 | Data Acquisition - Lexis | Willkie | $549.87 | Lexis |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.22 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.33 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.98 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.22 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.98 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.98 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.22 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Roeser, Stephanie, A. | Manatt | $3.00 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.22 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.33 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.22 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.98 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.87 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/12/2025 | Gonzalez, Hector | Manatt | $0.11 | VENDOR: Bloomberg Industry Group, Inc. INVOICE#: 6888478225 DATE: 2/12/2025 |
| 2/13/2025 | Data Acquisition - Bloomberg | Willkie | $300.00 | Data Acquisition - Bloomberg |
| 2/13/2025 | Data Acquisition - Westlaw | Willkie | $8,902.16 | Westlaw |
| 2/13/2025 | Data Acquisition - Westlaw | Willkie | $1,576.01 | Westlaw |
| 2/14/2025 | Data Acquisition - Westlaw | Willkie | $4,075.48 | Westlaw |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $2,333.06 | Data Acquisition - Westlaw |
| 3/10/2025 | Data Acquisition - Lexis | Willkie | $85.05 | Data Acquisition - Lexis |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $4,849.30 | Data Acquisition - Westlaw |
| 3/10/2025 | Data Acquisition - Lexis | Willkie | $27.20 | Data Acquisition - Lexis |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $992.94 | Data Acquisition - Westlaw |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $1,611.20 | Data Acquisition - Westlaw |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $1,985.88 | Data Acquisition - Westlaw |
| 3/10/2025 | Data Acquisition - Westlaw | Willkie | $79.48 | Data Acquisition - Westlaw |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 3/11/2025 | Data Acquisition - Westlaw | Willkie | $322.24 | Data Acquisition - Westlaw |
| 3/11/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 3/11/2025 | Data Acquisition - Westlaw | Willkie | $1,654.90 | Data Acquisition - Westlaw |
| 3/11/2025 | Data Acquisition - Westlaw | Willkie | $5,427.42 | Data Acquisition - Westlaw |
| 3/12/2025 | Data Acquisition - Westlaw | Willkie | $1,323.92 | Data Acquisition - Westlaw |
| 3/17/2025 | Data Acquisition - Westlaw | Willkie | $3,322.87 | Data Acquisition - Westlaw |
| 3/17/2025 | Data Acquisition - Westlaw | Willkie | $1,561.27 | Data Acquisition - Westlaw |
| 3/18/2025 | Data Acquisition - Westlaw | Willkie | $497.56 | Data Acquisition - Westlaw |
| 3/18/2025 | Data Acquisition - Lexis | Willkie | $108.09 | Data Acquisition - Lexis |
| 3/18/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 3/18/2025 | Data Acquisition - Lexis | Willkie | $135.11 | Data Acquisition - Lexis |
| 3/18/2025 | Data Acquisition - Westlaw | Willkie | $2,396.34 | Data Acquisition - Westlaw |
| 3/18/2025 | Data Acquisition - Westlaw | Willkie | $898.22 | Data Acquisition - Westlaw |
| 3/19/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 3/21/2025 | Data Acquisition - Westlaw | Willkie | $1,611.20 | Data Acquisition - Westlaw |
| 3/21/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 3/21/2025 | Data Acquisition - Westlaw | Willkie | $2,084.96 | Data Acquisition - Westlaw |
| 3/27/2025 | Data Acquisition - Westlaw | Willkie | $2,235.21 | Data Acquisition - Westlaw |
| 3/27/2025 | Data Acquisition - Lexis | Willkie | $172.98 | Data Acquisition - Lexis |
| 3/27/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 3/27/2025 | Data Acquisition - Westlaw | Willkie | $2,715.72 | Data Acquisition - Westlaw |
| 3/28/2025 | Data Acquisition - Westlaw | Willkie | $992.94 | Data Acquisition - Westlaw |
| 3/28/2025 | Data Acquisition - Westlaw | Willkie | $2,071.24 | Data Acquisition - Westlaw |
| 3/28/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 3/28/2025 | Data Acquisition - Lexis | Willkie | $34.59 | Data Acquisition - Lexis |
| 3/28/2025 | Data Acquisition - Westlaw | Willkie | $1,370.74 | Data Acquisition - Westlaw |
| 4/1/2025 | Climaco, Katelyn | Manatt | $74.25 | VENDOR: LEXIS - NEXIS INVOICE#: 3095738902 DATE: 4/30/2025 Lexis Charges for April 2025 |
| 4/1/2025 | Climaco, Katelyn | Manatt | $74.25 | VENDOR: LEXIS - NEXIS INVOICE#: 3095738902 DATE: 4/30/2025 Lexis Charges for April 2025 |
| 4/1/2025 | Climaco, Katelyn | Manatt | $1.50 | VENDOR: LEXIS - NEXIS INVOICE#: 3095738902 DATE: 4/30/2025 Lexis Charges for April 2025 |
| 4/4/2025 | Data Acquisition - Lexis | Willkie | $34.60 | Data Acquisition - Lexis |
| 4/4/2025 | Data Acquisition - Westlaw | Willkie | $2,566.19 | Data Acquisition - Westlaw |
| 4/4/2025 | Data Acquisition | Willkie | $600.00 | Data Acquisition |
| 4/4/2025 | Data Acquisition | Willkie | $800.00 | Data Acquisition |
| 4/4/2025 | Data Acquisition - Westlaw | Willkie | $3,130.18 | Data Acquisition - Westlaw |
| 4/4/2025 | Data Acquisition - Westlaw | Willkie | $5,673.48 | Data Acquisition - Westlaw |
| 4/4/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 4/4/2025 | Data Acquisition - Lexis | Willkie | $36.68 | Data Acquisition - Lexis |
| 4/4/2025 | Data Acquisition - Westlaw | Willkie | $2,268.40 | Data Acquisition - Westlaw |
| 4/4/2025 | Data Acquisition - Lexis | Willkie | $37.67 | Data Acquisition - Lexis |
| 4/7/2025 | Data Acquisition - Westlaw | Willkie | $1,323.92 | Data Acquisition - Westlaw |
| 4/7/2025 | Data Acquisition - Westlaw | Willkie | $5,229.27 | Data Acquisition - Westlaw |
| 4/8/2025 | Data Acquisition - Westlaw | Willkie | $4,389.85 | Data Acquisition - Westlaw |
| 4/8/2025 | Data Acquisition - Westlaw | Willkie | $690.06 | Data Acquisition - Westlaw |
| 4/8/2025 | Data Acquisition - Westlaw | Willkie | $3,546.06 | Data Acquisition - Westlaw |
| 4/8/2025 | Data Acquisition | Willkie | $1,600.00 | Data Acquisition |
| 4/8/2025 | Data Acquisition - Westlaw | Willkie | $769.75 | Data Acquisition - Westlaw |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 4/9/2025 | Data Acquisition - Westlaw | Willkie | $661.96 | Data Acquisition - Westlaw |
| 4/9/2025 | Data Acquisition - Westlaw | Willkie | $552.26 | Data Acquisition - Westlaw |
| 4/9/2025 | Data Acquisition - Westlaw | Willkie | $4,633.72 | Data Acquisition - Westlaw |
| 4/9/2025 | Data Acquisition - Westlaw | Willkie | $1,654.90 | Data Acquisition - Westlaw |
| 4/9/2025 | Data Acquisition - Westlaw | Willkie | $1,985.88 | Data Acquisition - Westlaw |
| 4/15/2025 | Data Acquisition - Westlaw | Willkie | $79.48 | Data Acquisition - Westlaw |
| 4/15/2025 | Data Acquisition - Lexis | Willkie | $160.11 | Data Acquisition - Lexis |
| 4/15/2025 | Data Acquisition - Westlaw | Willkie | $2,101.30 | Data Acquisition - Westlaw |
| 4/21/2025 | Data Acquisition - Lexis | Willkie | $53.01 | Data Acquisition - Lexis |
| 4/21/2025 | Data Acquisition - Westlaw | Willkie | $1,288.96 | Data Acquisition - Westlaw |
| 4/21/2025 | Data Acquisition - Westlaw | Willkie | $661.96 | Data Acquisition - Westlaw |
| 4/21/2025 | Data Acquisition | Willkie | $600.00 | Data Acquisition |
| 5/7/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 5/7/2025 | Data Acquisition - Westlaw | Willkie | $1,010.36 | Data Acquisition - Westlaw |
| 5/7/2025 | Data Acquisition - Westlaw | Willkie | $1,933.44 | Data Acquisition - Westlaw |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $9.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $6.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $3.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $2.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $0.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $1.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $1.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $0.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $6.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $0.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $1.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $2.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Hudson, Esra A | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $3.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $9.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Hudson, Esra A | Manatt | $6.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $9.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Salem, Kareem | Manatt | $0.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $0.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $0.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $4.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $2.30 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Morrison, Andrew, L. | Manatt | $0.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Morrison, Andrew, L. | Manatt | $4.50 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $5.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Roeser, Stephanie, A. | Manatt | $1.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Hudson, Esra A | Manatt | $6.30 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Hudson, Esra A | Manatt | $0.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Hudson, Esra A | Manatt | $1.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $27.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $2.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $0.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $9.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $13.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $1.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Hudson, Esra A | Manatt | $2.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $3.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Dinino, Brent | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $15.50 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $3.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $0.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Climaco, Katelyn | Manatt | $4.50 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $2.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $19.30 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $18.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $4.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $5.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $4.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $2.90 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $1.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $4.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Bruno, Matthew | Manatt | $1.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Data Acquisition - Westlaw | Willkie | $898.22 | Data Acquisition - Westlaw |
| 5/12/2025 | Data Acquisition - Westlaw | Willkie | $661.96 | Data Acquisition - Westlaw |
| 5/12/2025 | Data Acquisition - Westlaw | Willkie | $1,933.44 | Data Acquisition - Westlaw |
| 5/12/2025 | Climaco, Katelyn | Manatt | $1.50 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Climaco, Katelyn | Manatt | $7.30 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $2.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $3.20 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $5.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $0.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $2.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $1.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $3.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $1.80 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gonzalez, Hector | Manatt | $16.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Dinino, Brent | Manatt | $9.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Gramajo, Fraylin | Manatt | $2.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Dinino, Brent | Manatt | $2.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2025 | Dinino, Brent | Manatt | $0.60 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Dinino, Brent | Manatt | $6.10 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $6.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $4.40 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $3.00 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Climaco, Katelyn | Manatt | $27.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/12/2025 | Dinino, Brent | Manatt | $5.70 | VENDOR: Pacer Service Center INVOICE#: 3942891-Q12025 DATE: 5/12/2025 Pacer Usage from 1/1/25-3/31/25 |
| 5/15/2025 | Data Acquisition - Westlaw | Willkie | $1,794.58 | Data Acquisition - Westlaw |
| 5/15/2025 | Data Acquisition - Westlaw | Willkie | $330.98 | Data Acquisition - Westlaw |
| 5/15/2025 | Data Acquisition - Bloomberg | Willkie | $200.00 | Data Acquisition - Bloomberg |
| 5/16/2025 | Data Acquisition - Westlaw | Willkie | $1,288.96 | Data Acquisition - Westlaw |
| 5/16/2025 | Data Acquisition - Lexis | Willkie | $121.92 | Data Acquisition - Lexis |
| 5/16/2025 | Data Acquisition - Westlaw | Willkie | $747.97 | Data Acquisition - Westlaw |
| 5/30/2025 | Data Acquisition - Westlaw | Willkie | $992.94 | Data Acquisition - Westlaw |
| 6/1/2025 | Data Acquisition - Bloomberg | Willkie | $100.00 | Data Acquisition - Bloomberg |
| **TOTALS** | | | **$134,519.65** | |

Exhibit 12.B

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 1/31/2025 | Consultants | Willkie | $9,238.00 | Lighthouse Document Technologies Inc - Consultants E-Discovery Services. Service Date 01/01/2025-01/31/2025 |
| 3/21/2025 | Consultants | Willkie | $65,300.75 | Consultants E-Discovery Services Date 02/01/2025-02/28/2025 |
| 3/31/2025 | Consultants | Willkie | $26,440.74 | Consultants E-Discovery Services Date 03/01/2025-03/31/2025 |
| 4/30/2025 | Consultants | Willkie | $39,200.00 | Consultants E-Discovery Services |
| 4/30/2025 | Consultants | Willkie | $2,690.80 | Consultants eDiscovery Services Date 04/01/2025-04/30/2025 |
| 5/31/2025 | Consultants | Willkie | $48,280.54 | Consultants E-Discovery Services Date 05/01/2025-05/31/2025 |
| 5/31/2025 | Consultants | Willkie | $2,827.30 | Consultants eDiscovery Services Date 05/01/2025-05/31/2025. |
| 5/31/2026 | Consultants | Willkie | $173,276.50 | GBX Holdings LLC |
| 6/16/2026 | Consultants | Willkie | $7,160.51 | Consultants eDiscovery Services |
| **TOTALS** | | | **$374,415.14** | |

Exhibit 12.C

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/4/2025 | Local Meals | Willkie | $36.09 | Meryl C Governski - Local Meals -Business: hearing and meeting in New York |
| 2/18/2025 | Local Meals | Willkie | $40.00 | Jung Hyun Lee - Local Meals -Business: Dinner while working late in th |
| 2/26/2025 | Local Meals | Willkie | $16.65 | Autumn Adams-Jack - Local Meals -Business: Working after 8 at the office o |
| 3/25/2025 | Hudson, Esra A | Manatt | $116.43 | VENDOR: Esra A Hudson INVOICE#: 7379237804281753 DATE: 4/28/2025 - Lunch, 03/25/25, Working lunch with client to discuss case., Cuvee, Lindsey Strasberg, Sloane, Offer, Weber & Dern, Partner; Stephanie Roeser |
| 4/1/2025 | Local Meals | Willkie | $40.00 | Local Meals CREXP-Dinner worked late for Vincent Biagiotti |
| 4/22/2025 | Local Meals | Willkie | $38.61 | Local Meals CREXP-Vincent Biagiotti dinner worked late |
| 5/6/2025 | Local Meals | Willkie | $35.96 | Local Meals CREXP-Dinner for Vincent Biagiotti worked late |
| 5/7/2025 | Local Meals | Willkie | $36.56 | Local Meals CREXP-Dinner for Vincent Biagiotti worked late |
| 5/13/2025 | Local Meals | Willkie | $38.96 | Local Meals CREXP-Dinner worked late for Vincent Biagiotti |
| 5/30/2025 | Local Meals | Willkie | $149.37 | Local Meals CREXP-lunch for Lively summit participants |
| 6/1/2026 | Local Meals | Willkie | $5.00 | Local Meals CREXP-Water bought on the way to the SDNY Court. |
| 6/2/2026 | Local Meals | Willkie | $6.00 | Local Meals CREXP-Refreshment for Partners at Court Conference |
| **TOTALS** | | | **$559.63** | |

Exhibit 12.D

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 1/30/2025 | Dinino, Brent | Manatt | $6.58 | 1 White Binder (3 Inches) |
| 1/30/2025 | Dinino, Brent | Manatt | $5.75 | 23 Tabs |
| 2/15/2025 | Dinino, Brent | Manatt | $19.05 | VENDOR: Dinino, Brent INVOICE#: 7243895402242326 DATE: 2/24/2025 - Postage, 02/15/25, Mailed/Served Opposing Parties, USPS |
| **TOTALS** | | | **$31.38** | |

Exhibit 12.E

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 2/1/2025 | Hudson, Esra A | Manatt | $90.00 | VENDOR: TransUnion Risk and Alternative (TLO LLC; INVOICE#: 4209531-202501-1; DATE: 2/1/2025 - Searches for January 2025 |
| 2/1/2025 | Roeser, Stephanie, A. | Manatt | $10.00 | VENDOR: Courthouse News Service INVOICE#: INV2014114 DATE: 2/1/2025 |
| 2/1/2025 | Hudson, Esra A | Manatt | $120.95 | VENDOR: West Payment Center INVOICE#: 851401349/2 DATE: 2/1/2025 Charges for January 2025 |
| 2/1/2025 | Dinino, Brent | Manatt | $243.95 | VENDOR: West Payment Center INVOICE#: 851544581-1 DATE: 3/1/2025 Charges for February 2025 |
| 2/1/2025 | Hudson, Esra A | Manatt | $292.30 | VENDOR: West Payment Center INVOICE#: 851544581-1/5 DATE: 2/1/2025 Charges for February 2025 |
| 2/7/2025 | Roeser, Stephanie, A. | Manatt | $42.50 | VENDOR: Harbor Global, LLC INVOICE#: HG-177565 DATE: 2/7/2025; 01/14/25 Offsite Research Document Retrieval Complaints regarding FW: New hit for Litigation Alert: Multiple pltfs: Wayfarer Studios / Justin Baldoni / Jamey Heath and others - All Cases - All Courts - Jan 10| 2025 |
| 2/7/2025 | Dinino, Brent | Manatt | $170.00 | VENDOR: Harbor Global, LLC INVOICE#: HG-177565 DATE: 2/7/2025; 01/31/25 Offsite Research Document Retrieval Complaints regarding Urgent - Request to Pull Complaints |
| 2/7/2025 | Hudson, Esra A | Manatt | $212.50 | VENDOR: Harbor Global, LLC INVOICE#: HG-177565 DATE: 2/7/2025; 01/29/25 Offsite Research Research Company - Background| Financials| etc. regarding URGENT background report request |
| 3/10/2025 | Dinino, Brent | Manatt | $85.00 | VENDOR: Harbor Global, LLC INVOICE#: HG-178205 DATE: 3/10/2025; 02/25/25 Offsite Research Research Public Records regarding Request for Background Check and ID of Agent for Service |
| 3/10/2025 | Hudson, Esra A | Manatt | $127.50 | VENDOR: Harbor Global, LLC INVOICE#: HG-178205 DATE: 3/10/2025; 02/11/25 Offsite Research Research Public Records regarding background check needed asap |
| **TOTALS** | | | **$1,394.70** | |

Exhibit 12.F

| Expense Date | Timekeeper / Expense Type | Firm | Amount | Narrative |
|---|---|---|---|---|
| 6/3/2026 | Filing Fees | Willkie | $154.80 | Filing Fees SDNY Transcript Fee J. Dale |
| **TOTALS** | | | **$154.80** | |

Exhibit 12.G