USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLAKE LIVELY, et al.,

Plaintiffs,

-v-

WAYFARER STUDIOS LLC, et al.,

Defendants.

---

24-cv-10049 (LJL);
25-cv-449 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has pending before it motions for sealing at Dkt. Nos. 891, 899, 907, 932, 937, 951, 966, 971, 974, 979, 990, 1001, 1002, 1007, 1048, 1049, 1054, 1061, 1090, 1093, 1109, 1116, 1131, 1138, 1152, 1161, 1180, 1192, 1195, 1205, 1207, 1212, 1255, 1336, 1339, 1412, 1415, 1418. From the Court's preliminary review, it appears that much of the information requested to be sealed has been disclosed in one form or another in this litigation. In addition, given the passage of time, the business or privacy interests that may once have supported sealing may no longer do so.

Accordingly, the parties are directed to inform the Court by letter filed on ECF no later than September 4, 2026, what, if any, information requires continued sealing. Each party's submission shall be contained in a single letter and such letter shall indicate by docket number the outstanding requests for sealing to which the letter is addressing itself. The letter must also indicate, by docket number, the specific docket entries for which continued sealing is requested and contain a brief explanation supporting each request consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

In the absence of a timely filed request for continued sealing, the Court will consider any prior requests to be waived.

SO ORDERED.

Dated: August 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge