**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

BLAKE LIVELY, et al,

Plaintiffs,

24 **CIVIL** 10049 (LJL)
25 **CIVIL** 0449 (LJL)

-against-

**JUDGMENT**
**For Attorney's Fees and Costs**

WAYFARER STUDIOS, et al.,

Defendants.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2026, Lively's request for attorneys' fees and costs is GRANTED IN PART and DENIED IN PART. Plaintiff is awarded attorney's fees in the amount of $363,245.40 and costs in the amount of $44,206.35 for a total sum of $407,451.75.

**Dated:** New York, New York
August 27, 20256

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**