Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Theresa M Troupson
ttroupson@lftcllp.com

September 4, 2026

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1-7 and 9-10 to the Wayfarer Parties' letter in response to the Court's order re motions to seal (Dkt. 1451), filed contemporaneously herewith, which contain or consist of discovery material designated "Confidential." The public version has been redacted accordingly, with an unredacted version filed under seal. In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter motion to seal for one week, so that the parties can meet and confer and so that any interested parties or non-parties may file motions for continued sealing if they so choose.

Respectfully submitted,

*/s/ Theresa M Troupson*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com

Liner Freedman Taitelman+Cooley LLP



MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

cc: all counsel of record (via ECF)