NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

September 4, 2026

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: C.A. No. 1:24-cv-10049 (LJL); *Blake Lively Wayfarer Studios LLC, et al*; In The United States District Court for the Southern District of New York

Dear Judge Liman:

On behalf of Jonesworks LLC ("Jonesworks"), we write pursuant to your August 21, 2026 Order [Dkt. 1451] directing the parties to inform the Court what, if any, information requires continued sealing, and to identify by docket number the outstanding sealing requests and the specific docket entries for which continued sealing is requested.

Jonesworks respectfully advises the Court that it does not seek continued sealing of any of the materials identified in its motions to seal at Dkt. Nos. 1049, 1090, 1152, and 1192, with the limited exception of redactions of personally identifying information ("PII") where appropriate. We understand that the materials submitted in connection with motions for summary judgment are judicial documents subject to the presumption of public access under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and do not believe that continued wholesale sealing is warranted.[1]

Thank you for your time and assistance in this matter.

Sincerely,

NIX PATTERSON, LLP

Brad Beckworth

[1] Dkt. 1049 also includes a voice note/audio file. If the Court determines the materials in Dkt. 1049 should be publicly filed, Jonesworks respectfully requests guidance as to the appropriate procedure for publicly refiling that audio file.