# EXHIBIT 1
# REDACTED IN FULL