# EXHIBIT 2
# REDACTED IN FULL