# EXHIBIT 3
# REDACTED IN FULL