# EXHIBIT 4
# REDACTED IN FULL