# EXHIBIT 5
# REDACTED IN FULL