# EXHIBIT 6
# REDACTED IN FULL