# EXHIBIT 9
# REDACTED IN FULL