# EXHIBIT 10
# REDACTED IN FULL