**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants. | No. 1:24-cv-10049-LJL |

**CERTIFICATE OF SERVICE**

I, Theresa M Troupson, do hereby certify that I am not less than 18 years of age and on this fourth day of September, 2026, I caused a copy of the sealed **Defendants' Letter Re Sealing Order** to be served upon the counsel listed in the service list below.

Dated: September 4, 2026
Los Angeles, CA

*/s/ Theresa M Troupson*
Theresa M Torupson

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP** *Attorneys for Plaintiff*
Esra Hudson, Esq.
Sarah Moses
Sareen Armani
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com
smoses@manatt.com
sarmani@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILLKIE FARR & GALLAGHER LLP**
Aaron E. Nathan, Esq.
Melissa Taustine
Michaela Connolly
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@willkie.com
mtaustine@willkie.com
mconnolly@willkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
kbender@willkie.com

**DUNN ISAACSON RHEE LLP**
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email: mgovernski@dirllp.com