manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 4, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re: *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with the Court's Order dated August 21, 2026 (Dkt. No. 1451), Plaintiff Blake Lively respectfully submits this letter to inform the Court of her positions on specific sealing motions and documents. Ms. Lively agrees with the Court that much of the information requested to be sealed has already been publicly disclosed in this litigation and does not request the continued sealing of any documents or information involved in the pending motions to seal identified by the Court.

Procedurally, Ms. Lively notes that several docket entries identified in the Court's order concern proposed redactions to exhibits that were later publicly refiled pursuant to the Court's sealing rulings at Dkt. Nos. 1229, 1237, 1241, and 1425. Specifically, Ms. Lively respectfully submits that the sealing motions at Dkt. Nos. 1061, 1180, 1161, 1205, 1212, 1412, and 1415 were resolved by the Court's sealing orders, and that the permissible information has already been made public. These matters should therefore be closed.

In reviewing the prior sealing motions, however, Ms. Lively identified the inconsistent treatment of confidential information. For instance, in its order dated April 30, 2026, the Court previously ruled that information involving third-parties that were not actually retained as clients are not entitled to confidential treatment. (Dkt. No. 1425). Consistent with that order, Ms. Lively brings to the Court's attention certain exhibits for further consideration:

- The following exhibits filed in relation to Ms. Lively's Opposition to Defendants' Motion for Summary Judgment, which Ms. Lively moved to seal on January 12, 2026 (Dkt. No. 1205) and refiled with redactions, pursuant to the Court's prior sealing orders (Dkt. Nos. 1229, 1237, 1241): Dkt. Nos. 1233-59 and 1252-4.[1]
- The following exhibits filed in relation to Ms. Lively's Motion for Spoliation Sanctions, which the Wallace Parties moved to seal on November 5, 2025 (Dkt. No. 914) and Ms. Lively refiled with redactions pursuant to the Court's prior sealing orders (Dkt. Nos. 1027, 1229, 1237, 1241): Dkt. Nos. 1043-1; 1233-62; 1233-65; 1233-61; 1233-64, and

[1] For the Court's reference, sealed (unredacted) versions of these exhibits are filed at Dkt. Nos. 1071-58 and 1071-62.

874-51).[2] In addition, the Court previously "directed [the Wallace Parties] to file revised proposed redactions of Exhibit 55 at Dkt. No. 874-51 consistent with this Memorandum and Order by that same date." (Dkt. No. 1027). The Wallace Parties did so on December 3, 2025. (Dkt. No. 1040-5). However, no public-facing filing was ever made and the contents therein (as it relates to the Wallace Parties) do not implicate confidential information.

Respectfully submitted,

/s/ Esra A. Hudson


WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Melissa S. Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*


[2] The exhibit at Dkt. No. 874-51 has not been publicly refiled and remains under seal. Otherwise, for the Court's reference, sealed (unredacted) versions of these exhibits are filed at Dkt. Nos. 874-10; 874-30; 874-31; 874-32; and 874-34.