Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-4912
egarofalo@lftcllp.com

September 18, 2026

*Via Email*

The Honorable Lewis J. Liman
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

Third party plaintiff Jennifer Abel seeks clarification of the Court's September 17, 2026 order (Dkt. No 1460) with respect to her Motion for Conditional Summary Judgment against Jonesworks, LLC ("Jonesworks").

On March 20, 2025, Abel filed a cross-claim for indemnification against Jonesworks. (Dkt. No. 154). Abel reasserted her cross-claim with her answers to Blake Lively's First and Second Amended Complaints. (Dkt. Nos. 187 and 639). On November 11, 2025, Abel filed a Motion for Conditional Summary Judgment against Jonesworks. (Dkt. No. 938). On December 23, 2025, pursuant to a stipulation between Abel and Jonesworks, the Court ordered Abel's third party claims against Jonesworks bifurcated and tried separately from Lively's claims against Abel. (Dkt. No. 1142).

On May 7, 2026, Blake Lively, on one hand, and Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, The Agency Group PR LLC, Melissa Nathan, and Jennifer Abel, on the other hand (the "Wayfarer Parties"), entered into a settlement agreement resolving Lively's claims.[1] Ex. 1. Jonesworks was not a party to the Settlement Agreement ("Agreement") and Abel's indemnification claim against Jonesworks was not resolved by the Agreement. In fact, the Agreement expressly excluded Jonesworks and Stephanie Jones from the settling parties mutual releases. Ex. 1 at ¶ 5. Also on May 7, 2026, Lively and the Wayfarer Parties filed a Notice of Settlement and Joint Stipulation providing that the "Lively action is dismissed with prejudice as between the Stipulating Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." (Dkt. No. 1432). The Court adopted the Stipulation as its order.

[1] The Settlement Agreement also carved out Lively's request for relief pursuant to California Civil Code § 47.1 which was later adjudicated by the Court.

Liner Freedman
Taitelman+Cooley LLP



(Dkt. No. 1434). Jonesworks was not a stipulating party[2] and the Lively Action was not dismissed with respect to Abel's claims against Jonesworks.

On September 17, 2026, the Court entered an order providing that the "parties" to this action "entered a notice of settlement and joint stipulation on May 7, 2026 which resolved all issues in the cases except for Lively's motion pursuant to California Civil Code § 47.1 in Case No. 25-cv-449." (Dkt. No. 1460 at 1). The order also directed the Clerk of the Court "to close all open motions in both Case No. 24-cv-10049 and Case No. 25-cv-449." (Dkt No. 1460 at 13).

However, because (1) Jonesworks was not a party to the May 7, 2026 notice of settlement and joint stipulation and (2) the May 7, 2026 Settlement Agreement expressly excluded Jonesworks and Jones from the releases, Abel seeks clarification that her motion for summary judgment remains pending as part of her third party claim in the otherwise dismissed Lively Action.

Very truly yours,

/s/ *Ellyn S. Garofalo*

Ellyn S. Garofalo

[2] The "Stipulating Parties" were defined as Blake Lively, on the one hand, and Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, The Agency Group PR LLC. Melissa Nathan, and Jennifer Abel, on the other hand (the 'Wayfarer Parties')". (Dkt. No. 1434).