USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BLAKE LIVELY, et al.,

Plaintiffs,

-v-

WAYFARER STUDIOS, et al.,

Defendants.

---------------------------------------------------------------------X

24-cv-10049 (LJL);
25-cv-449 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

This Order clarifies the Order issued on September 17, 2026. Dkt. No. 1460. The motion for conditional summary judgment at Dkt. No. 938 remains live and is pending decision.

The Clerk of Court is respectfully directed to reopen the motion at Dkt. No. 938.

SO ORDERED.

Dated: September 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge