USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY, et al.,

Plaintiffs,

-v-

WAYFARER STUDIOS LLC, et al.,

Defendants.

24-cv-10049 (LJL);
25-cv-449 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is the motion of Defendant Third-Party Plaintiff Jennifer Abel ("Abel") for conditional summary judgment on the second cause of action in her third-party complaint against Jonesworks seeking common law indemnification. Dkt. No. 938. In her second cause of action, Abel seeks indemnification from Jonesworks from any liability, expenditures or costs she incurs in connection with the claims in the principal complaint by Plaintiff Blake Lively ("Lively") against her. Lively brought claims against Abel for aiding and abetting harassment and retaliation in violation of the California Fair Employment and Housing Act ("FEHA"), Cal. Gov't Code § 12940(i), Dkt. No. 520 ("SAC") ¶¶ 408–15; false light invasion of privacy in violation of Article I, Section 1 of the California Constitution, *id.* ¶¶ 434–40; and civil conspiracy, *id.* ¶¶ 466–69. The motion was filed on November 11, 2025. Dkt. No. 938. At the time, Lively's claims against Abel were still pending. Abel framed her motion as one for conditional summary judgment, recognizing that at the time there had been no judgment or settlement of the underlying claim. Dkt. No. 945 at 12. The motion was opposed on grounds, in part, that it was premature. Dkt. No. 1058 at 15–17.

Lively's claims against Abel were dismissed at summary judgment by Opinion and Order of April 2, 2026. Dkt. No. 1273 at 95 (granting summary judgment to Abel with respect to the aiding and abetting claims pleaded against her), 143 (granting summary judgment to all defendants on false light invasion of privacy claim), 150–51 (granting summary judgment to all defendants on civil conspiracy claim). The Court has granted judgment in Abel's favor as to Lively's claims against her. *Id.* at 151.

The parties are directed to submit letter briefs to the Court no later than 5:00 p.m. on September 28, 2026, directed to the impact of the Court's April 2, 2026 Opinion and Order on Abel's conditional motion for summary judgment. Such letter briefs shall address whether conditional summary judgment is no longer appropriate given the conclusion of Lively's claims against Abel and whether the motion should be dismissed without prejudice to the filing of a new motion based on the current status of the case for the full relief sought in Abel's second cause of action in her third-party complaint against Jonesworks.

SO ORDERED.

Dated: September 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge