MSS MEISTER SEELIG & SCHUSTER

Kevin Fritz
Partner
Direct (212) 655-3570
Fax (212) 655-3535
*kaf@mss-pllc.com*

September 28, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of defendant/third-party plaintiff Jennifer Abel, we respectfully submit this letter concerning Ms. Abel's second cause of action in her Third-Party Complaint seeking common law indemnification from Jonesworks LLC from any liability, expenditures or losses incurred by her in connection with plaintiff Blake Lively's claims. (Dkt. 639, ¶¶ 52 – 61).

Given that the Court dismissed all of Ms. Lively's claims against Ms. Abel, Ms. Abel has no objection to the Court's denial of, or in the alternative she withdraws, her motion for conditional summary judgment *without prejudice* to the filing of a new motion for the full relief sought in her second cause of action. *See, e.g., Lowe v. Dollar Tree Stores, Inc.*, 40 A.D.3d 264, 265 (1st Dept. 2007) ("The right to indemnification at issue includes the right to recover attorneys' fees, costs and disbursements for defending against plaintiff's action."); *Di Perna v. American Broad. Co., Inc.*, 200 A.D.2d 267, 271 (1st Dept. 1994) (granting defendant summary judgment on third-party claim for indemnification, including defense costs, where primary claim was dismissed). Considering the upcoming deadlines for summary judgment motions in the related case of *Jones et al. v. Abel et al.*, 25-cv-00779 (S.D.N.Y.), we propose that Ms. Abel's renewed summary judgment motion herein be due on or before November 4, 2026.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

AHOURAIAN LAW
Mitra Ahouraian (pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
(310) 376-7878
mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)