UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, et al,<br>Plaintiffs,<br>-v-<br>WAYFARER STUDIOS, et al<br>Defendants. | Civil Action No. 1:24-cv-10049 (LJL);<br>Civil Action No. 1:25-cv-449 (LJL) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bradley E. Beckworth, hereby respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-referenced cause of action. I represent the Third-Party Defendant, JONESWORKS LLC in this action.

I hereby certify the following:

1. I am a member in good standing of the bars of New York, Texas, Oklahoma and Arkansas.
2. There are no pending disciplinary proceedings against me in any state or federal court.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have paid or will promptly pay the required *pro hac vice* admission fee.
6. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the New York Rules of Professional Conduct, and I agree to comply with them.
7. An affidavit in support of this motion pursuant to Local Rule 1.3 is attached hereto as "Exhibit 1."
8. Certificates of Good Standing from each Court, issued within the past thirty (30) days, attached hereto as "Exhibit 2."

WHEREFORE, I respectfully request that this Court grant my admission *Pro Hac Vice* in this matter.

Dated: September 28, 2026

Respectfully submitted,

By: */s/ Brad Beckworth*
Bradley E. Beckworth
New York State Bar No. 5151071
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing was filed electronically with the Court and served by operation of the Court's ECF notification system upon all counsel of record.

Austin, Texas
September 28, 2026

*/s/ Brad Beckworth*
Bradley E. Beckworth