USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY, et al.,

Plaintiffs,

-v-

WAYFARER STUDIOS LLC, et al.,

Defendants.

24-cv-10049 (LJL);
25-cv-449 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Third-Party Plaintiff Jennifer Abel's ("Abel") motion for conditional summary judgment at Dkt. No. 938 is deemed withdrawn without prejudice to refiling. *See* Dkt. No. 1464. The parties are directed to meet and confer with respect to a briefing schedule on any renewed motion for summary judgment with respect to all remaining claims in this case and to inform the Court of their joint or respective proposals no later than October 5, 2026. The Court expresses no views on whether the claim for common law indemnification is moot.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 938.

SO ORDERED.

Dated: September 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge