UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, STREET RELATIONS, INC.<br><br>Defendants. | No. 24-cv-10049-LJL |
| STEPHANIE JONES and JONESWORKS<br><br>Plaintiffs,<br><br>-v-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC And JOHN DOES 1-10,<br><br>Defendants. | No. 25-cv-00779-LJL |

**STIPULATION AND ORDER OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 1.4, it is here by stipulated and agreed by the undersigned counsel and parties that Alexandra A.E. Shapiro, Jonathan P. Bach, Fabien M. Thayamballi, Julian Brod, Alice Buttrick, and William Taylor of Shapiro Arato Bach LLP (the "Shapiro Arato Bach attorneys") shall withdraw as counsel of record for the Wayfarer Parties in both of the above actions. The Wayfarer Parties shall continue to be represented by Liner Freedman Taitelman and Cooley, LLP, Meister Seelig and Schuster PLLC, and Ahouraian Law.

Upon entry of this Order, the Shapiro Arato Bach attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated September 26, 2026

I consent to the above withdrawal:

| | |
|---|---|
| ______________________ | ______________________ |
| Wayfarer Studios | Justin Baldoni |
| ______________________ | ______________________ |
| Jamey Heath | Steve Sarowitz |
| ______________________ | ______________________ |
| It Ends With Us Movie LLC | Melissa Nathan |
| ______________________ | ______________________ |
| The Agency Group PR LLC | Jennifer Abel |

Upon entry of this Order, the Shapiro Arato Bach attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated September 27, 2026

I consent to the above withdrawal:

| | |
|---|---|
| ________________________ | ________________________ |
| Wayfarer Studios | Justin Baldoni |
| ________________________ | ________________________ |
| Jamey Heath | Steve Sarowitz |
| ________________________ | ________________________ |
| It Ends With Us Movie LLC | Melissa Nathan |
| ________________________ | ________________________ |
| The Agency Group PR LLC | Jennifer Abel |

Upon entry of this Order, the Shapiro Arato Bach attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated September 27, 2026

I consent to the above withdrawal:

| | |
|---|---|
| ______________________________ | ______________________________ |
| Wayfarer Studios | Justin Baldoni |
| ______________________________ |  ______________________________ |
| Jamey Heath | Steve Sarowitz |
| ______________________________ | ______________________________ |
| It Ends With Us Movie LLC | Melissa Nathan |
| ______________________________ | ______________________________ |
| The Agency Group PR LLC | Jennifer Abel |

Upon entry of this Order, the Shapiro Arato Bach attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated September 28, 2026

I consent to the above withdrawal:

| | |
|---|---|
| ______________________________ | ______________________________ |
| Wayfarer Studios | Justin Baldoni |
| ______________________________ | ______________________________ |
| Jamey Heath | Steve Sarowitz |
| ______________________________ | Signed by: 1B6CFB1E0A2943A... ______________________________ |
| It Ends With Us Movie LLC | Melissa Nathan |
| Signed by: 1B6CFB1E0A2943A... ______________________________ | ______________________________ |
| The Agency Group PR LLC | Jennifer Abel |

Upon entry of this Order, the Shapiro Arato Bach attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated September 22, 2026

I consent to the above withdrawal:

______________________________
Wayfarer Studios

______________________________
Justin Baldoni

______________________________
Jamey Heath

______________________________
Steve Sarowitz

______________________________
It Ends With Us Movie LLC

______________________________
Melissa Nathan

______________________________
The Agency Group PR LLC

______________________________
Jennifer Abel

I consent to the above withdrawal:


*/s/ Alexandra A.E. Shapiro*
Alexandra A.E. Shapiro
Jonathan P. Bach
Fabien M. Thayamballi
Julian Brod
Alice Buttrick
William Taylor
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
fthayamballi@shapiroarato.com
jbrod@shapiroarato.com
abuttrick@shapiroarato.com
wtaylor@shapiroarato.com

*/s/ Bryan J. Freedman*
Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
Theresa M Troupson (pro hac vice)
Summer Benson (pro hac vice)
Jason Sunshine
LINER FREEDMAN TAITELMAN +
COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

*/s/ Mitchell Schuster*
Mitchell Schuster
Kevin A. Fritz
MEISTER SEELIG & SCHUSTER PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
ms@mss-law.com
kaf@mss-law.com

*/s/ Mitra Ahouraian*
Mitra Ahouraian (pro hac vice)
AHOURAIAN LAW
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel. (310) 376-7878
mitra@ahouraianlaw.com


The withdrawal of the Shapiro Arato Bach attorneys is hereby approved and so ORDERED.

Date: September 29, 2026

The Honorable Lewis J. Liman
United States District Judge