MEISTER SEELIG & SCHUSTER

Kevin Fritz
Partner
Direct (212) 655-3570
Fax (212) 655-3535
*kaf@mss-pllc.com*

October 5, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of defendant/third-party plaintiff Jennifer Abel, and as directed by the Order dated September 29, 2026 (Dkt. 1470), we respectfully submit this letter concerning Ms. Abel's third-party claims against Jonesworks LLC.

We have conferred with counsel for Jonesworks, and the parties jointly propose the following schedule for summary judgment motions on the third-party claims:

- Moving papers: November 4, 2026
- Oppositions: November 23, 2026
- Replies: December 11, 2026.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
ms@mss-pllc.com
kaf@mss-pllc.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

AHOURAIAN LAW
Mitra Ahouraian (pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
(310) 376-7878
mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)