Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Theresa M Troupson
ttroupson@lftcllp.com

October 7, 2026

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

The Wayfarer Defendants respond to the Court's order (Dkt. No. 1460) directing the parties to redact and re-file certain documents previously submitted under seal.

The following documents are submitted in accordance with the Court's order: Dkt. Nos. 943, 1011, 1112, 1457-1 (corresponding to Dkt. Nos. 1056 and 1066), 1457-2 (corresponding to Dkt. No. 1199), 1457-3 (corresponding to Dkt. No. 1209-7), 1457-4 (corresponding to Dkt. No. 1132), 1457-6 (corresponding to Dkt. No. 1213), 1457-7 (corresponding to Dkt. Nos. 939, 941, and 945), 1457-8 (same), 1457-9 (same), 1457-10 (corresponding to Dkt. No. 963-115), 1457-11 (corresponding to Dkt. Nos. 980 and 981), and 1457-12 (corresponding to Dkt. Nos. 1110 and 1111).

Respectfully submitted,

*/s/ Theresa M Troupson*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC

Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

cc: all counsel of record (via ECF)