# EXHIBIT 2 - PART 2

# EXHIBIT 25

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 39 | Date Range: 5/30/2024 - 5/31/2024 |

### Outline of Conversations

**BL-FullMessages-0834246** • 39 messages between 5/30/2024 - 5/31/2024 • Josh Greenstein [redacted] • ?B? [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0834246**

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 8:52 PM
he's coming now but I'm here and all good.
Good news - looked at contract - your cut needs to test within 7 points of his
For Sony and wayfair to have mutual approval. Means his did 67
We just need to do 61 or above 😳

\# ?B? [redacted] ◀ 5/30/2024, 8:57 PM
Only in definite recommend? Top 2 boxes irrelevant?

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 9:43 PM
Yep

\# ?B? [redacted] ◀ 5/30/2024, 9:44 PM
I beat him in the f&f by 3 points in definite recommend already

\# ?B? [redacted] ◀ 5/30/2024, 9:44 PM
And this cut is plussed. Bc I had more time.

\# ?B? [redacted] ◀ 5/30/2024, 9:44 PM
Do they find out tonight? How does that work?

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 9:45 PM
I'll find out first and text u

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 9:45 PM
They will find out when they get home tonight we are emailing everyone

\# ?B? [redacted] ◀ 5/30/2024, 9:46 PM
And then they just know what that means. v

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 9:46 PM
Yes gonna be clear

\# ?B? [redacted] ◀ 5/30/2024, 9:46 PM
Loved "Yes gonna be clear"

\# ?B? [redacted] ◀ 5/30/2024, 9:47 PM
Amazing. Cant wait to wake up w this behind us. We have very exciting work to do. That will pay off.

\# ?B? [redacted] ◀ 5/30/2024, 9:47 PM
Xx

\# ?B? [redacted] ◀ 5/30/2024, 9:47 PM
Someone's gotta babysit their whole crew from grabbing a tablet and voting

\# ?B? [redacted] ◀ 5/30/2024, 9:48 PM
Going to sleep. Will check my phone. Text me please. Xx b

JG **Josh Greenstein** [redacted] ▶ 5/30/2024, 9:51 PM
I'm on patrol

JG **Josh Greenstein** [redacted] ▶ 5/31/2024, 12:18 AM

Just finished played well

JG Josh Greenstein [redacted] ▶ 5/31/2024, 12:30 AM

Waiting for scores

# ?B? [redacted] ◀ 5/31/2024, 2:14 AM

Questioned "Waiting for scores "

# ?B? [redacted] ◀ 5/31/2024, 2:16 AM

Any update?

JG Josh Greenstein [redacted] ▶ 5/31/2024, 2:30 AM

Tonight's topline scores:

48% Excellent
83% Top Two
62% Def Rec

Scores for last screening at same location:

56% Excellent
85% Top Two
66% Def Rec

JG Josh Greenstein [redacted] ▶ 5/31/2024, 2:55 AM

From my head of research

For F<35, the biggest differences compared to the last screening are:

Relationship between Lily & Ryle is down -6pts to 38%, the lowest rating of all the elements

Relationship between young Lily & young Atlas is down -6pts (there's one less flashback scene now)

The drama is rated -27pts lower. We need to read the cards to see why.

The romance is rated -18pts lower.

The beginning is moving too fast by +5pts

The ending is moving too fast by +7pts

Confusion is up +3pts

We'll have to read the cards to see what these younger females are saying about the beginning and ending, as well as what's confusing.

# ?B? [redacted] ◀ 5/31/2024, 3:52 AM

Spoke with Colleen. She feels like I do, still full steam ahead w my cut. I asked her to text you as well so you're not taking my word for it.

# ?B? [redacted] ◀ 5/31/2024, 4:04 AM

Also, I think it's important for them and everyone to know, I'm not going to kill myself any more for this to be in a state of limbo. So this isn't a punt of a decision until the next test with the next round of scores.

Colleen and I are declaring now, this is the cut. We will work to improve this cut, but Colleen said tonight - "I would much rather have your cut exactly as is be released than his cut. Even with the lower numbers. I don't like his cuts."

And you know how I feel about this. I believe this is a far better, more elevated and most evergreen version of the film. And quality to me, always wins.

His movie is very YA. Very lifetime YA. Which is why I'm sure it's resonating with younger people. That makes sense to me. I tried to wash all the sweaty YA off the movie, because, to Colleen's point, this isn't a YA book.

That said, I can and will get our numbers up. I love getting the booklet and the keys to the kingdom as to how to improve. This is an opportunity that Wayfarer never gave me. So I'm happy to be able to be perspective and clear about where to improve.

I I can't wait. I just need an editor. And also to know that it's done.
It's done from my perspective, from Colleen's, and from Taylor's.
And from Sonys?

# ?B? [redacted] ◄ 5/31/2024, 6:29 AM
prescriptive* not perspective

# ?B? [redacted] ◄ 5/31/2024, 8:53 AM
I'm mortified to send you a 5 min voice memo. But I'm about to take off and won't be able to speak for 8 hours or so, so I gave you 8 hours in 5 mins 🤦‍♀️?.

I was so empty when we spoke this morning, and even when I text you, so I wanted to better capture what I was trying to convey.

I land at 4:10pm ET. Maybe we can do a call at 5:30ET? I should be home by then.

Dying to hear the analysis.

Speak soon.
X

JG Josh Greenstein [redacted] ► 5/31/2024, 12:57 PM
Yes def 530 est
- sending you cards now

JG Josh Greenstein [redacted] ► 5/31/2024, 12:57 PM
Ange Reaching out to your editor ,

JG Josh Greenstein [redacted] ► 5/31/2024, 1:04 PM
Sent cards sending analysis now

# ?B? [redacted] ◄ 5/31/2024, 1:12 PM
Liked "Sent cards sending analysis now "

JG Josh Greenstein [redacted] ► 5/31/2024, 1:24 PM
Editor: Alan (previous editor) not coming back. He has a wedding he is not missing. John asking our SNL producers if we can borrow Shane their editor for 4 days - deadpool editor who worked with Blake on cut b4. She loved him and he knows movie. That would be the win.

# ?B? [redacted] ◄ 5/31/2024, 2:08 PM
Thank you so much. Bradley has someone he's reached out to as well. She an assistant editor but he said she's great. I followed up with Jack to send the analysis. Dying to read on the plane so I'm all caught up when we speak. I've been going through the cards.

Also, did you get my voice memo earlier? Checking bc it doesn't show on our thread for me.

JG Josh Greenstein [redacted] ► 5/31/2024, 2:54 PM
I just saw haven't listened to will do after out with Tom .
Spoke to Colleen and all good

JG Josh Greenstein [redacted] ► 5/31/2024, 2:54 PM
Speaking with wayfair today - setting final preview Wednesday .

# ?B? [redacted] ◄ 5/31/2024, 2:55 PM
Liked "I just saw haven't listened to will do after out w..."

# ?B? [redacted] ◄ 5/31/2024, 5:26 PM

I'll be home in 10 mins. Maybe we can push for 10 so I'm not getting outta the car. So sorry

# ?B? [redacted] ◄ 5/31/2024, 5:26 PM
This will be less chaotic

JG Josh Greenstein [redacted] ► 5/31/2024, 5:26 PM
Yes let's say 245

# ?B? [redacted] ◄ 5/31/2024, 5:26 PM
Liked "Yes let's say 245 "

# EXHIBIT 26

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 20 | Date Range: 7/3/2024 |

### Outline of Conversations

**BL-FullMessages-0834628** • 20 messages on 7/3/2024 • Josh Greenstein <[redacted]> • ?B? <[redacted]>

**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0834628**

# ?B? <[redacted]> ◀ 7/3/2024, 12:55 PM
Can you guys come meet at lunch so I don't lose time in here. 12:30

# ?B? <[redacted]> ◀ 7/3/2024, 12:55 PM
🙏

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 12:58 PM
Hi / shit no I can't I'm leaving town - east coast
Can we grab u for 10

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 12:59 PM
Attached URL: https://p57-content.icloud.com/MA3BCF753A8582E1AB6F6384D98EF6D8479AC5ABC96111A62C46D94C2629388AF.C01USN00
Attachment Title: 74171874240__7B928B7C-11FC-4BF9-96C0-607179639E87.heic

*Attachment: 74171874240__7B928B7C-11FC-4BF9-96C0-607179639E87.heic (2 MB)*

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 12:59 PM
Where's your car

# ?B? <[redacted]> ◀ 7/3/2024, 12:59 PM
That's fine. I'm here

# ?B? <[redacted]> ◀ 7/3/2024, 12:59 PM
Oh my good

# ?B? <[redacted]> ◀ 7/3/2024, 12:59 PM
God*

# ?B? <[redacted]> ◀ 7/3/2024, 3:34 PM
Lisa has to shoot the credits today so she just told me we need to know all by 4pm today 🙏

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 4:22 PM
Ok just spoke to Jamie - he's thinking
Very resistant to loosing film by , but might might be open to moving it down lower and putting hotline in current place , resistant to 2 producers before him I hammered him on this he's " thinking ",
And Colleen can share credit with Todd but that dude who paid for movie has to go first solo

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 4:23 PM
Legally wayfair has approval over credits -

# ?B? <[redacted]> ◀ 7/3/2024, 4:29 PM
Film by is wild

# ?B? <[redacted]> ◀ 7/3/2024, 4:30 PM
https://www.vanityfair.com/hollywood/2015/03/vanity-credit-a-film-byAttachment Title: 9114821F-AE46-4275-BBBF-A03EA75E693B.53384777-01A6-4731-B5A3-7057D0FEB32C.pluginPayloadAttachmentAttachment Title: 9FA83BC4-2FD4-477D-9D73-25770D0A758F.4B377E7B-796B-49E1-8E7C-3EEE8AE53C49.pluginPayloadAttachment

JG **Josh Greenstein** <[redacted]> ▶ 7/3/2024, 4:57 PM
Spoke to this
Will also send him

JG Josh Greenstein <[redacted]> ▶ 7/3/2024, 4:57 PM
The hotline card needs to stay where it is
100 year precedent

JG Josh Greenstein <[redacted]> ▶ 7/3/2024, 5:29 PM
Yo- yo
Call me me

# ?B? <[redacted]> ◀ 7/3/2024, 6:23 PM
Lisa asking legal if type of the violence hotline can be any larger instead of as small as names in crawl. Just like 15% so people can process it. All good if not. She's asking so nothing to do but I always want all above board. Xx

# ?B? <[redacted]> ◀ 7/3/2024, 6:23 PM
Thank you again. Blown away by you.

JG Josh Greenstein <[redacted]> ▶ 7/3/2024, 6:38 PM
Hi not sure - tell her to ask ange legal question - I'm totally fine if bigger .
And of course
We going hard to finish line

# ?B? <[redacted]> ◀ 7/3/2024, 6:38 PM
So so so great. We're killing it

# EXHIBIT 27

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 10 | Date Range: 6/19/2024 |

### Outline of Conversations

[redacted] • 10 messages on 6/19/2024 • Home <[redacted]> • Sanford Panitch <[redacted]>

**Messages in chronological order** (times are shown in GMT -07:00)

[redacted]

SP **Sanford Panitch** <[redacted]> 6/19/2024, 6:25 PM
Is the it ends with us premiere on Tuesday the ninth? Do you know where it will be held?

SP **Sanford Panitch** <[redacted]> 6/19/2024, 6:25 PM
I can't believe they caved on the producer credit for her

H **Home** <[redacted]> 6/19/2024, 6:28 PM
She wants to change credits all the order of prods, her second position moving jamey to 3rd, ep's, cast order single cards, cut film by, move cast crawl before keyes- have been dealing with this since 9am. I

SP **Sanford Panitch** <[redacted]> 6/19/2024, 6:28 PM
Well, I'm thrilled they did

SP **Sanford Panitch** <[redacted]> 6/19/2024, 6:28 PM
Are they saying yes to that too?

SP **Sanford Panitch** <[redacted]> 6/19/2024, 6:28 PM
This is truly insanity

H **Home** <[redacted]> 6/19/2024, 6:28 PM
This all in NYC.

JUNKET
Sunday, 8/4 and Monday, 8/5
Four Seasons Downtown

PREMIERE
Tuesday, 8/6
AMC Lincoln Square TBD
•The pre-reception is now looking like a small afterparty.

H **Home** <[redacted]> 6/19/2024, 9:21 PM
Wayfarer doesn't even know all this.
And we cannot renegotiate cast deals so she can move kids up. no time. Nor movie cast crawl before keys even tho she wants sony to call guilds to get. She can try for pga credit. She expects Sony (aka me) to pursuade Wayfarer to agree to remove "a film by Justin Baldoni" and move her producer credit before theirs. Getting them to approve giving her a producer credit was hurculean. She just turned over her editorial changes to cut after dallas. So going to watch now. report back.

SP **Sanford Panitch** <[redacted]> 6/19/2024, 9:44 PM
I don't want us to ask them do that for her she can ask herself we've bent over backwards enough. This is getting now to the point of absurdity.

H **Home** <[redacted]> 6/19/2024, 9:44 PM
Liked "I don't want us to ask them do that for her she c…"

# EXHIBIT 28

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 6/19/2024 |

### Outline of Conversations

**Josh Greenstein <[redacted]> Ange Andrea Giannetti <[redacted]>** • 2 messages on 6/19/2024 •
Ange Andrea Giannetti <[redacted]> • Josh Greenstein <[redacted]>

**Messages in chronological order** (times are shown in GMT -07:00)

**Josh Greenstein <[redacted]> Ange Andrea Giannetti <[redacted]>**

AG **Ange Andrea Giannetti <[redacted]>** 6/19/2024, 12:07 PM

Hi. Just a heads up re credits and IF Blake calls you. 3 things:

1 she wants Columbia and Wayfarer present credit at end. OK

2. She wants kids credits single cards earlier. We are explaining order of cast on single cards are all contractual. We cannot go back and renegotiate cast deals to change order.

3. She wants card that says "if you or anyone you know is experiencing domestic abuse" card to come sooner. We want placed where we put in A Man Called Otto after mains and cast crawl.

We gave on first one but we gotta hold line on the other 2 for legal and abuse hotline appropriate. We are main on ends (all credits other than logos) after film.

thx

AG **Ange Andrea Giannetti [redacted]** 6/19/2024, 10:19 PM

Such a dis.

# EXHIBIT 29

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**
VOLUME II
VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
Los Angeles, California
Tuesday, October 7, 2025

Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

in their circle, Hugh Jackman, Shawn Levy, Taylor Swift.

By that point, as I testified earlier, I was essentially forced, or threatened, to step down off my film. I wasn't able to finish my own film even considering it tested higher. Somehow the actress of my movie who was not a producer was able to take complete control of the film.

By this point, Ms. Lively had requested that my name be removed. So I had my "a film by credit" removed. I was removed from the majority of marketing materials, from the poster. I was being removed, for the most, from the trailer. I know that she had been working with Taylor Swift to make sure that she got the song that she wanted in the film. And I had assumed that that was not a battle or a fight that I could ever win.

All of the cast had unfollowed me. Which is a very public thing to do right before a movie comes out, all in unison. And at that time, I was being threatened via my agency that if I didn't release a statement, then -- then the gloves would come off.

Now, I don't know the exact sequence of the time in which I sent that text. But I will tell

## REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 8th day of October, 2025.

ASHLEY SOEVYN

CSR No. 12019

# EXHIBIT 30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,
Plaintiff,

v.

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation,

Defendants.

CASE NO. 1:24-CV-10049-LJL

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF

DANNY GREENBERG

FRIDAY, SEPTEMBER 19, 2025

LOS ANGELES, CALIFORNIA

PAGES 1 - 318

REPORTED BY MARK SCHWEITZER

CSR #10514, RPR, CRR

(Exhibit 13 for identification.) 01:46:09
Q. BY MS. GAROFALO: Exhibit 13 is another chat, this time with Mr. Heath. It is dated Wednesday, July 3rd, 2024. And Mr. Baldoni is included. And in the first chat, he says, "Please tell Josh that I'm willing to waive my, quote, A Film By credit, close quote. I want peace and for this to end."
Did you have any understanding of what Mr. Baldoni was saying in Exhibit 13?
A. Yes.
Q. What was he saying, to your understanding?
A. Jamey reached out to me to let me know that Blake made a request that Justin take off his "Film By" credit and -- which opened up another conversation that we had to have strategically. And ultimately, Justin made the decision to waive his "Film By" credit for her.
Q. Was Ms. Lively, at this point in time, still threatening not to participate in publicity this time if Mr. Baldoni didn't agree to waive his "Film By" credit?
MS. LEADER: Object to the form --
MS. GOVERNSKI: Objection. Form.
THE WITNESS: I'm not aware of that.

Timestamps: 01:46:09, 01:46:09, 01:46:12, 01:46:16, 01:46:27, 01:46:29, 01:46:34, 01:46:39, 01:46:40, 01:46:42, 01:46:45, 01:46:46, 01:46:50, 01:46:54, 01:46:57, 01:47:02, 01:47:05, 01:47:09, 01:47:12, 01:47:14, 01:47:21, 01:47:24, 01:47:26, 01:47:28, 01:47:29

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 22nd day of September, 2025.

Mark Schweitzer
______________________________________
MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California

# EXHIBIT 31

[redacted]

**Thread Participants:** [redacted] Julie Walker; [redacted] (Owner); [redacted] (Owner); [redacted] Justin Baldoni (Owner); [redacted] Justin Baldoni (Owner); [redacted] J B (Owner)
**Active Participants:** [redacted] (Owner)
**First Message:** 2/22/2024 11:40:56 PM
**Last Message:** 2/22/2024 11:40:56 PM

---

[redacted] Owner)
If you have five minutes to meditate on another predicament - we got the call today that Blake won't promote the movie unless I let her into the edit with me.
2/22/2024 11:40:56 PM

# EXHIBIT 32

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 18 | Date Range: 3/11/2024 |

## Outline of Conversations

[redacted] • 18 messages on 3/11/2024 • Home <[redacted]> • Sanford Panitch <[redacted]>

**Messages in chronological order** (times are shown in GMT -07:00)

[redacted]

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:01 PM
You know blake said no way on the date?!

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:02 PM
Huh?

H **Home** <[redacted]> 3/11/2024, 2:02 PM
To who?????

SP **Sanford Panitch** [redacted]> 3/11/2024, 2:02 PM
So now there is two cuts?She texted Josh

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:03 PM
How so we control her creative control?

H **Home** <[redacted]> 3/11/2024, 2:03 PM
There is only one cut. The one he previewed Friday night. She saw this morning. Has not responded to Justin yet.

H **Home** <[redacted]> 3/11/2024, 2:03 PM
Jake mentioned nothing to me.

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:04 PM
And accused josh of setting up fake screening
She said they hired screen engine witnout consulting her
She is going to demand her own cut
She sajd no way on Jumw

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:05 PM
We are now looking at Augusr

H **Home** <[redacted]> 3/11/2024, 2:05 PM
It was not fake.

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:05 PM
Eat pray love
Julia and Julia in august

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:05 PM
She is a terroridt

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:06 PM
Even if it wasn't fake, the point is, she didn't feel part of that SCREENING she should've been brought into the fold on that so she could own those numbers as
Well

H **Home** <[redacted]> 3/11/2024, 2:09 PM
Respectfully, there is NO process that works w her. There isn't. What is important is that WE have a baseline so we know. You can tell her everything. include her in everything and still it does not hold.

SP **Sanford Panitch** <[redacted]> 3/11/2024, 2:12 PM
She is in editing room can you go in there so we understand

H **Home <[redacted]>** 3/11/2024, 2:14 PM

It's all remote. She saw movie this am and said she is not going in until tomorrow. So will call her and see if I can get a read.

SP **Sanford Panitch <[redacted]>** 3/11/2024, 2:14 PM

Can you join zoom
We have to know the issues

H **Home <[redacted]>** 3/11/2024, 2:15 PM

Just texted her.

# EXHIBIT 33

**Chat with "Warren Zavala" <[redacted]> and another address**

chat85490038711165397
Warren Zavala <[redacted]>Danny Greenberg
<[redacted]>Danny Greenberg
<[redacted]>Patrick Whitesell
<[redacted]>

**Earliest item: 2024-07-22 18:05:28**
**Latest item: 2024-07-22 21:32:20**

**Monday 22 July 2024**

Instant Message : Native Messages
From 18:05:28
Danny Greenberg <[redacted]>

Patrick.. (Warren too) ... spoke with Josh Greenstein. Need your help with Blake as we discussed regarding the premier. Up until a couple weeks ago we were seemingly good on the premier. Now that Justin took a shot at the coffee table book and his documentary, Blake has flipped and is pushing Sony that Justin shouldn't go to the premier. She has the author now taking that position and threatening not to go if he goes. Blake is also ring leading this with the other actors too. She's been brilliantly choreographing this for a while.

It's brutal and it's also bad for the movie, her and all involved. Josh Greenstein may reach out to you. We need your help powering her down.

Instant Message : Native Messages
From 18:16:51
Danny Greenberg <[redacted]>

I have more. Can discuss tomorrow.

Instant Message : Native Messages
From 21:30:59
Patrick Whitesell <[redacted]>

Danny, let's you and I discuss tomorrow

Instant Message : Native Messages
From 21:32:20
Danny Greenberg <[redacted]>

Liked "Danny, let's you and I discuss tomorrow"

End Thread

Thread Statistics

| Instant Message Count |
| --- |
| 4 |

# EXHIBIT 34

**Chat with "Justin Baldoni" <[redacted]> on July 26, 2024**

[redacted]

Danny Greenberg <[redacted]>Justin Baldoni <[redacted]>Danny Greenberg <[redacted]>

**Earliest item: 2024-07-26 08:49:00**
**Latest item: 2024-07-26 10:13:02**

**Friday 26 July 2024**

Instant Message : Native Messages
From 08:49:00
Danny Greenberg <[redacted]>

Start with this.....

Overall to articulate to your partners and friends at Sony this request is a bridge too far. That we have all done our best to accommodate one request after another but to expect me, my family, my partners and company to not attend the premiere is simply outrageous and enough has to be enough.

The note should not feel like you are defending yourself in anyway but rather presenting a chain of events, requests and continued behavior on her part that has now lead us to this... another outrageous position that not even you could have predicted.

Once you begin your letter, pivot from your opening couple of sentences to laying out your (and your partners, Sony) perspective of the chain of events along the way has lead us to where we are now. Meaning, it wasn't just your experience, they are your partners, it was theirs too. (Ie. What you mentioned this am about their acknowledgement of the continued extortion in an effort to gain control of the film). BUT don't in any way put Sony on the defensive or indict them.

Then, if you can be contrite in some capacity very briefly acknowledging that the two of you had your moments where she would dissect your energy, word choice, and personality frequently that lead to mutual discomfort working with one another. (Not everyone gets along kind of thing, not all personalities are compatible, etc).

Start moving into the chronological storytelling. The slow, continued build up on her part to achieve her ultimate goal of literally taking the movie from you, Sony and Wayfarer and effectively having final cut. Be sure to include the testing process, the results, etc.

Overall, find a way to pepper in the fact that she is talented and she did contribute and is wonderful in the movie. (Remember, you wrote that P.G.A. letter so be consistent with your praise. But at the same time keep in mind, you never doubted her talent and ability as an actress, it's everything that came with it that has lead us to here which has been so disappointing and startling for you.

We can discuss more.

Instant Message : Native Messages
From 10:13:02
Justin Baldoni <[redacted]>

Is that an accident or on purpose?

**End Thread**

Thread Statistics

**Instant Message Count**

2

# EXHIBIT 35

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.,

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.,
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.,
Consolidated Defendants.

---

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
Los Angeles, California
Thursday, October 9, 2025

Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

THE WITNESS: Sorry. Danny then called me after the call with Patrick. He may have been on the call as Patrick, as well, Danny. I just don't recall. He called me shortly after the call and was going to read to us a letter that the Reynolds -- I guess I can refer to both of them as the Reynolds -- had written, and I could not believe what was happening. So I recorded it because I wanted it documented.

BY MS. SHAH:

Q What about the --

A Not -- not only documented. I also -- he was going to dictate to me a letter, and I didn't have a hard copy of it, so I wanted to record it so that I could actually write it down and have it.

Q And what about the Sony marketing call?

MS. SHAPIRO: Objection.

THE WITNESS: In the Sony call, we were planning how to navigate these two different premieres, the ins and outs about it or whatever was gonna -- how it was going to look. And we had, from what I believed, a really good relationship with Sony. But it started feeling like there was -- and while I understand they have to kind of pay middleman to whatever they think is going on or not

## REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 10th day of October 2025.



____________________________

ASHLEY SOEVYN

CSR No. 12019

# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.,

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.,
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.,
Consolidated Defendants.

---

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF STEVE SAROWITZ
Los Angeles, California
Friday, October 3, 2025

Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

had also been some rumors that they were attacking the Baha'i faith. There is probably a lot more, but that's a good start.

BY MR. GOTTLIEB:

Q Okay.

A Oh, one other -- couple other things. They had locked -- our entire team, including myself, put, as you mentioned, that $30 million figure into the movie, and they locked me completely out of the premiere, and along with Justin and Jamey and everyone else and relegated us to the basement in a separate -- and also not allowed us to be on the red carpet except in specified times.

And had -- I don't know if I mentioned this -- isolated Justin from all the -- all the publicity. So he was not allowed to do publicity with anyone else. Not allowed to be photographed with anyone else. And I guess, probably, believe it or not -- and fired -- this is probably the things that bothered me the most. Were -- they -- she actively fired our editors, our composer, and assistant producer, among others. And had removed the -- had removed Justin from the poster. And then removed what Justin had in his cut, from her cut, which was released, the reference to the

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 4TH day of October, 2025.

________________________

ASHLEY SOEVYN
CSR No. 12019

# EXHIBIT 37



# EXHIBIT 38



# EXHIBIT 39

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

Case No. 24-CV-10049-LJL
(LEAD CASE)

Plaintiff,

VS.

Case No. 25-CV-449 (LJL)
(MEMBER CASE)

WAYFARER STUDIOS LLC,
ET AL.,

Defendants.

---

JENNIFER ABEL,

Third-Party Plaintiff,

VS.

JONESWORKS, LLC,

Third-Party Defendant.

---

WAYFARER STUDIOS LLC, ET AL.,

Consolidated Plaintiffs,

VS.

BLAKE LIVELY, ET AL.,

Consolidated Defendants.

** CONFIDENTIAL **

VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN HOOVER, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on Monday, September 29, 2025, from 10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a Texas certified machine shorthand reporter, at the offices of Ramey & Flock, P.C., 100 East Ferguson Street, Suite 500, Tyler, Texas 75702, Pursuant to Notice and the provisions stated on the record herein.

Job No. 7584405

didn't she?
MS. HUDSON: Objection.
THE WITNESS: Ms. Who?
BY MS. ZELDIN:
Q. Ms. Giannetti, Ange Giannetti?
A. Probably, but I don't know how to read those numbers to know what any of it means.
Q. Before the premiere of the film on August the 6th, you said you unfollowed Justin?
A. Uh-huh.
Q. And why did you do that?
A. Blake asked me to.
Q. Okay. On August 16th -- I'm sorry.
On May 16th, 2024, when you called and spoke with Blake, or Blake called you, did you tell Blake that you hated Justin?
A. I don't remember this phone call and don't remember what you're talking about.
Q. Is that something that you would normally say or -- that you hated somebody?
MS. HUDSON: Objection.
THE WITNESS: It doesn't seem like a -- the verbiage I would use, no.
BY MS. ZELDIN:
Q. Because you don't like conflict, right?

person, who was by me duly sworn to testify the truth concerning the matters in controversy in this cause;

And that the examination was reduced to writing by computer transcription under my supervision; that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Given under my hand and seal of office on this 30th day of September.

Kari J. Behan

KARI BEHAN, CCR, CSR
Texas CSR NO. 8564;
Expiration Date: 7-31-2026
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571

# EXHIBIT 40

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 15 | Date Range: 7/13/2024 |

### Outline of Conversations

**BL-FullMessages-0462547** · 15 messages on 7/13/2024 · Jenny Slate <[redacted]> · ?B? <[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0462547**

Redacted - Non-Responsive

JS **Jenny Slate** <[redacted]> ► 7/13/2024, 9:33 PM
Also i texted my insta assistant to unfollow

Redacted - Non-Responsive

**Redacted - Non-Responsive**

# ?B? <[redacted]> ◄ 7/13/2024, 10:12 PM
I just saw I half wrote a text to you from your last text.

# ?B? <[redacted]> ◄ 7/13/2024, 10:12 PM
I'm so sorry.

# ?B? <[redacted]> ◄ 7/13/2024, 10:12 PM
I will finish the thought

# ?B? <[redacted]> ◄ 7/13/2024, 10:32 PM
I am so happy to hear your plan for your month. What you're doing. And also what your aspirations are for quiet, attainable peace which is real success, not all the other stuff we're told. Just the time to follow our nose, at home. It's the dream. And I love how often you carve out that reality. It's beautiful. And inspires and encourages me so much to get to that place again. That's the most real happiness any of us will ever feel. And it all goes by too fast. The time to do it is now. And thank you for sharing your world with me bc it inspires me so much.

All that said, you are so stunning in this movie, I can't wait for the other, more societally discussed version of "success" to further roar around you like a gust of wind coming across your fire.

They will all be chasing after your light, begging to get you on screen more bringing their work to life like only you can. I sure would. Not that you need it, or even want it, it's just nice that your talent will reach so many people with this movie and that they appreciate you bc what you do in this movie genuinely helps people. It's obnoxiously earnest sounding. But it's true. I've watched it for months now. I can't wait for you to feel that energy surrounding you, fed from your work in this. It's incredible. And potent.

We all have something to be proud of. Especially Justin. I made sure of that from day one and continue to. The work is beautiful across the board and across departments. We had incredible teams on and off camera at every stage. And it shows. Everyone really does deliver.

I can't wait to get this thing out into the world and outta my nest.

I am constantly in the never ending muck and mire of this film, but it's also given me some of the most beautiful moments in my career, the highlight being the people I got to work with. All of them, every single one, but two, were just wonderful in every way.

You are the sparkling cake topper on that wedding cake. Your friendship has been such a beacon of goodness and light in all this. YOU are the positivity that you so generously gave me credit for.

Now you see why I only made it halfway through this text before 🙂 I am tangenting 😂?

**Redacted - Non-Responsive**

# EXHIBIT 41

Message

**From:** Misher, Danielle [redacted]
**Sent:** 7/29/2024 10:46:23 PM
**To:** Greenstein, Josh [redacted]
**CC:** Johnson, Jacob [redacted] Hann, Gloria [redacted]
**Subject:** Fwd: IEWU - BL Instagram Comment

Josh - see below

---

**From:** Maggin, Danni <[redacted]>
**Sent:** Monday, July 29, 2024 3:34 PM
**To:** Hann, Gloria <[redacted]>; Misher, Danielle <[redacted]>
**Subject:** Fwd: IEWU - BL Instagram Comment

FYI

---

**From:** Guazzelli, Omar <[redacted]>
**Sent:** Monday, July 29, 2024 2:42:15 PM
**To:** Maggin, Danni <[redacted]>
**Subject:** IEWU - BL Instagram Comment

Hi Danni,

I wanted to flag that this is the top comment on Blake's latest Instagram post, posted 1 hour ago. It currently has 24 likes.

**magen_86** Does anyone find it odd that Justin has been in like zero promo?
1h 24 likes Reply

Some additional ones are beginning to pop up:

**kayleigh.marie11** Is Justin Baldoni doing any press for this movie?
1h 12 likes Reply

**chipdouglas1** Not to be Deuxmoi but.....Does anyone have tea on why Blake doesnt follow Justin Baldoni?
1h 6 likes Reply

**mommahix6** Where is @justinbaldoni on this promo tour?
1h 2 likes Reply

And from yesterday's post, with the baking video:







**Omar Guazzelli** | Global Publicity | Sony Pictures Entertainment
[redacted]

# EXHIBIT 42

**From:** [redacted]
**Sent:** Monday, August 19, 2024 1:11 PM
**To:** Jami Kandel
**Cc:** Leslie Sloane
**Subject:** Re: NBC News inquiry for Ryan Reynolds

Aren't we just putting this in the studio and their marketing approach to the film?

On Aug 19, 2024, at 12:53 PM, Jami Kandel [redacted] wrote:

EXTERNAL

This is the story Sony needs to comment on per our call. The marketing around "It Ends With Us" does not sit entirely on her shoulders.
Did you connect with Josh? We left word for Tahra.

<image002.jpg>
Jami Kandel
Vision PR
[redacted]

---

**From:** Yang, Angela (NBCUniversal) [redacted]
**Date:** Monday, August 19, 2024 at 3:39 PM
**To:** Jami Kandel [redacted]
**Subject:** NBC News inquiry for Ryan Reynolds

Hi Jami! I'm Angela, a reporter for NBC News writing a story looking at how domestic violence survivors feel about the marketing around "It Ends With Us." Despite the film involving themes of intimate partner violence, the promotion of it has received backlash for appearing to portray it as a fun summer romance.

Some of the criticism has also touched on Ryan Reynolds's involvement during the marketing campaign, with people saying that Ryan and Blake's cross-promotion of each other's films took away from the focus on domestic violence in "It Ends With Us." Ryan is not the focus on this story, but would he like to share any comment on this? Thanks for your time.

Best,
**Angela Yang**
Culture & Trends Reporter, NBC News
[redacted]
<image001.png>

# EXHIBIT 43

Message

**From:** Smalle, David [redacted]
**Sent:** 8/13/2024 5:50:09 PM
**To:** Greenstein, Josh [redacted]
**CC:** Plishner, Elias [redacted] Hann, Gloria [redacted] Maggin, Danni [redacted] Smalle, David [redacted]
**Subject:** IT ENDS WITH US - Cast Controversy - Social & Press Response

Josh,

Per your discussion with Elias, below is a high level look at both the social and press response to the reported "controversy" between Blake and Justin (thanks to Glo's team for helping on the press breaks). Importantly, response to the movie itself was very positive across social platforms (81% overall from 460K mentions), with audiences praising its emotional impact and urging others to watch it with friends.

On social, the controversy drove 216K mentions (about a third of overall movie-related conversation). Very little of this seemed to impact people's interest in seeing the movie; however, much of the online response was more supportive of Justin (89%). Negativity around Blake was most prominent on Twitter and TikTok, likely coming from younger audiences, while Facebook and Instagram were much more supportive overall. Some younger audiences felt Justin spoke to the DV subject matter more seriously, while others criticized Blake's approach (including the focus on her outfits & hair care company, and co-promotion of the film with Ryan). Note that while we don't have detailed international information available, we know it was discussed far less (only 9% of discussion).

Press response was more neutral in its coverage (55%), with the remainder only slightly leaning toward support for Justin (25%) vs Blake (20%). Detail can be found below.

Let us know if there are questions.

David

**<u>SOCIAL RESPONSE:</u>**
216K mentions
NEUTRAL: 7%
PRO-BLAKE: 4%
PRO-JUSTIN: 89%

**Neutral Topics:**
- Noticing the 'tension' between Baldoni and Lively/rest of the cast. Inclusive of Baldoni not being in marketing, Baldoni/Lively staying separate during the red carpets, being unfollowed by talent on social media.
- Joking about theories that caused the alleged feud.
- Understanding there are two sides to every story, between Baldoni making Lively 'uncomfortable' on set vs Blake 'taking over' production.

**Pro-Blake Topics:**
- Praising Lively's passion for the project and embodying Lily.
- General Love for Lively's filmography and acting.
- Appreciated her female perspective in the creative process compared to Baldoni's male perspective.

**Pro-Justin Topics:**
- Supportive of Baldoni because they felt he took the DV subject matter more seriously in interviews.
- Lively perceived as 'softening' the DV plot by (a) discussing it in vague ways in interviews/red carpet, (b) focusing on her outfits/appearances on red carpet, (c) simultaneously launching her hair care company.
- Oversaturation of Lively and Reynolds' dual star power following Deadpool x Wolverine.
- Reynolds writing a scene in film, rumored that he wrote it during strikes.
- Rumors about Lively editing a separate cut of the film and it being final cut.

**PRESS RESPONSE:**
NEUTRAL: 55%
PRO-BLAKE: 20%
PRO-JUSTIN: 25%

**FAVOR-BLAKE**
DAILYMAIL.CO.UK
https://www.dailymail.co.uk/tvshowbiz/article-13737863/It-Ends-director-Justin-Baldoni-clashed-cast-author-Blake-Lively.html
Headline: "Blake Lively Cast Mates and Author Want Nothing To Do With Him" (also mention Justin's team says feud is "overblown")

DAILYMAIL.CO.UK
https://www.dailymail.co.uk/tvshowbiz/article-13737259/Blake-Lively-Justin-Baldoni-witnessed-arguing-filming-Ends-New-Jersey.html
Headline: "Lively and Baldoni Witnessed Arguing".
"Sources say Baldoni behaved in a chauvinistic and borderline abusive manner"

DEADLINE.COM
https://deadline.com/2024/08/it-ends-with-us-blake-lively-1236037203/
Headline: "Lively was a Creative Tour De Force"
Blake involved in all aspects of marketing, discusses strong marketing campaign

EONLINE.COM
https://www.eonline.com/news/1406035/it-ends-with-us-blake-lively-gives-example-of-creative-differences-amid-feud-rumors
Headline: "Blake Gives Example of Creative Differences Amid Feud Rumors"
Blake explains her decision to keep in "Cherry" despite resistance

NEW YORK TIMES
https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html
Headline: "What It Ends With Us Says About the Blake Lively Brand"
"Fascinating Use of Star Power. . .Lively has infused herself in every part of the film."

PAGESIX.COM
https://pagesix.com/2024/08/13/entertainment/blake-lively-reveals-clash-over-it-ends-with-us-song-choice-amid-feud-rumors/
Headline: "Blake Lively Reveals Clash Over It Ends With Us Song Choice Amid Feud Rumors"

PAGESIX.COM
https://pagesix.com/2024/08/08/entertainment/blake-lively-lets-fan-wear-her-coat-at-it-ends-with-us-london-premiere/
Headline: "Blake Lively Lets Emotional Young Fan Wear Her Coat at London Premiere"

ROLLINGSTONE.COM
https://www.rollingstone.com/tv-movies/tv-movie-news/it-ends-with-us-clash-blake-lively-lana-del-rey-1235078841/
Headline: Blake Lively Was 'Begged' to Remove Lana Del Rey Song From 'It Ends With Us'

VULTURE.COM
https://www.vulture.com/article/it-ends-with-us-cast-drama-tiktok.html
Headline: It Ends With Us Drama Starts With Blake Lively and Justin Baldoni
Mentions several theories

YAHOO.COM
https://www.yahoo.com/entertainment/it-ends-with-us-what-blake-lively-justin-baldoni-and-the-cast-have-said-about-making-the-movie-as-feud-rumors-swirl-002914699.html
Headline: 'It Ends With Us': What Blake Lively, Justin Baldoni and the cast have said about making the movie as feud rumors swirl

**FAVOR JUSTIN**
BUZZFEED.COM
https://www.buzzfeed.com/natashajokic1/it-ends-with-us-blake-lively-justin-baldoni
"Let's contrast this with the tone with which Justin has approached the movie, which has been decidedly more serious. His Instagram bio directly links to No More, an anti-domestic abuse nonprofit that was the "charitable partner" of the movie. Justin worked with them in his depiction of violence in the movie, and he has sported their pin alongside tagging them in numerous other posts. The difference in approach between Blake and Justin has not gone unnoticed. Take a cursory glance through Blake's Instagram."

GLAMOUR.COM
https://www.glamour.com/story/how-do-you-solve-a-problem-like-it-ends-with-us
"The perceived drama has kicked off a flurry of speculation, ranging from allegations that Baldoni did something horrible on set that made everyone turn against him, to blaming Lively and Reynolds for "pushing" Baldoni out of the film. We don't know the truth, but what we do know is that the whole debacle is only making the way the film has been presented to the public even more muddled."

"As the promotion kicked off this week, eagle-eyed fans noticed that he was completely separate from the rest of the cast during interviews and red carpet appearances. Not only is Baldoni not appearing with his castmates, he is not being discussed by anyone and it seems, at least according to the internet, actively ignored. Lively didn't even mention him when discussing a pivotal scene in the film in which her character meets Baldoni's, saying Reynolds actually wrote it. "He works on everything I do," Lively told E! News of Reynolds's involvement. "I work on everything he does. So his wins, his celebrations are mine, and mine are his." This is weird because in that same article, Baldoni went out of his way to praise Lively as a "creative force."

"But in the days since, I am growing skeptical that the film can deliver that message effectively. It's a shame, because it's a message that's needed."

GLAMOUR.COM
https://www.glamour.com/story/justin-baldoni-responds-to-claims-that-it-ends-with-us-glorifies-domestic-violence
"Like Hoover, who faced backlash for attempting to release a coloring book based on the novel, Lively is being criticized for marketing the film as a lighthearted romance and promoting her haircare line during the press tour. One particular interview in which Lively told viewers to "grab your friends, wear your florals" to see the film is rubbing many fans the wrong way. Meanwhile, fans have noted that Baldoni's interviews are largely centered around the film's depiction of abuse."

GRAZIADAILY.CO.UK
https://graziadaily.co.uk/life/tv-and-film/it-ends-with-us-domestic-violence/
"It's clearly a dark subject matter, but you wouldn't know it from the film's marketing, drawing criticism from social media users...
Its promotional posters bear a pink and purple floral theme, which Blake Lively has mirrored in her red carpet styling, whilst the premieres themselves have been bright bouquets of pink, purple and sparkle. Whilst the red carpet is one thing, Lively's entrepreneurial ambitions have become another major angle for her promotional circuit. She has done little to dispel allegations that she's using the film's press run as a backdrop to promote her business ventures, conveniently launching her new haircare line in the middle of the film's press campaign.
The actress's alcoholic brands, Betty Booze and Betty Buzz, even hosted a "Betty Blooms" event, tying the film to her beverage lines. "When your company throws a florist-themed party for your movie" she captioned on Instagram. She has

mentioned the film's domestic violence theme in one Extra interview, but these references have felt somewhat uncomfortably overshadowed by a broadly tone-deaf approach to the film's content."

INDEPENDENT.CO.UK
https://www.independent.co.uk/arts-entertainment/films/features/blake-lively-ryan-reynolds-it-en
"As of right now, it's an approach that's also got Lively into a bit of hot water. Venture onto her Instagram and you will currently find hundreds of angry comments suggesting that Lively has misread the room when it comes to It Ends with Us. The film is about a woman fleeing a marriage to a volatile and abusive man, and many fans have wondered if the commercial tie-ins feel misplaced. Her themed cocktails, for instance, included one called the "Ryle You Wait" – named after the character in the film who, um, throws her down the stairs."

"Lively has led an upbeat promo cycle focused on flowery fashions and the love story angle of the film (the swole hobo grows up to be a sensitive chef played by actor Brandon Sklenar, who seems like an AI composite of Glen Powell, Matthew Rhys and a handful of Hemsworths). Baldoni, meanwhile, has used his solo press run to discuss domestic violence and the nature of toxic relationships. It's almost as if they've been talking up two different films."

PEREZHILTON.COM
https://perezhilton.com/blake-lively-spills-tea-creative-differences-amid-it-ends-with-us-justin-baldoni-feud/
"As Perezcious readers know, the Gossip Girl alum and the rest of her cast seem to be feuding with director and co-producer Justin Baldoni, who also plays the leading man. While some insiders are blaming Justin's on-set behavior for the rift, most sources have been trying to downplay the scandal, insisting the pair simply had some creative differences on the project, which has been pretty obvious from an outsider's perspective. We mean, just look at their separate promos! Justin and Blake have taken totally different approaches! We've also heard that Blake kind of took over on set, stepping all over the director's toes, and made her own cut of the film, which was reportedly shown to test audiences and didn't score well. Regardless, she was determined to see it through — and it sounds like she got away with a LOT!"

ROLLINGSTONE.COM
https://www.rollingstone.com/tv-movies/tv-movie-features/it-ends-with-us-drama-domestic-romance-film-blake-lively-1235076583/
"Since its conception and success, It Ends With Us has straddled a tenuous line between the gravity of its subject and its widespread appeal — something that the film seems to have taken on in its quest to become a faithful adaptation. But what has been glaringly obvious about the promotion cycle is that the studio is prioritizing selling tickets for a love story by ignoring the message of domestic-violence awareness at its core. The dark themes of the book have been glossed over in favor of fan-friendly pop-ups and activations, like photo calls, virtual commemorative bouquets, and scavenger hunts in New York and L.A. It's a paint job, one that's been taken on largely by the film's lead. Lively's looks on the movie press tour have been dominated by Lily Bloom-themed fashion, like floral celebrity nail art from creator Elle Gerstein, and floral dresses everywhere. Lively even wore Britney Spears' iconic 2002 floral Versace dress to the film's premiere. There's also been a shocking amount of cross-promotion with the summer blockbuster action comedy Deadpool & Wolverine, starring Ryan Reynolds, who happens to be both Lively's husband and a writer on It Ends With Us."

THEMARYSUE.COM
https://www.themarysue.com/it-ends-with-us-cast-drama-promo-choices-are-a-disservice-to-the-films-message/
"There's a major problem with this whole promotional strategy though—it's a disservice to the film's message. You see, It Ends With Us isn't just another romance; it's a story about domestic violence and the generational cycle perpetuated by abusive relationships. And sadly, no one other than director Justin Baldoni seems to be talking about it. Meanwhile, actor and executive producer Blake Lively has done promotional events ranging from cute, Pinterest-worthy photo ops to launching her new haircare line, Blake Brown Beauty. There was even a Betty Blooms pop-up—a life-size version of the flower shop from the movie—in collaboration with Lively's other business venture, the drinks brands Betty Booze and Betty Buzz. "

MASHABLE.COM
https://mashable.com/article/it-ends-with-us-drama-fued-blake-lively-justin-baldoni-explained

The film's team, including Lively, have been criticized for their light-hearted promotion of what is ultimately a depiction of domestic violence. Lively has used the film to promote her brand Betty Buzz by selling "Betty Blooms," a limited series of bouquets housed in Betty Buzz bottles, as a tie-in to her character's love for flowers. As noted by the New York Times, a promotional email sent in the lead-up to the film's release included recipes for It Ends With Us-themed cocktails using Betty Buzz. One of the recipes also called for Aviation Gin, a brand owned by Lively's husband. Lively's red carpet and street styles have taken inspiration from Lily Bloom, too; she has consistently stepped out in colorful, floral, frilly dresses befitting the interests of her character, yes, but perhaps not the seriousness of the role. These choices have been part of what Rolling Stone's CT Jones calls a "glossy marketing campaign is proving that Hollywood hasn't found a respectful way to market movies about domestic violence." Instead, "It's prioritized selling a romance by covering up the themes of abuse at almost every opportunity."

PEREZHILTON.COM
https://perezhilton.com/blake-lively-spills-tea-creative-differences-amid-it-ends-with-us-justin-baldoni-feud/
"We've also heard that Blake kind of took over on set, stepping all over the director's toes, and made her own cut of the film, which was reportedly shown to test audiences and didn't score well. Regardless, she was determined to see it through — and it sounds like she got away with a LOT! Either way, it's telling she got her way — or that anyone was looking to HER to make a decision about the movie. Shouldn't this have been the director's decision?? Makes those shadow-directing claims seem way more believable!"

THECUT.COM
https://www.thecut.com/article/it-ends-with-us-blake-lively-justin-baldoni-feud-rumors-explained.html
"Fans have also pointed out that it also feels like Lively and Baldoni are promoting two different movies. She's taking a more positive outlook on the film, wearing florals and launching a hair-care line a few days before the movie hit theaters. He's taken a more serious approach, talking about domestic violence in nearly every interview."

THETAB.COM
https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818
"The It Ends With US drama rages on after Blake Lively is dragged online for failing to talk about how her character in the film is a victim of domestic violence. The star, who is playing the lead in the Justin Baldoni directed adaptation of the popular Colleen Hoover novel, has been criticised for making the press tour of the film all about self promotion amid rumours of big cast and production drama between her and director and co-star Justin Baldoni."

"Another said "Blake Lively is actually super f*cking weird for using her press time to try to have a Barbie / Oppenheimer moment with her husband instead of remembering her character is a victim of domestic violence." This refers to how Lively and her husband Ryan Reynolds are promoting in tandem their respective (and very tonally different films) – It Ends With Us and Deadpool & Wolverine."

TMZ.COM
https://www.tmz.com/2024/08/12/blake-lively-justin-baldoni-feud/
"Now, a witness, who was not involved with the production, says Blake was often spotted in the area during filming, and rarely looked thrilled."

USATODAY.COM
https://www.usatoday.com/story/entertainment/celebrities/2024/08/10/it-ends-with-us-cast-drama-explained/74740951007/
"While the movie marks the "Gossip Girl" alum's first starring role since 2018's "A Simple Favor," it also marks a return to rumors surrounding on-set drama for Lively as internet sleuths have been digging into her seemingly rocky relationship with Baldoni."

WEGOTTHISCOVERED.COM
https://wegotthiscovered.com/movies/wear-your-florals-it-ends-with-us-marketing-receives-backlash-for-not-focusing-on-the-hidden-never-suggested-theme-in-the-promos/

"While Baldoni is addressing the film's real message and the importance of the story, Lively has continuously talked about the movie as if it's a romantic comedy and dodged any questions about its serious message."

**Neutral**

CHEATSHEET.COM
https://www.cheatsheet.com/entertainment/it-ends-with-us-body-language-expert-weighs-in-blake-lively-justin-baldoni-feud-exclusive.html/

CINEMABLEND.COM
https://www.cinemablend.com/movies/amid-alleged-it-ends-with-us-drama-justin-baldoni-opens-up-working-with-blake-lively-if-collaborate-with-her-ryan-reynolds-again

COLLIDER.COM
https://collider.com/it-ends-with-us-feud-blake-lively-justin-baldoni/

COSMOPOLITAN.COM
https://www.cosmopolitan.com/entertainment/celebs/a61864168/blake-lively-justin-baldoni-arguing-on-set-video/

COSMOPOLITAN.COM
https://www.cosmopolitan.com/entertainment/celebs/a61864066/it-ends-with-us-drama-not-what-it-seems/

ELITEDAILY.COM
https://www.elitedaily.com/entertainment/it-ends-with-us-cast-feud-rumors-explained

FANDOMWIRE.COM
https://fandomwire.com/so-this-is-where-the-disaster-stems-from-forget-about-blake-livelys-alleged-feud-with-justin-baldoni-fans-are-complaining-about-another-big-mistake-in-it-ends-with-us/

FORBES.COM
https://www.forbes.com/sites/conormurray/2024/08/13/heres-why-social-media-users-think-it-ends-with-us-stars-blake-lively-and-justin-baldoni-are-feuding/

FOXNEWS.COM
https://www.foxnews.com/entertainment/blake-livelys-it-ends-us-sparks-rumors-cast-drama-star-tops-box-office-ryan-reynolds

GLAMOUR.COM
https://www.glamour.com/story/justin-baldoni-blake-lively-it-ends-with-us-cast-movie-drama-rumors-explained

HELLOMAGAZINE.COM (UK)
https://www.hellomagazine.com/film/711835/it-ends-with-us-feud-between-blake-lively-and-justin-baldoni-explained/

INDIEWIRE.COM
https://www.indiewire.com/news/general-news/it-ends-with-us-director-justin-baldoni-changes-1235035394/

INSIDER.COM
https://www.instyle.com/it-ends-with-us-drama-8693842

JEZEBEL.COM
https://www.jezebel.com/the-cast-of-it-ends-with-us-want-nothing-to-do-with-justin-baldoni

JUSTJARED.COM

https://www.justjared.com/2024/08/13/it-ends-with-us-drama-explained-sources-claim-cast-wants-nothing-to-do-with-justin-baldoni/

JUSTJARED.COM
https://www.justjared.com/2024/08/13/blake-lively-reveals-it-ends-with-us-behind-the-scenes-issue-that-shes-not-supposed-to-discuss/?=morehere

MARIECLAIRE.COM
https://www.marieclaire.com/celebrity/blake-lively-justin-baldoni-feud-it-ends-with-us/

MARIECLAIRE.COM (UK)
https://www.marieclaire.co.uk/entertainment/tv-and-film/it-ends-with-us-drama

MIRROR.CO.UK
https://www.mirror.co.uk/3am/celebrity-news/ends-cast-drama-explained-blake-33439707

NBCNEWS.COM
https://www.nbcnews.com/now/video/fans-speculate-about-a-feud-between-blake-lively-and-justin-baldoni-216983621775

PEOPLE.COM
https://people.com/it-ends-with-us-director-justin-baldoni-blake-lively-cast-clash-conflict-8694328

SALON.COM
https://www.salon.com/2024/08/09/it-ends-with-us-controversy/

SCREENRANT.COM
https://screenrant.com/it-ends-with-us-movie-cast-drama-explained/

SLASHFILM.COM
https://www.slashfilm.com/1641680/blake-lively-it-ends-with-us-sequel-director/

STYLECASTER.COM
https://stylecaster.com/entertainment/celebrity-news/1826285/blake-lively-justin-baldoni-drama-it-ends-with-us/

THEDAILYBEAST.COM
https://www.thedailybeast.com/obsessed/blake-lively-it-ends-with-us-scandal-what-is-the-big-feud

THESUN.COM
https://www.the-sun.com/entertainment/12160271/it-ends-with-us-justin-balboni-blake-lively-feud/

TIME.COM
https://time.com/7009293/it-ends-with-us-cast-drama-rumors/

TODAY.COM
https://www.today.com/popculture/movies/blake-lively-justin-baldoni-it-ends-with-us-controversy-drama-rcna165897

UNILAD.COM (UK)
https://www.unilad.com/celebrity/news/it-ends-with-us-cast-tension-blake-lively-justin-baldoni-926546-20240809

UPROXX.COM
https://uproxx.com/movies/the-it-ends-with-us-cast-drama-explained-blake-lively-justin-baldoni/

USMAGAZINE.COM
https://www.usmagazine.com/entertainment/news/blake-lively-details-it-ends-with-us-disagreement-im-not-supposed-to-be-talking-about-this/

VOX.COM
https://www.vox.com/culture/366523/blake-lively-drama-justin-baldoni-it-ends-with-us-hoover-movie-feud

# EXHIBIT 44

CULTURE & TRENDS

# Blake Lively's 'It Ends With Us' promotion called 'disrespectful' by some survivors of domestic abuse

The film adaptation of Colleen Hoover's book has been a box office success. But the press tour has drawn scrutiny online.



Blake Lively at the U.K. gala screening for "It Ends With Us" in London on Aug. 8.
Justin Tallis / AFP - Getty Images

Aug. 19, 2024, 4:41 PM PDT

**By Angela Yang**

Blake Lively has become the center of criticism online among some survivors of domestic violence, who say the actress has shifted focus away from the central premise of "It Ends with Us" during the film's promotional tour.

The movie, which debuted in theaters on Aug. 9, is an adaptation of the widely popular Colleen Hoover book of the same name. It centers around florist Lily Bloom (played by Lively) and her abusive relationship with a neurosurgeon named Ryle Kincaid (played by Justin Baldoni). Hoover has said the story was inspired by her parents' abusive marriage.

Some of the marketing around the film – which is being released by Sony Pictures Entertainment – has appeared lighthearted, with viewers being encouraged to "grab your friends" and "wear your florals" to see the film.

As expected with any major Hollywood film, Lively, as the star and executive producer, has been a central part of the marketing campaign. But some of Hoover's fans online have expressed disappointment at the actress, saying she has promoted the film as more of a romantic comedy and has rarely addressed the darker subject matter of domestic violence.

"It was portrayed more so as a chick flick, like, 'Grab your friends, wear your nice prints and come over here and watch this movie.' And that's not what it was about," said Yesenia Puente Bravo, a survivor of intimate-partner violence who said she related to Hoover's book.



**Here's why everyone thinks the 'It Ends With Us' cast has drama**

"A lot of us that read the book and that relate to Lily are not going there because of the floral prints or the hair or the clothes," she said. "We're going there because we want to see ourselves on the big screen."

Puente Bravo, 33, said the film's promotion has felt so "disrespectful" that she no longer plans to see the movie in theaters. Dozens of people on X, TikTok and Reddit have echoed similar complaints, saying they wish the promotional campaign put more of a spotlight on survivors of domestic violence.

Representatives for Sony Pictures Entertainment, Lively, Baldoni and Hoover did not immediately respond to requests for comment.

Despite the ongoing scrutiny over media interviews, official promotional materials for the movie, such as the trailer, appeared to make the movie's domestic violence premise more clear. Millions of Hoover fans who had been awaiting the film adaptation were also quick to see it in theaters. The movie surpassed $180 million globally after just 10 days of release, according to Variety.

However, rumors surrounding alleged behind-the-scenes drama among cast members have continued to swirl amid its box office success. Online, fans dissected the New York City premiere red carpet, pointing out Baldoni did not appear in any photos alongside Hoover or other cast members. Others took note of Baldoni doing most of his media separately from the rest of the cast. And while he follows Lively and cast member Jenny Slate on Instagram, neither follow Baldoni.

In the past month, both Lively and Baldoni have posted about the film many times on social media.

Last week appeared to be the first time Lively posted about domestic violence. She wrote on her Instagram story, "Everyone deserves relationships free from domestic violence." The post included statistics about intimate partner violence and a link to the National Domestic Violence Hotline.

She also reshared an interview with BBC News in which she said that, although the film covers domestic violence, "what's important about this film is that [Lily] is not just a survivor and she's not just a victim."

Colleen Hoover on 'It Ends With Us' film: It's a faithful adaptation

04:14



Vocal critics of Lively said they feel she has talked more about the character's wardrobe choices, and has kept her interviews playful with games or icebreakers. She's also cross-promoted her hair care brand and organized an "It Ends With Us"-themed event with cocktails from her alcoholic drinks company. One of the cocktails was named "Ryle You Wait," according to the Instagram post from Lively's company, Betty Buzz.

Lively "named a cocktail after the abuser," said Jjanga Weir, a domestic violence survivor. "So it's just one insensitive thing after another, and then for her to plug her hair care company or her husband ... She had so many opportunities, and she still does have an opportunity now, to make an apology and try to make things better."

A clip of Lively talking about the film, cut from a lengthier interview, has also drawn scrutiny online. In it, an interviewer asks Lively how viewers who identified with the film's darker themes could approach her about the subject. Lively responds, jokingly, that they could ask her "for my address or my phone number" or that she "could just location-share."

In the full interview, which is available on YouTube but has not been widely circulated across social media, Lively goes on to say that "unfortunately, we all know at least someone ... who have experienced [domestic violence]. And the beauty of this has been to see people and to see this movie alongside women who haven't experienced this, thank goodness."

Ryan Reynolds's involvement during the marketing campaign became another point of criticism, with Lively and her husband appearing to cross-promote each other's films on social media. Reynolds stars in "Deadpool & Wolverine," which debuted in July. Some fans online said they believe their promotions took away from the focus on domestic violence in "It Ends With Us."

A representative for Reynolds did not immediately respond to a request for comment.

Weir, who has been critical of the film's overall marketing campaign, said she noticed a distinct contrast in the way Baldoni and Lively have promoted the film.

Several of Baldoni's social media posts and media interviews have raised awareness toward domestic violence and shared resources. During the film's premiere, he told ET, "this isn't my night. This is a night for all the women we made this movie for."

"It's a shock for me for it to come from a man. I don't know if it's part of healing to see a man stand up for us, because I think it's very important," said Weir, 32. "Most men don't want to listen to women. They want to listen to another man. So I think it's incredibly important that Justin is making it about the actual issue rather than just himself."

Maddie Spear, a trauma therapist who has worked with survivors of domestic violence, said she wishes Lively would have more openly used the phrase "domestic violence" in interviews and spoken about resources for those who may be seeking help.

"I have a lot of understanding for Blake. She's an actress, and it might not be her full job to understand all the really hard themes of everything she is in," said Spear, who was among those online who criticized remarks made by Lively during the media tour. "However, I think also, as the lead and a producer of this movie, there is an expectation for her to have a bit more understanding than the average actress in the film, especially if you're choosing a film with such needed but heavy topics."

Mik Zazon, a survivor of domestic violence who watched "It Ends With Us" on opening night, said much of the marketing "gave the whole movie just an awful taste in my mouth."

Still, she said the film accurately portrayed some of the difficulties of what it's like to struggle with intimate partner violence.

"The events of the violence happening were really blurry, to the point where you don't know if it was an accident or not," said Zazon, 28. "And also not being able to understand if that deep gut feeling she has in her stomach is justified, or an overreaction, is extremely real, and is something I dealt with in my four years of being in a relationship with an abuser."

What Zazon and some other survivors said the movie depicted poorly, however, was the process of leaving such a relationship. It's not as simple or smooth as asking for a divorce, many online said, and such direct confrontation with an abusive partner could be dangerous in real life.

Zazon said she also wishes the movie would have included a disclaimer at the beginning in order to better prepare viewers for the subject matter, as well as provided resources at the end.

"When we talk about this, it's not just celebrity drama, it's not just Hollywood drama," she said. "I really think that this should have been a cultural shift in how we portray love in movies that represent such a deep personal issue that so many women go through."

*If you or someone you know is experiencing domestic violence, contact the National Domestic Violence Hotline by calling 1-800-799-SAFE (7233), visiting www.thehotline.org or texting LOVEIS to 22522.*



Angela Yang

Angela Yang is a culture and trends reporter for NBC News.

# EXHIBIT 45

Gmail

Katie Case <[redacted]>

# (no subject)

Katie Case <[redacted]>
Draft

Mon, Jan 6, 2025 at 2:10 PM

Notes from Call with Jamey and Tera 7 25 24

They've been through a lot -- Jamey is very wary ; team members are falling off
it ends with us -- produced, paid for, directed the movie
company that is built on speaking up and standing up for injustices around the world
founders / jamey / tera leadership team -- chairman are dear brothers and friends -- justin in one of his closest friends, wives are best friends
spiritual path has been about doing something good for humanity and using resources and voices to speak to that that's being challenged
5 years ago justin acquired the property from Colleen Hoover -- took 2 years to get script in place -- became friends with Colleen and include her in the process of developing the script / engaged in No More -- made sure this project was done in a way that was digestible to people who've experienced domestic violence
2.5 years ago partenred with Sony to make the movie
cast Blake Lively
quickly learned that she is every bit of a superstar and that comes with superstardom
she had realistic and reasonable things she wanted -- she wanted to be a producer on the movie and she said no / agreed to EP
rounded out cast but she wasn't involved in producing or putting the project together
found themselves shooting the movie
blake wasn't involved other than justin trying to create a relationship
on first day of shooting, a lot of money spent -- blake didn't show up to day one because her baby was sick
apparently this has happened on other movies where on day one her baby has been sick
started shooting in NYC -- they learned the maintenance that was required to work with her
as they started and were dealing with wardrobe -- justin the director developed the look for lily bloom but blake started spending on her own and changed the whole wardrobe -- no regard as to how this affected production
she had ideas for the script - prior to shooting she would look at the script and might reword things and they did ; it was minor then major then her rewriting the whole script -- every page she had her fingerprint on
they tried to navigate this ; writers strike that then hapepned becuase original writer couldn't be engaged ; justin could make director changes and not material changes
they danced around this
no saying no to her when this would happen
once they started shooting -- there were demands she had they accomodated ; material / logistical -- security etc
they got shut down because of the strike ; they take a break / down for 2 months maybe longer ; they took a gamble on when the strike was ending and they thought they could start on the day but instead they got a legal letter "list of conditions" - Lindsey SOMETHING strolberg strandberg -- their attorney said they need to read the letter -- 17 things in order to return to set she listed conditions
"justin baldoni shall not talk about his porn addiction with blake lively"
"JB shall not talk about Blake lively's dead father"
"Wayfarer shall not enter BL's trailer in a state of undress"
"no one from Wayfair shall not hug touch in any way blake lively or her team"
"intimacy coordination must be present at all times when BL is on set"
"must be closed set during rehearsal or filming of nudity / faux sensuality / personality must be approved by BL"
**hadn't filmed any sex scenes at this point**
"appearance must only be done in regards to character"
Alex Sachs -- lead producer / woman / hired her because there should be a woman on the team and be present / she was a 3rd party producer
a lot transpired since the letter - they get the letter and sony gets the letter / jamey gets a call from sony saying what happened on set
justin and BL were rewriting the script -- the only place she would work is at her house so they would work there late at night and everything seemed fine, JB thought they were building a relationship -- as part of this they were building the sex scenes / some conversations were more personal / as they're discussing this, are they shooting them finishing are they going to shoot both or just one of them -- they were some personal experiences shared to justify the way they were going to write the sex scene
**he has a porn addiction which he spoke about**

all hand meeting before shooting resumes -- jamey / justin / alex / todd black who is the newly appointed A list producer acting as an AP / someone geanetti who works at SONY -- blake and ryan reynolds, all in their living room -- they unleash and want to talk about everything that's happened -- 50-60 things that she wrote in a journal about Justin -- 2-3 things with Jamey -- **JB shall not talk about his porn addiction with BL**

JB has written books and openly spoke about overcoming his porn addiction - encourage boys to not feel shame and talk about sexuality and know things are normal but it can be painful and how it perpetuates behavior

he's talked about this publicly

incidents:

1. earlier on set (day 2 or day 3) because she changed the wardrobe / sony made it clear they want skin to be shone but it's a character and we have blake lively and they wanted her to show things off / but she changed the wardrobe -- before they start shooting she says she wants to take the jacket off, JB responded and said he didn't think he needs the jacket and she looks great / sexy -- which was a description of the character -- she said it wasn't the look she was going for -- JB apologized "that's my elementary vocabulary" "I want you to know you look great" -- Jenny chimes in and said she doesn't like being described as sexy -- Justin said he was sorry / he addressed it a few minutes later, I'm sorry, I'm acknowledging I used old language and I didn't mean to offend you / scene was filmed. Call from SONY - a call was made to sony and this was something they felt uncomfortable with JB using this language -- called jenny the day before who was uncomfortable in an outfit was told she looked sexy before -- they claim he has a pattern of saying the word "sexy" -- BL adressed it.a week later and said later she didn't feel like he was hitting on her she just didn't like it.
2. He asked about her weight -- context was he was working out with her trainer / he has a notoriously bad back / he pulls his back all the time -- he says to the trainer something to the effect of "i have a bad back i have to carry blake from point a to point b i should start to load my back and practive with this weight how much does she weigh" -- he gets a call with blake, hes there with ryan and they scold him "how dare you ask about my wife's weight" "why would you ask about my wifes weight" he gets defensive / sorry i wasn't meaning about her weight I'm trying to figure out how to train my abck i'm stupid -- Ryan got aggressive / Jamey has experienced this as well -- justin got emotional, he's an emotional guy, he's very sensitive

there's a few incidences with Jamey --

1. took them to the trailer to tell them of the problems she's having - problem 1) she says "day 2 or day 3 she wanted to talk about whisperings about the wardrobe" she wanted to settle it and look at a lookbook, they scheduled the meeting, she had to feed her baby, couldn't do it again at several points throughout the day -- Jamey asked if she wanted to meet that night but she wanted to do it tonight and they were going to meet at the makeup trailer -- he spoke with all producers and sony rep they're walking to base camp -- walk up stairs, knock on the door, she says come in, she's got her HMU people and her nanny and assistant, blanket over her or something / she's breastfeeding or pumping (she'd done this in front of them many times / Jamey tried to excuse himself but she said she didn't care) -- she told him to come in and look away. Room full of women. He stands 15 feet to the left turned away. He asked to do it tomorrow. She said let's do it tonight / asked to do it off the clock and he didn't want to lose money. Didn't want to forfeit her time, he looked in the mirror and made eye contact but he doesn't recall this ; afterwards he went downstairs, rest of the gang they'll meet in the trailer etc. / hour meeting, go through the lookbook, never talked about HMU sitiation but when she addressed Jamey she said to him it upset her that he didn't look away -- he apologized and said he didn't realize
2. when you ask my sister for a hug and then finish with "man people are so sensitive these days that's not cool" -- he never did or said this ; met her sister on the set in front of 100 people outside at a funeral, walked up to her this time with other people around, introduced himself earlier, he didn't know if she hugged or shook / I just always ask to be mindful and respectful of people's space
3. **this one he said he couldve done differently** on set he was sitting on his phone / JB and blake were talking about how to shoot the birth scene in the movie / JB and jamey had home births and his wife is an advocate for homebirths and comfortable with her birth and sharing this story -- doesn't see it as as sexual act -- he wanted to do it as a home birth -- BL wanted to see the home birth -- he pulled up the video / she's eating food -- he said blake wanted to see the birth video -- she asked if his wife was OK seeing this he said yes -- she said she wanted to see it but she was eating and didn't want to be eating and then said she would watch it later, he goes away, doesn't think anything of it -- she said she thought jamey was showing her porn / he apologized for this -- justin said this was his fault and said he told jamey bl wanted to see the video -- bl said it sounds like abuse cover up -- he apologized ; he explained it

she insisted on being allowed into the editing room or she wouldn't promote the movie

there all these misdemeanors -- they come down they have this thing they go to her apartment / BL and Ryan, she's reading 50 things that aren't in the legal document but her getting it off her chest so when they go to shoot phase 2 they can express themselves

JB shall not linger on her lip during a kissing scene

laundry list of things -- JB shall not talk about BL's dead father or have conversations with BL's dead father

JB is a spiritual person -- he said he believes when people pass on and we remember their name it brings their soul closer to god and they pray for him

he said "they prayed for her father last night"

JB shall not talk about his religion to BL

JB should not comment on how BL smells

JB gets nervous and freezes up -- he was trying to articulate the words -- Ryan chastised him for "being dramatic" -- "it's not about you it's about her" -- this goes on for an hour

Jamey asked if he could speak -- Jamey said he was sorry it was her experience - wanted to feel seen and valued -- we're people who care about how we treat people -- ryan i ssee you're protetive of blake i can see you're protexting her and while we might agfee on every single thing i'm sorry and i shoujld have been better myself i wish i wold have done the iveeo thing diferent - moving foward we will be more careful, more mindful about feeling comfrtable in the pace and we can get through this in a way we can get through this that's meaninful to all

ryan chastized jamey and justin again -- "justin why can't you be more like your partner"

Jamey feels it didn't make Justin look his best

they've held this against him "that he hasn't shown any contrition"

he can barely move -- the next morning he had a sex scene with her

it takes him days to find his legs again and he finishes the movie

she shoots in LA

now they're in the edit -- 10 weeks to do his movie

a week in she says she wants to be invovled in teh edit -- justin is ptorected and develop his movie they know this can't happen

she is so unique that they would get nothing done and it would cost more money

they said no - she got really upset - they end up sayng yes she can come in for a little bit of a time

nina shaw is JB's peronal lawyer

not so much a law thing as much of a PR thing

while he's almost done ith his first cut of it / she then demands to have time - they give her 4-5 days, which now she wants 11 days - they say no - pressure from her and sony, they give her 11 days - **sony said she keeps waiving that she didn't feel safe on set** - JB's movie is tested and it tests really high / sony is happy with testing -- does 2nd screening and tests better -- blake now says she wants a friends and family screening of what she's done -- now she insists that her version gets a screen test - they get pressured to do so -- it didn't test as well as Justin's but they heard from sony again and doubling down saying she won't promote the movie unless her version is the one they go with -- she said colleen was on her side and that Colleen wouldn't promote the film

no other cast complaints other than the sexy comment from Jenny

Jenny also complained about meeting Jamey -- she had an allowance for an Airbnb so they gave her x amount -- she rented an airbnb on her own thing that was above what they gave her -- she told jamey in the office that she didn't like the place and she said they wouldn't give them their deposit back -- he said lets get you a new place, you're a baby and amother we don't want you in the place and we'll bear the cost -- they worked it out and talked to production team -- two days later he sees her, asks about aribnb she said thank you -- fast forward two weeks they get the sexy complaint -- she had a problem with him offering to pay for the place as if he was a savior and a pat on the back for taking care of women and mothers being valued

Jenny stopped talking to Justin and Jamey -- her agent hasn't talked to them about it

sony is worried / justin is very fear based - that blake is going to take her down

jamey learned that she has the characteristics of a narcissist

have another call -- go through an exact timeline and make things super specific
enough friendly reporters and people who would create a story that we wanted to create it

she took the movie over ; justin is benched and sidelined from his own movie
sony and other consultants just said let her have it at this point
justin is sick because it's his name on it as a director
sony agrees it didn't score as well even her second test -- now she's willing to put the movie closer to what justin's second test did but they couldn't call it justin's cut
they're not talking to colleen anymore -- she's under blake's wing
she went out to dinner with the two of them, brought her fully up to speed -- she left that dinner feeling like they tried to get her on their side and turn her against blake
author of book / woman / beloved / they don't follow justin on social media
young actors no longer following justin
blake has shared enough with them that they want nothing to do with justin
brandon who plays atlas -- book bonanza happened -- met with Alex ; Alex has played both sides, but has despised bl's behavior ; now she's at book bonanza and goes to dinner with them - brandon will not promote the movie alongside justin -- they wouldn't do any press with him
alex through their other newly appointed producer would no longer engage with JB / Jamey / wayfarer

Alex has been someone to navigate as well

Female lead, female colead, female author, female producer, female young lily and young atlas, older atlas -- only heard from blake and one incident with jenny about bad experiences

brandon is stating that justin was trying to belittle his experience -- brandon spoke to forbes about how incredibly justin was as a director NEED TO LOOK THIS UP

movie is done, blake finishes the movie
justin is in a bad place ; can barely show his face - he feels robbed
he feels like his name and what he's worked for is in the balance
he's very sensitive
character assassination from someone known for being such a lovely character

Man Enough Podcast -- redefine what it means to be a man

Ryan threw this in their faces -- "you guys are the dangerous ones"

sony does not think there's any voracity to this -- they've experienced how high maintenance this is -- they're good with the crew -- jamey isn't worried about peripheral opinion

sony doesn't care about preserving jamey and justins name -- they care about how well the film does

sony doesn't think theyve done anything wrong -- but they're opinoion is just acquiesce

how long do you act guilty until you become guilty

movie is done, he can't watch his own movie -- sony was able to get the movie 90% back to justin's cut

justin has been removed from posters, film credits, etc.

blake wants to be a producer on the film -- wants her credit from EP to producer -- they gave her a credit

she doesn't have the PGA mark -- makes a distinction between contractual ones and the ones that built the cake

rigorous process to award a PGA mark -- they get a call, that says blake has requested that these three people Alex, Ang, and Todd black writes a letter advocating why she deserves a PGA -- she is requesting and expecting Jamey and Justin to write a letter also requesting this

everyone else wrote the letter and the only two that said no were jamey and justin -- now they have fueled their fire -- any good will that was left with them was gone

they write a letter -- Jamey sent blake a text asking for a direct conversation to find a path through this and lead to a change of thought -- she would not get on a call and said she only wanted to communicate via text (for it to be in writing)

they write a letter -- jamey wrote it on behalf of him and justin -- this was factual, not advocating -- wardrobe, editing, music -- she was granted the PGA mark -- follow up email sent to jonesworks / attorneys -- wrote letter under duress, extortion -- this is extortion and only doing it to save face, investment, etc. and this is dated at the same time in writing

they had to fire their composer because she didn't like the music to bring on ryan's composer for deadpool -- fired editors

NOW --

The premier is happening August 6 / movie comes out on August 9
they're going to go
premier -- NYC / Lincoln Center
Chairman and financier -- he's going to the premier with family and friends
justin is coming to the premier to walk the carpet and celebrate movie and reclaim it
most of wayfarer is going to celebrate the movie and family and friends
**UNTIL MONDAY -- blake does not want justin at the premier / nor does she want wayfarer at the premier**
over last three days - got wind that she doesn't want them there from sony executives
30M they put in to sony's 20M
they've been waiting for the phone call that was a potential official ask or delivery of the news
they were preparing -- talking to Danny Greenberg / Jen Abel a lot
5 PM wednesday meeting iwth sony -- josh says to them, blake doesn't want justin or wayfarer at the premier - josh and them are over blake but they need to stay in business with her and ryan
they said blake was more important to them essentially than them
she said that if they go to the premier -- if JUSTIN goes to the premier -- and IF you guys go she will not come to the premier, nor will colleen, or any of the other actors
justin only found all of this out last night
he cannot take anymore
Justin isn't built for something like this
Option 1: justin fakes covid / he's in sweden -- he posts something about not being there and lies -- sony doesn't want that option
Option 2: JB comes to red carpet before rest of the cast, takes pictures, then he leaves -- they'll come an hour later -- film community of all the people / he won't be in the theater when the movie is introduced and talked about and he's not there
Option 3: Business as usual, they're going to go -- first time something feels like it belongs to her -- she's not going to not show up to this

Justin loses his mind -- he's overwhelmed -- his wife is worried BL is going to take their lives apart -- justin is worried about being cancelled

they've decided to go with option 3 and call her bluff -- they're not moving the fence anymore -- called josh today and said they're going to go

wayfarer cannot accept this so here's what we'll do -- come to the premier / justin who's been through a lot over the last 5 years he deserves to see this movie through / he'll walk the carpet, he'll go inside / we'll do a fake interview so he'd got something to talk about or do he had to get there early for some reason / no group photo / she wants to introduce the movie and welcome everyone -- Tom Rothman or Josh or someone from Sony walks up to stage and welcomes people and intros movie -- blake and colleen can then go up and have their bit

they're not going to after party -- night can belong to blake

this is the only plan

MN:
needs to be very wary of her
CREATE SCENARIO PLANNING
if all goes to plan and everything runs smoothly -- he should do an op ed about why he chose to take this film on because of xyz
organize some proactive press -- stepping up as men / GQ / EW
protection of a brand, protection of him
push out positive headlines
in a couple months say something

josh warned jamey that blake doesn't accept this plan -- she might not come to the premier ; rest of cast might not go to the premier -- there might not be a premier
they're prepared for this
sony expects wayfarer to back down -- wayfarer is not going to back down
Ang from Sony -- texts jamey and said she thinks they're making the wrong decision but jamey feels its telling
ang spoke with danny their agent -- what if justin shows up, goes into threater 2 with family and friends -- she goes into theater 1 and intros movie / justin intros movie to his theater -- they go say hello to other theaters -- stay in respective theaters -- THIS STILL DOESN'T WORK and they said no

they found out tonight -- they spoke with BL, colleen -- they said that they and them will not be coming to the premier -- sony is disappointed
jamey didn't back down this time
invitations already went out today -- figure out how to mitigate that and come up with something as to why it's not happening
they're doing a temperature check -- he's going to call back
they're not going to let this not happen
this isn't the end of it
they're going to let us know what happens
his thought and what he told josh -- if this is the straw that breaks the camel's back that they wanted to go to the premier that's going to be it
they're worried she's going to leak shit -- but if she's going to do it anyways why not
she's going to hint towards it
not going to fire offensive bullets but have to have a strategy
they're not going to just tank shit -- they're going to figure out something
trade: sony not allowing XXX
weaponized feminism
**next steps -- SCOPE PRICE DURATION NEXT STEPS AND FRAMEWORK**
holding statement
scenario planning
etc

# EXHIBIT 46

**From:** Katie Case [redacted]
**Sent:** Fri, 26 Jul 2024 14:02:48 -0400 (EDT)
**To:** Melissa N [redacted]
**Cc:** Tera Hanks [redacted]; Jamey Heath [redacted]
**Subject:** Re: Wayfarer Studios
**Attachments:** Wayfarer Studios - TAG PR Scope of Work 7.26.24.pdf

---

Hi all,

Thank you so much again for the time last evening and for the incredible context provided to us.

As promised, please find our attached scope of work, which details our overall approach, opportunities to prevent and mitigate crisis, aid the larger team in branding and messaging, and finally, our cost of services.

We look forward to your thoughts and feedback on this -- and of course, please do let us know of any questions you might have.

Thank you,
Katie

On Fri, Jul 26, 2024 at 12:42 AM Melissa N <[redacted]> wrote:

> Thank you so much for taking the time to speak with us.
>
> Jen and our team will connect tomorrow and go through everything.
>
> I know time is definitely of the essence here - we will aim to have a plan to you by the end of tomorrow.
>
> Have a lovely evening
> Melissa
>
> Sent from my iPhone
>
> On 25 Jul 2024, at 18:30, Tera Hanks <[redacted]> wrote:
>
> We would love to jump on a zoom now if possible.
>
> If that works for you. can you please provide a zoom link?
>
> Tera Hanks
> President
> [redacted]
>
> On Jul 25, 2024, at 6:27 PM, Katie Case [redacted] wrote:
>
> Wonderful — thanks so much.
>
> Do let us know when works to jump on a call. Happy to speak this evening, as well as tomorrow.
>
> Once scheduled, we can provide a dial in for use.
>
> ---
>
> **From:** Jamey Heath [redacted]
> **Sent:** Thursday, July 25, 2024 9:25:45 PM
> **To:** Katie Case [redacted]
> **Cc:** Tera Hanks [redacted]
> **Subject:** Re: Wayfarer Studios
>
> Thank you Katie

# EXHIBIT 47

Message

**From:** Jamey Heath [redacted]
on behalf of Jamey Heath
**Sent:** 8/9/2024 2:41:35 AM
**To:** Jed Wallace [redacted]
**CC:** Katie Case [redacted]; Melissa N [redacted] imene meziane [redacted]; Brian Singer [redacted]; Mitz Toskovic [redacted]
**Subject:** Re: Jamey/ Jed

Hi Jed,

Wonderful to meet you.

I apologize for the delay. The premier and screening we had today has been just crazy time.

We are happy to have you on board.

As for the invoice, I'm adding my team to get into this and have you taken care of asap.

Please meet, Brian, imene and mitz.
Our CFO, our Head of Legal and our VP of Operations respectively. Please rest assured we will get you squared up.

Team Wayfarer, please prioritize this.

Thank you all,

Jamey

WAYFARER

**Jamey Heath**
CEO
Wayfarer Studios
[redacted]

On Aug 8, 2024, at 1:11?PM, Jed Wallace [redacted] wrote:

?Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**
[redacted]

On Aug 8, 2024, at 1:08?PM, Katie Case [redacted] wrote:

?
To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N [redacted] wrote:

> Hi Jamey,
>
> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>
> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>
> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>
> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>
> Thanks so much
> Melissa
>
> Sent from my iPhone

<Tag.WS.JB_Digital_Consulting_Project (1).pdf>

# EXHIBIT 48

# PR Thread w/TAG

**Thread Participants:** [redacted] Jamey Heath; [redacted] Jen Abel New number ; [redacted] Justin Baldoni ; [redacted] Katie Case; [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Matthew Mitchell; [redacted] Jen Abel DO NOT USE; [redacted] (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Justin Baldoni ; [redacted] Katie Case; [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE

**First Message:** 8/2/2024 8:52:48 AM

**Last Message:** 8/2/2024 11:27:12 AM

---

[redacted] **Katie Case**

Hi all — as promised, sending our scenario planning document here before our call. Looking forward to discussing this in greater detail, and to the groups' thoughts and feedback. Thank you!

📎

<__Library_SMS_Attach_1_ff_15_7D9EB2_1_Wayfar_1.pdf>

8/2/2024 8:52:48 AM

[redacted] **Justin Baldoni**

Just read

Please note this is my 3rd film as a director - not my first

8/2/2024 9:14:42 AM

[redacted] **Breanna Butler**

Yes, apologies making that correction

8/2/2024 9:21:47 AM

[redacted] **Katie Case**

Correction made here. Looking forward to running through this in greater detail shortly!

📎

<__Library_SMS_Attach_1_52_02_D7CF14_1_Wayfar_1.pdf>

8/2/2024 9:23:22 AM

[redacted] **Justin Baldoni**

Hi guys, I'm running behind here.

Can we meet in 30 minutes

8/2/2024 10:57:47 AM

[redacted] **Melissa Nathan (Owner)**

I'm so sorry- I personally have a call 11:45am so 15 mins after we jump on.

I can kick off the call and then everyone else can stay on if that's okay and then if you want to call me later, I'm around all day just on my mobile ?

8/2/2024 10:59:50 AM

[redacted] Jamey Heath
I'm in the zoom link but need to be let in
8/2/2024 11:03:40 AM

[redacted] Melissa Nathan (Owner)
We can start without Justin if that's ok? We jumped off the zoom.
8/2/2024 11:04:05 AM

[redacted] Jen Abel DO NOT USE
Yes let's do that
8/2/2024 11:04:13 AM

[redacted] Jamey Heath
Oh gotcha.
8/2/2024 11:04:16 AM

[redacted] Jen Abel DO NOT USE
I'm hopping on. Justin you can join when you're ready
8/2/2024 11:04:24 AM

[redacted] Justin Baldoni
The last surprise friend is just getting here who was delayed and I need to go get her
8/2/2024 11:04:41 AM

[redacted] Justin Baldoni
I'm sorry these time differences are really hard for me with everything im managing here
8/2/2024 11:11:23 AM

[redacted] Justin Baldoni
Can I get the zoom link
8/2/2024 11:26:38 AM

[redacted] Katie Case
Of course! Here you go:
https://us05web.zoom.us/j/7811215293?pwd=QWmlam6fYCW25Oi3VfQm6sHC74vhDW.1
(https://us05web.zoom.us/j/7811215293?pwd=QWmlam6fYCW25Oi3VfQm6sHC74vhDW.1)
8/2/2024 11:27:12 AM

# EXHIBIT 49

[redacted]

**Thread Participants:** [redacted] Justin Baldoni ; [redacted] Melissa Nathan (Owner); [redacted] (Owner)
**Active Participants:** [redacted] Justin Baldoni ; [redacted] Melissa Nathan (Owner)
**First Message:** 8/19/2024 12:12:54 AM
**Last Message:** 8/19/2024 12:54:51 AM

---

[redacted] **Justin Baldoni**
This is not us correct? Assuming the guy we brought in would never do this ....
8/19/2024 12:12:54 AM

[redacted] **Justin Baldoni**
https://www.tiktok.com/t/ZP81mDcVQ/
📎
<__Library_SMS_Attach_1_98_08_B5E400_1_656E06_1
>
📎
<__Library_SMS_Attach_1_3f_15_B1DB59_1_2F3874_1
>
8/19/2024 12:12:56 AM

[redacted] **Melissa Nathan (Owner)**
None of us would ever do this.

Also, no one even pays any attention to this person past 2005 .

He is not relevant

He does not create a news headline

He does not get pick up

He is just now a troll

There is not one outlet that would cover anything he said or take it seriously. I think as well there is this struggle where it's kind of maybe even unbelievable the way that people are turning against her… But they are. Organically.

It's organic she's blown herself up by her own actions.

8/19/2024 12:19:31 AM

[redacted] **Melissa Nathan (Owner)**
https://www.dailymail.co.uk/tvshowbiz/article-13755441/amp/Blake-Lively-slur-transgender.html
<__Library_SMS_Attach_1_6a_10_10323A_1_DB8445_1
>
<__Library_SMS_Attach_1_56_06_7A0B62_1_65BB8A_1
>
8/19/2024 12:19:50 AM

[redacted] **Melissa Nathan (Owner)**
This just ran - obviously none of us knew about this either. But once media goes in, they go in.
8/19/2024 12:20:12 AM

[redacted] **Melissa Nathan (Owner)**
And the best thing we can do right now is be quiet. Let's get through this week together.
Then just move on and back to regular planning with Instagram posts and thoughtful ideas and messages .
8/19/2024 12:20:57 AM

[redacted] **Melissa Nathan (Owner)**
The content creators are on fire, and Justin, she has handed it to them all on a plate.
8/19/2024 12:21:38 AM

[redacted] **Melissa Nathan (Owner)**
Just concentrate on the success of the movie, your family and your next project I have this weird feeling that she's going to reach out to you for a conversation in the next couple of weeks or he will.
8/19/2024 12:22:29 AM

[redacted] **Melissa Nathan (Owner)**
https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==
<__Library_SMS_Attach_1_97_07_64B302_1_1A4764_1
>
<__Library_SMS_Attach_1_55_05_D98856_1_C18AFF_1
>
<__Library_SMS_Attach_1_33_03_0EFF90_1_08921F_1
>
8/19/2024 12:23:31 AM

[redacted] **Melissa Nathan (Owner)**
You did not do any of these we did not do any of these. This is all organic.
8/19/2024 12:23:31 AM

[redacted] **Justin Baldoni**
Crazy
8/19/2024 12:23:46 AM

[redacted] **Melissa Nathan (Owner)**
Stupid. Really stupid.
And I cannot believe she didn't mention working with a shelter
Or DV . None of this is your fault.
It's breathtaking how tone deaf it was
8/19/2024 12:24:44 AM

[redacted] **Justin Baldoni**
A good one to boost
8/19/2024 12:50:44 AM

[redacted] **Justin Baldoni**
https://www.tiktok.com/t/ZP81mfdd5/
📎
<__Library_SMS_Attach_1_22_02_09BD18_1_31EC31_1
>
📎
<__Library_SMS_Attach_1_21_01_FAB0F5_1_8ADACC_
1>
8/19/2024 12:50:45 AM

[redacted] **Melissa Nathan (Owner)**
Loved "https://www.tiktok.com/t/ZP81mfdd5/"
8/19/2024 12:54:42 AM

[redacted] **Melissa Nathan (Owner)**
Ahh that's so nice
I will send across to team
8/19/2024 12:54:51 AM