# EXHIBIT 4

# EXHIBIT 1
# UNDER SEAL

# EXHIBIT 36

FILED UNDER SEAL

# 7931b605-b92a-4aa1-9b07-2222e5b93d0f

**Thread Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner); [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner)

**First Message:** 12/1/2023 9:30:26 AM

**Last Message:** 12/1/2023 8:08:15 PM

---

[redacted] **Michael Goldberg**

https://x.com/OliLondonTV/status/1730553698487521436?s=20

📎 <1730553698487521436>

> **Oli London (@OliLondonTV) on X**
> 📍Oxford Street, London.
>
> This is the busiest shopping street in Europe.

12/1/2023 9:30:26 AM

[redacted] **Michael Goldberg**




12/1/2023 9:54:33 AM

[redacted] **Melissa US Phone (Owner)**

Omg yesterday was so nuts

12/1/2023 10:19:24 AM

[redacted] **Melissa US Phone (Owner)**

I didn't even tell you about my Jen Abel call

12/1/2023 10:19:30 AM

[redacted] Melissa US Phone (Owner)
Wait what did she say re puck lol
12/1/2023 10:19:48 AM

[redacted] Melissa US Phone (Owner)
I didn't properly fill you in
12/1/2023 10:19:53 AM

[redacted] Melissa US Phone (Owner)
Ask what accounts are actually JW accounts
12/1/2023 10:20:09 AM

[redacted] Michael Goldberg
shes not there anymore but shes getting intel
12/1/2023 10:21:26 AM

[redacted] Michael Goldberg
illa sk
12/1/2023 10:21:27 AM

[redacted] Michael Goldberg
also that ethos group
12/1/2023 10:24:31 AM

[redacted] Michael Goldberg
want me to help on that sports client
12/1/2023 10:24:36 AM

[redacted] Michael Goldberg
need to figure out how much we should charge for that
12/1/2023 10:24:44 AM

[redacted] Michael Goldberg
emily mara
12/1/2023 10:25:23 AM

[redacted] Melissa US Phone (Owner)
Honestly re SJ
I hope ir goes down
Couldn't happen to a nicer person

[redacted]
12/1/2023 10:29:01 AM

[redacted] Michael Goldberg
amen to sj fuck her
12/1/2023 10:29:13 AM

[redacted] Michael Goldberg
[redacted]
12/1/2023 10:29:27 AM

[redacted] Melissa US Phone (Owner)
Still going to school
I have to go to chainsmokers houss
12/1/2023 10:29:48 AM

[redacted] Michael Goldberg
[redacted]
12/1/2023 10:29:50 AM

[redacted] Michael Goldberg
[redacted]
12/1/2023 10:29:58 AM

[redacted] Michael Goldberg
lol
12/1/2023 10:29:59 AM

[redacted] Michael Goldberg
Tom, Venus, Bezos, Julianne Hough, J Balvin, Lainey Wilson, Kyle Kuzma from what I know
12/1/2023 10:32:45 AM

[redacted] Melissa US Phone (Owner)
*Reply*
Course
12/1/2023 10:34:33 AM

[redacted] Melissa US Phone (Owner)
If she wasn't an awful person I would be like poor thing but Jon
12/1/2023 10:34:54 AM

[redacted] Melissa US Phone (Owner)
No
12/1/2023 10:34:56 AM

[redacted] Melissa US Phone (Owner)
She's AwFUl
12/1/2023 10:34:59 AM

[redacted] Michael Goldberg
shes a horrific human being and deserves everything she gets
12/1/2023 10:35:10 AM

[redacted] Michael Goldberg
*Reply*
bezos =used to pay 20 no idea now
12/1/2023 10:35:24 AM

[redacted] Michael Goldberg
but none of those others pay over 10 id bet
12/1/2023 10:35:29 AM

[redacted] Michael Goldberg
so she just fired 4 people out of the blue
12/1/2023 10:35:39 AM

[redacted] Melissa US Phone (Owner)
She's such a dick
12/1/2023 10:37:03 AM

[redacted] Melissa US Phone (Owner)
Oh gotta pay Nicole and all
12/1/2023 10:37:11 AM

[redacted] Michael Goldberg
how much does nicole make
12/1/2023 10:38:00 AM

[redacted] Michael Goldberg
1000?
12/1/2023 10:38:03 AM

[redacted] Michael Goldberg
i need to get paid by everyone
12/1/2023 10:38:10 AM

[redacted] Michael Goldberg
sending invoices today
12/1/2023 10:38:13 AM

[redacted] Melissa US Phone (Owner)
Think so need to check
12/1/2023 10:39:57 AM

[redacted] Michael Goldberg
cool let me know and ill take half out of yours
12/1/2023 10:40:09 AM

[redacted] Michael Goldberg




12/1/2023 10:46:42 AM

[redacted] Michael Goldberg
O.M.G.
12/1/2023 10:46:48 AM

[redacted] Melissa US Phone (Owner)
O
M
G
12/1/2023 10:47:40 AM

[redacted] Michael Goldberg
imagine your publicist did this
12/1/2023 10:48:34 AM

[redacted] Melissa US Phone (Owner)
This is so not professional
12/1/2023 10:48:45 AM

[redacted] Melissa US Phone (Owner)
She's evil
12/1/2023 10:48:59 AM

[redacted] Michael Goldberg
shes a psychopath
12/1/2023 10:49:39 AM

[redacted] Michael Goldberg
something mentally wrong with her
12/1/2023 10:49:45 AM

[redacted] Michael Goldberg
bipolar, manic, paranoid schizophrenic
12/1/2023 10:49:55 AM

[redacted] Michael Goldberg
(legitimately)
12/1/2023 10:50:05 AM

[redacted] Melissa US Phone (Owner)
You should of seen the crazed look in her eye on the phone on zoom
12/1/2023 12:07:06 PM

[redacted] Michael Goldberg
ive seen it many times in person
12/1/2023 12:07:19 PM

[redacted] Michael Goldberg
its her resting crazy face
12/1/2023 12:07:24 PM

[redacted] Melissa US Phone (Owner)
And she's so skinny so her eyes are even more crazy it's tiring to watch
12/1/2023 12:07:45 PM

[redacted] Michael Goldberg
She's gross skinnyy
12/1/2023 12:42:09 PM

[redacted] Michael Goldberg
Looks frail
12/1/2023 12:42:12 PM

[redacted] Michael Goldberg
And sick
12/1/2023 12:42:13 PM

[redacted] Michael Goldberg
<23545629_375697858234666_3202471151762180433_n.enc>
12/1/2023 1:31:31 PM

[redacted] Melissa US Phone (Owner)
<368553_1.mp4>
12/1/2023 3:07:02 PM

[redacted] Melissa US Phone (Owner)
You are going to have a breakdown
12/1/2023 5:40:29 PM

[redacted] Michael Goldberg
What now
12/1/2023 5:43:19 PM

[redacted] Melissa US Phone (Owner)
Belloni wants to talk to one of the fired PR's
We need to make this happen
12/1/2023 5:44:34 PM

[redacted] Michael Goldberg
Omg that's not bad
12/1/2023 5:45:26 PM

[redacted] Michael Goldberg
Can he talk to liz who was fired in insane fashion too
12/1/2023 5:46:00 PM

[redacted] Melissa US Phone (Owner)
Yea he can
12/1/2023 5:46:07 PM

[redacted] Michael Goldberg
Lol
12/1/2023 5:46:10 PM

[redacted] Melissa US Phone (Owner)
If she will do it off record
12/1/2023 5:46:12 PM

[redacted] Michael Goldberg
Anonymous ?
12/1/2023 5:46:13 PM

[redacted] Melissa US Phone (Owner)
Yes I said roza go back and say off record yes
12/1/2023 5:46:25 PM

[redacted] Michael Goldberg
*Reply*
Obviously off record. Not sure if she'll want to but I can ask
12/1/2023 5:46:28 PM

[redacted].net Michael Goldberg
Hmm
12/1/2023 5:46:36 PM

[redacted] Michael Goldberg
Here's the problem
12/1/2023 5:46:40 PM

[redacted] Melissa US Phone (Owner)
He just wrote back saying
12/1/2023 5:46:42 PM

[redacted] Melissa US Phone (Owner)
Sure of course
12/1/2023 5:46:45 PM

[redacted] Michael Goldberg
I don't fully trust my person there to not tell steph we placed it
12/1/2023 5:47:00 PM

[redacted] Michael Goldberg
She's a bit two faced. Always telling me she hates it wants to leave but takes pics w sj
12/1/2023 5:47:29 PM

[redacted] Melissa US Phone (Owner)
lol no way . Also could be anyone
12/1/2023 5:47:30 PM

[redacted] Michael Goldberg
I could ask Dre
12/1/2023 5:47:50 PM

[redacted] Michael Goldberg
If she knows any of them
12/1/2023 5:47:57 PM

[redacted] Michael Goldberg
Lol
12/1/2023 5:47:58 PM

[redacted] Michael Goldberg
They are all young
12/1/2023 5:48:02 PM

[redacted] Michael Goldberg
I think
12/1/2023 5:48:05 PM

[redacted] Michael Goldberg
I bet Kyle would but I don't know him well enough
12/1/2023 5:48:15 PM

[redacted] Melissa US Phone (Owner)
Emily Mara would
12/1/2023 5:48:38 PM

[redacted] Michael Goldberg
Well anyone would
12/1/2023 5:48:49 PM

[redacted] Michael Goldberg
I would
12/1/2023 5:48:50 PM

[redacted] lelissa US Phone (Owner)
Wait
12/1/2023 5:48:52 PM

[redacted] lelissa US Phone (Owner)
Katie would
12/1/2023 5:49:01 PM

[redacted] Michael Goldberg
Was going to say
12/1/2023 5:49:10 PM

[redacted] lelissa US Phone (Owner)
She absolutely would
12/1/2023 5:49:27 PM

[redacted] Michael Goldberg
Jaclyn and kirsti
12/1/2023 5:49:29 PM

[redacted] Michael Goldberg
Would
12/1/2023 5:49:31 PM

[redacted] Michael Goldberg
Jeanine
12/1/2023 5:49:37 PM

[redacted] Michael Goldberg
Dre
12/1/2023 5:49:38 PM

[redacted] Melissa US Phone (Owner)
So.. let's get one
12/1/2023 5:49:45 PM

[redacted] Michael Goldberg
Someone who was fired?
12/1/2023 5:49:52 PM

[redacted] Michael Goldberg
Or just used to work there
12/1/2023 5:49:57 PM

[redacted] Melissa US Phone (Owner)
It should be
I quit as she was a giant bully and awful to work with
12/1/2023 5:50:13 PM

[redacted] Melissa US Phone (Owner)
But still v close to people there
12/1/2023 5:50:18 PM

[redacted] Melissa US Phone (Owner)
And this happened yesterday
12/1/2023 5:50:22 PM

[redacted] Michael Goldberg
So Katie case
12/1/2023 5:50:38 PM

[redacted] Michael Goldberg
Is perfect
12/1/2023 5:50:42 PM

[redacted] Michael Goldberg
Let's do it
12/1/2023 5:51:02 PM

[redacted] Melissa US Phone (Owner)
Shall I ask her
12/1/2023 6:00:55 PM

[redacted] Melissa US Phone (Owner)
12/1/2023 6:01:03 PM

[redacted] Michael Goldberg
Def she will
12/1/2023 6:14:56 PM

[redacted] Michael Goldberg
btw ch did the proposal thing take a look
12/1/2023 8:08:15 PM

# EXHIBIT 39

FILED UNDER SEAL

[redacted]

**Thread Participants:** [redacted] Katie Case; [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner) [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Katie Case; [redacted] Melissa Nathan (Owner); System Message System Message

**First Message:** 4/17/2024 8:09:39 AM

**Last Message:** 4/17/2024 11:04:55 PM

---

[redacted] **Katie Case**
Goooood morning! Sorry I know I need to send you the schedule in word format! One of my best friends dad died this morning so I've been on the phone with her. She's head to the train now so I'm back online!
4/17/2024 8:09:39 AM

[redacted] **Melissa Nathan (Owner)**
Oh no am so sorry to hear that. Urgh
4/17/2024 8:21:58 AM

[redacted] **Melissa Nathan (Owner)**
No don't need it anymore
4/17/2024 8:22:05 AM

[redacted] **Melissa Nathan (Owner)**
But can you drop SB bio into whatever Zukerman wants
Bio is on the sb projects page website
4/17/2024 8:23:24 AM

[redacted] **Katie Case**
Yes!!
4/17/2024 8:23:45 AM

[redacted] **Katie Case**
And ok I'm sorry!
4/17/2024 8:23:49 AM

[redacted] **Melissa Nathan (Owner)**
Sorry about what ?
4/17/2024 8:27:25 AM

[redacted] **Katie Case**
Not sending you the schedule sooner I just fell asleep hahaha
4/17/2024 8:27:38 AM

[redacted] **Melissa Nathan (Owner)**
Oh for gods sake
4/17/2024 8:27:45 AM

[redacted] **Melissa Nathan (Owner)**
lol
4/17/2024 8:27:46 AM

[redacted] Katie Case
Also sorry the JOY I felt seeing the daily beast is coming after Lauren Sanchez was palpable
4/17/2024 8:36:35 AM

[redacted] Katie Case
*Edited*
Also the JOY I felt seeing the daily beast is coming after Lauren Sanchez was palpable
4/17/2024 8:36:42 AM

[redacted] Katie Case
Also.. the Natasha thing I feel is really going to make people insane. As a suggestion could I tell her we can give broll captured and survivor testimony from the exhibit?
4/17/2024 8:38:46 AM

[redacted] Melissa Nathan (Owner)
*Reply*
I re read it a few times
Obviously the DB is awful but u saw the way It was like we think she's amazing and we will be covering all the incredible stuff she is doing??
4/17/2024 8:43:27 AM

[redacted] Melissa Nathan (Owner)
*Reply*
Yes don't drive yourself too mad
We just will get the inteview done and use whatever we can after
4/17/2024 8:43:58 AM

[redacted] Katie Case
Emphasized "I re read it a few times
Obviously the DB is awfu…"
4/17/2024 8:44:27 AM

[redacted] Katie Case
Hahahahahaa ok amazing sorry just after yesterday I legit watched melissa x almost reduce a woman to tears for scheduling another nbc interview and I'm scared 😂
4/17/2024 8:44:57 AM

[redacted] Melissa Nathan (Owner)
lol no it's also SB Choice to do this she needs to stop scaring everyone
4/17/2024 8:46:02 AM

[redacted] Katie Case
You're absolutely correct hahahaha
4/17/2024 8:46:21 AM

[redacted] Melissa Nathan (Owner)
4/17/2024 8:48:01 AM

[redacted] Melissa Nathan (Owner)
I'm just pushing my hands and this came up on my phone in the gap this is so weird LOL
4/17/2024 8:48:01 AM

[redacted] Katie Case
I do appreciate the message though! Hahahaha
4/17/2024 8:48:26 AM

[redacted] Melissa Nathan (Owner)
Its 35 Wall Street right ?
4/17/2024 10:02:09 AM

[redacted] Katie Case
Yes!
4/17/2024 10:07:24 AM

[redacted] Melissa Nathan (Owner)
Oh god
4/17/2024 10:10:38 AM

[redacted] Melissa Nathan (Owner)
MK
4/17/2024 10:10:44 AM

+[redacted] Katie Case
I have no idea what she's talking about
4/17/2024 10:11:09 AM

[redacted] Katie Case
There's literally 6 people there already
4/17/2024 10:11:22 AM

[redacted] Melissa Nathan (Owner)
Neither do I, but it's not our problem, thank God
4/17/2024 10:11:27 AM

[redacted] Katie Case
Per the staffing on the schedule
4/17/2024 10:11:28 AM

[redacted] Katie Case
Oh I know hahahaha
4/17/2024 10:11:33 AM

[redacted] Katie Case
She's just treating people from 42w so rudely
4/17/2024 10:11:45 AM

[redacted] Melissa Nathan (Owner)
If I ever get like that please please tell me
4/17/2024 10:12:04 AM

[redacted] Katie Case
HAHAHAHAHAHAAHA I don't think you will
4/17/2024 10:12:14 AM

**[redacted] Case**
And I know this because you would literally rather die than send a photo of yourself in bed to a group of 20 people 😂😂
4/17/2024 10:12:53 AM

**[redacted] Katie Case**
Also and don't get mad at me… but I think we should give Korea a heads up about these interviews especially because they might get inquiries about it…. what do you think
4/17/2024 10:16:00 AM

**[redacted]lelissa Nathan (Owner)**
I agree, I completely agree
4/17/2024 10:16:52 AM

**[redacted] Katie Case**
Ok cool I'll send Rosa a note! Just Rosa to keep it casual
4/17/2024 10:17:11 AM

**[redacted]lelissa Nathan (Owner)**
No, it's a good idea for sure
4/17/2024 10:19:58 AM

**[redacted]elissa Nathan (Owner)**
[redacted]
4/17/2024 10:26:07 AM

**+[redacted] Katie Case**
Oh no…. Oh gosh I'm so sorry
4/17/2024 10:26:20 AM

**[redacted]lelissa Nathan (Owner)**

4/17/2024 10:27:11 AM

[redacted] Melissa Nathan (Owner)
Did you get the jewellery?
4/17/2024 10:27:17 AM

[redacted] Katie Case
I'm so sorry!!!
4/17/2024 10:27:26 AM

[redacted] Katie Case
And not yet but I'm going down to print the talking points and schedule for us shortly and I'll ask then!!
4/17/2024 10:27:45 AM

[redacted] Melissa Nathan (Owner)
Okay, perfect. I'm just gonna wear blue jeans and back top
4/17/2024 10:28:06 AM

[redacted] Katie Case
Okdokes! I was going to wear jeans and a large white shirt a La hugh grant lol
4/17/2024 10:28:30 AM

[redacted] Melissa Nathan (Owner)
Perfect
4/17/2024 10:28:43 AM

[redacted] Melissa Nathan (Owner)
Just sent the master schedule to Matthew at JW
As he said "a certain someone was pressuring him to send"
Can't wait for her to see your name all over it
4/17/2024 12:11:01 PM

[redacted] Katie Case
HAHAHAHAHAHAHA honestly same
4/17/2024 12:14:56 PM

[redacted] Katie Case




4/17/2024 12:15:27 PM

[redacted] Katie Case
Me lol
4/17/2024 12:15:28 PM

[redacted] Melissa Nathan (Owner)
lol
4/17/2024 12:15:36 PM

[redacted] Melissa Nathan (Owner)
And she will SHIT so hard on u and me to him
Am so over it
He won't ever ever see it
4/17/2024 12:15:48 PM

[redacted] Katie Case
Ohhhhhh I know
4/17/2024 12:16:00 PM

[redacted] Katie Case
But I mean hey I'm dumb as a box of rocks so it'll just bounce right off me 😂
4/17/2024 12:16:15 PM

[redacted] Melissa Nathan (Owner)

4/17/2024 12:16:47 PM

[redacted] Melissa Nathan (Owner)
I should've said to him to tell her Katie says hi
4/17/2024 12:16:59 PM

[redacted] Katie Case
HAHAHAHAHAHAHA she'd probably just like…explode
4/17/2024 12:17:16 PM

[redacted] Katie Case
Well hey if that's how we get rid of her
4/17/2024 12:17:22 PM

[redacted] Katie Case
Or kill le
4/17/2024 12:17:24 PM

[redacted] Katie Case
*Edited*
Or kill me
4/17/2024 12:17:32 PM

[redacted] Melissa Nathan (Owner)
[redacted] here
4/17/2024 12:17:34 PM

[redacted] Melissa Nathan (Owner)
She will kill me first
4/17/2024 12:17:41 PM

[redacted] Melissa Nathan (Owner)
Am here early ofc
4/17/2024 12:17:50 PM

[redacted] Katie Case
There's a ton of stuff around the exhibition! I'm headed there in about 10 mins!
4/17/2024 12:17:57 PM

[redacted] Katie Case
Shoot I'm sorry
4/17/2024 12:17:59 PM

[redacted] Katie Case
I'll head there now
4/17/2024 12:18:03 PM

[redacted] Melissa Nathan (Owner)
No it's all me am insane
4/17/2024 12:18:10 PM

[redacted] Katie Case
LOLZ ok!! I'll still head there now :)
4/17/2024 12:18:26 PM

[redacted] Katie Case
We're going to have to check in anyways to get wrist bands
4/17/2024 12:18:34 PM

[redacted] Melissa Nathan (Owner)
Am waiting for you to do this
4/17/2024 12:18:52 PM

[redacted] Melissa Nathan (Owner)
With
4/17/2024 12:18:56 PM

[redacted] Katie Case
Yes!
4/17/2024 12:19:08 PM

[redacted] Katie Case
I put our names on the list too
4/17/2024 12:19:19 PM

[redacted] Melissa Nathan (Owner)
What is the name of that toasted tuna sandwich? That's really famous
4/17/2024 12:19:44 PM

[redacted] Melissa Nathan (Owner)
Joe's
4/17/2024 12:19:50 PM

[redacted] Katie Case
I… actually have no idea 😂😂 I'm so sorry I've never heard of that
4/17/2024 12:20:11 PM

[redacted] Melissa Nathan (Owner)
Was Joe and the juice but Joe I've found this amazing Cade
4/17/2024 12:24:14 PM

[redacted] Melissa Nathan (Owner)
Cafe
4/17/2024 12:24:17 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_73_03_4BD6AC_1_735063_1.HEIC>
4/17/2024 12:24:47 PM

[redacted] Katie Case
Oh my god that looks AMAZING
4/17/2024 12:25:10 PM

[redacted] elissa Nathan (Owner)
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 12:25:22 PM

[redacted] Katie Case
Ok I'm in the Uber I'll be there for 1 on the dot
4/17/2024 12:32:30 PM

[redacted] Katie Case
Holy smokes
4/17/2024 12:32:54 PM

[redacted] Katie Case
There's some decent places down there I think
4/17/2024 12:33:01 PM

[redacted] Melissa Nathan (Owner)
I ate a mini one, which was incredible
4/17/2024 12:34:25 PM

[redacted] Melissa Nathan (Owner)
You sent a live location.
<Attachment(3)>
4/17/2024 12:34:40 PM

System Message System Message
*System*
You started sharing location with [redacted]
4/17/2024 12:34:43 PM

[redacted] Katie Case
Thank you!!! I'm headed to you now
4/17/2024 12:34:53 PM

[redacted] Katie Case
But of traffic, I'll be there at 1:07!
4/17/2024 12:52:17 PM

[redacted] **Katie Case**
*Edited*
Bit of traffic, I'll be there at 1:07!
4/17/2024 12:52:26 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 12:58:30 PM

[redacted] **Katie Case**
What
4/17/2024 12:58:47 PM

[redacted] **Katie Case**
No
4/17/2024 12:58:53 PM

[redacted] **Katie Case**
God please no
4/17/2024 12:58:56 PM

[redacted] **Melissa Nathan (Owner)**
No . I'm calling him
Plus she won't be allowed in
4/17/2024 12:59:42 PM

[redacted] **Katie Case**
Melissa Z will lose her mind
4/17/2024 12:59:58 PM

[redacted] **Katie Case**
Also not to be a dick but they don't need talking points
4/17/2024 1:00:37 PM

[redacted] Melissa Nathan (Owner)
She said no way
4/17/2024 1:01:52 PM

[redacted] Katie Case
She sure did
4/17/2024 1:02:06 PM

[redacted] Katie Case
4 mins away also do you mind if we meet at the exhibit I just really have to pee!
4/17/2024 1:03:50 PM

[redacted] Melissa Nathan (Owner)
Yea am heee
4/17/2024 1:05:27 PM

[redacted] Melissa Nathan (Owner)
Here just on the phone
4/17/2024 1:05:30 PM

[redacted] Katie Case
Ok perfect
4/17/2024 1:05:34 PM

[redacted] Katie Case
You're on the phone??! You?? On the phone?? What??? Lol
4/17/2024 1:05:46 PM

[redacted] Melissa Nathan (Owner)
lol
4/17/2024 1:05:51 PM

[redacted] Melissa Nathan (Owner)
35 wall ?
4/17/2024 1:05:58 PM

[redacted] Katie Case
Yes! I think we'll just walk around to the side door to get our wristbands
4/17/2024 1:06:13 PM

[redacted] Katie Case
Melissa Z said they're having some issues at the 35 wall entrance
4/17/2024 1:06:27 PM

[redacted] Katie Case
Ok so — the side door that I think we should go into is right across from the New York stock exchange
4/17/2024 1:09:25 PM

[redacted] Katie Case
It's 15 broad street
4/17/2024 1:09:34 PM

**[redacted] Katie Case**
So it should just be right around the corner!
4/17/2024 1:09:54 PM

**[redacted] Melissa Nathan (Owner)**
Am lost
4/17/2024 1:12:45 PM

**[redacted]elissa Nathan (Owner)**
Share your location plz
4/17/2024 1:12:48 PM

**[redacted] Katie Case**
[redacted] sent a live location.
<Attachment(4)>
4/17/2024 1:13:04 PM

**System Message System Message**
*System*
[redacted] started sharing location with You
4/17/2024 1:13:05 PM

**[redacted]elissa Nathan (Owner)**
9 mins this is wrong gah
4/17/2024 1:13:43 PM

**[redacted] Katie Case**
It's quite literally directly across the street from the stock exchange!
4/17/2024 1:14:08 PM

**[redacted] Katie Case**
<__Library_SMS_Attach_1_c8_08_2DDE76_1_735066_1 .HEIC>
4/17/2024 1:14:59 PM

**[redacted] Katie Case**
Where did you go ahahah
4/17/2024 1:39:57 PM

**+[redacted] Katie Case**
I'm outside 15 broad street!
4/17/2024 1:40:02 PM

[redacted] Katie Case

[redacted]

4/17/2024 1:52:46 PM

[redacted]elissa Nathan (Owner)

[redacted]

4/17/2024 1:52:52 PM

[redacted] **Katie Case**

Exactly lol

4/17/2024 1:54:44 PM

[redacted] **Katie Case**

Where are you guys?

4/17/2024 1:55:56 PM

[redacted]elissa Nathan (Owner)

<__Library_SMS_Attach_1_85_05_D85BC4_1_735069_1 .HEIC>

4/17/2024 1:56:08 PM

[redacted] Melissa Nathan (Owner)
4/17/2024 1:56:11 PM

[redacted] Katie Case
Susie just told me Stephanie called NBC and just went off on them fyi
4/17/2024 3:09:44 PM

[redacted] Katie Case
She had to defuse the situation
4/17/2024 3:09:50 PM

[redacted] Katie Case
I explained to her our arrangement
4/17/2024 3:09:57 PM

[redacted] Katie Case
She said she might call
4/17/2024 3:10:03 PM

[redacted] Melissa Nathan (Owner)
lol what
4/17/2024 3:10:04 PM

[redacted] Melissa Nathan (Owner)
📎
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 4:37:29 PM

[redacted] Katie Case
Well I made a friend lol
4/17/2024 4:49:35 PM

[redacted] Katie Case
Is it me… or is this Ruben guy a jerk?
4/17/2024 6:11:10 PM

[redacted] Melissa Nathan (Owner)
Israeli 🇮🇱
4/17/2024 6:14:20 PM

[redacted] Katie Case
Hahahahahaha still 😂
4/17/2024 6:28:26 PM

[redacted] Melissa Nathan (Owner)



[redacted]
4/17/2024 7:19:04 PM

[redacted] Katie Case
[redacted] We don't have insight into that.
4/17/2024 7:22:16 PM

[redacted] Katie Case
Also
4/17/2024 7:22:17 PM

[redacted] Katie Case
Fuck her
4/17/2024 7:22:19 PM

[redacted] Katie Case
Sorry but fuck her
4/17/2024 7:22:22 PM

[redacted] Katie Case
Every detail we have she has
4/17/2024 7:22:30 PM

[redacted] Melissa Nathan (Owner)




4/17/2024 7:22:38 PM

[redacted] Katie Case
[redacted]
4/17/2024 7:22:44 PM

[redacted] Katie Case
WERE NOT IN CHARGE OF THIS
4/17/2024 7:23:09 PM

[redacted] Melissa Nathan (Owner)
She'll be texting him on the side see you need me. I have no idea he was doing it.
4/17/2024 7:23:23 PM

[redacted] Katie Case
But also
4/17/2024 7:23:34 PM

[redacted] Katie Case
This is what we mean
4/17/2024 7:23:38 PM

[redacted] Katie Case
This conversation shouldn't be happening in front of scooter and she's forcing the issue
4/17/2024 7:23:49 PM

[redacted] Katie Case
Today was FINE
4/17/2024 7:23:52 PM

[redacted] Katie Case
He has the details and she's making him think he doesn't
4/17/2024 7:24:01 PM

[redacted] Katie Case
Also btw
4/17/2024 7:24:35 PM

[redacted] Katie Case
Apparently GMA is being rescheduled
4/17/2024 7:24:44 PM

[redacted] Katie Case
I'm seeing this on the master schedule now
4/17/2024 7:24:52 PM

[redacted] Katie Case
[redacted]
4/17/2024 7:39:59 PM

[redacted] Katie Case
I'll send you SB stuff for tomorrow now
4/17/2024 7:40:08 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 7:43:32 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 7:43:39 PM

+[redacted] Katie Case
Fucking Stephanie jones
4/17/2024 7:44:41 PM

[redacted] Melissa Nathan (Owner)
FSJ
4/17/2024 7:44:47 PM

[redacted] Katie Case
I'll make us shirts lol
4/17/2024 7:45:01 PM

[redacted] **Katie Case**

[redacted]

4/17/2024 7:53:15 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 8:01:54 PM

[redacted] Melissa Nathan (Owner)
She just wrote that to my sister
4/17/2024 8:02:02 PM

[redacted] Katie Case
She's a liar
4/17/2024 8:02:37 PM

[redacted] Katie Case
Can I please be kind of rude tomorrow. Not unprofessional just dismissive?
4/17/2024 8:03:02 PM

[redacted] Katie Case
I've also asked twice for GMA details
4/17/2024 8:03:13 PM

[redacted] Melissa Nathan (Owner)
Yes, please also grimace at her
4/17/2024 8:04:05 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_26_06_2E6726_1_735091_1.HEIC>
4/17/2024 8:04:20 PM

[redacted] Katie Case
Hahahahahaha I am very good at that
4/17/2024 8:04:26 PM

[redacted] Katie Case
<__Library_SMS_Attach_1_a5_05_8AF262_1_735091_1.HEIC>
4/17/2024 8:04:44 PM

[redacted] Katie Case
I'm not sure my eyes can go bigger but I'll try 😂😂😂😂
4/17/2024 8:04:52 PM

[redacted] Melissa Nathan (Owner)
No, you need to curl up your mouth a little
4/17/2024 8:05:08 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_34_04_10827C_1_735091_1.HEIC>
4/17/2024 8:05:20 PM

[redacted] Katie Case
Ok wait I'm laughing now
4/17/2024 8:05:23 PM

[redacted] Melissa Nathan (Owner)
Like you smells something bad
4/17/2024 8:05:25 PM

[redacted] Katie Case
📎
<__Library_SMS_Attach_1_9c_12_7C3C31_1_735091_1.HEIC>
4/17/2024 8:06:13 PM

[redacted] Katie Case
This looks like I'm pooping 😂😂😂
4/17/2024 8:06:16 PM

[redacted] Katie Case
I'm not very good at this
4/17/2024 8:06:20 PM

[redacted] Katie Case
But I'll practice tonight
4/17/2024 8:06:25 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 8:08:00 PM

[redacted] Katie Case
[redacted]
4/17/2024 8:08:19 PM

[redacted] Katie Case
So
4/17/2024 8:08:20 PM

[redacted] Katie Case
[redacted]
4/17/2024 8:08:32 PM

[redacted] Katie Case
[redacted]
4/17/2024 8:08:36 PM

[redacted] Katie Case
[redacted]
4/17/2024 8:08:55 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 8:12:01 PM

+[redacted] Katie Case
[redacted]
4/17/2024 8:12:29 PM

[redacted]elissa Nathan (Owner)
[redacted]
4/17/2024 8:12:33 PM

[redacted] Melissa Nathan (Owner)
None of this is going to really help him
4/17/2024 8:12:40 PM

[redacted] Melissa Nathan (Owner)
📎
<M5154DC6BE72E42B295D0529D059E224741CC98A6
C248A3772542905448EC69A5.C01USN00>
4/17/2024 8:12:54 PM

[redacted] Katie Case
[redacted]
4/17/2024 8:13:03 PM

[redacted] Katie Case
WHO IS THAT TINY SMOL BEAN
4/17/2024 8:13:12 PM

[redacted] Katie Case
Thank god 😂
4/17/2024 8:14:50 PM

[redacted]elissa Nathan (Owner)
lol
[redacted]
4/17/2024 8:15:07 PM

[redacted] **Katie Case**
You know what I don't like
4/17/2024 8:16:18 PM

[redacted] **Katie Case**
I don't like that he's all buddy buddy in person
4/17/2024 8:16:26 PM

[redacted] **Katie Case**
And now in this thread he's throwing you under the bus
4/17/2024 8:16:33 PM

[redacted] **Melissa Nathan (Owner)**
Yep, always
4/17/2024 8:17:19 PM

[redacted] **Katie Case**
Melissa Z is going to fist fight her tomorrow 😂😂
4/17/2024 8:51:21 PM

[redacted] **Katie Case**




4/17/2024 8:57:33 PM

[redacted] **Katie Case**
Susie Arons ^
4/17/2024 8:57:40 PM

[redacted] **Melissa Nathan (Owner)**
This is laughable now
4/17/2024 8:58:37 PM

[redacted] **Katie Case**
It's just so embarrassing for her
4/17/2024 8:58:47 PM

[redacted] Melissa Nathan (Owner)
Like it's getting ridiculous
4/17/2024 8:58:47 PM

[redacted] Katie Case
For Stephanie
4/17/2024 8:58:50 PM

[redacted] Katie Case
Also
4/17/2024 9:00:30 PM

+[redacted] Katie Case
[redacted]
4/17/2024 9:00:40 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 9:00:43 PM

[redacted] Katie Case
[redacted]
4/17/2024 9:00:56 PM

[redacted] Melissa Nathan (Owner)
And he's such a fucking baby
4/17/2024 9:00:58 PM

[redacted] Katie Case
Like today was delayed by an hour I think it's fine
4/17/2024 9:01:08 PM

[redacted] Katie Case
Emphasized "And he's such a fucking baby "
4/17/2024 9:01:12 PM

[redacted] Melissa Nathan (Owner)
It's fine
4/17/2024 9:01:13 PM

[redacted] Katie Case
Ok hahahaha
4/17/2024 9:01:17 PM

[redacted] Katie Case
If it's a problem we'll just figure it out 😂
4/17/2024 9:01:32 PM

[redacted] Katie Case
[redacted]
4/17/2024 9:01:37 PM

[redacted] Katie Case
I'll bet she arrives with him too
4/17/2024 9:01:55 PM

[redacted]atie Case
But in that case SHE can check him in and get him his wristband and explain why SHES not on the list
4/17/2024 9:02:17 PM

[redacted]elissa Nathan (Owner)
Well now Susie kinda gave in then I guess she's on list
4/17/2024 9:03:37 PM

+[redacted]Katie Case
I feel like Susie is just trying to keep the peace
4/17/2024 9:03:52 PM

[redacted]Katie Case
But you know what I mean
4/17/2024 9:03:56 PM

[redacted]elissa Nathan (Owner)
Whatever honestly
I'm not arguing with her
It's enough for me everyone hates her and BI is running a piece
4/17/2024 9:04:10 PM

[redacted]Katie Case
I also figured it was ok to give Susie your number because she Susie lol
4/17/2024 9:04:22 PM

[redacted]Katie Case
Emphasized "Whatever honestly
I'm not arguing with her
It's e…"
4/17/2024 9:04:27 PM

[redacted]Katie Case
Everyone HATES her
4/17/2024 9:04:31 PM

[redacted]Katie Case
And they're absolutely running a piece
4/17/2024 9:04:38 PM

[redacted]elissa Nathan (Owner)




4/17/2024 9:04:40 PM

[redacted]**Katie Case**
She's so embarrassing
4/17/2024 9:04:50 PM

[redacted]elissa Nathan (Owner)
Loved "I also figured it was ok to give Susie your number…"
4/17/2024 9:05:10 PM

[redacted]**Katie Case**
Holy shit
4/17/2024 9:05:50 PM

[redacted]**Katie Case**
And yes it was awful 😂😂 it grew back but still LOL
4/17/2024 9:05:59 PM

[redacted]Melissa Nathan (Owner)
No, [redacted] only Diana I was telling
4/17/2024 9:06:13 PM

[redacted]lelissa Nathan (Owner)
Because that's so shitty
4/17/2024 9:06:18 PM

[redacted]lelissa Nathan (Owner)
Plus, you have a lot of hair it's fine
4/17/2024 9:06:22 PM

[redacted] Katie Case
Hahahahahahahahahaha no no it made me giggle 😂😂
4/17/2024 9:06:46 PM

[redacted] Katie Case
I'm not upset I'm laughing
4/17/2024 9:06:52 PM

[redacted] Katie Case
Like it wasn't funny at the time but it's funny now
4/17/2024 9:06:59 PM

[redacted] Katie Case
Plus LOOK AT HOW MANY PEOPLE HATE HER ITS NOT JUST US
4/17/2024 9:07:24 PM

[redacted] Katie Case
maybe if scooter sees how much other people hate her it'll help him come round
4/17/2024 9:07:37 PM

[redacted] Katie Case
Like it's not just a vacuum
4/17/2024 9:07:48 PM

[redacted] elissa Nathan (Owner)
I don't know what's up. He just doesn't care.
4/17/2024 9:09:03 PM

+[redacted] Katie Case
It'll be interesting to see!!
4/17/2024 9:09:20 PM

[redacted] Katie Case
She'll be rude to everyone s
4/17/2024 9:09:26 PM

[redacted] Katie Case
*Edited*
She'll be rude to everyone
4/17/2024 9:09:31 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 9:09:37 PM

[redacted] **Katie Case**
Why are they asking you lol
4/17/2024 9:10:21 PM

[redacted] **Katie Case**
You're not running the event
4/17/2024 9:10:30 PM

[redacted] **Melissa Nathan (Owner)**
Why are they making this such a big deal?
4/17/2024 9:11:09 PM

[redacted] **Katie Case**
……they make everything a big deal
4/17/2024 9:11:20 PM

[redacted] **Katie Case**
I'll try and find one of those call sheets for you so you can see
4/17/2024 9:11:32 PM

[redacted] **Katie Case**
Do you think scooter cares for a single second if there's a teleprompter there
4/17/2024 9:11:47 PM

[redacted] **Melissa Nathan (Owner)**
This is sad
4/17/2024 9:12:03 PM

[redacted] Katie Case
It's embarrassing
4/17/2024 9:12:17 PM

[redacted] Katie Case
I'd be embarrassed
4/17/2024 9:12:22 PM

[redacted] Katie Case
And frankly
4/17/2024 9:12:28 PM

[redacted] Katie Case
I never sent anything else to Matthew because frankly
4/17/2024 9:12:37 PM

[redacted] Katie Case
I don't care hahaha
4/17/2024 9:12:41 PM

[redacted] Melissa Nathan (Owner)
The event guys ignoring me
4/17/2024 9:14:09 PM

[redacted] Melissa Nathan (Owner)
The Nova group said don't share so I reckon he's not replying because he doesn't know I'm on that group
4/17/2024 9:15:17 PM

[redacted] Katie Case
I think that's exactly it
4/17/2024 9:15:33 PM

[redacted] Katie Case
But also
4/17/2024 9:15:35 PM

[redacted] Katie Case
If she's INSISTING on being there tomorrow she can ask for it
4/17/2024 9:15:48 PM

[redacted] Melissa Nathan (Owner)
Am about to lose it
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 9:47:43 PM

[redacted] Katie Case
This is very unfair
4/17/2024 9:55:58 PM

[redacted] Katie Case
She's creating a narrative that doesn't exist
4/17/2024 9:56:06 PM

[redacted] Katie Case
This is all just manipulation
4/17/2024 9:56:12 PM

[redacted] Katie Case
Also we're in direct contact with Kollyn
4/17/2024 9:56:20 PM

[redacted] Katie Case
If Kollyn wants to add she can
4/17/2024 9:56:34 PM

[redacted] Melissa Nathan (Owner)
I can't do this like this
4/17/2024 9:56:42 PM

[redacted] Melissa Nathan (Owner)
4/17/2024 9:56:51 PM

[redacted] Katie Case
Well it's just very unfair and unnecessary
4/17/2024 9:57:11 PM

[redacted] Katie Case
And good for you for sending
4/17/2024 9:57:15 PM

[redacted] Katie Case
Today was a success
4/17/2024 9:57:19 PM

[redacted] Katie Case
Everything went fine
4/17/2024 9:57:25 PM

[redacted] Melissa Nathan (Owner)
Having to clean up clean up fucking what?
4/17/2024 9:57:28 PM

[redacted] Katie Case
It's just very typical her
4/17/2024 9:57:49 PM

[redacted] Katie Case
She's creating a narrative that she's better and it just doesn't exist
4/17/2024 9:58:01 PM

[redacted] Katie Case
For example — Matthew asking for details on fox and friends and Getty. I told him he doesn't need details for that because scooter isn't involved. He tried to push it and I was like — scooter isn't participating we don't need to share those details.
4/17/2024 9:59:04 PM

[redacted] Katie Case
It's all just irrelevant
4/17/2024 9:59:11 PM

[redacted] Melissa Nathan (Owner)
They make so much nonsense for nothing
4/17/2024 9:59:19 PM

[redacted] Katie Case
But I'm sure she's going "what about this what about this"
4/17/2024 9:59:23 PM

[redacted] Melissa Nathan (Owner)
I've never seen anything like it
4/17/2024 9:59:24 PM

[redacted] Melissa Nathan (Owner)
They would know if they were allowed to be involved in the conversations and we weren't middleman because everyone hates them
4/17/2024 9:59:38 PM

[redacted] Katie Case
Like ask enough questions it'll make anyone look like they didn't ask enough
4/17/2024 9:59:48 PM

[redacted] Katie Case
Emphasized "They would know if they were allowed to be involve…"
4/17/2024 9:59:53 PM

[redacted] Katie Case
If she treated people respectfully
4/17/2024 10:00:05 PM

[redacted] Katie Case
She'd have had all these things already
4/17/2024 10:00:13 PM

[redacted] Melissa Nathan (Owner)
I just I'm speechless why he lets this continue and it's one thing being me but when he has people that have been around him for his whole life telling him
4/17/2024 10:00:44 PM

[redacted] Melissa Nathan (Owner)
He still doesn't listen and he thinks it's okay if she wants to fucking fight I'll give it to her
4/17/2024 10:01:00 PM

[redacted] Melissa Nathan (Owner)
And my way of fighting is very different as you know
4/17/2024 10:01:16 PM

[redacted] Katie Case
HAHAHAHAHAHA well I mean
4/17/2024 10:01:25 PM

[redacted] Katie Case
You set people free really 40 people to be exact
4/17/2024 10:01:39 PM

[redacted] Katie Case
Could you IMAGINE having left such a bad impression that publicists and managers would actually SPEAK TO PRESS about you
4/17/2024 10:02:09 PM

[redacted] Katie Case
But again. I'm interested to see what happens tomorrow. Because Susie and melissa Z don't mess around. Not that you do but you're trying to keep the peace because scooter asked you to. They aren't beholden to him lol
4/17/2024 10:03:05 PM

[redacted] Katie Case
And it just shows this isn't in a vacuum
4/17/2024 10:03:19 PM

[redacted] Melissa Nathan (Owner)
Deep breathing, I'm goin to take one of Breanna's Xanax
4/17/2024 10:03:40 PM

[redacted] Katie Case
I'm literally wearing a boiler suit and combat boots tomorrow
4/17/2024 10:03:56 PM

[redacted] Katie Case
And my moms earrings
4/17/2024 10:04:01 PM

[redacted] Katie Case
Just going to channel Beth
4/17/2024 10:04:08 PM

[redacted] Melissa Nathan (Owner)
[redacted]
4/17/2024 10:05:55 PM

[redacted] Melissa Nathan (Owner)
Katie
4/17/2024 10:07:03 PM

[redacted] Katie Case
I'm glad you and I spoke with Susie today honestly
4/17/2024 10:07:40 PM

[redacted] Katie Case
Susie HAS to know she's crazy
4/17/2024 10:07:45 PM

[redacted] Katie Case
Also
4/17/2024 10:07:47 PM

[redacted] Katie Case
Also
4/17/2024 10:07:49 PM

[redacted] Melissa Nathan (Owner)
My ears are ringing
4/17/2024 10:07:54 PM

[redacted] Melissa Nathan (Owner)
Let me take a pill
4/17/2024 10:07:58 PM

[redacted] Katie Case
Kollyn edited the calendar invites after we'd collaborated on them. They're literally in the format scooter uses. Kollyn and I connected on the Natasha one for tomorrow it was literally just addressed immediately when we knew it was confirmed.
4/17/2024 10:08:37 PM

[redacted] Katie Case
I know this isn't helpful. But she's doing this to be manipulative.
4/17/2024 10:09:03 PM

[redacted] Katie Case
This is LITERALLY what you were talking about to scooter today
4/17/2024 10:09:19 PM

[redacted] Melissa Nathan (Owner)
I literally cannot
4/17/2024 10:09:31 PM

[redacted] Katie Case
The fact that she's doing this ON A THREAD WITH HIM just shows that
4/17/2024 10:09:35 PM

[redacted] Melissa Nathan (Owner)
He won't see it
4/17/2024 10:09:39 PM

[redacted] Katie Case
Like she's doing this to upset you
4/17/2024 10:09:41 PM

[redacted] Melissa Nathan (Owner)
Everyone knows what she's doing
4/17/2024 10:09:47 PM

[redacted] Katie Case
Oh yes
4/17/2024 10:09:52 PM

[redacted] Katie Case
I think we should just have a laugh tomorrow truthfully
4/17/2024 10:10:06 PM

[redacted] Katie Case
We know she'll be awful
4/17/2024 10:10:10 PM

[redacted] Katie Case
So I think we just treat her like the joke she is
4/17/2024 10:10:20 PM

[redacted] Melissa Nathan (Owner)
Tomorrow will be beautiful
4/17/2024 10:10:21 PM

[redacted] Melissa Nathan (Owner)
lol
I know
4/17/2024 10:10:24 PM

[redacted] Katie Case
Tomorrow won't be beautiful for her
4/17/2024 10:10:39 PM

[redacted] Katie Case
Melissa Z will fight her I can't wait
4/17/2024 10:10:47 PM

[redacted] Katie Case
I'll bring us popcorn lol
4/17/2024 10:10:54 PM

[redacted] Melissa Nathan (Owner)
She won't none of them will in front of him
4/17/2024 10:10:59 PM

[redacted] Katie Case
Melissa Z might she doesn't seem to give a single fuck lololol
4/17/2024 10:11:14 PM

[redacted] Melissa Nathan (Owner)
I need to be like Allison Kaye who doesn't give us a singlefuck
4/17/2024 10:11:41 PM

[redacted] Katie Case
But here's the difference — we made such a nice impression and everyone loved us and was hugging us and sending us details.
4/17/2024 10:11:50 PM

[redacted] Katie Case
She causes HAVOC and everyone hates her
4/17/2024 10:11:59 PM

[redacted] Melissa Nathan (Owner)
The problem is is if we kind of are meant to be seen as more hype and she keeps taking over the whole of him or should do his shit and back back talk to everyone. And the way that she's like they know we are his reps
4/17/2024 10:12:13 PM

[redacted] Melissa Nathan (Owner)
It's not a BF am fighting over
4/17/2024 10:12:18 PM

[redacted] Katie Case
It's also like sure have fun doing the extremely limited amount of things he does on the personal front well handle the global company he's ceo of
4/17/2024 10:13:00 PM

[redacted] Katie Case
Lol
4/17/2024 10:13:01 PM

[redacted] Katie Case
Like thanks guys 😂😂
4/17/2024 10:13:08 PM

[redacted] Katie Case
"They know we're his reps now"
4/17/2024 10:13:16 PM

[redacted] Katie Case
"They all think you're a jackass now"
4/17/2024 10:13:28 PM

[redacted] Katie Case
Lol
4/17/2024 10:13:30 PM

[redacted] Melissa Nathan (Owner)
No, for sure, but I can't have this carry on shitting on everything that we do.
And telling everyone that we're lying and I don't work with him sort of thing you know it's mad
4/17/2024 10:13:52 PM

[redacted] Katie Case
I know they're crazy but this is also a shrewd group of women. And because we've been so easy to work with I think it's very obvious who the fraud is and it's not us
4/17/2024 10:14:52 PM

[redacted] Katie Case
But also it's very unfair on you
4/17/2024 10:15:04 PM

[redacted] Katie Case
Because it's constant
4/17/2024 10:15:08 PM

[redacted] Melissa Nathan (Owner)
It's constant and on and on and on
4/17/2024 10:15:37 PM

[redacted] Katie Case
She's relentless
4/17/2024 10:15:48 PM

[redacted] Katie Case
But also
4/17/2024 10:15:51 PM

[redacted] Katie Case
40 people
4/17/2024 10:15:54 PM

[redacted] Katie Case
I'm just going to keep reminding us of that
4/17/2024 10:16:02 PM

[redacted]elissa Nathan (Owner)
NOT NOW




4/17/2024 10:16:55 PM

[redacted] Katie Case
Oh for fucks sake
4/17/2024 10:17:14 PM

[redacted] Melissa Nathan (Owner)
I'm so angry I can't sleep. I'm trying to breathe deeply and get over it.
4/17/2024 11:04:55 PM

# EXHIBIT 40

FILED UNDER SEAL

[redacted]

**Thread Participants:** [redacted] Katie Case; [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)
**Active Participants:** [redacted] Katie Case; [redacted] Melissa Nathan (Owner)
**First Message:** 3/22/2024 7:06:21 AM
**Last Message:** 3/22/2024 6:50:59 PM

---

[redacted] **Katie Case**
I actually thought about writing an op Ed for international women's month talking about the importance of not perpetuating woman on woman violence so we can all move forward but then I thought I was being dramatic lol
3/22/2024 7:06:21 AM

[redacted] **Katie Case**
Also… I know scooter is on the fence about Bloomberg but I'm worried about the other pieces. Are you OK if I send out the embargo offers today? I don't want to wait until Monday to do that because a lot of places have 48 hour embargo rules!

I sent our list to Ashley and she said her and her team agreed with it.
3/22/2024 7:07:38 AM

[redacted] **Melissa Nathan (Owner)**
Laughed at "I actually thought about writing an op Ed for inte…"
3/22/2024 8:57:04 AM

[redacted] **Melissa Nathan (Owner)**
The only issue is if he doesn't go with Bloomberg , then we have to give the exclusive to Billboard so you can't send the embargo to Billboard and say actually you're exclusive you know let's give it a few hours maybe two hours? At least let him wake up.
3/22/2024 8:57:43 AM

[redacted] **Katie Case**
Ok deal!!
3/22/2024 9:12:37 AM

[redacted] **Melissa Nathan (Owner)**
And the email can go to those Apple assholes
3/22/2024 9:31:02 AM

[redacted] **Katie Case**
Lol ok I'll send before my appointment!
3/22/2024 9:31:26 AM

[redacted] **Melissa Nathan (Owner)**
Loved "Lol ok I'll send before my appointment!"
3/22/2024 9:31:59 AM

[redacted] Melissa Nathan (Owner)
I need a chiropractor today
3/22/2024 9:32:07 AM

[redacted] Katie Case
Mine is amazing if you want her
3/22/2024 9:35:32 AM

[redacted] Katie Case
They include massage too
3/22/2024 9:35:37 AM

[redacted] Katie Case
This is the TAG plan:
3/22/2024 9:36:25 AM

[redacted] Katie Case
https://docs.google.com/document/d/1SMioxpcYLPPjrFIDuVX2P_7NjAcVjN4pn1EPVHibfcQ/edit
📎 <BC0A703C-414D-4C66-BCF3-A18368DAB9D4.pluginPayloadAttachment>
3/22/2024 9:36:27 AM

[redacted] Katie Case
Can you see it if you click the link? I can send it as a word doc, but given we're still working on it it might look weird
3/22/2024 9:36:46 AM

[redacted] Melissa Nathan (Owner)
I can't.. it's okay I can look later I just on my computer I'm gonna go for a walk around and then at 11 o'clock I'll ping Scooter
3/22/2024 9:37:29 AM

[redacted] Katie Case
Okdokes!! I just didn't want you to see the word doc and be like...where are the write ups
3/22/2024 9:37:58 AM

[redacted] Melissa Nathan (Owner)
No no
3/22/2024 9:38:59 AM

[redacted] Katie Case
Ok good!
3/22/2024 9:40:06 AM

[redacted] Melissa Nathan (Owner)
Call when. You are out !
3/22/2024 10:08:07 AM

[redacted] Melissa Nathan (Owner)
Who else has she lost client wise
3/22/2024 12:45:54 PM

[redacted] Katie Case
I just know of the rock and obviously Justin Bieber.

I'll do a quick search on celeb intelligence to see if I can find more
3/22/2024 12:46:31 PM

[redacted] Katie Case
Also… anything back from scooter!
3/22/2024 12:48:27 PM

[redacted] Katie Case
*Edited*
Also… anything back from scooter?
3/22/2024 12:48:34 PM

[redacted] Katie Case
[redacted]
3/22/2024 12:48:54 PM

[redacted] Melissa Nathan (Owner)
Nope !
3/22/2024 12:54:58 PM

[redacted] Katie Case
JW clients I'm calling bullshit on —

Russell Wilson
Jameela Jamil
Justin Baldoni — they did when I was there but curious about whether they still do
3/22/2024 12:57:35 PM

[redacted] Katie Case
[redacted]
3/22/2024 12:58:03 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 12:58:08 PM

[redacted] Katie Case
[redacted]
3/22/2024 12:58:40 PM

[redacted] Melissa Nathan (Owner)
Yes I am just so eh I dont know what to do
3/22/2024 12:59:02 PM

[redacted] Katie Case
[redacted]
3/22/2024 12:59:35 PM

[redacted] Melissa Nathan (Owner)
May I have these two email plz
3/22/2024 1:21:09 PM

[redacted] Melissa Nathan (Owner)
Anna Silman and Jack Newsham
3/22/2024 1:21:12 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 1:28:43 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 1:29:19 PM

[redacted] Katie Case
Would you like me to draft them? Sorry I'm just on a call!
3/22/2024 1:29:54 PM

[redacted] Melissa Nathan (Owner)
No I did it
3/22/2024 1:34:53 PM

[redacted] Melissa Nathan (Owner)
I was just sending so I had then written
3/22/2024 1:35:04 PM

[redacted] Katie Case
Oh sugar ok I'm sorry!! I didn't see it until it was too late
3/22/2024 1:35:18 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 2:20:35 PM

[redacted] Katie Case
Did he call you in 20 lol
3/22/2024 2:20:59 PM

[redacted] Katie Case
Also like
3/22/2024 2:21:02 PM

[redacted] Katie Case
I'm sorry
3/22/2024 2:21:05 PM

[redacted] Katie Case
He sucks
3/22/2024 2:21:07 PM

[redacted] Melissa Nathan (Owner)
Nope, not one call
3/22/2024 2:22:12 PM

[redacted] Katie Case
May I vent for one moment
3/22/2024 2:23:27 PM

[redacted] Katie Case
Just one
3/22/2024 2:23:29 PM

[redacted] Melissa Nathan (Owner)
Do I have a choice lol
3/22/2024 2:23:45 PM

[redacted] Katie Case
Yes
3/22/2024 2:23:50 PM

[redacted] Katie Case
Of course
3/22/2024 2:23:52 PM

[redacted] Melissa Nathan (Owner)
Go on!!
3/22/2024 2:24:25 PM

[redacted] Katie Case
[redacted]
3/22/2024 2:25:33 PM

[redacted] Katie Case
That's all
3/22/2024 2:25:36 PM

[redacted] Katie Case
Thank you
3/22/2024 2:25:38 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 2:26:37 PM

[redacted] Katie Case
[redacted]
3/22/2024 2:27:39 PM

[redacted] Katie Case
Lolz if he gives it to joneswork
3/22/2024 2:27:52 PM

[redacted] Katie Case
[redacted]
3/22/2024 2:28:02 PM

[redacted] Melissa Nathan (Owner)
I swear to God, if because it's Jonesworks, I will scream
3/22/2024 2:28:35 PM

[redacted] Katie Case
Then frankly I hope he gets absolutely read to filth by business insider
3/22/2024 2:29:00 PM

[redacted] Katie Case
I will not have this man make us look bad in front of hybe
3/22/2024 2:29:32 PM

[redacted] Melissa Nathan (Owner)
I know.
He just said he's going to call me once he drops the kids off
3/22/2024 2:29:54 PM

[redacted] Katie Case
Fingers crossed…
3/22/2024 2:30:10 PM

[redacted] Katie Case
[redacted]

[redacted] Katie Case
[redacted]
3/22/2024 2:44:36 PM

[redacted] Melissa Nathan (Owner)
[redacted]

[redacted] Melissa Nathan (Owner)
I'm so nervous about that
3/22/2024 2:44:49 PM

[redacted] Katie Case
It's going to be ok!!
3/22/2024 2:45:01 PM

[redacted]
3/22/2024 2:45:07 PM

[redacted] Katie Case
[redacted]
3/22/2024 2:45:14 PM

[redacted] Melissa Nathan (Owner)
Oh okay phew
3/22/2024 2:45:54 PM

[redacted] Katie Case
[redacted]
3/22/2024 3:11:34 PM

[redacted] Katie Case
I feel better now
3/22/2024 3:14:14 PM

[redacted] Katie Case
[redacted]
3/22/2024 3:14:23 PM

[redacted] Melissa Nathan (Owner)
Loved "I just needed to make sure we have something confi…"
3/22/2024 3:15:36 PM

[redacted] Melissa Nathan (Owner)
He still hasn't called me
3/22/2024 3:15:44 PM

[redacted] Katie Case
[redacted]
3/22/2024 3:16:11 PM

[redacted] Katie Case
[redacted]
3/22/2024 3:16:31 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 3:17:34 PM

[redacted] Katie Case
GODDAMIT SCOOTER
3/22/2024 3:17:55 PM

[redacted] Katie Case
also I know I'm bothering you a lot today I'm sorry
3/22/2024 3:18:03 PM

[redacted] Melissa Nathan (Owner)
It's FInE just on 90 emails
3/22/2024 3:20:09 PM

[redacted] Katie Case
Sorry butt dial!
3/22/2024 5:33:29 PM

[redacted] Melissa Nathan (Owner)
Loved "Sorry butt dial!"
3/22/2024 5:38:48 PM

[redacted] Katie Case
[redacted]
3/22/2024 5:39:12 PM

[redacted] Melissa Nathan (Owner)
Yes !
3/22/2024 5:40:48 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:41:00 PM

[redacted] Katie Case
[redacted]
3/22/2024 5:41:03 PM

[redacted] Melissa Nathan (Owner)
Wait
3/22/2024 5:41:07 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:41:12 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:41:22 PM

[redacted] Melissa Nathan (Owner)
Stop texting
3/22/2024 5:41:28 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:42:27 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:43:24 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:43:43 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 5:45:46 PM

[redacted] Melissa Nathan (Owner)
One sec
3/22/2024 5:46:56 PM

[redacted] Katie Case
[redacted]
3/22/2024 5:56:32 PM

[redacted] Katie Case
*Edited*
[redacted]
3/22/2024 5:59:10 PM

[redacted] Katie Case
[redacted]
3/22/2024 5:59:58 PM

[redacted] Katie Case
*Edited*
[redacted]
3/22/2024 6:01:16 PM

[redacted] Melissa Nathan (Owner)
[redacted]
3/22/2024 6:03:01 PM

[redacted] Katie Case
[redacted]
3/22/2024 6:03:31 PM

[redacted] elissa Nathan (Owner)
[redacted]
3/22/2024 6:04:15 PM

[redacted] Katie Case
Saw your email!
3/22/2024 6:11:34 PM

[redacted]elissa Nathan (Owner)
[redacted]
3/22/2024 6:35:01 PM

[redacted]elissa Nathan (Owner)
[redacted]24 6:35:05 PM

[redacted]Katie Case
We've got this!!
3/22/2024 6:49:27 PM

[redacted]elissa Nathan (Owner)
Ugh
3/22/2024 6:50:52 PM

[redacted]Katie Case
We do!!!
3/22/2024 6:50:59 PM

# EXHIBIT 43

FILED UNDER SEAL

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 63 | Date Range: 8/5/2024 - 8/6/2024 |

## Outline of Conversations

[redacted]/System Message chatroom • 63 messages between 8/5/2024 - 8/6/2024 • Katherine Case [redacted] • Katie Case [redacted] Melissa Nathan [redacted] System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]**/System Message chatroom**

MN **Melissa Nathan** [redacted] 8/5/2024, 10:52 PM
[url:'https://p40-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_82_02_C59FF66A-E56A-4ABD-8A52-BF82EB292F7A_Voice_Message_8_5_24,_9_40_PM.m4a (308 KB)*

KC **Katie Case** [redacted] 8/6/2024, 8:29 AM
Good morning! Sorry I missed your call I was asleep! Do you mind filling me in on this when you can this morning?

MN **Melissa Nathan** [redacted] 8/6/2024, 9:36 AM
[url:'https://p52-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']



*Image: __Library_SMS_Attachments_9c_12_9380B0BA-95A2-4EC0-8872-E0602243CE34_IMG_1911.jpeg (424 KB)*

KC **Katie Case** [redacted] 8/6/2024, 9:37 AM
Good for you!!!

MN **Melissa Nathan** [redacted] 8/6/2024, 9:37 AM
He cannot expect us to work with stephanie I won't do it

KC **Katie Case** [redacted] 8/6/2024, 9:38 AM
It's just not possible oh my gosh wait. What if you used the business insider thing as a reason not to do it??? This really showcases how little she can be trusted, I don't want her interacting with my team. We're working to hard and I'm worried about details being leaked internationally if there's a difference of opinion. It's so important to protect reputations… or is that too much?

KC **Katie Case** [redacted] 8/6/2024, 9:39 AM
Working with Jen and Matthew is fine but she can't be trusted

MN **Melissa Nathan** [redacted] 8/6/2024, 9:39 AM
I have said that 500 times

KC **Katie Case** [redacted] 8/6/2024, 9:39 AM
True… this article needs to run he NEEDS to see it

KC **Katie Case** [redacted] 8/6/2024, 9:39 AM
Also hi! How are you?

MN **Melissa Nathan** [redacted] 8/6/2024, 9:40 AM
Is 6:30
I'm already trying to kill one rebel story and [redacted]

MN **Melissa Nathan** [redacted] 8/6/2024, 9:40 AM
So basically, Rebel wants a one of those sites

KC **Katie Case** [redacted] 8/6/2024, 9:40 AM
I know I'm sorry [redacted]

KC **Katie Case** [redacted] 8/6/2024, 9:40 AM
And ok!

MN **Melissa Nathan** [redacted] 8/6/2024, 9:40 AM
Should be a mixture of that document that I think Carolina pulled about Amanda goes or the Intern pulled
The voice note and this
[url:'https://p59-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_88_08_DB9BA138-EBEE-4043-803C-A39606AB4701_Amanda Ghost website.docx (26 KB)*

KC **Katie Case** [redacted] 8/6/2024, 9:41 AM
Okdokes! I'll pull this together this morning 🙂

MN **Melissa Nathan** [redacted] 8/6/2024, 9:41 AM
Thank you
It can be really really harsh and then link it to Jed S voice thing

MN **Melissa Nathan** [redacted] 8/6/2024, 9:46 AM
I just can't deal with this sb stuff what is wrong with him?

KC **Katie Case** [redacted] 8/6/2024, 9:47 AM
Loved "Thank you
It can be really really harsh and then l…"

KC **Katie Case** [redacted] 8/6/2024, 9:47 AM
I'm not entirely sure but I will resurface my "one of her kids is his" theory because anything else does not make sense

MN **Melissa Nathan** [redacted] 8/6/2024, 9:49 AM
Yep I checked in with Jen personally while I sent her that screenshot do you want to check in with the group and just seeing how day two is going

KC **Katie Case** [redacted] 8/6/2024, 9:51 AM
Yes! So far nothing bad on JB in the press that's run from yesterday. So everyone ostensibly is playing nice

MN **Melissa Nathan** [redacted] 8/6/2024, 9:51 AM
They are, but definitely check

KC **Katie Case** [redacted] 8/6/2024, 9:51 AM
I did!

MN **Melissa Nathan** [redacted] 8/6/2024, 9:56 AM
Len- Russian oglivarchs and making her a madam basically lol said Jed

KC **Katie Case** [redacted] 8/6/2024, 9:58 AM
Oh my god lol ok this one will be fun

KC **Katie Case** [redacted] 8/6/2024, 11:03 AM
[url:'https://p53-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



*Image: __Library_SMS_Attachments_98_08_3811F878-391F-47BD-86EC-C205BDD278D3_IMG_2683.PNG (458 KB)*

KC **Katie Case** [redacted] 8/6/2024, 11:03 AM
Lol

KC **Katie Case** [redacted] 8/6/2024, 11:24 AM
I do hope this is a nice reminder of how PR should work together and not just butt their way into any possible situation by force 😂

MN **Melissa Nathan** [redacted] 8/6/2024, 11:29 AM
Sure, but I still still don't trust this woman as far as I could throw her

KC **Katie Case** [redacted] 8/6/2024, 11:29 AM
Absolutely not

KC **Katie Case** [redacted] 8/6/2024, 11:30 AM
She's not trustworthy

MN **Melissa Nathan** [redacted] 8/6/2024, 11:30 AM
Not one bit

MN **Melissa Nathan** [redacted] 8/6/2024, 11:30 AM
She didn't answer my text that speaks volumes [url:'https://p64-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_85_05_1ADA5972-443E-44BF-BC2A-E8CA552C69B6_Screenshot 2024-08-*

*06 at 08.30.40.heic (69 KB)*

KC **Katie Case** [redacted] 8/6/2024, 11:31 AM
That's not good… She's also be an absolute idiot to go back on leaving

KC **Katie Case** [redacted] 8/6/2024, 11:31 AM
But in that case you know where she stands

MN **Melissa Nathan** [redacted] 8/6/2024, 11:31 AM
But also, she's screenshot me some shit so you know

KC **Katie Case** [redacted] 8/6/2024, 11:32 AM
Oh I know

KC **Katie Case** [redacted] 8/6/2024, 11:32 AM
But still

KC **Katie Case** [redacted] 8/6/2024, 11:33 AM
I'd be the most embarrassed if I quit and then came back. But SJ might have offered her tons of money or something.

KC **Katie Case** [redacted] 8/6/2024, 11:46 AM
Have you and Melissa Z chatted about the [redacted] They've asked if [redacted] can do it in the [redacted] spreadsheet and am happy to check in but didn't want to if you've already discussed!

MN **Melissa Nathan** [redacted] 8/6/2024, 11:53 AM
Defo check in

KC **Katie Case** [redacted] 8/6/2024, 11:53 AM
Okdokes! Just wanted to make sure

MN **Melissa Nathan** [redacted] 8/6/2024, 1:58 PM
Migraine incoming

MN **Melissa Nathan** [redacted] 8/6/2024, 1:58 PM
I have to drive to this fucking meeting. Do you think you'll have that copy for Jed today because I need to make it really hammy?

KC **Katie Case** [redacted] 8/6/2024, 1:59 PM
Yes! I'm going to draft it in between this call I'm on currently and my next call, but should have before 3:30 PM ET 🙂

KC **Katie Case** [redacted] 8/6/2024, 1:59 PM
I'm so sorry about the migraine

MN **Melissa Nathan** [redacted] 8/6/2024, 1:59 PM
I'm gonna take a quick shower and just try and get in the car and muddle my way through this meeting

KC **Katie Case** [redacted] 8/6/2024, 2:01 PM
Ok good luck and please don't push yourself too hard if you have a bad migraine!!

KC **Katie Case** [redacted] 8/6/2024, 3:11 PM
Ok running a little behind will have it in the next 45 mins to you 🙂

KC **Katie Case** [redacted] 8/6/2024, 4:02 PM
Is Jed doing anything on Justin? I'm having Zoe monitor but that's not the same lol

MN **Melissa Nathan** [redacted] 8/6/2024, 4:02 PM
Not yet

MN **Melissa Nathan** [redacted] 8/6/2024, 4:02 PM
They've not signed him on

KC **Katie Case** [redacted] 8/6/2024, 4:15 PM
Urg I wish they'd get a move on… all they care about is social right now and we can't do anything about it lol

KC **Katie Case** [redacted] 8/6/2024, 4:19 PM
Also what are we supposed to do about a journalist calling her like do your job Jen lol

MN **Melissa Nathan** [redacted] 8/6/2024, 4:46 PM
Jed and Bryan asking me for copy lol kill me

KC **Katie Case** [redacted] 8/6/2024, 4:46 PM
I just sent!

KC **Katie Case** [redacted] 8/6/2024, 4:46 PM
Should be in your inbox 🙂

MN **Melissa Nathan** [redacted] 8/6/2024, 6:11 PM
You need to get someone to help you with this so if Zoe can say the sentiment is positive in this and negative in this because she's obviously at the screening and can't look at everything like that

KC **Katie Case** [redacted] 8/6/2024, 6:12 PM
I'll ask Zoe to specify. Just trying to flag in real time like they asked but it's all more of the same.

MN **Melissa Nathan** [redacted] 8/6/2024, 6:13 PM
I know, but I feel like you shouldn't be doing this job

KC **Katie Case** [redacted] 8/6/2024, 6:16 PM
No it's not our job lol Zoe is flagging to me and I'm sending but overall social isn't our job!!!! Hahshshs

KC **Katie Case** [redacted] 8/6/2024, 7:59 PM
Gosh they hate me lol

# EXHIBIT 45

FILED UNDER SEAL

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 73 | Date Range: 7/29/2024 |

## Outline of Conversations

**iMessage Chat: Melissa Nathan [redacted], Custodian: Abel, Jennifer [redacted]** • 73 messages on 7/29/2024 • Custodian: Abel, Jennifer [redacted] • Melissa Nathan [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: Melissa Nathan [redacted], Custodian: Abel, Jennifer [redacted]**

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
Happy monday- [redacted]

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
[redacted]

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
[redacted]

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:04 AM
[redacted]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
This is ridiculous!

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
I have no idea if they contacted Steph

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:06 AM
[redacted]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
Yeah I'd be pissed too if I was [redacted] What a bs article

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:07 AM
My meeting is at 10am so I am mid list of what I am saying - this isn't helpful.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:07 AM
I wonder if he texted Steph about this too

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:07 AM
Oh FOR SURE

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:07 AM
Which usually she will text me to handle it but she didn't this time…

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:08 AM
Thats because you are now like me. An enemy of the state.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:09 AM
Yes but… that means she would have had to tell scooter

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:09 AM
I will call you RIGHT after I drive away

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:09 AM
Should I shake shit up and text her about this and ask if they reached out to her for comment?

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:09 AM
Plz

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:09 AM
PLEASE

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:09 AM
On it

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:10 AM
I also said, jen and I are on it ( so not SJ and I are on it )

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:10 AM
So he knows its always us us us .

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:18 AM
https://mol.im/a/13684031

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:18 AM
Southport stabbing: 'One child dead' and seven people injured

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:19 AM
They didn't reach out but Steph said she will reach out to [redacted] lol

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:19 AM
I already did.

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:19 AM
But go for it

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:19 AM
I know I told her and said that scooter texted you about it

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:20 AM
I honestly do not think she does F all there anymore in her new role

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:20 AM
Nope

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:35 AM
Done

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:35 AM

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:36 AM
She cannot say this is her - fyi

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:36 AM
lol

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:36 AM
Thank you lord

JA Custodian: Abel, Jennifer [redacted] ◀ 7/29/2024, 10:37 AM

MN Melissa Nathan [redacted] ▶ 7/29/2024, 10:38 AM
SHE JUST RE WROTE ??

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 10:39 AM
Yep

MN Melissa Nathan [redacted] ► 7/29/2024, 10:40 AM

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 10:42 AM
It's all quite ridiculous isn't it

MN Melissa Nathan [redacted] ► 7/29/2024, 10:44 AM
Ifs beyond ridiculous - how she presents herself to him. And Melissa monitors LOL. Yes of course my team does so we can fix stories

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 10:54 AM
That was a dig at me because I didn't catch at 4am when it broke lol

MN Melissa Nathan [redacted] ► 7/29/2024, 10:54 AM
I'm gonna call you on my way up there.
I'm trying not to let this make me mad

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 10:57 AM
Don't. It's so ridiculous at this point and sb sees through it

MN Melissa Nathan [redacted] ► 7/29/2024, 11:03 AM
I know.
And once you are gone - we will be on accounts together and make really good money and be happy

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 11:48 AM
Let me know how it goes! Matt is going to see him later today for the first responder shoot

MN Melissa Nathan [redacted] ► 7/29/2024, 11:48 AM
I am calling you in the car- just need to get off the bloody toilet. Do not up the med

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 11:49 AM
Oh no

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 11:49 AM
I'm so sorry

MN Melissa Nathan [redacted] ► 7/29/2024, 1:16 PM
Oh
My
God

MN Melissa Nathan [redacted] ► 7/29/2024, 1:16 PM
I can't wait to call you I might call you mid this meeting

JA Custodian: Abel, Jennifer [redacted] ◄ 7/29/2024, 1:19 PM
Omg do it

MN Melissa Nathan [redacted] ► 7/29/2024, 1:25 PM
Say the shit she said to you .

MN Melissa Nathan [redacted] ► 7/29/2024, 1:57 PM
Shocked

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 1:58 PM
I'm working our plan

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 1:58 PM
Bear with me

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 2:19 PM
Am just with Andrew Sahn but calling you after when I leave

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:48 PM
I just left
I'm going to get my car to go home from home once I've taken some medicine .
I told all of them I want you on board as a separate contractor .

But I need meds before I talk to you

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:49 PM
As - my situation isn't good lol

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:49 PM
Hahaha oh no I'm so so sorry

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:49 PM
Did you by chance chat with Katie? The journo

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:49 PM
No, she's calling me soon. Actually, should be very soon, probably in the next 10 minutes.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:50 PM
I'm so sorry you're not feeling well!!!!

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:50 PM
Matthew was laughing

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:50 PM
Of course he was lol

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:50 PM
How was sb

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:51 PM
We only really spoke at his house
[redacted]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 4:51 PM
Wild to me

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 4:51 PM
Same

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 9:01 PM

I literally went home and went to sleep and now I'm working an [redacted]

She asked to move call to tomorow but don't worry am ON it

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 9:02 PM

Omg don't worry I appreciate you

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 9:02 PM

Btw I added you to the IEWU screening on Thursday. They will email you details

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 9:07 PM

We need to get you out of it. This is my priority now.

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 9:34 PM

I want to make sure you are not

# EXHIBIT 76

FILED UNDER SEAL

Docusign Envelope ID: 82FB6EE8-5152-4408-AF43-214D476B019A

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

December 24, 2024

Justin Baldoni
Wayfarer Studios LLC
417 S Beverly Dr.
Beverly Hills, CA 90212
[redacted]

Jed Wallace
Street Relations, Inc.
[redacted]

Jamey Heath
[redacted]

Melissa Nathan
The Agency Group PR LLC
[redacted]

Jennifer Abel
RWA Communications, LLC
[redacted]

Steve Sarowitz
[redacted]

Re: Hourly Fee Agreement for Legal Services

Dear Justin, Jamey, Steve, Melissa, Jennifer, and Jed:

It is Liner Freedman Taitelman + Cooley, LLP's belief that a clear understanding between attorney and client with respect to the terms of our employment and legal fees and expenses is fundamental to a good relationship between the parties. This letter will begin that process by explaining the terms of the relationship. It also will provide you with an accessible reference for any questions that might arise during the course of our attorney-client relationship.

## 1. IDENTIFICATION OF PARTIES:

This Hourly Fee Agreement (the "Agreement") is entered into between Liner Freedman Taitelman + Cooley, LLP ("LFTC"), as legal counsel, and Wayfarer Studios LLC (as "Client" and "Obligor") and Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, RWA Communications, LLC, Jed Wallace and Street Relations, Inc. (each individually as a "Client" and "Obligee") (collectively, the "Clients"). LFTC and Clients will collectively be referred to herein as the "Parties."

## 2. EFFECTIVE DATE OF AGREEMENT:

The effective date of this Agreement will the latest of the following dates: receipt of any required advance retainer, and LFTC's receipt of the Clients' signature on this Agreement. LFTC does not

represent Clients and therefore is under no obligation to render any legal services on Clients' behalf until after the effective date of this Agreement.

3. **SCOPE OF SERVICES TO BE PROVIDED**:

The legal services to be provided by LFTC to Clients under this Agreement are as follows: LFTC will represent Clients in connection with their dispute with Blake Lively and related parties, including, without limitation, Stephanie Jones and Jonesworks, LLC (referred to as "the matter" or "the case"). We have not been retained to represent Clients generally, or in connection with any other matter, at this time. However, the general terms of this Agreement will also apply to any other future matters on which LFTC is asked to and agrees to represent you, in the event there is no further engagement agreement.

This scope of legal services does **not** include LFTC providing any tax advice. Documents prepared by LFTC may have specific tax ramifications. To be sure Clients understand all potential tax consequences, Clients should consult with Clients' tax advisors regarding any issue involving taxes and taxation.

The scope of services also does not include LFTC doing insurance tenders or providing insurance coverage advice. Clients may possess insurance policies which provide Clients with first or third party coverage related to this matter. It is Clients' responsibility to locate any and all insurance policies which might apply to this matter, and to effectuate all necessary tenders and notifications to the applicable insurers. Though LFTC is not coverage counsel and cannot provide coverage advice to Clients, so that LFTC is aware of the status, please provide LFTC with any and all policies and copies of tenders/notifications. Please note that policies sometimes have language which conditions coverage on prompt reporting of claims with specific information in a specific manner. Clients' insurance broker and/or coverage counsel may be able to assist with any questions Clients have pertaining to insurance coverage.

4. **CLIENTS' DUTIES**:

Clients agree to be truthful with LFTC and will not withhold any information; will cooperate with LFTC; will keep LFTC reasonably informed of developments which may come to Clients' attention, including receipt of any notices or documents relating to this matter from others; will supply LFTC with all information requested by LFTC; and will supply LFTC with any changes of

Clients' addresses, telephone numbers, facsimile numbers, and whereabouts. Clients will assist LFTC by timely providing information and documents. Clients agree to appear at all legal proceedings when LFTC deems it necessary, and generally to cooperate fully with LFTC in all matters related to the preparation and presentation of Clients' claims and defenses.

5. **LEGAL FEES; CHARGING LIEN:**

Obligor, on behalf of Clients, agrees to pay LFTC by the hour at LFTC's rates as set forth below for all time spent on Clients' matter by LFTC attorneys and legal personnel. Current hourly rates for legal personnel are as follows:

| | |
|---|---|
| Senior Partners | [redacted] |
| Partners | |
| Associates | |
| Paralegals | |
| Law clerks | |

Any necessary travel on this matter will be billed at the full hourly rate for the attorney(s) travelling.

LFTC from time to time will make reasonable adjustments to the rates under this Agreement, and Clients and Obligor agree to same. Clients and Obligor will be informed of such reasonable rate increases in LFTC's billing statements, which will reflect the rate increases. In the event Clients and/or Obligor have any questions or concerns regarding said increases, Clients and/or Obligor are urged to reach out to LFTC upon receipt of LFTC's billing statement.

Clients and Obligor acknowledge and agree that LFTC has a charging lien on any and all claims, recovery, payments that are the subject of LFTC's representation under this Agreement. Attorney's lien will be for any sums owing to LFTC for any and all costs, expenses, and fees. The lien will attach to any recovery Clients may obtain, whether by arbitration award, judgment, settlement, sanctions, fee award, cost award, or otherwise. An effect of such a lien is that LFTC can compel payment of outstanding fees and costs from any such recovery. Because a lien may affect Clients' property rights, Clients are advised to and may seek the advice of an independent lawyer of Clients' own choice before agreeing to such a lien. Clients represent and agree that

Docusign Envelope ID: 82FB6EE6-5152-4408-AF43-214D476B019A



Clients have had a reasonable opportunity to consult such an independent lawyer and prior to agreeing to this charging lien and all terms of this Agreement.

6. **NEGOTIABILITY OF LEGAL FEES**:

Clients understand that the rates set forth above are not set by law, but are negotiable between LFTC and Clients.

7. **COSTS AND OTHER FIRM CHARGES**:

In the course of Clients' matter, it will be necessary to incur various costs and expenses, as described in the next paragraph. Clients authorize LFTC, in its discretion, to incur these costs and expenses, including the costs of investigators, consultants and expert witnesses who are necessary for the advancement of Clients' matter, in LFTC's judgment. LFTC, in its discretion, may pay any such costs and expenses and bill Clients for the same. Clients agree to reimburse such costs and expenses within 30 days of receipt of the invoice for the same. If Clients have any questions regarding such invoices, or disputes any aspect of said invoices, Clients must notify LFTC within the same 30 days to discuss the same.

LFTC may also, in its discretion, send bills for costs and expenses directly to Obligor and Clients for payment. Obligor and Clients agree to pay the same within 30 days receipt of the invoice for the same, unless a third- party invoice requires payment sooner than 30 days, in which case Obligor and Clients agree to pay in accordance with the third-party terms.

In addition to investigators, consultants and expert witnesses, costs and expenses commonly include court filing fees, jury fees, service of process charges, court and deposition reporters' fees, interpreter/translator fees, outside photocopying and reproduction costs, messenger fees, service of process fees, notary fees, trial technology fees, mock jury trial fees, witness fees, parking costs, travel and hotel costs. meal costs, discovery referee costs, special master costs, subrosa costs, mediation costs, and arbitration costs.

Obligor and Clients also understand and agree that LFTC may provide certain services in-house at LFTC, and Obligor and Clients agree to pay reasonable charges for the same. These in-house costs include long distance telephone charges, computerized communication systems, individual file management and storage, postage, in-house copies, in-house scanning, in-house messenger

services, secretarial overtime, computerized research, and other services. LFTC will charge the following in-house costs as follows: (1) mileage - IRS Standard Mileage Rate; (2) in-house printing, photocopying, and scanning - $.20/page cents per page; (3) facsimile charges - $.20/page cents per page; and (4) postage – the amount charged by the carrier. For all other in-house costs, Obligor and Clients will be billed commensurate with LFTC's cost. If Obligor and/or Clients have any questions regarding in-house costs and expenses, or charges for the same, Obligor and/or Clients are urged to reach out to LFTC at any time regarding the same.

8. **FEE DEPOSIT AND CREDIT CARD FEES**:

Obligor, on behalf of Clients, agrees to advance a retainer of [redacted] for the professional services LFTC will provide to Clients before LFTC begins any work on this matter. Advance retainers are not intended to reflect the overall fees or costs for this matter, nor do they reflect the budget for any specific time frame or task. The entire amount of your retainer will be placed in LFTC's Client trust account.

LFTC requires Obligor, on behalf of Clients, to maintain a minimum balance of [redacted] in the Clients' trust account. If the balance in the trust account falls below that amount, LFTC will request, and Obligor agrees to provide, the additional retainer amount necessary to bring the total to [redacted] If Obligor and/or Clients do not maintain this minimum balance in the trust account, LFTC reserves the right to withdraw from the representation, and Clients agree to such withdrawal.

By way of Clients' signature on this Agreement, Clients agree that the amount of each bill is fixed as soon as it is issued to Clients, and Clients authorizes LFTC to automatically withdraw the entire amount of each monthly bill, including all costs LFTC has advanced on Clients' behalf and fees, from the LFTC Client trust account, in payment to LFTC for those services already rendered.

In the event that the matter becomes very active, LFTC may require a larger retainer, which Obligor, on behalf of Clients, agrees to pay upon ten (10) days written request. When the matter is concluded, LFTC will refund Obligor and/or Clients any amounts remaining in the trust account, after all fees and costs have been paid.

With regard to matters in litigation or arbitration, a pretrial retainer is required at least **one hundred and eighty (180) days** prior to the **originally scheduled** trial date, and Clients agree to pay the same. The retainer will be in the amount estimated to prepare for trial, and try the case, and will be presented to Clients at least ten (10) days before the due date. The entire amount of

Clients' retainer will be placed in the LFTC Client trust account. Failure to pay the pretrial retainer may result in LFTC requesting to be relieved as counsel.

Any estimates LFTC may provide from time to time and any deposits, retainers, or advances against costs LFTC may require are not a limitation on LFTC's fees and other charges.

If, as a result of the engagement, LFTC is required to produce documents or appear as a witness in connection with any governmental or regulatory examination, audit, investigation or other proceeding or any litigation, arbitration, mediation or dispute involving Clients or any related persons, Clients are responsible for costs and expenses reasonably incurred by LFTC (including professional and staff time at then scheduled hourly rates and reasonable attorneys' fees and costs incurred by LFTC).

Advance retainers may be wired to LFTC's bank account as follows:

LINER FREEDMAN TAITELMAN + COOLEY, LLP CLIENT TRUST ACCOUNT

BANC OF CALIFORNIA
[redacted] PII
Routing # [redacted] PII
Account # [redacted]

LFTC will not change these wire instructions. If you receive amended or different wire instructions, please immediately contact the LFTC attorneys handling this matter at a phone number that you have previously used to contact those attorneys.

Clients can also pay by credit card. A fee of [redacted] is charged for each credit card payment which will be charged to the Clients, and Clients agree to be responsible for the same.

9. **<u>CONSENT TO PAYMENT OF ATTORNEYS' FEES AND COSTS</u>:**

By signing this Agreement, Obligor agrees to pay for all legal services which LFTC provides to Clients and costs incurred in the representation of Clients. Clients will remain responsible for and will pay LFTC's bills in the event Obligor fails for any reason to pay LFTC's bills as they become

due. If a refund is due at the conclusion of the representation, the refund will be paid to the person or entity who paid the fees and costs.

Obligor further agrees that it will not interfere with the attorney-client relationship or LFTC's exercise of independent professional judgment on behalf of any other Client. In furtherance of the independent nature of the attorney-client relationship, Obligor acknowledges that it has no right to direct LFTC's handling of any other Client's matter.

**10. BILLING:**

LFTC's statements for fees, costs and other firm charges generally will be prepared and mailed either electronically or via U.S. Mail, and are due upon receipt. Obligor and Clients each agree, severally, to pay such statements in full upon receipt. Obligor and Clients agree to promptly review all bills rendered by LFTC and to promptly communicate any objections, questions, or concerns about their contents and any charges. Obligor and Clients hereby acknowledge and agree that the statements, which may include details regarding their representation will be provided to Obligor and Clients for payment.

**11. CLIENTS' RESPONSIBILITY FOR PREVAILING PARTY OR COURT ORDERED FEES AND COSTS TO OTHER PARTY:**

Clients understand that if Clients' case proceeds to court action or arbitration and Clients lose a motion or the case entirely, or is not the prevailing party, the court may award attorney's fees and costs against Clients. Payment of such attorney's fees and costs will be the sole responsibility of Clients.

**12. SANCTIONS:**

Clients agree that any award of fees and costs that may be awarded as any type of sanction related to discovery or otherwise shall belong exclusively to LFTC. Such awards shall be applied to outstanding or future invoices consistent with the charging lien stated above.

The court may assess monetary sanctions (including attorney's fees and costs) *against Clients* for discovery violations, bad faith conduct, inappropriate conduct, and otherwise. Any such award will be entirely the responsibility of Clients.

**13. FILE POLICY:**

LFTC maintains Clients' files electronically and Clients agree to the same. LFTC may delete or destroy all files 120 days after the conclusion of representation, without further notification to Clients, and Clients agree to the same. If Clients desire any file materials at the end of representation, Clients must make a prompt written request of LFTC for the same.

**14. NO GUARANTEES AS TO RESULT:**

Nothing in this Agreement and nothing in LFTC's statements to Clients will be construed as a promise or guarantee about the matter or outcome of the representation. LFTC makes no such promises or guarantees. LFTC's comments about the outcome of the matter are expressions of opinion only, are neither promises nor guarantees, and will not be construed as promises or guarantees.

**15. MEDIATION AND CONFIDENTIALITY:**

With any dispute, there is a possibility the matter may go into mediation, and Attorneys will serve as Clients' counsel in that process. California Evidence Code section 1119 provides that anything that occurs in the mediation process is inadmissible and not subject to discovery. Therefore, should Attorneys represent Clients in mediation, the events, reports, analyses, and discussions leading up to the mediation and the mediation itself will be inadmissible and not subject to discovery in any subsequent dispute—including, but not limited to, any fee dispute and/or legal malpractice claim—between Clients and LFTC, or Clients and others. By signing below Clients confirms Clients' understanding of the strict and indisputable confidentiality of mediation and the potential impact it could have on any future dispute between Clients and LFTC, including, but not limited to, the potential preclusion of a legal malpractice claim. LFTC urges Clients to consult with independent counsel regarding mediation confidentiality and the implications of it before signing this Agreement. With this understanding, Clients consent to LFTC representing Clients in this matter and representing Clients in the context of mediation. If Clients have any questions about this issue, please contact LFTC at any time.

**16. AUTHORITY AND APPLICATION OF PRIVILEGE:**

Clients hereby authorizes and instructs LFTC with regard to the following persons:

__________________________________________________________(“**Client Representatives**”)

Clients hereby instruct LFTC to work with Client Representatives on this matter, and specifically authorize LFTC to: (a) report any and all developments to Client Representatives, including all confidential developments; (b) strategize with Client Representatives regarding the matter; (c) share privileged and confidential information with Client Representatives; (d) engage in communications, including confidential communications with Client Representatives without Clients as part of those communications; and (e) accept and execute upon any and all instructions from Client Representatives. Clients agree to inform Client Representatives that they are not represented by LFTC, and that LFTC's only attorney-client relationship in this matter is with Clients.

LFTC and Clients hereby agree that Client Representatives serve in that capacity and have the referenced involvement in the matter for the purpose of furthering Clients' interests in the matter. LFTC and Clients further agree that discussion of confidential information with, and disclosure of confidential information to, Client Representatives is necessary to accomplish the purpose for which LFTC is consulted. Accordingly, communications with Client Representative are protected by Evidence Code section 952, et seq., as well as principles of confidentiality in the attorney-client relationship.

Clients will inform LFTC of the additional of any Client Representatives. Clients will inform LFTC of the removal of any Client Representatives. Upon learning of the name of new Client Representatives, LFTC will amend this section under a separate writing to Clients.

**17. LITIGATION HOLD (FOR LITIGATION AND PRE-LITIGATION MATTERS):**

Pursuant to both Federal and California Law, Clients are obligated to identify and preserve materials that may relate to the case. This is known as a litigation hold. Where parties fail to meet their preservation obligations, Courts have imposed significant sanctions. As soon as litigation can be reasonably anticipated, parties to that litigation, together with their employees, officers, members, agents, etc. have a legal duty to preserve all materials that relate, directly or indirectly, to the underlying dispute between or among the parties and include both traditional paper documents and Electronically Stored Information ("ESI"). ESI includes, but is not limited to, e-mail messages and attachments, text messages, word processing documents, spreadsheets,

databases, calendar entries, computer drawings, or any other documents or files created or stored on your computer systems. The preservation must be sufficient to prevent destruction or alteration, including maintaining the integrity of all documents, data, and tangible things. The duty to preserve extends to materials in your possession, custody, or control, which would include relevant material that resides with an agent or third-party. While complying with this litigation hold is and must be kept Clients' obligation (since, among other factors, we do not have control of your documents or data), Clients are free to reach out to our team to ask questions that may help you facilitate Clients' internal preservation processes.

**18. MEDIATION AND ARBITRATION OF DISPUTES:**

In the event of a dispute arising out of or relating to this Agreement, including, but not limited to, any and all claims pertaining to malpractice and breach of fiduciary duty, the Parties (LFTC, Clients and Obligor) hereby agree to mediate the dispute in good faith. Thereafter, if the dispute remains unresolved, any dispute between Clients or Obligor or both and LFTC (including, without limitation, any of LFTC's individual attorneys) shall be subject to binding arbitration. All questions regarding the arbitrability of the dispute, including whether the Parties have agreed to arbitrate the dispute, shall be decided by the arbitrator and said arbitration. By agreeing to arbitrate, all Parties are agreeing to pay an equal portion of the arbitrator's fees and to bear their own attorney's fees in connection with any arbitration hereunder. Such arbitration shall be conducted in accordance with the rules of the Judicial Arbitration and Mediation Services (JAMS), Los Angeles. The arbitrator will be selected in accordance with the procedures of the Judicial Arbitration and Mediation Services (JAMS), Los Angeles for arbitrator selection.

The arbitration shall be conducted in accordance with the California Arbitration Act. Code of Civil Procedure section 1283.05 is incorporated into, and is made part of, this agreement to arbitrate, and shall apply accordingly. As set forth in Code of Civil Procedure section 1283.05, "the parties to the arbitration shall have the right to take depositions and to obtain discovery regarding the subject matter of the arbitration, and, to that end, to use and exercise all of the same rights, remedies, and procedures, and be subject to all of the same duties, liabilities, and obligations in the arbitration with respect to the subject matter thereof, as provided in Chapter 2 (commencing with Section 1985) of Title 3 of Part 4, and in Title 4 (commencing with Section 2016.010) of Part 4, as if the subject matter of the arbitration were pending before a superior court of [California] in a civil action other than a limited civil case, subject to the limitations as to depositions set forth in subdivision (e) of this section."

The Parties understand that by submitting their dispute to arbitration, they are waiving their right to a jury trial. The arbitrator shall not have the power to grant any remedy that could not be granted by a California court applying California law.

The Parties acknowledge that such binding arbitration may deprive them of various rights that they otherwise might have in a legal action, including, without limitation, the right to a jury trial and the right to appeal.

Any dispute relating to fees, costs or legal expenses in dispute, including any action to collect monies owed, is subject to the arbitration procedure established by the State Bar and codified at California Business and Professions Code section 6200 et seq. Any action relating to such a fee dispute shall be conducted in conformity with that statute, which gives you certain options. When the statutory obligations have been met or satisfied, you agree that any remaining dispute relating to fees, costs or legal expenses shall be arbitrated in accordance with the above paragraphs. This agreement to arbitrate shall survive the termination of LFTC's representation.

**19. SEVERABILITY IN EVENT OF PARTIAL INVALIDITY:**

If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**20. MISCELLANEOUS:**

This Agreement is governed by California law and is intended to be the entire agreement for professional services between the Parties. No other agreement, statement, or promise made on or before the Effective date of this Agreement will be binding on the Parties. The Agreement may be amended or modified by subsequent agreement of the Parties only by an instrument in writing signed by both of them.

**21. BANKRUPTCY PROVISION:**

Obligor and Clients represent to LFTC that they are are not presently seeking nor contemplating filing for Bankruptcy protection; and that Obligor and/or Clients will inform LFTC should such a course of action be contemplated in the future.

**22. JOINT/MULTIPLE CLIENT DISCLOSURE AND CONSENT**

The undersigned Clients have requested that LFTC jointly represent them in the matter set forth in this Agreement. There may be potential conflicts of interest in the representation of more than one party in a case. As a result, LFTC will provide Clients with a Conflict Waiver explaining the potential conflicts of interest that may arise in this matter and of the consequences should an actual conflict arise and informing each of the Clients that they have had the opportunity to consult with independent counsel regarding these disclosures and their consent to joint representation.

**THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM AS OF THE DATE LFTC FIRST PROVIDED SERVICES. IF MORE THAN ONE CLIENTS SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. CLIENTS WILL RECEIVE A FULLY EXECUTED COPY OF THIS AGREEMENT.**

Date: 12/26/2024

LINER FREEDMAN TAITELMAN + COOLEY, LLP

Signed by:
Bryan Freedman
8925CBF8CDA647E...
Bryan J. Freedman, Partner

WAYFARER STUDIOS LLC (Client/Obligor)

Date: 12/26/2024

DocuSigned by:
A1C7E052530047E...

By: Jamey Heath

Its: CEO

Docusign Envelope ID: 82FB6EE8-5152-4408-AF43-214D476B019A



JUSTIN BALDONI (Client)

Date: 12/26/2024

By: Signed by: Justin Baldoni
B8C7B7B2A79948F...

JAMEY HEATH (Client)

Date: 12/24/2024

By: DocuSigned by:
A1C7ED8251DD47E...

STEVE SAROWITZ (Client)

Date: 12/24/2024

By: Signed by: Steve Sarowitz
2BE3166C7E79479...

MELISSA NATHAN (Client)

Date: 12/26/2024

By: Signed by:
B8EA2FF7061043B...

THE AGENCY GROUP PR LLC (Client)

Date: 12/26/2024

Signed by:
B8EA2FF7061043B...

By: Melissa Nathan

Its: CEO

Wayfarer Studios LLC
Justin Baldoni
Jamey Heath
Steve Sarowitz
Melissa Nathan
The Agency Group PR LLC
Jennifer Abel
RWA Communications, LLC
Jed Wallace
Street Relations, Inc.
*RE: Hourly Fee Agreement for Legal Services*
December 24, 2024
Page 14

JENNIFER ABEL (Client)

Date: 12/30/2024 Signed by: Jennifer Abel 1ADCAC737D674C2

RWA COMMUNICATIONS, LLC (Client)

Date: 12/30/2024 Signed by: Jennifer Abel 1ADCAC737D674C2

By: Jennifer Abel

Its: CEO

JED WALLACE (Client)

Date: 12/24/2024 DocuSigned by: AAF9BB5E5043459...

STREET RELATIONS, INC. (Client)

Date: 12/24/2024 DocuSigned by: AAF9BB5E5043459...

By: JED WALLACE

Its: Director