# EXHIBIT 8

WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 12, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

Pursuant to the Parties' agreement set forth in Ms. Lively's letter-motion for an extension of the deadlines for continued sealing (Dkt. No. 1128), counsel for the Parties jointly write to provide the Court with a chart to aid the Court's review of the Parties' motions for continued sealing (Dkt. Nos. 1152, 1160, 1163) and the oppositions thereto.[1] The chart, affixed hereto as Exhibit A, details each Party's proposed redactions, the proponent's stated bases for sealing, and whether any other Party opposes each redaction.

The Parties are available to provide any additional information at the Court's request.

Respectfully submitted,

*/s/ Michael J. Gottlieb*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

[1] "Parties" shall collectively refer to Blake Lively, Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, and Jonesworks LLC.

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

*/s/ Alexandra A.E. Shapiro*
SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor

*/s/ Kristin N. Tahler*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks LLC*

New York, NY 10017
Tel: (212) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel. (310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

*Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LHL)
January 12, 2026

**PARTY SEALING REQUESTS & RESPONSES**[1]

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Pl. MSJ Ex. 18 | Redact "George Lambert" and "GL" | Lively[2] | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Pl. MSJ Ex. 19 | Redact "George Lambert," "GL," "Christa," and "Jackson" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Pl. MSJ Ex. 22 (Def. MSJ Ex. 42) | Redact "Michael Rady" | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 33 | Stone Tr. 378:1–4 | Lively | Non-disclosed financial information | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 81 | Seal in full | Lively | Non-disclosed financial information | The Wayfarer Parties agree this document should be sealed. | |
| Pl. MSJ Ex. 82 | Seal in full | Lively | Non-disclosed financial information | The Wayfarer Parties agree this document should be sealed. | |
| Pl. MSJ Ex. 83 | Seal in full | Lively | Non-disclosed financial information | The Wayfarer Parties agree this document should be sealed. | |

[1] This chart details the Parties' sealing requests memorialized in Dkt. Nos. 1152, 1160, and 1163.
[2] Jonesworks LLC("Jonesworks") does not object to any of Ms. Lively's sealing requests.

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Pl. MSJ Ex. 84 | Seal in full | Lively | Non-disclosed financial information | The Wayfarer Parties object to sealing this document. | |
| Pl. MSJ Ex. 85 | Seal in full | Lively | Non-disclosed financial information | The Wayfarer Parties object to sealing this document. | |
| Pl. MSJ Ex. 95 | Redact "Sophia" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Pl. MSJ Ex. 104 | Redact [redacted] and [redacted] in parent; maintain accompanying voice memo under seal | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 106 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 108 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 112 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 114 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | | position on this request. | |
| Pl. MSJ Ex. 135 | Redact [redacted] | Lively | Third-party privacy interests (compensation data) | The Wayfarer Parties take no position on this request. | |
| Pl. MSJ Ex. 137 | Redact "Sophia" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Pl. MSJ Ex. 152 | Redact photo of Colleen Hoover's living room; reference to her house sitting [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties have no objection to this request. | |
| Def. MSJ Ex. 39 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 45 | Redact "Molly" and "Sophia" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 47 | Redact references to the following names: [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Def. MSJ Ex. 48 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Def. MSJ Ex. 53 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Def MSJ Ex. 87 | Baker Tr. 149:3–16 | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request but reserve rights to seek disclosure at trial. | |
| Def MSJ Ex. 95 | Redact "Britney Spears" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 102 | Redact "Sophia Travaglia," "Anna Wintour," and "ST" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 108 | Redact [redacted] | Lively | Third-party privacy interests | The Wayfarer Parties take no position on this request. | |
| Def MSJ Ex. 133 | Redact "Trav" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 134 (R. 11 | Redact "Lucy Damon," "LD," "Matt," "MD," "Matt D," "Matt & Lucy," "Artists Equity," | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Supp. Opp., Ex. A) | [redacted] and "malignantly vein, sociopathic FAUXminist" | | | The Wayfarer Parties do not object to replacing [redacted] which is an alias for Ryan Reynolds, with Mr. Reynolds' name. | |
| Def MSJ Ex. 135 | Redact "Ben A," "Ben," "Jennifer's," "Matt," and "Jason Bourne" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 136 | Redact "Bradley" and "Matt and Lucy Damon" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 137 | Redact "Austin" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 146 | Redact "Sarah Ruhl" and "sarah" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def MSJ Ex. 148 | Redact "Anna Wintour" and "Anna" | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 149 (R. 11 Supp. Opp., Ex. B) | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Def. MSJ Ex. 205 (R. 11 Supp. Opp., Ex. F) | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 206 (R. 11 EX. H) | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 207 (R. 11 Supp. Opp., Ex. C) | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 210 | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| Def. MSJ Ex. 211 (R. 11 Supp. Opp., Ex. I) | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| R. 11 Supp. Opp. Ex. D | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |
| R. 11 Supp. Opp. Ex. E | Seal in full | Lively | Third-party privacy interests | The Wayfarer Parties object to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Pl. MSJ Ex. 3 | 149:13-21 re: "Shane Norman" | Wayfarer Parties[3] | Reference to non-party complaint | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 4 | 107:5-17 re: "Mr. Norman" | Wayfarer Parties | Reference to non-party complaint | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 47 | -5554: message concerning medical issues | Wayfarer Parties | Medical information | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 58 | -06: "Rebel"<br>-07: "Depp"<br>-24: [redacted]<br>-30: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning Johnny Depp and Rebel Wilson.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 59 | -2823-24, 25-26, as shown | Wayfarer Parties | Identification of (non-party) client of parties or | Ms. Lively does not object to sealing. | |

[3] "Wayfarer Parties" shall refer to Justin Baldoni, Jamey Heath, Steve Sarowitz, Wayfarer Studios LLC, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | services rendered thereto; irrelevant and inflammatory non-party commentary | Jonesworks does not object. | |
| Pl. MSJ Ex. 60 | -1026-27: references to other clients, work, and work opportunities | Wayfarer Parties | Non-party and Identification of (non-party) client of parties or services rendered thereto | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 61 | -4757: Screenshot: shows client name | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 64 | References to non-party client work throughout, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning [redacted] and/or TAG client services.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 67 | -48496: Phone no in text | Wayfarer Parties | PII (phone number) | Ms. Lively does not object to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | | Jonesworks does not object. | |
| Pl. MSJ Ex. 81 | Seal in full | Wayfarer Parties | Non-public financial information; film revenue receipts | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 82 | Seal in full | Wayfarer Parties | Non-public financial information; film revenue receipts | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 83 | Seal in full | Wayfarer Parties | Non-public financial information; film revenue receipts | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 90 | -18802: First and third messages | Wayfarer Parties | Non-public information about other Wayfarer projects | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 188 | -12592: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or | Ms. Lively does not object to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | services rendered thereto | Jonesworks does not object. | |
| Pl. MSJ Ex. 190 | -39747-48: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 191 | Entirety of pp. 50-54, exempting 50:11-15 and 52:1-3 | Wayfarer Parties | Non-party information and allegations | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 208 | -304, re: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning client services and industry.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 209 | -493: re: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 212 | Seal in full | Wayfarer Parties | Identification of (non-party) client of parties or | Ms. Lively objects to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | services rendered thereto | Jonesworks does not object. | |
| Pl. MSJ Ex. 215 | Redact references to non-party [redacted] everywhere it appears | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 216 | Redact references to non-party | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 217 | Redact references to non-party | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 221 | -16276: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 222 | Redact references to non-party "Jameela Jamil" everywhere it appears, and images of same | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 223 | -2124: [redacted] | Wayfarer Parties | Identification of (non-party) client | Ms. Lively objects to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | of parties or services rendered thereto | Jonesworks does not object. | |
| Pl. MSJ Ex. 224 | -729-30, 32: [redacted] -731: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning [redacted] or [redacted]<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 246 | Redacted as shown | Wayfarer Parties | Competitively sensitive retainer agreement | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 247 | 15:3: "Dwayne Johnson" | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; non-public financial information | Ms. Lively takes no position; the Wayfarer Defendants failed to include annotations on Pl. MSJ Ex. 247.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 280 | -3754: Invoice amount<br>-3756: service fees | Wayfarer Parties | Non-public financial information | Ms. Lively objects to sealing. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | | Jonesworks does not object. | |
| Pl. MSJ Ex. 292 | Non-party daily rate and invoices showing same | Wayfarer Parties | Non-public financial information | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Pl. MSJ Ex. 299 | Redact references to non-party client | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning client industry.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 167 | -3009-12, as shown | Wayfarer Parties | Competitively sensitive, irrelevant agreement terms | Ms. Lively objects to redactions concerning fees, term, and compliance with laws provisions.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 170 | -2655: references to another client | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning [redacted] and | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | | TAG client services.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 188 | -15019, -021: References to hotel contact | Wayfarer Parties | Non-party contact information | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 213 | -16276: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 226 | -3857-58, 63: links referencing clients and comments about same | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning [redacted]<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 231 | -729-30: [redacted]<br>-731: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; medical information | Ms. Lively objects to redactions concerning [redacted] | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | | Jonesworks does not object. | |
| Def. MSJ Ex. 235 | -3357-63: references to other clients and work | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively objects to redactions concerning [redacted] and/or TAG client services.<br><br>Jonesworks does not object. | |
| Def. MSJ Ex. 259 | -5808 [redacted]<br>-5809: [redacted] | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; irrelevant personal information | Ms. Lively does not object to sealing.<br><br>Jonesworks does not object. | |
| WF Parties' Opp. to Lively Motion for Spoliation Sanctions Ex. 44 | Redacted as shown (ABEL_000021588, LFTC retainer agreement) | Wayfarer Parties | Irrelevant and sensitive information relating to relationship between attorneys and clients | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| WF Parties' Opp. to | Redacted as shown (ABEL_000021588, LFTC retainer agreement) | Wayfarer Parties | Irrelevant and sensitive | Ms. Lively takes no position. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jonesworks Motion for Spoliation Sanctions Ex. 55 | | | information relating to relationship between attorneys and clients | Jonesworks does not object. | |
| WF Parties' Opp. to Jonesworks Motion for Spoliation Sanctions Ex. 58 | Abel Depo., at 81:1 ("work on behalf of . . ."); 81:2-3 ("ever used that app for . . . .") | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Hudson Decl. In Support of Lively's Reply to Opp. to Motion for Spoliation Sanctions, Ex. 67 | Redacted as shown (ABEL_000021588, LFTC retainer agreement) | Wayfarer Parties | Irrelevant and sensitive information relating to relationship between attorneys and clients | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Hudson Decl. In Support of Lively's Reply to Opp. to Motion for Spoliation Sanctions, Ex. 68 | Wallace Depo., at 4:19, 4:21-24 ("Amanda Ghost"); 5:2 ("Alexander Brothers"); 5:3 ("Alexa Nikolas"); 5:6 ("Christian Lanng"); 14:2-3 ("Rebel Wilson"); 14:10-11 ("Drake"); 14:14-18 ("Michael Milosh"); 14:21-15:3 ("Dwayne Johnson") | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 18 | References to non-party client work throughout, as shown | Wayfarer Parties | Identification of (non-party) client | Ms. Lively takes no position. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | of parties or services rendered thereto | Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 23 | References to non-party client on page 8 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 26 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively objects to sealing.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 33 | References to non-party client work throughout | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 36 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 37 | References to non-party client work throughout and PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered | Ms. Lively takes no position. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | thereto; personal identifying information | Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 38 | References to non-party client work throughout and PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 39 | References to non-party client work throughout and PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 40 | References to non-party client work throughout and PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 42 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jones Opp. MSJ Ex. 43 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively objects to redaction of "I'm already trying to kill one Rebel story" and "Amanda goes" and "Len."<br><br>Jonesworks objects to redaction of "Amanda goes" on page -4951. | |
| Jones Opp. MSJ Ex. 44 | Seal in Full | Wayfarer Parties | Personal Identifying Information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 45 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Jonesworks objects to redaction of "I told all of them I want you on board as a separate contractor" on -7455.<br><br>Ms. Lively takes no position. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jones Opp. MSJ Ex. 46 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 49 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Jonesworks objections to redactions on 253.<br><br>Ms. Lively takes no position. | |
| Jones Opp. MSJ Ex. 52 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 53 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; personal identifying information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 60 | References to non-party client work throughout and/or PII, as shown | Wayfarer Parties | Identification of (non-party) client of parties or | Ms. Lively takes no position. | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | | | services rendered thereto; personal identifying information | Jonesworks does not object. | |
| Jones Opp. MSJ Ex. 76 | Redactions as shown | Wayfarer Parties | Attorney-Client Information | Ms. Lively takes no position.<br><br>Jonesworks does not object. | |
| Abel MSJ, Abel Decl. Ex. 7 | • 3: "matthew," "luminar," and "Bieber" | Jonesworks | Identification of non-party client and employee of parties | No objection/no position | |
| Abel MSJ, Abel Decl. Ex. 28 | • 2: "Tom Brady" | Jonesworks | Identification of non-party client of parties | No objection/no position | |
| Abel MSJ, Fritz Decl. Ex. C | • 33: "Kendra Scott," "these earrings," "Kendra"<br>• 71: "Scooter Braun"<br>• 85: "Kirby Allison," "Lindsay Shane"<br>• 86: "Andy," "Matt Gibson," "Kirby"<br>• 90: "Scooter Braun"<br>• Errata page 2: "they found two condoms and drugs in her body and no one else there," "they found two condoms and drugs and her dead body and no one else there," "Nestli," "Nestlé", "Venus Williams"<br>• Errata page 3: "Scooter," "Madeline," "Mandelyn" | Jonesworks | Identification of non-party client and employee of parties and services rendered thereto | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jonesworks Opposition to MSJ, Tahler Ex. 18 | • 366: "Scooter Braun" | Jonesworks | Identification of non-party client of parties | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 23 | • 147: "Scooter Braun" | Jonesworks | Identification of non-party client of parties | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 34 | • 45: Narrative regarding client<br>• 48: Narrative regarding client, "Justin Bieber"<br>• 93: Narrative regarding client<br>• 94: "Miami situation"<br>• 116: "Hybe," "Scooter Braun" | | Identification of non-party client of parties | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 36 | • 2: "Dre," "a Liz on Drew Ingall"<br>• 3: "emily mara"<br>• 4: "Tom, Venus, Bezos, Julianna Hough, J Balvin, Lainey Wilson, Kyle Kuzma from what I know", "bezos = used to pay 20 no idea now"<br>• 5: "Dre"<br>• 7: "liz"<br>• 8: "Dre"<br>• 9: "Kyle," "Emily Mara," "Jaclyn and kirsti," "Jeanine," "Dre" | Jonesworks | Identification of non-party client and employee of parties | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 37 | • 2: "SCOTT BRAUN," "SB"<br>• 3: "SCOTT BRAUN," "SB"<br>• 4: "SB," "DB," "BD DB"<br>• 5: "SB" | Jonesworks | Identification of non-party client of parties | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | • 7: "HYBE," "Hybe," "SB and DB"<br>• 8: "Scooter"<br>• 9: "DB"<br>• 10: "Dave," "SB"<br>• 12: "SCOOTER & NASIM," "SCOOTERRRRRR" | | | | |
| Jonesworks Opposition to MSJ, Tahler Ex. 38 | • 8: "The Rock's," "Liz," "Natalie," "Michelle from Lede," "the Rock," [redacted] "Lede work with him and have the info" | | Identification of non-party client and employee of parties | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 39 | • 2: "SB," "sb projects"<br>• 3: "Lauren Sanchez," "Natasha," "broll captured and survivor testimony from the exhibit?" "the DB," "SB"<br>• 5: "Korea"<br>• 11: screenshot of text messages<br>• 14: client agenda<br>• 15: client agenda<br>• 17: screenshots of text messages<br>• 18: screenshots of text messages<br>• 19: screenshot of text messages, "scooter"<br>• 20: "scooter," "SB"<br>• 21: client agenda, "scooter"<br>• 24: screenshot of text message<br>• 25: "Scooter"<br>• 26: "scooter" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | • 28: "Not with sourcing from Brady, Bunchen, Hemsworth, Raiders and Dwayne Johnson"<br>• 29: "scooter"<br>• 30: contact photo of client in screenshot of text message, "scooter"<br>• 31: "Nova group"<br>• 32: screenshot of text messages<br>• 33: "scooter"<br>• 34: "scooter"<br>• 35: "SB"<br>• 36: "scooter" | | | | |
| Jonesworks Opposition to MSJ, Tahler Ex. 40 | • 2: "scooter"<br>• 3: "Scooter"<br>• 4: "the rock," "Justin Bieber," "scooter," "Russell Wilson," "Jameela Jamil"<br>• 6: screenshot of text messages<br>• 8: "hybe"<br>• 9: "Korea," "UMG," "SCOOTER"<br>• 10: "ung, Min 100M in weverse," "Hybe biggest distro in music history," "Market share of the biggest label in the world and huge which has largest market share in all of Asia. Further more adding biggest labels in Nashville Biggest fan platform in wevee and Asia Universal min 100M alongside," "Universal," "HYBE | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | received the best distro deal in modernday"<br>• 11: "sb and bang," "Two billionaire bang and SB," "On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M. On background: this is an opportunity for one of the biggest music companys in the world with the largest market share in all of asia to align with the biggest label in Nashville and the biggest fan platform Weverse – and this will build both brands, and provide infrastructure to the artists and teams around the world. Bang and Scooter are two of the most successful billionaires in the world and especially in the music industry," "On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M. On background: Bang and Scooter are two of the most successful billionaires in the world and especially in the music industry," "On background: this is an opportunity for | | | | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | two of the biggest music companies in the world to come together."<br>• 12: "On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources," "this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources," "Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars," "On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M. On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources. On background: Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars," "attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution | | | | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | deals in music history, with UMG contributing a minimum of $100M. On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources. On background: Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars."<br>• 13: "UMG 100 M into weverse Gives UMG To capture to market share with the largest Asian market share HYBE Was able to secure the best distro in modern music history" | | | | |
| Jonesworks Opposition to MSJ, Tahler Ex. 42 | • 2: "Natalie carpenter," "Kara Doran"<br>• 3: "Kara," "Kylie," "Emily Mara," "Liz," "kylie," "alexa"<br>• 4: information pertaining to former employees, "Emily Mara," "Claire too (Ashlea's friend)," "Claire"<br>• 5: "Emily sherwood," "Kevin Bonner + everyone in Tom Bradys," "tom," "emily"<br>• 6: "TB," employee names and emails<br>• 7: employee names and emails, "kara"<br>• 8: "Emily works with Kirsti," "jaclyn," "Kirsti"<br>• 11: employee names, emails, and information | Jonesworks | Identification of non-party clients and employees of parties | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | • 12: "Claire Collins, [redacted] Freelancer who worked with JW and me on Chris account, happy to share her experience," "Robin Baum," "Chris," "Robin Baum – [redacted]<br>• 15: screenshots of employee names and phone numbers, "Matthew"<br>• 16: "Matthew"<br>• 17-19: list of client names, emails, phone numbers, and information<br>• 21: photo of child, "Ruby," "Kara"<br>• 22: "Kara and Emily mara," screenshot of text messages<br>• 23: "Kara and Liz," "Liz" | | | | |
| Jonesworks Opposition to MSJ, Tahler Ex. 43 | • 3: "SCOTT," contact photo of client, "brigade"<br>• 4: "sb"<br>• 6: "CBS2/KCAL9," "Scooter," "nova spreadsheet" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 45 | • 3: "Triggs, Rosner and the reporter," link to People magazine article, "headline 'rejected'," "SB," "Charlotte Triggs," "Rosner," "sb," "scooter"<br>• 4: "Charlotte," "scooter," link to People magazine article<br>• 5: "sb" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| | • 6: "Andrew Sahn," "sb," "didn't stay for shoot," "Sahn" | | | | |
| Jonesworks Opposition to MSJ, Tahler Ex. 46 | • 2: "mandelyn monchick"<br>• 3: "mandelyn monchick," "Lainey," "Kaeleah"<br>• 4: "Mandelyn monchick," "Lainey," "Lainey's" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 52 | • 2: [redacted]" "scooter"<br>• 3: [redacted]" "david bolno", link to Business Insider article | Jonesworks | Identification of non-party client of parties or services rendered thereto and phone number | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 55 | • 3: cell phone number<br>• 4: "Dwayne Johnson," "Mr. Johnson"<br>• 5: cell phone number<br>• 6: cell phone number<br>• 7: cell phone number<br>• 9: cell phone number<br>• 13: cell phone number | Jonesworks | Identification of non-party client of parties or services rendered thereto and phone number | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 60 | • 3: "Scooter"<br>• 4: "Jameela"<br>• 14: cell phone number within screenshot<br>• 16: screenshots of text messages<br>• 17: "SB"<br>• 21: "SB" | Jonesworks | Identification of non-party client of parties and phone number | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jonesworks Opposition to MSJ, Tahler Ex. 70 | • 2: "Tom Brady," [redacted] | Jonesworks | Identification of non-party client of parties and phone number | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 83 | • 3: subject line of email and recipient email | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |
| Jonesworks Opposition to MSJ, Tahler Ex. 84 | • 3: IP addresses, subject line of email and folder names | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |
| Jonesworks Spoliation Motion, Tahler Ex. 8 | • 3: cell phone number<br>• 4: "Dwayne Johnson," "Mr. Johnson"<br>• 5: cell phone number<br>• 6: cell phone number<br>• 7: cell phone number<br>• 9: cell phone number<br>• 13: cell phone number | | Identification of non-party client of parties and phone number | No objection/no position | |
| Jonesworks Spoliation Motion, Tahler Ex. 18 | • 77: "Nova Exhibit" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Jonesworks Spoliation Motion, Tahler Ex. 21 | • 6: "hybe"<br>• 10: photo of individual<br>• 11: "hybe" | Jonesworks | Identification of non-party client of parties and personal identifying information | No objection/no position | |
| Jonesworks Spoliation Motion, Tahler Ex. 27 | • 3: "Triggs, Rosner and the reporter," link to People magazine article, "headline 'rejected'," "SB," "Charlotte Triggs," "Rosner," "sb," "scooter"<br>• 4: "Charlotte," "scooter," link to People magazine article<br>• 5: "sb"<br>• 6: "Andrew Sahn," "sb," "stay for shoot," "Sahn" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |
| Jonesworks Spoliation Motion, Tahler Ex. 40 | • 381: "Mr. Johnson" | Jonesworks | Identification of non-party client of parties | No objection/no position | |
| Jonesworks Spoliation Motion, Tahler Ex. 41 | • 2: [redacted]<br>• 3: "SCOTT," contact photo of client, "brigade"<br>• 4: "sb"<br>• 6: "CBS2/KCAL9," "Scooter," "nova spreadsheet"<br>• 9: "SCOTT," contact photo of client, "brigade"<br>• 15: "brigade" | | Identification of non-party client of parties or services rendered thereto and email | No objection/no position | |

| Exhibit Number | Material To Be Sealed / Redacted | Sealing Proponent | Basis for Sealing | Other Parties' Position | Court's Ruling |
|---|---|---|---|---|---|
| Lively Opposition to MSJ, Gottlieb Ex. 191 | • 50: narrative pertaining to client and services rendered thereto<br>• 52: narrative pertaining to client and services rendered thereto<br>• 53: narrative pertaining to client and services rendered thereto<br>• 54: narrative pertaining to client and services rendered thereto<br>• 91: narrative pertaining to client and services rendered thereto<br>• 92: narrative pertaining to client and services rendered thereto<br>• 193: "Scooter Braun"<br>• 194: "Scooter Braun," "Scooter" | Jonesworks | Identification of non-party client of parties or services rendered thereto | No objection/no position | |