# EXHIBIT 10

# Exhibit 6

**CONFIDENTIAL**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

**PLAINTIFF BLAKE LIVELY'S THIRD AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT JENNIFER ABEL'S SECOND SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and the Local Rules for the Southern District of New York, Plaintiff Blake Lively hereby responds and objects to the Second Set of Interrogatories (the "Interrogatories," or individually, "Interrogatory") propounded by Defendant Jennifer Abel (the "Propounding Party") as follows:

**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

1. Ms. Lively objects to each of the "Definitions" and "Instructions" to the extent that they seek to impose duties or obligations that exceed and/or are inconsistent with those imposed by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York

(the "Local Rules"), and/or any other order of the Court (together with the Local Rules, the "Applicable Rules").

2. Ms. Lively objects to the definitions and instructions to the extent they assume facts not in evidence or misstate facts. In responding to the Interrogatories, Ms. Lively does not admit the correctness or truth of any such assertions.

3. Ms. Lively objects to the definitions of "You" and "Your" and "Lively" and "Responding Party" on the grounds that they are vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definitions include not only Ms. Lively but "*anyone else* acting or *purporting to act* on her behalf and *anyone* on whose behalf she is or was acting," such as individuals, regardless of their relationship to the allegations, claims or defenses in the Action,[1] (i) outside of an employment or agency relationship with Ms. Lively; (ii) not acting at her direction or on her behalf; (iii) not acting with her assent; (iv) not subject to her control; and/or (v) without ability to bind her by their actions. Ms. Lively further objects to the definitions to the extent they constitute an unnecessary and unwarranted invasion of privacy to third parties. In responding to the Interrogatories, Ms. Lively will construe the terms "You," "Your," "Lively," and "Responding Party" to mean Ms. Lively.

4. Ms. Lively objects to the definition of "Jonesworks" on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definition includes not only Jonesworks LLC, but also unidentified members, managers, representatives, agents, employees, subsidiaries, affiliates, parent(s), accountants, attorneys, successors, predecessors-in-interest, and anyone else "acting or

[1] As detailed in Objection No. 6, Ms. Lively will construe "Action" to mean the action pending before the United States District Court for the Southern District of New York captioned *Lively v. Wayfarer Studios LLC, et al.*, Case No. 24-cv-10049 (LJL).

purporting to act on [Jonesworks'] behalf," regardless of their relationship to the allegations, claims or defenses in the Action. Ms. Lively further objects to the definition of "Jonesworks" because it is not used in the underlying Interrogatories.

5. Ms. Lively objects to the definition of "New York Times" on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definition includes not only the New York Times Company, but also unidentified members, managers, representatives, agents, employees, subsidiaries, affiliates, parent(s), accountants, attorneys, successors, predecessors-in-interest, and anyone else "acting or purporting to act on [New York Times'] behalf," regardless of their relationship to the allegations, claims or defenses in the Action. Ms. Lively further objects to the definition of "New York Times" because it is not used in the underlying Interrogatories.

6. Ms. Lively objects to the definition of "Action" on the grounds that it is overbroad, seeks documents that are not relevant to the allegations, claims, or defenses in the Second Amended Complaint (as defined in the Interrogatories), nor reasonably calculated to lead to the discovery of admissible information in that the definition includes *Jonesworks v. Abel et al.*, Case No. 1:25-cv-00779-LJL, a litigation to which Ms. Lively is not a party. Ms. Lively further objects to the definition of "Action" because it is not used in the underlying Interrogatories.

7. Ms. Lively objects to the definition of "Document" on the grounds that it is overbroad, unduly burdensome, vague, and ambiguous. Ms. Lively further objects to the definition of "Document" on the grounds that it seeks to impose obligations different from or greater than those imposed by the Applicable Rules. Ms. Lively further objects to the definition of "Document" because it is not used in the underlying Interrogatories.

8. Ms. Lively objects to the definition of "Communication" on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and seeks to impose obligations different from or greater than those imposed by the Applicable Rules, including without limitation that it purports to require Ms. Lively to provide information regarding oral conversations or messages that were not recorded or transcribed. Ms. Lively further objects to the definition of "Communication" because it is not used in the underlying Interrogatories.

9. Ms. Lively objects to the definition of "relate to" and "related to" on the grounds that it seeks to impose obligations on Ms. Lively different from or greater than those imposed by the Applicable Rules. Ms. Lively will respond to the Interrogatories in accordance with the Applicable Rules.

10. Ms. Lively objects to the definition of "identify" when referring to a document on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify (i) the author or originator of a document; (ii) each addressee of a document; (iii) all individuals designated to receive, or who have received a copy of a document; (iv) the date, title, and general subject matter of the document; (v) the present custodian of "each copy" of a document; and (vi) the last known address of each custodian. Ms. Lively further objects to this definition to the extent it purports to require Ms. Lively to create work product for the Propounding Party.

11. Ms. Lively objects to the definition of "identify" when referring to a natural person on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify persons' (i) full names; (ii) current or last known residence addresses and telephone numbers; (iii) current or last known business addresses and telephone numbers; and (iv) current or last known positions or job titles. Ms. Lively further objects to this definition to the extent it purports to require Ms. Lively to create work product for the Propounding Party. Ms. Lively further objects to the definition of "identify" when referring to a natural person because "identify" is not used in that context in the underlying Interrogatories.

12. Ms. Lively objects to the definition of "identify" when referring to an entity on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify the address and organizational status of an entity. Ms. Lively further objects to the definition of "identify" when referring to an entity because "identify" is not used in that context in the underlying Interrogatories.

**CONFIDENTIAL**

13. Ms. Lively objects to Instruction No. 17 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

14. Ms. Lively objects to Instruction No. 18 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

15. Ms. Lively objects to Instruction No. 20 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

16. Ms. Lively objects to Instruction No. 21 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

## INTERROGATORIES

**INTERROGATORY NO. 21:**

Identify in reasonable detail the "negative content about Ms. Lively (including through engagement of comments on social media)" that You allege was amplified by Jennifer Abel, as alleged in paragraph 230 of the Second Amended Complaint, including, but not limited to, for each item of content identified: (a) the actual words or other content that was negative; (b) the name of the person posting the content; (c) the date the content was publicized; and (d) a link to the content.

**RESPONSE TO INTERROGATORY NO. 21:**

Ms. Lively objects to this Interrogatory as vague and ambiguous, including its use of the undefined terms "publicized," and "link," because it fails to describe the information sought with the required specificity. Ms. Lively objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not proportional to the needs of the Action, and beyond the scope of the Applicable Rules, including but not limited to Local Rule 33.3. Ms. Lively further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege,

the work product doctrine, or any other applicable privilege, protection, or immunity. Ms. Lively further objects to this Interrogatory to the extent it requires the disclosure of information that would impinge on the privacy rights of third parties. Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is equally or more available to the Wayfarer Defendants than to Ms. Lively. Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is more practically obtained through expert discovery.

Subject to and without waiving the foregoing objections, Ms. Lively responds that, with the knowledge and ratification of each of the Wayfarer Defendants, Ms. Abel amplified or facilitated the amplification of negative content about Ms. Lively, and suppressed negative content regarding Justin Baldoni that was relevant to complaints regarding Mr. Baldoni's conduct on the set of *It Ends With Us*, in order to negatively influence the public conversation against Ms. Lively across digital platforms as well as in connection with traditional media. Multiple individuals – including The Agency Group LLC ("TAG"), Mr. Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, Ms. Abel, Jed Wallace, Katie Case, Breanna Koslow, and Matthew Mitchell – were involved in directly or indirectly amplifying, boosting, or suppressing information, or facilitating the amplification, boosting, or suppression of information, regarding Ms. Lively or Mr. Baldoni to influence the online social and media narrative regarding them, including by way of criticizing and propounding false narratives about Ms. Lively's allegedly problematic on-set behavior, and/or being a "bully" or "mean girl," and/or "weaponizing feminism," and/or "stealing the movie," and/or "tone deaf" marketing or press interviews, and/or Ms. Lively's alleged participation in a smear campaign, along with additional narratives distilled to writing in the Scenario Planning Document. *See, e.g.*, NATHAN_000005503. Such amplification, boosting, and similar efforts to affect the narrative to negatively affect Ms. Lively resulted where such efforts were taken in

**CONFIDENTIAL**

relation to suppressing content about Mr. Baldoni or enhancing positive content regarding Mr. Baldoni in relation to the Film or Ms. Lively. Indeed, this approach fell within the Scenario Planning Document "key messaging points" regarding Mr. Baldoni, which were designed to provide a contrast with negative messaging regarding Ms. Lively. *See, e.g.*, BALDONI_000014598; JONESWORKS_00001011; HEATH_000052353; NATHAN_000005503 ("If the team is working on a longer lead, negative narrative, we would …mitigate false negatives, and point reporters toward third party advocates who can speak possibility on [Baldoni's] behalf"); *id.* ("Background briefing would include the numerous articles, interviews, and quotes of past colleagues who openly love working with Justin, and pointing to BL's less than favorable reputation of her twenty-year career."); *id.* (encouraging "planting seeds of doubt and speculation" about Ms. Lively's "'experience' on set" by combining messaging as to "managing difference egos" and "being the subject to an imbalance of power" with "more positive press about the film"); *id.* (planning positive interviews to "get ahead of any potential negative news . . . and seed doubt should BL or RR come forward with negative messaging").

Documents produced to date by TAG, Mr. Baldoni, Ms. Nathan, Ms. Abel, Mr. Heath, Ms. Case, Ms. Koslow, Mr. Mitchell, Wayfarer Studios LLC, and Jonesworks LLC, support the foregoing.

- On July 31, 2024, Ms. Abel texted Mr. Heath and Mitz Toskovic, "Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi :)." JONESWORKS_00013779; TOSKOVIC_000000620.

- On August 2, 2024, Ms. Case circulated to Mr. Baldoni, Mr. Heath, Ms. Abel, Ms. Nathan, Ms. Koslow, and Mr. Mitchell the Scenario Planning document, pursuant to which TAG planned to, with the consent and at the direction of the remaining Wayfarer Defendants, "plant[] a seed earlier on to position [Baldoni's] truth / narrative . . . hinting that . . . [Baldoni] and Blake didn't always agree at times" and plant stories about the "weaponization of feminism and how people in BL's circle like Taylor Swift, have been accused of utilizing these tactics to 'bully' into getting what they want." BALDONI_000014598; JONESWORKS_00001011; NATHAN_000005503; HEATH_000052353.
- On August 4, 2024, Ms. Abel texted members of the TAG team: "Just kicked off the junket—for Elle uk he said exactly like what we discussed about navigating complex character [sic] and as a director managing personalities and the natural friction on set and how that can create something beautiful etc." HEATH_000052020; NATHAN_000000548. Indeed, in the Elle UK interview, Mr. Baldoni reported that, "[o]f course, as a filmmaker, you're always navigating personalities." Nicola Fahey, *Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction*, Elle (Aug. 9, 2024), https:/www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/. He further stated: "There are all these things that happen every day on set, there's always friction when you make a movie like this. Then at the end of the day, it's that friction, I believe, that creates that beautiful art." *Id.* Ms. Abel acknowledged to Mr. Baldoni that Sony considered the word "friction" "clickbait" but confirmed that its use was part of TAG's "strategy." BALDONI_000018710.

**CONFIDENTIAL**

- On August 6, 2024, in an internal TAG group chat with Alyx Sealy, Breanna Butler, Carolina Hurley, and Katie Case, Zoey Cate flagged a comment posted on social media by an individual with the username of @aeriniedbetter190 that read "I think part of it is they didn't want to romanticize Lily and Ryle by having them do a ton of PR together." KCASE-000003856. Ms. Case replied that "the comments are working excellent." *Id.* Ms. Cate further explained that "[t]here are other comments saying he's traveling with family" to which Ms. Case responded "That's all us lol[.]" *Id.*

- On August 7, 2024, Ms. Koslow flagged an article published the same day by The U.S. Sun that highlighted a rift between Mr. Baldoni and Ms. Lively in a group chat with Mr. Heath, Ms. Abel, Ms. Nathan, Ms. Case, and Mr. Mitchell. BBKOSLOW-000001800 (citing *CAST CHAOS? It Ends With Us fans suspect Justin Baldoni is 'feuding' with cast including co-star Blake Lively after spotting clues*, The U.S. Sun (Aug. 7, 2024), https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/). Ms. Koslow stated that it was a "[c]omplete regurgitation of what's circulating online- verbatim usage of Instagram posts and TikTok's which is why social help to quiet/kill this will be so helpful." BBKOSLOW-000001800. Ms. Abel instructed: "Let's please start having social kill asap[.]" *Id.*

- Also on August 7, 2024, Ms. Case emailed Mr. Heath, Ms. Abel, Ms. Nathan and Ms. Koslow, details regarding a "social and digital mitigation and remediation" plan that included "[l]everag[ing] relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and engage directly with communities to adjust or influence the conversations taking place in real time." HEATH_000028187; ABEL_000005094.

- On August 7, 2024, Melissa Nathan texted creator Deux Moi, "Can we talk about Justin and Blake when you have a sec?" Deux Moi responds, "100p[.] Yes," and follows up, "Are you repping him? I just heard something bad." Nathan responds, "For this crisis that I think that you know about[.] Which sounds overblown and ridiculous[.] But when they compound it, it sounds bad[.] Let me know when you can jump on a call!" NATHAN_000001924. Ms. Nathan confirmed her outreach to Deux Moi in her deposition testimony. Nathan 9/29/25 Tr. 188:6–191:17.
- On August, 8, 2024, Ms. Abel flagged content to Ms. Case, Ms. Nathan, Ms. Koslow, Mr. Heath, and Mr. Mitchell posted by an individual with the username of Jenna Redfield alleging that something more serious was behind the *It Ends With Us* drama than was being publicly revealed. *See* BBKOSLOW-000004049. Ms. Case replied that "we've flagged [the creator] to Jed and his team as well." BBKOSLOW-000004011. Ms. Abel flagged two other TikTok videos posted by the same creator. *Id.* Ms. Case replied "I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it." *Id.*
- On August 8, 2024, Mr. Baldoni flagged to Ms. Abel, Ms. Case, Ms. Nathan, and Mr. Mitchell an X post by an individual with the username of @offbeatorbit that read "Can I please get a primer on this Blake Lively Ryan Reynolds movie drama?" *See* @offbeatorbit, X (Aug. 8, 2024), https://x.com/offbeatorbit/status/1821681425491390500?s=46; BBKOSLOW-

000006156. Ms. Case confirmed that "[w]eve flagged to Jed and his team as well[.]" BBKOSLOW-000006156.

- On August 9, 2024, TODAY quoted Mr. Baldoni as stating, "Every movie is a miracle . . . And then, of course, you're navigating complex personalities and trying to get everybody on the same page with the same vision. And mistakes are always made, and then you figure out how to move past them." Emily Sher, *Justin Baldoni laid his heart on the line for "It Ends With Us,"* TODAY (Aug. 9, 2024), https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna1657922. The same day, Ms. Case circulated the article and quote above to Ms. Abel and Mr. Mitchell, commenting: "He describes his directing style as a constant collaboration, for better or worse. This is perfect!" BBKOSLOW-000004011.
- On August 9, 2024, Katie Case sent a screenshot of a comment made by an individual with the username @s on an unidentified social media platform stating "Daily mail broke a story saying Blake calling Justin abusive. I don't buy it I think it's a way for her to get more control and attention of the movie[.]" KCASE-000000728; KCASE-000000763. The Daily Mail article that appears to be referenced in the comment was published that same day and referenced reports that "Justin was 'unprofessional' and 'chauvinistic' on set." *See Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni*, Daily Mail (Aug. 9, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html. Immediately after sending the screenshot of the comment, Ms. Case said: "Thank the lord for Jed[.]" KCASE-000000728.

**CONFIDENTIAL**

- On August 9, 2024, in an internal TAG group chat with Ms. Sealy, Ms. Koslow, Ms. Mcneice, Ms. Long, Ms. Case, and Ms. Hurley, Ms. Cate shares a comment from TikTok posted by an individual by the username of @KeilaniHope that read "It feels like a certain peoples PR team got ahead and leaked the story to the daily mail to justify them trying to take over the film." BBKOSLOW-000003393. Ms. Case responded to this comment saying "Thank the lord for social and digital mitigation lol[.]" BBKOSLOW-000003330. Further, Ms. Cate told the group that "[c]omments are all defending him" and Ms. Case replied "[t]hat's us lol[.]" *Id.*
- On August 9, 2024, Ms. Case texted Ms. Koslow saying "[t]here's so many dumb articles about this is there a chance no one pays attention to the daily mail one" and "I wonder if they had Jed suppress the link because I can't even find that story[.]" KCASE-000001093. The referenced Daily Mail article was published that same day and as described above, includes reports of Mr. Baldoni's unprofessional behavior on set. *See Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni*, Daily Mail (Aug. 9, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html.
- On August 9, 2024, Ms. Nathan and Ms. Abel discussed two articles: one from the Hollywood Reporter entitled "Did Blake Lively, Justin Baldoni Have a Rift Over 'It Ends With Us'? Sleuthing TikTokers Think So[,]" and one from the Daily Mail entitled "Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni[.]" JONESWORKS_00016275; NATHAN_000002124. Ms. Abel stated: "I can tell you've done a lot of work here[.] "Nothing about being

unsafe. Fat comments. Sexual . . . Thank fucking god[.]" JONESWORKS_00016275; NATHAN_000002124.

- On August 9, 2024, Ms. Nathan messaged Ms. Abel that she was on the phone with her sister, journalist Sara Nathan, and remarked that Mr. Baldoni's religion should be taken "out" from media coverage, "[a]nd mostly The [sic] misogynistic." JONESWORKS_00016275; NATHAN_000002124.
- On August 10, 2024, Ms. Case advised Mr. Heath, Ms. Nathan, Ms. Abel, and Ms. Koslow that "[w]e've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan." *See, e.g.*, WAYFARER_000136136; ABEL_000006072; BBKOSLOW-000004606; HEATH_000032030; NATHAN_000005046; KCASE-000001540. The same text thread features several instances of amplification.
    - Ms. Abel circulated a TikTok posted on May 17, 2023 by Megan Rafter that featured a video of Ms. Lively patting Mr. Baldoni on the shoulder on set (https://www.tiktok.com/t/ZTNsQDYjj/). At the time Ms. Abel circulated the link, the three most recent comments included: (i) "Is this the alleged making everyone feel uncomfortable on set accusation?"(ii) "It looks like he can't get her attention… I'm truly stuck on Blake being the problem"; and (iii) "This is one of the reasons why I don't believe the bullshit that is circling around." When transmitting the TikTok, Ms. Abel noted that it "would be great for the digital team to boost this in any way possible . . ." Ms. Case responded, "We'll flag to them!"

- Ms. Abel circulated a TikTok posted on January 7, 2024 by an individual with the username @thetvandmoviequeen that featured commentary on Ms. Lively's alleged "problematic on-set behavior" on the set of Gossip Girl (https://www.tiktok.com/t/ZTNsQuMq8/). With the link, she wrote: "And I like that this is now getting some viral attention 👀."
- Ms. Abel then texted, "[s]haring this here too in case digital has an idea of how to amplify: https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/amp/." *See* Carly Thomas, *Justin Baldoni on Why 'It Ends With Us' Needed to Be Adapted: It "Could Actually Make a Real Difference,"* The Hollywood Reporter (Aug. 10, 2024, 8:15 AM), https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/. Ms. Case responded: "Thank you! We'll share this as well — at the very least ask for engagement in the comments."
- Matthew Mitchell shared the following link: "https://www.instagram.com/reel/C-gEF6qSpm0/?igsh=MzRlODBiNWFlZA==," and wrote: "We love a nice shady moment!" Ms. Nathan responded: "You had my attention straight away when I saw the word shady[.]"

- On August 13, 2024, Ms. Koslow texted Ms. Case bullet points for a "[s]tory" "[f]or Alison – hands off think piece on the whole PR debacle behind the scenes." KCASE-000002821. The bullet points included, among others: (i) "[y]ou have a film with serious subject matter, not only being promoted with focus on flowers/clothes, but a

PR campaign distracting audiences away from important messaging to play out a high school fight between two stars"; (ii) "[w]hy would Blake allow this to happen? How could she? What is she thinking right now regarding her team?"; and (iii) "did Blake's inability to relate to regular people / what they want to see, just slight her ***big moment***?" *Id*. Ms. Case responded: "Yes. To all. Also let's bring in the fact that she promoted a haircare line and her own drink brand as part of promo." Later that day, Ms. Koslow texted Ms. Nathan, "Could Allison do think piece on the bad PR behind the film . . . And it wouldn't be so obvious if there's a part that scrutinizes his lack of response or whatever so ***it's not so obviously placed***," to which Ms. Nathan responded, "Yes" "Let's go." BBKOSLOW-000001024 (emphasis added). On August 20, 2024, the Daily Mail published an article that reported: "This should be the ***crowning moment*** of Blake Lively's career . . . Lively's launch of her new film, It Ends With Us, has been an unmitigated disaster." Alison Boschoff, *How Blake Lively's Fairytale Turned Into a PR Nightmare*, Daily Mail (Aug. 20, 2024), https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html (emphasis added). The article also reported: "Lively has come under fire for aggressively marketing her personal projects – not just her haircare, but her drinks company – seemingly on the back of a film dealing with domestic violence." On August 21, Ms. Koslow texted Alyx Sealy, Carolina Hurley, Dervla Mcneice, Ms. Case, Ms. Nathan, Michael Lawrence, and Rylie Long a link to this article, to which Ms. Case texted, "Did she actually come through for us?????" KCASE-000004756. Ms. Koslow responded, "Yes," and Ms. Case congratulated Ms.

Koslow, "Well done Bre!!" KCASE-000004756. Ms. Koslow confirmed placing this article in deposition testimony. *See* Koslow Tr. 312:2–8.

- On August 13, 2024, Ms. Nathan messaged Sara Nathan, regarding a forthcoming story about Ms. Lively's role in making final cuts to the Film. Sara Nathan texted a draft copy for the article, to which Ms. Nathan replied: "Can't say sources close to Baldoni. Can we say 'sources close to production with knowledge of the situation'[?]" Sara Nathan responded, "Perfect." Ms. Nathan clarified: "And his comment about Blake directing was not about him not returning for the sequel, he was trying to lift her up and give her credit that she's ready to direct. Can't have it seem like he's stepping off that film." Sara Nathan agreed to amend the article. JONESWORKS_00015395.
- On August 13, 2024, Mr. Baldoni sent links to two TikTok videos to a group chat with Mr. Heath, Ms. Abel, Mr. Mitchell, Ms. Nathan, Ms. Case, and Ms. Koslow. BALDONI_000015463. One linked to a TikTok video posted by an individual with the username @somegirlbrittany in which she spoke about her positive experience working with Mr. Baldoni on the set of It Ends With Us. *See* @somegirlbrittany, TikTok (Aug. 11, 2024), https://www.tiktok.com/t/ZP81Fc7Sp/. The other linked to a TikTok video posted by an individual with the username @lovingsingle in which the creator criticized Ms. Lively's marketing of the Film as insensitive to domestic violence survivors. *See* @lovingsingle, TikTok (Aug. 12, 2024), https://www.tiktok.com/t/ZP81FY9v7/. Ms. Abel confirmed "we have this and this is what the digital team is amplifying." BALDONI_000015463. In that same thread, Mr. Baldoni also flagged a "celebrity kind interview [he] did" in which he stated that he "wanted a trigger warning" for the Film and Ms. Abel confirmed "that's what we're pushing out[.]" *Id.* (citing *Justin Baldoni*

*Hopes 'It Ends With Us' Inspires Audiences to Break Harmful Patterns: "You Can Choose Something Different,"* Celebrity Kind (Aug. 10, 2024), https://www.celebritykind.com/interview/justin-baldoni-hopes-it-ends-with-us-inspires-audiences-to-break-patterns-you-can-choose-something-different/).

- On August 14, 2024, in a group chat with Ms. Nathan, Ms. Koslow, Ms. Long, Ms. Case, Ms. Sealy, Ms. Hurley, and Mr. Lawrence, Ms. Mcneice sent a TMZ article that discussed sources who had reported that Mr. Baldoni "made [Ms. Lively] feel uncomfortable on the set of 'It Ends With Us'" to which Ms. Case responded "[n]ow we go to war[.]" *See* KCASE-000003354 (citing *BLAKE LIVELY, JUSTIN BALDONI SHE FELT KISSING SCENE LINGERED TOO LONG . . . Feels He Fat-Shamed Her*, TMZ (Aug. 14, 2024), https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/). Ms. Case then asked for a call with Ms. Koslow who responded "[w]e need Jed too[.]" KCASE-000003354.
- On August 15, 2024, Ms. Case had a phone call with James Vituscka, then-reporter at the Daily Mail, and later that day, sent Mr. Vituscka "helpful" links regarding Ms. Lively and Taylor Swift. NATHAN_000003433. On August 17, the Daily Mail published an article titled, "How Blake Lively COPIED Best Friend Taylor Swift to Promote It Ends With Us . . . Before Turning to Singer to Help Crisis Manage Backlash and Justin Baldoni Drama." *See* Lillian Gissen, *How Blake Lively COPIED Best Friend Taylor Swift to Promote It Ends With Us*, Daily Mail (Aug. 17, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html. The article incorporated links provided by Ms. Case to Mr. Vituscka, and reported that, according to an insider, "'Blake is

trying to get Taylor to help pull her out of this mess by using their friendship for interviews and other promotional work directly related to the film amid the current backlash that she is getting'" and that Ms. Lively "laughed at the concept of making herself available to" domestic violence survivors. It further reported: "The source told DailyMail.com that 'Blake thinks she's getting set up by people around Justin so he doesn't have to come clean about his behavior' on set. . . . 'Instead of cementing her as a movie star it has served only to show out of touch she is.'" Ms. Case acknowledged her involvement with the article in her deposition testimony, and Mr. Vituscka admitted his involvement in drafting the article. *See* Case Tr. 259: 2–15; Vituscka000016 ("Omg we ran Taylor while I was out moving. Thank u again").

- On August 15, 2024, Ms. Abel sent a message to Mr. Baldoni, Mr. Heath, Ms. Case, Ms. Koslow, Ms. Nathan, and Mr. Mitchell with an Instagram post posted by the verified People account captioned "@brandonsklenar joins the latest episode of PEOPLE in 10 to talk about 'It Ends with Us,' working with Colleen Hoover, facing imposter syndrome as an actor, and more!" in which Mr. Sklenar spoke about his positive experience working with Mr. Baldoni on the Film. *See* People, Instagram (Aug. 15, 2024), https://www.instagram.com/reel/C-sZGONumYD/?igsh=MzRlODBiNWFlZA==; BBKOSLOW-000002400. Ms. Abel then asked "Can we have digital team boost this interview[?]" and Ms. Koslow confirmed. BBKOSLOW-000002400.
- On August 15, 2024, Mr. Baldoni shared a TikTok video posted by an individual with the username @jackiecoopah captioned "Justin Baldoni's crisis management team got lucky i stg" with Ms. Koslow, Mr. Heath, Ms. Abel, Ms. Case, Mr. Mitchell, and Ms.

Nathan. *See* @jackiecoopah, TikTok (Aug. 15, 2024), https://www.tiktok.com/@jackiecoopah/video/7403510741292109086; KCASE-000001194. The creator discussed negative stories about Ms. Lively, including claiming that Ms. Lively fat-shamed an interviewer, and joked that Mr. Baldoni's crisis management team was not behind any of it. *See* @jackiecoopah, TikTok (Aug. 15, 2024), https://www.tiktok.com/@jackiecoopah/video/7403510741292109086. Mr. Mitchell responded "Genius! OMG! Melissa, Breanna, and Katie- you did a great job with this creator." KCASE-000001194.

- On August 15, 2024, Mr. Baldoni texted Ms. Nathan, "My partner Steve asked about flipping the narrative from this leak this am about ryan saying script was a disaster and he saved the movie . . . This is an easy flip." Ms. Nathan responds, "but - tatiana siegal from variety wants to do a follow up call with us for a story similar[.] We've a call in to her later." Baldoni continues, "And the fact that they saved the script from what they think is a disaster after we had a green lit script and a was strike basically implies they were scabs . . . Which we should 100% lead them to." BALDONI_000015407; JONESWORKS_00014376; NATHAN_000000314; TAG_000001148. Ms. Nathan then texted Candace Trunzo, a reporter for the Daily Mail, that Mr. Baldoni wanted to "100% lead" the public to the conclusion that Ms. Lively and Mr. Reynolds were "scabs" and that Mr. Reynolds had negative thoughts about the female-written script. Specifically, Ms. Nathan wrote: "To – something about ryan claiming the female hired was feminist writer didn't know how to tackle a female film etc. Using their own words against them – AND doing it while there was a strike. SO even though there was a female writer – RR came in to 'save the day' which didn't need saving and was deeply

misogynistic. As per rr OwN [sic] words and team. Putting it out." She followed up: "Is there anything you can help me with here? This is so shit." NATHAN_000001942.

- On August 18, 2024, Mr. Baldoni texted Ms. Abel, Mr. Heath, Ms. Case, Ms. Koslow, Ms. Nathan, and Mr. Mitchell a link to a TikTok video posted on August 17, 2024 by an individual with the username @thickjewishgirl, where the author of the video comments: "I am flabbergasted that with the huge audience that Blake Lively has and all of the press interviews she's had she doesn't once talk about DV" (https://www.tiktok.com/@thickjewishgirl/video/7404186295993453870). *See* BALDONI_000019422. With that link, Mr. Baldoni texted: "To boost." Ms. Abel responded: "Yes definitely let's boost these vids." And Ms. Koslow responded: "Will let digital know!" *Id.* In the same thread, Mr. Baldoni also texted two positive links to TikTok videos "To boost," including a video posted by an individual with the username @dietcokel0v3r of a video of Mr. Baldoni speaking in a movie theater showing "It Ends With Us," *see* @dietcokel0v3r, TikTok, https://www.tiktok.com/t/ZP81Pn5Rm/ (Aug. 18, 2024), and a video posted by an individual with the username @nolasoccermom of Mr. Baldoni appearing in an Instagram Live video with the user's son, *see* @nolasoccermom, TikTok, https://www.tiktok.com/t/ZP81P3U66/ (Aug. 16, 2024). Mr. Baldoni confirmed that he sent content to "boost" online in his deposition testimony. Baldoni 10/7/2025 Tr. 343:14–15.

- As early as August 8, 2024, Mr. Baldoni went out of his way to ensure that his promotion and press specifically focused on domestic violence in direct contrast to others' promotion the Film. Mr. Baldoni directed his social team as follows: "I'd like

you guys to start posting me ONLY talking about domestic violence and clips and why this movie is so important" and "Let's change my bio and link to a resource for survivors please . . . If you or someone you know is experiencing domestic violence. Help is available. Visit @nomore for more info." BALDONI_000015675. When the consideration was raised on August 11 as to "holding off on any posts directly from Justin" because "he is the only one from the cast posting anything at the moment and fans are going ham on Blake Jenny and Colleen's comments section, Colleen went private from all the hate. I worry another post from Justin about DV and thanking "women everywhere" might further fuel the fire," Ms. Abel responded instead that "a post like this would further combat the negative" as to Mr. Baldoni's image, and Mr. Heath confirmed to "stay the course." JONESWORKS_00013830.

- On August 18, 2024, Ms. Abel circulated a recording of a TikTok video captioned "#greenscreen #justinbaldoni #blakelively #itendswithus #colleenhover #fypage" by an individual with the username of Charlotte in which a young woman claimed that Justin invited her up to his hotel room years ago to a group chat with Ms. Nathan, Ms. Case, Ms. Koslow, and Mr. Mitchell. BBKOSLOW-000005085; BBKOSLOW-000005127. Ms. Koslow replied that they'll "chat to Jed as well on this" and later confirmed that "[p]ositive videos [are] being boosted[.] The crazy Charlotte gal, team said it actually works in our favor to have negative comments below post – already now she's getting slammed, so they'll work with that to elevate how ridiculous / false story is, while keeping watch to make sure it doesn't spiral more[.]" BBKOSLOW-000005085.

- On the morning of August 27, 2024, Ms. Koslow texted Ms. Abel, Ms. Nathan, and Ms. Case: "Variety piece going up soon." BBKOSLOW-000002015. Rebecca Rubin and Tatiana Siegel then posted an article on Variety, quoting a source as stating: "There's probably no world where [Ms. Lively and Mr. Baldoni] will work together again." *See* Rebecca Rubin, Tatiana Siegel, *"It Ends With Us" Sequel in Doubt Amid Blake Lively-Justin Baldoni Feud: "There's Probably No World Where They Work Together Again,"* Variety (Aug. 27, 2024), https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099. The article also claimed that Mr. "Reynolds' involvement [in It Ends With Us] raises . . .WGA issue[s]." *Id.* Later that morning, Ms. Koslow texted the group a link to the article and stated: "Pretty straight forward – a lot of regurgitation and they ended up steering away from ***making the sole focus on RR violation***[.]" BBKOSLOW-000002017 (emphasis added).
- On January 5, 2025, Ms. Steele sent a message to Ms. Nathan, Mr. Sarowitz, Mr. Baldoni, and others attaching a draft script of her YouTube video that was later posted on January 7, 2025. Various members of the group provided substantive feedback to the script, and Mr. Sarowitz noted that he "defer[red] to Jen [Abel] and Melissa [Nathan]." WAYFARER_000167841. *See also* HEATH_000052353; ABEL_000019529. Sage Steele has since posted at least the following content regarding Ms. Lively, beginning two days after the above-referenced message conversation, with several posts contain the negative title "Shame on Blake Lively" and commenting: "I feel like Blake is abusing her power. I'm so disappointing because it ends up hurting other women. This discredits women who are true victims of

CONFIDENTIAL

harassment." *See* The Sage Steele Show, *Shame on Blake Lively & The New York Times*, YouTube (Jan. 7, 2025), https://www.youtube.com/watch?v=2gMIYXxsNwg ; Sage Steele (@sagesteele), Instagram (Jan. 7, 2025), https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en; Sage Steele (@officialsagesteele), TikTok (Jan. 7, 2025); www.tiktok.com/@officialsagesteele/video/7457284296856866091; The Sage Steele Show, Spotify (Jan. 7, 2025), https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC; The Sage Steele Show, Apple Podcasts (Jan. 7, 2025), https://podcasts.apple.com/us/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818; The Sage Steele Show, Audible (Jan. 8, 2025), https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP; Sage Steele (@sagesteele), Facebook (Jan. 7, 2025), https://www.facebook.com/17841401462773682/videos/917775630132577/; Sage Steele (@sagesteele), X (Jan. 7, 2025), https://x.com/sagesteele/status/1876752992164044966?lang=en.

- On January 30, 2025, Ms. Nathan texted with Perez Hilton regarding "inside drama" concerning *It Ends With Us*. In response to Mr. Hilton asking for clarification on the purportedly insider information, Ms. Nathan wrote: "I am HAPPY for you to say this to that – Source close says – Blake and Ryan need to know that the other side has texts from Leslie Sloane to reporters that SHOW attempting to place stories about Justin from JULY ! She started this." NATHAN_000020424. As a member of Ms. Nathan's "circle of BF trust," *id.*, Mr. Hilton has created more than 500 pieces of video content

**CONFIDENTIAL**

and about the same number of posts of sensational headlines—almost entirely disparaging—about Ms. Lively for reporting sexual harassment since August 2024. *In re Mario Lavandeira Jr.*, No. 2:25-CV-01396-RFB-DJA (D. Nev.), ECF No. 12 at 5. In his videos, Mr. Hilton has called Ms. Lively disparaging and insulting names, such as: "*Blackface Blake*"; "*Lying Lively*"; "*Ku Klux Khaleesi*"; and "*Litigious Lively*." *See*, *e.g.*, PEREZ HILTON, *Blake Lively Confesses To The Judge That She's Conspiring With Justin Baldoni's Former Publicist!*, (YouTube, Jul. 5, 2025, at 1:41), https://www.youtube.com/watch?v=lPx74XA4z_A. PEREZ HILTON, *Blake Lively Has This Judge In Her Pocket! He Just:*, (YouTube, Jul. 14, 2025, at 0:31), https://www.youtube.com/watch?v=4wAoa2RjgyU. PEREZ HILTON, *A Terrible Day For Blake Lively! Another Loss For Her!! The Judge In The Justin Baldoni Trial Ruled:*, (YouTube, Jun. 16, 2025, at 0:40), https://www.youtube.com/watch?v=o0D-d4MTRv8.

Ms. Lively further responds by reference to the Wayfarer Defendants' sworn interrogatory responses where they have admitted to communicating with Billy Bush, Candace Owens, Andy Signore, and Perez Hilton "concerning Ms. Lively, Mr. Reynolds, the CRD Complaint, the Actions, the Lively/Reynolds Companies, or the Digital Campaign." *See* TAG's Second Supplemental Responses and Objections to Plaintiff Blake Lively's First Set of Interrogatories (June 25, 2025); TAG's Third Supplemental Responses and Objections to Plaintiff Blake Lively's First Set of Interrogatories (July 25, 2025); Ms. Nathan's Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories (July 18, 2025); Ms. Nathan's Supplemental Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories (July 25, 2025); Ms. Abel's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025);

Ms. Abel's Supplemental Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories at 12 (July 25, 2025). Ms. Lively further responds by reference to the Wayfarer Defendants' sworn interrogatory responses where they have admitted that their counsel has communicated with Billy Bush, among other "reporters and news media or media outlets . . . concerning Ms. Lively, Mr. Reynolds, the Film, the CRD Complaint, the Digital Campaign, or the Consolidated Action or allegations asserted therein." *See* Wayfarer's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); TAG's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Sarowitz's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Heath's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Baldoni's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); It Ends With US Movie LLC's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Ms. Abel's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025); Ms. Nathan's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025).

Ms. Lively further responds by reference to the party and non-party deposition testimony to date, including but not limited to that of Mr. Baldoni, Josh Greenstein, Jenny Slate, Isabela Ferrer, and Colleen Hoover, and all accompanying records, which reference (i) the "unusual" "tidal wave of online hatred" and "deluge of negative stories" targeting Ms. Lively in and around and after the premiere of the Film, which then had a collateral effect on other female cast members, *see, e.g.*, Greenstein Tr. 192:13–203:22; (ii) the negative upswell of press targeting Ms. Lively and the female members of the cast and crew in connection with their promotion of the Film;

(iii) Wayfarer's failure to defend the female cast and crew members regarding the marketing, notwithstanding the reality that they were promoting the Film consistent with Wayfarer's and Sony's marketing plan; and (iv) the Wayfarer Defendants' planting and boosting of online and social media content designed to enhance Mr. Baldoni's image, including but not limited to planting and boosting domestic violence-related content.

Ms. Lively further responds by reference to the fact that Defendants Jed Wallace and Street Relations, Inc. produced no documents regarding the work they were retained to do and claim to have done, suggesting spoliation of evidence of the Wayfarer Defendants' retaliatory conduct. Ms. Lively further responds by reference to the fact that some or all of the Wayfarer Defendants communicated via Signal beginning in or about August 2024, but produced no Signal communications reflecting any communications before December 20, 2024, the day Ms. Lively filed her administrative complaint with the California Civil Rights Department, further suggesting spoliation of evidence of the retaliatory conduct. *See, e.g.*, NATHAN_000002151; BBKOSLOW-000004099; SR 1.00000064. Ms. Lively further responds by reference to the deposition testimony of the Wayfarer Defendants and third-party representatives regarding their downloading, use, and retention of Signal messages. *See, e.g.*, Heath 10/8/25 Tr. 347:8–348:6 (confirming use of Signal with Mr. Wallace beginning in or around August 2024); Case Tr. 75:3-7; 163:18-20 (acknowledging that TAG employees would Signal "primarily" to speak with Mr. Wallace); Wallace 10/9/25 Tr. 72:15–73:17; 315:17–22 (confirming use of Signal with Ms. Nathan and TAG as of August 2024).

Ms. Lively further responds by reference to the limited documents Mr. Wallace and Street Relations, Inc. have produced regarding the nature of their work, which demonstrate that Mr. Wallace and Street Relations, Inc. engaged in extensive services *for other clients* in or around

**CONFIDENTIAL**

the time at which they were engaged by the Wayfarer Defendants and after, including but not limited to the amplification and boosting of content, rewriting metadata, manipulating search engine optimization, and suppressing and removing content. *See, e.g.*, STREET 3.000199 ("I have the forensic guys rewriting the . . . metadata . . . it has been weaponized (algorithmically) by the left and some current WH leaks – we are suppressing those posts/links/articles too."); *id.* (Mr. Wallace discussing plan to "scrub" content); STREET 3.000486 (Mr. Wallace requesting client call to "discuss building protective infrastructure to make certain we have the digital strategy in full effect in perpetuity."); STREET 3.000204 (Mr. Wallace expressing the need to "throw a ton of upvotes" and "downvotes" at Reddit posts); STREET 3.000499 (Mr. Wallace stating that he is "most excited about [manipulating the SEO]"); *id.* (Mr. Wallace responding to a request by a client to "suppress this story" by saying "Ok-I'll handle that and setup an algorithm to manage concerns related."); *id.* (". . . I made sure we included the piece about you, specifically and have the various teams heavily clipping and algorithm boosting it for you and all keywords I've got trending for you. This is how we do it brother!!"); STREET 3.000366 (Mr. Wallace saying to client, "this is exactly the kind of content (in theory until I read them) that our team can elevate across all algorithmically driven platforms," and asking the client "to resend with the articles attached so I can share with the team(s) and get into the system," so "we can do our thing."); STREET 3.000381 (Mr. Wallace describing a client, noting "they were well aware of the digital component and leaned WAY into it while we made certain to clean up, monitor and manage the sentiment (particularly the massive negative sentiment) about them, their culture, their departing talent, etc. . . . while we

elevated the positive around their new talent, controlled and cleaned the AMA, elevated their commercial, etc.").[2]

Ms. Lively further responds by reference to the deposition transcripts of Ms. Case, Ms. Koslow, Ms. Abel, and Ms. Nathan, and all exhibits attached thereto, which repeatedly reference digital activity, placement of content, amplification, boosting, and suppression both expressly and by implication. Ms. Lively reserves the right to supplement this response as discovery proceeds, particularly given that expert discovery remains outstanding.

**INTERROGATORY NO. 22:**

For each negative content identified in response to the preceding interrogatory, identify in reasonable detail all factual and legal bases for Your contention that Jennifer Abel amplified such negative content.

**RESPONSE TO INTERROGATORY NO. 22:**

Ms. Lively objects to this Interrogatory as vague and ambiguous because it fails to describe the information sought with the required specificity. Ms. Lively objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not proportional to the needs of the Action, and beyond the scope of the Applicable Rules, including but not limited to Local Rule 33.3. Ms. Lively further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, protection, or immunity. Ms. Lively further objects to this Interrogatory to the extent that it requires the disclosure of information that would impinge on the privacy rights of third parties. Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is more practically obtained through expert discovery.

[2] Grey highlighting indicates text that has been marked Attorneys' Eyes Only ("AEO"). This text was marked AEO by Mr. Wallace.

Subject to and without waiving the foregoing objections, Ms. Lively incorporates by reference her response to Interrogatory No. 21. Ms. Lively further responds that Ms. Abel's involvement in the amplification of such content was by virtue of recommending services to be performed by TAG and facilitating that engagement. Thereafter, Ms. Abel's involvement continued by direct communication with TAG and/or digital teams identifying relevant narratives as well as content to be amplified, boosted, or similar conduct, in order to negatively affect the online conversation regarding Ms. Lively. *See, e.g.*, NATHAN_000003795; BALDONI_000014598; Response to Interrogatory No. 21. Ms. Abel also engaged with members of the press to advance negative stories regarding Ms. Lively. *See* JONESWORKS_00013779 ("Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us."). Ms. Abel's deposition testimony confirmed this outreach to the press. Abel 9/26/25 Tr. 234:24–238:7.

Ms. Lively further responds by reference to the deposition transcripts of Ms. Case, Ms. Koslow, Ms. Abel, and Ms. Nathan, and all exhibits attached thereto, which repeatedly reference digital activity, placement of content, amplification, boosting, and suppression both expressly and by implication. Ms. Lively reserves the right to supplement this response as discovery proceeds, particularly given that expert discovery remains outstanding.

Dated: October 17, 2025

/s/ Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
E-mail: mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
E-mail: anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
E-mail: ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
E-mail: mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (pro hac vice)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

**VERIFICATION OF INTERROGATORY RESPONSES**

I, Blake Lively, state that I have reviewed the foregoing Third Amended Responses and Objections to the Defendant Jennifer Abel's Third Set of Interrogatories to Plaintiff Blake Lively, and that the information contained therein is accurate to the best of my knowledge, information, and belief.[1] Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of October, 2025.

DocuSigned by:
290359148C184D8...
BLAKE LIVELY

[1] My review excluded the material cited in the penultimate paragraph of my response to Interrogatory No. 21, which Mr. Wallace designated Attorneys' Eyes Only.

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, the foregoing was served on all counsel of record via email.

/s/ Michaela A. Connolly
Michaela A. Connolly

# Exhibit 7

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 6 | Date Range: 7/24/2024 |

## Outline of Conversations

**iMessage Chat:** [redacted] • 6 messages on 7/24/2024 • Custodian: Abel, Jennifer [redacted] • Custodian: Abel, Jennifer [redacted] • Stephanie Jones [redacted] • System Message <>

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: [redacted]**

SJ **Stephanie Jones [redacted]** ▶ 7/24/2024, 2:02 PM
fyi since our zoom with matthew he has gotten two opps for austin in last few days

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/24/2024, 2:02 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/24/2024, 2:02 PM
i sent him one off and luminar also was happy

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/24/2024, 2:02 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/24/2024, 2:16 PM
Oh that's so good!

Receipts • Stephanie Jones [redacted] [D:7/24/2024, 2:16 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/24/2024, 2:23 PM
Also— I just got off the phone with Tera and she was asking for our Recs for a potential crisis comms team if they wanted to bring someone in to work hand in hand with us if needed. She mentioned hiltzik which she said you guys all worked together for Bieber, but I said I would connect with you for best recos.

Receipts • Stephanie Jones [redacted] [D:7/24/2024, 2:23 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/24/2024, 2:31 PM
def not hiltzik. he's not strong. who do you rec? i think actum could be amazing or shawn sachs team.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/24/2024, 2:43 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/24/2024, 2:44 PM
I've only ever worked with hiltzik or Shawn Sachs. Not familiar with actum but I trust your reccs here!!

Receipts • Stephanie Jones [redacted] [D:7/24/2024, 2:44 PM]

# Exhibit 8

THE
AGENCY
GROUP PR

## LETTER OF AGREEMENT

**August 02, 2024**

Wayfarer Studios
CC: Jamey Heath, Tera Hanks

Dear Wayfarer Studios

This constitutes the master services agreement ("Agreement") between **Wayfarer Studios** ("Client") and The Agency PR Group LLC ("Agency") for the provision of services as set forth herein. The parties agree as follows:

**1. Services.** Client is retaining Agency as its non-exclusive public relations counsel to assist with mutually agreed strategic communication services in connection with **Wayfarer Studios as laid out in the Statement of Work ("SOW") which is hereby incorporated to this Agreement.**. If Client wants to expand the scope of the Services or wants additional services, Client and Agency shall mutually agree upon the additional services to be performed and the amount required to perform the additional services and either amend the current Agreement or execute a new Agreement, as appropriate. Agency shall bill Client and Client shall pay Agency for such additional services in accordance with the terms of this Agreement.

**2. Compensation.**

**2.1. Fee.** As consideration for the Services, **Wayfarer Studios** hereby agrees to pay Agency a sum of $15,000 USD per month ("Services Fee"). The first month's Services Fee shall be due upon execution of the Agreement.

**2.2. Expenses/Taxes.**

**(a) Third-Party Expenses, Travel and Additional Expenses.** Client shall reimburse Agency for all out-of-pocket, third-party vendor expenses incurred by Agency in performing the Services. Such expenses include, but are not limited to, research services, media monitoring/clipping, production costs, and conferencing charges. Client shall reimburse Agency monthly for all reasonable travel and/or entertainment related expenses incurred by Agency or its employees in performing the Services, including, but not limited to, air travel, ground transportation, lodging, meals, tips, messengers, and overnight delivery provided, however, that any individual expense over $200 shall be subject to advance written approval by the Client.

**(b) Taxes.** Agency may charge and invoice Client, and Client shall pay, any applicable transaction taxes, including, without limitation, sales, use, value added, general services, or any other similar transaction taxes imposed by any government or taxation authority, as a result of Agency's performance of the Services regardless of when payment for Services was made, unless Client provides Agency with a valid exemption certificate or other valid documentation that Agency is not required to collect such transaction taxes or Client can demonstrate that it has already paid such transaction taxes to the applicable government or taxation authority. Within a reasonable timeframe set forth in writing, each party shall provide and make available to the other party any documentation related to applicable transaction taxes reasonably requested by the other party, including resale certificates, direct pay permits, or treaty certifications. Client shall not be responsible for any taxes based solely on Agency's income.

**2.3. Payment.** With respect to the Services Fee, Client will be billed monthly in advance and payment shall be due to Agency no later than fifteen (15) business days of Client's receipt thereof. With respect to Expenses, Client will be billed monthly, and payment shall be due to Agency no later than fifteen (15) business days of Client's receipt thereof. Client acknowledges and agrees that in the event that payments due to Agency hereunder are not received in accordance with this Agreement, Agency

reserves the right and is entitled to suspend any services hereunder, including the Services, until such time as all outstanding payments are received by Agency only after providing Client with a mandatory ten (10) days' notice to cure prior to taking effect. If payment is not received by Agency within thirty (30) days of the invoice date, Agency may assess and Client agrees to pay a late payment charge at the rate of 1% per month (12% per year). To the extent that Client disputes any invoice, Client must provide Agency written notice of such dispute within thirty (30) days of the invoice date, or Client shall waive any claim with respect to such invoice.

**3. Indemnification.**

**3.1** Client represents and warrants that the materials and information it provides to Agency are, accurate and complete and that it is the owner or licensee of all intellectual property rights sufficient to enable Agency to edit, reproduce and otherwise use, publish and distribute such materials in performing Services for Client. Client shall defend, indemnify and hold Agency harmless from and against any third-party liabilities, actions, claims, damages, judgments or expenses, including reasonable attorneys' fees and costs, (collectively "Claims") that arise out of or relate to: (i) information, statements or materials prepared or provided by Client, that Client directed Agency to use or that were approved by Client (ii) product liability or death, personal injury or property damage arising out of, or relating to, Client's acts or omissions or Client's products, services or equipment; and/or (iii) Client's gross negligence or willful misconduct or breach of this Agreement.

**3.2** Agency shall defend, indemnify and hold Client harmless from and against any Claims that arise out of, or relate to Agency's gross negligence or willful misconduct in performing the Services under this Agreement. Agency shall not be liable for any delay in or omission of publication or transmission, or for any error in any press or other publication, to the extent that such delay, omission, or error is outside Agency's control or is the result of any third party's action or inaction.

**3.3** The indemnifying party's obligations under this Agreement are conditioned upon (i) the other party's giving prompt, written notice of a Claim; (ii) the indemnifying party having sole control of the defense and settlement of a Claim (provided that the indemnifying party may not settle any Claim in a manner that would adversely affect the other party's rights, reputation or interests without the other party's prior written consent, which shall not be unreasonably withheld); and (iii) the other party's cooperation with the indemnifying party, at the indemnifying party's expense, in the defense and settlement of the Claim, as the indemnifying party may reasonably request. The party seeking indemnification shall have the right to participate in the defense thereof with counsel of its choosing at its own expense.

**3.4** In addition, in matters in which Agency is not an adverse party, Client shall pay or reimburse Agency for all reasonable staff time, attorneys' fees and expenses Agency incurs in relation to subpoenas, depositions, discovery demands and other inquiries in connection with suits, proceedings, governmental, legislative or regulatory hearings, investigations or other civil or criminal proceedings in which Client is a party, subject or target.

**3.5** This Section shall survive termination or expiration of this Agreement.

**4. Term.** This Agreement shall commence effective as of **August 02** until **November 02, 2024.** Thereafter, the agreement shall continue on a month-to-month basis until terminated by either party as provided herein.

**5. Termination**. After the initial one (1) month period, either party may terminate this Agreement for any reason by providing the other party with not less than ten (10) days written notice. In addition, either party may terminate this Agreement upon ten (10) days written notice to the other party in the event of a material breach of this Agreement (including non-payment of any invoice), if such breach is not corrected by the other party within the ten-day period. Either party may immediately terminate this Agreement if the other becomes insolvent; is unable to pay its debts as they mature; is the subject of a petition in bankruptcy or of any other proceeding under bankruptcy, insolvency or similar laws; makes an assignment for the benefit of creditors, or is named in, or its property is subjected to, a suit for the appointment of a receiver; or is dissolved or liquidated. The respective rights and duties of the parties shall

THE
AGENCY
GROUP PR

continue in full force and effect during the notice period. Upon expiration or termination of this Agreement, Client shall pay Agency fees through the termination date and reimburse Agency for expenses incurred through the termination date. In addition, Client shall either assume liability or pay Agency for non-cancelable expenses committed to be incurred prior to the termination date. This Section shall survive termination or expiration of this Agreement.

6. **Limitation of Liability**. EXCEPT WITH RESPECT TO ANY AND ALL LIABILITY ARISING FROM AGENCY'S OBLIGATIONS IN SECTION 3 (INDEMNIFICATION), AGENCY'S AGGREGATE LIABILITY ARISING OUT OF, OR RELATING TO, THIS AGREEMENT (WHETHER IN CONTRACT, TORT OR OTHER LEGAL THEORY) SHALL NOT EXCEED THE AMOUNT OF FEES PAID BY CLIENT TO AGENCY PURSUANT TO THIS AGREEMENT. IN NO EVENT SHALL AGENCY BE LIABLE TO CLIENT FOR ANY SPECIAL, CONSEQUENTIAL, PUNITIVE OR OTHER INDIRECT DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST REVENUES OR PROFITS), WHETHER OR NOT NOTIFIED OF SUCH DAMAGES. This Section shall survive termination or expiration of this Agreement.

7. **Confidentiality**. Each party will use the commercially reasonable efforts to keep confidential all information and materials so designated by the other party and to limit access to such information and materials to those with a need to know for purposes of performing this Agreement. Notwithstanding the foregoing, each party acknowledges that information and materials shall not be deemed confidential for the purposes of this Agreement if such information and materials: (i) become publicly available through no wrongful act or breach of any obligation of confidentiality on the receiving party's part; (ii) are, at the time of disclosure, lawfully known to the receiving party without restriction on disclosure; (iii) are independently developed or obtained by the receiving party without breach of this Agreement (iv) becomes available to the receiving party on a non-confidential basis from a source other than the disclosing party, provided such source is not bound by a confidentiality agreement with, or other contractual, legal or fiduciary obligation of confidentiality, to the disclosing party with respect to such information or (v) are authorized for release by the disclosing party. In the event that a party is, in the context of a legislative, administrative or judicial proceeding, requested or required (by oral questions, interrogatories, regulations, orders, requests for information or documents in legal proceedings, subpoena, civil investigative demand or other similar legal process) to disclose any confidential information, such party shall provide the other party with prompt written notice of any such request or requirement, if and to the extent permitted by law, and shall refrain from disclosure so that the other party may in its sole discretion and at its sole expense seek a protective order or other appropriate remedy and/or waive compliance with the provisions of this Agreement.

8. **Non-Solicitation of Employees**. During the term of this Agreement and for one (1) year after its termination, Client will not, without the written consent of Agency, knowingly solicit (either directly or indirectly) any Agency employee with whom Client came into contact during the performance of this Agreement, for the purpose of engaging such employee as an employee, consultant, agent or other independent contractor. In the event Client does so solicit and employ or engage any person so employed by Agency, Client shall pay Agency a fee equal to the total amount of such employee's annual cash and non-cash compensation as a reimbursement to Agency of its recruitment and training costs. This Section shall survive termination or expiration of this Agreement.

9. **Choice of Law and Jurisdiction**. This Agreement shall be construed in accordance with the laws of the State of California, regardless of any conflict of law rules. Any and all claims controversies, disputes, demands, counts, or causes of action arising out of, touching on, or relating to this Agreement (including, without limitation, its formation, performance, or alleged breach), shall be submitted to JAMS and shall be resolved exclusively by confidential binding arbitration in Los Angeles County, California, in accordance with the JAMS's rules for commercial arbitration by one arbitrator appointed in accordance with said rules. The arbitrator shall apply California law, without reference to rules of conflicts of law or rules of statutory arbitration, to the resolution of any dispute. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. Notwithstanding the foregoing, the parties may apply to any court of competent jurisdiction for preliminary or interim equitable relief, or to compel arbitration in accordance with this paragraph, without breach of this arbitration provision.

**10.** **Compliance with Laws.** Client and Agency shall comply with, and be in compliance with, all applicable federal, state and municipal statutes, laws, ordinances and regulations, including, without limitation, those relating to privacy, security, environment, Occupational Safety and Health Administration, labor standards, and any required permits, licenses and certifications.

**11.** **Survival.** The respective rights and obligations of the parties set forth in this Agreement shall survive the expiration or termination of this Agreement to the extent necessary to the intended preservation of such rights and obligations.

**12.** **General**. This Agreement sets forth the entire agreement between the parties with respect to the subject matter hereof, supersedes all prior understandings and agreements relating thereto, and may not be modified except by a written agreement signed by both of parties. The language contained herein shall be construed as a whole according to its fair meaning, and neither party shall be deemed the draftsman of this Agreement or any part hereof, for purposes of any litigation which may arise hereafter between the parties. If any provision or portion of this Agreement shall be held for any reason to be unenforceable or invalid, the remainder of this agreement shall remain valid and enforceable between the parties just as if the provision held to be invalid or unenforceable had never been included in the Agreement. The section headings contained herein are for reference purposes only and shall not in any way affect the meaning or interpretation of this Agreement. Client shall not assign, transfer, delegate, or subcontract any of its rights or obligations under this Agreement without the prior written consent of Agency. Any purported assignment or delegation in violation of the foregoing shall be null and void. Agency may at any time assign or transfer any or all of its rights or obligations under this Agreement without Client's prior written consent. Nothing contained herein shall be construed to constitute a partnership or joint venture between the parties. This Agreement hereto may be executed in multiple counterparts, each of which shall be deemed an original, and all of which shall constitute but one agreement. Copies of this Agreement, including any emailed PDF or copies, may be used in lieu of the originals for all purposes.

Your signature below confirms that you, as an authorized representative of Client, enter into this Agreement on behalf of Client.

| | |
|---|---|
| ACCEPTED AND AGREED: | ACCEPTED AND AGREED: |
| **WAYFARER STUDIOS** | **THE AGENCY PR GROUP LLC** |
| By: [signature] | By: Melissa Nathan [signature] |
| Name: Jamey Heath | Name: Melissa Nathan |
| Title: CEO | Title: Founder & CEO |

THE
AGENCY
GROUP PR

**SCOPE OF WORK (SOW)**

Our approach will include the following elements:

**CRISIS PREVENTION & MITIGATION**

Support Justin Baldoni, Wayfarer Studios and its applicable executives with independent strategic counsel and perspective.

- Curate statements, background information, and talking points for press reflecting the company's core values, key messaging and the integral role they played to bring this film to life.
- Develop a comprehensive scenario planning document outlining a series of potential outcomes
- with a suggested course of action for each variable.
- Catalog third party validators from the crew, previous projects, and other industry peers to
- establish credibility around the narrative and help shape perception in the press.
- Provide input on specific inquiries and liaise with reporters to mitigate negative stories/correct
- inaccuracies.
- Monitor coverage and social conversations, correcting and updating stories & headlines in real
- time.

**BRANDING & MESSAGING**

As needed, our team can be helpful in identifying and supporting future proactive opportunities to further assuage any potential negativity. These efforts will include:

- Align with Jonesworks and team on the timeline for the coming months to establish key moments and determine accessible opportunities.
- Support Jonesworks in media management as appropriate, to ensure Justin, the company, and its team are positioned in a positive light.
- Define target audiences and identify areas of focus and sensitivity.
- Review, refine, and help to create all existing communications materials and incorporate
- consistent, unified messaging, including but not limited to, boilerplates, talking points, press
- releases, statements, event and appearance materials, promotional language, and more.
- Curate statements, background information, and responses for press.
- Provide input on press inquiries as appropriate and liaise with reporters through this time of
- crisis to filter through opportunities and determine which are valuable to Justin, Wayfarer
- Studios, and executives' overall profiles and reputations.
- Manage and oversee any potentially negative stories and correct inaccuracies, as necessary.
- Work with Jonesworks and team to monitor relevant coverage and social conversations while
- flagging, correcting, and updating as needed, adding statements, and background items, and
- more in real time.
- Perform media training and prep sessions by drafting and reviewing talking points and
- facilitating a mock interview experience, as necessary.

Dropbox Sign

Audit trail

| | |
|---|---|
| Title | TAG Agreement / PR Engagement / Execution Copy |
| File name | Wayfarer_Studios_...ter_-_Updated.pdf |
| Document ID | bf6674b23d2ace529a1efb87bbec52c31e75bb93 |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

## Document History

| | | |
|---|---|---|
| SENT | **08 / 03 / 2024** 02:20:13 UTC | Sent for signature to Jamey Heath [redacted] from [redacted] IP: 76.32.233.14 |
| VIEWED | **08 / 03 / 2024** 07:06:05 UTC | Viewed by Jamey Heath [redacted] IP: 76.95.35.44 |
| SIGNED | **08 / 03 / 2024** 07:06:16 UTC | Signed by Jamey Heath [redacted] IP: 76.95.35.44 |
| COMPLETED | **08 / 03 / 2024** 07:06:16 UTC | The document has been completed. |

# Exhibit 9

## chat126773495392790158

**Thread Participants:** [redacted] Jamey Heath; [redacted] Mitz Toskovic (Owner); [redacted]; [redacted] Mitz Toskovic (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Mitz Toskovic (Owner);

**First Message:** 7/31/2024 10:46:35 PM
**Last Message:** 7/31/2024 11:06:54 PM

---

[redacted] **Jamey Heath**
Ummmm.. Jen... It's growing
7/31/2024 10:46:35 PM

[redacted]
Thanks for the call. Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi :)
7/31/2024 11:03:58 PM

[redacted] **Mitz Toskovic (Owner)**


7/31/2024 11:05:25 PM

[redacted]
So your call jamey was perfectly timed. She is armed and ready. I'm going to connect her to Melissa tomorrow just to have in our pocket.
7/31/2024 11:06:33 PM

[redacted] Jamey Heath

👍●🍸●👍●

7/31/2024 11:06:54 PM

# Exhibit 10

***CONFIDENTIAL***

**SCENARIO PLANNING – IT ENDS WITH US**

**OBJECTIVE**

Protect the reputation of Justin Baldoni, Jamey Heath, and Wayfarer Studios in the lead up, during, and following the premiere of It Ends with Us, underscore the achievement and efforts of the Wayfarer team in bringing this movie to life, and emphasize Justin and the studio's commitment to their team and making the broader industry a more inclusive space.

**OVERVIEW**

Though there are several potential scenarios at play here which we should be prepared for, should BL and her team make her grievances public – via a blatant story or subtle leak. Given she was made to compromise with the premiere, we feel she will move forward with doing so.

Our recommendation is to get ahead of this narrative, owning any misconceptions and addressing them head on. Ultimately, we need to be ready to take the air out of any story that does arise, as well as commentary and/or background narrative BL and her team put together, without being the louder antagonizer.

The TAG team will continue to media monitor, flag, and respond to any media proactively reaching out / reporting on the issue and will send regular reports on existing chatter that may arise. Additionally, our team's digital experts will continue to monitor and flag any online content related to the crisis and/or mitigate if false narratives begin in the digital space.

**Crisis Mitigation and Rapid Response**

- Our team will establish a "rapid response" communication system which keeps Justin, Jamey, and Wayfarer Studios abreast of new coverage and narrative trends in real time, both in traditional media and social media.
- Alongside Jen Abel and her team, we will manage media inquiries regarding the news on background as "sources familiar."
- Working with legal as appropriate, we will provide information to ensure our narrative is properly represented in any and all coverage.
- TAG will confirm outlets intending on covering the story, especially those impactful to Justin, Jamey, and Wayfarer's interests, are fully briefed on the situation including and not limited to The Hollywood Reporter, Variety, Deadline, The Wrap, New York Post, Daily Mail, etc.
- We will run real-time media monitoring reports with multiple daily updates on any coverage that arises and impact that the PR teams have had on stories.
- Further, we will produce daily sentiment reports which capture the reach and attitude of opinions online related to the issue and towards Justin, Jamey, and Wayfarer. These reports will also qualify the level of impact these stories have and the gradual decrease in interest post-crisis on this narrative.

**Preparation Materials:**

- Our team will develop clean, topline messaging outlining the facts in conjunction with Jen Abel and her team.
- Our team and Wayfarer Studios will discern what assets pertaining to communications, schedules, times when BL called out, etc. that we can share for off record and/or for context

purposes with journalists.
- Our team and Wayfarer Studios, alongside Jen Abel and team, will catalog third party advocates willing to provide a potential quote or engage with reporters on Justin and Jamey's behalf to mitigate negative narratives from a source outside of Wayfarer.
- Our team will collate a list of people who have publicly discussed their positive working experience with Justin – examples include Brandon Skylnar / Forbes, Colleen Hoover / Entertainment Weekly, etc.

**Key Messaging Points:**

- JB's stellar reputation among colleagues and industry peers - numerous quotes and interviews sharing positive experiences.
- JB has been a longtime activist and advocate of and for women in Hollywood, speaking out about challenges his colleagues faced before the Me Too movement even began (TED 2017).
- The "Man Enough" podcast has been a source of inspiration since it began, fostering a safe, encouraging environment for a range of perspectives to meet and discuss gender roles and how their rigidity affects everyone.
- While JB and JH attempted to foster a kind, safe, creative environment on set during a challenging period in Hollywood – resurgence of COVID-19, the writers strike, the SAG AFTRA strike – their efforts were continuously thrown back in their faces.
- Production members lost their jobs due to BL's takeover and insisted upon involvement – including loss of budget due to rescheduling shoot days when BL refused to show up.
- When BL wasn't able to get her way on set or behind the scenes, she involved her husband to create an ilmbalance of power between her and JB. RR went so far as to use his power to call agents and agencies, Sony, and other key players so that BL would get her way.
- BL's less than favorable reputation in the industry spans decades and has been reported – there were issues on Gossip Girl, the Town, A Simple Favor, and more.
- There is a clear, likely motive due to the film's value and fanbase, in which BL is attempting to bully her way into buying the rights for It Starts With Us.
- Our team will also include additional positive stats re: JB's career, his accolades, his inspiration to take on this project, obstacles he overcame, what's in store, etc.

**IF/THEN PLAN OF ACTION:**

**Scenario 1: Blake and team push out negative story re: Justin / Wayfarer post-premiere**

- Depending upon the scope of her push, we recommend planting a seed earlier on to position your truth / narrative around the ordeal in a subtle way to avoid having to backtrack.
- An idea for this, and working alongside Jen, is giving a friendly reporter who is covering the film a simple line hinting that while you and Blake didn't always agree at times "had our differences" you have respect for her. This way, if BL stories are softer, we don't look so aggressive. If it's a hit piece, then we've tee'd up reporters properly that there were issues with her. We would also ensure the story is broader, about the film, inspiration, etc. so that the line is one part of a larger piece.
- If her team is working on a longer lead, negative narrative, we would be given (a short) heads up in advance of the story and would, alongside Jen, correct inaccuracies in fact checking, mitigate false narratives, and point reporters toward third party advocates who can speak positively on your behalf.
- We would then brief people with a more robust version of the facts, executing a background approach, using third party advocates, and off record conversations with trusted friendlies to depict the truth of the situation. Targets would include popular industry newsletters (targeting industry peers, studio execs, investors, etc.) and social media (targeting JB's fanbase and those of

the novel/film) as well as trades / mainstream entertainment. Background information would include:

- Background briefing would clarify any misconceptions, what was taken out of context, and what can be chalked up to simple misunderstanding or miscommunication.
- Background briefing would highlight JB, JH, and Wayfarer's side of the story, what their truth is as it pertains to any allegations or negativity, facts based on the timeline, and issues they experienced on their end e.g. lost days of shooting, consistently adhering to demands, etc.
- Background briefing would include the fact that production members lost their jobs due to her involvement / takeover.
- Background briefing would include the numerous articles, interviews, and quotes of past colleagues who openly love working with Justin, and pointing to BL's less than favorable reputation of her twenty-year career.
- Background briefing would include pointing people to positive commentary, quotes, interviews from colleagues and peers of Justin praising his work, etc.

**Scenario 2: Blake subtly hints at her "experience" in post-premiere coverage, either in an interview, op ed, or otherwise.**

- Our prediction is that should BL address her "experience" on set in upcoming press, she will not name you directly but rather pepper in "easter eggs" alluding to your involvement, being mindful not to completely jeopardize her potential involvement with the film's sequel, while still planting seeds of doubt and speculation – especially amongst the passionate fan base.
- BL and her team have already begun to plant seeds around this, in insisting promotion be kept separate. Fans have already begun to speculate on socials that something is amiss.
- These pieces will likely come out following any potential hit piece and/or coverage from the premiere. Our recommended approach would be to provide reporters who reach out for comment, should it be obvious she's referring to you, with the appropriate background information (listed in Scenario 1) to ensure their stories are balanced and the speculation can be turned to another one of the many people she's had issues working with (Leighton Meester, Anna Kendrick, Ben Affleck, etc.).
- Additionally, we would advise taking further ownership of this narrative as an emerging director, lessons learned managing different egos, being the subject to an imbalance of power and/or navigating Hollywood, remaining dedicated throughout more challenging processes to protect the crew and production members, etc. – remaining strong but not specific or combative.
- This messaging can be woven into more positive press about the film, placed by Jen and team, so that you stay on the high road while sharing your truth in a respectful way. A subtle way to do this is to address some of the issues you faced on your podcast, and open the floor to discuss ways in which imbalances of Hollywood still need to be addressed, how teams can create safe environments for all cast and production members on set, etc.

**Scenario 3: Ryan comes forward in defense of his wife**

- Should Ryan come forward in defense of his wife, we would advise against any direct engagement, statement, etc.
- Inquiring reporters, and those in need of updating, would be given a pre-approved line of background, attributed to source, implying his lack of connection or involvement with the making of the film and that this is another imbalance of power and attempt to strongarm production by major A-list stars.
- Our team would also suggest (and will work with Jen Abel and her team on this) placing proactive interviews for Justin around the movie's debut, to speak to his first time directing, what it's like to produce, direct and star in a movie, the difference between being in charge and

being one of the cast, "lessons learned" from his first experience as a director, and what's to come in the IEWU universe.

- This will get ahead of any potential negative news placed by BL and/or her team, and seed doubt should BL or RR come forward with negative messaging.
- As part of this, our team can also explore planting stories about the weaponization of feminism and how people in BL's circle like Taylor Swift, have been accused of utilizing these tactics to "bully" into getting what they want.

# Exhibit 11

[redacted]

**Thread Participants:** [redacted] Henny Grace (Owner); [redacted] Jennifer Able; [redacted] Justin Baldoni (Owner); [redacted] J B (Owner)
**Active Participants:** [redacted] Henny Grace (Owner); [redacted] Jennifer Able
**First Message:** 8/5/2024 10:42:14 AM
**Last Message:** 8/5/2024 4:24:29 PM

---

[redacted] **Jennifer Able**
Sony is having a hard time with the word "friction". They think it will be taken out as clickbait. They obviously don't know about our strategy but let's stick to the words of "challenge" and the role you had as director to get everyone to come together and be on the same page to create something beautiful. LOVE what you're saying about the intimacy coordinators and stunt coordinators and how involved Blake was in the scenes to ensure everyone felt safe. That you took a step back. That's EXCELLENT.
8/5/2024 10:42:14 AM

[redacted] **Henny Grace (Owner)**
This is what we would need




8/5/2024 12:06:57 PM

[redacted] **Jennifer Able**
Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital
8/5/2024 12:08:10 PM

[redacted] **Jennifer Able**
Focus on reddit, TikTok, IG
8/5/2024 12:08:16 PM

[redacted] Henny Grace (Owner)
https://www.celebritykind.com/link-in-bio/
<__Library_SMS_Attach_1_ac_12_A03417_1_714009_1
>
<__Library_SMS_Attach_1_4e_14_B0590C_1_E75C6F_
1>
<__Library_SMS_Attach_1_98_08_F9CF27_1_5BA6FA_
1>
8/5/2024 2:44:25 PM

[redacted] Henny Grace (Owner)
She wants to interview me
8/5/2024 2:44:25 PM

[redacted] Jennifer Able
Want to have her email me?
8/5/2024 2:44:57 PM

[redacted] Henny Grace (Owner)
She is emailing - I said I would make it happen
8/5/2024 3:57:06 PM

[redacted] Jennifer Able
Loved "She is emailing - I said I would make it happen
"
8/5/2024 3:58:46 PM

[redacted] Henny Grace (Owner)
<__Library_SMS_Attach_1_46_06_2AA131_1_Justin_1.h
eic>
8/5/2024 4:24:29 PM

11:47

82

Post

. @selovelenaa

Follow

hailey bieber's history of bullying many women (not just selena gomez) throughout the years: thread ~



10:07 AM · 8/4/24 From Earth · **19M** Views

**6.9K** Reposts **2.3K** Quotes

**105K** Likes **33K** Bookmarks

. @selovelenaa · 1d
shading halsey by saying "can you change the station" while her song is playing and posting it

Post your reply

# Exhibit 12

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 8 |
| Total Messages: 81 | Date Range: 8/6/2024 - 8/7/2024 |

### Outline of Conversations

[redacted]**/System Message chatroom** • 81 messages between 8/6/2024 - 8/7/2024 • [redacted] • [redacted] • Jen Abel [redacted] • Jen Abel New Number [redacted] • Katie Case [redacted] • Matthew Mitchell [redacted] • Nathan Melissa [redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted] **/System Message chatroom**

KC **Katie Case** [redacted] 8/6/2024, 8:38 PM
Great to see JB included in the Wrap's post which was shared in collaboration with Brandon!

KC **Katie Case** [redacted] 8/6/2024, 8:38 PM
https://www.instagram.com/p/C-WPduDyoRP/?igsh=M29mdDExeXF3cXpz

*Attachment: __Libr_1(5) (31 KB)*

*Attachment: __Libr_1(6) (119 KB)*

MM **Matthew Mitchell** [redacted] 8/6/2024, 8:40 PM
He's speaking to the wrap again tomorrow too.

MM **Matthew Mitchell** [redacted] 8/6/2024, 8:40 PM
justin is speaking to the wrap again tomorrow too.

KC **Katie Case** [redacted]) 8/6/2024, 8:41 PM
Loved "justin is speaking to the wrap again tomorrow too."

KC **Katie Case** [redacted] 8/6/2024, 9:03 PM
Additionally — our team pulled a social media sentiment report this evening, and general overview of response across platforms (incl. X, YouTube, Facebook, Instagram, LinkedIn, and blogs) from today. The report specifically analyzes response to Justin--independently and in relation to It Ends with Us and Blake Lively.

With the majority of the coverage emerging from the US (Brazil in second), the sentiment was overwhelmingly positive or neutral at a combined 87.5%. Words most associated with Justin included "main character," "Jane the Virgin,' "sequel," a heart emoji, and various other characters.

So while there's chatter about him doing press separately — the sentiment overall remains positive for the time being. We'll continue to flag items in real time of course, but wanted to share this in the meantime.

JA **Jen Abel** [redacted] 8/6/2024, 9:04 PM
Thanks!

KC **Katie Case** [redacted] 8/6/2024, 9:05 PM
Of course!

MM **Matthew Mitchell** [redacted] 8/6/2024, 9:06 PM
https://www.instagram.com/reel/C-WQXpby0oP/?igsh=MWQ1ZGUxMzBkMA==

*Attachment: __Libr_1(7) (72 KB)*

*Attachment: __Libr_1(8) (30 KB)*

*Attachment: __Libr_1(9) (31 KB)*

KC **Katie Case** [redacted] 8/6/2024, 9:07 PM
Excellent this fits exactly into what we can use narrative wise!

# [redacted] 8/6/2024, 9:08 PM
Imagine being a director and an actresses's not involved husband is wanting to write a scene....

KC Katie Case [redacted] 8/6/2024, 9:09 PM
Emphasized "Imagine being a director and an actresses's not in..."

KC Katie Case [redacted] 8/6/2024, 9:09 PM
https://x.com/brvttie/status/1820970977087365213?s=46&t=jViqTZARji93-nMEMLLmJQ

*Attachment: __Libr_1(10) (789 bytes)*

*Attachment: __Libr_1(11) (317 KB)*

KC Katie Case [redacted] 8/6/2024, 9:09 PM
Another speculative thread — not negative just questioning why things are being done separately.

MM Matthew Mitchell [redacted] 8/6/2024, 9:12 PM
Emphasized "Imagine being a director and an actresses's not in..."

KC Katie Case [redacted] 8/6/2024, 9:34 PM
This is a tweet from a reporter who writes for Paper and WWD:
https://x.com/kanika_talwar/status/1820995177097380088?s=46&t=jViqTZARji93-nMEMLLmJQ

We'll monitor for any carry over into traditional media from this.

# [redacted] 8/7/2024, 8:34 AM
Morning - flagging that the NotSkinnyButNotFat Instagram account has posted several stories questioning why Justin was not doing press alongside BL/cast. She recently had Ryan on last week as a guest for her podcast

# [redacted] 8/7/2024, 8:34 AM
Nothing bad just speculation

# [redacted] 8/7/2024, 8:39 AM
And about to watch Colleen Hoover on Today show in 3 mins␟␟Also, are there any embargoed pieces from Justin's press day which should keep watch for / any upcoming breaks we know of?

KC Katie Case [redacted] 8/7/2024, 8:39 AM
Emphasized "And about to watch Colleen Hoover on Today show in..."

JA Jen Abel [redacted] 8/7/2024, 8:42 AM
Great Justin is on cbs this morning live right now

JA Jen Abel [redacted] 8/7/2024, 8:43 AM
Press from the junket will be breaking today/tomorrow

JA Jen Abel [redacted] 8/7/2024, 8:43 AM
Here's our schedule for today and rest of the week so you guys can track as well[url:'https://p41-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']

*Attachment: __Library_SMS_Attachments_98_08_1D3BB3A3-874A-491C-B2DD-D7C2638549B7_JB x IT ENDS WITH US Press Schedule.docx (1 MB)*

MM Matthew Mitchell [redacted] 8/7/2024, 8:43 AM
Forbes is today too

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Loved "Press from the junket will be breaking today/tomor…"

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Liked "Great Justin is on cbs this morning live right now"

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Loved an attachment

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Liked "Forbes is today too"

JA **Jen Abel** [redacted] 8/7/2024, 9:49 AM
Justin wants you melissa to thank the deux moi ladies for how they have been so supportive and covering the movie 😂

KC **Katie Case** [redacted] 8/7/2024, 10:04 AM
Emphasized "Justin wants you melissa to thank the deux moi lad…"

NM **Nathan Melissa** [redacted] 8/7/2024, 10:16 AM
Morning everyone.
I will, I actually have a call in with her today.

My concerns start today.

MM **Matthew Mitchell** [redacted] 8/7/2024, 10:18 AM
Thr acknowledges how Hoovers novel drew criticism. This speaks to why he's been separate too!

MM **Matthew Mitchell** [redacted] 8/7/2024, 10:18 AM
https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-1235967117/

*Attachment: __Libr_1(12) (230 KB)*

*Attachment: __Libr_1(13) (2 KB)*

KC **Katie Case** [redacted] 8/7/2024, 10:21 AM
Yes! Perfect.

KC **Katie Case** [redacted] 8/7/2024, 10:21 AM
Emphasized "Morning everyone.
I will, I actually have a call i…"

JA **Jen Abel** [redacted] 8/7/2024, 10:28 AM
Not a very good review though so let's not push this out lol

KC **Katie Case** [redacted] 8/7/2024, 10:49 AM
We won't, but good to have just in case as part of our arsenal.

KC **Katie Case** [redacted] 8/7/2024, 11:33 AM
Good excerpts from the Washington Post: https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/ (https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)

1. Yet, as a director, Baldoni is even more of a seducer than his own paper-perfect character. He knows that wounded, brooding sex symbols like Ryle are an irresistible erotic trope stretching from Jane Eyre's Mr. Rochester to "Fifty Shades of Grey's" pommel-horse-riding billionaire Christian Grey. Fans pant for romantic male leads who blur the line between passionate and aggressive — and that murk is exactly what the story explores. How can an extravagant gesture double as a red flag? How do emotionally smart girls who've vowed never to repeat their parents' mistakes wind up doing just

that — and how long will it take them to recognize it?

2. Baldoni more generously recognizes that he's playing a human work-in-progress, but we rarely have a sense of what's happening underneath his smolder, perhaps because Ryle hasn't had enough therapy to know.

MM **Matthew Mitchell** [redacted] 8/7/2024, 11:33 AM

Liked "Good excerpts from the Washington Post: https://ww…"

JA **Jen Abel** [redacted] 8/7/2024, 11:34 AM

Loved "Good excerpts from the Washington Post: https://ww…"

MM **Matthew Mitchell** [redacted] 8/7/2024, 12:09 PM

https://www.tiktok.com/t/ZTNgDyL8Y/

*Attachment: __Libr_1(14) (96 KB)*

*Attachment: __Libr_1(15) (19 KB)*

KC **Katie Case** [redacted] 8/7/2024, 12:10 PM

Thank you! We're keeping an eye on her, she's posted a few things about this.

KC **Katie Case** [redacted] 8/7/2024, 12:23 PM

[url:'https://p63-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN0 0']

*Attachment: __Library_SMS_Attachments_ee_14_0174E719-C72E-4CAA-B476-D38FA392755B_Screenshot 2024-08-07 at 09.19.22.HEIC (37 KB)*

KC **Katie Cas**[redacted] 8/7/2024, 1:32 PM

Sending as an FYI, though we know Melissa is speaking with her today.[url:'https://p32-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN0 0']




*Image: __Library_SMS_Attachments_97_07_A8E82184-FEF6-41E3-ABEF-F2E644784613_IMG_2711.PNG (341 KB)*

JA Jen Abel [redacted] 8/7/2024, 1:56 PM
Can we source to them that it's literally nothing no beef just the canned content when he was out of the country etc?

KC Katie Case [redacted] 8/7/2024, 2:01 PM
Liked "Can we source to them that it's literally nothing ..."

NM Nathan Melissa [redacted] 8/7/2024, 2:06 PM
Yes waiting for the call but I'm sure she's been briefed

NM Nathan Melissa [redacted] 8/7/2024, 2:06 PM
The other side too

KC Katie Case [redacted] 8/7/2024, 2:34 PM
https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-questions/

*Attachment: __Libr_1(16) (256 KB)*

KC Katie Case [redacted] 8/7/2024, 2:34 PM
First press piece on this — while this is a minor outlet, we'd like to discuss how to engage asap and shut this down with our proposed language. We can also provide suggested language if you prefer to reach out Jen/Matthew.

# [redacted] 8/7/2024, 2:35 PM
Especially if we know less than favorable piece is likely coming

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
We need to change this guys

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
It says this within. The headline is clickbait

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
The fact that Justin Baldoni was missing from the press tour might be suspicious, but it might not necessarily mean there's any drama there. The actor was recently hospitalized and unable to attend some events due to an undisclosed infection, which he posted about on his Instagram (https://www.instagram.com/p/C8DBYugvM8K/?utm_source=ig_embed&ig_rid=bd588e4a-4431-486d-8d57-7dabab9759c4) in early June. He has also addressed his role as Ryle Kincaid, noting the differences between him and the character, so Baldoni's absence from the press events might be an attempt to not glamorize the film's domestic violence issue. Baldoni previously expressed (https://www.news18.com/movies/justin-baldoni-says-a-lot-of-fear-came-up-when-he-decided-to-play-ryle-in-it-ends-with-us-8982878.html)
, "Ryle was a complex character, I had a lot of fear come up to play this person who is so different than who I am. I had never gone to the places that Ryle does in the film."

NM Nathan Melissa [redacted] 8/7/2024, 2:41 PM
Have you received one email enquiry

JA Jen Abel [redacted] 8/7/2024, 2:41 PM
No

NM Nathan Melissa [redacted] 8/7/2024, 2:44 PM
this is speculation and gossip.
It's a bloggy thing as you know.

We can start to tee this up in a major as to JB and his travels and all - or speak to Belloni about how good he did in media

But , the minute we start pushing out stories considering that you have not received one request for comment isn't the wisest move right now.

# [redacted] 8/7/2024, 2:44 PM
And as right now it's speculation with no exact details being included in the rumor mill, it will peak interest

JA Jen Abel [redacted] 8/7/2024, 2:45 PM
I trust you guys but one article that leads with "avoiding others like the plague" I feel opens the floodgates

# [redacted] 8/7/2024, 2:46 PM
We'll connect with them to chat but flagging they may push back without having a substantial fact to correct headline

JA Jen Abel [redacted] 8/7/2024, 2:46 PM
I defer to you guys

# [redacted] 8/7/2024, 4:03 PM
Flagging The Sun article. Complete regurgitation of what's circulating online - verbatim usage of Instagram posts and TikTok's which is why social help to quiet/kill this will be so helpful.

But it's key to note there's nothing new here -

# [redacted] 8/7/2024, 4:03 PM
https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/

*Attachment: __Libr_1(17) (3 KB)*

*Attachment: __Libr_1(18) (170 KB)*

JA Jen Abel [redacted] 8/7/2024, 4:03 PM
Let's please start having social kill asap

JA Jen Abel [redacted] 8/7/2024, 4:04 PM
And pls send strategy as we discussed now that this has evolved, if it makes sense for him to get ahead of this

# [redacted] 8/7/2024, 4:04 PM
Also includes social posts of people reiterating being away

"I know Justin is so cool yall are missing him," the user wrote.
"He was sick, celebrated their anniversary, his wife's birthday. He is posting not doing the group tours."

# [redacted] 8/7/2024, 4:04 PM
Yes sending shortly

# [redacted] 8/7/2024, 4:19 PM
We are starting to hear things from our friendlies in the last 20 mins, daily mail, TMZ, NYP. So need to shift messaging we're exploring for tomorrow

# [redacted] 8/7/2024, 4:19 PM
And potentially getting ahead of this / Belloni item

JA Jen Abel [redacted] 8/7/2024, 4:22 PM
Please draft direction we need to take

# [redacted] 8/7/2024, 4:43 PM
Just sent email

NM **Nathan Melissa** [redacted] 8/7/2024, 5:36 PM
On great so 3:30pm works PT

NM **Nathan Melissa** [redacted] 8/7/2024, 5:36 PM
For a call

JA **Jen Abel** [redacted] 8/7/2024, 5:38 PM
Let's do it please can you guys send a zoom link I've texted Jamey to make sure he can join.

# [redacted] 8/7/2024, 5:41 PM
Confirming us here + Justin + Jamey for call? We'll send cal invite and zoom link

JA **Jen Abel** [redacted] 8/7/2024, 5:42 PM
Yes pls

KC **Katie Case** [redacted] 8/7/2024, 7:41 PM
This is interesting: https://vm.tiktok.com/ZGevyVcsv/

Screenshots of her theories which aren't correct, but are calling out Blake and Ryan for acting insidiously.[url:'https://p33-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']
[url:'https://p33-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

*Attachment: __Library_SMS_Attachments_72_02_3CF648DD-52C9-4DC7-AD5E-5DC52CC47A47_Screenshot 2024-08-07 at 16.23.32.HEIC (107 KB)*

*Attachment: __Library_SMS_Attachments_7d_13_29252362-0BB7-421D-8A78-9934474E5024_Screenshot 2024-08-07 at 16.22.54.HEIC (101 KB)*

KC **Katie Case** [redacted] 8/7/2024, 7:47 PM
We also just pulled a sentiment report for the day for a holistic look at socials overall on X, YouTube, Facebook, IG, etc.

Again, this is specifically analyzing social chatter related to Justin--independently and in relation to It Ends with Us, Blake Lively, and the #itendswithus hashtag.

As yesterday, sentiment remained overwhelmingly positive or neutral at a combined 83%. Words most associated with Justin included "premiere," "review," "director," "lead role," "red carpet,", and various characters and premiere attendees from photo roundups. The only word perhaps of note is "drama," although this phrase does refer to the film's genre and was cited frequently in review headlines and social posts.

JA **Jen Abel** [redacted] 8/7/2024, 7:47 PM
That's great. Please send the drafted messaging when you can so we can share with him tonight but he feels good about the call and feels protected

JA **Jen Abel** [redacted] 8/7/2024, 7:47 PM
Appreciate you guys

KC **Katie Case** [redacted] 8/7/2024, 7:48 PM
Absolutely, we'll send in the next several minutes. And so happy to hear that, it's what we're here for 🖤

# Exhibit 13

**From:** Katie Case [redacted]
**Sent:** Wed, 7 Aug 2024 14:50:11 -0400 (EDT)
**To:** Jamey Heath [redacted]; Jennifer Abel [redacted]
**Cc:** Melissa Nathan [redacted] Breanna B [redacted]
**Subject:** Social / Digital Mitigation / Remediation

Hi all,

I hope everyone is well. Following up on the social/digital conversation this morning, with specifics re: social and digital mitigation and remediation.

The team will focus on the social and digital elements – boosting SEO efforts and updating with new content to enforce SEO efforts, monitoring and directly influencing forums that are working against Justin and Wayfarer to adjust the narrative in real time, and collate assets and background to work in conjunction with Jen and her team, as well as TAG PR.

The integral part here is to execute all without fingerprints.

*Specific efforts include:*

- Monitor and report forums, threads, sites, links, and more that are working against Wayfarer Studios,
- Justin, and the overall narrative, as well as derogatory comments.
- Leverage relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and engage directly with communities to adjust or influence the conversations taking place in real time.
- Utilize CTR manipulation and contextual links to push up positive PR to change subject matter opinion on the first page of Google.
- Work to remove links that are harmful to Wayfarer Studios, Justin, and the narrative alongside the appropriate teams.
- Disavow and report outdated or cached non-relevant links, and cleanup spam and/or negative links that are ranked within the SERPs as needed.
- Properly and strategically monitor damaging Reddit/Subreddits, X, Discord, etc. – including threads related to concerning opposition and manage the narrative. This can be done with legacy admin for each platform. As part of this, expert admins will also monitor and protect peripheral elements like Wikipedia, fan pages, and more to ensure threads and narratives are handled appropriately.
- Actively sway the algorithm with one SEO charged hub/site, created and overseen by the team.
- Taking down full Reddit and all social accounts as needed.
- Organically engaging with audiences in the right way, starting threads with theories the team approves of, and asking questions that no longer place Wayfarer and Justin on the back foot.
- Changing the overall narrative and helping keep it on track.

The social team are now worried about Blake activating the Taylor Swift fan base, which is a major concern. With this in mind and to ensure Justin and the studio are 100% protected moving forward, they have now changed the fee to $30,000 per month due to the uptick in social chatter.

Please let us know either way, as well as if you have any questions.

Thank you,
Katie

# Exhibit 14

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 8 |
| Total Messages: 67 | Date Range: 8/8/2024 - 8/9/2024 |

### Outline of Conversations

[redacted] **/System Message chatroom** • 67 messages between 8/8/2024 - 8/9/2024 • [redacted] • [redacted] • Jen Abel [redacted] • Jen Abel New Number [redacted] • Katie Case [redacted] • Matthew Mitchell [redacted] • Nathan Melissa [redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

[redacted]/System Message chatroom

JA **Jen Abel** [redacted] 8/8/2024, 8:30 PM
[url:'https://p62-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']

*Attachment: __Library_SMS_Attachments_25_05_07D0417E-94B8-45C0-9A31-4F148213ED37_MOV_1624.MOV (6 MB)*

KC **Katie Case** [redacted] 8/8/2024, 8:31 PM
Thank you — we've flagged her to Jed and his team as well.

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
It looks like she took it down?

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
But she posted this

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
https://www.tiktok.com/t/ZTNpha8gr/

*Attachment: __Libr_1(52) (19 KB)*

*Attachment: __Libr_1(53) (80 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
https://www.tiktok.com/t/ZTNph5tHJ/

*Attachment: __Libr_1(54) (19 KB)*

*Attachment: __Libr_1(55) (47 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 8:34 PM
[url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']




*Image: __Library_SMS_Attachments_42_02_DB95512F-2FAD-4E13-990E-557E2819CA4E_IMG_2656.jpeg (192 KB)*

KC **Katie Case** [redacted] 8/8/2024, 8:37 PM
I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it.

KC **Katie Case** [redacted] 8/8/2024, 8:49 PM
Also if this isn't true… and I'll let Melissa and Breanna chime in too but this is ground for a cease and desist or legal.

JA **Jen Abel** [redacted] 8/8/2024, 9:05 PM
Pushing out some good press

JA **Jen Abel** [redacted] 8/8/2024, 9:05 PM
https://www.eonline.com/news/1405921/it-ends-with-us-justin-baldoni-praises-smart-and-creative-costar-blake-lively

*Attachment: __Libr_1(56) (5 KB)*

*Attachment: __Libr_1(57) (399 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 9:06 PM
https://www.instagram.com/p/C-bCO5JB99Y/?igsh=MzRIODBiNWFIZA==

*Attachment: __Libr_1(58) (31 KB)*

*Attachment: __Libr_1(59) (144 KB)*

KC **Katie Case** [redacted] 8/8/2024, 9:12 PM
Loved "Pushing out some good press "

KC **Katie Case** [redacted] 8/8/2024, 9:15 PM
Very interesting… wrong obviously but still interesting!

KC **Katie Case** [redacted] 8/8/2024, 9:15 PM
https://perezhilton.com/ryan-reynolds-cause-blake-lively-feud-justin-baldoni-it-ends-with-us-director/

*Attachment: __Libr_1(60) (185 KB)*

*Attachment: __Library_SMS_Attach_1_a8_08_BA5095_1_2FC192_1 (4 KB)*

SM **System Message (System Message)** 8/8/2024, 9:28 PM
[redacted] added [redacted] to the conversation

JA **Jen Abel** [redacted] 8/8/2024, 9:28 PM
Adding Jamey here too

JA **Jen Abel** [redacted] 8/8/2024, 9:29 PM
So we are all in sync - Justin on the other thread

KC **Katie Case** [redacted] 8/8/2024, 9:29 PM
Hi Jamey!

# [redacted] 8/8/2024, 9:30 PM
Hi Katie

JA **Jen Abel** [redacted] 8/8/2024, 9:33 PM
Just fyi not responding [url:'https://p48-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']



*Image: __Library_SMS_Attachments_04_04_41522C4D-942B-403E-90C7-44A714E10A34_IMG_2657.PNG (209 KB)*

KC **Katie Case** [redacted] 8/8/2024, 9:34 PM
Liked an image

MM **Matthew Mitchell** [redacted] 8/8/2024, 11:30 PM
https://people.com/blake-lively-ryan-reynolds-wrote-scene-it-ends-with-us-8692864

*Attachment: __Libr_1(61) (3 KB)*

*Attachment: __Libr_1(62) (228 KB)*

# [redacted] 8/8/2024, 11:58 PM
https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut

*Attachment: __Libr_1(63) (5 KB)*

*Attachment: __Libr_1(64) (509 KB)*

JA **Jen Abel** [redacted] 8/9/2024, 12:48 AM
Team just fyi we are pulling press for tomorrow. Not worth it with these local producers gunning for a comment

JA **Jen Abel** [redacted] 8/9/2024, 12:49 AM
Let's keep an eye out for chatter

NM **Nathan Melissa** [redacted] 8/9/2024, 12:49 AM
What is the language you are using to pull?

JA **Jen Abel** [redacted] 8/9/2024, 12:49 AM
He's exhausted. We wrapped the screening at midnight and he has been going for a full week of junket and we will get them next time we are in market

NM **Nathan Melissa** [redacted] 8/9/2024, 12:50 AM
Ok perfect.
Let's connect first thing

JA **Jen Abel** [redacted] 8/9/2024, 12:51 AM
Liked "Ok perfect.
Let's connect first thing "

# [redacted] 8/9/2024, 7:37 AM
https://www.tiktok.com/t/ZTNpQLQ5R/

*Attachment: __Libr_1(65) (7 KB)*

*Attachment: __Libr_1(66) (27 KB)*

*Attachment: __Libr_1(67) (139 KB)*

# [redacted] 8/9/2024, 7:37 AM
This woman was on set with Justin during 5 feet apart and speaks to how wonderful Justin is

KC **Katie Case** [redacted] 8/9/2024, 7:37 AM
Emphasized "This woman was on set with Justin during 5 feet ap…"

KC **Katie Case** [redacted] 8/9/2024, 7:38 AM
Liked "He's exhausted. We wrapped the screening at midnig…"

MM **Matthew Mitchell** [redacted] 8/9/2024, 8:06 AM
Loved "https://www.tiktok.com/t/ZTNpQLQ5R/"

MM **Matthew Mitchell** [redacted] 8/9/2024, 9:59 AM
https://www.forbes.com/sites/jeffconway/2024/08/09/justin-baldoni-on-it-ends-with-us-and-his-journey-with-masculinity/

*Attachment: __Libr_1(68) (170 KB)*

*Attachment: __Libr_1(69) (1 KB)*

KC **Katie Case** [redacted] 8/9/2024, 10:03 AM
BEAUTIFUL interview. Such an amazing story.

JA **Jen Abel** [redacted] 8/9/2024, 10:59 AM

[url:'https://p51-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']



9:56

Hello Jennifer,

I'm working on a story about *It Ends With Us* and the relationship between the film's director and co-lead Justin Baldoni and the film's producer and co-lead Blake Lively. I'd like to know if you can provide a statement from Justin about what it was like working with Blake, in response to online rumors of tension between Baldoni and the rest of the *It Ends With Us* cast. I am working toward a [illegible] deadline. On background responses will also suffice. If I've reached the wrong person, please connect me to someone who can help. Thank you.

Appreciatively,
Kalia Richardson

--
**Kalia Richardson**
*Entertainment Reporter*

Reply

*Image: __Library_SMS_Attachments_fd_13_459BACF6-C483-4C4E-91B0-A8E634D3FE33_IMG_2674.PNG (294 KB)*

\# [redacted] 8/9/2024, 11:01 AM

Thank you - we will keep watch for break. Just interesting how all of these publications are still writing stories on speculation even though there's been zero details given

\# [redacted] 8/9/2024, 11:10 AM

https://people.com/justin-baldoni-blake-lively-direct-it-ends-with-us-sequel-8693095

*Attachment: __Libr_1(70) (1 MB)*

*Attachment: __Libr_1(71) (3 KB)*

KC **Katie Case** [redacted] 8/9/2024, 11:16 AM

https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792

*Attachment: __Libr_1(72) (8 KB)*

*Attachment: __Libr_1(73) (106 KB)*

KC **Katie Case** [redacted] 8/9/2024, 11:16 AM

"Every movie is a miracle," he says. "And then, of course, you're navigating complex personalities and trying to get everybody on the same page with the same vision. And mistakes are always made, and then you figure out how to move past them."

He describes his directing style as a constant collaboration, for better or worse.

This is perfect!

JA **Jen Abel** [redacted] 8/9/2024, 11:16 AM

😊

# [redacted] 8/9/2024, 12:04 PM
https://www.dailymail.co.uk/tvshowbiz/article-13725951/Blake-Lively-claims-Ryan-Reynolds-wrote-iconic-scene.html

*Attachment: __Libr_1(74) (4 KB)*

*Attachment: __Libr_1(75) (1 MB)*

# [redacted] 8/9/2024, 12:04 PM
Great headline "...as baffled screenwriter reacts" - working in our favor should we need

# [redacted] 8/9/2024, 12:04 PM
"Meanwhile, the film's screenwriter, Christy Hall, appeared baffled by the claim, and shared she wasn't aware Reynolds contributed to the dialogue."

JA **Jen Abel** [redacted] 8/9/2024, 12:05 PM
Good

# [redacted] 8/9/2024, 12:05 PM
It's pickup from the People interview, but with a much more honest spin

MM **Matthew Mitchell** [redacted] 8/9/2024, 12:06 PM
https://youtu.be/_k7T6_x3QMY

*Attachment: __Libr_1(76) (2 KB)*

*Attachment: __Libr_1(77) (170 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:08 PM
Interesting thread going around re Ryan this AM — that the supposed "rift" is due to him pushing his way onto the movie / trying to overshadow IEWU to boost Deadpool. We'll keep an eye but wanted to flag overall.

KC **Katie Case** [redacted] 8/9/2024, 12:12 PM
https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818 (https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818)

JA **Jen Abel** [redacted] 8/9/2024, 12:15 PM
[url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN0 6']



11:15

Nicki Cox 11:30 AM
To Team Baldoni and You

Hello!

I hope you are doing well.

My name is Nicki Cox and I am a reporter for Page Six. I'm reaching out regarding The Hollywood Reporter's recent report suggesting there was "a fracture amongst filmmaker's during the postproduction process" on "It Ends With Us." The outlet claims Blake Lively commissioned a cut of the movie differing from director Justin Baldoni's version.

Would you care to add comment?

--
NICKI COX
TRENDING NEWS REPORTER, *Page Six*
1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036

Reply to All

*Image: __Library_SMS_Attachments_83_03_4BB5887E-453A-4BDC-9244-D7EFAACE169E_IMG_2677.PNG (231 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:36 PM

https://betches.com/ryan-reynolds-and-scarlett-johansson-relationship-rumors/

*Attachment: __Libr_1(78) (119 KB)*

*Attachment: __Libr_1(79) (21 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:36 PM

The tides are swirling around Ryan now FYI

# [redacted] 8/9/2024, 1:31 PM

https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html

*Attachment: __Libr_1(80) (68 KB)*

*Attachment: __Libr_1(81) (1 KB)*

KC **Katie Case**[redacted] 8/9/2024, 2:11 PM

https://www.purewow.com/news/justin-baldoni-blake-lively-it-ends-with-us-beef-breakdown

Here's why I'm still Team Baldoni

I'll admit I knew nothing about the movie or book. For many (myself included), the marketing for the movie made it seem like this was a romantic film where their characters fall in love and live happily ever after. However, this isn't the case—it's all much darker and deeper.

During the press tour, Baldoni has made his goal to bring awareness to the issues and establish a female gaze (https://www.tiktok.com/@cbsmornings/video/7400449905392749855) for the film. When asked about his role in It Ends With Us, he had an emotional response for The Hollywood Reporter (https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-1235967871/). "There were alot of times where I would have to go privately into a room and just cry or shake it out and try to get him out of me and that energy out of me, because it's too real," he shared.

"There are too many
people that are the real-life Lily Blooms of the world that have to deal with that every single day, and I wanted it to be as real as possible and yet it was very hard to shoot those scenes."

# [redacted] 8/9/2024, 2:37 PM

https://x.com/TheRochaSays/status/1821977955301781956

*Attachment: __Libr_1(82) (30 KB)*

*Attachment: __Libr_1(83) (549 bytes)*

# [redacted] 8/9/2024, 2:37 PM
This guy has 30k followers, several being film folks like Tatiana Siegel, etc.

KC **Katie Case** [redacted] 8/9/2024, 4:37 PM
FYI [url:'https://p56-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']




*Image: __Library_SMS_Attachments_e9_09_DECE0B7D-FE4C-4E76-BA5B-B337237DE733_IMG_2732.PNG (478 KB)*

JA **Jen Abel** [redacted] 8/9/2024, 4:39 PM
Thx. Melissa you spoke to her right? She has nothing new?

KC **Katie Case** [redacted] 8/9/2024, 4:54 PM
I'll let Melissa weigh in but — Colleen Hoover has gone private on TikTok.

# [redacted] 8/9/2024, 5:27 PM
https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/

*Attachment: __Libr_1(84) (3 KB)*

# [redacted] 8/9/2024, 5:29 PM
[url:'https://p30-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00']

*Attachment: __Library_SMS_Attachments_96_06_CB8B6357-C0A4-4FBB-8E16-7A493BD7A4C3_IMG_8054.heic (43 KB)*

NM **Nathan Melissa** [redacted] 8/9/2024, 5:29 PM
No interest in covering

NM **Nathan Melissa** [redacted] 8/9/2024, 5:29 PM

In terms of anything new

MM **Matthew Mitchell** [redacted] 8/9/2024, 6:05 PM

[url:'https://p32-content.icloud.com/MC54DCDF1074525AA48EC109C4A4250C70E222214B3430D78D7A6D95F444F128F.C01USN00']

*Attachment: __Library_SMS_Attachments_d9_09_9DC4D8A4-9369-4AA9-A954-EB53AAEF8A82_FILE_1883.pdf (1 MB)*

KC **Katie Case** [redacted] 8/9/2024, 6:44 PM

Emphasized an attachment

# Exhibit 15

[redacted]

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/9/2024 1:02:18 AM
**Last Message:** 8/9/2024 11:24:27 PM

---

[redacted] **Melissa Nathan (Owner)**
Only mention


22:01
< Inbox What I'm Hearing: Th...

came with *The Watchers*, directed by his daughter **Ishana**, which grossed just $32 million worldwide.

- *Box office over/under:* Presales for Sony's *It Ends With Us* are really strong, even if reviews of the **Blake Lively** rom-dram aren't. I'll take the over on the $29 million tracking. And Lionsgate's long-delayed and Officially Troubled *Borderlands* is now at 6 percent on Rotten Tomatoes, so I'll take the under on $15 million

*Now, my take on Hollywood's scary summer earnings week...*

Hollywood Finally Faces

8/9/2024 1:02:18 AM

[redacted] **Jen Abel DO NOT USE**
Thank god
8/9/2024 1:06:02 AM

[redacted] **Jen Abel DO NOT USE**
So apparently Tom Rothman is speaking to Leslie to get Blake to cut the shit
8/9/2024 10:17:35 AM

[redacted] **Jen Abel DO NOT USE**
I think we can get through this if we just get that NYP piece killed and Leslie agrees to a truce lol
8/9/2024 10:17:56 AM

[redacted] **Melissa Nathan (Owner)**
Jen, we can get thru anything
8/9/2024 10:23:06 AM

[redacted] **Melissa Nathan (Owner)**
[redacted]
8/9/2024 10:23:27 AM

[redacted] Jen Abel DO NOT USE
Shut the fuck up
8/9/2024 10:24:09 AM

[redacted] Melissa Nathan (Owner)
Good Lord, I'll be done in like 15 minutes. Can you speak then?
8/9/2024 10:44:56 AM

[redacted] Jen Abel DO NOT USE
Yes
8/9/2024 10:46:24 AM

[redacted] Jen Abel DO NOT USE



9:47

This is James - a Sr. Reporter with DailyMail.com.

We have learned that Justin Baldoni caused issues on the set of It Ends with Us and that he clashed with many cast members, as well as Colleen Hoover.

Sources have told us that the women on set felt he was 'borderline abusive, unprofessional and unapologetic' and that he 'failed to consider Blake's character's perspective.'

We were also told that parts of the scrpt needed to be rewritten as a result, which he took personally.

The cast is currently not talking about this because they do not want it to take away from their promotional work, or the film's release.

Many feel Justin's acting was undoubtedly phenomenal and he could receive awards nods, but there are concerns he could defend his actions with his style of acting, which is method.

Please let me know if you would like to comment either on or off-record.

James

Reply to All

8/9/2024 10:47:13 AM

[redacted] Jen Abel DO NOT USE
Just got this
8/9/2024 10:47:15 AM

[redacted] Melissa Nathan (Owner)
I'll call him
8/9/2024 10:47:37 AM

[redacted] Jen Abel DO NOT USE
Damn
8/9/2024 10:47:45 AM

[redacted] Jen Abel DO NOT USE
Want me to do anything
8/9/2024 10:47:50 AM

[redacted] Melissa Nathan (Owner)
This stemmed from what happened yesterday.
8/9/2024 10:48:06 AM

[redacted] Melissa Nathan (Owner)
I'll tell you on the phone how I know now I know James really well
8/9/2024 10:48:15 AM

[redacted] Jen Abel DO NOT USE
Wow
8/9/2024 10:48:23 AM

[redacted] Melissa Nathan (Owner)
And then I'll call you
8/9/2024 10:48:24 AM

[redacted] Melissa Nathan (Owner)
lol
8/9/2024 10:48:26 AM

[redacted] Jen Abel DO NOT USE
Ok
8/9/2024 10:48:32 AM

[redacted] Jen Abel DO NOT USE
Jesus
8/9/2024 10:48:34 AM

[redacted] Melissa Nathan (Owner)
Because Leslie herself called the mail after stephanie who is denying it called mail
8/9/2024 10:48:36 AM

[redacted] Jen Abel DO NOT USE
Wow
8/9/2024 10:48:41 AM

[redacted] Jen Abel DO NOT USE
Ok
8/9/2024 10:48:45 AM

[redacted] Melissa Nathan (Owner)
Can you chat in 5?
8/9/2024 11:59:53 AM

[redacted] Jen Abel DO NOT USE
Yes
8/9/2024 12:01:20 PM

[redacted] Jen Abel DO NOT USE
At breakfast but yes
8/9/2024 12:01:48 PM

[redacted] Melissa Nathan (Owner)
Call me when you have a second, please
8/9/2024 12:21:03 PM

[redacted] Melissa Nathan (Owner)
https://www.hollywoodreporter.com/movies/movie-news/blake-lively-justin-baldoni-it-ends-with-us-drama-what-we-know-1235969708/
<__Library_SMS_Attach_1_ec_12_13A373_1_9BAC8F_1>
<__Library_SMS_Attach_1_85_05_D2C969_1_7C10C0_1>
8/9/2024 12:25:57 PM

[redacted] Melissa Nathan (Owner)
Reading
8/9/2024 1:02:25 PM

[redacted] Melissa Nathan (Owner)
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html
<__Library_SMS_Attach_1_0f_15_7A0B35_1_89A567_1>
<__Library_SMS_Attach_1_88_08_78253E_1_46E087_1>
8/9/2024 1:02:32 PM

[redacted] Jen Abel DO NOT USE
Is it horrible to say that I don't think it's that bad
8/9/2024 1:11:30 PM

[redacted] Melissa Nathan (Owner)
No, because I know what we're watching for
8/9/2024 1:18:47 PM

[redacted] Melissa Nathan (Owner)
So all things considered it looks like trash and gossip
8/9/2024 1:19:07 PM

[redacted] Jen Abel DO NOT USE
It looks like a plant from Blake's camp trying to steer the narrative
8/9/2024 1:20:35 PM

[redacted] Melissa Nathan (Owner)
Welll..... I mean.......
8/9/2024 1:20:45 PM

[redacted] Jen Abel DO NOT USE
I can tell you've done a lot of work here
8/9/2024 1:21:04 PM

[redacted] Jen Abel DO NOT USE
Nothing about being unsafe. Fat comments. Sexual.
8/9/2024 1:21:17 PM

[redacted] Jen Abel DO NOT USE
Thank fucking god
8/9/2024 1:21:23 PM

[redacted] Melissa Nathan (Owner)
That's all I care about
The other stuff is just nonsense
And honestly, the money the movie is making is fucking great for you guys
8/9/2024 1:21:43 PM

[redacted] Melissa Nathan (Owner)
Let's just keep it steering that way
And you take this fucking client and never talk to her again
I swear to God
8/9/2024 1:21:54 PM

[redacted] Jen Abel DO NOT USE
Loved "That's all I care about
The other stuff is just no..."
8/9/2024 1:22:03 PM

[redacted] Jen Abel DO NOT USE
Exactly
8/9/2024 1:22:07 PM

[redacted] Jen Abel DO NOT USE
Do we need to still worry about NYP?
8/9/2024 1:22:15 PM

[redacted] Melissa Nathan (Owner)
She also just needs time off herself
If I'm just being mindful of humanity for a second she needs to just stop because obviously there is something as a human being she is doing that is affecting herself mentally .
8/9/2024 1:22:25 PM

[redacted] Melissa Nathan (Owner)
On with my sister now
8/9/2024 1:22:30 PM

[redacted] Jen Abel DO NOT USE
Laughed at "On with my sister now"
8/9/2024 1:22:37 PM

[redacted] Melissa Nathan (Owner)
*Reply*
But also like fuck her
8/9/2024 1:22:41 PM

[redacted] Melissa Nathan (Owner)
Bahai needs to be out
And mostly
The misogynistic
8/9/2024 1:29:30 PM

[redacted] Melissa Nathan (Owner)
Swap that one word
8/9/2024 1:29:33 PM

[redacted] Melissa Nathan (Owner)
" we are crushing it on Reddit "

Jed

8/9/2024 1:49:57 PM

[redacted] Melissa Nathan (Owner)
*Reply*
I'm good now this is done
8/9/2024 1:50:04 PM

[redacted] Jen Abel DO NOT USE
LOL
8/9/2024 1:50:10 PM

[redacted] Melissa Nathan (Owner)
She put me on hold so waiting
For her

Say some prayers for us Justin
8/9/2024 2:03:28 PM

[redacted] Jen Abel DO NOT USE
Ooof
8/9/2024 2:08:48 PM

[redacted] Jen Abel DO NOT USE
Fyi Stephanie is likely calling Leslie to "clear her name" about calling daily mail
8/9/2024 2:45:43 PM

[redacted] Jen Abel DO NOT USE
Unbelievable
8/9/2024 2:45:48 PM

[redacted] Jen Abel DO NOT USE
Tell her not to answer
8/9/2024 2:45:53 PM

[redacted] Jen Abel DO NOT USE
This is crazy
8/9/2024 2:45:56 PM

[redacted] Melissa Nathan (Owner)
Send me that screenshot can you !
8/9/2024 3:06:57 PM

[redacted] Jen Abel DO NOT USE
What one?
8/9/2024 3:07:32 PM

[redacted] Melissa Nathan (Owner)
Just the one saying she's calling dm
8/9/2024 3:08:43 PM

[redacted] Melissa Nathan (Owner)
Just so I have
8/9/2024 3:08:45 PM

[redacted] **Jen Abel DO NOT USE**

5:58

Re: Call for comment

Stephanie Jones
To You and WayfarerStudios

Lillian has been nice and fixed things for us in past. I can give her a call that this is nothing burger.

Stephanie Jones
[illegible]

On Aug 8, 2024, at 4:18 PM, Jennifer Abel [redacted] wrote:

Team pls ignore thx :) x

**From:** Lillian Gissen <[redacted]
**Sent:** Thursday, August 8, 2024 11:16 AM
**To:** Jennifer Abel <[redacted]>; Stephanie Jones [redacted] WayfarerStudios [redacted]>

6:00

On Aug 8, 2024, at 11:50 AM, Stephanie Jones <[redacted] wrote:

Left word for Lillian. She's been very nice in past so will get this fixed.

Stephanie Jones
[illegible]

Begin forwarded message:

**From:** Lillian Gissen <[redacted]
**Date:** August 8, 2024 at 4:16:37 PM GMT+1
**To:** Jennifer Abel [redacted] Stephanie Jones [redacted] Wayfarer[redacted]
**Subject: Call for comment**

Hi, I'm a reporter for DailyMail.com and I'm currently working on a story surrounding the recent rumors that there was a feud between It Ends With Us costars Blake Lively and Justin Baldoni

8/9/2024 3:09:19 PM

[redacted] **Melissa Nathan (Owner)**
I feel better about NYP
8/9/2024 3:12:13 PM

[redacted] **Jen Abel DO NOT USE**
Me too
8/9/2024 3:25:24 PM

[redacted] **Melissa Nathan (Owner)**
She said she will not return that call
8/9/2024 4:06:16 PM

[redacted] **Jen Abel DO NOT USE**
Blessed be
8/9/2024 4:07:12 PM

[redacted] **Melissa Nathan (Owner)**
When you come back to Los Angeles, we are definitely having our dinner.
8/9/2024 4:12:44 PM

[redacted] **Melissa Nathan (Owner)**
I hope Jamey can see how bloody hard you are working
8/9/2024 4:13:02 PM

[redacted] **Melissa Nathan (Owner)**
https://www.instagram.com/p/C-de1vkRvd2/?igsh=MTc4MmM1YmI2Ng==
📎
<__Library_SMS_Attach_1_df_15_54B0DF_1_EFEA82_1>
📎
<__Library_SMS_Attach_1_78_08_E9B0C3_1_98E619_1>
8/9/2024 4:16:12 PM

[redacted] **Melissa Nathan (Owner)**
What is really interesting Is that the comments especially on an outlet like this are pro him .
8/9/2024 4:16:13 PM

[redacted] **Jen Abel DO NOT USE**
Yep
8/9/2024 4:16:43 PM

[redacted] **Melissa Nathan (Owner)**
It's fine honestly
8/9/2024 5:22:10 PM

[redacted] **Melissa Nathan (Owner)**
https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/
📎
<__Library_SMS_Attach_1_ef_15_C6CC23_1_1377FC_1>
8/9/2024 5:22:29 PM

[redacted] **Melissa Nathan (Owner)**
Was driving sorry
8/9/2024 5:22:29 PM

[redacted] **Melissa Nathan (Owner)**
I knew she would keep uncomfortable
8/9/2024 5:22:39 PM

[redacted] **Jen Abel DO NOT USE**
So are we in the clear now?!
8/9/2024 7:00:50 PM

[redacted] Jen Abel DO NOT USE
Did we survive?!
8/9/2024 7:00:54 PM

[redacted] Melissa Nathan (Owner)
We survived
8/9/2024 7:00:57 PM

[redacted] Melissa Nathan (Owner)
I actually think because of all the noise and all the stories pretty much saying the same thing that I kind of got lost
8/9/2024 7:01:15 PM

[redacted] Melissa Nathan (Owner)
In a really weird way, if you know what I mean
8/9/2024 7:01:24 PM

[redacted] Melissa Nathan (Owner)
And also now we have Leslie 100% telling us they are not placing anything else
8/9/2024 7:01:36 PM

[redacted] Jen Abel DO NOT USE
No totally I agree
8/9/2024 7:01:37 PM

[redacted] Jen Abel DO NOT USE
Emphasized "And also now we have Leslie 100% telling us they a…"
8/9/2024 7:02:15 PM

[redacted] Jen Abel DO NOT USE
Oh thank god
8/9/2024 7:02:18 PM

[redacted] Melissa Nathan (Owner)
And you've had no more requests
8/9/2024 7:02:48 PM

[redacted] Melissa Nathan (Owner)
ALL Press is so overwhelming
Weve confused people
So much mixed messaging
8/9/2024 7:03:21 PM

[redacted] Melissa Nathan (Owner)
It's actually really funny if you think about it
8/9/2024 7:03:39 PM

[redacted] Melissa Nathan (Owner)
For now.
8/9/2024 7:03:41 PM

[redacted] Jen Abel DO NOT USE
I've had very few
8/9/2024 7:04:34 PM

[redacted] **Jen Abel DO NOT USE**
And nothing about the articles
8/9/2024 7:04:40 PM

[redacted] **Jen Abel DO NOT USE**
Which is wild
8/9/2024 7:04:43 PM

[redacted] **Melissa Nathan (Owner)**
Because it's too much press
So much messaging
It's crazy
Every headline is different
8/9/2024 7:05:04 PM

[redacted] **Melissa Nathan (Owner)**
I really think the worst is over. I do think the next few months definitely will be a tiny bit bumpy but not cancelled
8/9/2024 7:05:33 PM

[redacted] **Melissa Nathan (Owner)**
1- plz follow me back on IG as I can't message you until you do and it's RUDE

2- people Elizabeth Rosner just texted me and said hey I heard that you're helping with Justin. Is there any news you can share with me at all because it's completely silent everywhere

I'm just gonna say it was asleep, but that's really good news to say that
8/9/2024 10:22:33 PM

[redacted] **Melissa Nathan (Owner)**
I can't talk to any more journalists today
8/9/2024 10:22:39 PM

[redacted] **Jen Abel DO NOT USE**
Ha! Yes I had some people text me too and I just didn't respond. The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. But I see this as a total success, as does Justin.
8/9/2024 10:25:06 PM

[redacted] **Jen Abel DO NOT USE**
You did such amazing work
8/9/2024 10:25:14 PM

[redacted] **Melissa Nathan (Owner)**
Narrative is CRAZY good
So did you.
8/9/2024 10:25:45 PM

**[redacted]Jen Abel DO NOT USE**
Um excuse me I've been sitting as requested for a while now
[redacted]
8/9/2024 11:17:24 PM

**[redacted]Melissa Nathan (Owner)**
[redacted]
8/9/2024 11:22:12 PM

**[redacted]elissa Nathan (Owner)**
What on earth
8/9/2024 11:22:21 PM

[redacted] **Melissa Nathan (Owner)**
Does this look like me 😭😭
[redacted]
8/9/2024 11:23:01 PM

[redacted] **Jen Abel DO NOT USE**
LOL
8/9/2024 11:23:22 PM

[redacted] **Jen Abel DO NOT USE**
I'm dead
8/9/2024 11:23:26 PM

[redacted] **Melissa Nathan (Owner)**
That is so crazy though
8/9/2024 11:23:39 PM

[redacted] **Jen Abel DO NOT USE**
Hahaha
8/9/2024 11:23:47 PM

[redacted] **Jen Abel DO NOT USE**
I didn't even make the photo big and check
8/9/2024 11:24:00 PM

[redacted] **Jen Abel DO NOT USE**
Just saw the bio
8/9/2024 11:24:03 PM

[redacted] **Jen Abel DO NOT USE**
I'm dead
8/9/2024 11:24:06 PM

[redacted] **Melissa Nathan (Owner)**
That is so funny.
8/9/2024 11:24:27 PM