# EXHIBIT 13

# EXHIBIT 9
# UNDER SEAL

# Dkt. No. 980

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

November 18, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Lively v. Wayfarer Studios LLC et. al.*, No. 1:24-cv-10049-LJL;**
**rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL**

Dear Judge Liman:

On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write in response to the letter filed by Blake Lively on November 14, 2025 (Dkt. 972) seeking leave to "supplement" the Rule 11 motions filed by Lively and Ryan Reynolds in May 2025. Dkts. 222 & 229.

On May 19-20, 2025, Lively and Reynolds filed Rule 11 motions, arguing that the Wayfarer Parties' First Amended Complaint lacked factual allegations sufficient to support their claims and were therefore "legally unreasonable and factually baseless." Dkts. 223, 230. At the time the Rule 11 motions were filed, the Court had not decided the motions to dismiss, which were based on the same pleading deficiencies cited as grounds for Rule 11 sanctions. In opposition, the Wayfarer Parties argued that Rule 11 is not a proper vehicle to challenge pleading deficiencies that were already pending before the Court in the motions to dismiss. The Rule 11 motions were fully briefed by June 10, 2025, when Lively and Reynolds filed their reply briefs. Dkts. 304 & 312. Lively and Reynolds now seek to "supplement" their Rule 11 motions with excerpts from the depositions of Steve Sarowitz and Jennifer Abel, claiming their testimony demonstrates the Wayfarer Parties' counsel's knowledge that "their clients could not articulate any basis to assert the challenged claims." The motion for leave to supplement should be denied for several reasons.

First, as noted, the Rule 11 motions were fully briefed based on the notice provided. Before imposing any sanction under Rule 11, a district court "must adhere to the procedural rules which safeguard due process rights." *Baffa v. Donaldson, Lufkin & Jenrette Sec. Corp.*, 222 F.3d 52, 57-58 (2d Cir. 2000) (vacating an award of attorneys' fees under Rule 11 to the extent it was based on plaintiffs' discovery misconduct, because Rule 11(d) "excludes from the purview of Rule 11 sanctions, discovery responses and motions that are subject to the provisions of Rules

26 through 37 of the Federal Rules of Civil Procedure"). Chief among these rules is Rule 11(c)(2), which requires the party seeking sanctions to "describe the specific conduct that allegedly violated Rule 11(b)" in its moving papers and give the offending party 21 days before filing the motion to withdraw "the challenged paper, claim, defense, contention or denial." *See also* Fed. R. Civ. P. 11(b) advisory committee's note to 1993 amendment ("[t]hese provisions are intended to provide a type of 'safe harbor,'" permitting a party or attorney to avoid Rule 11 sanctions by withdrawing the questionable contention within the 21-day period). "'[O]nly conduct explicitly referred to in the instrument providing notice is sanctionable.'" *Star Mark Mgmt., Inc. v. Koon Chun Hing Kee Soy & Sauce Factory, Ltd.*, 682 F.3d 170, 175 (2d Cir. 2012) (quoting *Schlaifer Nance & Co. v. Estate of Warhol*, 194 F.3d 323, 334 (2d Cir. 1999)).

Second, the Abel and Sarowitz depositions were not recently discovered evidence, as their depositions were taken on September 26 and October 3, respectively. Lively offers no explanation for filing her letter at this juncture—just days after the Wayfarer Parties' summary judgment motion. Lively's reliance on Sarowitz and Abel's answers to deposition questions about the basis for their legal claims, coupled with the letter's odd timing, reflects an apparent effort to reassert control over the news media cycle.

Third, whether a client can articulate the basis for his or her legal claims at deposition is not the relevant inquiry. Lively and Reynolds mistakenly attempt to draw some importance to the fact that Sarowitz and Abel were unable to answer questions at their depositions concerning the allegations in the complaint "without relying on insights from [their] lawyer." But a party is not expected to answer questions at his or her deposition about the factual basis for his or her legal claims, particularly when, as here, the allegations are based upon counsel's investigation and later discovery rather than the party's personal knowledge. As noted by Lively regarding her own inability to articulate the basis of her claims at deposition, "it makes no sense to suggest that facts in [a party's] *personal knowledge*—as opposed to facts developed from the public record, from the investigations of others, and through discovery—would be particularly relevant to, never mind dispositive of, the nature of [the challenged conduct]." Dkt. 540 (Lively's 8/4/25 motion to strike); *see* Dkt. 582 (order granting 8/4/25 motion to strike). Moreover, a party's inability to articulate the factual basis for his claim at deposition is not even sufficient to warrant summary judgment. *See E.E.O.C. v. Concrete Applied Const. Techs. Corp.*, 511 F. Supp. 2d 334, 349 (W.D.N.Y. 2007) (finding argument that summary judgment is warranted because at his deposition plaintiff "was unable to articulate any factual basis for his claim of discrimination [] meritless").

Fourth, the Sarowitz and Abel testimony ignores other evidence uncovered in discovery, which demonstrates that, in fact, there was ample evidence to support the defamation claim against Reynolds. A document produced by Lively reflects Reynolds telling Matt and Lucy Damon that Baldoni was a "malignantly vein [sic] sociopathic FAUXminist" whom Reynolds "cannot believe . . . has not gone to jail." Freedman Decl., Ex. A. Reynolds also produced documents in this action pursuant to subpoena. Those documents show that, among other things, Reynolds texted Patrick Whitesell, then the executive chairman of William Morris Endeavor ("WME"), which was Lively, Reynolds, and Baldoni's talent agency, describing Baldoni as a "thoroughbred, predatory fraudster" and he (Baldoni) and "his shitbag partner" as "predators and frauds." Freedman Decl., Exs. B-C. Reynolds told Warren Zavala, his WME agent, that Baldoni was a "real life monster[ ]"; that Baldoni had spent $500,000 to "retaliate" against Lively; and that Baldoni and Jamey Heath "offended, harassed or violated too many people." Freedman Decl., Exs. D-F. In a text to Josh Greenstein, then the president of Sony Motion Picture Group, Reynolds accused Baldoni of "malignant stupidity and revolting behavior." Freedman Decl., Ex.

G. Reynolds also remarked to Colleen Hoover that Baldoni was "obviously a predator and a sociopath." Freedman Decl., Ex. H.

The evidence also demonstrates that Reynolds overtly attempted to interfere with Baldoni and Wayfarer's relationship with WME. Reynolds sought to "unleash" Ari Emanuel, WME's founder and CEO, on the Wayfarer Parties. Freedman Decl., Ex. I. Emanuel has since acknowledged responsibility for firing Baldoni from WME.[1] In short, the Wayfarer Parties' claims against Reynolds were not "factually without foundation" (Dkt. 971 at 1) but were, in truth, supported by Reynolds' own written words.

For the foregoing reasons, the Wayfarer Parties respectfully request that the Court strike Lively's letter and accompanying declaration and deny the related motion to seal as moot. If the Court does grant leave to Lively and Reynolds, the Wayfarer Parties respectfully request that the Court grant them leave to file a fulsome substantive response to the letter within two weeks.

Respectfully submitted,

Dated: November 18, 2025
Los Angeles, CA

LINER FREEDMAN TAITELMAN +
COOLEY, LLP

*/s/ Bryan Freedman*
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

[1] *See* Dominic Patten, *Blake Lively & Ryan Reynolds Are Ari Emanuel's "Ride Or Die"; Endeavor CEO Gives Power Couple Full-Throated Support In Justin Baldoni Battle*, Deadline (Feb. 14, 2025), available at https://deadline.com/2025/02/blake-lively-ryan-reynolds-ari-emanuel-ride-or-die-1236289420/.

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscroll@shapiroarato.com

cc: all counsel of record (via ECF)

# Dkt. No. 983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

Defendants.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

JENNIFER ABEL,

Third-Party Plaintiff,

v.

JONESWORKS LLC,

Third-Party Defendant.

**DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF THE WAYFARER PARTIES' OPPOSITION TO BLAKE LIVELY AND RYAN REYNOLDS' MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SANCTIONS**

I, Bryan J. Freedman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel (collectively, the "Wayfarer Parties").

2. Attached hereto as Exhibit A is a true and correct copy of a document produced by Plaintiff Blake Lively in this action bearing the Bates numbers BL-000027070-BL-000027073.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000082- RR-SUBPOENA-000000084.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000113- RR-SUBPOENA-000000115.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000128- RR-SUBPOENA-000000129.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000030- RR-SUBPOENA-000000031.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000116- RR-SUBPOENA-00000119.

8. Attached hereto as Exhibit G is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000085- RR-SUBPOENA-000000086.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000102- RR-SUBPOENA-000000105.

10. Attached hereto as Exhibit I is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000120- RR-SUBPOENA-000000124.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2025
Los Angeles, CA

By: */s/ Bryan J. Freedman*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com

# EXHIBIT A

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 24 | Date Range: 5/17/2024 |

### Outline of Conversations

**BL-FullMessages-0935941** • 24 messages on 5/17/2024 • Lucy Damon Redacted - Non-Responsive • Matt D Redacted - Non-Responsive Ryan Reynolds [redacted] • ?B? [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0935941**

# Ryan Reynolds [redacted] ▶ 5/17/2024, 6:21 AM

Hey Matt & Lucy -

If the offer is still open to watch the movie… Pix will work great. Easiest way is to log into Blake's account whenever you're ready.

If you text her, she can give you the log in and code and you're in.

And again, this is such a zero pressure ask. We know how important family time is when we're up in Redacted - Non-Responsive So no worries either way. We'd LOVE to get your well earned pov.

And if your girls want to see it on the big screen at B's family and friends screening Saturday at 6pm, they're obviously most welcome!

This movie has been one of the all time zingers on and off set. One day, we'll make a movie about the movie.

And we can't wait to tell you all about it. The stories are already finding their place in the pantheon of legendary Hollywood insanity.

We're about to be off for at least a year and a half. Maybe two years. Maybe forever?

Let's play pickleball.

# ?B? [redacted] ◀ 5/17/2024, 6:51 AM

Blake here. Adding more zeroes to the pressure.

Thank you for even considering. And it's not a bad movie. So who knows, you just may enjoy some of it. Be warned it covers domestic violence in key places so just want to be sure you know.

This movie nearly killed me. The director/costar/producer/financier/head of the studio (yes all one person) had zero experience, but the good news is he also has no taste, and an enormous ego, but only because he's in a cult and believes he's our century's prophet. I wish even one of these things was hyperbole.

Anyway. Juicy stuff. I told him on day one (after so much shit had already gone down). "I don't need anything from you. I don't need you to guide me or to make me feel good. I've got me. All I need from you is, I just need you to not make me feel like shit. That's it. I've got the rest". And that became true. What I didn't anticipate was having to do everything in this movie. I rewrote the entire script. I directed every actor. The DP was coming to me when he couldn't get anything from him. So, way too often. Then after all this Justin wouldn't bring me into the edit. He had no idea what he had because he didn't author any of it. They gave me 10 days to scrap together an edit to compete with an edit he's been making since July. I've been sleep about an hour and a half each night bc that's obviously not enough time so I've just been gunning it.

We're in a bake off now which will happen in 12 days. This weekend screening is my chance to get the first and only feedback on my cut before the bake off.

Anyway. It's all the drama. That was the headline of the gossip. Not even the good stuff. Way too much info.

And like Ryan said zero zero pressure. Except the pickleball part. There's significant pressure there.

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:00 AM

Redacted - Non-Responsive We'd love to watch your movie tomorrow. Redacted - Non-Responsive
Redacted - Non-Responsive
I'm so sorry you had such an awful experience doing a job you love!

We're around all weekend for pickleball. Are you guys Redacted - Non-Responsive?

MD Matt D Redacted - Non-Responsive ▶ 5/17/2024, 7:02 AM
Redacted - Non-Responsive We'll give you any help we can. And if this experience hasn't totally destroyed your soul, Blake, you should come direct your next movie at Artists Equity. We're kind of like a cult but a really nice one.

># ?B? [redacted] ◀ 5/17/2024, 7:05 AM
Where do I sign.

MD Matt D Redacted - Non-Responsive ▶ 5/17/2024, 7:03 AM
I'm looking forward to seeing his work.

# ?B? [redacted] ◀ 5/17/2024, 7:07 AM
I can get it on your pix but politically is cleanest if you just log into mine. If you have any sense of when you'll watch it whenever you know I'll just have to call you with login and two factor code.

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:07 AM
Of course! we're happy to watch and hopeful be helpful. Let's talk tomorrow.

# ?B? [redacted] ◀ 5/17/2024, 7:08 AM
Politically bc this man is also the head of the studio. Fuck my life. Sony is distributing and looking for every reason not to use his cut

# ?B? [redacted] ◀ 5/17/2024, 7:08 AM
❤️❤️🙏🙏❤️ thank you so so much

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:09 AM
It's insane the power this guy has had with no experience to back him!

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:09 AM
Loved "❤️❤️🙏🙏❤️ thank you so so much "

# ?B? [redacted] ◀ 5/17/2024, 7:09 AM
It's all his cult $ and backing

# ?B? [redacted] ◀ 5/17/2024, 7:10 AM
Wildddd stuff

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:11 AM
Like Matt said, artists equity from now on. No need for weird cult money.

# Ryan Reynolds [redacted] ▶ 5/17/2024, 7:12 AM
Several weeks before shooting, and right after Blake had given birth to our son… this guy called our trainer, Don and asked "how much do you think Blake will weigh in two weeks?"

Don, got very Long Island all of a sudden and Justin backtracked. He said, "I'm only asking because I have to carry her in a scene. And I have low bone density."

LD Lucy Damon Redacted - Non-Responsive ▶ 5/17/2024, 7:14 AM
Sorry but what the actual fuck?!? He's dead.

# ?B? [redacted] ◀ 5/17/2024, 7:14 AM
It was actually two weeks before.

When pressed even further, he said he needed to train to adjust his bone density. Because, to circle back, he has low bone density

# ?B? [redacted] ◄ 5/17/2024, 7:15 AM
He also told me last year that he speaks to my father often. He hopes I don't mind.

# ?B? [redacted] ◄ 5/17/2024, 7:16 AM
My father died 3 years ago.

LD Lucy Damon Redacted - Non-Responsive ► 5/17/2024, 7:16 AM
What?!?

LD Lucy Damon Redacted - Non-Responsive ► 5/17/2024, 7:19 AM
I'm fascinated by this creep. I think you should make a movie about this guy

# ?B? [redacted] ◄ 5/17/2024, 7:19 AM
I literally already have the name of my doc

Lights, Cult, Action

# Ryan Reynolds [redacted] ► 5/17/2024, 7:22 AM
Right!? I've never seen anything like it. A malignantly vein, sociopathic FAUXminist with almost no sense of boundaries or shame. I cannot believe he hasn't gone to jail or returned to the sun.

# EXHIBIT B

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 11 | Date Range: 7/13/2024 |

### Outline of Conversations

**RR-FullMessages-0219855** · 11 messages on 7/13/2024 · Patrick Whitesell [redacted] · R Reynolds [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0219855**

RR **R Reynolds** [redacted] ◄ 7/13/2024, 11:01 AM

Hey Patrick! Do you have a couple minutes to chat? I'm in London… and I have a call with Feige from 5:30 to 6pm. Then I'm free til 9ish before I leave for Brazil.

I realize it's Saturday so no pressure. This is not an emergency at all.

PW **Patrick Whitesell** [redacted] ► 7/13/2024, 11:02 AM

Of course.
Just ring my cell

RR **R Reynolds** [redacted] ◄ 7/13/2024, 11:26 AM

Rats. Just tried you

RR **R Reynolds** [redacted] ◄ 7/13/2024, 12:02 PM

Sorry I missed you. I'm clear for the next 30 min. Then wide open in an hour.

PW **Patrick Whitesell** [redacted] ► 7/13/2024, 12:28 PM

Sorry, didn't see phone ring
Can call you now or when you are next free.
What is best?

RR **R Reynolds** [redacted] ◄ 7/13/2024, 12:29 PM

I need to talk to Feige and Lou for the next 30 min. May I call you immediately after I hang up with them?

PW **Patrick Whitesell** [redacted] ► 7/13/2024, 12:31 PM

Yes

RR **R Reynolds** [redacted] ◄ 7/13/2024, 12:32 PM

I might call you on FT Audio because it's a clearer connection.

Appreciate you making time. I know it's Saturday!

PW **Patrick Whitesell** [redacted] ► 7/13/2024, 12:36 PM

Happy to brother!

PW **Patrick Whitesell** [redacted] ► 7/13/2024, 2:17 PM

We will figure this out

RR **R Reynolds** [redacted] ◄ 7/13/2024, 2:52 PM

Thank you PW.

I think ultimately the guy needs to comprehend the stakes. He's an inexplicably toxic mess — to say nothing of the fact he "presents" as a feminist ally/warrior when he's actually a thoroughbred, predatory fraudster.

Talking to Danny will be helpful. I don't want to prescribe anything. I want to enlist Danny to help. I'd like to present options. Justin should be writing 15 page apology letters to Blake and dozens of other folks from the film. Instead, he continues to attack Blake — and before long she's gonna stop protecting him from the other cast and crew who want to hold him accountable. He's a bit Trumpy in the sense he just labels everybody else the very thing he is himself.

I'd put Blake's reputation on trial any day of the week. She's worked with Oliver Fucking Stone and dozens of other mercurial, and abusive people. In her experience (and mine) nobody has ever reached the empyrean heights of vile the way Justin Baldoni has.

His complete lack of not only remorse but self-preservation is a character study in malignant, lazy-lidded stupidity and darkness.

I'd much rather focus on what's important but this thing has to be dealt with and I'm happy to jump in with Danny whenever you feel it's the right moment. I'll be very calm, diplomatic and solution-oriented.

# EXHIBIT C

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 11 | Date Range: 8/12/2024 - 8/13/2024 |

### Outline of Conversations

**RR-FullMessages-0261263** · 11 messages between 8/12/2024 - 8/13/2024 · Patrick Whitesell [redacted] · R Reynolds [redacted] · Warren Zavala [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0261263**

RR **R Reynolds** [redacted] ◄ 8/12/2024, 9:23 PM

I appreciate you guys taking time to hear me out. I know I sound angry but I promise you I have way more rage in the tank. I just feel depleted and exhausted and as they say, "keep away from the dying animal."

I can't and won't sit by watching my wife — who's been asked to shape shift around a problematic man since the very beginning of this movie — complete a grand slam home run… Only to be dragged through the mud while people ring the "shame bell" behind her. And besides me, and her, nobody seems willing to have an uncomfortable conversation on her behalf. Or on my behalf.

I've spent too many hours trying to reason and negotiate a way through this to (at minimum) neutralize the situation and at best, advocate for the truth to be told. When the truth should, in reality be the ONLY thing we advocate for.

Where is Sony as well? Greenstein said he'd go on record about this today with the trades…

She went so far above and beyond what should be asked of anyone, in order to land a jumbo jet on a fucking dime.

All risk, with a very narrow target for reward. It's nothing short of incredible and unheard of. I think she deserves to feel that. I think I deserve to enjoy the work I've put in over the last three years on D&W.

Blake deserves to have people step up for her. Everyone who knows the truth should be in her corner, seeking accountability.

These guys are enjoying laurels, accolades and a conflict-free win. Zero humility. Baldoni saw the movie for the first time at the PREMIERE. It's baffling that he has the lazy-lidded confidence to even show up, with full knowledge that the entire cast and a bunch of crew members know exactly how he behaved. He and his shitbag partner are predators and frauds. We all know it. Sony knows it. And you know it. Full stop. Yet they remain unchecked.

We're not asking them to detail the dumb-dumb horror show of a production they willfully created. We're asking them to take accountability under the most generous terms imaginable. To apologize to Blake, Colleen and the rest of the cast and crew they've hurt. Folks who acted with integrity and professionalism throughout the entire production, post production and promotion of the film.

We all work with people who aren't necessarily good at their job. But usually, they're nice people. So we shrug and move on. But when they're incompetent predators and frauds, that hits different. My wife wasn't going to finish this film as both a victim and a proud recipient of a shitty movie AND a shitty opening. The only headline would be, "Blake Lively bombs." He doesn't get to walk away like that.

The thing that I believe both my wife and I are missing most in this debacle, is your rage. And I hope I've illustrated why that is. I have never had anything but an intense love and admiration for WME and the entire company. But I've also never needed WME like I do in this moment. I am always comfortable handling my own shit. But this is a situation in which I need (along with Blake) a sense of solidarity and duty of care.

> PW **Patrick Whitesell** [redacted] ► 8/13/2024, 12:42 AM

Ryan, I completely understand all of this. Blake and you deserve the advocacy from us as your agents.
I hadn't been aware of all of this until you reached out to me a few weeks ago, but in just these few weeks I have learned the full picture of what Blake, you and many others have endured. I am really sorry for all of you. I am also sorry that you haven't felt the proper advocacy from us.
I can assure you that going forward that won't be the case.
Warren, Doug and I had a conversation tonight and will be deploying in the morning with the town. As you said, the most important thing here is that we don't let any of this have a negative effect on you two professionally and that all the studios, important buyers, etc know the truth about ALL of it. We won't rest until that is abundantly clear.

WZ **Warren Zavala** [redacted] ► 8/12/2024, 11:54 PM

Hung up with Josh a bit ago. Went crazy on him for not getting back to us today. He said he had been working internally to arrange a call for you and Blake with him, Tony, and Tom for the morning. He was reaching out to arrange.
Update on the draft. Marie Sheehy has been speaking with Jamey and the publicity team on their side. She believes there is something to on their side drafted and they are reaching Justin to talk to him about it. This is something that you and B will want to see prior to distribution right? Or due to the time difference you want this going out directly?

RR **R Reynolds** [redacted] ◄ 8/13/2024, 6:16 AM

I appreciate it. And thank you. I think I've just hit a breaking point with this. We all worked too hard and too well to take

this on the chin. I'll be around today. With the exception of 12pm to 1pm EST.

RR **R Reynolds** [redacted] ◄ 8/13/2024, 6:16 AM
And yes, we definitely want to see a draft of what they're putting out.

RR **R Reynolds** [redacted] ◄ 8/13/2024, 9:10 AM
I think they're should also include Jenny Slate and Isabela Ferrer in their apology.

My assumption is that both Sony and Wayfarer are going to attempt to thread the needle with any statement and that can't happen. Needs to be an unqualified, unreserved, full throat apology to "Blake, Colleen, Jenny and Isabela, along with the rest of the cast."

Do we have any sense of timeline here?

WZ **Warren Zavala** [redacted] ► 8/13/2024, 9:54 AM
No. As of midnight last night they've gone quiet. I've spoken to Josh again this morning. And we've started our work in terms of analytics around the conversation and bringing our team together.

RR **R Reynolds** [redacted] ◄ 8/13/2024, 10:38 AM
I think we need to coordinate a cadence with a Sony statement and Baldoni/Heath statement. And it absolutely has to happen today.

RR **R Reynolds** [redacted] ◄ 8/13/2024, 10:39 AM
And I suspect other cast (not Blake) will speak to this on background or on record.

WZ **Warren Zavala** [redacted] ► 8/13/2024, 10:42 AM
Yes. Agreed. We also should have a strategy call prior to your call with Sony.

RR **R Reynolds** [redacted] ◄ 8/13/2024, 10:48 AM
Yep

# EXHIBIT D

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 9/12/2024 |

### Outline of Conversations

**RR-FullMessages-0310170** · 3 messages on 9/12/2024 · R Reynolds [redacted] · Warren Zavala [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0310170**

RR **R Reynolds** [redacted] ◄ 9/12/2024, 11:20 AM

**Redacted - Non-Responsive**

You-Know-Who has only spent about $500k to retaliate — ruining my wife's reputation and irreparably damaging brands she's spent 7 years meticulously building — from SCRATCH. To say nothing of the jobs and livelihoods those operations provide.

I'd say, You-Know-Who has captured significantly more value in this ordeal.

I'm taking a zoom today to discuss folding or handing off Betty Buzz/Booze.

I often wonder how well he sleeps at night.

WZ **Warren Zavala** [redacted] ► 9/12/2024, 12:51 PM

Just seeing this.
Yes, he's gotten real value. Without a lens into the complete picture, I can't see the destruction. But if you're considering handing off Betty, that's the answer.
The best way to injure him going forward is for her to regain her power and be present.
The truth will seep into the water at some point.

RR **R Reynolds** [redacted] ◄ 9/12/2024, 12:59 PM

Yes. The footholds are already in place. I just think SNL should be punted — exclusively because of the ticking clock.
Simultaneously, she should post on social and live her life and be out front like normal.

# EXHIBIT E

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 7 | Date Range: 8/17/2024 |

### Outline of Conversations

**RR-Signal-0020524** · 7 messages on 8/17/2024 · RR [redacted] · Warren Z [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-Signal-0020524**

WC Warren Z [redacted] ▶ 8/17/2024, 8:23 PM
No need to respond to this. We really need someone that can center this type of PR for the next little while.

R RR [redacted] ◀ 8/17/2024, 8:43 PM
I think it's twofold: Sony has to advocate in a full throated way that feels real and unequivocal.

And we have a plan for the other stuff. But Sony putting their mouth where their money is hasn't actually happened. They are threading the needle. And they know it.

They're not offering her a fucking iota of protection despite the fact Blake stood up to real life monsters on set and throughout post. And she put everything into making this a global hit. She threw everything she had at this. As did I and Max Eff despite them barely even paying my company for a massive viral marketing hit.

And they are letting her hang.

If this were a man, it wouldn't be going down like this.

WC Warren Z [redacted] ▶ 8/17/2024, 8:45 PM
I completely agree.

WC Warren Z [redacted] ▶ 8/17/2024, 8:45 PM
I'm leaning on them.

R RR [redacted] ◀ 8/17/2024, 8:49 PM
This can't happen continue with impunity. Baldoni needs to see that Hollywood knows what he's doing. The film community knows.

WC Warren Z [redacted] ▶ 8/17/2024, 9:45 PM
Sony comms is trying to kill the story in general terms. The issue of the AD can't be directly addressed. I will explain

R RR [redacted] ◀ 8/17/2024, 9:47 PM
What did Tom say?

# EXHIBIT F

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 22 | Date Range: 8/9/2024 |

### Outline of Conversations

**RR-FullMessages-0309979** · 22 messages on 8/9/2024 · R Reynolds [redacted] · Warren Zavala [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0309979**

RR **R Reynolds** [redacted] 8/9/2024, 5:12 AM

Excuse the long text. ⬇️⬇️

You can sort of feel the Baldoni stuff coming to a head online. Twitter and TikTok are inexplicably blaming Blake at the moment. But I can't imagine details won't come out because Baldoni and Jayme Heath offended, harassed or violated too many people. And the internet is obviously looking for answers and obviously seeing how every cast member and key crew member (including Colleen) won't be in the same room as the guy. All of them have at some point, over the last six months, unfollowed him on social media. Not one person has said Justin's name out loud in any interview at any time. At what point do Justin and Jayme not take a moment to step into the light and say, "…maybe it's us."?

I can't yet tell if overwhelming success this weekend amplifies or snuffs this out. We're navigating uncharted territory in so many ways.

Todd Black called me in a bit of a panic. The call didn't go well because he's looking to brainstorm ways to diffuse the stuff with Baldoni. Paraphrasing here but basically Todd's line of thinking is: "Why doesn't Blake just hit it head on and say, 'Justin and I had disagreements and didn't get along but we both love the film so much' etc etc etc."

And what I expressed to Todd is this attitude and approach is the EXACT problem. If I'm getting it right, he and Ange would prefer B to roll over and lie because the box office is on fire.

How could they spend so much time with her, yet have no sense of who she is or what she's made of?

I told Todd it's infuriating anyone would look at Blake to fix a problem Baldoni, Jayme and to a certain degree, Ange literally manifested. Instead of aggressively implementing steps to create a safe work environment for Blake and every other woman on set, they responded in laughably impotent, and meek ways. They revealed their hand immediately and often.

I'm super frustrated because this is a moment in which Blake should be celebrating. She made this unbelievable win happen. She made this a win for Sony and by proxy, Wayfarer. She fucking refused to give up on the film. She didn't sleep, she missed countless moments with her kids while sitting in edit rooms, scrapping and frame fucking dailies for every square inch of quality. She slammed together a recipe for success despite working with ingredients she wasn't even able to choose. All this while masterminding a world class marketing and promo plan for a movie that's punching so far above its weight I've lost descriptors to even describe what's happening.

She WILLED this weekend into reality. Baldoni and these other buckets of dumb-dumb-juice should be acknowledging the speculation and gossip themselves. They should be jumping in front of it in the most full throated, unqualified way. Now.

They should be protecting B. They can and should accept the consequences of their actions and lean into the countless and willfully gross behavior before it leans into them. They made a big fucking mess. Blake - under NO CIRCUMSTANCES - should be asked to clean up this sloppy, cliched fuckstorm.

If they are made of anything resembling the humanity or dignity or capacity for growth that they project on their fauxminist, shithole of a podcast, they'd be releasing a statement saying something like:

"Our behavior on the set of IEWU was abhorrent and not even close to standards and respect both Colleen Hoover and Blake Lively deserve. To say nothing of the entire cast and crew who bravely pushed their way through an unnecessarily challenging shoot. We're working to better understand how we fostered a workplace environment so lacking boundaries, guardrails, respect and in many incidents, decency. Our aim is take real accountability which extends beyond performative virtue signaling. The success of IEWU isn't because of our involvement. The film is succeeding in spite of it. The warmth and love audiences are showing this film are in large measure due to the skillful work of Colleen Hoover and Blake Lively, who dedicated themselves to a radically accelerated post production process. Their refusal to accept incompetent working conditions should be the reason a movie fails. But their unwillingness to accept these conditions (that we created) are the reason this film is succeeding.

We at Wayfarer believe with our whole heart the underlying message of IEWU must inspire an imperative and potentially life changing conversation. Colleen and Blake poured their work ethic, courage and innovation into ensuring these important themes are packaged in a way that's respectful of the sensitive subject matter, honoring of the source material made to deliver an entertaining, nuanced and ultimately optimistic experience.

Our goal now is to take a step back and conscientiously reflect on this experience. For the foreseeable future, our mission is to examine and reexamine the objectionable behavior and inadequate decision making skills which clearly hurt and offended people who placed their trust in us. In doing this work, we continue to support the incredible cast and

crew from the background. They've worked hard to construct a film which is being embraced all over the world. With Sincerely, Justin Baldoni and Jayme Heath."

If they orbited or even glanced an acknowledgment like this, it would be the first discernible proof either possess a spine. Or something slightly north of a sociopathic understanding of basic consequence and impropriety. The only thing they don't seem interested in is the truth. And all Blake HAS is the truth. Like, even ONE of the 26 things on the list she read aloud to Baldoni, Jayme, Todd, Ange and Josh (who were all sitting in our living room) would be considered irretrievably monstrous and shocking.

I think it's fine to play through the weekend but I'm flying blind when it comes to Blake. We haven't had the chance to fully discuss the right course. I know she'll have a clear perspective. Unless something changed, all she cares about is the creative and a well-earned outcome. But I happen to think some action is necessary. She should not be subjected to some eye-roll-y narrative of the "controlling bitch"

If I were those two guys, I'd be jumping in front of this now. With energy.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 9:33 AM

First of all, I love your writing. I've read this a couple times. I think we should chat. I can't respond in a way that plays at the same level. Simply, you're right. They can't have some expectation that she is going to make it fine for the offender. Nor do I think these guys have the humility or capacity to be proactive in that way. I think their instincts are self serving and quite the opposite.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 9:51 AM

I think a lot of these are bots. Sarah and I are looking at it.
My belief is that he's orchestrating a narrative and probably has a crisis team plotting his moves here. It's the exact opposite of what should be happening. This narrative of he's the only one talking about the book and domestic violence smells of foul play. Not to be an alarmist.
Call me when you land. Todd is so disappointing on this.

RR **R Reynolds** [redacted] ◀ 8/9/2024, 10:01 AM

Todd and Ange are fucking textbook, ineffectual elderly people with no ideas or thoughtful communication skills. Just blunt instruments with six catchphrases and about 5 key words.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:02 AM

It's this guys incredible ego. It feels like he's laying a trap if her truth surfaces, while promoting a narrative digitally.

RR **R Reynolds** [redacted] ◀ 8/9/2024, 10:06 AM

Yeah. But honestly, someone is just gonna tell a journalist the real deal and it's gonna blow up in his face.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:13 AM

One would think. But the truth does become muddled sometimes. That's why I'm concerned if he's laying a trap.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:15 AM

I hope this fraud shit weasel is exposed. I just want to protect our downside.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:16 AM

The movie working is everything. Let's see if the noise subsides.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:43 AM

https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 10:43 AM

This is all spin. I think we let it burn.

RR **R Reynolds** [redacted] ◀ 8/9/2024, 11:06 AM

How'd that work out for Depp??

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 11:09 AM

Not well. Cratered both of them ultimately.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 11:09 AM
That's why he's an egotistical shit weasel with a god complex.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 11:57 AM
JGS and I spoke with Leslie. She's in it with Josh and the studio. She has a relationship with this woman Melissa that has been retained by Baldoni. She's the Brit that worked with Depp. Call me when you want to discuss.

RR **R Reynolds** [redacted] ◀ 8/9/2024, 12:02 PM
Leslie should definitely engage the studio and fight back in any way necessary. But I think we just stay quiet and let Baldoni do his thing. Probably best not to get lost in the comment section. I understand the industry is atwitter and the gossip crowd but… nothing shuts people up like victory. MILLIONS of people will see and talk about and be affected by this film this weekend. A film B strongly authored. Let them fucking quibble about how strongly. Let that human rounding error, Baldoni play his little game. This is a giant ass victory. CONGRATS.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 12:02 PM
I totally agree!

RR **R Reynolds** [redacted] ◀ 8/9/2024, 12:04 PM
Also… if we ever need to… B can just go on record. And explain what working with him was like in the most plain language possible.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 12:23 PM
Yes. If she has to. Let's see how it plays out. By the time she is forced to say something we should have all his cards out on the table.

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 2:02 PM
I just read the article. I would imagine there isn't a lot of moves on his end here. We shall see. How is she doing?

WZ **Warren Zavala** [redacted] ▶ 8/9/2024, 4:23 PM
It's on track for 51M. Wow. Let's see if it holds.

RR **R Reynolds** [redacted] ◀ 8/9/2024, 5:21 PM
Wow

# EXHIBIT G

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 5/26/2024 |

### Outline of Conversations

**RR-FullMessages-0231089** · 2 messages on 5/26/2024 · Josh Greenstein [redacted] · R Reynolds [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0231089**

RR **R Reynolds** [redacted] ◄ 5/26/2024, 4:44 AM

I mean… Garfield! Congrats to you and your gang of merry Mad Max murderers over there. Incredible. I'm not rooting for any movie to lose because we all take the hit. But you really pulled off a marketing triumph with this. And marketing is my favourite discipline of all the martial arts. I hope I get the benefit of your black belt one of these days soon.

More importantly, Josh, I can't thank you enough for your level of integrity and leadership with the IEWU drama. You're not only backstopping a vastly better version of the film but you're making fans and allies left, right and center.

The behind the scenes stuff has been so confounding. If I read it in a script my main note would be to tone it down. This guy is genuinely touched in some very strange ways. Like, a melon-baller lobotomy makes more sense than his self-propelled, malignant stupidity and revolting behavior.

I can imagine there's almost no aspect of this which has been easy for you to navigate… But you've stood up for what's right in a system which more often than not favors what's easy.

You've protected my wife from so much and so often. And in protecting her, you've also preserved the film and its ability to not only work commercially but achieve a second and possibly better objective: giving voice to a vital issue affecting so many people.

No matter what, you have a lifetime supply of admiration, respect and friendship from me. If there is any way I can pay it forward, any time, say the word and I'll show up for you. Try me.

JG **Josh Greenstein** [redacted] ► 5/26/2024, 12:09 PM

Thanks Ryan so happy to be in same conversation as furiosa - crazy.

I really appreciate your kind words . I'm so impressed with how Blake has handled the situation . Her North Star is the movie and the fans and you can never go wrong with that as your driver . I tell my wife and daughters all the time you need to advocate for yourself especially in this world as a woman. No only does Blake do that for herself , but she is a creative force and a total bad ass. .
Her cut is better no question I have her back all the way.
Would be a dream to have both of you making movies at Sony in the future -
Hope you enjoy having biggest movie of summer ! And probably biggest r - rated opening of all time - you will actually have top 3 r rated movie openings of all time.😳

# EXHIBIT H

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 13 | Date Range: 8/10/2024 |

### Outline of Conversations

**RR-FullMessages-0252428** · 13 messages on 8/10/2024 · Colleen Hoover [redacted] · R Reynolds [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0252428**

RR **R Reynolds** [redacted] **DELETED** ◄ 8/10/2024, 9:36 AM

Colleen!

I'm sending you *literally* every form of congratulations I see the sky while jumping up and down and rapidly happy clapping.
At one point, I was three feet from you at the afterparty — but I wasn't able to extricate myself from the Sony Studios Chairman's mouth. I'm still in here and a little shocked I have service.

Holy fuckity fuck. You guys really pulled it off. Like… Colleen… this thing is on fire everywhere. And audiences have wrapped both arms around the film. You and B made something gorgeous out of ingredients you didn't ask for. Which is what makes you both (and this whole post production team) so clutch.

I heard you guys got a tummy bug and you're stuck in NY. I can't think of anything worse. Although it might be your body ridding itself of any residual Baldoni. I'd rather be puking in a gulag than hijacking performative feminism while practicing personal growth catchphrases in the mirror.

I hope you're taking a moment to enjoy this. I know the road isn't always easy or clear. When you're a creator and apex storyteller like you, I can imagine it takes a very resolute mind and heart to process all the strange people with muddled intentions trying to warm their hands on your light.

What's happening this weekend with IEWU is a victory lap and a testament to fortitude. You created a world people wanted to experience about a subject that's hard to talk about. You and Blake opened the movie adaptation higher than most films with budgets 5 to 6 times larger. During a movie season that was about to give up on female led films, (as if that's a "genre" or something?) this is a proving point that audiences will show up for a film if it's good. A lesson the industry learns and forgets in perfect concert with the seasons.

What a complete fucking WIN this is. I know we all breathe rare air. I realize how lucky we are. But I also know how genuinely GOOD you and B are. And seeing good people put shitty people over their knee, for a good old fashioned, pants-down spanking in the supermarket is a special experience I don't take for granted.

You both trued-up this whole project on and off screen. You two are thoughtful and intentioned and relentless. And it's that same tender grit and humanity which created not only a world renowned novelist but the engine that got this film to here.

I could literally write you 85 more paragraphs eulogizing what this all means to me. This whole team rallied and delivered. Even Sony stepped up in ways I never imagined. But mainly, I'm just incredibly proud and inspired by you and B.

Hope you're feeling so much better and I can't wait for us all to celebrate in person. If you and [redacted] are still in NYC we're back tonight and would LOVE to see you both. And if you feel like getting some fresh air, we have a whole beautiful, empty cottage an hour out of the city. It's the perfect place to unplug from the internet's digital anxiety system.

Lots of love.

RR **R Reynolds** [redacted] ◄ 8/10/2024, 9:37 AM

Colleen!

I'm sending you *literally* every form of congratulations under the sky while jumping up and down and rapidly happy clapping.
At one point, I was three feet from you at the afterparty — but I wasn't able to extricate myself from the Sony Studios Chairman's mouth. I'm still in here and a little shocked I have service.

Holy fuckity fuck. You guys really pulled it off. Like… Colleen… this thing is on fire everywhere. And audiences have wrapped both arms around the film. You and B made something gorgeous out of ingredients you didn't ask for. Which is what makes you both (and this whole post production team) so clutch.

I heard you guys got a tummy bug and you're stuck in NY. I can't think of anything worse. Although it might be your body ridding itself of any residual Baldoni. I'd rather be puking in a gulag than hijacking performative feminism while practicing personal growth catchphrases in the mirror.

I hope you're taking a moment to enjoy this. I know the road isn't always easy or clear. When you're a creator and apex storyteller like you, I can imagine it takes a very resolute mind and heart to process all the strange people with muddled

intentions trying to warm their hands on your light.

What's happening this weekend with IEWU is a victory lap and a testament to fortitude. You created a world people wanted to experience about a subject that's hard to talk about. You and Blake opened the movie adaptation higher than most films with budgets 5 to 6 times larger. During a movie season that was about to give up on female led films, (as if that's a "genre" or something?) this is a proving point that audiences will show up for a film if it's good. A lesson the industry learns and forgets in perfect concert with the seasons.

What a complete fucking WIN this is. I know we all breathe rare air. I realize how lucky we are. But I also know how genuinely GOOD you and B are. And seeing good people put shitty people over their knee, for a good old fashioned, pants-down spanking in the supermarket is a special experience I don't take for granted.

You both trued-up this whole project on and off screen. You two are thoughtful and intentioned and relentless. And it's that same tender grit and humanity which created not only a world renowned novelist but the engine that got this film to here.

I could literally write you 85 more paragraphs eulogizing what this all means to me. This whole team rallied and delivered. Even Sony stepped up in ways I never imagined. But mainly, I'm just incredibly proud and inspired by you and B.

Hope you're feeling so much better and I can't wait for us all to celebrate in person. If you and [redacted] are still in NYC we're back tonight and would LOVE to see you both. And if you feel like getting some fresh air, we have a whole beautiful, empty cottage an hour out of the city. It's the perfect place to unplug from the internet's digital anxiety system.

Lots of love.

CH **Colleen Hoover** [redacted] ▶ 8/10/2024, 1:19 PM

I just landed in Texas 😭 **Redacted - Non-Responsive**
**Redacted - Non-Responsive** Thank you so much for this message! This has all been such a whirlwind, both beautiful and terrifying and I sometimes feel like I don't belong but Blake has made me feel so welcome and valued and I couldn't be more grateful to her. To both of you. And yes, I saw you too and could feel you being pulled in a million directions. The numbers seem amazing, it's my first movie obviously so I don't really know what to compare it to and I'm still learning, but I heard we beat some comic book film on Friday so that's good 😂
I hope y'all are able to get some rest soon. Thank you really doesn't cut it for all you and Blake have done for this film. It's life changing for more than just me. You guys are class acts and I will stand by that forever.

RR **R Reynolds** [redacted] ◀ 8/10/2024, 1:39 PM

There is no comp for this. That isn't hyperbole. A weekend number that was around 30m would have been parade worthy. But 45 to 50? (Maybe more?? 😬😬)

That's just not something that happens. For any movie without spandex or giant IP.

This speaks VOLUMES of you and what you've done. And it certainly speaks volumes of B.

And I know things have been noisy with that schmuck. He literally hired Johnny Depp's crisis team. Which is why social has been so weird. They utilize thousands of bots and it's all kinda gross. The higher road can be lonely but the movie opening to this historic number, is the checkmate nobody can compete with.

I hope you can take this in. It's not only hard-fought but a very rare feeling worth holding onto . Blake has been emotionally wrecked the last couple days. But she's so happy this worked.

Hoping we all get to celebrate together soon.

CH **Colleen Hoover** [redacted] DELETED ▶ 8/10/2024, 1:59 PM

I had a feeling this was Justin's team controlling the online narrative. I'm just staying offline and have a wonderful group of people in my life who send me all the good stuff.
I'm not going to lie, for 44 years I've live a relatively quiet existence. The last few weeks have been challenging and an adjustment and probably why my body shut down this week. I'm used to working in a cave on solo projects where I own all the successes and failures and no one really speculates about how I'm getting along with myself. Being thrust into this head on with absolutely no idea how big it would get and so fast has been jarring. It's why I'm so good at the Irish exits as Blake says.
But with my minimal experience comes the fact that I have no idea if ignoring everything is the best response. It feels like it for now but I have no PR team. It's just me and my fabulous intuition. But you guys let me know if you ever need me to respond differently to all this noise.

CH **Colleen Hoover** [redacted] ▶ 8/10/2024, 1:59 PM

I had a feeling this was Justin's team controlling the online narrative. I'm just staying offline and have a wonderful group of people in my life who send me all the good stuff.
I'm not going to lie, for 44 years I've lived a relatively quiet existence. The last few weeks have been challenging and an adjustment and probably why my body shut down this week. I'm used to working in a cave on solo projects where I own all the successes and failures and no one really speculates about how I'm getting along with myself. Being thrust into this head on with absolutely no idea how big it would get and so fast has been jarring. It's why I'm so good at the Irish exits as Blake says.
But with my minimal experience comes the fact that I have no idea if ignoring everything is the best response. It feels like it for now but I have no PR team. It's just me and my fabulous intuition. But you guys let me know if you ever need me to respond differently to all this noise.

RR **R Reynolds** [redacted] ◄ 8/10/2024, 2:29 PM

Yeah, when he uses a crisis team like that, you can start to see all the strategy they've equipped him with.

Crisis team: okay, Justin, all you do is talk about DV and how wonderful Blake is. And we'll handle the online stuff. No matter what, you keep up your feminist advocacy. And speak like an emotionally elevated thought leader. Understood?

Justin: Namaste. Let's get this bitch.

CH **Colleen Hoover** [redacted] ► 8/10/2024, 2:29 PM

Laughed at "Yeah, when he uses a crisis team like that, you ca…"

RR **R Reynolds** [redacted] ◄ 8/10/2024, 2:29 PM

And I think the truth about him is already finding its way to the light.

RR **R Reynolds** [redacted] ◄ 8/10/2024, 2:31 PM

It's amazing to me that you can have everybody involved with a production completely run away from a person who is obviously a predator and sociopath and the narrative must first land on why a woman is the problem.

It's amazing to me how low people still go.

But people are already coming forward and soon enough someone is just gonna go on record.

CH **Colleen Hoover** [redacted] ► 8/10/2024, 2:38 PM

It's mind blowing. But also I feel like the loud ones are mostly 13-year-olds who don't have fully developed brains yet and will be mortified by their thought process a few years from now.
Good to hear it's already beginning to skew away from him.

RR **R Reynolds** [redacted] ◄ 8/10/2024, 2:40 PM

Surprising it's mostly girls. At least, that's what I've seen. And the really smart folks already know. Although the narrative at the moment is how insanely well the film is performing and how much audiences love it. So…

CH **Colleen Hoover** [redacted] ► 8/10/2024, 2:45 PM

Loved "Surprising it's mostly girls. At least, that's wha…"

# EXHIBIT I

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 47 | Date Range: 8/17/2024 - 8/18/2024 |

### Outline of Conversations

**RR-FullMessages-0310101** · 47 messages between 8/17/2024 - 8/18/2024 · R Reynolds [redacted] · R Reynolds [redacted] · R Reynolds [redacted] · Warren Zavala [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**RR-FullMessages-0310101**

RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:07 PM
They have to start advocating for her

WZ **Warren Zavala** [redacted] ► 8/17/2024, 8:15 PM
Tom is finding out internally about these two things. Spoke to Josh briefly. He is calling me this evening. His point is that the studio messaging in the article didn't carry in the way he had hoped. My point was they need to dispute it to kill it. Not resolve it publicly.

RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:22 PM
They need to frame it the right way! This isn't hard. The sentence needs to start with… feels like they're trying to thread the needle. They just need to fucking go straight at this.

"Sony would like to acknowledge the predominant narrative around IEWU… This is incredibly wrong. And untrue. This is part of a systematic and coordinated campaign by a crisis PR team."

WZ **Warren Zavala** [redacted] ► 8/17/2024, 8:24 PM
I plagiarized this

RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:24 PM
And they've let her hang on the marketing angle as well which is unforgivable. This is mess they got her into. They are not keeping her safe on every front. I text Josh about this again this morning. The THR thing they did was a joke. This morning I sent Josh this⬇️⬇️

RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:32 PM
"We see the backlash over how IEWU was marketed. We see it targets Blake specifically. But marketing and messaging a wide theatrical release like this film is something that is designed and decided by teams of people, influenced by deep research and developed performed by teams of experts internationally. This work is led by the studio distributing the film.

Our goal was to release a film that covered an important subject matter that wasn't rooted in female trauma, but instead female triumph. This is a choice we all made. We see and acknowledge any survivors who wish we marketed this differently. We see and acknowledge the overwhelming positive impact the message of the film itself has had. We're thrilled this film has overindexed and become one of the great success stories of the year. What a profound moment for women in film"

RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:35 PM
And I've rewritten this extensively since sending to Josh.

Can you resend? And this needs to be addressed IMMEDIATELY. This is the most disturbing thing I've ever seen in this business.

Sony needs to step up for real. ENOUGH IS ENOUGH

WZ **Warren Zavala** [redacted] ► 8/17/2024, 8:39 PM
They claim they are trying to kill it. I told him that's not good enough. They need to actually own that the narrative around all of this is untrue. Tom owes me. Will resend the above.

WZ **Warren Zavala** [redacted] ► 8/17/2024, 8:46 PM
Hi Who is in touch with daily mail? They can send them my email [redacted]

>RR **R Reynolds** [redacted] ◄ 8/17/2024, 8:46 PM
Jami

RR R Reynolds [redacted] ◄ 8/17/2024, 8:46 PM
They have to stop bullshitting us and get in front. Not just because it's the right thing to do but because these guys are doing this all with ZERO repercussions. Baldoni needs to see that an entire studio knows what he's doing.

WZ Warren Zavala [redacted] ► 8/17/2024, 8:46 PM
Copy

WZ Warren Zavala [redacted] ► 8/17/2024, 8:49 PM
They are covering their ass. It's about exposure.

RR R Reynolds [redacted] ◄ 8/17/2024, 8:51 PM
Yes. But our backs are against the wall. The threat of exposure gets way worse the more impotent they are in reacting to this. She's almost at the "nothing to lose" phase.

WZ Warren Zavala [redacted] ► 8/17/2024, 8:51 PM
Yes. I understand that and that's the leverage.

WZ Warren Zavala [redacted] ► 8/17/2024, 9:01 PM
The reporter had reached out via email to Leslie. Now has connected with Sonys head of comms. She has both the short statement and the longer version. I imagine killing the story is their focus. I plan to call Ari tomorrow and have him give his good friend Tom a call.

RR R Reynolds [redacted] ◄ 8/17/2024, 9:13 PM
Yea. Please. All hands on deck.

RR R Reynolds [redacted] ◄ 8/17/2024, 9:13 PM
And the marketing quote I gave you isn't for Daily Mail. That's for them to release wherever is most impactful

WZ Warren Zavala [redacted] ► 8/17/2024, 9:14 PM
Yes. I got that. I was saying the daily thing needs to be killed and then the bigger issue. Which is the thing I'm pressing on them.

RR R Reynolds [redacted] ◄ 8/17/2024, 9:15 PM
100 percent

RR R Reynolds [redacted] ◄ 8/17/2024, 9:39 PM
This was cool.

RR R Reynolds [redacted] ◄ 8/17/2024, 9:39 PM
https://www.tiktok.com/t/ZP81fDTSU/Attachment Title: 3F3EDA0A-7DFB-4DDC-A106-E5FC2BBE49BC.pluginPayloadAttachmentAttachment Title: 41551B18-A1F4-41C9-B67B-1E5649BF2EC5.pluginPayloadAttachmentAttachment Title: AF88D370-91F0-4437-BF8A-A152321DE8E6.pluginPayloadAttachment

WZ Warren Zavala [redacted] ► 8/17/2024, 9:40 PM
Call me. Hung up with Tom.

RR R Reynolds [redacted] ◄ 8/17/2024, 9:47 PM
Our kids are really struggling and I'm trying to get them down right now.

WZ Warren Zavala [redacted] ► 8/17/2024, 10:01 PM
I'm hesitant to put it in writing. But the AD issue is true. I haven't spoken to her about this issue. But he is saying they have to assume there is a paper trail of n the wayfarer side. It was B who wanted her fired.
We argued about a statement which he both said isn't possible due to liability and getting Tony on the record to support her and speak to the marketing issue was big for them. However, carried around the world but didn't combat the fundamental issue. Celebrity and gossip. We left it that he's putting himself and the studio in a position with you and Blake legally. There is exposure on both sides for him.
I will have Ari talk to him. But I do think this is people coming forward in support of the her is our way through regardless. I have to assume they have a cadre of things that they plan to utilize within the bounds of production to

make her look bad.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:05 PM
Yeah. But Sony needs to speak to the marketing and frame it the way I mentioned in that text. I don't see any way shape or form that it would put them in a bad position. It's just... the truth. And they have it within their power to do this. It's a light lift and the least they can do. They can't abandon her on this subject.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:06 PM
And yes. The AD was fired. She wasn't keeping people safe in n set. She was negligent in almost every way and one of the reasons Blake and the other women dealt with so much dark behavior.

She was let go before going back to work.

> RR R Reynolds [redacted] ◀ 8/17/2024, 10:09 PM
And this was almost part of the "return to work" document. But they hired a new AD.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:08 PM
The backlash to the backlash will hopefully start soon.

> WZ Warren Zavala [redacted] ▶ 8/17/2024, 10:10 PM
This is what I'm waiting for. Tom said the same. He claims they addressed the marketing in the article. I suppose it's about getting Tahra and Josh to understand the difference. I need to go back and read their article and your draft.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:08 PM
https://www.tiktok.com/t/ZP81fSfGV/Attachment Title: 2039E79F-BDF9-4752-850E-07014889A852.pluginPayloadAttachmentAttachment Title: F547C843-9DE1-4714-B86D-2AD95071289C.pluginPayloadAttachmentAttachment Title: 86FBA042-9B93-48CF-B02E-15B1EB3D09A8.pluginPayloadAttachment

*Attachment: F547C843-9DE1-4714-B86D-2AD95071289C.pluginPayloadAttachment (123 KB)*

*Attachment: 86FBA042-9B93-48CF-B02E-15B1EB3D09A8.pluginPayloadAttachment (7 KB)*

> RR R Reynolds [redacted] ◀ 8/17/2024, 10:25 PM
And you know the most heartbreaking thing about this analysis?

Blake didn't realize that the rest of that interview was so redemptive. They're obviously only playing the section Melissa Nathan isolated and amplified.

Blake believed their propaganda. She believed that she fucked up and has been kicking her own ass for the unforced error. But she actually answered his question with sensitivity and thoughtfulness.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:16 PM
They aren't framing it with any teeth. It sounds like a bland as fuck studio opining on their big win.

It needs to begin by acknowledging the cultural conversation and the systematic, campaign, coordinated by Justin's crisis management team.

WZ Warren Zavala [redacted] ▶ 8/17/2024, 10:21 PM
I think the last part is what the lawyers buck against. Let us keep leaning in. We will unleash Ari. But someone playing the game at the same level as them in terms of the internet is what we need. Or trust the backlash to the backlash will happen organically. Because it makes no fucking sense. I've already noticed posts like yours above. There is a 'I'm going to wait and see' or 'this doesn't make sense' sentiment building in my estimation.

RR R Reynolds [redacted] ◀ 8/17/2024, 10:22 PM
Then don't name Justin. But they can't pretend that something like is normal. This is coming from his crisis PR.

WZ Warren Zavala[redacted] ▶ 8/17/2024, 10:44 PM
Yes. That's fucked. And I'm not surprised she's doing that. How can one not? She's probably rethinking all of these moments.

If I'm feeling disheartened, she has to be gutted. She will make it through this.

WZ **Warren Zavala** [redacted] ▶ 8/17/2024, 10:45 PM
We are at war.

RR **R Reynolds** [redacted] ◀ 8/17/2024, 10:53 PM
Did something happen I'm unaware of?

WZ **Warren Zavala** [redacted] ▶ 8/17/2024, 10:56 PM
No. Just a general assessment of these fuckers.

RR **R Reynolds** [redacted] ◀ 8/17/2024, 10:57 PM
Agreed

WZ **Warren Zavala** [redacted] ▶ 8/18/2024, 12:20 PM
https://apple.news/ALccrSHZdSWSKf3b2I1N2cAAttachment Title: D9EE8837-B97D-4B90-B750-615255ABB65A.pluginPayloadAttachment

*Attachment: D9EE8837-B97D-4B90-B750-615255ABB65A.pluginPayloadAttachment (109 KB)*

RR **R Reynolds** [redacted] ◀ 8/18/2024, 5:34 PM
Any update on Sony?

RR **R Reynolds** [redacted] ◀ 8/18/2024, 5:34 PM
And can Ari go full "Ari" on Tom?

WZ **Warren Zavala** [redacted] ▶ 8/18/2024, 6:02 PM
They effectively got the daily mail to not print the AD story. I huddled with Jami earlier and let her know. I also want to be clear on our task for Ari.

WZ **Warren Zavala** [redacted] ▶ 8/18/2024, 6:02 PM
He will willfully go full Ari on all of them. But we want to know what we are having him accomplish.

RR **R Reynolds** [redacted] ◀ 8/18/2024, 6:07 PM
That is at least some good news.

This wasn't for the DM story. But Blake remembered that every single department head from the film crew wrote letters to the PGA so Blake would have the producer's mark in the credits.

There are 19 of them and each one is a testimonial to not only her work ethic but her character. It's so goddamn redemptive and I'm so happy we have them. Also, they're time stamped from a couple months back so nobody can say it was reactive to this situation.

It's irrefutable and objectively clear what her contribution was and how she worked so well and so inclusively with each dept of the crew.

WZ **Warren Zavala** [redacted] ▶ 8/18/2024, 6:11 PM
Redemptive is exactly the right word. I agree.
I'm not a part of the strategy going forward, and it's opaque to me. But I would think people should be aware of these letters.
We have to assume there are also notes or texts sent to the other side from crew and actors saying kind things. Whether or not they were really meaningful, they may now begin to surface if there is a volley of information.