USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY, et al.,

Plaintiffs,

-v-

WAYFARER STUDIOS LLC, et al.,

Defendants.

24-cv-10049 (LJL);
25-cv-449 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

In its September 17, 2026 Memorandum and Order, the Court resolved all then-pending motions for sealing in two related cases, No. 24-cv-10049 (the "Lively Action") and No. 25-cv-449 (the "Wayfarer Action"). Dkt. No. 1460. The Court went through each pertinent docket entry, ruled on the permissibility of the requested sealing, and directed, among other things, that the relevant party file materials on the public docket with limited redactions only to the extent granted by the Court (*e.g.*, of phone numbers, email addresses, and physical addresses contained in specific documents). Over a month has passed since the Court's ruling. To date, only the Wayfarer Defendants have submitted a letter concerning their compliance with the ruling and filed certain documents publicly. *See* Dkt. No. 1477.

Accordingly, the Court hereby ORDERS that each party submit a letter on the docket of Case No. 24-cv-10049 no later than October 30, 2026 at 5:00 p.m. confirming their compliance with the Court's September 17, 2026 Memorandum and Order. That letter should attach all the documents that were directed to be publicly filed that have not yet been filed, with any granted redactions.

The letter should also attest to the party's compliance with any other directives in Dkt. No. 1460.

SO ORDERED.

Dated: October 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge