manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

October 28, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re: *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with the Court's Order dated September 17, 2026 (Dkt. No. 1460) and October 20, 2026 (Dkt. No. 1478), Plaintiff Blake Lively hereby publicly refiles (i) Lively's Letter from Micheal Gottlieb regarding Rule 37 Sanctions and Exhibits B-H, and K-P (Dkt. Nos. 900, 900-2, 900-3, 900-4, 900-5, 900-6, 900-7, 900-8, 900-11, 900-12, 900-13, 900-14, 900-15, 900-16); (ii) Declaration of Kristin E. Bender in Support of Blake Lively's Motion for Continued Sealing (Dkt. No. 1165); and (iii) Declaration of Kristin E. Bender in Support of Blake Lively's Opposition To Wayfarer Defendants' Motion for Continued Sealing and Exhibits A-D, H-J (Dkt. Nos. 1209, 1209-1, 1209-2, 1209-3, 1209-4, 1209-8, 1209-9, 1209-10, 1211, 1211-1, 1211-2, 1211-3, 1211-4, 1211-8, 1211-9, 1211-10).[1]

Additionally, Ms. Lively identifies below the exhibits that have already been publicly refiled with the approved redactions.

| ***Dkt. No.*** | ***Filing / Exhibit*** | ***Publicly Refiled with Approved Redactions*** |
|---|---|---|
| **1165-1** | **Exhibit A - Compendium of exhibits listed below** | |
| | Exhibit 18 | 1230-18 |
| | Exhibit 19 | 1230-19 |
| | Exhibit 22 | 1252-3 |
| | Exhibit 33 | 1230-33 |
| | Exhibit 95 | 1230-95 |
| | Exhibit 104 | 1230-104 |

[1] Ms. Lively notes that Dkt. Nos. 1209 and 1211 contain the same underlying documents.

| | | |
|---|---|---|
| | Exhibit 106 | 1230-106 |
| | Exhibit 108 | 1230-108 |
| | Exhibit 112 | 1230-112 |
| | Exhibit 114 | 1230-114 |
| | Exhibit 135 | 1230-136 |
| | Exhibit 137 | 1230-137 |
| | Exhibit 152 | 1233-3 |
| **1165-2** | **Exhibit B - Compendium of exhibits listed below** | |
| | Exhibit 45 | 1245-20 |
| | Exhibit 47 | 1245-22 |
| | Exhibit 48 | 1245-23 |
| | Exhibit 53 | 1245-26 |
| | Exhibit 87 | 1245-42 |
| | Exhibit 89 | 1245-44 |
| | Exhibit 95 | 1245-50 |
| | Exhibit 102 | 1245-54 |
| | Exhibit 133 | 1245-75 |
| | Exhibit 134 | 1245-76 |
| | Exhibit 135 | 1245-77 |
| | Exhibit 136 | 1245-78 |
| | Exhibit 137 | 1255-1 |
| | Exhibit 146 | 1255-3 |
| | Exhibit 148 | 1245-89 |
| **1165-3** | **Exhibit C** | **1245-76** |
| **1165-4** | **Exhibit D** | **1233-144** |
| **1209-5** | **Exhibit E - Compendium of exhibits listed below** | |
| | Exhibit 58 | 1230-58 |

| | | |
|---|---|---|
| | Exhibit 59 | 1367-16 |
| | Exhibit 61 | 1230-61 |
| | Exhibit 64 | 1245-153 |
| | Exhibit 208 | STREET 3.000304; 1233-59 |
| | Exhibit 212 | STREET 3.00204; 1233-63 |
| | Exhibit 222 | 1233-73 |
| | Exhibit 231 | 1245-150 |
| | Exhibit 280 | 1233-139 |
| **1209-6** | **Exhibit F - Compendium of exhibits listed below** | |
| | Exhibit 167 | 1245-101 |
| | Exhibit 170 | 1255-4 |
| | Exhibit 226 | 1245-146 |
| | Exhibit 231 | 1245-150 |
| | Exhibit 235 | 1245-153 |

Respectfully submitted,

/s/ Esra A. Hudson

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac* vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan

Michaela A. Connolly
Melissa S. Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

*Attorneys for Blake Lively*