# EXHIBIT 1 - Part 2

# EXHIBIT F

[redacted] 1/15/2025 2 60 5

**Participants:** [redacted] **Mel US (Owner);** [redacted] **Jay Vit**

**First Message:** 1/15/2025 8:48:32 AM
**Last Message:** 1/15/2025 3:15:07 PM

---

[redacted] **Jay Vit**
I agree standby
1/15/2025 8:48:32 AM

[redacted] **Jay Vit**
Oooh re Blake
1/15/2025 8:48:53 AM

Redacted - NR

[redacted] Mel US (Owner)
Suit on with legal filing soon xx
1/15/2025 11:49:20 AM

[redacted] Jay Vit
Sweet I guess let me know when Filed we have Taylor done and ready to go after filed
1/15/2025 1:45:16 PM

[redacted] Jay Vit
That's going to be massive.
1/15/2025 1:46:29 PM

[redacted] Jay Vit
Did these people think that he had no receipts
1/15/2025 1:46:43 PM

[redacted] Jay Vit
Crazy
1/15/2025 1:46:46 PM

[redacted] Jay Vit
Their lies
1/15/2025 1:46:49 PM

[redacted] **Mel US (Owner)**

This has not been filed yet it will be filed shortly. I'm just sending it to you to be able to write your story. Do not use any of this until it's filed please please please.



FTEDOCS-#363227-v6-Draft_Cross-Complaint_-SDNY-_-_FINAL_REVIEW.docx

raft_Cross-Complaint_(SDNY)_-_FINAL_REVIEW DOCX

Sign a copy Comment

manipulation and lies.

39. As another example, early in the pre-production stage, Lively sent Baldoni a long text describing how directors never permitted her to write scenes for the movies she acted in nor gave her writing credits even making her hand-scribble her suggestions for lines so that they could not be traced to her. Lively boasted that she had even written for her husband's movies. Then Lively asked if she could "take a pass" at writing the rooftop scene in "It Ends With Us," in which the characters Ryle and Lily first meet. This pivotal scene, much beloved by book fans, was critical for setting the tone for the movie, so Baldoni was reluctant to allow an actor (rather than a union screenwriter) to write this key scene. But Baldoni felt cornered into allowing Lively to write the scene, and agreed to take a look at what she put together.

40. The draft of the rooftop scene that Lively sent Baldoni dramatically differed from what had been written originally. Baldoni was unsatisfied with many of the changes, but thanked Lively for her passion and diplomatically told her that the scene would likely end up being somewhere between the original version and Lively's version.

41. Seemingly stung by Baldoni's exceedingly mild resistance, Lively did not respond and went silent for multiple days. Later, she confirmed (in a text message below) that Baldoni's

21



Sign a copy Comment

[redacted]

If you send me the fdx I'll work when I can steal moments. And yes of course please send to Chisty. We're all on the same team w the same goal

[redacted]

Great! Also was working on rooftop scene today. I really love what you did. It really does hep a lot. Makes it so much more fun and interesting. (And I would have felt that way without Ryan and Taylor)



fky0dd4hs8a0c2/FTEDOCS-363227-v5-Draft_Cross-Complaint_-SDNY-_-_FINAL_REVIEW.docx

Cross-Complaint_(SDNY)_-_FINAL_REVIEW DOCX

Sign a copy Comment

43. "Difficult" proved to be a gross understatement. Though Baldoni initially invited Lively to make changes to the script, Lively began altering the script daily. The frequency of Lively's revisions alarmed the producers, director, and studio, who anticipated that her interference would persist "every day of the shoot" and disrupt the carefully planned production schedule. Each shooting day was intricately scheduled long in advance, and Lively's constant changes placed significant stress on the production crew, not to mention financial strain on Wayfarer.

May 1, 2023 at 5:26 AM

Are you listening to this

She's fixing the script

I think ange's advice was actually wrong

Blake is now directing the movie

This is bad

Im listening. Talking through it is better than not. Seeing what's possible. As long as any decision is done with approval.

Not for something that was already intimately planned

This will be every day of the shoot

I know. I'm not sure what can be done honestly.

Blake

44. More than a year later, during a red-carpet interview at the New York film premiere, Lively stated, "The iconic rooftop scene, my husband actually wrote it. Nobody knows that but

FTEDOCS-#363227-v5-Draft_Cross-Complaint_-SDNY-_-_FINAL_REVIEW.docx

Draft_Cross-Complaint_(SDNY)_-_FINAL_REVIEW DOCX

Open in Sign a copy Comment

response "of course, didn't feel great for me. Or [Taylor Swift and Ryan Reynolds]. To have my passion praised instead of my specific contribution." Lively was referring to an earlier meeting where Lively summoned Baldoni to her New York penthouse where Baldoni was greeted by Ryan Reynolds, who launched into enthusiastic praise for Lively's version of the scene. Then, Taylor Swift, the billionaire singer-songwriter and arguably the biggest star in the world as well as a famously close friend of Reynolds and Lively, walked into the room and similarly began praising Lively's script. Baldoni saw the writing on the wall: he needed to comply with Lively's direction for the script.

42. Later, Baldoni felt obliged to text Lively to say that he had liked her pages and hadn't needed Reynolds and Swift to pressure him. Lively responded that Swift and Reynolds were her "dragons." Lively went on to say:

"They [Reynolds and Swift] also know I'm not always good at making sure I'm seen and utilized for fear of threatening egos, or fear of affecting the ease of the process. They don't give a shit about that. ***And because of that, everyone listens to them with immense respect and enthusiasm.*** So I guess I have to stop worrying about people liking me ("I don't know" emoji)" [emphasis added].

The message could not have been clearer. Baldoni was not just dealing with Lively. He was also facing Lively's "dragons," two of the most influential and wealthy celebrities in the world, who were not afraid to make things very difficult for him.




1/15/2025 1:59:39 PM

[redacted] **Jay Vit**
Okay
1/15/2025 2:33:51 PM

[redacted] **Jay Vit**
Just to make sure sure I cannot be meantime at all nor can Dailymail
1/15/2025 2:55:02 PM

[redacted] **Mel US (Owner)**
What
1/15/2025 2:55:10 PM

[redacted] **Jay Vit**
If so I will have to resign
1/15/2025 2:55:10 PM

[redacted] **Jay Vit**
Just had a meeting with hr
1/15/2025 2:55:17 PM

[redacted] **Mel US (Owner)**
What ?
1/15/2025 2:55:21 PM

[redacted] **Jay Vit**
In the docs
1/15/2025 2:55:23 PM

[redacted] **Mel US (Owner)**
*Reply*
This doesn't make sense
1/15/2025 2:55:33 PM

[redacted] Jay Vit
They just brought me in far me down and told me flat out
1/15/2025 2:55:42 PM

[redacted] Mel US (Owner)
They told you what
1/15/2025 2:55:55 PM

[redacted] Jay Vit
If daily mail to this is used again in the new suit you are gong to lose your job
1/15/2025 2:56:08 PM

[redacted] Mel US (Owner)
If your name is in the suit?
1/15/2025 2:56:25 PM

[redacted] Jay Vit
I had to sit with team of lawyers just now and he
1/15/2025 2:56:29 PM

[redacted] Mel US (Owner)
It's ABSOLUTELY not
1/15/2025 2:56:29 PM

[redacted] Jay Vit
Yes or daily main
1/15/2025 2:56:35 PM

[redacted] Jay Vit
Mail
1/15/2025 2:56:37 PM

[redacted] Mel US (Owner)
Your name is NOT in suit
1/15/2025 2:56:47 PM

[redacted] Jay Vit
Okay or daily mail
1/15/2025 2:56:55 PM

[redacted] Mel US (Owner)
All outlets are in
TMZ
DAILY MAIL
PEOPLE
1/15/2025 2:57:12 PM

[redacted] Mel US (Owner)
NYT
1/15/2025 2:57:22 PM

[redacted] Jay Vit
Please say not With my texts
1/15/2025 2:57:38 PM

[redacted] **Mel US (Owner)**
All names redacted
1/15/2025 2:57:45 PM

[redacted] **Mel US (Owner)**
I've not got it yet
1/15/2025 2:57:48 PM

[redacted] **Jay Vit**
Okay tell Bryan to avoid a lot of drama please take anything that I have given out
1/15/2025 2:58:07 PM

[redacted] **Mel US (Owner)**
When I get it- u will get it asap to check
1/15/2025 2:58:08 PM

[redacted] **Jay Vit**
Before it's filed right
1/15/2025 2:58:19 PM

[redacted] **Mel US (Owner)**
Yes I'm waiting on it
1/15/2025 2:58:31 PM

[redacted] **Jay Vit**
Sorry just was made super clear to me like I just walked out of meeting.
1/15/2025 2:58:38 PM

[redacted] **Jay Vit**
And am shaking.
1/15/2025 2:58:47 PM

[redacted] **Mel US (Owner)**
Just fyi
You can also say that you are sure that everyone's phones will be subpoenaed
1/15/2025 3:00:08 PM

+[redacted] **Mel US (Owner)**
Comms
1/15/2025 3:00:26 PM

[redacted] **Mel US (Owner)**
It's tonnns of people
1/15/2025 3:00:45 PM

+[redacted] **Mel US (Owner)**
They are crappy for saying that to you
1/15/2025 3:00:56 PM

[redacted] **Jay Vit**
I was literally just brought into s meeting and they Mde it very clear that if I or daily mail is included today will be my last day
1/15/2025 3:03:36 PM

[redacted] **Mel US (Owner)**
The daily mail is in it . Same as tmz people and NYT

It's about stories and how we worked with dm

This is not fair on you as it's not about you
1/15/2025 3:04:26 PM

[redacted] **Mel US (Owner)**
It's about outlets in general
1/15/2025 3:04:31 PM

[redacted] **Mel US (Owner)**
I've still not got it
1/15/2025 3:04:55 PM

[redacted] **Mel US (Owner)**
But I know that ALL outlets are in it
1/15/2025 3:05:05 PM

[redacted] **Jay Vit**
If cannot be any of the stuff that was in the first suit.
1/15/2025 3:12:50 PM

[redacted] **Jay Vit**
Nothing with my name or photo or our texts or my texts with Bryan
1/15/2025 3:14:50 PM

[redacted] **Jay Vit**
The London office just had a big meeting about this
1/15/2025 3:14:58 PM

[redacted] **Jay Vit**
And I had to sit down with two of our lawyers and HR
1/15/2025 3:15:07 PM

# EXHIBIT G

## 7931b605-b92a-4aa1-9b07-2222e5b93d0f

**Thread Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner); [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner)

**First Message:** 1/16/2025 11:19:42 AM

**Last Message:** 1/16/2025 10:22:56 PM

# Redacted - NR

[redacted] **Melissa US Phone (Owner)**
I'm just dropping this lawsuit. Let me come back to you.
1/16/2025 11:54:39 AM

[redacted] **Melissa US Phone (Owner)**
FILE_1990
<FILE_1990.pdf>
1/16/2025 11:54:50 AM

[redacted] **Michael Goldberg**
Leslie sloane
1/16/2025 11:55:13 AM

[redacted] **Michael Goldberg**
Should have added sj for fun
1/16/2025 11:55:21 AM

[redacted] **Melissa US Phone (Owner)**
She has her own suit coming next
We didn't want her in their suit because we want her to be able to pay for herself and not have them pay for her
1/16/2025 12:02:20 PM

[redacted] **Michael Goldberg**
this suit is great
1/16/2025 12:06:26 PM

[redacted] **Michael Goldberg**
just finished
1/16/2025 12:39:08 PM

[redacted] **Michael Goldberg**
sos o so good
1/16/2025 12:39:10 PM

[redacted] Michael Goldberg
she buried herself
1/16/2025 12:39:14 PM

[redacted] Michael Goldberg
so many good texts of you syaing we did nothing lol
1/16/2025 12:46:08 PM

[redacted] Melissa US Phone (Owner)
Insane right?
1/16/2025 1:04:54 PM

[redacted] Melissa US Phone (Owner)
STATEMENT ATTRIBUTED TO PUBLICISTS AFFECTED BY BLAKE LIVELY

It is devastating that we are forced to answer this viciously selfish ongoing litigation littered with documented and provable lies in the midst of the tragedy impacting California where we reside. Five months ago Ms. Lively chose to promote a film about domestic violence in a way that caused instant negative and organic backlash due to her own highly publicized actions. Instead of accepting responsibility, she decided to cruelly blame us. This malicious attack on private individuals by Ms. Lively and her team in which they chose to spoon feed The New York Times with doctored, out of context and edited text messages in an effort to paint herself as a victim set off a chain of events that has been harmful beyond measure. To be clear, Ms. Lively and her team initiated this smear campaign in the media for the sole intention of gaining undeserved public sympathy for her own missteps. Over the last month we have received death threats, abhorrent abuse and vile anti-semitic slurs hurled at us due to her decision to use us as scapegoats for her own choices promoting her film in which she made millions of dollars. With this filing, we lift our own curtain of what happens when the entitled weaponize power, fear and money to destroy, intimidate and bully those who get in their way.
1/16/2025 1:04:58 PM

[redacted] Melissa US Phone (Owner)
I want to get this to Jewish mediacan you help me?
1/16/2025 1:05:08 PM

[redacted] Michael Goldberg
Send me whatever you need
1/16/2025 1:08:07 PM

[redacted] Melissa US Phone (Owner)
Justice
1/16/2025 1:08:17 PM

[redacted] Melissa US Phone (Owner)
Just this
1/16/2025 1:08:30 PM

[redacted] Michael Goldberg
just statement?
1/16/2025 1:08:36 PM

[redacted] Michael Goldberg
no complaint or background
1/16/2025 1:08:50 PM

[redacted] Melissa US Phone (Owner)
FTEDOCS-#363291-v1-Complaint
<FTEDOC_1.PDF>
1/16/2025 1:09:09 PM

[redacted] Michael Goldberg
ok ill blast the statement out
1/16/2025 1:22:10 PM

[redacted] Michael Goldberg
witht he compalint attached
1/16/2025 1:22:15 PM

[redacted] Michael Goldberg
doing now if good with u
1/16/2025 1:22:20 PM

[redacted] Michael Goldberg
just jew media?
1/16/2025 1:22:29 PM

[redacted] Melissa US Phone (Owner)
Yep, do now now
1/16/2025 1:22:39 PM

[redacted] Melissa US Phone (Owner)
Because it's disgusting that we have received antisemitic rhetoric, I can show text messages if they need
1/16/2025 1:22:49 PM

[redacted] Michael Goldberg
sent out
1/16/2025 1:23:54 PM

[redacted] Michael Goldberg
ill let you know if i hear or get anyhting back
1/16/2025 1:24:10 PM

**Redacted - Unresponsive**

Redacted - Unresponsive

**Redacted - Unresponsive**

[redacted] Michael Goldberg
i gotta say the complaint is so fuckin good. the way its written is amazing
1/16/2025 4:38:38 PM

**Redacted - Unresponsive**

Redacted - Unresponsive

**Redacted - Unresponsive**

1/16/2025 10:19:17 PM

Redacted - NR

# EXHIBIT H

[redacted] 1/21/2025 2 121 10

**Participants:** [redacted] **Mel US (Owner);** [redacted] **Jay Vit**

**First Message:** 1/21/2025 9:28:32 AM

**Last Message:** 1/21/2025 8:32:46 PM

# Redacted - NR

# Redacted - NR

[redacted] **Jay Vit**
Oh shitttt
1/21/2025 12:34:02 PM

[redacted] **Jay Vit**
<signal-2025-01-21-123421.jpeg>
1/21/2025 12:34:21 PM

[redacted] **Jay Vit**
I didn't know we had such footage
1/21/2025 12:34:36 PM

[redacted] **Jay Vit**
<signal-2025-01-21-123836.jpeg>
1/21/2025 12:38:36 PM

[redacted] **Mel US (Owner)**
I KNOW
1/21/2025 12:39:58 PM

[redacted] **Jay Vit**
lol sorry I got so excited
1/21/2025 12:40:49 PM

[redacted] **Jay Vit**
Is this part of the suit
1/21/2025 12:40:55 PM

[redacted] Jay Vit
This bts footage is incredible
1/21/2025 12:41:05 PM

[redacted] Mel US (Owner)
lol love u
1/21/2025 12:41:31 PM

[redacted] Mel US (Owner)
It will be
1/21/2025 12:41:39 PM

[redacted] Mel US (Owner)
What's that daddy? Thing?
1/21/2025 12:41:48 PM

[redacted] Jay Vit
Daddy?
1/21/2025 12:43:02 PM

[redacted] Mel US (Owner)
*Reply*
The sticker
1/21/2025 12:43:10 PM

[redacted] Jay Vit
<signal-2025-01-21-124608.jpeg>
1/21/2025 12:46:08 PM

[redacted] Jay Vit
<signal-2025-01-21-124627.jpeg>
1/21/2025 12:46:27 PM

[redacted] Jay Vit
Ohhhh
1/21/2025 12:49:17 PM

[redacted] Jay Vit
Daddy is og daddy
1/21/2025 12:49:28 PM

[redacted] Jay Vit
That's madonnas ex clothing. Line
1/21/2025 12:52:30 PM

[redacted] Jay Vit
This is so great congrats
1/21/2025 12:52:38 PM

[redacted] Jay Vit
It's our banner
1/21/2025 12:52:42 PM

[redacted] Jay Vit
Flying on Our site
1/21/2025 12:52:50 PM

[redacted] Jay Vit
<signal-2025-01-21-125303.jpeg>
1/21/2025 12:53:03 PM

[redacted] Jay Vit
I told the truth will come out
1/21/2025 12:53:17 PM

[redacted] Jay Vit
Imagine when her and Leslie see this
1/21/2025 12:53:27 PM

[redacted] Jay Vit
*System*
This message was deleted.
1/21/2025 12:53:37 PM

[redacted] Jay Vit
Sorry Ari f choice of words
1/21/2025 12:53:47 PM

[redacted] Mel US (Owner)
Banner !
1/21/2025 12:53:48 PM

[redacted] Jay Vit
lol
1/21/2025 12:53:57 PM

[redacted] Jay Vit
Wrong
1/21/2025 12:54:03 PM

[redacted] Jay Vit
Yeah it's flying right now
1/21/2025 12:54:11 PM

[redacted] Jay Vit
This is one minute increment
1/21/2025 12:55:25 PM

[redacted] Jay Vit
<signal-2025-01-21-125550.jpeg>
1/21/2025 12:55:50 PM

[redacted] Jay Vit
2000 views a minute
1/21/2025 12:55:58 PM

[redacted] Jay Vit
I've never seen 2000 views a minute
1/21/2025 12:56:50 PM

[redacted] Jay Vit
What really pisses me off is my editor I chief flipping stances and saying All that my texts show of mine is that I was doing my job well and got the exclusive on it
1/21/2025 1:02:21 PM

[redacted] Jay Vit
After I got written up and threatened by hr saying was gout to be fired and had to sign a letter of compliance o ly to be told nice job two weeks later
1/21/2025 1:03:02 PM

[redacted] Jay Vit
Pisses me the F off
1/21/2025 1:03:17 PM

[redacted] Jay Vit
If they fired me I know what lawyer to use but I was told in the letter that anything like this happens again I'm gone now today editor in chief asked me why I didn't get this one.
1/21/2025 1:04:13 PM

[redacted] Jay Vit
Are u fn kidding me
1/21/2025 1:04:27 PM

[redacted] Jay Vit
Livid rn
1/21/2025 1:04:31 PM

[redacted] Mel US (Owner)
STOP
1/21/2025 1:04:39 PM

[redacted] Jay Vit
lol
1/21/2025 1:04:46 PM

[redacted] Mel US (Owner)
Tell them the only reason is because we're being respectful
Of U
1/21/2025 1:04:48 PM

[redacted] Vit
No I mean I'm livid at them
1/21/2025 1:05:01 PM

[redacted] Jay Vit
Not u
1/21/2025 1:05:03 PM

[redacted] Jay Vit
Read above
1/21/2025 1:05:07 PM

[redacted] Mel US (Owner)
No, no, no, no no no
1/21/2025 1:05:13 PM

[redacted] Mel US (Owner)
I'm I know I mean, I'm livid for you
1/21/2025 1:05:18 PM

[redacted] Jay Vit
Basically, I was threatened for being fired for two weeks had to go through all of the drama only for my editor and chief to say nice job
1/21/2025 1:05:23 PM

[redacted] Mel US (Owner)
lol no I know
1/21/2025 1:05:32 PM

[redacted] Jay Vit
And get more
1/21/2025 1:05:35 PM

[redacted] Jay Vit
Oh lol
1/21/2025 1:05:38 PM

[redacted] Jay Vit
I hate how I can never understand context on Signal
1/21/2025 1:05:51 PM

[redacted] Jay Vit
It's so infuriating
1/21/2025 1:06:16 PM

[redacted] Mel US (Owner)
lol I get it
1/21/2025 1:15:27 PM

[redacted] Jay Vit
Every single comment on this post is pro you guys.
1/21/2025 1:53:31 PM

[redacted] Jay Vit
They would be so so dumb if they did not settle out
1/21/2025 1:53:42 PM

[redacted] Jay Vit
And it does not matter anyway, both their careers are over and all you did was tell the truth
1/21/2025 1:54:06 PM

[redacted] Jay Vit
I guarentee u he divorces her over this bc i guarentee u she lied to him about what happened
1/21/2025 1:55:02 PM

[redacted] Jay Vit
I don't think for one second they conspired
1/21/2025 1:55:55 PM

[redacted] Jay Vit
What I'm hearing this tape was the most solid piece of evidence anyone has ever had any lawsuit ever
1/21/2025 7:23:38 PM

[redacted] Jay Vit
You won
1/21/2025 7:23:45 PM

[redacted] Jay Vit
She's shitting bricks
1/21/2025 7:24:00 PM

[redacted] Mel US (Owner)
https://www.tmz.com/2025/01/21/blake-lively-fires-back-after-it-ends-with-us-footage-leaked-justin-baldoni/
1/21/2025 7:24:01 PM

[redacted] Jay Vit
Fucking kidding me there's not one person on earth that believes this
1/21/2025 7:25:12 PM

[redacted] Jay Vit
She's an idiot she should stop while she's ahead
1/21/2025 7:25:32 PM

[redacted] Jay Vit
Does she not realize that in court if you get caught in one lie everything you say is irrelevant
1/21/2025 7:25:59 PM

[redacted] Jay Vit
Just one lie
1/21/2025 7:26:30 PM

[redacted] Mel US (Owner)
It's insane
1/21/2025 7:26:36 PM

[redacted] Jay Vit
She's just making herself look stupid now
1/21/2025 7:27:33 PM

[redacted] Mel US (Owner)
My advice would be to stop talking
1/21/2025 7:27:51 PM

[redacted] Jay Vit
I hope she's reading all of the comments and people's opinion there's not one person that takes her side right now
1/21/2025 7:27:53 PM

[redacted] Mel US (Owner)
I know !!! Not one
And it's all ORGANIC
1/21/2025 7:28:11 PM

[redacted] Jay Vit
The thing is her careers already over with the release of the tape today she's done. No one's gonna hire her.
1/21/2025 7:28:28 PM

[redacted] Jay Vit
It's comical
1/21/2025 7:30:25 PM

[redacted] Jay Vit
I almost pray this goes to trial
1/21/2025 7:30:31 PM

[redacted] Jay Vit
She will get destroyed
1/21/2025 7:30:43 PM

[redacted] Jay Vit
I have an outfit picked out for when I take the stand
1/21/2025 7:31:05 PM

[redacted] Jay Vit
I want to be like the Tmz reporter in the Amber Hurd trial
1/21/2025 7:31:16 PM

[redacted] Mel US (Owner)
Omg
What is the outfit
1/21/2025 7:31:29 PM

[redacted] Jay Vit
Instafame
1/21/2025 7:31:32 PM

[redacted] Mel US (Owner)
I just don't understand why they doubled down like this
1/21/2025 7:31:45 PM

[redacted] Mel US (Owner)
But it's okay because we're gonna shoot back with a statement
1/21/2025 7:31:50 PM

[redacted] **Jay Vit**
Baby blue suit makes my eyes pop with a survivor of sexual abuse tie
1/21/2025 7:32:01 PM

[redacted] **Mel US (Owner)**
Sounds delightful
1/21/2025 7:32:49 PM

[redacted] **Jay Vit**
You must feel better now about all this right
1/21/2025 7:38:10 PM

[redacted] **Jay Vit**
Anxiety subsided
1/21/2025 7:38:18 PM

[redacted] **Jay Vit**
Court of public opinion of everyone on planet earth doesn't believe her at all
1/21/2025 7:38:38 PM

[redacted] **Jay Vit**
Outlets now printing hunky baldoni beach pics
1/21/2025 7:38:57 PM

[redacted] **Jay Vit**
He does look hotter once u look at him more
1/21/2025 7:39:15 PM

[redacted] **Jay Vit**
📎 <signal-2025-01-21-193928.jpeg>
1/21/2025 7:39:28 PM

[redacted] **Jay Vit**
😎
1/21/2025 7:39:41 PM

[redacted] **Mel US (Owner)**
Love
1/21/2025 8:01:19 PM

[redacted] **Jay Vit**
📎 <signal-2025-01-21-202156.jpeg>
1/21/2025 8:21:56 PM

[redacted] **Jay Vit**
📎 <signal-2025-01-21-202200.jpeg>
1/21/2025 8:22:00 PM

[redacted] **Jay Vit**
Ahhhhh lol
1/21/2025 8:22:08 PM

[redacted] Mel US (Owner)
Literal gaslighting
1/21/2025 8:22:23 PM

[redacted] Jay Vit
Her shame cave
1/21/2025 8:22:36 PM

[redacted] Jay Vit
Omg lol
1/21/2025 8:22:39 PM

[redacted] Jay Vit
Maybe it is Attorney's trying to milk them for money
1/21/2025 8:23:08 PM

[redacted] Jay Vit
They're not stupid they can't possibly think they have a case now I don't get it. It makes no sense at this point. It's just give up.
1/21/2025 8:23:23 PM

[redacted] Mel US (Owner)
I super am exhausted of this shit
1/21/2025 8:24:35 PM

[redacted] Jay Vit
I'm sure.
1/21/2025 8:32:34 PM

[redacted] Jay Vit
It's over soon I can feel it I'm psychic
1/21/2025 8:32:46 PM

# EXHIBIT K

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 115 | Date Range: 8/7/2024 |

### Outline of Conversations

[redacted] **System Message chatroom** • 115 messages on 8/7/2024 • [redacted] • Katie Case ([redacted]) • Nathan Melissa ([redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

**[redacted]/System Message chatroom**

| | | | |
|---|---|---|---|
| # | [redacted] | Hi! Let's use this dial in so we can all chat. | 8/7/2024, 3:00 PM |
| | [redacted] | 5807109# | |
| SM | System Message (System Message) | [redacted] removed +[redacted] from the conversation | 8/7/2024, 3:02 PM |
| NM | Nathan Melissa [redacted]) | [url:'https://p39-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] *Attachment: __Library_SMS_Attachments_13_03_151A051E-7134-4E92-8EDE-19AA360A71A0_Screenshot 2024-08-07 at 12.07.57.heic (50 KB)* | 8/7/2024, 3:08 PM |
| # | [redacted] | Oh! I called him by mistake before so I thought he meant that | 8/7/2024, 3:08 PM |
| NM | Nathan Melissa [redacted] | I can't | 8/7/2024, 3:09 PM |
| NM | Nathan Melissa [redacted] | With these people | 8/7/2024, 3:09 PM |
| NM | Nathan Melissa [redacted] | I'm going to vomit | 8/7/2024, 3:09 PM |
| KC | Katie Case ([redacted] | Belloni | 8/7/2024, 3:12 PM |
| # | [redacted] | So then hire fucking Jed!!!! | 8/7/2024, 3:12 PM |
| KC | Katie Case ([redacted] | HIRE FUCKING JED | 8/7/2024, 3:14 PM |
| # | [redacted] | We are telling her what to do | 8/7/2024, 3:14 PM |
| # | [redacted] | MN if you want to hop you have that Luna Luna call with AS | 8/7/2024, 3:28 PM |
| NM | Nathan Melissa [redacted] | Yes I have to | 8/7/2024, 3:28 PM |
| # | [redacted] | Go | 8/7/2024, 3:28 PM |

KC Katie Case [redacted] 8/7/2024, 3:30 PM
I don't want to create a headline about this if we don't have to

KC Katie Case [redacted] 8/7/2024, 3:30 PM
Hire the social team, squash, move on

NM Nathan Melissa [redacted] 8/7/2024, 3:30 PM
I can't do this and rebel and Luna and all same time

NM Nathan Melissa [redacted] 8/7/2024, 3:32 PM
I'm having a breakdown [url:'https://p63-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_87_07_E4F9DC88-05CC-495A-94C4-4639E5B23A06_Screenshot 2024-08-07 at 12.32.01.heic (52 KB)*

# [redacted] 8/7/2024, 3:32 PM
Leave this call MN

KC Katie Case [redacted] 8/7/2024, 3:32 PM
Emphasized "Leave this call MN "

NM Nathan Melissa [redacted]) 8/7/2024, 3:32 PM
I can't

NM Nathan Melissa [redacted] 8/7/2024, 3:33 PM
[redacted]

Ask for a call and say we will give him a different story

NM Nathan Melissa [redacted] 8/7/2024, 3:33 PM
This is what I mean all these calls don't need 2-3 people on as well

# [redacted] 8/7/2024, 3:47 PM
For The Sun, we don't need spin wheels. Also, response should come from Jen rather than outside PR firm looks weird. Just off record - no truth to these, he was traveling, etc." they don't have any specifics

KC Katie Case [redacted] 8/7/2024, 3:47 PM
Emphasized "This is what I mean all these calls don't need 2-3…"

KC Katie Case [redacted] 8/7/2024, 3:47 PM
We're drafting a plan with next steps now which we'll send to Jen and Jamey

NM Nathan Melissa [redacted] 8/7/2024, 3:48 PM
But still headline wise they will kill

NM Nathan Melissa [redacted] 8/7/2024, 4:10 PM
TMZ on about jenny slate dodging Q

| # | [redacted] | 8/7/2024, 4:11 PM |
|---|---|---|

https://x.com/deadline/status/1821269626493284668?s=42&t=jViqTZARji93-nMEMLLmJQ

*Attachment: __Libr_1 (549 bytes)*

*Attachment: __Libr_1(2) (160 KB)*

# [redacted] 8/7/2024, 4:13 PM

For TMZ

-She didn't dodge the question, she said how difficult it is when you are acting and directing

KC **Katie Case** ([redacted] 8/7/2024, 4:13 PM

And she appreciates what a challenge it was for Justin

# [redacted] 8/7/2024, 4:14 PM

Yes - this is nothing story

NM **Nathan Melissa** ([redacted]) 8/7/2024, 4:15 PM

NM **Nathan Melissa** [redacted] 8/7/2024, 4:23 PM

Omg jen she needs to stop being SJ but also we do need to say when shit happens we are doing x

NM **Nathan Melissa** [redacted] 8/7/2024, 4:26 PM

Mental note, we are not working with her again

# [redacted] 8/7/2024, 4:26 PM

I'm tweaking now what you sent KC

KC **Katie Case** ([redacted] 8/7/2024, 4:26 PM

Emphasized "Mental note, we are not working with her again "

# [redacted] 8/7/2024, 4:26 PM

No! And how does she do her job without us on a day to day

KC **Katie Case** [redacted]) 8/7/2024, 4:26 PM

She doesn't lol

KC **Katie Case** [redacted] 8/7/2024, 4:29 PM

Just sent you an updated note Breanna feel free to tweak that one!

# [redacted] 8/7/2024, 4:33 PM

This is what im sending

# [redacted] 8/7/2024, 4:33 PM

Hi all,
As mentioned, within the last 20 minutes or so the story has bled over into more mainstream media - still just speculation with nobody mentioning any specific of what happened, something we need to keep in mind as there is nothing incredibly tangible at the moment to counter.
That being said, we have a few options we can explore moving forward. In addition to a feeding JB a line for tomorrow's press to try and address some of this, we also feel it's best to give him a line to keep in pocket for when/if asked about the feud moving forward.
1. Fed line for on-cam appearances tomorrow: The conversations happening on social media are a testament to the passion people for have for this story and the charactersThat's why it was hugely important to me that the subject matter was treated with care, not just as a director, but also because I was playing a character that was dark as Ryle. The experience of inhabiting that kind of person was really intense My goal was to create an honest reflection of what women experience and Blake, Colleen, Jenny Isabella and our amazing stunt and intimacy coordinators were

instrumental in that. Are there creative differences on set? Of course. But our communal goal was the same. I'm so, so proud of this film, and what it can accomplish. And, it's my hope that our amazing fans and this created community can help us focus on the immensely important subject matter.
2. Decide whether or not to get ahead of this If we want to start tee'ing this up from Justin's perspective before her team inevitably comes forward (and I think we have to be realistic that she may very well try and blow the lid here) we tee something up with Belloni's newsletter to run tomorrow night. He loves Justin, am sure he's heard less than favorably things about Blake's working reputation, and this will be the best hand-off approach without doing some splashy story in need of source quotes, etc.OR, we wait for her side to come out first and go on a the more aggressive attack, actually placing something larger with a trade that includes the angle of her crossing strike line, WGA boundaries for a more robust item3. Start social strategy asap to begin killing/mitigating the online conspiracies. We are discussing next steps with the team now re: how exactly to set this into motion and will keep the team posted.

KC **Katie Case** ([redacted] 8/7/2024, 4:34 PM
I'd say mainstream media but low level gossip sites

KC **Katie Case** [redacted] 8/7/2024, 4:35 PM
Jed said his team is ready to go by the way

NM **Nathan Melissa** [redacted] 8/7/2024, 4:36 PM
Great, lol let them go

KC **Katie Case** [redacted] 8/7/2024, 4:43 PM
Lol

# [redacted] 8/7/2024, 5:04 PM
im writing back to Jen - tweaking one line but ultimately no, we shouldn't make him look like a liar blaming all of these other excuses and then some story comes out

KC **Katie Case** [redacted] 8/7/2024, 5:05 PM
Emphasized "im writing back to Jen - tweaking one line but ult…"

KC **Katie Cas**[redacted] 8/7/2024, 5:06 PM
"We're not just thinking about tomorrow — we're planning for the event that something could blow up from her camp."

NM **Nathan Melissa** ([redacted]) 8/7/2024, 5:14 PM
Exactly, we can't do a statement

KC **Katie Case** ([redacted] 8/7/2024, 5:39 PM
I have a hybe call then but I'll join once I'm off!

# [redacted] 8/7/2024, 5:40 PM
Ok - we all have to work together to not have this be 2 hour call. I'm going to have to hop at some point for girls if it ends up being hours

KC **Katie Case** ([redacted]) 8/7/2024, 5:41 PM
Emphasized "Ok - we all have to work together to not have this…"

# [redacted] 8/7/2024, 5:41 PM
At some point we just stop talking once we've said all we can say

KC **Katie Case** [redacted] 8/7/2024, 5:42 PM
I think we send an agenda too

KC **Katie Case** [redacted] 8/7/2024, 5:42 PM
I'll draft quickly and send to you Bre

# [redacted] 8/7/2024, 5:45 PM
Re: her question on Belloni - we can start by pointing to what's already out there re: her control, saying Ryan wrote a scene, letting go of AD and composer to bring on Deadpol people, delaying production, forcing to rewrite script 2 weeks

before film started amid a strike

# [redacted] 8/7/2024, 5:45 PM
Idk what do you guys think? Idk if we leave sexy comment out or not

NM **Nathan Melissa** ([redacted]) 8/7/2024, 5:46 PM
One sec on with Deux moi

KC **Katie Case** ([redacted] 8/7/2024, 5:51 PM
Let us know what she says!

KC **Katie Case** [redacted] 8/7/2024, 6:12 PM
Sent you guys the agenda — also Bre do we adjust the call to 30 mins vs an hour? To keep it tight?

# [redacted] 8/7/2024, 6:13 PM
Yes - can you share agenda am just trying to wrap something else beforehand

KC **Katie Case** [redacted] 8/7/2024, 6:17 PM
Liked "Yes - can you share agenda am just trying to wrap …"

NM **Nathan Melissa** [redacted] 8/7/2024, 6:19 PM
30 minutes, please please for the love of Christ

# [redacted] 8/7/2024, 6:31 PM
Ok am starting this zoom

# [redacted] 8/7/2024, 6:32 PM
https://us06web.zoom.us/j/7811215293?pwd=QWmlam6fYCW25Oi3VfQm6sHC74vhDW.1

*Attachment: __Libr_1(3) (9 KB)*

# [redacted] 8/7/2024, 6:33 PM
Im dying at just all of this

# [redacted] 8/7/2024, 6:44 PM
He shouldn't head on

KC **Katie Case** ([redacted] 8/7/2024, 6:46 PM
Is the taping live?

# [redacted] 8/7/2024, 6:46 PM
Yes for today show - idk if he's doing other on-cam

KC **Katie Case** ([redacted] 8/7/2024, 6:47 PM
They're going to move on when the next story drops

KC **Katie Case** [redacted] 8/7/2024, 6:48 PM
Or when Blake stops doing promo for the film

KC **Katie Case** [redacted] 8/7/2024, 6:49 PM
Honestly the fat thing is better than being a creep

# [redacted] 8/7/2024, 6:49 PM
Exactly

KC **Katie Case** ([redacted] 8/7/2024, 6:52 PM

Nope

KC Katie Case ([redacted] 8/7/2024, 6:52 PM
Then beef is in the headline

KC Katie Case ([redacted] 8/7/2024, 6:52 PM
Creates a story about beef — gives Blake bait which she'll take

KC Katie Case [redacted] 8/7/2024, 6:56 PM
Only PR people understand what a pivot is audiences won't get that

KC Katie Case [redacted] 8/7/2024, 6:58 PM
I hate the way she speaks

# [redacted] 8/7/2024, 6:58 PM
Mmm not really

# [redacted] 8/7/2024, 6:58 PM
As they're so desperate to get a celebrity

# [redacted] 8/7/2024, 6:58 PM
They're usually friendlier

KC Katie Case [redacted] 8/7/2024, 7:02 PM
I wrote what you said

# [redacted] 8/7/2024, 7:05 PM
Follow up is coming off the plane, being with wife for birthday overseas

# [redacted] 8/7/2024, 7:05 PM
Simple

KC Katie Case [redacted] 8/7/2024, 7:06 PM
No one should ask that with Jen in the room

# [redacted] 8/7/2024, 7:06 PM
Oh Jesus Christ

NM Nathan Melissa ([redacted] 8/7/2024, 7:07 PM
OH FOR FUCKS SAKE

KC Katie Case ([redacted] 8/7/2024, 7:08 PM
"You guys must be better at socials than I am! This is exactly why we love this community so much, is how passionate they are. And this is why we wanted to make this movie for them."

NM Nathan Melissa ([redacted] 8/7/2024, 7:14 PM
Did that make sense
No am so tired
Everyone is to tired

# [redacted] 8/7/2024, 7:14 PM
Yes yes

KC Katie Case [redacted] 8/7/2024, 7:14 PM
It absolutely did

KC Katie Case [redacted] 8/7/2024, 7:14 PM

We're tired lol

\# [redacted] 8/7/2024, 7:14 PM
Also the fat thing is laughable and we can combat easily - no one would really believe

KC Katie Case [redacted] 8/7/2024, 7:15 PM
Emphasized "Also the fat thing is laughable and we can combat ..."

\# [redacted] 8/7/2024, 7:15 PM
His head is spinning knowing she's your sister now

KC Katie Case [redacted] 8/7/2024, 7:15 PM
Lolzzzzz

\# [redacted] 8/7/2024, 7:15 PM
It's annoying Jen said that

KC Katie Case [redacted] 8/7/2024, 7:15 PM
And I watch her dog! Hahahah

\# [redacted] 8/7/2024, 7:16 PM
They haven't told him that yet

KC Katie Case [redacted] 8/7/2024, 7:16 PM
Oh boy

\# [redacted] 8/7/2024, 7:23 PM
Next steps:
•Today Show (should be fine)
•Pocket Lines (we'll send through several lines for the few points we discussed)
•Continued conversations with journalists
•Social attack
•Re-connect to chat through what information we've gathered

KC Katie Case [redacted] 8/7/2024, 7:24 PM
Loved "Next steps:
•Today Show (should be fine)
•Poc..."

\# [redacted] 8/7/2024, 7:25 PM
You have to prove malice - he can't get caught up with defamation suit

KC Katie Case [redacted] 8/7/2024, 7:26 PM
Emphasized "You have to prove malice - he can't get caught up ..."

NM Nathan Melissa [redacted] 8/7/2024, 7:32 PM
Jesus Christ, my God

NM Nathan Melissa [redacted] 8/7/2024, 7:32 PM
Let's put this on Email. I think that call was good. We proved our worth.

KC Katie Case [redacted] 8/7/2024, 7:34 PM
Sending now 🙂

KC Katie Case [redacted] 8/7/2024, 7:34 PM
The call was great!

KC Katie Case [redacted] 8/7/2024, 7:39 PM

Once the draft is approved I'll send

KC **Katie Case** ([redacted] 8/7/2024, 7:42 PM

Mainly just need you guys to confirm the points

KC **Katie Case** [redacted] 8/7/2024, 7:47 PM

Hi all,

Thanks so much for the call this evening!

To quickly reiterate --

The following two pivot points can be used as needed tomorrow.

1. Re: online chatter: I've been doing a lot of press! Chatter is chatter and it's what the internet is for. I love how passionate the fans are, it's why we made the film. The amount of social conversation is a little amazing for me but again, just shows why we needed to tell this incredible story.

2. Re following on socials: Is that a real question? What we should be talking about, is how important this movie is, why we made it, how freaking amazing the cast is in it, and how it's genuinely going to change people's lives. We should really be talking about that.

We'll continue flagging any further conversations with journalists that arise throughout the rest of this evening and tomorrow. The social and digital team will be a huge asset to combat existing narratives online and mitigate the chatter.

Again should there be items to flag, we will continue to do so. But until then, we'll take it day by day.

Let us know of any questions!

Thank you,
Katie

NM **Nathan Melissa** [redacted] 8/7/2024, 7:52 PM

Hmmm is that what I said

KC **Katie Case** [redacted] 8/7/2024, 7:56 PM

Hi all,

Thanks so much for the call this evening!

To quickly reiterate --

The following two pivot points can be used as needed if the following questions are asked.

1. We've seen a lot of online chatter about you not doing press alongside the rest of the cast, is there a reason for this?

Online chatted is exactly what the internet is for, I love how passionate the fans are about this project and it's why made the decision to make the film. The amount of social conversation is amazing for me, and just proves why we needed to tell this incredible story.

2. Fans pointed out that the cast is no longer following you on socials. Is this true?

Is that a real question? What we should be talking about, is how important this movie is, why we made it, how freaking amazing the cast is in it, and how it's genuinely going to change people's lives. Let's talk about that.

As you today we got some very useful feedback across the board, we'll continue flagging any further conversations with journalists that arise throughout the rest of this evening and tomorrow.

The social and digital team will be a huge asset to combat existing narratives online and mitigate the chatter.

Again should there be items to flag, we will continue to do so. But until then, we'll take it day by day.

Let us know of any questions!

Thank you,
Katie

KC **Katie Case** [redacted] 8/7/2024, 7:57 PM

Butt dial Melissa!

# EXHIBIT L

[redacted]

**Thread Participants:** [redacted] Katie Case; [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted]

**Active Participants:** [redacted] Katie Case; +[redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); System Message System Message

**First Message:** 8/7/2024 3:00:40 PM

**Last Message:** 8/7/2024 8:42:03 PM

---

Redacted - NR

# Redacted - NR

Redacted - NR

Redacted - NR

[redacted] Katie Case
We're drafting a plan with next steps now which we'll send to Jen and Jamey
8/7/2024 3:47:35 PM

[redacted] Melissa Nathan (Owner)
*Reply*
But still headline wise they will kill
8/7/2024 3:48:38 PM

[redacted] Melissa Nathan (Owner)
TMZ on about jenny slate dodging Q
8/7/2024 4:10:56 PM

+[redacted] Breanna Butler
https://x.com/deadline/status/1821269626493284668?s=42&t=jViqTZARji93-nMEMLLmJQ
📎
<__Library_SMS_Attach_1_75_05_C09CA5_1_6EC9B0_1>
📎
<__Library_SMS_Attach_1_34_04_A3564F_1_127439_1>
8/7/2024 4:11:22 PM

[redacted] Breanna Butler
For TMZ

-She didn't dodge the question, she said how difficult it is when you are acting and directing
8/7/2024 4:13:32 PM

[redacted] Katie Case
And she appreciates what a challenge it was for Justin
8/7/2024 4:13:46 PM

[redacted] Breanna Butler
Yes - this is nothing story
8/7/2024 4:14:04 PM

[redacted] Melissa Nathan (Owner)

8/7/2024 4:15:42 PM

[redacted] Melissa Nathan (Owner)
Omg jen she needs to stop being SJ but also we do need to say when shit happens we are doing x
8/7/2024 4:23:41 PM

[redacted] Melissa Nathan (Owner)
Mental note, we are not working with her again
8/7/2024 4:26:21 PM

[redacted] Breanna Butler
I'm tweaking now what you sent KC
8/7/2024 4:26:29 PM

[redacted] Katie Case
Emphasized "Mental note, we are not working with her again "
8/7/2024 4:26:37 PM

[redacted] Breanna Butler
No! And how does she do her job without us on a day to day
8/7/2024 4:26:40 PM

[redacted] Katie Case
She doesn't lol
8/7/2024 4:26:56 PM

[redacted] Katie Case
Just sent you an updated note Breanna feel free to tweak that one!
8/7/2024 4:29:11 PM

[redacted] Breanna Butler
This is what im sending
8/7/2024 4:33:35 PM

[redacted] Breanna Butler

Hi all,

As mentioned, within the last 20 minutes or so the story has bled over into more mainstream media - still just speculation with nobody mentioning any specific of what happened, something we need to keep in mind as there is nothing incredibly tangible at the moment to counter.

That being said, we have a few options we can explore moving forward. In addition to a feeding JB a line for tomorrow's press to try and address some of this, we also feel it's best to give him a line to keep in pocket for when/if asked about the feud moving forward.

1. Fed line for on-cam appearances tomorrow: The conversations happening on social media are a testament to the passion people for have for this story and the charactersThat's why it was hugely important to me that the subject matter was treated with care, not just as a director, but also because I was playing a character that was dark as Ryle. The experience of inhabiting that kind of person was really intense My goal was to create an honest reflection of what women experience and Blake, Colleen, Jenny Isabella and our amazing stunt and intimacy coordinators were instrumental in that. Are there creative differences on set? Of course. But our communal goal was the same. I'm so, so proud of this film, and what it can accomplish. And, it's my hope that our amazing fans and this created community can help us focus on the immensely important subject matter.

2. Decide whether or not to get ahead of this If we want to start tee'ing this up from Justin's perspective before her team inevitably comes forward (and I think we have to be realistic that she may very well try and blow the lid here) we tee something up with Belloni's newsletter to run tomorrow night. He loves Justin, am sure he's heard less than favorably things about Blake's working reputation, and this will be the best hand-off approach without doing some splashy story in need of source quotes, etc.OR, we wait for her side to come out first and go on a the more aggressive attack, actually placing something larger with a trade that includes the angle of her crossing strike line, WGA boundaries for a more robust item3. Start social strategy asap to begin killing/mitigating the online conspiracies. We are discussing next steps with the team now re: how exactly to set this into motion and will keep the team posted.

8/7/2024 4:33:41 PM

[redacted] Katie Case

I'd say mainstream media but low level gossip sites

8/7/2024 4:34:41 PM

[redacted] Katie Case

Jed said his team is ready to go by the way

8/7/2024 4:35:55 PM

[redacted] Melissa Nathan (Owner)
Great, lol let them go
8/7/2024 4:36:27 PM

[redacted] Katie Case
Lol
8/7/2024 4:43:01 PM

[redacted] Breanna Butler
im writing back to Jen - tweaking one line but ultimately no, we shouldn't make him look like a liar blaming all of these other excuses and then some story comes out
8/7/2024 5:04:58 PM

[redacted] Katie Case
Emphasized "im writing back to Jen - tweaking one line but ult…"
8/7/2024 5:05:45 PM

[redacted] Katie Case
"We're not just thinking about tomorrow — we're planning for the event that something could blow up from her camp."
8/7/2024 5:06:09 PM

[redacted] Melissa Nathan (Owner)
Exactly, we can't do a statement
8/7/2024 5:14:48 PM

Redacted - NR

[redacted] Breanna Butler
Re: her question on Belloni - we can start by pointing to what's already out there re: her control, saying Ryan wrote a scene, letting go of AD and composer to bring on Deadpol people, delaying production, forcing to rewrite script 2 weeks before film started amid a strike
8/7/2024 5:45:47 PM

[redacted] Breanna Butler
Idk what do you guys think? Idk if we leave sexy comment out or not
8/7/2024 5:45:58 PM

[redacted] Melissa Nathan (Owner)
One sec on with Deux moi
8/7/2024 5:46:07 PM

[redacted] Katie Case
Let us know what she says!
8/7/2024 5:51:21 PM

Redacted - NR

[redacted] Breanna Butler
He shouldn't head on
8/7/2024 6:44:22 PM

[redacted] Katie Case
Is the taping live?
8/7/2024 6:46:08 PM

[redacted] Breanna Butler
Yes for today show - idk if he's doing other on-cam
8/7/2024 6:46:39 PM

[redacted] Katie Case
They're going to move on when the next story drops
8/7/2024 6:47:53 PM

[redacted] Katie Case
Or when Blake stops doing promo for the film
8/7/2024 6:48:00 PM

[redacted] Katie Case
Honestly the fat thing is better than being a creep
8/7/2024 6:49:32 PM

[redacted] Breanna Butler
Exactly
8/7/2024 6:49:51 PM

[redacted] Katie Case
Nope
8/7/2024 6:52:01 PM

[redacted] Katie Case
Then beef is in the headline
8/7/2024 6:52:06 PM

[redacted] Katie Case
Creates a story about beef — gives Blake bait which she'll take
8/7/2024 6:52:16 PM

[redacted] Katie Case
Only PR people understand what a pivot is audiences won't get that
8/7/2024 6:56:03 PM

[redacted] Katie Case
I hate the way she speaks
8/7/2024 6:58:42 PM

[redacted] Breanna Butler
Mmm not really
8/7/2024 6:58:45 PM

[redacted] Breanna Butler
As they're so desperate to get a celebrity
8/7/2024 6:58:50 PM

[redacted] Breanna Butler
They're usually friendlier
8/7/2024 6:58:55 PM

[redacted] Katie Case
I wrote what you said
8/7/2024 7:02:17 PM

[redacted] Breanna Butler
Follow up is coming off the plane, being with wife for birthday overseas
8/7/2024 7:05:46 PM

[redacted] Breanna Butler
Simple
8/7/2024 7:05:48 PM

[redacted] Katie Case
No one should ask that with Jen in the room
8/7/2024 7:06:05 PM

[redacted] Breanna Butler
Oh Jesus Christ
8/7/2024 7:06:53 PM

[redacted] Melissa Nathan (Owner)
OH FOR FUCKS SAKE
8/7/2024 7:07:00 PM

[redacted] Katie Case
"You guys must be better at socials than I am! This is exactly why we love this community so much, is how passionate they are. And this is why we wanted to make this movie for them."
8/7/2024 7:08:32 PM

[redacted] Melissa Nathan (Owner)
Did that make sense
No am so tired
Everyone is to tired
8/7/2024 7:14:33 PM

[redacted] Breanna Butler
Yes yes
8/7/2024 7:14:41 PM

[redacted] Katie Case
It absolutely did
8/7/2024 7:14:43 PM

[redacted] **Katie Case**
We're tired lol
8/7/2024 7:14:46 PM

[redacted] **Breanna Butler**
Also the fat thing is laughable and we can combat easily - no one would really believe
8/7/2024 7:14:55 PM

[redacted] **Katie Case**
Emphasized "Also the fat thing is laughable and we can combat …"
8/7/2024 7:15:04 PM

[redacted] **Breanna Butler**
His head is spinning knowing she's your sister now
8/7/2024 7:15:17 PM

[redacted] **Katie Case**
Lolzzzzz
8/7/2024 7:15:32 PM

[redacted] **Breanna Butler**
It's annoying Jen said that
8/7/2024 7:15:34 PM

[redacted] **Katie Case**
And I watch her dog! Hahahah
8/7/2024 7:15:39 PM

[redacted] **Breanna Butler**
They haven't told him that yet
8/7/2024 7:16:09 PM

[redacted] **Katie Case**
Oh boy
8/7/2024 7:16:23 PM

[redacted] **Breanna Butler**
Next steps:
- Today Show (should be fine)
- Pocket Lines (we'll send through several lines for the few points we discussed)
- Continued conversations with journalists
- Social attack
- Re-connect to chat through what information we've gathered

8/7/2024 7:23:53 PM

[redacted] **Katie Case**
Loved "Next steps:
- Today Show (should be fine)
- Poc…"

8/7/2024 7:24:12 PM

+[redacted] Breanna Butler
You have to prove malice - he can't get caught up with defamation suit
8/7/2024 7:25:43 PM

[redacted] Katie Case
Emphasized "You have to prove malice - he can't get caught up ..."
8/7/2024 7:26:14 PM

[redacted] Melissa Nathan (Owner)
Jesus Christ, my God
8/7/2024 7:32:42 PM

[redacted] Melissa Nathan (Owner)
Let's put this on Email. I think that call was good. We proved our worth.
8/7/2024 7:32:54 PM

[redacted] Katie Case
Sending now :)
8/7/2024 7:34:14 PM

[redacted] Katie Case
The call was great!
8/7/2024 7:34:17 PM

[redacted] Katie Case
Once the draft is approved I'll send
8/7/2024 7:39:06 PM

[redacted] Katie Case
Mainly just need you guys to confirm the points
8/7/2024 7:42:29 PM

[redacted] **Katie Case**

Hi all,

Thanks so much for the call this evening!

To quickly reiterate --

The following two pivot points can be used as needed tomorrow.

1. Re: online chatter: I've been doing a lot of press! Chatter is chatter and it's what the internet is for. I love how passionate the fans are, it's why we made the film. The amount of social conversation is a little amazing for me but again, just shows why we needed to tell this incredible story.

2. Re following on socials: Is that a real question? What we should be talking about, is how important this movie is, why we made it, how freaking amazing the cast is in it, and how it's genuinely going to change people's lives. We should really be talking about that.

We'll continue flagging any further conversations with journalists that arise throughout the rest of this evening and tomorrow. The social and digital team will be a huge asset to combat existing narratives online and mitigate the chatter.

Again should there be items to flag, we will continue to do so. But until then, we'll take it day by day.

Let us know of any questions!

Thank you,
Katie

8/7/2024 7:47:35 PM

[redacted] **Melissa Nathan (Owner)**

Hmmm is that what I said

8/7/2024 7:51:59 PM

[redacted] **Katie Case**
Hi all,

Thanks so much for the call this evening!

To quickly reiterate --

The following two pivot points can be used as needed if the following questions are asked.

1. We've seen a lot of online chatter about you not doing press alongside the rest of the cast, is there a reason for this?

Online chatted is exactly what the internet is for, I love how passionate the fans are about this project and it's why made the decision to make the film. The amount of social conversation is amazing for me, and just proves why we needed to tell this incredible story.

2. Fans pointed out that the cast is no longer following you on socials. Is this true?

Is that a real question? What we should be talking about, is how important this movie is, why we made it, how freaking amazing the cast is in it, and how it's genuinely going to change people's lives. Let's talk about that.

As you today we got some very useful feedback across the board, we'll continue flagging any further conversations with journalists that arise throughout the rest of this evening and tomorrow.

The social and digital team will be a huge asset to combat existing narratives online and mitigate the chatter.

Again should there be items to flag, we will continue to do so. But until then, we'll take it day by day.

Let us know of any questions!

Thank you,
Katie

8/7/2024 7:56:44 PM

[redacted] **Katie Case**
Butt dial Melissa!
8/7/2024 7:57:24 PM

[redacted] **Breanna Butler**
Just finished bedtime - I'll take a look and share
8/7/2024 8:35:46 PM

[redacted] **Breanna Butler**
*Edited*
Just finished bedtime - thank you for sending
8/7/2024 8:40:34 PM

[redacted] **Katie Case**
Of course!
8/7/2024 8:42:03 PM

# EXHIBIT M

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 76 | Date Range: 8/16/2024 - 8/17/2024 |

### Outline of Conversations

**iMessage Chat:** [redacted] • 76 messages between 8/16/2024 - 8/17/2024 • Custodian: Abel, Jennifer [redacted] > • Custodian: Abel, Jennifer [redacted] > • Melissa Nathan [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat:** [redacted]

MN **Melissa Nathan** [redacted]> ▶ 8/16/2024, 8:43 AM

Cool thx

*Attachment: files/Image/Screenshot 2024-08-16 at 08.43.22.heic (50 KB)*

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/16/2024, 9:17 AM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 8:44 AM

https://mol.im/a/13749783

*Attachment: files/Video/6E804D28-1907-482A-94C7-F3260A79F9E4.pluginPayloadAttachment (1 MB)*

*Attachment: files/Image/FF7C7F18-BEAE-4F85-94B7-4E7C2D033690.pluginPayloadAttachment (106 KB)*

Receipts • Custodian: Abel, Jennifer [redacted]> [R:8/16/2024, 9:17 AM]

JA **Custodian: Abel, Jennifer <**[redacted]**>** ◀ 8/16/2024, 9:37 AM

Wow

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 9:37 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 9:37 AM

You really outdid yourself with this piece 🙃

Receipts • Melissa Nathan [redacted]> [D:8/16/2024, 9:37 AM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 9:46 AM

That's why you hired me right? I'm the best.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/16/2024, 10:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 10:14 AM

Heading to the airport and there is a drive through the jungle that there's going to be no reception for around 24 hours

Joke

45 mins

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 10:14 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 10:15 AM

I'm sorry. You bring off line for 45 min was not included in the scope

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 10:15 AM]

JA **Custodian: Abel, Jennifer <**[redacted]**>** ◀ 8/16/2024, 10:15 AM

Unacceptable

Receipts • Melissa Nathan [redacted]> [D:8/16/2024, 10:15 AM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 10:15 AM

*Attachment: files/Image/IMG_2414_85750.heic (986 KB)*

Receipts • Custodian: Abel, Jennifer [redacted]> [R:8/16/2024, 10:36 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 10:36 AM

Laughed at an image

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 10:36 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 10:45 AM

lol when did he do this ha

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 10:45 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 10:45 AM

https://www.instagram.com/reel/C-u0GrlxOXh/?igsh=MzRIODBiNWFIZA==

*Attachment: files/Image/B4770487-3638-4F1E-BB75-66CE3825DFBE.pluginPayloadAttachment (9 KB)*

*Image: files/Image/465a43235b7c3d824114fdbfeb4a605eaedd55d6cfb7e16b927a91a9ed822341.png (31 KB)*

*Attachment: files/Image/1C7150C9-EF1A-45DC-97D0-CBF3E0C07E0C.pluginPayloadAttachment (19 KB)*

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 10:45 AM]

MN **Melissa Nathan** [redacted] ► 8/16/2024, 11:32 AM

https://www.dailymail.co.uk/femail/article-13750309/blake-lively-interview-kjersti-flaa-bump-comment-ends-movie.html?ito=native_share_article-nativemenubutton

*Attachment: files/Image/24E662A7-D1E6-4EBD-9C8F-51FE6BAD3201.pluginPayloadAttachment (126 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 11:33 AM]

MN **Melissa Nathan** [redacted] ► 8/16/2024, 11:32 AM

Reporter says Blake Lively's 'little bump' taunt 'felt like a bullet'

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 11:33 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 11:33 AM

God it just keeps going!

Receipts • Melissa Nathan < [redacted] [D:8/16/2024, 11:33 AM]

MN **Melissa Nathan** [redacted] ► 8/16/2024, 11:36 AM

I'm sorry I need to reply to you this way
I can't have SJ looking at emails n then trying to use them against me to Leslie

*Attachment: files/Image/Draft Re REQUEST FOR COMMENT.heic (79 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 11:36 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 11:37 AM
So formal!

Receipts • Melissa Natha[redacted]> [D:8/16/2024, 11:37 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 11:37 AM
Ha

Receipts • Melissa Nathan <[redacted] [D:8/16/2024, 11:37 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 11:37 AM
All good

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 11:37 AM]

JA **Custodian: Abel, Jennife[redacted]>** ◄ 8/16/2024, 11:37 AM
Has Leslie said she spoken to her?

Receipts • Melissa Natha[redacted]> [D:8/16/2024, 11:37 AM]

MN **Melissa Nathan <[redacted]** ► 8/16/2024, 11:37 AM

*Attachment: files/Image/Screenshot 2024-08-16 at 11.37.35.heic (35 KB)*

Receipts • Custodian: Abel, Jennifer [redacted]> [R:8/16/2024, 11:37 AM]

MN **Melissa Nathan [redacted]>** ► 8/16/2024, 1:10 PM
100M needs to be a story on its own

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 1:10 PM
It is

Receipts • Melissa Natha[redacted] [D:8/16/2024, 1:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 1:10 PM
But all of the feud shit is still within the pieces

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 1:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/16/2024, 1:10 PM
So annoying

Receipts • Melissa Natha[redacted]> [D:8/16/2024, 1:10 PM]

MN **Melissa Nathan** [redacted] ► 8/16/2024, 1:10 PM
Oh for fuckss sake

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/16/2024, 1:10 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 1:10 PM
Also Wi-Fi so bad at this tiny airport

Receipts • Custodian: Abel, Jennife[redacted]> [R:8/16/2024, 1:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 1:10 PM
A ton of headlines about it today which is great but all mention the feud within

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 1:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 1:11 PM
Can one of your other clients please have a scandal so we can get over this

Receipts • Melissa Nathan <[redacted] [D:8/16/2024, 1:11 PM]

MN **Melissa Nathan** [redacted]> ▶ 8/16/2024, 1:12 PM
Sure who do you want

Receipts • Custodian: Abel, Jennifer [redacted] R:8/16/2024, 1:12 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/16/2024, 1:14 PM
Fake Logan Paul

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 1:14 PM
Easy

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:14 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 1:15 PM
BTW I loved the DM headline of Taylor Swift being attacked as part of the drama with BL. Was that you?! LOL

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 1:24 PM
No no- THAT one wasn't

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:38 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 1:25 PM
There is another at play

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:38 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/16/2024, 1:25 PM
But that came a as a shock I texted the reporter like Work because it wasn't even the reporter

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:38 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 1:25 PM
He's still working on his but I don't know now because of that one if they'll still do it

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 1:38 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 3:20 PM
WHAT

*Attachment: files/Image/Fwd Vulture article.heic (138 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 3:21 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/16/2024, 3:21 PM
WHAT IS THIS

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 3:21 PM
Emailed you

Receipts • Custodian: Abel, Jennifer [redacted] R:8/16/2024, 3:22 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 3:25 PM

*Attachment: files/Image/IMG_2751_85054.HEIC (1 MB)*

Receipts • Melissa Nathan [redacted] > [D:8/16/2024, 3:25 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 3:25 PM
LOL

Receipts • Melissa Nathan [redacted] > [D:8/16/2024, 3:25 PM]

MN **Melissa Nathan** [redacted]> ▶ 8/16/2024, 6:41 PM
Do you know what I mean

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 6:41 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/16/2024, 6:41 PM
Maybe they need to fail

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 6:41 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 6:41 PM
Maybe

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 6:45 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 7:27 PM
My intern sent me this jen

*Attachment: files/Image/IMG_0670.heic (121 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 7:27 PM]

JA **Custodian: Abel, Jennifer** [redacted]> ◀ 8/16/2024, 7:28 PM
You know the drama is bad lol

Receipts • Melissa Nathan < [redacted] D:8/16/2024, 7:28 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 7:28 PM
My GOD

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 7:29 PM]

MN **Melissa Nathan** [redacted] ▶ 8/16/2024, 9:03 PM
It's never ending

*Attachment: files/Image/Screenshot 2024-08-16 at 8.59.55 PM.heic (60 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/16/2024, 9:07 PM]

JA **Custodian: Abel, Jennifer** < [redacted] ◀ 8/16/2024, 9:09 PM

Omg

Receipts • Melissa Nathan [redacted] [D:8/16/2024, 9:10 PM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:10 AM
Thank gd you said that

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:10 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:10 AM
lol

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:10 AM]

JA **Custodian: Abel, Jennifer** [redacted]> ◀ 8/17/2024, 12:10 AM
What was I thinking

Receipts • Melissa Nathan [redacted]> [D:8/17/2024, 12:10 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:10 AM
I'm not even drunk

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:10 AM]

MN **Melissa Nathan** [redacted]> EDITED DELETED ▶ 8/17/2024, 12:12 AM
What in the microbladed brow is this picture was what I was without you - he barely escaped

It looks crass . He needs to honestly take some moments and see how the next few days pans out

There need to be a fresh Strat

MN **Melissa Nathan** [redacted]> EDITED ▶ 8/17/2024, 12:12 AM
What in the microbladed brow is this picture was what I was texting you - he barely escaped

It looks crass . He needs to honestly take some moments and see how the next few days pans out

There need to be a fresh Strat

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:12 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:12 AM
I talked him out of the video

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:12 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:12 AM
Don't tell jamey

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:12 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:12 AM
lol

Receipts • Melissa Nathan [redacted]> [D:8/17/2024, 12:12 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:13 AM
This week he's barely made it
He's come inches to being cancelled and no one touching him

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:13 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:13 AM

He needs to just . Cool it

Receipts • Custodian: Abel, Jennifer < [redacted] [R:8/17/2024, 12:13 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

https://www.instagram.com/aliyatheconqueror?igsh=MThpbHZ5amNuNDFncw==
(https://www.instagram.com/aliyatheconqueror?igsh=MThpbHZ5amNuNDFncw==)

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

Plz look

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:14 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:14 AM

I said if you wanted to do a video it should be about the message and the resources available and your work with no more. Nothing about telling people to not send hate to the cast etc. he can't look like the savior especially when we don't know how the cast will react and everything could be taken as offensive. I also told him that you heard through your contacts who will not be named that the other wise was consulting legal so we need to be extra buttoned up

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

Good. It's not HIS place to talk on behalf of cast given the situation right now

Receipts • Custodian: Abel, Jennifer [redacted] > [R:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

Everyone needs to take a beat

Receipts • Custodian: Abel, Jennifer [redacted] > [R:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

Including us

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

We need to have fresh eyes

Receipts • Custodian: Abel, Jennifer [redacted] > [R:8/17/2024, 12:14 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:14 AM

On Sunday night

Receipts • Custodian: Abel, Jennifer < [redacted] > [R:8/17/2024, 12:15 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:15 AM

Liked "Good. It's not HIS place to talk on behalf of cast…"

Receipts • Melissa Nathan [redacted] > [D:8/17/2024, 12:15 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/17/2024, 12:15 AM

Yep agree

Receipts • Melissa Nathan [redacted] [D:8/17/2024, 12:15 AM]

MN **Melissa Nathan** [redacted] ▶ 8/17/2024, 12:15 AM

And both of these recent ideas are super corny.

Receipts • Custodian: Abel, Jennifer [redacted] [R 8/17/2024, 12:15 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/17/2024, 12:34 AM

Ugh sorry.




*Image: files/Image/IMG_2755.PNG (908 KB)*

Receipts • Melissa Nathan [redacted] [D 8/17/2024, 12:34 AM]

MN **Melissa Nathan** [redacted] ► 8/17/2024, 12:51 AM

Oh, this is nothing. This happens to us every week. 😀

Receipts • Custodian: Abel, Jennifer [redacted] [R 8/17/2024, 12:55 AM]

MN **Melissa Nathan** [redacted] ► 8/17/2024, 12:51 AM

Half of these are dropped as well

Receipts • Custodian: Abel, Jennifer [redacted] [R 8/17/2024, 12:55 AM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 8/17/2024, 12:55 AM

Ugh I couldn't do it

Receipts • Melissa Nathan [redacted] [D 8/17/2024, 12:55 AM]

# EXHIBIT N

# +19047422954

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/16/2024 8:43:48 AM
**Last Message:** 8/16/2024 9:09:51 PM

---

[redacted] **Melissa Nathan (Owner)**

Cool thx




8/16/2024 8:43:48 AM

[redacted] **Melissa Nathan (Owner)**

https://mol.im/a/13749783
<__Library_SMS_Attach_1_11_01_DFBC3A_1_BCD84C_1>
<__Library_SMS_Attach_1_41_01_32A4DF_1_3E882A_1>
<__Library_SMS_Attach_1_9d_13_13ABAF_1_CB54D3_1>

8/16/2024 8:44:15 AM

[redacted] **Jen Abel DO NOT USE**

Wow

8/16/2024 9:37:17 AM

[redacted] **Jen Abel DO NOT USE**

You really outdid yourself with this piece 🙃

8/16/2024 9:37:33 AM

[redacted] **Melissa Nathan (Owner)**
That's why you hired me right? I'm the best.
8/16/2024 9:46:12 AM

[redacted] **Melissa Nathan (Owner)**
Heading to the airport and there is a drive through the jungle that there's going to be no reception for around 24 hours

Joke

45 mins
8/16/2024 10:14:50 AM

[redacted] **Jen Abel DO NOT USE**
I'm sorry. You bring off line for 45 min was not included in the scope
8/16/2024 10:15:27 AM

[redacted] **Jen Abel DO NOT USE**
Unacceptable
8/16/2024 10:15:31 AM

[redacted] **Melissa Nathan (Owner)**
<__Library_SMS_Attach_1_88_08_28E888_1_IMG_2414.HEIC>
8/16/2024 10:15:57 AM

[redacted] **Jen Abel DO NOT USE**
Laughed at an image
8/16/2024 10:36:27 AM

[redacted] **Jen Abel DO NOT USE**
lol when did he do this ha
8/16/2024 10:45:25 AM

[redacted] **Jen Abel DO NOT USE**
https://www.instagram.com/reel/C-u0GrlxOXh/?igsh=MzRlODBiNWFlZA==
<__Library_SMS_Attach_1_1f_15_43D9E5_1_D7746D_1>
<__Library_SMS_Attach_1_93_03_5E1AC5_1_0E361C_1>
<__Library_SMS_Attach_1_da_10_FF963F_1_CA446E_1>
8/16/2024 10:45:26 AM

[redacted] **Melissa Nathan (Owner)**
https://www.dailymail.co.uk/femail/article-13750309/blake-lively-interview-kjersti-flaa-bump-comment-ends-movie.html?ito=native_share_article-nativemenubutton
<__Library_SMS_Attach_1_77_07_49A5D8_1_CC4AD8_1>
<__Library_SMS_Attach_1_aa_10_883AE9_1_EB010C_1>
8/16/2024 11:32:01 AM

[redacted] **Melissa Nathan (Owner)**
Reporter says Blake Lively's 'little bump' taunt 'felt like a bullet'
8/16/2024 11:32:01 AM

[redacted] **Jen Abel DO NOT USE**
God it just keeps going!
8/16/2024 11:33:41 AM

[redacted] **Melissa Nathan (Owner)**
I'm sorry I need to reply to you this way
I can't have SJ looking at emails n then trying to use them against me to Leslie




8/16/2024 11:36:13 AM

[redacted] **Jen Abel DO NOT USE**
So formal!
8/16/2024 11:37:02 AM

[redacted] **Jen Abel DO NOT USE**
Ha
8/16/2024 11:37:03 AM

[redacted] Jen Abel DO NOT USE
All good
8/16/2024 11:37:05 AM

[redacted] Jen Abel DO NOT USE
Has Leslie said she spoken to her?
8/16/2024 11:37:13 AM

[redacted] Melissa Nathan (Owner)


8/16/2024 11:37:43 AM

[redacted] Melissa Nathan (Owner)
100M needs to be a story on its own
8/16/2024 1:10:03 PM

[redacted] Jen Abel DO NOT USE
It is
8/16/2024 1:10:13 PM

[redacted] Jen Abel DO NOT USE
But all of the feud shit is still within the pieces
8/16/2024 1:10:24 PM

[redacted] Jen Abel DO NOT USE
So annoying
8/16/2024 1:10:28 PM

[redacted] Melissa Nathan (Owner)
Oh for fuckss sake
8/16/2024 1:10:31 PM

[redacted] Melissa Nathan (Owner)
Also Wi-Fi so bad at this tiny airport
8/16/2024 1:10:40 PM

[redacted] Jen Abel DO NOT USE
A ton of headlines about it today which is great but all mention the feud within
8/16/2024 1:10:50 PM

Redacted - NR

[redacted] Melissa Nathan (Owner)
Easy
8/16/2024 1:14:31 PM

[redacted] Jen Abel DO NOT USE
BTW I loved the DM headline of Taylor Swift being attacked as part of the drama with BL. Was that you?! LOL
8/16/2024 1:15:08 PM

[redacted] Melissa Nathan (Owner)
No no- THAT one wasn't
8/16/2024 1:24:48 PM

[redacted] Melissa Nathan (Owner)
There is another at play
8/16/2024 1:25:05 PM

[redacted] Melissa Nathan (Owner)
But that came a as a shock I texted the reporter like Work because it wasn't even the reporter
8/16/2024 1:25:18 PM

[redacted] Melissa Nathan (Owner)
He's still working on his but I don't know now because of that one if they'll still do it
8/16/2024 1:25:33 PM

[redacted] **Melissa Nathan (Owner)**
WHAT


15:20

Vulture article

set, a university — nobody wants to be the next headline.

**How often do co-stars get into situations like this and turn to a crisis-management team to handle it?**
I've never heard of anything like this; that's why I'm a bit taken aback. I don't think we know the full story, and we shouldn't jump to conclusions too quickly. In environments where people let their guard down and where actors are being put in vulnerable situations, it's on Hollywood and the production to protect their cast. It's odd that Melissa's name was mentioned, because the whole story hasn't really come out yet. Either she's promoting herself or someone's letting Justin know, *We're on to you, and your days are numbered.*

**What's a typical day like for you as a crisis-management expert?**
I wake up at around 5:30 a.m. and check my phone to see if the world's blown up or if anything in my clients' world has gone upside down. Then I can close my eyes for a little bit and just kind of reset for the day. I appreciate sometimes having time off, because when you're in the middle of a crisis, it's all hands on

8/16/2024 3:20:57 PM

[redacted] **Jen Abel DO NOT USE**
WHAT IS THIS
8/16/2024 3:21:19 PM

[redacted] **Melissa Nathan (Owner)**
Emailed you
8/16/2024 3:21:41 PM

[redacted] **Jen Abel DO NOT USE**
<__Library_SMS_Attach_1_43_03_D0B93C_1_IMG_275 1.HEIC>
8/16/2024 3:25:38 PM

[redacted] **Jen Abel DO NOT USE**
LOL
8/16/2024 3:25:40 PM

[redacted] **Melissa Nathan (Owner)**
Do you know what I mean
8/16/2024 6:41:38 PM

[redacted] **Jen Abel DO NOT USE**
Maybe they need to fail
8/16/2024 6:41:55 PM

[redacted] **Melissa Nathan (Owner)**
Maybe
8/16/2024 6:41:59 PM

[redacted] **Melissa Nathan (Owner)**
My intern sent me this jen




8/16/2024 7:27:40 PM

[redacted] **Jen Abel DO NOT USE**
You know the drama is bad lol
8/16/2024 7:28:21 PM

[redacted] **Melissa Nathan (Owner)**
My GOD
8/16/2024 7:28:55 PM

[redacted] **Melissa Nathan (Owner)**
It's never ending
📎
<__Library_SMS_Attach_1_ec_12_316120_1_Screen_1.heic>
8/16/2024 9:03:52 PM

[redacted] **Jen Abel DO NOT USE**
Omg
8/16/2024 9:09:51 PM

# EXHIBIT O

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
Los Angeles, California
Monday, September 29, 2025

Stenographically Reported by: Ashley Soevyn, CALIFORNIA CSR No. 12019

Q But you did make this statement that I think you're saying is untruthful to Ms. Sloane so that you could convince her to get on the phone with you, right?

MR. FREEDMAN: Objection.

THE WITNESS: And Jen.

MR. GOTTLIEB: Okay. Exhibit 24.

THE WITNESS: Thank you.

(Exhibit 24 marked for identification.)

BY MR. GOTTLIEB:

Q Exhibit 24 is a document bearing the Bates Nos. NATHAN 2356 through 2359, which is a text message between, it looks like, you and Carolina Hurley on August 13th, 2024. The only non-redacted portions of this are on the last page, starting at 7:51 p.m., ending at 11:32 p.m.

Have you had a chance to look at this?

A Yes.

Q Do you have any idea what's in these redacted boxes?

A I don't know.

Q It's kind of hard to tell what you all are talking about here, isn't it?

A It is.

Q Is it possible that it might be a little

bit easier if we had these texts that are redacted for one, two, three and a half pages in front of it?

MR. FREEDMAN: Objection.

BY MR. GOTTLIEB:

Q Is it possible?

A I think you know the answer is yes.

Q Okay. If we look at the one page that's not redacted as nonresponsive, you say to Ms. Hurley:

(As read):

"Can you please press how hard we are all working, how many clients we signed because I don't think they get it."

Do you see that?

A I see that.

Q That's on the 13th of August 2024 at 7:51 p.m.?

A Yes.

Q Are you asking her to engage with the Hollywood Reporter at that point?

MR. FREEDMAN: Objection.

THE WITNESS: I -- I really -- I don't know, but I -- no one engaged with the Hollywood Reporter --

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 1st day of October, 2025.

ASHLEY SOEVYN

CSR No. 12019

# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---000---

STEPHANIE JONES, JONESWORKS LLC,

Plaintiffs,

vs. CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

Defendants.

---

BLAKE LIVELY,

Plaintiff,

vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

***CONFIDENTIAL***

VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN

Los Angeles, California

Tuesday, September 30, 2025

Stenographically Reported By: Ashley Soevyn, CALIFORNIA CSR No. 12019

(As read):

"And then I'm going to give you loads of shit."

A Uh-huh.

Q Did you mean loads of shit to use in his article?

MR. FREEDMAN: Objection.

THE WITNESS: I'm not sure and because it's redacted, I'm not sure if I was talking about that client. And I also want to note that you're talking about the 15th.

BY MS. SHAH:

Q Uh-huh.

A And the text message from before is the 8th with the Daily Mail article that you're after. So this is two separate occasions.

Q Yes.

A Thank you.

Q That is correct. And these are two separate occasions, right, that someone has suggested or you have blamed something in the media on Steph?

A But I did not. He did. And I didn't do anything.

MS. SHAH: Okay. Before we hand that

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 1st day of October, 2025.

ASHLEY SOEVYN
CSR No. 12019