**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-against-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS, INC.,<br><br>Defendants.<br><br>JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | Civil Action No. 1:24-cv-10049<br>(consolidated with 1:25-cv-00449) |

**STIPULATION AND ORDER OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 1.4, it is here stipulated and agreed by the undersigned counsel and parties that Kristin N. Tahler, Maaren A. Shah, Morgan L. Anastasio, and Nicholas Inns of Quinn Emanuel Urquhart & Sullivan, LLP (the "Quinn Emanuel" attorneys) shall withdraw as counsel of record for Third-Party Defendant Jonesworks LLC ("Jonesworks") in the above action. Jonesworks shall continue to be represented by the law firm of Nix Patterson, LLP ("Nix Patterson").

Upon entry of this Order, the Quinn Emanuel attorneys shall be removed from the Court's service list, and all pleadings, notices of hearings, and other filings in this case shall be served upon the remaining counsel of record.

This Stipulation may be executed in separate counterparts.

Dated October 29, 2026.

I consent to the above withdrawal:

**NIX PATTERSON, LLP**

By: ______________________

Bradley Beckworth
Christina Yarnell
8701 Bee Cave Road
Building 1, Suite 500#
Austin, Texas 78746
(512) 768-9747
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Incoming counsel for the Jones Parties*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

: ______________________

Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
553 13th Street NW
Suite 600
Washington, D.C. 20004
(202) 538-8000
nicholasinns@quinnemanuel.com

*Outgoing counsel for the Jones Parties*

I, Stephanie Jones, founder and CEO of Jonesworks, consent to the withdrawal of Quinn Emanuel Urquhart & Sullivan, LLP.

DocuSigned by:

2C9DDD9A8D574C5...

Stephanie Jones

The withdrawal of the Quinn Emanuel attorneys is hereby approved and so ORDERED.

Date: October 29, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge