Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Summer E. Benson
Office: (310) 201-0005
sbenson@lftcllp.com

October 29, 2026

**VIA ECF**
The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

Pursuant to the Court's Order dated October 20, 2026 (Dkt. No. 1478), the Wayfarer Parties respectfully submit this letter to confirm that they have complied in full with the Court's Memorandum and Order dated September 17, 2026 (Dkt. No. 1460).

As set forth in their submission of October 7, 2026 (Dkt. No. 1477), the Wayfarer Parties have publicly re-filed the documents identified in the Memorandum and Order, with only those redactions authorized by the Court. Accordingly, no further documents remain to be publicly filed by the Wayfarer Parties.

We thank the Court for its attention to this matter.

Respectfully submitted,

**LINER FREEDMAN TAITELMAN + COOLEY LLP**

By: *    /s/ Summer E. Benson*
Bryan J. Freedman (admitted pro hac vice)
Ellyn S. Garofalo (admitted pro hac vice)
Summer E. Benson (admitted pro hac vice)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
sbenson@lftcllp.com

**MEISTER SEELIG & SCHUSTER PLLC**
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

*Attorneys for Wayfarer Parties*