NIX PATTERSON, LLP

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

October 30, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Blake Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

Third-Party Defendant Jonesworks LLC ("Jonesworks") responds to the Court's Memorandum and Order (Dkt. 1460) ("Order") directing the parties to redact and re-file certain documents previously submitted under seal.

Jonesworks hereby submits the following documents in accordance with the Court's order for filing in the above-referenced cause of action:

| **Dkt No** | **Document** |
|---|---|
| 871-19 | Ex 21 (Tahler Declaration) |
| 871-24 | Ex 27 (Tahler Declaration) |
| 871-38 | Ex 41(Tahler Declaration) |
| 1058 | Ex 1 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 6 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 7 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 8 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 9 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 10 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 11 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 13 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 14 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 15 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 16 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 21 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 22 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 26 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 27 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 28 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 29 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 30 (Jonesworks MOL Opposing Abel's MSJ) |

| Dkt No | Document |
|---|---|
| 1058 | Ex 31 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 32 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 36 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 37 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 38 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 39 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 40 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 42 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 43 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 44 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 45 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 46 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 48 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 51 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 52 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 53 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 54 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 56 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 57 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 58 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 59 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 60 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 61 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 63 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 65 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 66 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 67 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 68 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 69 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 70 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 71 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 72 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 74 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 76 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 77 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 78 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 79 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 80 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 81 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 82 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 83 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 84 (Jonesworks MOL Opposing Abel's MSJ) |
| 1058 | Ex 85 (Jonesworks MOL Opposing Abel's MSJ) |
| 1192 | Ex A (ISO Jonesworks' Opposition to Wayfarer Parties' MTS) |

| Dkt No | Document |
|---|---|
| 1192 | Ex E (ISO Jonesworks' Opposition to Wayfarer Parties' MTS) |
| 1192 | Ex G (ISO Jonesworks' Opposition to Wayfarer Parties' MTS) Hourly Rates from LFTC |

Jonesworks has publicly re-filed the documents identified in the Order with only those redactions authorized by the Court. Accordingly, no further documents remain to be publicly filed by Jonesworks.

Dated: October 30, 2026 | Austin, Texas

Respectfully submitted,

By: */s/ Brad Beckworth*

Bradley E. Beckworth, *pro hac vice*
New York State Bar No. 5151071
Christina Yarnell, *pro hac vice*
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*