# EXHIBIT 1

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 16 | Date Range: 1/14/2024 |

### Outline of Conversations

**iMessage Chat:** [redacted] • 16 messages on 1/14/2024 • Custodian: Abel, Jennifer <[redacted] • Custodian: Abel, Jennifer <1[redacted] • Matthew Mitchell <[redacted] • System Message <>

**Messages in chronological order** (times are shown in GMT -05:00)

**iMessage Chat: +**[redacted]

MM **Matthew Mitchell <**[redacted] ▶ 1/14/2024, 1:45 PM
Omg. 🙀🙀 Justin! We are meeting this week to tackle pitch plans for our team now that we have 6/21.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 1:52 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 1:53 PM
He's wild

Receipts • Matthew Mitchell <[redacted] [D:1/14/2024, 1:53 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 1:55 PM
Like no we can't pull dates out of our crystal ball and anything post release will be dictated by streaming

Receipts • Matthew Mitchell <[redacted] [D:1/14/2024, 1:55 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 1:56 PM
So let us know bro lol

Receipts • Matthew Mitchell <[redacted] [D:1/14/2024, 1:56 PM]

MM **Matthew Mitchell <**[redacted] ▶ 1/14/2024, 1:56 PM
Laughed at "So let us know bro lol "

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 1:56 PM]

MM **Matthew Mitchell <**[redacted] ▶ 1/14/2024, 1:56 PM
Bro!

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 1:56 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 1:57 PM
I can't stand him. He's so pompous. A men's retreat during release, is he crazy?! And being off the grid for the summer because he's just so overworked… like calm down. You're not that important and nobody gives a shit how hard your life is.

Receipts • Matthew Mitchell <[redacted] [D:1/14/2024, 1:57 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 1:57 PM
And what covers he's doing? At this point, none. Because he's not a star.

Receipts • Matthew Mitchell [redacted] [D:1/14/2024, 1:57 PM]

MM **Matthew Mitchell <**[redacted] ▶ 1/14/2024, 1:58 PM
If he doesn't capitalize on this time and retreats he's going to be forgotten.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 1:58 PM]

MM **Matthew Mitchell <**[redacted] ▶ 1/14/2024, 1:58 PM
Laughed at "And what covers he's doing? At this point, none. B…"

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 1:58 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 1/14/2024, 2:00 PM
He doesn't need a retreat. He needs to be humbled. When this movie flops, he's going to try to blame every person around him for it

Receipts • Matthew Mitchell [redacted] [D:1/14/2024, 2:00 PM]

MM **Matthew Mitchell <[redacted]** ▶ 1/14/2024, 2:00 PM

So true.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 2:00 PM]

MM **Matthew Mitchell <[redacted]** ▶ 1/14/2024, 2:01 PM

He has Steve money to keep him happy without any of this.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:1/14/2024, 2:01 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 1/14/2024, 2:02 PM

He may fire us because even if we put together an amazing campaign, it's not going to change the fact that he's so unlikable and unrealistic as a leading man, there's no chemistry with him and Blake, you and I both know that she will be resistant to promote this movie, and press will be reluctant to do anything with Justin without Blake being part of it. So there. Those are my thoughts.

Receipts • Matthew Mitchell [redacted] [D:1/14/2024, 2:02 PM]

MM **Matthew Mitchell [redacted]** ▶ 1/14/2024, 2:03 PM

Emphasized "He may fire us because even if we put together an …"

Receipts • Custodian: Abel, Jennifer [redacted] R:1/14/2024, 2:03 PM]

MM **Matthew Mitchell [redacted]** ▶ 1/14/2024, 2:04 PM

The photo of them kissing was cringe!!!

Receipts • Custodian: Abel, Jennifer [redacted] [R:1/14/2024, 2:04 PM]