# EXHIBIT 6

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 21 | Date Range: 8/4/2024 |

## Outline of Conversations

**iMessage Chat:** [redacted] • 21 messages on 8/4/2024 • Custodian: Abel, Jennifer <[redacted]
• Custodian: Abel, Jennifer <[redacted]> • Melissa Nathan [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: +[redacted]**

MN **Melissa Nathan <[redacted]** ▶ 8/4/2024, 5:32 PM
You could've stayed at my apt

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:32 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/4/2024, 5:33 PM
Stay next time

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:33 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:33 PM
Haha I appreciate that but I'm making them pay for a nice hotel and room service

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:33 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:33 PM
I'm starving lol

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:33 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:33 PM
Loved "Stay next time"

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:33 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/4/2024, 5:33 PM
Ok good

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:33 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:39 PM
I'm having reckless thoughts of wanting to plant pieces this week of how horrible Blake is to work with

Receipts • Melissa Nathan [redacted] D:8/4/2024, 5:39 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:40 PM
Just to get ahead of it

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:40 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/4/2024, 5:40 PM
She's putting us through hell

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:40 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/4/2024, 5:40 PM
Same

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:40 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/4/2024, 5:40 PM
Am I already off the records Spoke to the editor Daily Mail because she's my friend.

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:40 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:40 PM
She's ready when we are

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:40 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/4/2024, 5:40 PM
What did she think

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:40 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:40 PM
She's ready

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:40 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:41 PM
She's happy to do whatever

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:41 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/4/2024, 5:41 PM
I'm following your lead about this

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:41 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:43 PM
We need to see how the next two or three days go and keep our ears to the floor and we hear everything.
We are prepped and can do anything, but I don't wanna rush .

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:45 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:43 PM

We already know about one story in the works

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:45 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:43 PM
Let's just keep across it you know that's what's good about having these relationships is that we can move really fast.

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:45 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/4/2024, 5:45 PM
Yes master

Receipts • Melissa Nathan [redacted] [D:8/4/2024, 5:45 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/4/2024, 5:46 PM
Ha .
It's just a delicate line we need to keep in mind that we know when to do it and when not to do it .

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/4/2024, 5:46 PM]