# EXHIBIT 8

# Sage Bryan Melissa Summer

1/3/2025 5 6 2

**Participants:** +[redacted] JA (Owner); +[redacted] Sage Steele; System Message; +[redacted] Bryan Freedman; +[redacted] Summer Bryan freedman Office; +[redacted] Melissa Nathan

**First Message:** 1/3/2025 12:32:21 PM

**Last Message:** 1/3/2025 3:35:03 PM

---

**System Message**
*System*
You created the group.
Invite friends to your group via the group link
1/3/2025 12:32:21 PM

**System Message**
*System*
1/3/2025 12:33:17 PM

**[redacted] JA (Owner)**
Sage, sharing the top line talking points here — now that you've gone through the complaint we definitely want you to infuse your own input and what you gravitated towards the most as well.
1/3/2025 12:33:19 PM

**[redacted] JA (Owner)**
<Talking_points_SS.docx>
1/3/2025 12:33:31 PM

**+[redacted] Sage Steele**
👍●👍●
1/3/2025 12:33:51 PM

**[redacted] JA (Owner)**
https://www.hollywoodreporter.com/news/general-news/norwegian-journalist-kjersti-flaa-interview-blake-lively-justin-baldoni-1236098489/
<Attachment>
1/3/2025 3:35:03 PM