# EXHIBIT 9

# chat6602650511794205

1/5/2025 10 42 6

**Participants:** +[redacted] Steve Sarowitz; +[redacted] Jamey Heath; +[redacted] Jen Abel; +[redacted] Mitra Ahouraian; +[redacted] Sage Steele; +[redacted] Jason Sunshine; +[redacted] Bryan Freedman; +[redacted] Justin Baldoni; +[redacted] Summer Benson (Owner); +[redacted] Melissa Nathan

**First Message:** 1/5/2025 3:04:26 AM

**Last Message:** 1/5/2025 9:18:25 PM

---

+[redacted] Sage Steele

<__Library_SMS_Attach_1_42_02_68E0AE_1_FILE_5_1.docx>

1/5/2025 3:04:26 AM

+[redacted] Sage Steele

Sage - Take 1
Have at it.

Recording today - tone, etc will be better understood at that time.

1/5/2025 3:04:26 AM

+[redacted] Steve Sarowitz

It's a good start. Should she also point out that other women were hurt by Nlake included the assistant director and editors and the wives of the men Blake falsely accused?

1/5/2025 6:28:49 AM

+[redacted] Steve Sarowitz

Also should Sage address the fact that the Times recklessly included personal information that endangered the safety of Jen and Melissa?

1/5/2025 6:30:10 AM

+[redacted] Steve Sarowitz

Lastly what about the Times doubling down on its lies and calumny EVEN after we provided detailed proof that the allegations it had previously published were false?

1/5/2025 6:31:56 AM

+[redacted] Sage Steele

I think it's good to add that the NYT included their personal information… which goes along with the death threats that I mentioned.

1/5/2025 6:51:50 AM

+[redacted] Sage Steele

And I can add "many women who are part of the production …"

not sure I should go too much deeper there based on trying to make it look organic / like I don't have too much insider info

1/5/2025 6:54:59 AM

+[redacted] Sage Steele
And yes to NYT doubling down
1/5/2025 6:55:20 AM

+[redacted] Steve Sarowitz
Sounds good
1/5/2025 6:55:28 AM

+[redacted] Steve Sarowitz
I agree on other women being vague
1/5/2025 6:55:48 AM

+[redacted] Sage Steele
Sage - V2
1/5/2025 7:24:14 AM

+[redacted] Sage Steele
<__Library_SMS_Attach_1_77_07_6329E5_1_FILE_0_1.docx>
1/5/2025 7:29:35 AM

+[redacted] Steve Sarowitz
Looking good. A few minor suggestions. Instead of team blake, change to Blake's team. Also do you want to add the wives of the men who were falsely accused as well?
1/5/2025 8:26:03 AM

+[redacted] Jen Abel
Sharing some notes as well
1/5/2025 9:17:02 AM

+[redacted] Jen Abel
Made a few notes in red— completely up to you to include, of course rewrite in your own words.
1/5/2025 9:17:29 AM

+[redacted] Jen Abel
<__Library_SMS_Attach_1_0e_14_521D04_1_FILE_0_1.docx>
1/5/2025 9:17:30 AM

+[redacted] Jamey Heath
I think leave the wives out. It feels too manipulative.

Also, I think you change
"Blakes team has alleged there was an "invasion of privacy" … suggesting that Justin & Jamey would barge into Blake's trailer while she was breastfeeding. Again, look at the texts - BL INVITED THEM into her trailer — so they could keep working while she was feeding her baby! The text messages prove it - text messages that the NYT CHOSE to omit.
1/5/2025 9:18:07 AM

+[redacted] Jen Abel
I edited this part as well— need to make the distinction that she invited him in while PUMPING
1/5/2025 9:20:19 AM

+[redacted] Jen Abel
women are calling this out online
1/5/2025 9:20:28 AM

+[redacted] Steve Sarowitz
Looks good to me
1/5/2025 10:12:13 AM

+[redacted] Jen Abel
Sharing sages video here for the team to review:
1/5/2025 6:53:17 PM

+[redacted] Jen Abel
https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg
<__Library_SMS_Attach_1_0e_14_at_0_B_1_usuall_1.MOV>
1/5/2025 6:53:20 PM

+[redacted] Steve Sarowitz
Can you resend not playing for me
1/5/2025 6:57:04 PM

+[redacted] Jen Abel
It takes a while to load. Sage do you mind sending directly here in case me copying is slowing this down
1/5/2025 6:57:32 PM

+[redacted] Sage Steele
Sure
1/5/2025 6:57:38 PM

+[redacted] Sage Steele
Wonder if it is slower bc it's an iCloud link and not everyone has iPhones
1/5/2025 6:57:57 PM

+[redacted] Sage Steele
I'm a tech idiot though. Who knows .
1/5/2025 6:58:11 PM

+[redacted] Sage Steele
https://www.dropbox.com/scl/fi/w3z57b8q7zhzdn5umaxhy/Video-Jan-05-2025-6-22-42-PM.mov?rlkey=y3enfyy6cjev88qc8zz2oe8vk&st=6i3hrxpm&dl=0
📎
<__Library_SMS_Attach_1_eb_11_5B2CC2_1_E15612_1>
📎
<__Library_SMS_Attach_1_44_04_B57A71_1_7D16C7_1>
1/5/2025 7:04:00 PM

+[redacted] Sage Steele
Let me know if you guys got the dropbox link I sent instead
1/5/2025 7:12:36 PM

+[redacted] Steve Sarowitz
I can see it now it just took a bit
1/5/2025 7:13:05 PM

+[redacted] Steve Sarowitz
Looks good to me. I defer to Jen and Melissa
1/5/2025 7:31:59 PM

+[redacted] Jason Sunshine
I really like it
1/5/2025 7:48:12 PM

+[redacted] Jason Sunshine
It's very genuine
1/5/2025 7:48:22 PM

+[redacted] Jen Abel
Hi sorry juggling globes but just watched and wow sage thank you so much for doing this. I definitely want to get everyone's collective thoughts especially justin and jamey, but just a couple things— I almost think it would be good with you opening with more about your heart, being a mother, why this resonates with you and of course what you already say being a journalist and having your own experience being up against giants, etc right at the top. Knowing people's short attention span, that connection I think will be important. I also just want to clarify the point about Kjersti Flaa, the NYT did correct this within the article after she contacted them about this, but they didn't run a retraction, and just quietly changed within the article. In her words, the damage was already done by the times not doing their due diligence nor running a proper retraction which is why she got death threats etc. a small thing but wanted to flag.
1/5/2025 7:52:00 PM

+[redacted] Jen Abel
And I also defer to legal if you need to mention that you have a connection with bryan if that's something that viewers will call out and so if best to get ahead of? Not sure if necessary but wanted to ask the q
1/5/2025 7:53:01 PM

+[redacted] Jason Sunshine
*Reply*
Yes, so important. Multiple women getting death threats due to zeal of NYT/BL to "stand up for women"
1/5/2025 7:59:16 PM

+[redacted] Jen Abel
Liked "Yes, so important. Multiple women getting death th…"
1/5/2025 7:59:34 PM

+[redacted] Jason Sunshine
*Reply*
BL totally comfortable destroying the lives of women who don't have bodyguards and gated estates
1/5/2025 8:01:05 PM

+[redacted] Sage Steele
I like starting with the woman/mom side
1/5/2025 8:01:58 PM

+[redacted] Jen Abel
Loved "I like starting with the woman/mom side "
1/5/2025 8:02:11 PM

+[redacted] Mitra Ahouraian
Fantastic. Sage. Re: legal, will let Bryan give the final answer. To me the most important part is your *why* as a woman and journalist. If you don't mind me giving a few notes I listed and jotted down a few things.
1/5/2025 9:17:51 PM

+[redacted] Mitra Ahouraian
(Not the most important part of the video, but most important as in why you're speaking on it)
1/5/2025 9:18:25 PM