# EXHIBIT 10

## Sage Bryan Melissa Summer

1/5/2025 5 19 1

**Participants:** +[redacted] JA (Owner); +[redacted] **Sage Steele**; +[redacted] Bryan Freedman; +[redacted] Summer Bryan freedman Office; +[redacted] Melissa Nathan

**First Message:** 1/5/2025 3:02:05 AM

**Last Message:** 1/5/2025 6:56:34 PM

---

+[redacted] **Sage Steele**
Sage - Take 1
<signal-2025-01-05-030205.docx>
1/5/2025 3:02:05 AM

+[redacted] **Sage Steele**
Have at it.  Will record today so you can see my tone, etc
1/5/2025 3:02:41 AM

+[redacted] **Sage Steele**
https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg
1/5/2025 6:39:09 PM

+[redacted] **Sage Steele**
I shared with Jamey on signal too… want to add him/them to this thread?
1/5/2025 6:48:01 PM

[redacted] **JA (Owner)**
Thank you sage. It's still downloading for me. If ok, I'll share it on the text thread that everyone is on so they can share collective feedback. It's in the middle of the night for them right now so we might not have feedback till the am. Thank you for recording!
1/5/2025 6:51:17 PM

+[redacted] **Sage Steele**
Of course
1/5/2025 6:51:39 PM

+[redacted] **Sage Steele**
It looks like Jamey is watching now
1/5/2025 6:51:52 PM

[redacted] **JA (Owner)**
Ah ok good
1/5/2025 6:52:01 PM

+[redacted] **Sage Steele**
Or at least trying
1/5/2025 6:52:13 PM

+[redacted] **Sage Steele**
Is there a better way to send it?
1/5/2025 6:52:19 PM

+[redacted] Sage Steele
Are iCloud links are better via text ?
1/5/2025 6:52:33 PM

+[redacted] Sage Steele
As expected .. it's long. 8:16
1/5/2025 6:53:35 PM

[redacted]JA (Owner)
It's still loading for me. Probably because it's a large file.
1/5/2025 6:53:49 PM

[redacted] JA (Owner)
All good we can wait a beat as it downloads
1/5/2025 6:54:00 PM

+[redacted] Sage Steele
Yup
1/5/2025 6:54:00 PM

+[redacted] Sage Steele
Ok. Heading to get some dinner w my kiddo… I'll be prepared to tweak/re-record when I return.
1/5/2025 6:54:36 PM

[redacted] JA (Owner)
Thx so much. The globes are in an hour so I think we don't post tonight regardless. Will give the team time to review as well.
1/5/2025 6:55:27 PM

+[redacted] Sage Steele
Yes. Tomorrow is what we had discussed so it didn't get lost in the Globes/weekend stuff, etc.
1/5/2025 6:56:28 PM

+[redacted] Sage Steele
👍●
1/5/2025 6:56:34 PM