# EXHIBIT 13

+[redacted]

**Thread Participants:** +[redacted] Melissa Nathan (Owner); +[redacted] Jen Abel DO NOT USE
**Active Participants:** +[redacted] Melissa Nathan (Owner); +[redacted] Jen Abel DO NOT USE
**First Message:** 8/13/2024 12:03:29 AM
**Last Message:** 8/13/2024 11:59:44 PM

---

[redacted] **Melissa Nathan (Owner)**
Same
8/13/2024 12:03:29 AM

[redacted] **Melissa Nathan (Owner)**
<__Library_SMS_Attach_1_8c_12_252D94_1_Bryan_1.vcf>
8/13/2024 12:03:58 AM

[redacted] Melissa Nathan (Owner)

21:37 5G+

< Inbox What I'm Hearing: Jo...

**Jamey Heath**, C.E.O. of Wayfarer Studios.
Heath told me today that despite the reports of fights during postproduction and dueling cuts of the movie, Baldoni didn't mean to suggest in his *Entertainment Tonight* interview that if Lively really wants control, she should just direct the damn sequel herself.

Okay, whatever. Everyone's been so consumed with this dumb feud that the outsize success of *It Ends With Us* almost feels like an afterthought. But a $50 million opening for a $25 million romance-drama with a domestic violence storyline begs the question: How did this happen?

**Scott Mendelson** gets into the marketing and release strategy below, but I was curious how Baldoni and his company, Wayfarer, ended up with the project in the first place. After all, this seems like a no-brainer for **Reese Witherspoon**'s Hello Sunshine or **Kerry Washington**'s company, or any number of the production outfits that now specialize in female-focused book adaptations.

21:37 5G+

< Inbox What I'm Hearing: Jo...

*Runner-up*: "I think **Blake Lively**'s ready to direct, that's what I think."
—**Justin Baldoni**, the *It Ends With Us* actor-director, suggesting at the premiere that his co-star should helm a follow-up, amid reports of a rift and dueling cuts of the film.

*A little more on this one...*

Baldoni didn't mean it like *that*, according to **Jamey Heath**, C.E.O. of Wayfarer Studios. Heath told me today that despite the reports of fights during postproduction and dueling cuts of the movie, Baldoni didn't mean to suggest in his *Entertainment Tonight* interview that if Lively really wants control, she should just direct the damn sequel herself.

Okay, whatever. Everyone's been so consumed with this dumb feud that the outsize success of *It Ends With Us* almost feels like an afterthought. But a $50 million opening for a $25 million romance-drama with a domestic violence storyline begs the question: How did this happen?

8/13/2024 12:38:04 AM

+[redacted] Jen Abel DO NOT USE
Yeah I told him on record he could clarify
8/13/2024 12:38:49 AM

[redacted] Melissa Nathan (Owner)
As a PR for them and you - this is fabulous
8/13/2024 12:38:52 AM

+[redacted] Jen Abel DO NOT USE
:)
8/13/2024 12:38:58 AM

[redacted] Melissa Nathan (Owner)
As Leslie - go fuck yourselves
8/13/2024 12:39:03 AM

+[redacted] Jen Abel DO NOT USE
And thank you haha
8/13/2024 12:39:05 AM

[redacted]elissa Nathan (Owner)
Taking off xoxo
8/13/2024 12:39:26 AM

+[redacted] Jen Abel DO NOT USE
Fly safe!!
8/13/2024 12:39:50 AM

[redacted] Melissa Nathan (Owner)
❤
8/13/2024 12:40:31 AM

[redacted] Melissa Nathan (Owner)
Any word on statement ?
8/13/2024 11:29:35 AM

+[redacted] Jen Abel DO NOT USE
A big giant fuck you no
8/13/2024 11:52:03 AM

+[redacted] Jen Abel DO NOT USE
Thank fucking god
8/13/2024 11:52:53 AM

+[redacted] Jen Abel DO NOT USE
We are going to war
8/13/2024 11:52:57 AM

+[redacted] Jen Abel DO NOT USE
I feel so alive hahahahah
8/13/2024 11:53:03 AM

[redacted]elissa Nathan (Owner)
Going out of JW with a BANG
8/13/2024 11:54:20 AM

[redacted] Melissa Nathan (Owner)
bf is in mediation by the way I asked his asst
8/13/2024 12:30:50 PM

+[redacted] Jen Abel DO NOT USE
Ok copy
8/13/2024 12:31:00 PM

[redacted] Melissa Nathan (Owner)
Am listing this: Blake Lively was given final edit approval on "It Ends With Us" to make the movie more "feminine", according to sources. The star - and the rest of the cast - are not speaking to director and co-star Justin Baldoni, and Brandon Sklenar particularly has a problem with him over, we're told. Although not greenlit, as we predicted, there will now be a battle over the sequel, "It Starts With Us", as Baldoni owns the rights to the film, but due to the rift with Lively it's unknown what will happen yet.
A source said, "There were two edits and the studio went with a more feminine
edit. Blake had the right to do that she had final edit approval."
8/13/2024 1:32:29 PM

[redacted] Melissa Nathan (Owner)
NYP- Leslie placed
8/13/2024 1:32:42 PM

+[redacted] Jen Abel DO NOT USE
It was not a more feminine edit
8/13/2024 1:33:13 PM

+[redacted] Jen Abel DO NOT USE
It was just a different edit
8/13/2024 1:33:19 PM

+[redacted] Jen Abel DO NOT USE
Leslie is working overtime
8/13/2024 1:33:43 PM

[redacted] Melissa Nathan (Owner)
She really is.
8/13/2024 1:33:47 PM

[redacted] Melissa Nathan (Owner)
But I don't think she wanted to.
8/13/2024 1:33:52 PM

+[redacted] Jen Abel DO NOT USE
Have to remove more feminine edit
8/13/2024 1:34:03 PM

+[redacted] Jen Abel DO NOT USE
It was just a different edit
8/13/2024 1:34:12 PM

+[redacted] Jen Abel DO NOT USE
And she wasn't given final edit approval, she said she wouldn't promote the film if it wasn't one that she could personally get behind... ie, if it wasn't her edit. Even though Justin's scored higher in their focus group screenings.
8/13/2024 1:36:11 PM

+[redacted] Jen Abel DO NOT USE
So that's the fact. However you want to spin it lol
8/13/2024 1:36:28 PM

[redacted] Melissa Nathan (Owner)
This is what I think we should do.
8/13/2024 1:37:13 PM

+[redacted] Jen Abel DO NOT USE
Can we say, "sources say Justin understood how important it was to have Blake support the film so he and Wayfarer gave the OK for her to have her say in the final edit"
8/13/2024 1:37:26 PM

+[redacted] Jen Abel DO NOT USE
Or is that too much
8/13/2024 1:37:29 PM

[redacted] Melissa Nathan (Owner)
I'm just on zoom but call sara and go thru or wait for me to do as well?
As she has to give us the opportunity to comment
8/13/2024 1:37:51 PM

+[redacted] Jen Abel DO NOT USE
"Her say in the final edit to ensure it had the proper female gaze when telling Lily's story"
8/13/2024 1:37:54 PM

+[redacted] Jen Abel DO NOT USE
I can call her
8/13/2024 1:38:04 PM

+[redacted] Jen Abel DO NOT USE
Unless you want to be on
8/13/2024 1:38:09 PM

[redacted] Melissa Nathan (Owner)
No
8/13/2024 1:38:12 PM

[redacted] Melissa Nathan (Owner)
Told her to call you lol
8/13/2024 1:38:19 PM

[redacted] Melissa Nathan (Owner)
This shit is absurd what Leslie is doing
8/13/2024 1:38:27 PM

[redacted] Melissa Nathan (Owner)
Don't love the shirtless thing right now tbh
8/13/2024 2:56:53 PM

[redacted] Melissa Nathan (Owner)




8/13/2024 5:58:09 PM

+[redacted] Jen Abel DO NOT USE
Oh hell no
8/13/2024 5:58:53 PM

[redacted] Melissa Nathan (Owner)
For fuck's sake
8/13/2024 5:59:03 PM

+[redacted] Jen Abel DO NOT USE
Come on
8/13/2024 6:00:03 PM

+[redacted] Jen Abel DO NOT USE
No
8/13/2024 6:00:05 PM

[redacted]elissa Nathan (Owner)
Ready for Bryan?
8/13/2024 6:38:46 PM

+[redacted] Jen Abel DO NOT USE
Yes
8/13/2024 6:38:51 PM

+[redacted] Jen Abel DO NOT USE
I'll call Jamey back
8/13/2024 6:38:58 PM

+[redacted] Jen Abel DO NOT USE
Want to call me with him
8/13/2024 6:39:08 PM

+[redacted] Jen Abel DO NOT USE
?
8/13/2024 6:39:36 PM

[redacted] Melissa Nathan (Owner)
Calling now.
8/13/2024 6:39:56 PM

[redacted] Melissa Nathan (Owner)
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/
📎
<__Library_SMS_Attach_1_ec_12_C872FA_1_A1D175_1
>
📎
<__Library_SMS_Attach_1_52_02_134E92_1_A49B03_1
>
8/13/2024 8:29:40 PM

+[redacted] Jen Abel DO NOT USE
Wow
8/13/2024 8:30:34 PM

+[redacted] Jen Abel DO NOT USE
Fuck
8/13/2024 8:30:43 PM

+[redacted] Jen Abel DO NOT USE
What can we do about this
8/13/2024 8:30:48 PM

[redacted] Melissa Nathan (Owner)
Am so fucking mad men
8/13/2024 8:30:55 PM

[redacted] Melissa Nathan (Owner)
Jen
8/13/2024 8:30:57 PM

[redacted] Melissa Nathan (Owner)
I'm so fucking angry
8/13/2024 8:31:01 PM

+[redacted] Jen Abel DO NOT USE
I just know Steph is going to weaponize this
8/13/2024 8:31:05 PM

[redacted] Melissa Nathan (Owner)
I know
8/13/2024 8:31:09 PM

+[redacted] Jen Abel DO NOT USE
But holy fuck
8/13/2024 8:31:12 PM

+[redacted] Jen Abel DO NOT USE
I can't believe they wrote that story
8/13/2024 8:31:24 PM

[redacted] Melissa Nathan (Owner)
Same
8/13/2024 8:31:28 PM

+[redacted] Jen Abel DO NOT USE
At least it doesn't mention scooter but still
8/13/2024 8:31:49 PM

+[redacted] Jen Abel DO NOT USE
Jamey is still on with Ashley
8/13/2024 8:31:57 PM

[redacted] Melissa Nathan (Owner)
He's being attacked publicly, he brought on an expert to help end of day
8/13/2024 8:32:10 PM

[redacted] Melissa Nathan (Owner)
I'm sorry :( she's a fucking bitch
8/13/2024 8:32:18 PM

[redacted] Melissa Nathan (Owner)
She's a fucking fucking bitch
8/13/2024 8:32:25 PM

+[redacted] Jen Abel DO NOT USE
Do you think this makes him look guilty though. Honestly.
8/13/2024 8:33:55 PM

+[redacted] Jen Abel DO NOT USE
Nothing against you AT ALL
8/13/2024 8:34:02 PM

+[redacted] Jen Abel DO NOT USE
But honest opinion
8/13/2024 8:34:07 PM

[redacted] Melissa Nathan (Owner)
Honestly no.

Everyone hires crisis- Leslie is crisis.

If it wasn't me , whoever you would have hired would have been also mentioned as she used as a tactic.

It's trades as well - fans don't read trades.
8/13/2024 8:37:05 PM

+[redacted] Jen Abel DO NOT USE
Ok thx. That's what I think too but wanted your opinion
8/13/2024 8:37:29 PM

[redacted] **Melissa Nathan (Owner)**
Call me after. At least the Ashley call is going well ?
8/13/2024 8:38:14 PM

**+19047422954 Jen Abel DO NOT USE**


5:38
FW: Comment - It Ends With Us

Matthew Mitchell
To Melissa Nathan, Breanna B, +2

**From:** Katcy Stephan [redacted]
**Date:** Tuesday, August 13, 2024 at 5:37 PM
**To:** Matt Gibson [redacted]
Matthew Mitch[redacted]
**Subject:** Re: Comment [redacted]

Hey hey!

Just saw the THR news that Melissa Nathan has joined the PR team. Again wanted to reach out to see if there's any comment on the ongoing saga, and express that I'd more than love to chat with Justin again if you al are open 😋 Thank you!

**KATCY STEPHAN** FILM REPORTER / VARIETY
11175 SANTA MONICA BLVD. LOS ANGELES, CA 90025
[redacted]
SHE/HER/HERS

8/13/2024 8:39:04 PM

+[redacted] **Jen Abel DO NOT USE**
Jamey saw the article and doesn't care. He says it says "nothing" just that we retained her for crisis. And I'm like yeah, that's all melissa she's really good.
8/13/2024 8:52:46 PM

+[redacted] **Jen Abel DO NOT USE**
So he doesn't care
8/13/2024 8:52:49 PM

+[redacted] **Jen Abel DO NOT USE**
Fuck you leslie
8/13/2024 8:52:52 PM

[redacted] **Melissa Nathan (Owner)**
Also we rep amazing people too not just the people in trouble
SJ has repped MANY MANY men that have done terrible things that I've even helped her fix

You can't win in this biz
8/13/2024 8:53:25 PM

[redacted] **Melissa Nathan (Owner)**
Oh thank god I feel so bad I put you in any situation.
Devoed
8/13/2024 8:53:57 PM

[redacted] **Melissa Nathan (Owner)**
Is Ashley bonding ?




8/13/2024 8:54:20 PM

+[redacted] **Jen Abel DO NOT USE**
Laughed at an image
8/13/2024 8:54:30 PM

+[redacted] **Jen Abel DO NOT USE**
Yes she's so good
8/13/2024 8:54:34 PM

+[redacted] **Jen Abel DO NOT USE**
Love her already
8/13/2024 8:54:39 PM

+[redacted] **Jen Abel DO NOT USE**
God THR put out a breaking news blast
8/13/2024 8:54:53 PM

[redacted] **Melissa Nathan (Owner)**
Oh good 😇😇
And you gotta meet her for lunch
8/13/2024 8:54:56 PM

[redacted] **Melissa Nathan (Owner)**
I know .
8/13/2024 8:54:59 PM

+[redacted] **Jen Abel DO NOT USE**
Like wtf really?
8/13/2024 8:55:04 PM

+[redacted] Jen Abel DO NOT USE
A breaking news blast
8/13/2024 8:55:10 PM

+[redacted] Jen Abel DO NOT USE
What the hell
8/13/2024 8:55:14 PM

[redacted] Melissa Nathan (Owner)
I was texting you and it came up as a breaking news
Breaking . News .
8/13/2024 8:55:26 PM

+[redacted] Jen Abel DO NOT USE
I'm now worried what Steph is going to say. Not that they care AT ALL. But she is going to try to use this in some capacity
8/13/2024 8:56:30 PM

[redacted] Melissa Nathan (Owner)
She absolutely will. But also
Let's compare stories stephanie
8/13/2024 8:59:00 PM

[redacted] Melissa Nathan (Owner)
When Bi drops
8/13/2024 8:59:04 PM

+[redacted] Jen Abel DO NOT USE
And Steph just texted Tera lol
8/13/2024 9:19:30 PM

[redacted] Jen Abel DO NOT USE







8/13/2024 9:19:58 PM

[redacted] Melissa Nathan (Owner)

Stephanie
Are you aware there is a KILL STORY dropping this week on you and if you hadn't of blown us up we would not of been in such a bad place.

8/13/2024 9:23:15 PM

+[redacted] **Jen Abel DO NOT USE**


6:45
Press inquiry: Justin Baldoni hires Melissa Nathan

Yolanda Machado
To Stephanie Jones and You

You don't often get email from [redacted]

Hi Jennifer and Stephanie,

My name is Yolanda Machado, I'm an editor at Entertainment Weekly. Reaching out to confirm the reports that Justin Baldoni has hired Melissa Nathan's crisis pr team? Anything on background would be greatly appreciated as well. Hope to hear back soon!

Thanks so much!

--
*Yolanda Machado*
Digital Editor, Entertainment Weekly
[redacted]

Reply to All

8/13/2024 9:45:18 PM

[redacted] **Melissa Nathan (Owner)**
WHY IS THIS A BIG STORY
8/13/2024 9:45:46 PM

+[redacted] **Jen Abel DO NOT USE**
This is wild
8/13/2024 9:45:55 PM

[redacted] **Melissa Nathan (Owner)**
This is the maddest account for so many reasons
8/13/2024 9:45:56 PM

+[redacted] **Jen Abel DO NOT USE**
Should I call her?
8/13/2024 9:46:07 PM

+[redacted] **Jen Abel DO NOT USE**
How is hiring a rep a story
8/13/2024 9:46:17 PM

[redacted] **Melissa Nathan (Owner)**
My lot can and say we are not giving comment if you prefer ?
8/13/2024 9:46:26 PM

[redacted] **Melissa Nathan (Owner)**
It's insane but trades I unfortunately understand but - ents no way
8/13/2024 9:46:39 PM

[redacted] Melissa Nathan (Owner)
Normal people don't even know what a Pr is
8/13/2024 9:46:48 PM

+[redacted] Jen Abel DO NOT USE
I would try to guilt them and be like this isn't a story, etc. but defer to you.
8/13/2024 9:47:41 PM

[redacted] Melissa Nathan (Owner)
Exactly
8/13/2024 9:49:56 PM

+[redacted] Jen Abel DO NOT USE
Ok I'll forward it
8/13/2024 9:52:01 PM

+[redacted] Jen Abel DO NOT USE
I got another one
8/13/2024 9:52:06 PM

[redacted] Melissa Nathan (Owner)
Jen what the actual fuck
8/13/2024 9:52:15 PM

+[redacted] Jen Abel DO NOT USE


request for comment: Justin Baldoni hires crisis PR vet Melissa Nathan

BB BreAnna Bell [redacted]
To: Team Baldoni [redacted]
Tuesday, August 13, 6:50 PM

email from [redacted]

Hi,

My name is BreAnna Bell and I'm a reporter with Page Six. I'm reaching out in regards to a recent report that Justin Baldoni has hired the help of Melissa Nathan amid rumors of drama among the "It Ends With Us" cast. Is there any statement from Justin or his team that can be shared at this time?

Thanks,
BreAnna

Reply to All

8/13/2024 9:52:23 PM

+[redacted] Jen Abel DO NOT USE
Forwarded both
8/13/2024 9:57:35 PM

[redacted] Melissa Nathan (Owner)
From my close reporter friend

Also for the high brow losers like people and variety - a way to cover it without quotes deranged people on social media or speculation
8/13/2024 10:00:55 PM

+[redacted] Jen Abel DO NOT USE
Just have to tell you something and then I promise to leave you the fuck alone
8/13/2024 10:21:08 PM

[redacted] Melissa Nathan (Owner)
Never leave me alone
Just going to toilet 😂
8/13/2024 10:21:45 PM

+[redacted] Jen Abel DO NOT USE
Hahahaha how dare you not pick up
8/13/2024 10:22:01 PM

[redacted] Melissa Nathan (Owner)
On with Leslie
8/13/2024 10:55:54 PM

[redacted] Melissa Nathan (Owner)
https://x.com/search?q=%22Blake%20Lively%22&src=trend_click&vertical=trends
8/13/2024 10:56:02 PM

[redacted] Melissa Nathan (Owner)
Couldn't not answer
8/13/2024 10:56:04 PM

+[redacted] Jen Abel DO NOT USE
Omg what is she saying
8/13/2024 10:59:53 PM

[redacted] Jen Abel DO NOT USE




8/13/2024 10:59:57 PM

[redacted] Melissa Nathan (Owner)
Will call u after
8/13/2024 11:00:03 PM

[redacted] Melissa Nathan (Owner)
45 mins
8/13/2024 11:32:11 PM

+[redacted] Jen Abel DO NOT USE
Wow
8/13/2024 11:32:15 PM

[redacted] Melissa Nathan (Owner)
Still on
8/13/2024 11:32:21 PM

[redacted] Melissa Nathan (Owner)
Jen.
8/13/2024 11:59:44 PM