# EXHIBIT 14

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 8/15/2024 |

## Outline of Conversations

**iMessage Chat: Katie Warren <[redacted] Custodian: Abel, Jennifer <[redacted]** • 2 messages on 8/15/2024 • Custodian: Abel, Jennifer [redacted]> • Katie Warren [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: Katie Warren <[redacted] Custodian: Abel, Jennifer <[redacted]**

KW **Katie Warren** [redacted] ▶ 8/15/2024, 12:22 PM
Story is up! Thanks again for your help.

KW **Katie Warren** [redacted] ▶ 8/15/2024, 12:22 PM
https://www.businessinsider.com/stephanie-jones-jonesworks-pr-clients-tom-brady-jeff-bezos