# EXHIBIT 15

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 6 | Date Range: 8/19/2024 |

## Outline of Conversations

**iMessage Chat: +**[redacted] • 6 messages on 8/19/2024 • Custodian: Abel, Jennifer [redacted]
• Custodian: Abel, Jennifer <[redacted]> • Melissa Nathan <[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat:** <[redacted]

MN **Melissa Nathan** [redacted] ▶ 8/19/2024, 12:49 AM

Just had a nice conversation with Justin just him and me.
I explained to him a few things
And my conversations with Leslie
He's like don't help her. I'm like I'm not helping her. I'm telling her what we're not doing and she needs to also not do anything and my last conversation with her was last Wednesday or so

And then I couldn't help myself

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/19/2024, 1:01 AM]

MN **Melissa Nathan** <[redacted] ▶ 8/19/2024, 12:50 AM

I ended it with

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/19/2024, 1:01 AM]

MN **Melissa Nathan** <[redacted] ▶ 8/19/2024, 12:50 AM

And I'm just going to step out of line before I go to bed and tell you Jen is amazing. She's so loyal she loves you so much and you have to go with her and he was like oh my God of course course I'm going with her.

Don't kill me, okay bye

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/19/2024, 1:01 AM]

JA **Custodian: Abel, Jennifer** [redacted]> ◀ 8/19/2024, 1:02 AM

Hahahaha omg love you

Receipts • Melissa Nathan [redacted] D:8/19/2024, 1:02 AM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/19/2024, 1:02 AM

Thanks for chatting with him

Receipts • Melissa Nathan [redacted] [D:8/19/2024, 1:02 AM]

MN **Melissa Nathan** <[redacted] ▶ 8/19/2024, 1:02 AM

Loved "Thanks for chatting with him "

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/19/2024, 1:13 AM]