# EXHIBIT 16

Message

**From:** Tera Hanks [[redacted]]
**Sent:** 7/30/2024 4:36:40 PM
**To:** Stephanie Jones [redacted]
**Subject:** Re: pr planning

**Flag:** Flag for follow up

Melissa would not be having any comms outside of our internal teams. She would be working through scenario planning with us to be armed if needed.

WAYFARER

**Tera Hanks**
President
[redacted]

On Jul 30, 2024, at 12:52 PM, Stephanie Jones [redacted] wrote:

Since we don't have a "press crisis" now what exactly would this person be doing for wayfarer? Im trying to get a better understanding as I don't want to create marketplace confusion.

---

**From:** Tera Hanks [redacted]
**Date:** Tuesday, July 30, 2024 at 3:46 PM
**To:** Stephanie Jones [redacted]
**Subject:** Re: pr planning

Hi Steph
Yes would be just for crisis only!

**Tera Hanks**
President
[redacted]

On Jul 30, 2024, at 12:39 PM, Stephanie Jones [redacted] wrote:

Hi Tera,
So I can better understand what is the scenario planning you want to retain Melissa Nathan for Wayfarer for? Would it just be crisis strategy planning and that's it?