# EXHIBIT 21

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 61 | Date Range: 7/31/2024 - 8/1/2024 |

### Outline of Conversations

[redacted] **chatroom** • 61 messages between 7/31/2024 - 8/1/2024 • [redacted] • Breanna Butler ([redacted]) • Nathan Melissa ([redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted] **chatroom**

| | | | |
|---|---|---|---|
| # | [redacted]<br>https://www.tiktok.com/t/ZTNXmoRDx/<br><br>*Attachment: __Libr_1(18) (7 KB)*<br><br>*Attachment: __Libr_1(19) (27 KB)*<br><br>*Attachment: __Libr_1(20) (141 KB)* | | 7/31/2024, 10:33 PM |
| NM | **Nathan Melissa** [redacted]<br>Tik tok won't let me open links anymore unless I have one lol | | 7/31/2024, 10:33 PM |
| NM | **Nathan Melissa** [redacted]<br>And I don't | | 7/31/2024, 10:33 PM |
| # | [redacted]<br>Ugh it's our comedian guy pretending to be a bar tender | | 7/31/2024, 10:35 PM |
| # | [redacted]<br>I wish this call wasn't scheduled for now - I've had a 1pm in person with art people and now am on a fucking train | | 8/1/2024, 11:02 AM |
| # | [redacted]<br>2 different theaters is awful idea | | 8/1/2024, 11:05 AM |
| # | [redacted]<br>And we need to prepare how to answer that | | 8/1/2024, 11:05 AM |
| # | [redacted]<br>He focuses on imbalance of power - we've done a bunch of background research pulling all the positive stuff people have said about him and the opposite of her, always has issue with cast.<br><br>Think Belloni would be good idea if we need to go harder | | 8/1/2024, 11:07 AM |
| NM | **Nathan Melissa** [redacted]<br>Loved "He focuses on imbalance of power - we've done a bu…" | | 8/1/2024, 11:08 AM |
| NM | **Nathan Melissa** [redacted]<br>I've been flying no sleep lol am talking crazy shit | | 8/1/2024, 11:10 AM |
| # | [redacted]<br>Ugh god I'm sorry | | 8/1/2024, 11:11 AM |
| # | [redacted]<br>We've started scenario planning and research | | 8/1/2024, 11:11 AM |
| NM | **Nathan Melissa** [redacted]<br>Say that | | 8/1/2024, 11:13 AM |
| NM | **Nathan Melissa** [redacted]<br>We are already pages in or something | | 8/1/2024, 11:13 AM |

# [redacted] 8/1/2024, 11:13 AM
I can say we are finalizing and want him to review before we chat so he has idea and thoughts on it

# [redacted] 8/1/2024, 11:13 AM
I will

NM Nathan Melissa [redacted] 8/1/2024, 11:13 AM
Jk

NM Nathan Melissa [redacted] 8/1/2024, 11:13 AM
Ok

NM Nathan Melissa [redacted] 8/1/2024, 11:13 AM
Fuck so tired

NM Nathan Melissa [redacted] 8/1/2024, 11:13 AM
lol save us

# [redacted] 8/1/2024, 11:15 AM
I've never seen Jen in person

NM Nathan Melissa [redacted] 8/1/2024, 11:17 AM
lol she's cute on camera

# [redacted] 8/1/2024, 11:33 AM
We need to time to finish and KC has crisis and I'm in city meeting with art folks

# [redacted] 8/1/2024, 11:36 AM
That's better

# [redacted] 8/1/2024, 11:36 AM
Am just pulling into Penn

NM Nathan Melissa [redacted] 8/1/2024, 11:36 AM
Ok

# [redacted] 8/1/2024, 11:36 AM
11pm tonight?

NM Nathan Melissa [redacted] 8/1/2024, 11:36 AM
wtf

NM Nathan Melissa [redacted] 8/1/2024, 11:37 AM
[redacted]

# [redacted] 8/1/2024, 11:37 AM
That works

# [redacted] 8/1/2024, 11:37 AM
5pm his time

NM Nathan Melissa [redacted] 8/1/2024, 2:19 PM
Now the invoice is through can you please sort us a call you Me and Larry?

# [redacted] 8/1/2024, 2:20 PM
Yes

# [redacted] 8/1/2024, 2:20 PM
If he's yet to flag to me should I I just say "do you have moment to chat? Want to walk through Italy trip" or is that over flagging it?

NM **Nathan Melissa** [redacted] 8/1/2024, 2:21 PM
No , just say hi Larry adding Melissa
Can we please arrange a call for just us three please?

# [redacted] 8/1/2024, 2:22 PM
Ok and how do we start off the call

NM **Nathan Melissa** [redacted] 8/1/2024, 2:22 PM
I can

# [redacted] 8/1/2024, 2:24 PM
I know but going into it are we going to say "we know this was a lot and want to you walk you through?"

NM **Nathan Melissa** [redacted] 8/1/2024, 2:25 PM
Breanna , I'm going to kill you

NM **Nathan Melissa** [redacted] 8/1/2024, 2:25 PM
lol

NM **Nathan Melissa** [redacted] 8/1/2024, 2:25 PM
First, he will just kick off by saying how happy we are
And how good Zoe is doing and we're pretty sure we're going to be offering her a junior position

# [redacted] 8/1/2024, 2:25 PM
So weird!!!!![url:'https://p58-content.icloud.com/M2D3C619AD965FA8CBD0434EF2D661C49E3ED706C06D50586612A4CD691000213.C01USN00'
]




*Image: __Library_SMS_Attachments_23_03_943A9EBC-D0E3-4993-A810-5632F894812B_Screenshot 2024-08-01 at 2.25.11_PM.jpeg (410 KB)*

NM Nathan Melissa [redacted] 8/1/2024, 2:25 PM
But we wanted to just chat about the Jon account for a second if he has any time

# [redacted] 8/1/2024, 2:25 PM
He just emailed me first so that's good though

NM Nathan Melissa [redacted] 8/1/2024, 2:25 PM
Reply and just say, don't tell her or her family, but hopefully we're going to be offering her a junior role

# [redacted] 8/1/2024, 2:30 PM
Going well so far...

NM Nathan Melissa [redacted] 8/1/2024, 2:49 PM
Just say at some point next week, maybe just put Monday in or something

# [redacted] 8/1/2024, 2:50 PM
Kk

# [redacted] 8/1/2024, 3:46 PM
I'm building out this scenario document in anticipation of inevitable story from her team so we don't create unnecessary busy work

NM Nathan Melissa [redacted] 8/1/2024, 3:55 PM
I just got off the phone to Jen

NM Nathan Melissa [redacted] 8/1/2024, 3:55 PM
Jamey told SJ he hired us

# [redacted] 8/1/2024, 3:55 PM
Oh god I'm so sick of this fucking woman - does that mean anything that she knows?

NM Nathan Melissa [redacted] 8/1/2024, 3:56 PM
No, I'm so fucking sick of her too

# [redacted] 8/1/2024, 3:56 PM
Honestly, he just needs to get ahead of this and be the first one to strike

NM Nathan Melissa [redacted] 8/1/2024, 3:58 PM
I don't even know anymore

# [redacted] 8/1/2024, 3:59 PM
CH had good point - we tee up a friendly to run the day of or right after the premiere, someone who is covering the overall film, he says something along the lines of "me and Blake had our differences but I still respect her" so we at least set the stage and can then give the rest on background to reporters

# [redacted] 8/1/2024, 4:00 PM
So when the hit piece runs it's not as big of a shock

NM Nathan Melissa [redacted] 8/1/2024, 4:00 PM
I like that idea

NM Nathan Melissa [redacted] 8/1/2024, 4:00 PM
Just that line, but make it a little bit more broader

# [redacted] 8/1/2024, 4:01 PM
Same - right but like in a People piece or something, Rosner could do

# [redacted] 8/1/2024, 4:01 PM

That's more focused on the film with a line from him