# EXHIBIT 22

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 10 | Date Range: 7/30/2024 |

## Outline of Conversations

**iMessage Chat: Tera Hanks <[redacted] Custodian: Abel, Jennifer <[redacted]** • 10 messages on 7/30/2024 • Custodian: Abel, Jennifer [redacted]> • Tera Hanks [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: Tera Hanks <[redacted] Custodian: Abel, Jennifer <[redacted]**

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 3:44 PM
Steph emailed me asking
"So I can better understand what is the scenario planning you want to retain Melissa for Wayfarer for? Would it just be crisis strategy planning and that's it?

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 3:44 PM
Ha yes she's so worried that Melissa is going to be taking over wayfarer

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 3:44 PM
I would just say yes it's just for crisis

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 3:45 PM
Perfect

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 4:08 PM
She responded

"Since we don't have a press crisis person now what exactly would this person be doing for wayfarer? I'm trying to get a better understanding as I don't want to create marketplace confusion"

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 6:21 PM
Steph texted she wants to do a 1:1 tomorrow to talk about some changes

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 6:37 PM
That's what it feels like

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 11:30 PM
https://www.thelist.com/1599360/blake-lively-tragic-life-story/

TH **Tera Hanks <[redacted]** ▶ 7/30/2024, 11:30 PM
This is over a month old but was sent to me
Good to see her publicity strategy

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 11:34 PM
Oh wow interesting