# EXHIBIT 26

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 110 | Date Range: 8/9/2024 |

## Outline of Conversations

**iM[redacted]: +[redacted]** • 110 messa[redacted]4 • Custodian: Abel, [redacted]
<[redacted] • C bel, Jennifer <[redacted] • Melissa Nathan <[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: +[redacted]**

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 10:17 AM
So apparently Tom Rothman is speaking to Leslie to get Blake to cut the shit

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:17 AM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 10:17 AM
I think we can get through this if we just get that NYP piece killed and Leslie agrees to a truce lol

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:17 AM]

MN **Melissa Nathan [redacted]** ▶ 8/9/2024, 10:23 AM
Jen, we can get thru anything

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:23 AM]

MN **Melissa Nathan [redacted]** ▶ 8/9/2024, 10:23 AM
Just trying to bail Travis out of Parisian jail one sec

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:23 AM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 10:24 AM
Shut the fuck up

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:24 AM]

MN **Melissa Nathan [redacted]** ▶ 8/9/2024, 10:44 AM
Good Lord, I'll be done in like 15 minutes. Can you speak then?

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:46 AM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 10:46 AM
Yes

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:46 AM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 10:47 AM



9:47

This is James - a Sr. Reporter with DailyMail.com.

We have learned that Justin Baldoni caused issues on the set of It Ends with Us and that he clashed with many cast members, as well as Colleen Hoover.

Sources have told us that the women on set felt he was 'borderline abusive, unprofessional and unapologetic' and that he 'failed to consider Blake's character's perspective.'

We were also told that parts of the script needed to be rewritten as a result, which he took personally.

The cast is currently not talking about this because they do not want it to take away from their promotional work, or the film's release.

Many feel Justin's acting was undoubtedly phenomenal and he could receive awards nods, but there are concerns he could defend his actions with his style of acting, which is method.

Please let me know if you would like to comment either on or off-record.

James

Reply to All

*Image: files/Image/IMG_2672.PNG (255 KB)*

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:47 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:47 AM

Just got this

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:47 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:47 AM

I'll call him

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:47 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:47 AM

Damn

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:47 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:47 AM

Want me to do anything

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:47 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:48 AM

This stemmed from what happened yesterday.

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:48 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:48 AM

I'll tell you on the phone how I know now I know James really well

Receipts • Custodian: Abel, Jennifer <19047422954> [R:8/9/2024, 10:48 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:48 AM

Wow

Receipts • Melissa Nathan <17184061098> [D:8/9/2024, 10:48 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:48 AM

And then I'll call you

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/9/2024, 10:48 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:48 AM
lol

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/9/2024, 10:48 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:48 AM
Ok

Receipts • Melissa Nathan [redacted]> [D:8/9/2024, 10:48 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:48 AM
Jesus

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:48 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:48 AM
Because Leslie herself called the mail after stephanie who is denying it called mail

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:48 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:48 AM
Wow

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:48 AM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:48 AM
Ok

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 10:48 AM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 11:59 AM
Can you chat in 5?

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 12:01 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 12:01 PM
Yes

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 12:01 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 12:01 PM
At breakfast but yes

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 12:01 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 12:21 PM
Call me when you have a second, please

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 12:27 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 12:25 PM
https://www.hollywoodreporter.com/movies/movie-news/blake-lively-justin-baldoni-it-ends-with-us-drama-what-we-know-1235969708/

*Attachment: files/Image/9829491D-9C68-4CDE-91F2-1F5CA962095C.pluginPayloadAttachment (2 KB)*

*Attachment: files/Image/32F32757-B785-4F71-B9F9-4DF848267AD9.pluginPayloadAttachment (179 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 12:27 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:02 PM
Reading

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:02 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:02 PM
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html

*Attachment: files/Image/A9268B25-8A44-4B00-AE50-EE60E12E15F6.pluginPayloadAttachment (4 KB)*

*Attachment: files/Image/369C30A7-870E-4B12-AA5D-7BBC302E0BF1.pluginPayloadAttachment (87 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:02 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/9/2024, 1:11 PM
Is it horrible to say that I don't think it's that bad

Receipts • Melissa Nathan [redacted]> [D:8/9/2024, 1:11 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:18 PM
No, because I know what we're watching for

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:20 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:19 PM
So all things considered it looks like trash and gossip

Receipts • Custodian: Abel, Jennifer [redacted]> [R:8/9/2024, 1:20 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/9/2024, 1:20 PM
It looks like a plant from Blake's camp trying to steer the narrative

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:20 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:20 PM
Welll..... I mean.......

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:20 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/9/2024, 1:21 PM
I can tell you've done a lot of work here

Receipts • Melissa Nathan [redacted]> [D:8/9/2024, 1:21 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/9/2024, 1:21 PM
Nothing about being unsafe. Fat comments. Sexual.

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:21 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 8/9/2024, 1:21 PM
Thank fucking god

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:21 PM]

MN **Melissa Nathan** <[redacted] ▶ 8/9/2024, 1:21 PM
That's all I care about
The other stuff is just nonsense
And honestly, the money the movie is making is fucking great for you guys

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:21 PM
Let's just keep it steering that way
And you take this fucking client and never talk to her again I swear to God

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:22 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 1:22 PM
Loved "That's all I care about
The other stuff is just no…"

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:22 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 1:22 PM
Exactly

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:22 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 1:22 PM
Do we need to still worry about NYP?

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:22 PM
She also just needs time off herself
If I'm just being mindful of humanity for a second she needs to just stop because obviously there is something as a human being she is doing that is affecting herself mentally .

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:22 PM
On with my sister now

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:22 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 1:22 PM
Laughed at "On with my sister now"

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:22 PM
But also like fuck her

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:29 PM
Bahai needs to be out
And mostly
The misogynistic

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:45 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:29 PM
Swap that one word

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:45 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:49 PM
" we are crushing it on Reddit "

Jed

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:50 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 1:50 PM
I'm good now this is done

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 1:50 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 1:50 PM
LOL

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 1:50 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 2:03 PM
She put me on hold so waiting
For her

Say some prayers for us Justin

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 2:06 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 2:08 PM
Ooof

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 2:08 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 2:45 PM
Fyi Stephanie is likely calling Leslie to "clear her name" about calling daily mail

Receipts • Melissa Nathan [redacted] D:8/9/2024, 2:45 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 2:45 PM
Unbelievable

Receipts • Melissa Nathan [redacted] D:8/9/2024, 2:45 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 2:45 PM
Tell her not to answer

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 2:45 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 2:45 PM
This is crazy

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 2:45 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 3:06 PM
Send me that screenshot can you !

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 3:07 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 3:07 PM
What one?

Receipts • Melissa Nathan [redacted] D:8/9/2024, 3:07 PM]

MN **Melissa Nathan <**[redacted] ▶ 8/9/2024, 3:08 PM

Just the one saying she's calling dm

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 3:08 PM]

MN **Melissa Nathan <**[redacted] ▶ 8/9/2024, 3:08 PM

Just so I have

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 3:08 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 8/9/2024, 3:09 PM



6:00

On Aug 8, 2024, at 11:50 AM, Stephanie Jones [redacted] wrote:

Left word for Lillian. She's been very nice in past so will get this fixed.

Stephanie Jones
[redacted]

Begin forwarded message:

**From:** Lillian Gissen [redacted]
**Date:** August 8, 2024 at 4:16:37 PM GMT+1
**To:** Jennifer Abel [redacted]; Stephanie Jones [redacted]
WayfarerStudios [redacted]
**Subject:** Call for comment

Hi, I'm a reporter for DailyMail.com and I'm currently working on a story surrounding the recent rumors that there was a feud between It Ends With Us costars Blake Lively and Justin Baldoni

*Image: files/Image/IMG_2649.PNG (243 KB)*



5:58

Re: Call for comment

Stephanie Jones 10:29 AM
To You and WayfarerStudios

Lilian has been nice and fixed things for us in past. I can give her a call that this is nothing burger.

Stephanie Jones
[redacted]

On Aug 8, 2024, at 4:18 PM, Jennifer Abel [redacted] wrote:

Team pls ignore thx :) x

**From:** Lillian Gissen [redacted]
**Sent:** Thursday, August 8, 2024 11:16 AM
**To:** Jennifer Abel [redacted]
Stephanie Jones [redacted]
WayfarerStudios [redacted]

*Image: files/Image/IMG_2648.PNG (344 KB)*

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 3:09 PM]

MN **Melissa Nathan <**[redacted] ▶ 8/9/2024, 3:12 PM

I feel better about NYP

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 3:25 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 3:25 PM
Me too

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 3:25 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 4:06 PM
She said she will not return that call

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 4:07 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 4:07 PM
Blessed be

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 4:07 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 4:12 PM
When you come back to Los Angeles, we are definitely having our dinner.

Receipts • Custodian: Abel, Jennife[redacted] R:8/9/2024, 4:14 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 4:13 PM
I hope Jamey can see how bloody hard you are working

Receipts • Custodian: Abel, Jennife[redacted] [R:8/9/2024, 4:14 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 4:16 PM
https://www.instagram.com/p/C-de1vkRvd2/?igsh=MTc4MmM1YmI2Ng==

*Attachment: files/Image/44F4E5A8-36D7-4F82-897A-2E301715A8FE.pluginPayloadAttachment (104 KB)*

*Attachment: files/Image/AED30BFF-9618-4130-9726-FCF194C05F02.pluginPayloadAttachment (31 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] R:8/9/2024, 4:16 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 4:16 PM
What is really interesting Is that the comments especially on an outlet like this are pro him .

Receipts • Custodian: Abel, Jennifer [redacted] R:8/9/2024, 4:16 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 4:16 PM
Yep

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 4:16 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 5:22 PM
It's fine honestly

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 5:22 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 5:22 PM
https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/

*Attachment: files/Image/6A4AB8D5-D7A6-408A-BA1B-096F6B01DF55.pluginPayloadAttachment (6 KB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 5:22 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 5:22 PM
Was driving sorry

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 5:22 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 5:22 PM
I knew she would keep uncomfortable

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 5:40 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 7:00 PM
So are we in the clear now?!

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:00 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 7:00 PM
Did we survive?!

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:00 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:00 PM
We survived

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:01 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:01 PM
I actually think because of all the noise and all the stories pretty much saying the same thing that I kind of got lost

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:01 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:01 PM
In a really weird way, if you know what I mean

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:01 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:01 PM
And also now we have Leslie 100% telling us they are not placing anything else

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:01 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 7:01 PM
No totally I agree

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:01 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 7:02 PM
Emphasized "And also now we have Leslie 100% telling us they a…"

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:02 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/9/2024, 7:02 PM
Oh thank god

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:02 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:02 PM
And you've had no more requests

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:04 PM]

MN **Melissa Nathan** [redacted] ▶ 8/9/2024, 7:03 PM
ALL Press is so overwhelming
Weve confused people
So much mixed messaging

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:04 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 7:03 PM
It's actually really funny if you think about it

Receipts • Custodian: Abel, Jennifer [redacted]R:8/9/2024, 7:04 PM]

MN **Melissa Nathan <[redacted]>** ▶ 8/9/2024, 7:03 PM
For now.

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:04 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 7:04 PM
I've had very few

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:04 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 7:04 PM
And nothing about the articles

Receipts • Melissa Nathan [redacted] [D:8/9/2024, 7:04 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 7:04 PM
Which is wild

Receipts • Melissa Nathan [redacted]D:8/9/2024, 7:04 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 7:05 PM
Because it's too much press
So much messaging
It's crazy
Every headline is different

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:17 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 7:05 PM
I really think the worst is over. I do think the next few months definitely will be a tiny bit bumpy but not cancelled

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 7:17 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:22 PM
1- plz follow me back on IG as I can't message you until you do and it's RUDE

2- people Elizabeth Rosner just texted me and said hey I heard that you're helping with Justin. Is there any news you can share with me at all because it's completely silent everywhere

I'm just gonna say it was asleep, but that's really good news to say that

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:24 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:22 PM
I can't talk to any more journalists today

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/9/2024, 10:24 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:25 PM
Ha! Yes I had some people text me too and I just didn't respond. The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. But I see this as a total success, as does Justin.

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 10:25 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 10:25 PM

You did such amazing work

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 10:25 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 10:25 PM

Narrative is CRAZY good
So did you.

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/9/2024, 10:28 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 11:17 PM

Um excuse me I've been sitting as requested for a while now




*Image: files/Image/IMG_2691.PNG (883 KB)*

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:17 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 11:22 PM

*Attachment: files/Image/Screenshot 2024-08-09 at 20.22.06.heic (122 KB)*

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/9/2024, 11:23 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 11:22 PM

What on earth

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/9/2024, 11:23 PM]

MN **Melissa Nathan <[redacted]** ▶ 8/9/2024, 11:23 PM

Does this look like me 😱😱

*Attachment: files/Image/Screenshot 2024-08-09 at 20.22.47.heic (41 KB)*

JA **Custodian: Abel, Jennifer <[redacted]** ◄ 8/9/2024, 11:23 PM
LOL

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:23 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◄ 8/9/2024, 11:23 PM
I'm dead

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:23 PM]

MN **Melissa Nathan <[redacted]** ► 8/9/2024, 11:23 PM
That is so crazy though

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/9/2024, 11:23 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◄ 8/9/2024, 11:23 PM
Hahaha

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:23 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◄ 8/9/2024, 11:24 PM
I didn't even make the photo big and check

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:24 PM]

JA **Custodian: Abel, Jennifer [redacted]>** ◄ 8/9/2024, 11:24 PM
Just saw the bio

Receipts • Melissa Nathan <[redacted] [D:8/9/2024, 11:24 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◄ 8/9/2024, 11:24 PM
I'm dead

Receipts • Melissa Nathan [redacted]> [D:8/9/2024, 11:24 PM]

MN **Melissa Nathan <[redacted]** ► 8/9/2024, 11:24 PM
That is so funny.

Receipts • Custodian: Abel, Jennifer [redacted]> [R:8/9/2024, 11:27 PM]