# EXHIBIT 27

+[redacted]

**Thread Participants:** +[redacted] Melissa Nathan (Owner); +[redacted] Jen Abel DO NOT USE
**Active Participants:** +[redacted] Melissa Nathan (Owner); +[redacted] Jen Abel DO NOT USE
**First Message:** 8/19/2024 12:49:55 AM
**Last Message:** 8/19/2024 2:24:41 PM

---

[redacted] **Melissa Nathan (Owner)**
Just had a nice conversation with Justin just him and me.
I explained to him a few things
And my conversations with Leslie
He's like don't help her. I'm like I'm not helping her. I'm telling her what we're not doing and she needs to also not do anything and my last conversation with her was last Wednesday or so

And then I couldn't help myself
8/19/2024 12:49:55 AM

[redacted] **Melissa Nathan (Owner)**
I ended it with
8/19/2024 12:50:00 AM

[redacted] **Melissa Nathan (Owner)**
And I'm just going to step out of line before I go to bed and tell you Jen is amazing. She's so loyal she loves you so much and you have to go with her and he was like oh my God of course course I'm going with her.

Don't kill me, okay bye
8/19/2024 12:50:28 AM

+[redacted] **Jen Abel DO NOT USE**
Hahahaha omg love you
8/19/2024 1:02:12 AM

+[redacted] **Jen Abel DO NOT USE**
Thanks for chatting with him
8/19/2024 1:02:19 AM

[redacted] **Melissa Nathan (Owner)**
Loved "Thanks for chatting with him "
8/19/2024 1:02:39 AM

[redacted] **Melissa Nathan (Owner)**
I really want to send to Justin and Jamey to show why we do not use bots .
As you can SEE it

Also
8/19/2024 9:57:07 AM

[redacted]Melissa Nathan (Owner)
HAPPY LAST WEEK
8/19/2024 9:57:19 AM

+[redacted] Jen Abel DO NOT USE
Whoooooo
8/19/2024 9:57:36 AM

+[redacted] Jen Abel DO NOT USE
Liked "I really want to send to Justin and Jamey to show …"
8/19/2024 9:57:55 AM

+[redacted] Jen Abel DO NOT USE
Do it
8/19/2024 9:57:57 AM

[redacted]Melissa Nathan (Owner)
One WEEK
8/19/2024 10:01:20 AM

+[redacted] Jen Abel DO NOT USE
Can't fucking wait
8/19/2024 10:01:31 AM

+[redacted] Jen Abel DO NOT USE
She is being horrible
8/19/2024 10:01:36 AM

[redacted]Melissa Nathan (Owner)
I bet she is.
8/19/2024 10:02:53 AM

[redacted] Melissa Nathan (Owner)
She's a beautiful example for you of how never ever to treat a human let's set up a house meeting with Redacted - NR
I was with him a Redacted - NR yesterday actually not even on purpose
I went for a meeting with Redacted - NR and he happened to be there
8/19/2024 10:03:44 AM

+[redacted] Jen Abel DO NOT USE
Are you making Matthew Mitchell an offer yet
8/19/2024 2:19:50 PM

+[redacted] Jen Abel DO NOT USE
Haha
8/19/2024 2:19:52 PM

[redacted]Melissa Nathan (Owner)
Is he having a breakdown yet
lol I need to chat to the $ people coz god knows I need help
8/19/2024 2:22:22 PM

+[redacted] Jen Abel DO NOT USE
Hahaha yes I just want us both to go out in flames of glory
8/19/2024 2:22:38 PM

[redacted] Melissa Nathan (Owner)
We must go to the house next week
8/19/2024 2:24:33 PM

[redacted] Melissa Nathan (Owner)
We must
8/19/2024 2:24:35 PM

[redacted] Melissa Nathan (Owner)
Loved "Hahaha yes I just want us both to go out in flames..."
8/19/2024 2:24:41 PM