# EXHIBIT 28

# chat251724673237875843

**Thread Participants:** +[redacted] Katie Case; +[redacted] Breanna Butler; +[redacted] Carolina Hurley; +[redacted] Melissa Nathan (Owner); [redacted] (Owner)

**Active Participants:** +[redacted] Katie Case; +[redacted] Breanna Butler; +[redacted] Melissa Nathan (Owner)

**First Message:** 8/2/2024 6:49:15 AM

**Last Message:** 8/2/2024 12:33:47 PM

---

+[redacted] **Katie Case**

Goooood morning! I had the worst migraine last night so I went to bed early.

I saw the note sent Melissa I'll add a few updates.

Carolina if you have some time this morning let's jump on to chat through what's needed.

Breanna I'm in the scenario doc now I'll add some edits and send to you for review before we send to JB.

8/2/2024 6:49:15 AM

+[redacted] **Breanna Butler**

Ok great thank you

8/2/2024 7:52:14 AM


[redacted] Melissa Nathan (Owner)
09:49
Jen
We will do this. We will do this.
Of course not. But I told him that's the point of talking through
He has to look at it as an information document for us to be armed with
That's all . Imagine if a document saying all the things that he wants ends up in the wrong hands.
The work is not the document. The work is the fucking crisis lol
Delivered
09:49
Jen
We can't write it down to him
We can't write we will destroy her.
We will go to this. We will do this.
We will do this. We will do this.
Of course not. But I told him that's the point of talking through
He has to look at it as an




8/2/2024 9:49:46 AM

+[redacted] **Katie Case**
Oh for Pete's sake
8/2/2024 9:50:24 AM

+[redacted] **Breanna Butler**
I'm sorry that document was strong and walked through all the possibilities apart from him doing some big sit down which would kill Jim
8/2/2024 9:51:03 AM

+[redacted] **Breanna Butler**
*Edited*
I'm sorry that document was strong and walked through all the possibilities apart from him doing some big sit down which would kill him
8/2/2024 9:51:11 AM

+[redacted] **Katie Case**
It's really fucking strong — he can't come off as the victim she'll destroy him
8/2/2024 9:51:23 AM

+[redacted] **Breanna Butler**
We need to avoid busy work for ourselves and say that we've heard rumblings her team is doing piece.

So we get out ahead of it
8/2/2024 9:52:30 AM

[redacted] **Melissa Nathan (Owner)**
I'm doing it. That's exactly what I'm doing.
8/2/2024 9:53:30 AM

+[redacted] **Breanna Butler**
I think he'll be fine on the call once we walk him through
8/2/2024 10:05:38 AM

[redacted] **Melissa Nathan (Owner)**
He will be we need to be tough
8/2/2024 10:06:02 AM

+[redacted] **Katie Case**
Also we're thinking long term — we're not basing our plan on the current emotions
8/2/2024 10:15:23 AM

[redacted] **Melissa Nathan (Owner)**
Exactly.
Breanna , I need you to be in a good place with your camera on if okay to be able to help me talk really toughly to him
8/2/2024 10:27:19 AM

[redacted] **Melissa Nathan (Owner)**
I wouldn't usually ask, but he sounds like a fucking mess
8/2/2024 10:27:28 AM

[redacted] **Melissa Nathan (Owner)**
And also this is the first one that Jen is giving us and she's taking all the clients
8/2/2024 10:27:35 AM

+[redacted] **Katie Case**
I'll be on camera too
8/2/2024 10:27:39 AM

+[redacted] Breanna Butler
Yes of course
8/2/2024 10:28:11 AM

+[redacted] Katie Case
Also — there might be an angle where we say BL is confusing real life for the journey of her character in the book
8/2/2024 10:30:17 AM

[redacted] Melissa Nathan (Owner)
Loved "Also — there might be an angle where we say BL is …"
8/2/2024 10:52:25 AM

+[redacted] Breanna Butler
"This is a Strategy doc, not an execution doc, this is for us to keep on hand and reference as her strategy and plan comes to light/knowing where and when to get ahead, how to operate, etc."
8/2/2024 10:55:38 AM

+[redacted] Breanna Butler
General Agenda: • This is a Strategy doc, not an execution doc, this is for us to keep on hand and reference as her strategy and plan comes to light/knowing where and when to get ahead, how to operate, etc.

- Story coming out
- Need positive messaging points / third party advocates
- Getting ahead of it - what does this look like?
- Our recommendations
- Throwing in a line in a broader piece about the film that positions the situation as no surprise leading up to whatever her team is planning
- Briefing reporters behind the scenes to ensure balance for when her piece runs and is picked up
- Discuss a more aggressive way to get ahead of this - we will also be contacted for fact checking and able to get an idea of what piece will be, helping identify next steps
- What is he comfortable with

8/2/2024 10:58:12 AM

+[redacted] Breanna Butler
Just getting him on a call is a crisis within itself
8/2/2024 11:01:23 AM

[redacted] Melissa Nathan (Owner)
Yep
8/2/2024 11:02:32 AM

+[redacted] Katie Case
Absolutely brutal
8/2/2024 11:02:40 AM

+[redacted] Breanna Butler
MN, if you have 11:45 we should move our team call to later this afternoon so you can join
8/2/2024 11:03:12 AM

[redacted] Melissa Nathan (Owner)
Let's just all join this nightmare now because they seem to be waiting
8/2/2024 11:04:16 AM

+[redacted] Breanna Butler
Timing though it needs to run before the piece
8/2/2024 11:20:54 AM

+[redacted] Katie Case
I think we lean into the fact that Justin is being mindful and appropriate — there was pushback against coloring book he doesn't want to downplay abuse. He doesn't want to be known as a character like this.
8/2/2024 11:25:27 AM

+[redacted] Breanna Butler
should I mention a Belloni item if needed or is Jen allergic to him because of the SJ stuff?
8/2/2024 11:27:37 AM

+[redacted] Katie Case
At time we had creative differences which we explored together
8/2/2024 11:31:46 AM

+[redacted] Katie Case
She's then airing sour grapes vs making allegations
8/2/2024 11:32:29 AM

+[redacted] Breanna Butler
I feel like he's not like that
8/2/2024 11:36:19 AM

+[redacted] Katie Case
Could be part of the marketing that they unfollowed him
8/2/2024 11:38:00 AM

+[redacted] Katie Case
All part of the plot and part of the plan
8/2/2024 11:38:12 AM

+[redacted] Katie Case
Emotional role playing an abuser — like Tom holland taking time off after playing killer
8/2/2024 11:40:09 AM

+[redacted] Breanna Butler
Do you think he wants us to say more aggressive stuff? I tried my best between background, third parties, planning stuff behind the scenes
8/2/2024 11:42:14 AM

[redacted] Melissa Nathan (Owner)
Yes
8/2/2024 11:42:28 AM

[redacted] lelissa Nathan (Owner)
I need to jump for next call
8/2/2024 11:42:36 AM

[redacted] lelissa Nathan (Owner)
Say now let's go to agressivr side
8/2/2024 11:42:46 AM

+[redacted] Breanna Butler
Mel - when are you flying back to LA? He wants another team call on Sunday with everyone on to walk through his stuff
8/2/2024 12:24:34 PM

[redacted] lelissa Nathan (Owner)
Tomorrow.
Sunday will work
8/2/2024 12:26:25 PM

+[redacted] Breanna Butler
Ok - to recap, especially knowing he likes him, I think we do Belloni piece, push it wide and then if needed, do fresh piece on how she forced people to work through strike, crossed the line, but shut down production for the optics of it to look good, took away people's credit on the film (composer, AD, editor)
8/2/2024 12:33:47 PM