# EXHIBIT 29

+[redacted]

**Thread Participants:** +[redacted] Jamey Heath; +[redacted] Tera Hanks McMaster (Owner); [redacted] Tera Hanks (Owner)
**Active Participants:** +[redacted] Jamey Heath; +[redacted] Tera Hanks McMaster (Owner)
**First Message:** 8/8/2024 12:40:46 PM
**Last Message:** 8/8/2024 11:28:11 PM

---

[redacted] **Tera Hanks McMaster (Owner)**
I just spoke to Steph again and told her very directly she is not to speak to, respond to, or contact anyone
She agreed
8/8/2024 12:40:46 PM

+[redacted] **Jamey Heath**
Thank you! Thank you!
The damage is done. We are now trying to mitigate it.
But fuck tera.
8/8/2024 12:41:59 PM

+[redacted] **Jamey Heath**
*Edited*
Thank you! Thank you!
The damage is done. We are now trying to mitigate it. But fuck tera, this isn't good.
8/8/2024 12:42:13 PM

[redacted] **Tera Hanks McMaster (Owner)**
I know, fuck!!
8/8/2024 12:42:18 PM

+[redacted] **Jamey Heath**
Loved "I know, fuck!! "
8/8/2024 12:42:29 PM

[redacted] **Tera Hanks McMaster (Owner)**
Steph called just now saying Josh Greenstein texted her and she is calling him to clear her name
I told her to not call him or make any moves
8/8/2024 1:48:11 PM

[redacted] **Tera Hanks McMaster (Owner)**
With so much swirling
Feels like it would be good to do a top line meeting / call just to communicate to our team
I know there is early morning press
Let me know if you think this makes sense and have any time for :15/30 call with topline team
Love you!
8/8/2024 10:38:30 PM

+[redacted] Jamey Heath
Hi tera. Thank you for this thought. Yes indeed. Let's do that. Let's connect in the am. It's a crazy day but we should connect.
8/8/2024 11:25:11 PM

[redacted] Tera Hanks McMaster (Owner)
Loved "Hi tera. Thank you for this thought. Yes indeed. …"
8/8/2024 11:27:56 PM

[redacted] Tera Hanks McMaster (Owner)
I'm always up early
Call me anytime
8/8/2024 11:28:11 PM