# EXHIBIT 30

# PR Thread w/TAG

**Thread Participants:** +[redacted] Jamey Heath; +[redacted] Jennifer Abel (Owner); +[redacted] Justin Baldoni; +[redacted] Katie Case; +[redacted] Bre Tag PR; +[redacted] Melissa Nathan; +[redacted] Matthew Mitchell; [redacted] _$!<Other>!$_ (Owner)

**Active Participants:** +[redacted] Jennifer Abel (Owner); +[redacted] Justin Baldoni; +[redacted] Melissa Nathan

**First Message:** 8/22/2024 12:30:20 PM

**Last Message:** 8/22/2024 3:44:14 PM

---

**+[redacted] Justin Baldoni**
Added jens new number
8/22/2024 12:30:20 PM

**+[redacted] Jennifer Abel (Owner)**
Thanks team!
8/22/2024 12:31:10 PM

**+[redacted] Justin Baldoni**
Anything new today
8/22/2024 12:34:06 PM

**+[redacted] Melissa Nathan**
Absolutely nothing my end.
8/22/2024 12:35:03 PM

**+[redacted] Melissa Nathan**
Coverage has really died down.
No stories of note or any reporters coming to us with anything of substance.

I have had a few still digging around, but as there is nothing there, they are pretty quiet
8/22/2024 12:35:51 PM

**+[redacted] Justin Baldoni**
Loved "Coverage has really died down.
No stories of note ..."
8/22/2024 12:36:17 PM

**+[redacted] Jennifer Abel (Owner)**
Same. There was a bump of press surrounding Brandon's post which we all saw, skewing incredibly negative towards him and BL, etc. More people singing your praises.
8/22/2024 12:48:03 PM

**+[redacted] Justin Baldoni**
Any PR thoughts on posting this today?
📎<__Library_SMS_Attachments_42_02_42F555FC-8F15-4334-AA3B-8E0DE54F84F6_MOV_3558.mov>
8/22/2024 3:44:14 PM