# EXHIBIT 31

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 19 | Date Range: 6/10/2020 |

## Outline of Conversations

+[redacted] 19 messages on 6/10/2020 • Labid Aziz [redacted] • Stephanie Jones
[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

+[redacted]

LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 10:21 AM
Quick call this am?

Receipts • Stephanie Jones [redacted] R:6/10/2020, 10:23 AM]

> SJ **Stephanie Jones** <[redacted] ◀ 6/10/2020, 10:23 AM
Hi Im back to back on Zooms but can try in btw them. Whats up?

Receipts • Labid Aziz [redacted] [D:6/10/2020, 10:23 AM]

>> LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 10:24 AM
Just quick question. 5 min

Receipts • Stephanie Jones [redacted] R:6/10/2020, 10:30 AM]

>>> SJ **Stephanie Jones** <[redacted] ◀ 6/10/2020, 11:56 AM
Tried you

Receipts • Labid Aziz [redacted] [D:6/10/2020, 11:56 AM]

>>>> LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 1:22 PM
Sorry was just getting kid out the door

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 1:51 PM]

>>>>> SJ **Stephanie Jones** <[redacted] ◀ 6/10/2020, 2:34 PM
Just tried you again. Want to let me know times youre free?

Receipts • Labid Aziz <[redacted] [D:6/10/2020, 2:34 PM]

>>>>> > LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:03 PM
Just wanted to ask if you'll give me a little break for bundling for contracts under studios?? 😬 instead of 25k/mo maybe 23.5k?

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 3:03 PM]

>>>>> >> LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:03 PM
Both not *for

Receipts • Stephanie Jones [redacted] R:6/10/2020, 3:03 PM]

>>>>> >>> SJ **Stephanie Jones** <[redacted] ◀ 6/10/2020, 3:03 PM
Justin is only at 5k and he is literally my only client at 5k. Everyone else is 10k.

Receipts • Labid Aziz <[redacted] D:6/10/2020, 3:03 PM]

>>>>> >>>> LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:04 PM
Done. Sold me at 25!

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 3:04 PM]

>>>>> >>>>> LA **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:04 PM
Haha

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 3:04 PM]

>>>>> **Stephanie Jones** <[redacted] ◀ 6/10/2020, 3:04 PM
>>>>> Weve had him at that since inception and never raised his retainer year after year
SJ

Receipts • Labid Aziz [redacted] [D:6/10/2020, 3:04 PM]

>>>>> **Stephanie Jones** <[redacted] ◀ 6/10/2020, 3:04 PM
>>>>> Lol
SJ

Receipts • Labid Aziz [redacted] [D:6/10/2020, 3:04 PM]

>>>>> **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:04 PM
>>>>> Had to ask...
LA

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 3:07 PM]

>>>>> **Labid Aziz** <[redacted] ▶ 6/10/2020, 3:04 PM
>>>>> 😬
LA

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 3:07 PM]

>>>>> **Stephanie Jones** <[redacted] ◀ 6/10/2020, 3:07 PM
>>>>> 😂😂😂
SJ

Receipts • Labid Aziz [redacted] [D:6/10/2020, 3:07 PM]

>>>>> **Labid Aziz** <[redacted] ▶ 6/10/2020, 6:59 PM
>>>>> Just have some minor notes on agreement we're sending back and I'm prepping to send wire by Friday
LA

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 7:03 PM]

>>>>> **Labid Aziz** <[redacted] ▶ 6/10/2020, 6:59 PM
>>>>> Apologies for delay! We're flying the plane while fixing and building it! Haha
LA

Receipts • Stephanie Jones [redacted] [R:6/10/2020, 7:03 PM]

>>>>> **Stephanie Jones** <[redacted] ◀ 6/10/2020, 7:04 PM
>>>>> Liked "Just have some minor notes on agreement we're sending back and I'm prepping to send wire by Friday"
SJ

Receipts • Labid Aziz [redacted] [D:6/10/2020, 7:04 PM]