# EXHIBIT 32

9:18

**From:** Mitz Toskovic
[redacted]
**Date:** Monday, June 15, 2020 at 4:06 PM
**To:** "Jones, Stephanie" [redacted] Joanne Amorese [redacted]
**Cc:** Emily Mara
[redacted]
**Subject:** Re: Jonesworks X Wayfarer Studios

Hi Stephanie and Joanne,

Sorry for the delay.

May invoice #1680 has been paid.

Can you please update the June invoice to include Justin Baldoni's June fee's as well (And going forward bundle those 2 charges onto one invoice). I'm not exactly sure which months have been paid for Justin yet so please let me know if there are any outstanding fees on his tab.

Additionally, I've attached a redline of the agreement here with some relatively minor tweaks.