# EXHIBIT 36

# 7931b605-b92a-4aa1-9b07-2222e5b93d0f

**Thread Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner); [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Michael Goldberg; [redacted] Melissa US Phone (Owner)

**First Message:** 12/1/2023 9:30:26 AM

**Last Message:** 12/1/2023 8:08:15 PM

---

[redacted] Michael Goldberg

https://x.com/OliLondonTV/status/1730553698487521436?s=20

<1730553698487521436>

**Oli London (@OliLondonTV) on X**
Oxford Street, London.

This is the busiest shopping street in Europe.

12/1/2023 9:30:26 AM

[redacted] Michael Goldberg




12/1/2023 9:54:33 AM

[redacted] Melissa US Phone (Owner)

Omg yesterday was so nuts

12/1/2023 10:19:24 AM

[redacted] Melissa US Phone (Owner)

I didn't even tell you about my Jen Abel call

12/1/2023 10:19:30 AM

[redacted] Melissa US Phone (Owner)
Wait what did she say re puck lol
12/1/2023 10:19:48 AM

[redacted] Melissa US Phone (Owner)
I didn't properly fill you in
12/1/2023 10:19:53 AM

[redacted] Melissa US Phone (Owner)
Ask what accounts are actually JW accounts
12/1/2023 10:20:09 AM

[redacted] Michael Goldberg
shes not there anymore but shes getting intel
12/1/2023 10:21:26 AM

[redacted] Michael Goldberg
illa sk
12/1/2023 10:21:27 AM

[redacted] Michael Goldberg
also that ethos group
12/1/2023 10:24:31 AM

[redacted] Michael Goldberg
want me to help on that sports client
12/1/2023 10:24:36 AM

[redacted] Michael Goldberg
need to figure out how much we should charge for that
12/1/2023 10:24:44 AM

[redacted] Michael Goldberg
emily mara
12/1/2023 10:25:23 AM

[redacted] Melissa US Phone (Owner)
Honestly re SJ
I hope ir goes down
Couldn't happen to a nicer person

Rivers cough is INSANe
12/1/2023 10:29:01 AM

[redacted] Michael Goldberg
amen to sj fuck her
12/1/2023 10:29:13 AM

[redacted] Michael Goldberg
oy river
12/1/2023 10:29:27 AM

[redacted] Melissa US Phone (Owner)
Still going to school
I have to go to chainsmokers houss
12/1/2023 10:29:48 AM

[redacted] Michael Goldberg
i just caught some sort of 2nd virus woke up with throat still hurting but runny nose now
12/1/2023 10:29:50 AM

[redacted] Michael Goldberg
give him tylenol and send him off
12/1/2023 10:29:58 AM

[redacted] Michael Goldberg
lol
12/1/2023 10:29:59 AM

[redacted] Michael Goldberg
Tom, Venus, Bezos, Julianne Hough, J Balvin, Lainey Wilson, Kyle Kuzma from what I know
12/1/2023 10:32:45 AM

[redacted] Melissa US Phone (Owner)
*Reply*
Course
12/1/2023 10:34:33 AM

[redacted] Melissa US Phone (Owner)
If she wasn't an awful person I would be like poor thing but Jon
12/1/2023 10:34:54 AM

[redacted] Melissa US Phone (Owner)
No
12/1/2023 10:34:56 AM

[redacted] Melissa US Phone (Owner)
She's AwFUl
12/1/2023 10:34:59 AM

[redacted] Michael Goldberg
shes a horrific human being and deserves everything she gets
12/1/2023 10:35:10 AM

[redacted] Michael Goldberg
*Reply*
bezos =used to pay 20 no idea now
12/1/2023 10:35:24 AM

[redacted] Michael Goldberg
but none of those others pay over 10 id bet
12/1/2023 10:35:29 AM

[redacted] Michael Goldberg
so she just fired 4 people out of the blue
12/1/2023 10:35:39 AM

[redacted] Melissa US Phone (Owner)
She's such a dick
12/1/2023 10:37:03 AM

[redacted] Melissa US Phone (Owner)
Oh gotta pay Nicole and all
12/1/2023 10:37:11 AM

[redacted] Michael Goldberg
how much does nicole make
12/1/2023 10:38:00 AM

[redacted] Michael Goldberg
1000?
12/1/2023 10:38:03 AM

[redacted] Michael Goldberg
i need to get paid by everyone
12/1/2023 10:38:10 AM

[redacted] Michael Goldberg
sending invoices today
12/1/2023 10:38:13 AM

[redacted] Melissa US Phone (Owner)
Think so need to check
12/1/2023 10:39:57 AM

[redacted] Michael Goldberg
cool let me know and ill take half out of yours
12/1/2023 10:40:09 AM

[redacted] Michael Goldberg




12/1/2023 10:46:42 AM

[redacted] Michael Goldberg
O.M.G.
12/1/2023 10:46:48 AM

[redacted] Melissa US Phone (Owner)
O
M
G
12/1/2023 10:47:40 AM

[redacted] Michael Goldberg
imagine your publicist did this
12/1/2023 10:48:34 AM

[redacted] Melissa US Phone (Owner)
This is so not professional
12/1/2023 10:48:45 AM

[redacted] Melissa US Phone (Owner)
She's evil
12/1/2023 10:48:59 AM

[redacted] Michael Goldberg
shes a psychopath
12/1/2023 10:49:39 AM

[redacted] Michael Goldberg
something mentally wrong with her
12/1/2023 10:49:45 AM

[redacted] Michael Goldberg
bipolar, manic, paranoid schizophrenic
12/1/2023 10:49:55 AM

[redacted] Michael Goldberg
(legitimately)
12/1/2023 10:50:05 AM

[redacted] Melissa US Phone (Owner)
You should of seen the crazed look in her eye on the phone on zoom
12/1/2023 12:07:06 PM

[redacted] Michael Goldberg
ive seen it many times in person
12/1/2023 12:07:19 PM

[redacted] Michael Goldberg
its her resting crazy face
12/1/2023 12:07:24 PM

[redacted] Melissa US Phone (Owner)
And she's so skinny so her eyes are even more crazy it's tiring to watch
12/1/2023 12:07:45 PM

[redacted] Michael Goldberg
She's gross skinnyy
12/1/2023 12:42:09 PM

[redacted] Michael Goldberg
Looks frail
12/1/2023 12:42:12 PM

[redacted] Michael Goldberg
And sick
12/1/2023 12:42:13 PM

[redacted] Goldberg
📎 <23545629_375697858234666_3202471151762180433_
n.enc>
12/1/2023 1:31:31 PM

[redacted] Melissa US Phone (Owner)
📎 <368553_1.mp4>
12/1/2023 3:07:02 PM

[redacted] Melissa US Phone (Owner)
You are going to have a breakdown
12/1/2023 5:40:29 PM

[redacted] Michael Goldberg
What now
12/1/2023 5:43:19 PM

[redacted] Melissa US Phone (Owner)
Belloni wants to talk to one of the fired PR's
We need to make this happen
12/1/2023 5:44:34 PM

[redacted] Michael Goldberg
Omg that's not bad
12/1/2023 5:45:26 PM

[redacted] Michael Goldberg
Can he talk to liz who was fired in insane fashion too
12/1/2023 5:46:00 PM

[redacted] Melissa US Phone (Owner)
Yea he can
12/1/2023 5:46:07 PM

[redacted] Michael Goldberg
Lol
12/1/2023 5:46:10 PM

[redacted] Melissa US Phone (Owner)
If she will do it off record
12/1/2023 5:46:12 PM

[redacted] Michael Goldberg
Anonymous ?
12/1/2023 5:46:13 PM

[redacted]elissa US Phone (Owner)
Yes I said roza go back and say off record yes
12/1/2023 5:46:25 PM

[redacted] Michael Goldberg
*Reply*
Obviously off record. Not sure if she'll want to but I can ask
12/1/2023 5:46:28 PM

[redacted] Michael Goldberg
Hmm
12/1/2023 5:46:36 PM

[redacted] Michael Goldberg
Here's the problem
12/1/2023 5:46:40 PM

[redacted]Melissa US Phone (Owner)
He just wrote back saying
12/1/2023 5:46:42 PM

[redacted] Melissa US Phone (Owner)
Sure of course
12/1/2023 5:46:45 PM

[redacted] Michael Goldberg
I don't fully trust my person there to not tell steph we placed it
12/1/2023 5:47:00 PM

[redacted] Michael Goldberg
She's a bit two faced. Always telling me she hates it wants to leave but takes pics w sj
12/1/2023 5:47:29 PM

[redacted]elissa US Phone (Owner)
lol no way . Also could be anyone
12/1/2023 5:47:30 PM

[redacted] Michael Goldberg
I could ask Dre
12/1/2023 5:47:50 PM

[redacted] Michael Goldberg
If she knows any of them
12/1/2023 5:47:57 PM

[redacted] Michael Goldberg
Lol
12/1/2023 5:47:58 PM

[redacted] Michael Goldberg
They are all young
12/1/2023 5:48:02 PM

[redacted] Michael Goldberg
I think
12/1/2023 5:48:05 PM

[redacted] Michael Goldberg
I bet Kyle would but I don't know him well enough
12/1/2023 5:48:15 PM

[redacted] Melissa US Phone (Owner)
Emily Mara would
12/1/2023 5:48:38 PM

[redacted] Michael Goldberg
Well anyone would
12/1/2023 5:48:49 PM

[redacted] Michael Goldberg
I would
12/1/2023 5:48:50 PM

[redacted]elissa US Phone (Owner)
Wait
12/1/2023 5:48:52 PM

[redacted] Melissa US Phone (Owner)
Katie would
12/1/2023 5:49:01 PM

[redacted] Michael Goldberg
Was going to say
12/1/2023 5:49:10 PM

[redacted] Melissa US Phone (Owner)
She absolutely would
12/1/2023 5:49:27 PM

[redacted] Michael Goldberg
Jaclyn and kirsti
12/1/2023 5:49:29 PM

[redacted] Michael Goldberg
Would
12/1/2023 5:49:31 PM

[redacted] Michael Goldberg
Jeanine
12/1/2023 5:49:37 PM

[redacted] Michael Goldberg
Dre
12/1/2023 5:49:38 PM

[redacted] Melissa US Phone (Owner)
So.. let's get one
12/1/2023 5:49:45 PM

[redacted] Michael Goldberg
Someone who was fired?
12/1/2023 5:49:52 PM

[redacted] Michael Goldberg
Or just used to work there
12/1/2023 5:49:57 PM

[redacted] Melissa US Phone (Owner)
It should be
I quit as she was a giant bully and awful to work with
12/1/2023 5:50:13 PM

[redacted] Melissa US Phone (Owner)
But still v close to people there
12/1/2023 5:50:18 PM

[redacted] Melissa US Phone (Owner)
And this happened yesterday
12/1/2023 5:50:22 PM

[redacted] Michael Goldberg
So Katie case
12/1/2023 5:50:38 PM

[redacted] Michael Goldberg
Is perfect
12/1/2023 5:50:42 PM

[redacted] Michael Goldberg
Let's do it
12/1/2023 5:51:02 PM

[redacted] Melissa US Phone (Owner)
Shall I ask her
12/1/2023 6:00:55 PM

[redacted] Melissa US Phone (Owner)
She will do it
12/1/2023 6:01:03 PM

[redacted] Michael Goldberg
Def she will
12/1/2023 6:14:56 PM

[redacted] Michael Goldberg
btw ch did the proposal thing take a look
12/1/2023 8:08:15 PM