# EXHIBIT 37

[redacted]

**Thread Participants:** +[redacted] Roza Kalantari ; +[redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Roza Kalantari ; [redacted] Melissa Nathan (Owner)

**First Message:** 3/20/2024 8:31:23 AM

**Last Message:** 3/20/2024 10:07:20 PM

---

[redacted] **Melissa Nathan (Owner)**

<M749726CB0362B158D7D3B377C4E9FBA60ABDB28ADD7A36182FBEFB4178E1F3AC.C01USN00>

3/20/2024 8:31:23 AM

[redacted] **Melissa Nathan (Owner)**




3/20/2024 8:31:28 AM

[redacted] Melissa Nathan (Owner)




3/20/2024 8:31:31 AM

[redacted] Melissa Nathan (Owner)

<M749726CB0362B158D7D3B377C4E9FBA60ABDB28ADD7A36182FBEFB4178E1F3AC.C01USN00>

3/20/2024 8:31:35 AM

[redacted] Melissa Nathan (Owner)

<M749726CB0362B158D7D3B377C4E9FBA60ABDB28ADD7A36182FBEFB4178E1F3AC.C01USN00>

3/20/2024 8:31:37 AM

[redacted] Melissa Nathan (Owner)

<M749726CB0362B158D7D3B377C4E9FBA60ABDB28ADD7A36182FBEFB4178E1F3AC.C01USN00>

3/20/2024 8:31:42 AM

[redacted] Melissa Nathan (Owner)

<M749726CB0362B158D7D3B377C4E9FBA60ABDB28ADD7A36182FBEFB4178E1F3AC.C01USN00>

3/20/2024 8:31:45 AM

[redacted] Melissa Nathan (Owner)

I can't do this anymore with these people

3/20/2024 8:31:55 AM

[redacted] Melissa Nathan (Owner)

Not even Smart

3/20/2024 8:32:05 AM

[redacted] Melissa Nathan (Owner)
She completely lied and look at the way that she talks about me. This is definitely SJ number two
3/20/2024 8:32:23 AM

[redacted]elissa Nathan (Owner)
Because they tried to beat him by firing him, and they don't really want to
3/20/2024 8:32:37 AM

+[redacted] Roza Kalantari
Omfg let me read and then let's see what we can do
3/20/2024 8:44:24 AM

[redacted]elissa Nathan (Owner)
I'm about to board to nyc but will call when am there am so mad
And it affects u too coz she will try to fuck over anything I bring in

Wait till you hear the SHIT she was saying to me

Treating anyone like this is out of control
3/20/2024 8:52:14 AM

+[redacted] Roza Kalantari
wtf
3/20/2024 8:53:31 AM

[redacted] Melissa Nathan (Owner)
Yep
3/20/2024 8:53:37 AM

[redacted]elissa Nathan (Owner)
I fully fully don't know anyone worse than her and Jen

And I don't know why he doesn't get it
3/20/2024 8:54:00 AM

[redacted] Kalantari
Why did they bring you in as a partner if you're having to deal the this
3/20/2024 8:54:09 AM

[redacted] Roza Kalantari
Didn't SB make the deal? Or was it DB
3/20/2024 8:54:21 AM

[redacted]elissa Nathan (Owner)
That's what I said and what BD DB said on phone
3/20/2024 8:54:23 AM

[redacted] Melissa Nathan (Owner)
Both of them

I am a partner with him and SB

3/20/2024 8:54:34 AM

+[redacted] Roza Kalantari
wtf then ???
3/20/2024 8:54:41 AM

[redacted] Melissa Nathan (Owner)
But they don't know that so they think they are in a position of power to talk to me

They walked away and fired him
3/20/2024 8:54:57 AM

+[redacted] Roza Kalantari
I need to read as I am
Getting confused lol
3/20/2024 8:55:22 AM

[redacted] Melissa Nathan (Owner)
lol
All I know is, they are possibly the worst people ever and they need to be taken down .

3/20/2024 8:55:50 AM

[redacted] Melissa Nathan (Owner)
The IG needs to disappear
3/20/2024 8:56:08 AM

+[redacted] Roza Kalantari
But what is that going to do??
3/20/2024 8:56:22 AM

+[redacted] Roza Kalantari
It won't make them go away
3/20/2024 8:56:29 AM

[redacted] Melissa Nathan (Owner)
Petty ness
3/20/2024 8:56:29 AM

[redacted] Melissa Nathan (Owner)
She will hate
3/20/2024 8:56:32 AM

+[redacted] Roza Kalantari
Her account is private so it's super difficult
3/20/2024 8:56:54 AM

[redacted] Melissa Nathan (Owner)
I'll tell you on the phone when I land, but it's pretty shit
3/20/2024 8:57:13 AM

+[redacted] Roza Kalantari
Did anyone tell you what tour role is??
3/20/2024 8:57:21 AM

[redacted] Melissa Nathan (Owner)
I've never watched with any agency that works like this
3/20/2024 8:57:23 AM

+[redacted] Roza Kalantari
Or they're just letting you figure it out with her and this is what's happening
3/20/2024 8:57:36 AM

[redacted] Melissa Nathan (Owner)
No, but look at what they're trying to say my role is to him the client
3/20/2024 8:57:38 AM

[redacted] Melissa Nathan (Owner)
No he said talk to them
They've been Loyal to me
3/20/2024 8:57:48 AM

[redacted] Melissa Nathan (Owner)
I'm like what on earth
3/20/2024 8:57:53 AM

+[redacted] Roza Kalantari
Did they bring you in to replace her
3/20/2024 8:58:08 AM

+[redacted] Roza Kalantari
Or work aside with her
3/20/2024 8:58:28 AM

[redacted] Melissa Nathan (Owner)
Initially work alongside [redacted]

She hated the way she couldn't control me and kept screaming abuse at me and texting me I was a whiny bitch etc when I was just working

Then when we started working on HYBE she got furious and said she was meant to do it

Then fired him thinking he would beg her to not
He didn't

And now they came crawling back but positioned it to me like
He asked us to talk to you we will be continuing in our original scope and you will just do crisis and Hybe

Like ?? Cool but that's not what he wants

3/20/2024 9:01:00 AM

[redacted] Melissa Nathan (Owner)
And also if that is what he wants that's ok but it's up to him to make the choice
3/20/2024 9:01:15 AM

[redacted] Melissa Nathan (Owner)
Not you guys
3/20/2024 9:01:18 AM

+[redacted] Roza Kalantari
If he wants to revert back then I mean there's only so much we can do. We need to have an intervention wasn't the point of you and I being here to change his life
3/20/2024 9:06:29 AM

+[redacted] Roza Kalantari
Me you SB and DB
3/20/2024 9:06:59 AM

[redacted] Melissa Nathan (Owner)
Exactly
3/20/2024 9:07:46 AM

+[redacted] Roza Kalantari
How can we do this
3/20/2024 9:09:56 AM

+[redacted] Roza Kalantari
In person meeting and tape him down so he can't move
3/20/2024 9:11:39 AM

[redacted] Melissa Nathan (Owner)
The problem is is that they get round him, and they make his head spin by throwing all these words at him

He's been told by everyone

His best friend and biz partner even

His company

His staff

3/20/2024 9:15:18 AM

+[redacted] Roza Kalantari
That's what we need to do. We're just too nice
3/20/2024 9:15:54 AM

+[redacted] Roza Kalantari
And polite
3/20/2024 9:16:01 AM

+[redacted] Roza Kalantari
She's trying to keep her client
3/20/2024 9:16:14 AM

[redacted] Melissa Nathan (Owner)
Also, by the way she could, if she didn't act like this, she fully could
3/20/2024 9:16:26 AM

+[redacted] Roza Kalantari
OK I just read all the screenshots. It's still just going back-and-forth with the same stuff. Hopefully when he said this is not what I want and I'm going to call her - told her "that's not what i want this scope is incorrect " then hopefully this will end, but if not, we're just gonna have to keep doing it over and over again because he clearly does not want her in charge of him but just doesn't want to tell her.

3/20/2024 9:41:48 AM

+[redacted] Roza Kalantari
No one is taking Scooter away from us — nobody!!!!!
3/20/2024 9:42:11 AM

+[redacted] Roza Kalantari
His our baby
3/20/2024 9:42:18 AM

[redacted] Melissa Nathan (Owner)
It followed my one hour zoom with her

Did you see the way she spoke about me her text ?

Making sure she follows thru
Melissa claims etc
3/20/2024 9:42:56 AM

+[redacted] Roza Kalantari
We should definitely meet with DB and do all his web cleanup so he also loves you even more
3/20/2024 9:43:59 AM

+[redacted] Roza Kalantari
Didn't you say she fired him at one point how did she get back on
3/20/2024 9:44:30 AM

[redacted] Melissa Nathan (Owner)
It's a call but they asked for a meeting .
He met Jen and she came up with all these things like they are amazing and we are not etc
We only have crisis relationships - we don't
Etc etc
Will tell you on phone it's easier

He is as much to blame but they are AWFUL read how she talks about me on her text

And I agree
3/20/2024 9:46:31 AM

+[redacted] Roza Kalantari
I read it she's trying to make you look like you don't care and you're making shit up with her words
3/20/2024 9:47:27 AM

+[redacted] Roza Kalantari
But really she is the one making shit up and she emailed you FIRST to make him think she's on top of it vs you
3/20/2024 9:48:01 AM

+[redacted] Roza Kalantari
It would've been great if she had emailed both of you that and then all of you could chime in at the same time saying that's incorrect. The strange thing is how does she think they could just slide all of those role in and he's not gonna talk to you about it that's just the weird part.
3/20/2024 9:49:17 AM

[redacted] Melissa Nathan (Owner)
Exactly
3/20/2024 9:51:10 AM

+[redacted] Roza Kalantari
What an idiot
3/20/2024 10:09:35 AM

+[redacted] Roza Kalantari
Let's meet with Dave asap . Keep doing what you're doing as SB said.
3/20/2024 10:09:53 AM

+[redacted] Roza Kalantari
It's his responsibility at this point cuz she's lying and he acknowledged it in this convo
3/20/2024 10:10:27 AM

[redacted] Melissa Nathan (Owner)
Fly out and meet him with me

Are you going to come to nyc for a few days for last show
3/20/2024 10:12:09 AM

[redacted] Roza Kalantari
I will fly out let's set something up hopefully he doesn't bail on us again lol
3/20/2024 10:12:37 AM

[redacted] Roza Kalantari
Let me see if I can pull of nyc
3/20/2024 10:12:52 AM

[redacted] Roza Kalantari
Who's all going to be there
3/20/2024 10:13:11 AM

[redacted] Melissa Nathan (Owner)
Usual I
3/20/2024 10:21:19 AM

[redacted] Roza Kalantari
Loved "Usual I"
3/20/2024 10:21:58 AM

[redacted] Melissa Nathan (Owner)
Also say that you're monitoring we're across it, and you know that the offices is as well
3/20/2024 9:37:27 PM

[redacted] Roza Kalantari
Did I write that correct lol
3/20/2024 9:40:00 PM

[redacted] Melissa Nathan (Owner)
You did lol
3/20/2024 9:40:09 PM

[redacted] **Melissa Nathan (Owner)**
[illegible]
3/20/2024 9:40:14 PM

+[redacted] **Roza Kalantari**
📎
<M9DA5D8F90A3C6B67A72469B03B74EDF5ED46297D
E10CABCDEB4796877E05F89B.C01USN00>
3/20/2024 9:53:59 PM

+[redacted] **Roza Kalantari**
TELL THEM THEY ARE DUMB!!!!
3/20/2024 9:54:08 PM

[redacted] **Melissa Nathan (Owner)**
Idiots
3/20/2024 9:54:08 PM

[redacted] **Roza Kalantari**
It's like Alessandra and River talking about a kid at school
3/20/2024 9:54:24 PM

[redacted] **Roza Kalantari**
YOU ARE DUM !!!
3/20/2024 9:54:43 PM

[redacted] **Melissa Nathan (Owner)**
Dummm
3/20/2024 9:55:30 PM

[redacted] **Melissa Nathan (Owner)**
Maybe Chime in and say if we see something we make sure that we suppress the links he loves that kind of talk
3/20/2024 9:55:52 PM

[redacted] **Roza Kalantari**
U R DUM
3/20/2024 9:55:59 PM

[redacted] **Melissa Nathan (Owner)**
Depressed links
3/20/2024 9:56:20 PM

[redacted] **Roza Kalantari**
What if more than 6 show up
3/20/2024 9:56:56 PM

[redacted] **Melissa Nathan (Owner)**
7
3/20/2024 9:57:24 PM

[redacted] **Roza Kalantari**
😭
3/20/2024 9:57:58 PM

[redacted] **Roza Kalantari**
U R DUM GO AWAY
FROM
SCOOTER & NASIM
3/20/2024 9:58:25 PM

[redacted] **Melissa Nathan (Owner)**
Go away
3/20/2024 9:59:28 PM

[redacted] **Roza Kalantari**
Is your friend there dying of laughter lol
3/20/2024 9:59:50 PM

[redacted] **Roza Kalantari**
I can't breathe lol
3/20/2024 9:59:53 PM

[redacted] **Melissa Nathan (Owner)**
I can't believe you've just said that lol
3/20/2024 10:03:15 PM

[redacted] **Roza Kalantari**
I mean I am just repeating what he said
3/20/2024 10:03:55 PM

[redacted] **Roza Kalantari**
😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂
3/20/2024 10:04:13 PM

[redacted] **Roza Kalantari**
SCOOTERRRRRR WHYYYUU
3/20/2024 10:04:23 PM

[redacted] **Roza Kalantari**
WHY ARE YOU THIS WAY WHYY
3/20/2024 10:04:32 PM

[redacted] **Roza Kalantari**
You should say is Stephanie jones going to be there to speak on your behalf
3/20/2024 10:05:07 PM

[redacted] **Melissa Nathan (Owner)**
Are you dumb
3/20/2024 10:06:37 PM

[redacted] **Roza Kalantari**
🤣
3/20/2024 10:07:04 PM

[redacted] **Roza Kalantari**
😂
3/20/2024 10:07:18 PM

[redacted] Roza Kalantari

3/20/2024 10:07:20 PM