# EXHIBIT 39

[redacted]

**Thread Participants:** +[redacted] Katie Case; [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)

**Active Participants:** +[redacted] Katie Case; +[redacted] Melissa Nathan (Owner); System Message System Message

**First Message:** 4/17/2024 8:09:39 AM

**Last Message:** 4/17/2024 11:04:55 PM

---

+[redacted] **Katie Case**
Goooood morning! Sorry I know I need to send you the schedule in word format! One of my best friends dad died this morning so I've been on the phone with her. She's head to the train now so I'm back online!
4/17/2024 8:09:39 AM

[redacted] **Melissa Nathan (Owner)**
Oh no am so sorry to hear that.
Urgh
4/17/2024 8:21:58 AM

[redacted] **Melissa Nathan (Owner)**
No don't need it anymore
4/17/2024 8:22:05 AM

[redacted] **Melissa Nathan (Owner)**
But can you drop SB bio into whatever Zukerman wants
Bio is on the sb projects page website
4/17/2024 8:23:24 AM

+[redacted] **Katie Case**
Yes!!
4/17/2024 8:23:45 AM

+[redacted] **Katie Case**
And ok I'm sorry!
4/17/2024 8:23:49 AM

[redacted] **Melissa Nathan (Owner)**
Sorry about what ?
4/17/2024 8:27:25 AM

+[redacted] **Katie Case**
Not sending you the schedule sooner I just fell asleep hahaha
4/17/2024 8:27:38 AM

[redacted] **Melissa Nathan (Owner)**
Oh for gods sake
4/17/2024 8:27:45 AM

[redacted] **Melissa Nathan (Owner)**
lol
4/17/2024 8:27:46 AM

+[redacted] Katie Case
Also sorry the JOY I felt seeing the daily beast is coming after Lauren Sanchez was palpable
4/17/2024 8:36:35 AM

+[redacted] Katie Case
*Edited*
Also the JOY I felt seeing the daily beast is coming after Lauren Sanchez was palpable
4/17/2024 8:36:42 AM

+[redacted] Katie Case
Also.. the Natasha thing I feel is really going to make people insane. As a suggestion could I tell her we can give broll captured and survivor testimony from the exhibit?
4/17/2024 8:38:46 AM

[redacted] Melissa Nathan (Owner)
*Reply*
I re read it a few times
Obviously the DB is awful but u saw the way It was like we think she's amazing and we will be covering all the incredible stuff she is doing??
4/17/2024 8:43:27 AM

[redacted] Melissa Nathan (Owner)
*Reply*
Yes don't drive yourself too mad
We just will get the inteview done and use whatever we can after
4/17/2024 8:43:58 AM

+[redacted] Katie Case
Emphasized "I re read it a few times
Obviously the DB is awfu…"
4/17/2024 8:44:27 AM

+[redacted] Katie Case
Hahahahahaa ok amazing sorry just after yesterday I legit watched melissa x almost reduce a woman to tears for scheduling another nbc interview and I'm scared 😂
4/17/2024 8:44:57 AM

[redacted] Melissa Nathan (Owner)
lol no it's also SB Choice to do this she needs to stop scaring everyone
4/17/2024 8:46:02 AM

+[redacted] Katie Case
You're absolutely correct hahahaha
4/17/2024 8:46:21 AM

[redacted] Melissa Nathan (Owner)
4/17/2024 8:48:01 AM

[redacted] Melissa Nathan (Owner)
I'm just pushing my hands and this came up on my phone in the gap this is so weird LOL
4/17/2024 8:48:01 AM

+[redacted] Katie Case
I do appreciate the message though! Hahahaha
4/17/2024 8:48:26 AM

[redacted]elissa Nathan (Owner)
Its [redacted] right ?
4/17/2024 10:02:09 AM

+[redacted] Katie Case
Yes!
4/17/2024 10:07:24 AM

[redacted] Melissa Nathan (Owner)
Oh god
4/17/2024 10:10:38 AM

[redacted] Melissa Nathan (Owner)
MK
4/17/2024 10:10:44 AM

+[redacted] Katie Case
I have no idea what she's talking about
4/17/2024 10:11:09 AM

+[redacted] Katie Case
There's literally 6 people there already
4/17/2024 10:11:22 AM

[redacted] Melissa Nathan (Owner)
Neither do I, but it's not our problem, thank God
4/17/2024 10:11:27 AM

+[redacted] Katie Case
Per the staffing on the schedule
4/17/2024 10:11:28 AM

+[redacted] Katie Case
Oh I know hahahaha
4/17/2024 10:11:33 AM

+[redacted] Katie Case
She's just treating people from 42w so rudely
4/17/2024 10:11:45 AM

[redacted] Melissa Nathan (Owner)
If I ever get like that please please tell me
4/17/2024 10:12:04 AM

+[redacted] Katie Case
HAHAHAHAHAHAAHA I don't think you will
4/17/2024 10:12:14 AM

+[redacted] **Katie Case**
And I know this because you would literally rather die than send a photo of yourself in bed to a group of 20 people 😂😂
4/17/2024 10:12:53 AM

+[redacted] **Katie Case**
Also and don't get mad at me… but I think we should give Korea a heads up about these interviews especially because they might get inquiries about it…. what do you think
4/17/2024 10:16:00 AM

[redacted] **Melissa Nathan (Owner)**
I agree, I completely agree
4/17/2024 10:16:52 AM

+[redacted] **Katie Case**
Ok cool I'll send Rosa a note! Just Rosa to keep it casual
4/17/2024 10:17:11 AM

[redacted] **Melissa Nathan (Owner)**
No, it's a good idea for sure
4/17/2024 10:19:58 AM

[redacted] **Melissa Nathan (Owner)**
I took a codeine pill for my period pains it's making me vomit
4/17/2024 10:26:07 AM

+[redacted] **Katie Case**
Oh no…. Oh gosh I'm so sorry
4/17/2024 10:26:20 AM

[redacted] **Melissa Nathan (Owner)**



4/17/2024 10:27:11 AM

[redacted] Melissa Nathan (Owner)
Did you get the jewellery?
4/17/2024 10:27:17 AM

+[redacted] Katie Case
I'm so sorry!!!
4/17/2024 10:27:26 AM

+[redacted] Katie Case
And not yet but I'm going down to print the talking points and schedule for us shortly and I'll ask then!!
4/17/2024 10:27:45 AM

[redacted] Melissa Nathan (Owner)
Okay, perfect. I'm just gonna wear blue jeans and back top
4/17/2024 10:28:06 AM

+[redacted] Katie Case
Okdokes! I was going to wear jeans and a large white shirt a La hugh grant lol
4/17/2024 10:28:30 AM

[redacted] Melissa Nathan (Owner)
Perfect
4/17/2024 10:28:43 AM

[redacted] Melissa Nathan (Owner)
Just sent the master schedule to Matthew at JW
As he said "a certain someone was pressuring him to send"
Can't wait for her to see your name all over it
4/17/2024 12:11:01 PM

+[redacted] Katie Case
HAHAHAHAHAHAHA honestly same
4/17/2024 12:14:56 PM

+[redacted] **Katie Case**




4/17/2024 12:15:27 PM

+[redacted] **Katie Case**
Me lol
4/17/2024 12:15:28 PM

[redacted] **Melissa Nathan (Owner)**
lol
4/17/2024 12:15:36 PM

[redacted] **Melissa Nathan (Owner)**
And she will SHIT so hard on u and me to him
Am so over it
He won't ever ever see it
4/17/2024 12:15:48 PM

+[redacted] **Katie Case**
Ohhhhhh I know
4/17/2024 12:16:00 PM

+[redacted] **Katie Case**
But I mean hey I'm dumb as a box of rocks so it'll just bounce right off me 😂
4/17/2024 12:16:15 PM

[redacted] Melissa Nathan (Owner)

4/17/2024 12:16:47 PM

[redacted] Melissa Nathan (Owner)
I should've said to him to tell her Katie says hi
4/17/2024 12:16:59 PM

+[redacted] Katie Case
HAHAHAHAHAHAHA she'd probably just like…explode
4/17/2024 12:17:16 PM

+[redacted] Katie Case
Well hey if that's how we get rid of her
4/17/2024 12:17:22 PM

+[redacted] Katie Case
Or kill le
4/17/2024 12:17:24 PM

+[redacted] Katie Case
*Edited*
Or kill me
4/17/2024 12:17:32 PM

[redacted] Melissa Nathan (Owner)
Is there a cafe here
4/17/2024 12:17:34 PM

[redacted] Melissa Nathan (Owner)
She will kill me first
4/17/2024 12:17:41 PM

[redacted] Melissa Nathan (Owner)
Am here early ofc
4/17/2024 12:17:50 PM

+[redacted] Katie Case
There's a ton of stuff around the exhibition! I'm headed there in about 10 mins!
4/17/2024 12:17:57 PM

+[redacted] Katie Case
Shoot I'm sorry
4/17/2024 12:17:59 PM

+[redacted] Katie Case
I'll head there now
4/17/2024 12:18:03 PM

[redacted] Melissa Nathan (Owner)
No it's all me am insane
4/17/2024 12:18:10 PM

+[redacted] Katie Case
LOLZ ok!! I'll still head there now :)
4/17/2024 12:18:26 PM

[redacted] Katie Case
We're going to have to check in anyways to get wrist bands
4/17/2024 12:18:34 PM

[redacted] Melissa Nathan (Owner)
Am waiting for you to do this
4/17/2024 12:18:52 PM

[redacted] Melissa Nathan (Owner)
With
4/17/2024 12:18:56 PM

+[redacted] Katie Case
Yes!
4/17/2024 12:19:08 PM

+[redacted] Katie Case
I put our names on the list too
4/17/2024 12:19:19 PM

[redacted] Melissa Nathan (Owner)
What is the name of that toasted tuna sandwich? That's really famous
4/17/2024 12:19:44 PM

[redacted] Melissa Nathan (Owner)
Joe's
4/17/2024 12:19:50 PM

+[redacted] Katie Case
I... actually have no idea 😂😂 I'm so sorry I've never heard of that
4/17/2024 12:20:11 PM

[redacted] Melissa Nathan (Owner)
Was Joe and the juice but Joe I've found this amazing Cade
4/17/2024 12:24:14 PM

[redacted] Melissa Nathan (Owner)
Cafe
4/17/2024 12:24:17 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_73_03_4BD6AC_1_735063_1 .HEIC>
4/17/2024 12:24:47 PM

+[redacted] Katie Case
Oh my god that looks AMAZING
4/17/2024 12:25:10 PM

[redacted] Melissa Nathan (Owner)
<M5154DC6BE72E42B295D0529D059E224741CC98A6 C248A3772542905448EC69A5.C01USN00>
4/17/2024 12:25:22 PM

+[redacted] Katie Case
Ok I'm in the Uber I'll be there for 1 on the dot
4/17/2024 12:32:30 PM

+[redacted] Katie Case
Holy smokes
4/17/2024 12:32:54 PM

+[redacted] Katie Case
There's some decent places down there I think
4/17/2024 12:33:01 PM

[redacted] Melissa Nathan (Owner)
I ate a mini one, which was incredible
4/17/2024 12:34:25 PM

[redacted] Melissa Nathan (Owner)
You sent a live location.
<Attachment(3)>
4/17/2024 12:34:40 PM

**System Message System Message**
*System*
You started sharing location with [redacted]
4/17/2024 12:34:43 PM

+[redacted] Katie Case
Thank you!!! I'm headed to you now
4/17/2024 12:34:53 PM

+[redacted] Katie Case
But of traffic, I'll be there at 1:07!
4/17/2024 12:52:17 PM

+[redacted] **Katie Case**
*Edited*
Bit of traffic, I'll be there at 1:07!
4/17/2024 12:52:26 PM

[redacted]**elissa Nathan (Owner)**


4/17/2024 12:58:30 PM

+[redacted] **Katie Case**
What
4/17/2024 12:58:47 PM

+[redacted] **Katie Case**
No
4/17/2024 12:58:53 PM

+[redacted] **Katie Case**
God please no
4/17/2024 12:58:56 PM

[redacted]**elissa Nathan (Owner)**
No . I'm calling him
Plus she won't be allowed in
4/17/2024 12:59:42 PM

+[redacted] **Katie Case**
Melissa Z will lose her mind
4/17/2024 12:59:58 PM

+[redacted] **Katie Case**
Also not to be a dick but they don't need talking points
4/17/2024 1:00:37 PM

[redacted] Melissa Nathan (Owner)
She said no way
4/17/2024 1:01:52 PM

+[redacted] Katie Case
She sure did
4/17/2024 1:02:06 PM

+[redacted] Katie Case
4 mins away also do you mind if we meet at the exhibit I just really have to pee!
4/17/2024 1:03:50 PM

[redacted] Melissa Nathan (Owner)
Yea am heee
4/17/2024 1:05:27 PM

[redacted] Melissa Nathan (Owner)
Here just on the phone
4/17/2024 1:05:30 PM

+[redacted] Katie Case
Ok perfect
4/17/2024 1:05:34 PM

+[redacted] Katie Case
You're on the phone??! You?? On the phone?? What??? Lol
4/17/2024 1:05:46 PM

[redacted] Melissa Nathan (Owner)
lol
4/17/2024 1:05:51 PM

[redacted] Melissa Nathan (Owner)
35 wall ?
4/17/2024 1:05:58 PM

+[redacted] Katie Case
Yes! I think we'll just walk around to the side door to get our wristbands
4/17/2024 1:06:13 PM

+[redacted] Katie Case
Melissa Z said they're having some issues at the 35 wall entrance
4/17/2024 1:06:27 PM

+[redacted] Katie Case
Ok so — the side door that I think we should go into is right across from the New York stock exchange
4/17/2024 1:09:25 PM

+[redacted] Katie Case
It's 15 broad street
4/17/2024 1:09:34 PM

+[redacted] **Katie Case**
So it should just be right around the corner!
4/17/2024 1:09:54 PM

[redacted] **Melissa Nathan (Owner)**
Am lost
4/17/2024 1:12:45 PM

[redacted] **Melissa Nathan (Owner)**
Share your location plz
4/17/2024 1:12:48 PM

[redacted] **Katie Case**
+[redacted] sent a live location.
<Attachment(4)>
4/17/2024 1:13:04 PM

**System Message System Message**
*System*
+[redacted] started sharing location with You
4/17/2024 1:13:05 PM

[redacted] **Melissa Nathan (Owner)**
9 mins this is wrong gah
4/17/2024 1:13:43 PM

+[redacted] **Katie Case**
It's quite literally directly across the street from the stock exchange!
4/17/2024 1:14:08 PM

+[redacted] **Katie Case**
<__Library_SMS_Attach_1_c8_08_2DDE76_1_735066_1.HEIC>
4/17/2024 1:14:59 PM

+[redacted] **Katie Case**
Where did you go ahahah
4/17/2024 1:39:57 PM

+[redacted] **Katie Case**
I'm outside 15 broad street!
4/17/2024 1:40:02 PM

+[redacted] **Katie Case**
Wednesday —

2:00 PM: Scooter Braun arrives | Staffing: Melissa Nathan/Katie Case

2:30PM-3PM: Billboard video interview with survivors, moderated by SB | Staffing: Meg, Eloise, Melissa Nathan/Katie Case, Interview to take place in Healing Room area under "We Will Dance Again" neon sign. Confirmed with Virginia power will be set up in this space.

3PM-3:30PM Walk and talk interview with SB and survivors throughout the exhibit.

Survivors for Interview: Raz Malka, Lee Sasi, Natalie Sanandaji

Thursday —

9:45AM: Scooter Braun arrives | Staffing: Cindi Berger, Melissa Nathan/Katie Case

10AM-10:20AM: Chloe Melas Walk and talk with SB | Staffing: Susie, Meg, Eloise, Melissa Nathan/Katie Case, Locations: Campsite, Cars, Lost and Found.

10:20AM-10:30AM: Chloe Melas standing interview with SB | Staffing: Susie, Meg, Melissa Nathan/Katie Case, Location: Either in the campsite area or in front of the lost and found.

12PM-12:30PM: Natasha Kirchuck interview | Staffing: Melissa Nathan/Katie Case, Location: Across the exhibit.

1PM - 1:30PM: Scooter Braun interview paired with survivor with GMA

**POWER AND LOCATIONS TO BE CONFIRMED AFTER WALKTHROUGH ON WEDNESDAY (4/17)**
4/17/2024 1:52:46 PM

[redacted] Melissa Nathan (Owner)

*Wednesday, April 17*

2 PM ET: Arrival at the exhibit / grooming on-site.

2:30 PM ET: Billboard video interview with survivors, moderated by you. This will be recorded and shared online as part of the feature.

3 PM ET: Walk and talk interview with you and survivors throughout the exhibit, captured via video and recorded to be included as part of the feature.

3:30 PM ET: Interview ends

**there will be some Israeli press on-site. If time allows and you're amendable, we can find 10 mins for you to address them as a group. Details on this are forthcoming.

*Thursday, April 18*

9:30/9:45 AM ET: Arrival at the exhibit / grooming to take place onsite.

10 AM ET: Interview with Chloe Melas for NBC package (Morning Joe, Nightly News, etc.)

10:30 AM ET: Interview ends

12 PM ET: Interview with Natasha Kirtchuk for i24 via Zoom. We've located a quiet, private space for this on-site.

12:30 PM ET: Interview ends

1 PM: Interview with GMA/Nightline (reporter details TBD). This will be alongside one of the survivors. Full details are being provided to us this evening, which we will send across.

1:30 PM ET: Interview ends

4/17/2024 1:52:52 PM

+[redacted] Katie Case

Exactly lol

4/17/2024 1:54:44 PM

+[redacted] Katie Case

Where are you guys?

4/17/2024 1:55:56 PM

[redacted] Melissa Nathan (Owner)

<__Library_SMS_Attach_1_85_05_D85BC4_1_735069_1.HEIC>

4/17/2024 1:56:08 PM

[redacted] Melissa Nathan (Owner)
Here
4/17/2024 1:56:11 PM

+[redacted] Katie Case
Susie just told me Stephanie called NBC and just went off on them fyi
4/17/2024 3:09:44 PM

+[redacted] Katie Case
She had to defuse the situation
4/17/2024 3:09:50 PM

+[redacted] Katie Case
I explained to her our arrangement
4/17/2024 3:09:57 PM

+[redacted] Katie Case
She said she might call
4/17/2024 3:10:03 PM

[redacted] Melissa Nathan (Owner)
lol what
4/17/2024 3:10:04 PM

[redacted] Melissa Nathan (Owner)
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 4:37:29 PM

+[redacted] Katie Case
Well I made a friend lol
4/17/2024 4:49:35 PM

+[redacted] Katie Case
Is it me… or is this Ruben guy a jerk?
4/17/2024 6:11:10 PM

[redacted] Melissa Nathan (Owner)
Israeli 🅘🅛
4/17/2024 6:14:20 PM

+[redacted] Katie Case
Hahahahahaha still 😂
4/17/2024 6:28:26 PM

[redacted] Melissa Nathan (Owner)












4/17/2024 7:19:04 PM

**+[redacted] Katie Case**
Evening event? We don't have insight into that.
4/17/2024 7:22:16 PM

**+[redacted] Katie Case**
Also
4/17/2024 7:22:17 PM

**+[redacted] Katie Case**
Fuck her
4/17/2024 7:22:19 PM

+[redacted] **Katie Case**
Sorry but fuck her
4/17/2024 7:22:22 PM

+[redacted] **Katie Case**
Every detail we have she has
4/17/2024 7:22:30 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 7:22:38 PM

+[redacted] **Katie Case**
If she wants scooter details someone who works for her can copy and paste and send to her
4/17/2024 7:22:44 PM

+[redacted] **Katie Case**
WERE NOT IN CHARGE OF THIS
4/17/2024 7:23:09 PM

[redacted] **Melissa Nathan (Owner)**
She'll be texting him on the side see you need me. I have no idea he was doing it.
4/17/2024 7:23:23 PM

+[redacted] **Katie Case**
But also
4/17/2024 7:23:34 PM

+[redacted] **Katie Case**
This is what we mean
4/17/2024 7:23:38 PM

+[redacted] Katie Case
This conversation shouldn't be happening in front of scooter and she's forcing the issue
4/17/2024 7:23:49 PM

+[redacted] Katie Case
Today was FINE
4/17/2024 7:23:52 PM

+[redacted] Katie Case
He has the details and she's making him think he doesn't
4/17/2024 7:24:01 PM

+[redacted] Katie Case
Also btw
4/17/2024 7:24:35 PM

+[redacted] Katie Case
Apparently GMA is being rescheduled
4/17/2024 7:24:44 PM

+[redacted] Katie Case
I'm seeing this on the master schedule now
4/17/2024 7:24:52 PM

+[redacted] Katie Case
GMA isn't happening tomorrow it's being pushed to next week
4/17/2024 7:39:59 PM

+[redacted] Katie Case
I'll send you SB stuff for tomorrow now
4/17/2024 7:40:08 PM

[redacted] Melissa Nathan (Owner)
Can GMA happen on zoom for him because he's not gonna be in New York?
4/17/2024 7:43:32 PM

[redacted] Melissa Nathan (Owner)
And do you know why they've cancelled? I know that you don't, but we should know why.
4/17/2024 7:43:39 PM

+[redacted] Katie Case
Fucking Stephanie jones
4/17/2024 7:44:41 PM

[redacted] Melissa Nathan (Owner)
FSJ
4/17/2024 7:44:47 PM

+[redacted] Katie Case
I'll make us shirts lol
4/17/2024 7:45:01 PM

+[redacted] **Katie Case**

9:45 - 10 AM: Arrival onsite. MN/KC will meet SB at this time.

Location: [redacted]

10 – 10:10 AM: Grooming.

10:10 – 10:30 AM: Chloe Melas walk and talk interview for NBC package through the exhibition – campsite, cars, lost and found. MN/KC, Susie Arons, Meg, and Eloise will staff.

10:30 – 10:40 AM: Chloe Melas standing interview for NBC package in front of the campsite or lost and found. MN/KC, Susie Arons, Meg, and Eloise will staff.

10:40 AM: Interview ends.

12 PM: Natasha Kirchuk interview for i24. As Natasha is in Israel, she will conduct the interview over video. Her videographer Ruben will be onsite to capture footage, b-roll, and the interview. Location to be determined on where NBC is filming – either in front of the lost and found, or in front of the campsite. MN/KC will staff.

12:30 PM: Interview ends.

**As an FYI – GMA/Nightline asked to reschedule to next week. We're gathering details from the team on why this is being rescheduling, and details for how to participate as SB and the survivors will no longer be in NYC.

4/17/2024 7:53:15 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 8:01:54 PM

[redacted] Melissa Nathan (Owner)
She just wrote that to my sister
4/17/2024 8:02:02 PM

+[redacted] Katie Case
She's a liar
4/17/2024 8:02:37 PM

+[redacted] Katie Case
Can I please be kind of rude tomorrow. Not unprofessional just dismissive?
4/17/2024 8:03:02 PM

+[redacted] Katie Case
I've also asked twice for GMA details
4/17/2024 8:03:13 PM

[redacted] Melissa Nathan (Owner)
Yes, please also grimace at her
4/17/2024 8:04:05 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_26_06_2E6726_1_735091_1.HEIC>
4/17/2024 8:04:20 PM

+[redacted] Katie Case
Hahahahahaha I am very good at that
4/17/2024 8:04:26 PM

+[redacted] Katie Case
<__Library_SMS_Attach_1_a5_05_8AF262_1_735091_1.HEIC>
4/17/2024 8:04:44 PM

+[redacted] Katie Case
I'm not sure my eyes can go bigger but I'll try 😂😂😂😂
4/17/2024 8:04:52 PM

[redacted] Melissa Nathan (Owner)
No, you need to curl up your mouth a little
4/17/2024 8:05:08 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_34_04_10827C_1_735091_1.HEIC>
4/17/2024 8:05:20 PM

+[redacted] Katie Case
Ok wait I'm laughing now
4/17/2024 8:05:23 PM

[redacted] **Melissa Nathan (Owner)**
Like you smells something bad
4/17/2024 8:05:25 PM

+[redacted] **Katie Case**
📎
<__Library_SMS_Attach_1_9c_12_7C3C31_1_735091_1.HEIC>
4/17/2024 8:06:13 PM

+[redacted] **Katie Case**
This looks like I'm pooping 😂😂😂
4/17/2024 8:06:16 PM

+[redacted] **Katie Case**
I'm not very good at this
4/17/2024 8:06:20 PM

+[redacted] **Katie Case**
But I'll practice tonight
4/17/2024 8:06:25 PM

[redacted] **Melissa Nathan (Owner)**
Should he do Fox and friend ?
4/17/2024 8:08:00 PM

+[redacted] **Katie Case**
It's at like 7 AM and grooming can't come until 10
4/17/2024 8:08:19 PM

+[redacted] **Katie Case**
So
4/17/2024 8:08:20 PM

+[redacted] **Katie Case**
Also I absolutely don't think he should do fox and friends
4/17/2024 8:08:32 PM

+[redacted] **Katie Case**
It's not a good look
4/17/2024 8:08:36 PM

+[redacted] **Katie Case**
He SHOULDNT do fox and friends the same week taylor swift is putting out an album
4/17/2024 8:08:55 PM

[redacted] **Melissa Nathan (Owner)**
But that means he shouldn't do anything
4/17/2024 8:12:01 PM

+[redacted] **Katie Case**
Fox and friends already doesn't have a good rep I just don't think it'll help him
4/17/2024 8:12:29 PM

[redacted] **Melissa Nathan (Owner)**
MK just called me and said that I should call Ariella who is the book of Fox and friend if he's interested and Virginia is going to be there tomorrow morning
4/17/2024 8:12:33 PM

[redacted] **Melissa Nathan (Owner)**
None of this is going to really help him
4/17/2024 8:12:40 PM

[redacted] **Melissa Nathan (Owner)**
📎
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 8:12:54 PM

+[redacted] **Katie Case**
We'll need a different groomer if he does it though because our gal isn't available until 10:15
4/17/2024 8:13:03 PM

+[redacted] **Katie Case**
WHO IS THAT TINY SMOL BEAN
4/17/2024 8:13:12 PM

+[redacted] **Katie Case**
Thank god 😂
4/17/2024 8:14:50 PM

[redacted] **Melissa Nathan (Owner)**
lol




4/17/2024 8:15:07 PM

+[redacted] **Katie Case**
You know what I don't like
4/17/2024 8:16:18 PM

+[redacted] **Katie Case**
I don't like that he's all buddy buddy in person
4/17/2024 8:16:26 PM

+[redacted] **Katie Case**
And now in this thread he's throwing you under the bus
4/17/2024 8:16:33 PM

[redacted] **Melissa Nathan (Owner)**
Yep, always
4/17/2024 8:17:19 PM

+[redacted] **Katie Case**
Melissa Z is going to fist fight her tomorrow 😂😂
4/17/2024 8:51:21 PM

+[redacted] **Katie Case**




4/17/2024 8:57:33 PM

+[redacted] **Katie Case**
Susie Arons ^
4/17/2024 8:57:40 PM

[redacted] **Melissa Nathan (Owner)**
This is laughable now
4/17/2024 8:58:37 PM

+[redacted] **Katie Case**
It's just so embarrassing for her
4/17/2024 8:58:47 PM

[redacted] Melissa Nathan (Owner)
Like it's getting ridiculous
4/17/2024 8:58:47 PM

+[redacted] Katie Case
For Stephanie
4/17/2024 8:58:50 PM

+[redacted] Katie Case
Also
4/17/2024 9:00:30 PM

+[redacted] Katie Case
The groomer can't get there until 10:15 tomorrow
4/17/2024 9:00:40 PM

[redacted] Melissa Nathan (Owner)
I guarantee she will arrive with him
4/17/2024 9:00:43 PM

+[redacted] Katie Case
I feel like that's fine… but I'm tempted to tell scooter to get there later in that case
4/17/2024 9:00:56 PM

[redacted] Melissa Nathan (Owner)
And he's such a fucking baby
4/17/2024 9:00:58 PM

+[redacted] Katie Case
Like today was delayed by an hour I think it's fine
4/17/2024 9:01:08 PM

+[redacted] Katie Case
Emphasized "And he's such a fucking baby "
4/17/2024 9:01:12 PM

[redacted] Melissa Nathan (Owner)
It's fine
4/17/2024 9:01:13 PM

+[redacted] Katie Case
Ok hahahaha
4/17/2024 9:01:17 PM

+[redacted] Katie Case
If it's a problem we'll just figure it out 😂
4/17/2024 9:01:32 PM

+[redacted] Katie Case
I'll do his grooming 😂😂
4/17/2024 9:01:37 PM

+[redacted] Katie Case
I'll bet she arrives with him too
4/17/2024 9:01:55 PM

+[redacted] Katie Case
But in that case SHE can check him in and get him his wristband and explain why SHES not on the list
4/17/2024 9:02:17 PM

[redacted] Melissa Nathan (Owner)
Well now Susie kinda gave in then I guess she's on list
4/17/2024 9:03:37 PM

+[redacted] Katie Case
I feel like Susie is just trying to keep the peace
4/17/2024 9:03:52 PM

+[redacted] Katie Case
But you know what I mean
4/17/2024 9:03:56 PM

[redacted] Melissa Nathan (Owner)
Whatever honestly
I'm not arguing with her
It's enough for me everyone hates her and BI is running a piece
4/17/2024 9:04:10 PM

+[redacted] Katie Case
I also figured it was ok to give Susie your number because she Susie lol
4/17/2024 9:04:22 PM

+[redacted] Katie Case
Emphasized "Whatever honestly
I'm not arguing with her
It's e..."
4/17/2024 9:04:27 PM

+[redacted] Katie Case
Everyone HATES her
4/17/2024 9:04:31 PM

+[redacted] Katie Case
And they're absolutely running a piece
4/17/2024 9:04:38 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 9:04:40 PM

+[redacted] **Katie Case**
She's so embarrassing
4/17/2024 9:04:50 PM

[redacted] **Melissa Nathan (Owner)**
Loved "I also figured it was ok to give Susie your number…"
4/17/2024 9:05:10 PM

+[redacted] **Katie Case**
Holy shit
4/17/2024 9:05:50 PM

+[redacted] **Katie Case**
And yes it was awful 😂😂 it grew back but still LOL
4/17/2024 9:05:59 PM

[redacted] **Melissa Nathan (Owner)**
No, I know it's only Diana I was telling
4/17/2024 9:06:13 PM

[redacted] **Melissa Nathan (Owner)**
Because that's so shitty
4/17/2024 9:06:18 PM

[redacted] **Melissa Nathan (Owner)**
Plus, you have a lot of hair it's fine
4/17/2024 9:06:22 PM

+[redacted] **Katie Case**
Hahahahahahahahahaha no no it made me giggle 😂😂
4/17/2024 9:06:46 PM

+[redacted] **Katie Case**
I'm not upset I'm laughing
4/17/2024 9:06:52 PM

+[redacted] **Katie Case**
Like it wasn't funny at the time but it's funny now
4/17/2024 9:06:59 PM

+[redacted] **Katie Case**
Plus LOOK AT HOW MANY PEOPLE HATE HER ITS NOT JUST US
4/17/2024 9:07:24 PM

+[redacted] **Katie Case**
maybe if scooter sees how much other people hate her it'll help him come round
4/17/2024 9:07:37 PM

+[redacted] **Katie Case**
Like it's not just a vacuum
4/17/2024 9:07:48 PM

[redacted] **Melissa Nathan (Owner)**
I don't know what's up. He just doesn't care.
4/17/2024 9:09:03 PM

+[redacted] **Katie Case**
It'll be interesting to see!!
4/17/2024 9:09:20 PM

+[redacted] **Katie Case**
She'll be rude to everyone s
4/17/2024 9:09:26 PM

+[redacted] **Katie Case**
*Edited*
She'll be rude to everyone
4/17/2024 9:09:31 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 9:09:37 PM

+[redacted] **Katie Case**
Why are they asking you lol
4/17/2024 9:10:21 PM

+[redacted] **Katie Case**
You're not running the event
4/17/2024 9:10:30 PM

[redacted] **Melissa Nathan (Owner)**
Why are they making this such a big deal?
4/17/2024 9:11:09 PM

+[redacted] **Katie Case**
……they make everything a big deal
4/17/2024 9:11:20 PM

+[redacted] **Katie Case**
I'll try and find one of those call sheets for you so you can see
4/17/2024 9:11:32 PM

+[redacted] **Katie Case**
Do you think scooter cares for a single second if there's a teleprompter there
4/17/2024 9:11:47 PM

[redacted] **Melissa Nathan (Owner)**
This is sad
4/17/2024 9:12:03 PM

+[redacted] Katie Case
It's embarrassing
4/17/2024 9:12:17 PM

+[redacted] Katie Case
I'd be embarrassed
4/17/2024 9:12:22 PM

+[redacted] Katie Case
And frankly
4/17/2024 9:12:28 PM

+[redacted] Katie Case
I never sent anything else to Matthew because frankly
4/17/2024 9:12:37 PM

+[redacted] Katie Case
I don't care hahaha
4/17/2024 9:12:41 PM

[redacted] Melissa Nathan (Owner)
The event guys ignoring me
4/17/2024 9:14:09 PM

[redacted] Melissa Nathan (Owner)
The Nova group said don't share so I reckon he's not replying because he doesn't know I'm on that group
4/17/2024 9:15:17 PM

+[redacted] Katie Case
I think that's exactly it
4/17/2024 9:15:33 PM

+[redacted] Katie Case
But also
4/17/2024 9:15:35 PM

+[redacted] Katie Case
If she's INSISTING on being there tomorrow she can ask for it
4/17/2024 9:15:48 PM

[redacted] Melissa Nathan (Owner)
Am about to lose it
📎
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
📎
<M5154DC6BE72E42B295D0529D059E224741CC98A6C248A3772542905448EC69A5.C01USN00>
4/17/2024 9:47:43 PM

+[redacted] Katie Case
This is very unfair
4/17/2024 9:55:58 PM

+[redacted] Katie Case
She's creating a narrative that doesn't exist
4/17/2024 9:56:06 PM

+[redacted] Katie Case
This is all just manipulation
4/17/2024 9:56:12 PM

+[redacted] Katie Case
Also we're in direct contact with Kollyn
4/17/2024 9:56:20 PM

+[redacted] Katie Case
If Kollyn wants to add she can
4/17/2024 9:56:34 PM

[redacted] Melissa Nathan (Owner)
I can't do this like this
4/17/2024 9:56:42 PM

[redacted] Melissa Nathan (Owner)




4/17/2024 9:56:51 PM

+[redacted] Katie Case
Well it's just very unfair and unnecessary
4/17/2024 9:57:11 PM

+[redacted] Katie Case
And good for you for sending
4/17/2024 9:57:15 PM

+[redacted] Katie Case
Today was a success
4/17/2024 9:57:19 PM

+[redacted] Katie Case
Everything went fine
4/17/2024 9:57:25 PM

[redacted] Melissa Nathan (Owner)
Having to clean up clean up fucking what?
4/17/2024 9:57:28 PM

+[redacted] Katie Case
It's just very typical her
4/17/2024 9:57:49 PM

+[redacted] Katie Case
She's creating a narrative that she's better and it just doesn't exist
4/17/2024 9:58:01 PM

+[redacted] Katie Case
For example — Matthew asking for details on fox and friends and Getty. I told him he doesn't need details for that because scooter isn't involved. He tried to push it and I was like — scooter isn't participating we don't need to share those details.
4/17/2024 9:59:04 PM

+[redacted] Katie Case
It's all just irrelevant
4/17/2024 9:59:11 PM

[redacted] Melissa Nathan (Owner)
They make so much nonsense for nothing
4/17/2024 9:59:19 PM

+[redacted] Katie Case
But I'm sure she's going "what about this what about this"
4/17/2024 9:59:23 PM

[redacted] Melissa Nathan (Owner)
I've never seen anything like it
4/17/2024 9:59:24 PM

[redacted] Melissa Nathan (Owner)
They would know if they were allowed to be involved in the conversations and we weren't middleman because everyone hates them
4/17/2024 9:59:38 PM

+[redacted] Katie Case
Like ask enough questions it'll make anyone look like they didn't ask enough
4/17/2024 9:59:48 PM

+[redacted] Katie Case
Emphasized "They would know if they were allowed to be involve…"
4/17/2024 9:59:53 PM

+[redacted] **Katie Case**
If she treated people respectfully
4/17/2024 10:00:05 PM

+[redacted] **Katie Case**
She'd have had all these things already
4/17/2024 10:00:13 PM

[redacted] **Melissa Nathan (Owner)**
I just I'm speechless why he lets this continue and it's one thing being me but when he has people that have been around him for his whole life telling him
4/17/2024 10:00:44 PM

[redacted] **Melissa Nathan (Owner)**
He still doesn't listen and he thinks it's okay if she wants to fucking fight I'll give it to her
4/17/2024 10:01:00 PM

[redacted] **Melissa Nathan (Owner)**
And my way of fighting is very different as you know
4/17/2024 10:01:16 PM

+[redacted] **Katie Case**
HAHAHAHAHAHA well I mean
4/17/2024 10:01:25 PM

+[redacted] **Katie Case**
You set people free really 40 people to be exact
4/17/2024 10:01:39 PM

+[redacted] **Katie Case**
Could you IMAGINE having left such a bad impression that publicists and managers would actually SPEAK TO PRESS about you
4/17/2024 10:02:09 PM

+[redacted] **Katie Case**
But again. I'm interested to see what happens tomorrow. Because Susie and melissa Z don't mess around. Not that you do but you're trying to keep the peace because scooter asked you to. They aren't beholden to him lol
4/17/2024 10:03:05 PM

+[redacted] **Katie Case**
And it just shows this isn't in a vacuum
4/17/2024 10:03:19 PM

[redacted] **Melissa Nathan (Owner)**
Deep breathing, I'm goin to take one of Breanna's Xanax
4/17/2024 10:03:40 PM

+[redacted] **Katie Case**
I'm literally wearing a boiler suit and combat boots tomorrow
4/17/2024 10:03:56 PM

+[redacted] **Katie Case**
And my moms earrings
4/17/2024 10:04:01 PM

+[redacted] **Katie Case**
Just going to channel Beth
4/17/2024 10:04:08 PM

[redacted] **Melissa Nathan (Owner)**




4/17/2024 10:05:55 PM

[redacted] **Melissa Nathan (Owner)**
Katie
4/17/2024 10:07:03 PM

+[redacted] **Katie Case**
I'm glad you and I spoke with Susie today honestly
4/17/2024 10:07:40 PM

+[redacted] **Katie Case**
Susie HAS to know she's crazy
4/17/2024 10:07:45 PM

+[redacted] **Katie Case**
Also
4/17/2024 10:07:47 PM

+[redacted] **Katie Case**
Also
4/17/2024 10:07:49 PM

[redacted] **Melissa Nathan (Owner)**
My ears are ringing
4/17/2024 10:07:54 PM

[redacted] Melissa Nathan (Owner)
Let me take a pill
4/17/2024 10:07:58 PM

+[redacted] Katie Case
Kollyn edited the calendar invites after we'd collaborated on them. They're literally in the format scooter uses. Kollyn and I connected on the Natasha one for tomorrow it was literally just addressed immediately when we knew it was confirmed.
4/17/2024 10:08:37 PM

+[redacted] Katie Case
I know this isn't helpful. But she's doing this to be manipulative.
4/17/2024 10:09:03 PM

+[redacted] Katie Case
This is LITERALLY what you were talking about to scooter today
4/17/2024 10:09:19 PM

[redacted] Melissa Nathan (Owner)
I literally cannot
4/17/2024 10:09:31 PM

+[redacted] Katie Case
The fact that she's doing this ON A THREAD WITH HIM just shows that
4/17/2024 10:09:35 PM

[redacted] Melissa Nathan (Owner)
He won't see it
4/17/2024 10:09:39 PM

+[redacted] Katie Case
Like she's doing this to upset you
4/17/2024 10:09:41 PM

[redacted] Melissa Nathan (Owner)
Everyone knows what she's doing
4/17/2024 10:09:47 PM

+[redacted] Katie Case
Oh yes
4/17/2024 10:09:52 PM

+[redacted] Katie Case
I think we should just have a laugh tomorrow truthfully
4/17/2024 10:10:06 PM

+[redacted] Katie Case
We know she'll be awful
4/17/2024 10:10:10 PM

+[redacted] Katie Case
So I think we just treat her like the joke she is
4/17/2024 10:10:20 PM

[redacted] Melissa Nathan (Owner)
Tomorrow will be beautiful
4/17/2024 10:10:21 PM

[redacted] Melissa Nathan (Owner)
lol
I know
4/17/2024 10:10:24 PM

+[redacted] Katie Case
Tomorrow won't be beautiful for her
4/17/2024 10:10:39 PM

+[redacted] Katie Case
Melissa Z will fight her I can't wait
4/17/2024 10:10:47 PM

+[redacted] Katie Case
I'll bring us popcorn lol
4/17/2024 10:10:54 PM

[redacted] Melissa Nathan (Owner)
She won't none of them will in front of him
4/17/2024 10:10:59 PM

+[redacted] Katie Case
Melissa Z might she doesn't seem to give a single fuck
lololol
4/17/2024 10:11:14 PM

[redacted] Melissa Nathan (Owner)
I need to be like Allison Kaye who doesn't give us a singlefuck
4/17/2024 10:11:41 PM

+[redacted] Katie Case
But here's the difference — we made such a nice impression and everyone loved us and was hugging us and sending us details.
4/17/2024 10:11:50 PM

+[redacted] Katie Case
She causes HAVOC and everyone hates her
4/17/2024 10:11:59 PM

[redacted] Melissa Nathan (Owner)
The problem is is if we kind of are meant to be seen as more hype and she keeps taking over the whole of him or should do his shit and back back talk to everyone. And the way that she's like they know we are his reps
4/17/2024 10:12:13 PM

[redacted] Melissa Nathan (Owner)
It's not a BF am fighting over
4/17/2024 10:12:18 PM

+[redacted] Katie Case
It's also like sure have fun doing the extremely limited amount of things he does on the personal front well handle the global company he's ceo of
4/17/2024 10:13:00 PM

+[redacted] Katie Case
Lol
4/17/2024 10:13:01 PM

+[redacted] Katie Case
Like thanks guys 😂😂
4/17/2024 10:13:08 PM

+[redacted] Katie Case
"They know we're his reps now"
4/17/2024 10:13:16 PM

+[redacted] Katie Case
"They all think you're a jackass now"
4/17/2024 10:13:28 PM

+[redacted] Katie Case
Lol
4/17/2024 10:13:30 PM

[redacted] Melissa Nathan (Owner)
No, for sure, but I can't have this carry on shitting on everything that we do.
And telling everyone that we're lying and I don't work with him sort of thing you know it's mad
4/17/2024 10:13:52 PM

+[redacted] Katie Case
I know they're crazy but this is also a shrewd group of women. And because we've been so easy to work with I think it's very obvious who the fraud is and it's not us
4/17/2024 10:14:52 PM

+[redacted] Katie Case
But also it's very unfair on you
4/17/2024 10:15:04 PM

+[redacted] Katie Case
Because it's constant
4/17/2024 10:15:08 PM

[redacted] Melissa Nathan (Owner)
It's constant and on and on and on
4/17/2024 10:15:37 PM

+[redacted] Katie Case
She's relentless
4/17/2024 10:15:48 PM

+[redacted] Katie Case
But also
4/17/2024 10:15:51 PM

+[redacted] Katie Case
40 people
4/17/2024 10:15:54 PM

+[redacted] Katie Case
I'm just going to keep reminding us of that
4/17/2024 10:16:02 PM

[redacted] Melissa Nathan (Owner)
NOT NOW




4/17/2024 10:16:55 PM

+[redacted] Katie Case
Oh for fucks sake
4/17/2024 10:17:14 PM

[redacted] Melissa Nathan (Owner)
I'm so angry I can't sleep. I'm trying to breathe deeply and get over it.
4/17/2024 11:04:55 PM