# EXHIBIT 40

+[redacted]

**Thread Participants:** +[redacted] Katie Case; +[redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)
**Active Participants:** +[redacted] Katie Case; +[redacted] Melissa Nathan (Owner)
**First Message:** 3/22/2024 7:06:21 AM
**Last Message:** 3/22/2024 6:50:59 PM

---

+[redacted] **Katie Case**
I actually thought about writing an op Ed for international women's month talking about the importance of not perpetuating woman on woman violence so we can all move forward but then I thought I was being dramatic lol
3/22/2024 7:06:21 AM

+[redacted] **Katie Case**
Also… I know scooter is on the fence about Bloomberg but I'm worried about the other pieces. Are you OK if I send out the embargo offers today? I don't want to wait until Monday to do that because a lot of places have 48 hour embargo rules!

I sent our list to Ashley and she said her and her team agreed with it.
3/22/2024 7:07:38 AM

[redacted] **Melissa Nathan (Owner)**
Laughed at "I actually thought about writing an op Ed for inte…"
3/22/2024 8:57:04 AM

[redacted] **Melissa Nathan (Owner)**
The only issue is if he doesn't go with Bloomberg , then we have to give the exclusive to Billboard so you can't send the embargo to Billboard and say actually you're exclusive you know let's give it a few hours maybe two hours? At least let him wake up.
3/22/2024 8:57:43 AM

+[redacted] **Katie Case**
Ok deal!!
3/22/2024 9:12:37 AM

[redacted] **Melissa Nathan (Owner)**
And the email can go to those Apple assholes
3/22/2024 9:31:02 AM

+[redacted] **Katie Case**
Lol ok I'll send before my appointment!
3/22/2024 9:31:26 AM

[redacted] **Melissa Nathan (Owner)**
Loved "Lol ok I'll send before my appointment!"
3/22/2024 9:31:59 AM

[redacted] Melissa Nathan (Owner)
I need a chiropractor today
3/22/2024 9:32:07 AM

+[redacted] Katie Case
Mine is amazing if you want her
3/22/2024 9:35:32 AM

+[redacted] Katie Case
They include massage too
3/22/2024 9:35:37 AM

+[redacted] Katie Case
This is the TAG plan:
3/22/2024 9:36:25 AM

+[redacted] Katie Case
https://docs.google.com/document/d/1SMioxpcYLPPjrFIDuVX2P_7NjAcVjN4pn1EPVHibfcQ/edit
📎 <BC0A703C-414D-4C66-BCF3-A18368DAB9D4.pluginPayloadAttachment>
3/22/2024 9:36:27 AM

+[redacted] Katie Case
Can you see it if you click the link? I can send it as a word doc, but given we're still working on it it might look weird
3/22/2024 9:36:46 AM

[redacted]elissa Nathan (Owner)
I can't.. it's okay I can look later I just on my computer I'm gonna go for a walk around and then at 11 o'clock I'll ping Scooter
3/22/2024 9:37:29 AM

+[redacted] Katie Case
Okdokes!! I just didn't want you to see the word doc and be like…where are the write ups
3/22/2024 9:37:58 AM

[redacted]elissa Nathan (Owner)
No no
3/22/2024 9:38:59 AM

+[redacted] Katie Case
Ok good!
3/22/2024 9:40:06 AM

[redacted]Melissa Nathan (Owner)
Call when. You are out !
3/22/2024 10:08:07 AM

[redacted]Melissa Nathan (Owner)
Who else has she lost client wise
3/22/2024 12:45:54 PM

+[redacted] Katie Case
I just know of the rock and obviously Justin Bieber.

I'll do a quick search on celeb intelligence to see if I can find more
3/22/2024 12:46:31 PM

+[redacted] Katie Case
Also… anything back from scooter!
3/22/2024 12:48:27 PM

+[redacted] Katie Case
*Edited*
Also… anything back from scooter?
3/22/2024 12:48:34 PM

+[redacted] Katie Case
I was thinking I can send embargo's but hold off on billboard so I don't have to backtrack?
3/22/2024 12:48:54 PM

[redacted]lelissa Nathan (Owner)
Nope !
3/22/2024 12:54:58 PM

+[redacted] Katie Case
JW clients I'm calling bullshit on —

Russell Wilson
Jameela Jamil
Justin Baldoni — they did when I was there but curious about whether they still do
3/22/2024 12:57:35 PM

+[redacted] Katie Case
And sorry just to clarify no scooter hasn't gotten back or no don't send embargoes holding out on billboard in case we offer the exclusive to them lol
3/22/2024 12:58:03 PM

[redacted]lelissa Nathan (Owner)
He hasn't got back
3/22/2024 12:58:08 PM

+[redacted] Katie Case
Gotcha ok! So I'm going to start sending embargo's. Not billboard. But just don't want to lose out on any more time! If that's ok.
3/22/2024 12:58:40 PM

[redacted]lelissa Nathan (Owner)
Yes I am just so eh I dont know what to do
3/22/2024 12:59:02 PM

+[redacted] **Katie Case**
I know… we can always ask people to hold on them as needed but I'd rather confirm them now than have to scramble on Monday!
3/22/2024 12:59:35 PM

[redacted] **Melissa Nathan (Owner)**
May I have these two email plz
3/22/2024 1:21:09 PM

+[redacted] **Melissa Nathan (Owner)**
Anna Silman and Jack Newsham
3/22/2024 1:21:12 PM

[redacted] **Melissa Nathan (Owner)**
[redacted]
3/22/2024 1:28:43 PM

[redacted] **Melissa Nathan (Owner)**
[redacted]
3/22/2024 1:29:19 PM

+[redacted] **Katie Case**
Would you like me to draft them? Sorry I'm just on a call!
3/22/2024 1:29:54 PM

[redacted] **Melissa Nathan (Owner)**
No I did it
3/22/2024 1:34:53 PM

[redacted] **Melissa Nathan (Owner)**
I was just sending so I had then written
3/22/2024 1:35:04 PM

+[redacted] **Katie Case**
Oh sugar ok I'm sorry!! I didn't see it until it was too late
3/22/2024 1:35:18 PM

[redacted] **Melissa Nathan (Owner)**




3/22/2024 2:20:35 PM

+[redacted] **Katie Case**
Did he call you in 20 lol
3/22/2024 2:20:59 PM

+[redacted] **Katie Case**
Also like
3/22/2024 2:21:02 PM

+[redacted] **Katie Case**
I'm sorry
3/22/2024 2:21:05 PM

+[redacted] **Katie Case**
He sucks
3/22/2024 2:21:07 PM

[redacted] **Melissa Nathan (Owner)**
Nope, not one call
3/22/2024 2:22:12 PM

+[redacted] **Katie Case**
May I vent for one moment
3/22/2024 2:23:27 PM

+[redacted] **Katie Case**
Just one
3/22/2024 2:23:29 PM

[redacted] **Melissa Nathan (Owner)**
Do I have a choice lol
3/22/2024 2:23:45 PM

+[redacted] Katie Case
Yes
3/22/2024 2:23:50 PM

+[redacted] Katie Case
Of course
3/22/2024 2:23:52 PM

[redacted] Melissa Nathan (Owner)
Go on!!
3/22/2024 2:24:25 PM

+[redacted] Katie Case
His indecision is prohibiting us from doing our job. And it's every single time. Just yes or no on Bloomberg. Then we can move. It's 2:30 PM on Friday and I just finished sending embargo's for Tuesday. Like we need to know. It's not hard. But he seems to do this every time. My guy make a choice.
3/22/2024 2:25:33 PM

+[redacted] Katie Case
That's all
3/22/2024 2:25:36 PM

+[redacted] Katie Case
Thank you
3/22/2024 2:25:38 PM

[redacted] Melissa Nathan (Owner)
I know exactly know, but who the fuck knows what he's doing he's such a strange person I swear to God,
And maybe he's having Jonesworks step in and handle it at this point who knows

I honestly don't, I'll give him an hour and then call him
3/22/2024 2:26:37 PM

+[redacted] Katie Case
It's just really frustrating because we're actually really good. Like we're really really good. But he dithers and doesn't make decisions or won't participate or give us what we need and then we lose the ability to be as effective as we could be. It's maddening.
3/22/2024 2:27:39 PM

+[redacted] Katie Case
Lolz if he gives it to joneswork
3/22/2024 2:27:52 PM

+[redacted] Katie Case
Enjoy your exclusive with Charlotte Triggs at people lol
3/22/2024 2:28:02 PM

[redacted] Melissa Nathan (Owner)
I swear to God, if because it's Jonesworks, I will scream
3/22/2024 2:28:35 PM

+[redacted] Katie Case
Then frankly I hope he gets absolutely read to filth by business insider
3/22/2024 2:29:00 PM

+[redacted] Katie Case
I will not have this man make us look bad in front of hybe
3/22/2024 2:29:32 PM

[redacted] Melissa Nathan (Owner)
I know.
He just said he's going to call me once he drops the kids off
3/22/2024 2:29:54 PM

+[redacted] Katie Case
Fingers crossed...
3/22/2024 2:30:10 PM

+[redacted] Katie Case
Music week confirmed the embargo
3/22/2024 2:44:34 PM

+[redacted] Katie Case
So that's 1
3/22/2024 2:44:36 PM

[redacted] Melissa Nathan (Owner)
Oh God, I hope the embargo stays
3/22/2024 2:44:45 PM

[redacted] Melissa Nathan (Owner)
I'm so nervous about that
3/22/2024 2:44:49 PM

+[redacted] Katie Case
It's going to be ok!!
3/22/2024 2:45:01 PM

+[redacted] Katie Case
I'm going to send the release on Monday
3/22/2024 2:45:07 PM

+[redacted] Katie Case
So no one is tempted
3/22/2024 2:45:14 PM

[redacted] Melissa Nathan (Owner)
Oh okay phew
3/22/2024 2:45:54 PM

+[redacted] **Katie Case**
Variety accepted the embargo
3/22/2024 3:11:34 PM

+[redacted] **Katie Case**
I feel better now
3/22/2024 3:14:14 PM

+[redacted] **Katie Case**
I just needed to make sure we have something confirmed lol
3/22/2024 3:14:23 PM

[redacted] **Melissa Nathan (Owner)**
Loved "I just needed to make sure we have something confi…"
3/22/2024 3:15:36 PM

[redacted] **Melissa Nathan (Owner)**
He still hasn't called me
3/22/2024 3:15:44 PM

+[redacted] **Katie Case**
It probably wouldn't be the right thing to just move forward with Bloomberg without him would it lol
3/22/2024 3:16:11 PM

+[redacted] **Katie Case**
Hopefully he does I'd love to send a note to Korea and UMG with our plan so they know we're on top of it
3/22/2024 3:16:31 PM

[redacted] **Melissa Nathan (Owner)**
If he doesn't I'm going to call him
3/22/2024 3:17:34 PM

+[redacted] **Katie Case**
GODDAMIT SCOOTER
3/22/2024 3:17:55 PM

+[redacted] **Katie Case**
also I know I'm bothering you a lot today I'm sorry
3/22/2024 3:18:03 PM

[redacted] **Melissa Nathan (Owner)**
It's FInE just on 90 emails
3/22/2024 3:20:09 PM

+[redacted] **Katie Case**
Sorry butt dial!
3/22/2024 5:33:29 PM

[redacted] **Melissa Nathan (Owner)**
[redacted] butt dial!"
3/22/2024 5:38:48 PM

+[redacted] Katie Case
Are you ok if I send a little update to Edelman?
3/22/2024 5:39:12 PM

[redacted] Melissa Nathan (Owner)
Yes !
3/22/2024 5:40:48 PM

[redacted] Melissa Nathan (Owner)
On background
UNG
Min 100M In weverse
3/22/2024 5:41:00 PM

+[redacted] Katie Case
Okdokes! Got a few more confirmed
3/22/2024 5:41:03 PM

[redacted] Melissa Nathan (Owner)
Wait
3/22/2024 5:41:07 PM

[redacted] Melissa Nathan (Owner)
Best Dstor of all time
3/22/2024 5:41:12 PM

[redacted] Melissa Nathan (Owner)
Hybe biggest distro in music history
3/22/2024 5:41:22 PM

[redacted] Melissa Nathan (Owner)
Stop texting
3/22/2024 5:41:28 PM

[redacted] Melissa Nathan (Owner)
Market share of the biggest label in the world and huge which has largest market share in all of Asia .

Further more adding biggest labels in Nashville

Biggest fan platform in weveee and Asia

Universal min 100M alongside .
3/22/2024 5:42:27 PM

[redacted] Melissa Nathan (Owner)
source familiar with the deal

Universal will get the

HYBE received the best distro deal in modernday

Both an opportunity to build
3/22/2024 5:43:24 PM

[redacted] **Melissa Nathan (Owner)**
sb and bang most of successful .
3/22/2024 5:43:43 PM

[redacted] **Melissa Nathan (Owner)**
Two billionaire bang and SB.

Well known that xx and y
2021
3/22/2024 5:45:46 PM

[redacted] **Melissa Nathan (Owner)**
One sec
3/22/2024 5:46:56 PM

+[redacted] **Katie Case**
On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M.

On background: this is an opportunity for one of the biggest music companys in the world with the largest market share in all of asia to align with the biggest label in Nashville and the biggest fan platform Weverse — and this will build both brands, and provide infrastructure to the artists and teams around the world.

Bang and Scooter are two of the most successful billionaires in the world and especially in the music industry.
3/22/2024 5:56:32 PM

+[redacted] **Katie Case**
*Edited*
On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M.

On background: Bang and Scooter are two of the most successful billionaires in the world and especially in the music industry.
3/22/2024 5:59:10 PM

+[redacted] **Katie Case**
On background: this is an opportunity for two of the biggest music companies in the world to come together.
3/22/2024 5:59:58 PM

+[redacted] **Katie Case**
*Edited*
On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources.
3/22/2024 6:01:16 PM

[redacted] **Melissa Nathan (Owner)**
On background:

this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources

On background

Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars.

3/22/2024 6:03:01 PM

+[redacted] **Katie Case**
On background attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M.

On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources

On background: Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars.
3/22/2024 6:03:31 PM

[redacted] **Melissa Nathan (Owner)**
attributable to a music industry source familiar with the deal: this is arguably one of the largest distribution deals in music history, with UMG contributing a minimum of $100M.

On background: this is an opportunity for two of the biggest music companies in the world to come together combining huge market share and resources

On background: Bang and Scooter are two of the most successful music industry CEO's whose individual net worth is over a billion US dollars.
3/22/2024 6:04:15 PM

+[redacted] **Katie Case**
Saw your email!
3/22/2024 6:11:34 PM

[redacted] Melissa Nathan (Owner)
UMG 100 M into weverse

Gives UMG
To capture to market share with the largest Asian market share

HYBE
Was able to secure the best distro in modern music history

3/22/2024 6:35:01 PM

[redacted] Melissa Nathan (Owner)
So over this release
3/22/2024 6:35:05 PM

+[redacted] Katie Case
We've got this!!
3/22/2024 6:49:27 PM

[redacted] Melissa Nathan (Owner)
Ugh
3/22/2024 6:50:52 PM

+[redacted] Katie Case
We do!!!
3/22/2024 6:50:59 PM