# EXHIBIT 46

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 18 | Date Range: 7/30/2024 |

## Outline of Conversations

**iMessage Chat: +[redacted]** • 18 messages on 7/30/2024 • Custodian: Abel, Jennifer <[redacted]> • Custodian: Abel, Jennifer <[redacted]> • mandelyn monchick <[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: +[redacted]**

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:02 PM
Just fyi Steph doesn't want me on this call so I won't be joining 🙁

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:02 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:02 PM
Sorrrryyyyyyy

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:02 PM]

MM **mandelyn monchick <[redacted]** ▶ 7/30/2024, 4:03 PM
Hahah thanks

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 4:03 PM]

MM **mandelyn monchick <[redacted]** ▶ 7/30/2024, 4:03 PM
Just met Claire lol

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 4:03 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:26 PM
Yeah

Receipts • mandelyn monchick [redacted] [D:7/30/2024, 4:26 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:26 PM
She's honestly lovely

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:26 PM]

MM **mandelyn monchick <[redacted]** ▶ 7/30/2024, 4:41 PM
Oh I'm sure she is
It's all just awkward and kinda funny

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 4:41 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:41 PM
Ugh Kaeleah is downloading me

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:41 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:42 PM
Fyi… Katie is going to try you again by phone to confirm if lainey is a client.

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:42 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 7/30/2024, 4:42 PM
I would definitely call her asap and say off record she's not and to not have her included in the piece

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:42 PM]

MM **mandelyn monchick <[redacted]** EDITED DELETED ▶ 7/30/2024, 4:45 PM
I did! Katie said she'd prob be included in a line that listed clients that had previously left this year. I told her I preferred to not have Lainey mentioned at all, genuinely. I said "If she included Lainey in the names that were no longer clients, the sky is also blue" haha

MM **mandelyn monchick <**[redacted] EDITED ▶ 7/30/2024, 4:46 PM

I did! Katie said she'd prob be included in a line that listed clients that had previously left this year. I told her I preferred to not have Lainey mentioned at all, genuinely. Then I said "If she included Lainey in the names that were no longer clients, the sky is also blue" haha

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 4:47 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 7/30/2024, 4:47 PM

Haha oh lord. Well at least it will be clear that she left

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 4:47 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 7/30/2024, 5:35 PM

I'll call you right back

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 5:35 PM]

MM **mandelyn monchick <**[redacted] ▶ 7/30/2024, 5:37 PM

No rush just wanted to let you know we sent the notice to Steph to discontinue PR comms on Lainey's behalf

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 5:39 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 7/30/2024, 5:39 PM

Copy!!

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 5:39 PM]

JA **Custodian: Abel, Jennifer <**[redacted] ◀ 7/30/2024, 5:40 PM

I'll call you

Receipts • mandelyn monchick <[redacted] [D:7/30/2024, 5:40 PM]

MM **mandelyn monchick <**[redacted] ▶ 7/30/2024, 5:40 PM

Loved "I'll call you "

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/30/2024, 5:40 PM]