# EXHIBIT 48

## chat7085703855759257 66

**Thread Participants:** [redacted] Tera Hanks McMaster (Owner); [redacted] Stephanie Jones ; [redacted] Tera Hanks (Owner)
**Active Participants:** [redacted]
**First Message:** 7/25/2024 7:01:41 PM
**Last Message:** 7/25/2024 7:01:41 PM

---

[redacted]
Hi Tera, I know you and steph connected and she gave some recommendations but I want to make sure you guys have what you need to bring on a crisis comms team—we can be available to brief them and bring them up to speed. Happy to make calls too, let us know!
7/25/2024 7:01:41 PM