# EXHIBIT 53

# chat8815463114355387 53

**Thread Participants:** [redacted] Ashlea US Number; [redacted] Melissa Nathan (Owner); Amy Chozick; [redacted] (Owner)

**Active Participants:** [redacted] Ashlea US Number; [redacted] Melissa Nathan (Owner); Amy Chozick

**First Message:** 8/13/2024 8:58:43 AM

**Last Message:** 8/13/2024 10:43:22 PM

---

[redacted] **Amy Chozick**
Laughed at "lol it's brynn "
8/13/2024 8:58:43 AM

[redacted] **Melissa Nathan (Owner)**
I am on zoom but- we need to pin AMY THREW ME TO THE WOLVES
8/13/2024 6:42:54 PM

[redacted] **Amy Chozick**
I didn't know that Josh would put it on the wires!
8/13/2024 6:45:49 PM

[redacted] **Amy Chozick**
In fairness.
8/13/2024 6:45:53 PM

[redacted] **Amy Chozick**
My money is on Melissa against the wolves anyway.
8/13/2024 6:46:38 PM

[redacted] **Melissa Nathan (Owner)**
Stop sucking up
8/13/2024 6:46:53 PM

[redacted] **Amy Chozick**
Laughed at "Stop sucking up "
8/13/2024 6:47:28 PM

[redacted] **Amy Chozick**
I should be your publicist
8/13/2024 6:47:42 PM

[redacted] **Amy Chozick**
Hire me
8/13/2024 6:47:46 PM

[redacted] **Melissa Nathan (Owner)**
Done. 0.00 per year
8/13/2024 6:48:17 PM

[redacted] **Amy Chozick**
Laughed at "Done. 0.00 per year "
8/13/2024 6:48:31 PM

[redacted] **Amy Chozick**
Unlimited pool hands with CPK
8/13/2024 6:48:40 PM

[redacted] **Amy Chozick**
*Edited*
Unlimited pool hangs with CPK
8/13/2024 6:48:45 PM

[redacted]**elissa Nathan (Owner)**
Loved “Unlimited pool hangs with CPK ”
8/13/2024 6:48:56 PM

[redacted] **Ashlea US Number**
What wolves?
8/13/2024 7:31:47 PM

[redacted] **Amy Chozick**
I told our friend Josh that Melissa is a boss and has a cool client… Josh told his wife who is a very prominent publicist… Sarah somehow told The Hollywood Reporter… and now they are doing a story on Mel.
8/13/2024 7:40:53 PM

[redacted] **Amy Chozick**
🤷‍♀️⚫
8/13/2024 7:41:14 PM

[redacted] **Ashlea US Number**
Hahahahha omg mel will hate that
8/13/2024 7:56:58 PM

[redacted] **Ashlea US Number**
But it needs to be done Mel
8/13/2024 7:57:06 PM

[redacted] **Ashlea US Number**
Business development
8/13/2024 7:57:11 PM

[redacted] **Amy Chozick**
AGREE.
8/13/2024 8:02:16 PM

[redacted] **Amy Chozick**
I didn’t mean to be her publicist but this is good
8/13/2024 8:02:24 PM

[redacted] **Amy Chozick**
Rock star crisis PR
8/13/2024 8:02:27 PM

[redacted] **Melissa Nathan (Owner)**
I swear amy




8/13/2024 8:16:27 PM

[redacted] **Amy Chozick**
Perfect!
8/13/2024 8:16:56 PM

[redacted] **Amy Chozick**
She needs you
8/13/2024 8:16:59 PM

[redacted] **Amy Chozick**
You have her a subtle little — don't fuck me or I'll never give you the tea
8/13/2024 8:17:21 PM

[redacted] **Amy Chozick**
*Edited*
You gave her a subtle little — don't fuck me or I'll never give you the tea
8/13/2024 8:17:28 PM

[redacted] **Amy Chozick**
Tell her to call me if she needs a reporter to say nice things about you
8/13/2024 8:17:43 PM

[redacted] **Ashlea US Number**
Ha what publication?
8/13/2024 8:18:01 PM

[redacted] Amy Chozick
THR
8/13/2024 8:18:05 PM

[redacted] Ashlea US Number
Ooh exciting
8/13/2024 8:18:10 PM

[redacted] Amy Chozick
I think so!
8/13/2024 8:18:17 PM

[redacted] Amy Chozick
Mel hates me so hard
8/13/2024 8:18:41 PM

[redacted] Ashlea US Number
Oh and Josh too then haha
8/13/2024 8:19:03 PM

[redacted] Amy Chozick
thank you, ash.
8/13/2024 8:19:12 PM

[redacted] Ashlea US Number
Laughed at “thank you, ash. ”
8/13/2024 8:19:27 PM

[redacted] Amy Chozick
I will give you Javanka tea
8/13/2024 8:19:29 PM

[redacted] Amy Chozick
From Josh
8/13/2024 8:19:38 PM

[redacted] Ashlea US Number
Who is Javanka?
8/13/2024 8:19:43 PM

[redacted] Amy Chozick
Jared + Ivanka
8/13/2024 8:19:51 PM

[redacted] Ashlea US Number
Ohh yeah I'll take it
8/13/2024 8:22:06 PM

[redacted] Amy Chozick
Laughed at “Ohh yeah I'll take it ”
8/13/2024 8:22:14 PM

[redacted] Amy Chozick
I want to see Matthew's head explode at this story
8/13/2024 8:22:35 PM

[redacted] Ashlea US Number
Emphasised "I want to see Matthew's head explode at this story…"
8/13/2024 8:24:56 PM

[redacted] Melissa Nathan (Owner)
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/
<__Library_SMS_Attach_1_89_09_49946F_1_3AD4C8_1>
<__Library_SMS_Attach_1_ff_15_01818C_1_F2386F_1>
8/13/2024 8:29:06 PM

[redacted] Ashlea US Number
Oh that's really good Mel. Like really good. And the last paragraph looks really positive on him.
8/13/2024 8:31:20 PM

[redacted] Amy Chozick
Boom! This is good.
8/13/2024 8:31:36 PM

[redacted] Amy Chozick
Nathan launched The Agency Group (https://www.hollywoodreporter.com/news/general-news/the-agency-group-pr-communications-firm-melissa-nathan-1235925976/) earlier this summer after spending nearly a decade working for leading crisis strategist Matthew Hiltzik. Her New York-based outfit specializes in communications, crisis, reputation management, personal publicity and digital team services across the entertainment industry.
Among the clients joining her from Hiltzik Strategies was Johnny Depp, whom she represented during the Amber Heard trial.
8/13/2024 8:31:40 PM

[redacted] Amy Chozick
You are going to hear from all the problematic men!!!
8/13/2024 8:31:52 PM

[redacted] Amy Chozick
Dick pic-a-palooza
8/13/2024 8:32:07 PM

[redacted] Ashlea US Number
Men are always the problem. You're in the right game!
8/13/2024 8:33:01 PM

[redacted] Amy Chozick
Laughed at "Men are always the problem. You're in the right ga…"
8/13/2024 8:33:10 PM

[redacted] Amy Chozick
Even the rich and sleazy can be victimized
8/13/2024 8:33:28 PM

[redacted] Amy Chozick
And when they are, they need to call in a heavy
8/13/2024 8:33:37 PM

[redacted] Ashlea US Number
Laughed at "And when they are, they need to call in a heavy "
8/13/2024 8:35:54 PM

[redacted] Amy Chozick
https://people.com/justin-baldoni-hires-crisis-pr-manager-amid-it-ends-with-us-cast-drama-source-8693577
<__Library_SMS_Attach_1_a6_06_C01A86_1_A4B468_1
>
<__Library_SMS_Attach_1_c9_09_336F1B_1_4C0D15_1
>
8/13/2024 9:50:37 PM

[redacted] Amy Chozick
This story has legs.
8/13/2024 9:50:37 PM

[redacted] Ashlea US Number
Blake lively noting Melissa's name haha
8/13/2024 9:51:32 PM

[redacted] Amy Chozick
Emphasized "Blake lively noting Melissa's name haha "
8/13/2024 9:52:05 PM

[redacted] Amy Chozick
Joaquin Phoenix is calling
8/13/2024 9:52:34 PM

[redacted] Ashlea US Number
Laughed at "Joaquin Phoenix is calling "
8/13/2024 9:52:43 PM

[redacted] Melissa Nathan (Owner)
I fucking WISH
8/13/2024 10:43:22 PM