# EXHIBIT 54

# chat2616854859245377733

**Thread Participants:** [redacted] Jamey Heath; [redacted] Tera Hanks McMaster (Owner); [redacted] Stephanie Jones ; [redacted] Tera Hanks (Owner)
**Active Participants:** [redacted] Jamey Heath; [redacted]
**First Message:** 7/31/2024 4:24:13 PM
**Last Message:** 7/31/2024 4:50:32 PM

---

[redacted] **Jamey Heath**

Hey everyone. Happy Wednesday.

Jen, Steph, thank you for your thoughts and observations regarding the path to hiring a crisis manager. They were very valuable in helping us come to a decision. With that, we have decided to bring on Melissa. Justin met with her and collectively, Tera, Justin and I feel good with this decision.

As such, while I understand there might be feelings regarding this decision, I know and trust we will all embrace it and work to ensure we all proceed with professionalism.

Thanks all
Talk soon.

7/31/2024 4:24:13 PM

[redacted]

Thanks Jamey. Should we schedule a kick off call so we can all be aligned? With both our Baldoni and wayfarer team here. We can be helpful in bringing them up to speed.

7/31/2024 4:50:32 PM