# EXHIBIT 56

[redacted]

**Thread Participants:** [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)
**Active Participants:** [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner)
**First Message:** 8/15/2024 12:46:42 PM
**Last Message:** 8/15/2024 6:27:39 PM

---

[redacted] **Melissa Nathan (Owner)**
I'm feeling so underwhelmed by the story
8/15/2024 12:46:42 PM

[redacted] **Melissa Nathan (Owner)**
https://www.businessinsider.com/stephanie-jones-jonesworks-pr-clients-tom-brady-jeff-bezos
<AAD08ACB-B183-47C6-9C77-3427C30DF64B.pluginPayloadAttachment>
<96C72895-7B1C-496A-85ED-D16069A99E9B.pluginPayloadAttachment>
8/15/2024 12:46:50 PM

[redacted] **Melissa Nathan (Owner)**
Can you talk to tatiana and get her to pick it up?
8/15/2024 12:46:54 PM

[redacted] **Breanna Butler**
Yes - I texted to her. She's doing a panel now and calling me after
8/15/2024 12:47:08 PM

[redacted] **Melissa Nathan (Owner)**
Tell her how fucking soft they went

You agree with me right
8/15/2024 12:52:43 PM

[redacted] **Breanna Butler**
I haven't even had time to finish it becuase ive been on back to backs. Am making quick lunch now and diving in
8/15/2024 12:56:03 PM

[redacted] **Breanna Butler**
This is bad MN - I think we have to look at this as an outsider reading, because we're so entrenched in her bullshit and know how nasty she is
8/15/2024 1:17:19 PM

[redacted] **Breanna Butler**
But calling a black woman a racist, "everyday someone was crying" people banding together for a class action lawsuits
8/15/2024 1:17:36 PM

[redacted] Breanna Butler
High turn over rates
8/15/2024 1:17:59 PM

[redacted] Breanna Butler
She looks like shit and the company looks chaotic
8/15/2024 1:18:07 PM

[redacted] Breanna Butler
Jones' biggest remaining celebrity client is Brady, though according to three former Jonesworks employees, tensions have also flared on the Brady account.
8/15/2024 1:19:56 PM

[redacted]elissa Nathan (Owner)
From Akua




8/15/2024 1:35:47 PM

[redacted] Breanna Butler
8/15/2024 1:36:33 PM

[redacted] Melissa Nathan (Owner)




8/15/2024 2:00:14 PM

[redacted] Breanna Butler

Im speaking with Tatiana in an hour

8/15/2024 2:32:24 PM

[redacted] Breanna Butler

I can't kill this fucking people piece. There was a meeting that happened that we all know of. And other people have gone forward to people confirming this. We can't kill everything. I suggest we just either Ignore or include a line of background saying that there was no meeting about his behavior. This is becoming so petty and tit for tat I can't.

8/15/2024 4:24:50 PM

[redacted] Melissa Nathan (Owner)

Yep - i'm the only way we can change. The story is just to say they had many meetings about the film the direction the film is heading but not one meeting was about his behaviour and again… What behaviour are we referencing? What other other side even trying to say that he did we are still incredibly confused about all of this because you're not mentioning an actual point.

8/15/2024 4:25:35 PM

[redacted] Breanna Butler

I know

8/15/2024 4:28:22 PM

[redacted] Melissa Nathan (Owner)

I don't even even know what was supposed to say anymore to him like he supposed to say it's been a non-stop week of nine hour calls

8/15/2024 6:26:45 PM

[redacted] Breanna Butler
It's crazy we're just talking in circles
8/15/2024 6:27:39 PM