# EXHIBIT 57

# PR Thread w/TAG

**Thread Participants:** [redacted] Jamey Heath; [redacted] Jen Abel New number ; Justin Baldoni ; [redacted] Katie Case; [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Matthew Mitchell; [redacted] Jen Abel DO NOT USE; [redacted] (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Justin Baldoni ; [redacted] Katie Case; [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE

**First Message:** 8/2/2024 8:52:48 AM

**Last Message:** 8/2/2024 11:27:12 AM

---

[redacted] **Katie Case**

Hi all — as promised, sending our scenario planning document here before our call. Looking forward to discussing this in greater detail, and to the groups' thoughts and feedback. Thank you!

<__Library_SMS_Attach_1_ff_15_7D9EB2_1_Wayfar_1.pdf>

8/2/2024 8:52:48 AM

[redacted] **Justin Baldoni**

Just read

Please note this is my 3rd film as a director - not my first

8/2/2024 9:14:42 AM

[redacted] **Breanna Butler**

Yes, apologies making that correction

8/2/2024 9:21:47 AM

[redacted] **Katie Case**

Correction made here. Looking forward to running through this in greater detail shortly!

<__Library_SMS_Attach_1_52_02_D7CF14_1_Wayfar_1.pdf>

8/2/2024 9:23:22 AM

[redacted] **Justin Baldoni**

Hi guys, I'm running behind here.

Can we meet in 30 minutes

8/2/2024 10:57:47 AM

[redacted] **Melissa Nathan (Owner)**

I'm so sorry- I personally have a call 11:45am so 15 mins after we jump on.

I can kick off the call and then everyone else can stay on if that's okay and then if you want to call me later, I'm around all day just on my mobile ?

8/2/2024 10:59:50 AM

[redacted] Jamey Heath
I'm in the zoom link but need to be let in
8/2/2024 11:03:40 AM

[redacted] Melissa Nathan (Owner)
We can start without Justin if that's ok? We jumped off the zoom.
8/2/2024 11:04:05 AM

[redacted] Jen Abel DO NOT USE
Yes let's do that
8/2/2024 11:04:13 AM

[redacted] Jamey Heath
Oh gotcha.
8/2/2024 11:04:16 AM

[redacted] Jen Abel DO NOT USE
I'm hopping on. Justin you can join when you're ready
8/2/2024 11:04:24 AM

[redacted] Justin Baldoni
The last surprise friend is just getting here who was delayed and I need to go get her
8/2/2024 11:04:41 AM

[redacted] Justin Baldoni
I'm sorry these time differences are really hard for me with everything im managing here
8/2/2024 11:11:23 AM

[redacted] Justin Baldoni
Can I get the zoom link
8/2/2024 11:26:38 AM

[redacted] Katie Case
Of course! Here you go:
https://us05web.zoom.us/j/7811215293?pwd=QWmlam6fYCW25Oi3VfQm6sHC74vhDW.1
(https://us05web.zoom.us/j/7811215293?pwd=QWmlam6fYCW25Oi3VfQm6sHC74vhDW.1)
8/2/2024 11:27:12 AM