# EXHIBIT 60

[redacted]

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/14/2024 1:10:14 AM
**Last Message:** 8/14/2024 11:27:05 PM

---

[redacted] **Melissa Nathan (Owner)**
" there was no NYP story "

Ok stephanie.

8/14/2024 1:10:14 AM

[redacted] **Melissa Nathan (Owner)**
Just because that's your trick does not mean it's everyone else's.
I lifted the most important info from that that none of us even knew
8/14/2024 1:10:56 AM

[redacted] **Melissa Nathan (Owner)**
Urghhh she's the worst
8/14/2024 1:10:59 AM

[redacted] **Jen Abel DO NOT USE**
Oh she has started to hound me right now
8/14/2024 1:18:55 AM

[redacted] **Jen Abel DO NOT USE**
I don't understand
8/14/2024 1:19:00 AM

[redacted] **Jen Abel DO NOT USE**
Asking who from THR reached out, who from deadline reached out
8/14/2024 1:19:17 AM

[redacted] **Jen Abel DO NOT USE**
Like what?
8/14/2024 1:19:20 AM

[redacted] **Jen Abel DO NOT USE**
Why is she suddenly texting me
8/14/2024 1:19:27 AM

[redacted] **Melissa Nathan (Owner)**
Because she wants to try and pretend that we did the story or I did the story and she spoke to someone who confirmed it because her relationships are so excellent
8/14/2024 1:21:42 AM

[redacted]Melissa Nathan (Owner)
Go for it
8/14/2024 1:21:46 AM

[redacted]elissa Nathan (Owner)
She's so fucking boring she's literally the most boring person ever

I guarantee she's texting Scooter non-stop shit about me because of this too
8/14/2024 1:22:05 AM

[redacted]elissa Nathan (Owner)
You have two weeks left
I think you should get Covid and work from home
8/14/2024 1:22:28 AM

[redacted] Jen Abel DO NOT USE
Ugh that sounds like a wonderful plan
8/14/2024 1:27:06 AM

[redacted]Melissa Nathan (Owner)
https://www.instagram.com/reel/C-I5V-8g_Mj/?igsh=M3Nqa3U0MTIrYmF1
📎
<__Library_SMS_Attach_1_b8_08_65648D_1_FFF275_1>
📎
<__Library_SMS_Attach_1_dc_12_C7BDF7_1_3EFF85_1>
📎
<__Library_SMS_Attach_1_20_00_B1E731_1_C009F4_1>
8/14/2024 8:29:55 AM

[redacted]Melissa Nathan (Owner)
Flagging this is turning into a trend
8/14/2024 8:29:58 AM

[redacted]elissa Nathan (Owner)
One was "grab your aquanet and Coca Cola, we're going to see a group of flirty girl in steel magnolias"
8/14/2024 8:30:16 AM

[redacted]elissa Nathan (Owner)
Another was "want a spot to watch a heartwarming tale AND get married? Watch 12 years a slave."
8/14/2024 8:30:25 AM

[redacted] Jen Abel DO NOT USE
Oh my god
8/14/2024 8:30:48 AM

[redacted]elissa Nathan (Owner)
https://www.instagram.com/reel/C-oB7gOyvkc/?igsh=MWttdGM1cHlxeGZqYw==
📎
<__Library_SMS_Attach_1_bc_12_0F71B7_1_FE59BF_1
>
📎
<__Library_SMS_Attach_1_83_03_BED0D4_1_2E259A_
1>
📎
<__Library_SMS_Attach_1_e1_01_1F830C_1_7FCF94_1
>
8/14/2024 8:31:32 AM

[redacted] Jen Abel DO NOT USE
Jameela texted me yesterday and flagged something similar and said. "It's all over for her. The minute it turns into parody, you know the internet hates you"
8/14/2024 8:31:38 AM

[redacted]elissa Nathan (Owner)
BL trending again for all the wrong reasons
8/14/2024 8:31:42 AM

[redacted] Melissa Nathan (Owner)
Justin is texting me on the side he needs to know How bad it is crisis
PR
I'm like everyone has a fucking crisis.she has a crisis PR and I sent him this.
8/14/2024 8:32:20 AM

[redacted] Melissa Nathan (Owner)
You want to see a headline :

https://www.hollywoodreporter.com/movies/movie-news/harvey-weinstein-publicist-leslie-sloane-697636/amp/

People in glass houses shouldn't throw stones.
8/14/2024 8:32:35 AM

[redacted]elissa Nathan (Owner)
Even though I think it's SJ
8/14/2024 8:32:46 AM

[redacted] Jen Abel DO NOT USE
Emphasized "You want to see a headline :

https://www.hollywoo…"
8/14/2024 8:32:55 AM

[redacted] Jen Abel DO NOT USE
lol I forgot about that
8/14/2024 8:33:02 AM

[redacted] **Melissa Nathan (Owner)**
He wants to voice note of me to explain everything I can't.
I hate voice notes. I don't know what to say.
8/14/2024 8:33:05 AM

[redacted] **Jen Abel DO NOT USE**
I think it is too
8/14/2024 8:33:09 AM

[redacted] **Jen Abel DO NOT USE**
lol a voicenote saying what??
8/14/2024 8:33:22 AM

[redacted] **Melissa Nathan (Owner)**




8/14/2024 8:33:48 AM

[redacted] **Jen Abel DO NOT USE**
Steph texted me last night for the first time since Monday grilling me about who reached out about the articles about you
8/14/2024 8:33:57 AM

[redacted] **Jen Abel DO NOT USE**
I think she placed it too
8/14/2024 8:34:07 AM

[redacted] **Melissa Nathan (Owner)**
*Reply*
I'm sorry this is funny
I know I should not laugh
8/14/2024 8:34:12 AM

[redacted] Jen Abel DO NOT USE
Aha yes I told him last night you spoke to Leslie for a while
8/14/2024 8:35:02 AM

[redacted] Melissa Nathan (Owner)
I'm gonna recommend that you me and him talk when he lands
8/14/2024 8:35:26 AM

[redacted] Jen Abel DO NOT USE
Ok good
8/14/2024 8:36:10 AM

[redacted] Melissa Nathan (Owner)
DEAD
8/14/2024 9:48:56 AM

[redacted] Melissa Nathan (Owner)
Also I love you
8/14/2024 9:49:06 AM

[redacted] Melissa Nathan (Owner)
Fuck her
8/14/2024 9:49:09 AM

[redacted] Jen Abel DO NOT USE
Hahaha
8/14/2024 9:49:12 AM

[redacted] Melissa Nathan (Owner)
Stephanie.
8/14/2024 9:50:32 AM

[redacted] Jen Abel DO NOT USE
Yep
8/14/2024 9:50:38 AM

[redacted] Melissa Nathan (Owner)
Who else knew this ?
8/14/2024 9:50:45 AM

[redacted] Jen Abel DO NOT USE
That's why I want ti ask Jamey
8/14/2024 9:50:59 AM

[redacted] Melissa Nathan (Owner)
Matthew obsessed but wouldn't be able
8/14/2024 9:51:00 AM

[redacted] Jen Abel DO NOT USE
No not at all
8/14/2024 9:51:06 AM

[redacted] Melissa Nathan (Owner)
Alleged cult
8/14/2024 9:51:13 AM

[redacted] Jen Abel DO NOT USE
He doesn't know how to place stuff like this
8/14/2024 9:51:16 AM

[redacted] Melissa Nathan (Owner)
He's gotta know she's just placing.
8/14/2024 10:03:01 AM

[redacted] Melissa Nathan (Owner)
EXACTLY
8/14/2024 10:03:10 AM

[redacted] Jen Abel DO NOT USE
Yep
8/14/2024 10:03:11 AM

[redacted] Melissa Nathan (Owner)
Omg JAMEY PLEASE
8/14/2024 10:03:38 AM

[redacted] Jen Abel DO NOT USE
lol
8/14/2024 10:03:44 AM

[redacted] Melissa Nathan (Owner)
She's always like I'm best friends with Harvey
8/14/2024 10:04:01 AM

[redacted] Melissa Nathan (Owner)
Sorry I'm so frustrated
8/14/2024 10:05:39 AM

[redacted] Melissa Nathan (Owner)
I don't want to be rude either
8/14/2024 10:05:47 AM

[redacted] **Melissa Nathan (Owner)**
Now the school mums are coming for me.




8/14/2024 10:26:52 AM

[redacted] **Jen Abel DO NOT USE**
lol
8/14/2024 10:28:23 AM

[redacted] **Jen Abel DO NOT USE**
I hate this
8/14/2024 10:28:26 AM

[redacted] **Jen Abel DO NOT USE**
I get so nervous
8/14/2024 10:28:29 AM

[redacted] **Melissa Nathan (Owner)**
No no don't be.
8/14/2024 10:28:37 AM

[redacted] **Jen Abel DO NOT USE**
Jamey called me I'll call him back
8/14/2024 10:34:15 AM

[redacted] **Melissa Nathan (Owner)**
Ok. Bloody hell, Jen.
8/14/2024 10:34:31 AM

[redacted] **Jen Abel DO NOT USE**
Fuck me
8/14/2024 10:34:40 AM

[redacted] Melissa Nathan (Owner)
Fuck us all.
8/14/2024 10:34:48 AM

[redacted] Melissa Nathan (Owner)
I just had confirmation that stephanie is placing stories. I was also shown a text.
8/14/2024 11:02:34 AM

[redacted] Melissa Nathan (Owner)
https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/
8/14/2024 11:02:55 AM

[redacted] Melissa Nathan (Owner)
Blake Lively Felt Justin Baldoni Fat-Shamed Her, Kissed Too Long During Scene
8/14/2024 11:02:55 AM

[redacted] Jen Abel DO NOT USE
Fucking headline
8/14/2024 11:03:09 AM

[redacted] Jen Abel DO NOT USE
Did you speak to Leslie? Jamey wants me to also speak with her
8/14/2024 11:04:09 AM

[redacted] Jen Abel DO NOT USE
Can we balance that fucking headline ugh
8/14/2024 11:04:20 AM

[redacted] Melissa Nathan (Owner)
I just texted her for a call for you and me
8/14/2024 11:04:37 AM

[redacted] Melissa Nathan (Owner)

11:12

Leslie

Chicago .

We did not give one thing on BL my sister pushed and I said to her why would we anyways it serves no purpose.

2)
Jen just texted me to tell me that Stephanie Jones is calling you to clear her name about the DM

(I said good luck but we all have screenshots of her saying it and the DM telling us )

Sorry for this drama
Not my vibe

aware. Will not return

Yes too much drama

Yesterday 23:48



11:12

Leslie

Friday 13:21



Truth behind why Blake Lively is feuding with Justin Baldoni revealed
dailymail.co.uk

Am on zoom call you right back

Friday 14:52

Update:
1)
I spoke to my sister and I got Jen on – as there were things I did not know like prem dates and locations and she gave info on that and Chicago .

We did not give one thing on BL- my sister pushed and I said to her why would we anyways it serves no

iMessage







8/14/2024 11:12:25 AM

[redacted] **Melissa Nathan (Owner)**

See.

8/14/2024 11:14:58 AM

[redacted] **Melissa Nathan (Owner)**

Let me know when you speak to Brody I know I'm on this but it will just really help us piece the puzzle together

8/14/2024 12:51:14 PM

[redacted] Melissa Nathan (Owner)
I don't know what to tell Justin
Because it's not Leslie
8/14/2024 12:53:53 PM

[redacted] Jen Abel DO NOT USE
I responded
8/14/2024 12:56:16 PM

[redacted] Melissa Nathan (Owner)




8/14/2024 1:10:44 PM

[redacted] Melissa Nathan (Owner)
<__Library_SMS_Attach_1_da_10_E382FF_1_IMG_2323
.HEIC>
8/14/2024 1:25:18 PM

[redacted] Jen Abel DO NOT USE
Omg
8/14/2024 1:28:57 PM

[redacted] Melissa Nathan (Owner)
NOT US
8/14/2024 1:31:39 PM

[redacted] Melissa Nathan (Owner)
This is a spiral
8/14/2024 1:31:53 PM

[redacted] Melissa Nathan (Owner)
I will hire Matthew I'm drowning I need a grown up
8/14/2024 1:32:05 PM

[redacted] Melissa Nathan (Owner)
That will be the end of it for her
She will take a hit out on me
8/14/2024 1:32:22 PM

[redacted] Melissa Nathan (Owner)
On with Harvey
8/14/2024 1:34:56 PM

[redacted] Jen Abel DO NOT USE
lol
8/14/2024 1:35:10 PM

[redacted] Jen Abel DO NOT USE
Call me?
8/14/2024 1:35:12 PM

[redacted] Jen Abel DO NOT USE
Loved "I will hire Matthew I'm drowning I need a grown up…"
8/14/2024 1:35:19 PM

[redacted] Jen Abel DO NOT USE
Call me when you're off and we can try Brody back
8/14/2024 1:51:03 PM

[redacted] Jen Abel DO NOT USE
I have a call at 11 so we can give him a ring later
8/14/2024 1:55:10 PM

[redacted] Jen Abel DO NOT USE
Please tell me that Steph called Harvey
8/14/2024 1:55:19 PM

[redacted] Jen Abel DO NOT USE
Because I want that ammo lol
8/14/2024 1:55:24 PM

[redacted] Melissa Nathan (Owner)
I have no idea. I just went for a swim because I've been in this hotel room all day and the storm stopped.
How bad is she freaking out now?
8/14/2024 2:33:50 PM

[redacted] Melissa Nathan (Owner)
Jen.
8/14/2024 2:37:29 PM

[redacted] Melissa Nathan (Owner)
https://www.tiktok.com/t/ZTNt3PBLf/
📎
<__Library_SMS_Attach_1_47_07_838884_1_57BCFD_1
>
📎
<__Library_SMS_Attach_1_ab_11_0C44B1_1_534ED4_1
>
📎
<__Library_SMS_Attach_1_ee_14_5A0B10_1_839F2C_1
>
8/14/2024 2:37:36 PM

[redacted] Jen Abel DO NOT USE
Omg I'm on a call I'll look in a sec
8/14/2024 2:37:50 PM

[redacted] Melissa Nathan (Owner)
https://x.com/heyydnae/status/1823768067215884309?s=46&t=jViqTZARji93-nMEMLLmJQ
📎
<__Library_SMS_Attach_1_21_01_A40809_1_A9F33F_1
>
8/14/2024 2:39:35 PM

[redacted] Melissa Nathan (Owner)
This is good to send to Jamey and Justin because I did
8/14/2024 2:39:41 PM

[redacted] Jen Abel DO NOT USE




8/14/2024 2:46:26 PM

[redacted] Melissa Nathan (Owner)
What on earth
8/14/2024 2:47:48 PM

[redacted] Jen Abel DO NOT USE
What the fuck
8/14/2024 2:48:00 PM

[redacted] Melissa Nathan (Owner)
Do you know if it is true?
8/14/2024 2:48:24 PM

[redacted] Jen Abel DO NOT USE
No idea
8/14/2024 2:48:33 PM

[redacted] Jen Abel DO NOT USE
Let's call Jamey are you free
8/14/2024 2:48:39 PM

[redacted] Melissa Nathan (Owner)
Free
8/14/2024 2:50:42 PM

[redacted] Melissa Nathan (Owner)
You drop me
8/14/2024 3:17:31 PM

[redacted] **Melissa Nathan (Owner)**
Sorry
Couldn't help it







8/14/2024 3:43:18 PM

[redacted] **Jen Abel DO NOT USE**
Hahahahaha
8/14/2024 3:43:53 PM

[redacted] **Melissa Nathan (Owner)**
Jen.
It ends with us
8/14/2024 3:44:14 PM

[redacted] Melissa Nathan (Owner)
TMZ getting back to me
8/14/2024 3:44:20 PM

[redacted] Jen Abel DO NOT USE
Loved "Jen.
It ends with us "
8/14/2024 3:45:24 PM

[redacted] Jen Abel DO NOT USE
Ok good
8/14/2024 3:45:26 PM

[redacted] Jen Abel DO NOT USE
Matt wants 200k
8/14/2024 3:45:31 PM

[redacted] Jen Abel DO NOT USE
He will come work for you
8/14/2024 3:45:36 PM

[redacted] Jen Abel DO NOT USE
Told you he's pricey
8/14/2024 3:45:41 PM

[redacted] Melissa Nathan (Owner)
I said to Run. You have to Legal this show us the paperwork
8/14/2024 3:45:53 PM

[redacted] Melissa Nathan (Owner)
Let me ask the powers that be
8/14/2024 3:45:59 PM

[redacted] Melissa Nathan (Owner)
Do you think you serious and he would do it?
8/14/2024 3:46:20 PM

[redacted] Jen Abel DO NOT USE
I think you should talk to him but he wants out and needs out
8/14/2024 3:46:50 PM

[redacted] Jen Abel DO NOT USE
And this is a way he can still be involved with SB and wayfarer
8/14/2024 3:47:02 PM

[redacted] Melissa Nathan (Owner)
100%
8/14/2024 3:47:21 PM

[redacted] Melissa Nathan (Owner)
Us all working together will just kill her .

The sad thing is , is that we've all worked out how much we like each other.

And if she was a good manager, she would recognise that putting people together instead of pulling them apart works way better
8/14/2024 3:48:11 PM

[redacted] Jen Abel DO NOT USE
Ok keep me posted
8/14/2024 3:49:10 PM

[redacted] Jen Abel DO NOT USE
Let's make this happen
8/14/2024 3:49:14 PM

[redacted] Jen Abel DO NOT USE
He would take it for 200k
8/14/2024 3:49:49 PM

[redacted] Jen Abel DO NOT USE
Are you free to call Brody?
8/14/2024 4:13:32 PM

[redacted] Melissa Nathan (Owner)
Working hard




8/14/2024 10:09:09 PM

[redacted] Jen Abel DO NOT USE
So Sony is speaking to press on Blake's behalf?
8/14/2024 10:09:58 PM

[redacted] Jen Abel DO NOT USE
I have no idea who Tony is…
8/14/2024 10:10:05 PM

[redacted] Melissa Nathan (Owner)
This is me being nice to the reporter, obviously, but yes
8/14/2024 10:10:20 PM

[redacted] Jen Abel DO NOT USE
Jamey should know that Sony is speaking to media on Blake's behalf. It would enrage him that they are supporting her and not Justin
8/14/2024 10:10:44 PM

[redacted] Jen Abel DO NOT USE
And same with Justin's agent
8/14/2024 10:10:50 PM

[redacted] Melissa Nathan (Owner)
I just got off the phone with him
But I hadn't told him because it came through just after I put the phone down
8/14/2024 10:12:17 PM

[redacted] Jen Abel DO NOT USE
https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/amp/
📎
<__Library_SMS_Attach_1_ba_10_9E89A8_1_509D66_1
>
📎
<__Library_SMS_Attach_1_b9_09_3A2E92_1_2221F6_1
>
8/14/2024 10:14:21 PM

[redacted] Melissa Nathan (Owner)
Holy Christ
8/14/2024 10:17:45 PM

[redacted] Melissa Nathan (Owner)
This is FULLY Ryan Reynolds putting pressure
8/14/2024 10:18:27 PM

[redacted] Jen Abel DO NOT USE
So I'm not supposed to know this but yes that's exactly what happened
8/14/2024 10:18:44 PM

[redacted] Melissa Nathan (Owner)
Ofc
8/14/2024 10:21:03 PM

[redacted] Melissa Nathan (Owner)
I think need to use your personal email
8/14/2024 10:32:26 PM

[redacted] Melissa Nathan (Owner)
Or - is there a wayfarer one u can use.
8/14/2024 10:32:40 PM

[redacted] Jen Abel DO NOT USE
For what
8/14/2024 10:33:49 PM

[redacted] Melissa Nathan (Owner)
Just in general as I feel she is reading your emails
8/14/2024 10:34:05 PM

[redacted] Jen Abel DO NOT USE
Yeah probably
8/14/2024 10:34:23 PM

[redacted] Melissa Nathan (Owner)
I'm hysterical as I've reached the pinnacle of insanity
8/14/2024 10:41:11 PM

[redacted] Jen Abel DO NOT USE
What the fuck is happening
8/14/2024 10:41:34 PM

[redacted] Melissa Nathan (Owner)
I don't know
8/14/2024 10:41:38 PM

[redacted] Jen Abel DO NOT USE
But I feel like we handled that ok?
8/14/2024 10:41:47 PM

[redacted] Jen Abel DO NOT USE
I hate this shit
8/14/2024 10:41:51 PM

[redacted] Melissa Nathan (Owner)
Did they C&D Steph
8/14/2024 10:41:53 PM

[redacted] Jen Abel DO NOT USE
Not yet. She looped in lawyers as she's insisting that she never called DM. And then Jamey looped in their lawyers. And she's still insisting on being part of the comms plan!!!
8/14/2024 10:42:42 PM

[redacted] Jen Abel DO NOT USE
And saying how she can do so much better??
8/14/2024 10:42:50 PM

[redacted] Melissa Nathan (Owner)
*Reply*
Ok
8/14/2024 10:42:58 PM

[redacted] Melissa Nathan (Owner)
So she looped her lawyers into JAMEY her client ???
8/14/2024 10:43:14 PM

[redacted] Melissa Nathan (Owner)
Shut the front door
8/14/2024 10:43:18 PM

[redacted] Jen Abel DO NOT USE
Talking about third party advocates to go on deep background, to flooding the market with good press. I'm just thinking, what the fuck is happening?
8/14/2024 10:43:23 PM

[redacted] Jen Abel DO NOT USE
Liked "So she looped her lawyers into JAMEY her client ??…"
8/14/2024 10:43:28 PM

[redacted] Jen Abel DO NOT USE
Yep
8/14/2024 10:43:31 PM

[redacted] Melissa Nathan (Owner)
You've already got a ton of good press.
8/14/2024 10:43:51 PM

[redacted] Jen Abel DO NOT USE
No shit
8/14/2024 10:44:00 PM

[redacted] Melissa Nathan (Owner)
You are up against a machine
The entire Internet loves him and hates her
8/14/2024 10:44:10 PM

[redacted] Jen Abel DO NOT USE
And we have been doing our best with people coming out of the woodwork
8/14/2024 10:44:18 PM

[redacted] Melissa Nathan (Owner)
Like she's fucking mad
Oh God
SB - let's chat tonight
8/14/2024 10:44:28 PM

[redacted] Melissa Nathan (Owner)
If we did a whole bunch of third-party advocates that would look insane
8/14/2024 10:45:05 PM

[redacted] Melissa Nathan (Owner)
The Internet is flooded. We have our own third-party advocates the entire Internet.
8/14/2024 10:45:17 PM

[redacted] Melissa Nathan (Owner)
Imagine looping your lawyers in with a client and then the client looping theirs in
8/14/2024 10:46:10 PM

[redacted] Melissa Nathan (Owner)
Just think about that
8/14/2024 10:46:15 PM

[redacted] Melissa Nathan (Owner)
And then still thinking you will work with this client
8/14/2024 10:46:21 PM

[redacted] Jen Abel DO NOT USE
https://www.tiktok.com/t/ZTNnjDvoy/
<__Library_SMS_Attach_1_ed_13_987BAF_1_48BF16_1 >
<__Library_SMS_Attach_1_fc_12_DFCD06_1_0571F5_1 >
8/14/2024 11:15:18 PM

[redacted] Melissa Nathan (Owner)
you know when you watch these things and you see these women wasting their time and getting in a room and talking absolute fucking shit because you know it shit it's just mind blowing
8/14/2024 11:20:18 PM

[redacted] Jen Abel DO NOT USE
Mind. Blowing.
8/14/2024 11:27:05 PM