# EXHIBIT 61

# chat3421363555291314 58

**Thread Participants:** [redacted] Jamey Heath; [redacted] Melissa Nathan (Owner); Jen Abel DO NOT USE; [redacted] (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Melissa Nathan (Owner); Jen Abel DO NOT USE

**First Message:** 8/8/2024 1:32:56 PM

**Last Message:** 8/8/2024 8:38:58 PM

---

[redacted] **Melissa Nathan (Owner)**

I'm having a really nice calm text conversation with Leslie.

She's going to call me when she gets off the plane. She has stood DM down already.

Then Jen, when you land, we can all speak .

This was the right move to talk to her - honestly building the relationship up this way for any day-to-day stuff is ideal.

Calm 🙏🏻 I hope you guys get rest and eat something on the plane.

Says the Jewish mother in me.

8/8/2024 1:32:56 PM

[redacted] **Jen Abel DO NOT USE**

I'll call you when we land

8/8/2024 1:33:24 PM

[redacted] **Jamey Heath**

Thanks melissa.
Appreciate you both.

8/8/2024 1:58:21 PM

[redacted] **Jamey Heath**

📎 <__Library_SMS_Attach_1_68_08_6D8A80_1_IMG_1293 .heic>

📎 <__Library_SMS_Attach_1_8b_11_112320_1_IMG_1292. heic>

📎 <__Library_SMS_Attach_1_b7_07_412D47_1_IMG_1295 .heic>

8/8/2024 7:30:57 PM

[redacted] **Jen Abel DO NOT USE**
https://people.com/blake-lively-ryan-reynolds-wrote-scene-it-ends-with-us-8692864
📎
<__Library_SMS_Attach_1_b8_08_BBADB9_1_D43CDB_1>
📎
<__Library_SMS_Attach_1_b8_08_CCBCA2_1_C01BAB_1>
8/8/2024 7:33:59 PM

[redacted] **Jen Abel DO NOT USE**
Christy hall gave an interview
8/8/2024 7:34:02 PM

[redacted] **Jen Abel DO NOT USE**
Jamey just fyi I'm IGNORING but flagging that they also emailed the wayfarer email so let's make sure everyone leaves alone.




8/8/2024 7:44:43 PM

[redacted] **Jen Abel DO NOT USE**
Just fyi Louise from Sony called and apparently per Tom Rothman they spoke to Carly on background trying to shut this down saying that everyone has agreed that this is the Final Cut of the movie and everyone loves it and how it's usual to have multiple cuts etc. just so everyone knows when you see that sourcing that it's Sony and it's being directed by the top
8/8/2024 8:14:31 PM

[redacted] **Jen Abel DO NOT USE**
This was new info to me because as of today everyone was on the same page to not respond and lay low but this just came down the pipeline
8/8/2024 8:14:58 PM

[redacted] **Melissa Nathan (Owner)**
Thank you - what a day
8/8/2024 8:15:40 PM

[redacted] **Jen Abel DO NOT USE**
<__Library_SMS_Attach_1_74_04_F68B8F_1_MOV_1624.MOV>
8/8/2024 8:29:51 PM

[redacted] **Jen Abel DO NOT USE**




8/8/2024 8:36:40 PM

[redacted] **Jen Abel DO NOT USE**
From Katie on Melissa's team on our other thread
8/8/2024 8:38:35 PM

[redacted] **Jen Abel DO NOT USE**
I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it.
8/8/2024 8:38:58 PM