# EXHIBIT 65

**From:** Katie Case <[redacted]
**Sent:** Wed, 7 Aug 2024 13:09:36 -0400 (EDT)
**To:** Melissa Nathan <[redacted]
**Subject:** Social / Digital Scope - JB / Wayfarer
**Attachments:** Social Digital Scope of Work for Wayfarer Studios.pdf;Social Digital Scope of Work for Wayfarer Studios.docx

---

Attached as a Word Doc and PDF

## OVERVIEW

The team will focus on the social and digital elements – boosting SEO efforts and updating with new content to enforce SEO efforts, monitoring and directly influencing forums that are working against Justin Baldoni and Wayfarer Studios to adjust the narrative in real time, and collate assets and background to work in conjunction with Jen Abel and her team, as well as TAG PR. The integral part here is to execute all without fingerprints.

Further efforts include:

- Monitor and report forums, threads, sites, links, and more that are working against Wayfarer Studios, Justin, and the overall narrative, as well as derogatory comments.
- Leverage relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and engage directly with communities to adjust or influence the conversations taking place in real time.
- Utilize CTR manipulation and contextual links to push up positive PR to change subject matter opinion on the first page of Google.
- Work to remove links that are harmful to Wayfarer Studios, Justin, and the narrative alongside the appropriate teams.
- Disavow and report outdated or cached non-relevant links, and cleanup spam and/or negative links that are ranked within the SERPs as needed.
- Properly and strategically monitor damaging Reddit/Subreddits, X, Discord, etc. – including threads related to concerning opposition and manage the narrative.
    - This can be done with legacy admin for each platform.
    - As part of this, expert admins will also monitor and protect peripheral elements like Wikipedia, fan pages, and more to ensure threads and narratives are handled appropriately.
- Actively sway the algorithm with one SEO charged hub/site, created and overseen by the team.
- Taking down full Reddit and all social accounts as needed.
- Organically engaging with audiences in the right way, starting threads with theories the team approves of, and asking questions that no longer place Wayfarer and Justin on the back foot.
- Changing the overall narrative and helping keep it on track.

### FEES & EXPENSES

Term: 3 months | Agency Fee: $30,000/month | Expenses: As Incurred

## OVERVIEW

The team will focus on the social and digital elements – boosting SEO efforts and updating with new content to enforce SEO efforts, monitoring and directly influencing forums that are working against Justin Baldoni and Wayfarer Studios to adjust the narrative in real time, and collate assets and background to work in conjunction with Jen Abel and her team, as well as TAG PR. The integral part here is to execute all without fingerprints.

Further efforts include:

- Monitor and report forums, threads, sites, links, and more that are working against Wayfarer Studios, Justin, and the overall narrative, as well as derogatory comments.
- Leverage relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and engage directly with communities to adjust or influence the conversations taking place in real time.
- Utilize CTR manipulation and contextual links to push up positive PR to change subject matter opinion on the first page of Google.
- Work to remove links that are harmful to Wayfarer Studios, Justin, and the narrative alongside the appropriate teams.
- Disavow and report outdated or cached non-relevant links, and cleanup spam and/or negative links that are ranked within the SERPs as needed.
- Properly and strategically monitor damaging Reddit/Subreddits, X, Discord, etc. – including threads related to concerning opposition and manage the narrative.
    - This can be done with legacy admin for each platform.
    - As part of this, expert admins will also monitor and protect peripheral elements like Wikipedia, fan pages, and more to ensure threads and narratives are handled appropriately.
- Actively sway the algorithm with one SEO charged hub/site, created and overseen by the team.
- Taking down full Reddit and all social accounts as needed.
- Organically engaging with audiences in the right way, starting threads with theories the team approves of, and asking questions that no longer place Wayfarer and Justin on the back foot.
- Changing the overall narrative and helping keep it on track.

## FEES & EXPENSES

Term: 3 months | Agency Fee: $30,000/month | Expenses: As Incurred