# EXHIBIT 71

[redacted]

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/8/2024 11:44:47 AM
**Last Message:** 8/8/2024 7:50:13 PM

---

[redacted] **Melissa Nathan (Owner)**
On zoom
8/8/2024 11:44:47 AM

[redacted] **Jen Abel DO NOT USE**
Damn I wanted to tell you something funny
8/8/2024 11:45:03 AM

[redacted] **Melissa Nathan (Owner)**
I'm calling after -!
8/8/2024 11:45:23 AM

[redacted] **Jen Abel DO NOT USE**
Steph chimed into that daily mail article and then screen shot it and sent to Jamey and Tera and was like I know her I will handle and she will kill it and Jamey told her to stand down because you're handling
8/8/2024 11:46:03 AM

[redacted] **Jen Abel DO NOT USE**
Made me giggle
8/8/2024 11:46:07 AM

[redacted] **Melissa Nathan (Owner)**
Oh
My God wait
8/8/2024 11:46:25 AM

[redacted] **Melissa Nathan (Owner)**
Jen
8/8/2024 11:46:28 AM

[redacted] **Melissa Nathan (Owner)**
She just fucked us up
8/8/2024 11:46:34 AM

[redacted] **Melissa Nathan (Owner)**
This is making sense now
8/8/2024 11:46:43 AM

[redacted] **Jen Abel DO NOT USE**
She didn't respond though
8/8/2024 11:46:47 AM

[redacted] **Jen Abel DO NOT USE**
She sent that to me and the team not the writer
8/8/2024 11:46:59 AM

[redacted] Melissa Nathan (Owner)
No no no/— I think she did
8/8/2024 11:47:06 AM

[redacted] Jen Abel DO NOT USE
Stop why
8/8/2024 11:47:13 AM

[redacted] Melissa Nathan (Owner)
My sister is texting me furious
8/8/2024 11:47:17 AM

Redacted - NR

[redacted] Melissa Nathan (Owner)
Will call you right after
8/8/2024 11:47:42 AM

[redacted] Jen Abel DO NOT USE
Ok
8/8/2024 11:47:45 AM

[redacted] Melissa Nathan (Owner)
I " think " she might of called a person at DM she won't tell you
8/8/2024 11:48:01 AM

[redacted] Melissa Nathan (Owner)
Because Leslie then called sara and said DM called her and said Justin camp are blaming Blake
8/8/2024 11:48:17 AM

[redacted] Melissa Nathan (Owner)
And I know we haven't said anything to that fact
8/8/2024 11:48:33 AM

[redacted] Melissa Nathan (Owner)
She might of just fucked us all up here
8/8/2024 11:48:40 AM

[redacted] Melissa Nathan (Owner)
And sara needs to run her story ASaP
8/8/2024 11:48:56 AM

[redacted] Jen Abel DO NOT USE
What?!
8/8/2024 11:48:58 AM

[redacted] Jen Abel DO NOT USE
Stop
8/8/2024 11:49:00 AM

[redacted] Melissa Nathan (Owner)






8/8/2024 11:49:36 AM

[redacted] **Jen Abel DO NOT USE**

Omg

8/8/2024 11:50:21 AM

[redacted] **Jen Abel DO NOT USE**




8/8/2024 11:50:37 AM

[redacted] Melissa Nathan (Owner)




8/8/2024 11:50:44 AM

[redacted] Melissa Nathan (Owner)
She's just ruined our strategy
8/8/2024 11:51:01 AM

[redacted] Melissa Nathan (Owner)
In one swift swoop
8/8/2024 11:51:11 AM

[redacted] Melissa Nathan (Owner)
Sara was fucking holding
8/8/2024 11:52:31 AM

[redacted] Melissa Nathan (Owner)
Am so fucking pissed jen
8/8/2024 11:52:39 AM

[redacted] Jen Abel DO NOT USE
I just told Jamey
8/8/2024 11:52:49 AM

[redacted] Melissa Nathan (Owner)
Yep I saw Lesley message
And now the studio is calling SJ
8/8/2024 11:53:05 AM

[redacted] Melissa Nathan (Owner)
She's ruined our whole strategy
8/8/2024 11:53:11 AM

[redacted] **Melissa Nathan (Owner)**
I'm fucking furious I can't do this shit
Is this real
8/8/2024 11:53:25 AM

[redacted] **Melissa Nathan (Owner)**
She's now pushed my sister to write more
8/8/2024 11:53:33 AM

[redacted] **Melissa Nathan (Owner)**
I'm trying to stop it
8/8/2024 11:53:39 AM

[redacted] **Melissa Nathan (Owner)**
Oh my fucking god am at a loss
We were perfect
8/8/2024 11:53:52 AM

[redacted] **Jen Abel DO NOT USE**
I can't believe this
8/8/2024 11:55:30 AM

[redacted] **Melissa Nathan (Owner)**
Ok am looking at Lesley screenshots
She has direct line to DM
Who has told her what SJ has said
8/8/2024 11:55:52 AM

[redacted] **Melissa Nathan (Owner)**
I think I need to talk to Leslie so she knows it's me and sort a joint story
8/8/2024 11:56:07 AM

[redacted] **Melissa Nathan (Owner)**
This is my only move I've got next
8/8/2024 11:56:11 AM

[redacted] **Melissa Nathan (Owner)**
We had a soft nice plan that was working
8/8/2024 11:56:28 AM

[redacted] **Jen Abel DO NOT USE**
I told jamey
8/8/2024 12:19:11 PM

[redacted] **Jen Abel DO NOT USE**
I had the head of Sony call me about this
8/8/2024 12:19:19 PM

[redacted] **Jen Abel DO NOT USE**
Can you loop me in with Leslie is she on a plane?
8/8/2024 12:36:59 PM

[redacted] **Jen Abel DO NOT USE**
I can text with her too
8/8/2024 12:37:05 PM

[redacted] Jen Abel DO NOT USE
We are about to take off
8/8/2024 12:37:12 PM

[redacted] Jen Abel DO NOT USE
I want her to know it's not me and we have been honoring this
8/8/2024 12:38:10 PM

[redacted] Melissa Nathan (Owner)
Yes, absolutely.

I just want to know that I am not crazy - and that you know what happened here in your heart in reality.
8/8/2024 12:41:56 PM

[redacted] Melissa Nathan (Owner)
You know it correct?
8/8/2024 12:42:03 PM

[redacted] Jen Abel DO NOT USE
💯
8/8/2024 12:42:48 PM

[redacted] Melissa Nathan (Owner)
I'm horrified. That's the last I will say.
8/8/2024 1:01:08 PM

[redacted] Melissa Nathan (Owner)
Okay, I just texted her. She's on the plane coming back.
I'm waiting for her to get back to me.
Let's try and calm the situation all the way down
8/8/2024 1:12:07 PM

[redacted] Melissa Nathan (Owner)
Once she responds, then I will set a call for us three or a group chat
8/8/2024 1:12:27 PM

[redacted] Melissa Nathan (Owner)
My sister said she is so furious, so I'm like 😅
8/8/2024 1:12:47 PM

[redacted] Melissa Nathan (Owner)
Does Jamey see it.
8/8/2024 1:12:57 PM

[redacted] Melissa Nathan (Owner)
She replied, more than happy to speak to you. I'm landing in two hours.
8/8/2024 1:14:39 PM

[redacted] Jen Abel DO NOT USE
Exactly
8/8/2024 1:15:03 PM

[redacted] Jen Abel DO NOT USE
Everyone needs to cool down and stop fueling the fire
8/8/2024 1:15:19 PM

[redacted] Melissa Nathan (Owner)
I need to have a shower and go to my client but you made the right decision and I hope you know this.
8/8/2024 1:15:23 PM

[redacted] Melissa Nathan (Owner)
Exactly
8/8/2024 1:15:26 PM

[redacted] Jen Abel DO NOT USE
We are all on the same team
8/8/2024 1:15:26 PM

[redacted] Melissa Nathan (Owner)
And I'm gonna tell her exactly that
8/8/2024 1:15:31 PM

[redacted] Jen Abel DO NOT USE
I know now more than ever
8/8/2024 1:15:42 PM

[redacted] Melissa Nathan (Owner)
Horrified
8/8/2024 1:16:01 PM

[redacted] Jen Abel DO NOT USE
Checking in to the hotel
8/8/2024 5:33:15 PM

[redacted] Melissa Nathan (Owner)
On with her Leslie
8/8/2024 5:33:24 PM

[redacted] Jen Abel DO NOT USE
Have a few min to chat if you think we should connect
8/8/2024 5:33:37 PM

[redacted] Melissa Nathan (Owner)
After this chat we need to chat for sure
8/8/2024 5:33:48 PM

[redacted] Melissa Nathan (Owner)
Am on with her
8/8/2024 5:33:54 PM

[redacted] Jen Abel DO NOT USE
Want to loop me in?
8/8/2024 5:34:01 PM

[redacted] Melissa Nathan (Owner)
She's taking about her personal life right now so can't but - wrapping now
8/8/2024 5:34:25 PM

[redacted] Jen Abel DO NOT USE
Ok
8/8/2024 5:35:57 PM

[redacted] Melissa Nathan (Owner)
Ok done but need to go pee just pulled up can we chat in 5?
8/8/2024 5:36:11 PM

[redacted] Jen Abel DO NOT USE
Yes
8/8/2024 5:39:21 PM

[redacted] Jen Abel DO NOT USE
I have to leave at 515
8/8/2024 5:39:26 PM

[redacted] Melissa Nathan (Owner)
Im going to ask Leslie if we can do a group text and update her on the requests incoming that we are not weighing in on.
8/8/2024 7:45:11 PM

[redacted] Jen Abel DO NOT USE
She needs to help kill that NYP story she planted im still in shock
8/8/2024 7:46:11 PM

[redacted] Melissa Nathan (Owner)
Of course it's the only thing that could blow up and it's my sister.
8/8/2024 7:50:13 PM