# EXHIBIT 72

## Chats (1)

## Native Messages

[redacted] (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Name:** chat670142702538356462<br>**Start Time:** 14/08/2024 03:48:39(UTC+0)<br>**Last Activity:** 15/08/2024 04:02:36(UTC+0)<br>**Number of attachments:** 4<br>**Source:** Native Messages<br>**Account:** [redacted]<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x118F2401 (Table: chat, message, handle, Size: 316985344 bytes)<br>**Body file:** chat-0.txt<br><br>**Participants:**<br>[redacted] _$!<Other>!$_* (owner)<br>[redacted] Jennifer Abel* (owner)<br>[redacted] Jamey Heath*<br>[redacted] Tera Hanks* | | |

From: [redacted] Tera Hanks
To: [redacted] ennifer Abel (owner)

Text from Stephanie about the HR article and us hiring Melissa for Crisis.

"This wasn't planted by Leslie. This is playbook by Melissa.

There was no NY Post story she kept at bay. Melissa sister works at Page 6.
we need to flood zones with positive press and push back on claims. there's no counter to claims in story.
his complementary soundbites of blake need to be covered on high seo sites"

**Priority:** Normal

14/08/2024 03:48:39(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9BE801 (Table: message, handle, Size: 316985344 bytes)

From: [redacted]ennifer Abel (owner)

**Attachments:**

Title: Audio Message.caf
Size: 746460
File name: ~/Library/SMS/Attachments/01/01/444B5E32-D2C7-46A7-8932-C59E05A35B68/Audio Message.caf
Path: https://p27-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00
~/Library/SMS/Attachments/01/01/444B5E32-D2C7-46A7-8932-C59E05A35B68/Audio Message.caf

**Priority:** Normal

14/08/2024 04:02:21(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9C0F7E (Table: message, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/01/01/444B5E32-D2C7-46A7-8932-C59E05A35B68/Audio Message.caf :

From: System Message

[redacted] kept an audio message from you.

**Priority:** Normal

14/08/2024 04:06:12(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9C2DD4 (Table: message, Size: 316985344 bytes)

From: [redacted]Tera Hanks
To: [redacted]Jennifer Abel (owner)

Thanks Jenn
All makes perfect sense

**Priority:** Normal

14/08/2024 04:07:18(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9C2C5E (Table: message, handle, Size: 316985344 bytes)

From: [redacted]Jamey Heath
To: [redacted]Jennifer Abel (owner)

I don't like the idea that there is continued cannibalization from within the same side. Meaning "Jonesworks" ie Stephanie, and the Crisis team. I only want us to be communicating with people who are working together and not with ones who are undermining others within our team. Stephanie is casting doubt and that can have an affect like poison.

I'm going to bed. A first for me in forever.
Let's chat more tomorrow about this.

**Priority:** Normal

14/08/2024 04:15:05(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9C3F6D (Table: message, handle, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)

Loved "I don't like the idea that there is continued cann…"

**Priority:** Normal

14/08/2024 04:18:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9C3649 (Table: message, Size: 316985344 bytes)

From: [redacted]era Hanks
To: [redacted]ennifer Abel (owner)

https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/

**Attachments:**

Title: 4BA15774-F134-4D4C-9D93-839923D4A68A.pluginPayloadAttachment
Size: 2061
File name: ~/Library/SMS/Attachments/21/01/BCC375E9-7BC2-491A-8050-1D00E67F52DB/4BA15774-F134-4D4C-9D93-839923D4A68A.pluginPayloadAttachment
~/Library/SMS/Attachments/21/01/BCC375E9-7BC2-491A-8050-1D00E67F52DB/4BA15774-F134-4D4C-9D93-839923D4A68A.pluginPayloadAttachment



Title: 44043A95-4E33-4ED3-964C-B2A10BC47391.pluginPayloadAttachment
Size: 235639
File name: ~/Library/SMS/Attachments/10/00/C3224010-29A4-47D4-80AF-86CF2E4CDA7F/44043A95-4E33-4ED3-964C-B2A10BC47391.pluginPayloadAttachment
~/Library/SMS/Attachments/10/00/C3224010-29A4-47D4-80AF-86CF2E4CDA7F/44043A95-4E33-4ED3-964C-B2A10BC47391.pluginPayloadAttachment

**Priority:** Normal

15/08/2024 02:55:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA793F5 (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/21/01/BCC375E9-7BC2-491A-8050-1D00E67F52DB/4BA15774-F134-4D4C-9D93-839923D4A68A.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/10/00/C3224010-29A4-47D4-80AF-86CF2E4CDA7F/44043A95-4E33-4ED3-964C-B2A10BC47391.pluginPayloadAttachment :

From: [redacted] Jennifer Abel (owner)

Thanks Tera. So bummed by this and the lack of support for Justin. But we forge ahead.

**Priority:** Normal

15/08/2024 03:49:00(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA7C779 (Table: message, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)

But look at the comments…

**Priority:** Normal

15/08/2024 03:56:12(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA7C49D (Table: message, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)

https://x.com/thr/status/1823903545105768759?s=46&t=ICall20h75OB3Ad6Pnd3Sw

**Attachments:**

THR

Title: 1510C93E-D5E9-415F-AC3D-A51092FBFB2C.pluginPayloadAttachment
Size: 6265
File name: ~/Library/SMS/Attachments/8e/14/F81236CC-5866-4285-9BA0-656581310218/1510C93E-D5E9-415F-AC3D-A51092FBFB2C.pluginPayloadAttachment
~/Library/SMS/Attachments/8e/14/F81236CC-5866-4285-9BA0-656581310218/1510C93E-D5E9-415F-AC3D-A51092FBFB2C.pluginPayloadAttachment

**Priority:** Normal

15/08/2024 03:56:14(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA7D91C (Table: message, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/8e/14/F81236CC-5866-4285-9BA0-656581310218/1510C93E-D5E9-415F-AC3D-A51092FBFB2C.pluginPayloadAttachment :

From: [redacted] Tera Hanks
To: [redacted] Jennifer Abel (owner)

Loved "https://x.com/thr/status/1823903545105768759?s=46&…"

**Priority:** Normal

15/08/2024 04:02:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA81EA2 (Table: message, handle, Size: 316985344 bytes)