# EXHIBIT 74

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 6 | Date Range: 8/9/2024 - 8/10/2024 |

## Outline of Conversations

**iMessage Chat: Custodian: Abel, Jennifer [redacted], Jamey Heath <[redacted]>** • 6 messages between 8/9/2024 - 8/10/2024 • Custodian: Abel, Jennifer <[redacted]> • Jamey Heath <[redacted]>

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat: Custodian: Abel, Jennifer <[redacted]>, Jamey Heath <[redacted]**

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 1:11 PM
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html

JA **Custodian: Abel, Jennifer <[redacted]>** ◀ 8/9/2024, 4:45 PM
Just thought about something… should I try to get Justin's letter removed from business insider.

JA **Custodian: Abel, Jennifer [redacted]** ◀ 8/9/2024, 4:46 PM
I would need to tell her on background that both Justin and wayfarer have severed ties

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/9/2024, 4:46 PM
So not sure if your lawyers would recommend that as she would need to print that and not sure if that would cause any issues

JH **Jamey Heath <[redacted]>** ▶ 8/10/2024, 12:08 AM
"Grammy award winner". Dummy

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/10/2024, 12:08 AM
😂😂😂