# EXHIBIT 77

Message

**From:** Jason Rosenberg [redacted]
**Sent:** 8/19/2024 2:31:14 PM
**To:** Gordon Duren [redacted]
**Subject:** As requested
**Attachments:** Results 1.xlsx

Gordan -

Attached is a report of all emails sent to that domain. I am investigating further and will get back to you shortly.

- Jason

Hi –

Is it possible to send me all employees who have email the domain [redacted]? All past and current employees please.

Thanks,

Gordon Duren | Chief of Staff
www.jonesworks.com

*JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day.*
*While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.*

PRODUCED IN NATIVE FORMAT