# EXHIBIT 78

Message

**From:** Gordon Duren [redacted]
**Sent:** 8/15/2024 6:22:34 PM
**To:** Scott Shatzkamer [redacted]
**Subject:** Fwd: Service Ticket #1108960 - Gordon Duren
**Attachments:** AuditReport.xlsx

Hi Scott - since it's past 5pm ET, emailing you re an urgent document.

Stephen was able to get us a list of all documents that Jennifer Abel downloaded from SharePoint over the last three months.

We now need all documents she's downloaded during her tenure with JONESWORKS.

Can you please have someone on your team send me that?

Let me know if you have any questions. Thanks!

Gordon Duren | Chief of Staff
www.jonesworks.com

*JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day.*
*While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.*

---

**From:** Stephen Kretzmer [redacted]
**Sent:** Thursday, August 15, 2024 4:03:04 PM
**To:** Gordon Duren <[redacted]
**Subject:** Service Ticket #1108960 - Gordon Duren

Hi Gordon,

Attached is the export of the audit report for the past three months and August. I reformatted it to make it legible, please let me know if you would like the original as well. We have also blocked SharePoint access for the requested user, please let me know if anything else is needed.