# EXHIBIT 80

**From:** Jennifer Abel [redacted]>
**Sent:** Mon, 12 Aug 2024 13:50:00 -0400 (EDT)
**To:** [redacted]
**Subject:** FW: [DRAFT] Additional Press Coverage: IT ENDS WITH US | 8.9
**Attachments:** The Wrap x IEWU 8.8[1].pdf;The Wrap x IEWU 8.9[1].pdf;The Wrap x IEWU 8.9 (2).pdf

---

**From:** Audrey Hixon [redacted]
**Date:** Friday, August 9, 2024 at 1:32 PM
**To:** WayfarerStudios [redacted]
**Subject:** [DRAFT] Additional Press Coverage: IT ENDS WITH US | 8.9

Note and coverage below to route to Wayfarer team for review, thank you!

Hi Team –

Below please find continued coverage across broadcast, online and socials in support of IT ENDS WITH US! Very exciting and strong box office preview reports as we head into the weekend!

Thank you,
Audrey & team

--

**BROADCAST**

**CBS Mornings** (Blake & Brandon)
WATCH | DOWNLOAD

**Watch What Happens** (Colleen & Brandon)
SEGMENT 1 WATCH | DOWNLOAD
SEGMENT 2 WATCH | DOWNLOAD

**WABC-NY ABC 7**
WATCH | DOWNLOAD

**Entertainment Tonight**
WATCH | DOWNLOAD

**ONLINE**

BOX OFFICE

**Variety**
Box Office: Blake Lively's 'It Ends With Us' Makes $7 Million in Previews

**Deadline**
Moviegoers Falling In Love With 'It Ends With Us': Blake Lively Pic Banking $7M In Thursday Previews - Box Office

**The Wrap**
'It Ends With Us' Scores $7 Million at Thursday Box Office

**The Hollywood Reporter**
Lively-Reynolds Box Office Apocalypse: 'It Ends With Us' Takes on 'Deadpool & Wolverine' With Huge $7M in Previews

**JoBlo**
It Ends With Us starts with audiences raising $7 million in Thursday previews

**Radio Times**
It Ends with Us finds early box office success with US previews

INTERVIEWS/FEATURES

**Forbes**
Justin Baldoni On 'It Ends With Us' And His Journey With Masculinity

**TODAY.com**
Justin Baldoni laid his heart on the line for 'It Ends With Us'

**Good Morning America**
Justin Baldoni on 'thoughtful and intentional' care that went into 'It Ends With Us' film
Justin Baldoni on directing 'It Ends With Us', why Blake Lively is the perfect Lily

**ABC News**
Justin Baldoni on 'thoughtful and intentional' care that went into 'It Ends With Us' film

**Entertainment Weekly**
Justin Baldoni praises It Ends With Us costar Blake Lively: She 'was involved in every aspect of the film'

**CinemaBlend**
'It Ends With Us' Interviews With Blake Lively, Justin Baldoni, Jenny Slate, Brandon Sklenar & More

**TV Insider**
'It Ends With Us' Director Justin Baldoni: Why He Can't 'Fathom' Adapting the Sequel 'Yet' (VIDEO)

**ON WITH MARIO LOPEZ**
Actor Justin Baldoni Talks New Film, Fresh Life Hacks From Courtney & More!

**PEOPLE**
Justin Baldoni Says It Ends With Us Is for 'That One Person' Who 'Doesn't Go Back Home' to an Abusive Partner (Exclusive)
Blake Lively Shopped Her Jewelry Vault for 'It Ends with Us': 'She Has Incredible Taste,' Costumer Says (Exclusive)

**Who What Wear**
It Ends With Us Star Brandon Sklenar Isn't Just Playing the Good Guy—He Is That Guy
Blake Lively Talks Britney Spears Dress & Shows Off Surprising Floral Skills | Who What Wear

**CBS News**
Blake Lively and Brandon Sklenar on bringing "It Ends With Us" to life
Blake Lively on the challenges of portraying Lily in "It Ends With Us"

**The Wrap**
'It Ends With Us': Colleen Hoover Says Blake Lively Proved She Was the Right Lily 'Every Moment She Was on Screen' | Video
**Attached*
'It Ends With Us' Ending Explained: Why Justin Baldoni Changed Ryle's Fate
***Attached*
Blake Lively Says Having a 'Lot of Authorship' Over Her Lily Helped Her Manage Heavy Subject Matter of 'It Ends With Us' | Video
**Attached*

**Popcorn Podcast**
Justin Baldoni interview (It Ends With Us)

**OMELETE-BRAZIL**
This Is How It Ends: Director promises flower shop worthy of Colleen Hoover's book

**9Honey Celebrity**
'Colleen Hoover actually emailed me': How BookTok sensation It Ends With Us found leading man and director in Justin Baldoni

**CBR**
"You Have To Do It With Care" - Alex Saks on It Ends With Us' Changes From Book to Film
"The Love Is Rooted in Friendship" - Blake Lively & the Cast of It Ends With Us' Brand of Romance

**DC Film Girl**
IT ENDS WITH US Cast Interview! Blake Lively listens to REPUTATION album on her way to work!

**Digital Spy**
Blake Lively is "proud" of her first producing role in It Ends With Us

**E! Online**
It Ends With Us' Justin Baldoni Praises "Smart and Creative" Costar Blake Lively

**Moviefone**
It Ends with Us' Exclusive Interviews

**FLAUNT Magazine**
Brandon Sklenar | That Golden Standard You're Talking About? It's There For The Taking

MISC

**Cosmopolitan**
Justin Baldoni Says Blake Lively Is "Better" Choice Than Him to Direct 'It Ends With Us' Sequel

**Variety**
'It Ends With Us' Director and Star Justin Baldoni Says 'Better People' Are Suited to Helm the Sequel: 'Blake Lively's Ready to Direct. That's What I Think'

**Screen Rant**
Why It Ends With Us Changes Ryle's Book Ending Explained By Director & Star Justin Baldoni
It Ends With Us Ending Explained

**Collider**
'It Ends With Us' Cast and Character Guide - Who Is Joining Blake Lively?
'Cuckoo,' 'It Ends With Us,' and Everything Else You Need To Watch This Weekend
Blake Lively, Cate Blanchett, and Hunter Schafer Dominate This Week's New Releases in Theaters
How Does Blake Lively's 'It Ends With Us' Differ From Colleen Hoover's Book?

**TODAY.com**
What the new 'It Ends With Us' movie changes from the book
Fans Share 'It Ends With Us' Movie Reactions

**Cosmopolitan UK**
It Ends With Us taps into our enduring fascination with rekindling teen romance
It Ends With Us book vs adaptation: All the on-screen changes

**Geo News**
'It Ends With Us' star on why she was perfect for young Blake Lively role
Blake Lively, Isabella Ferrer share insight into playing Lily in 'It Ends With Us'
Justin Baldoni gushes over 'brilliant' Blake Lively
Justin Baldoni aims to inspire people with 'It Ends With Us' storyline

**Business Insider**
'It Ends With Us' screenwriter on why Blake Lively's character's obsession with Ellen DeGeneres is left out of the movie

**PureWow**
'It Ends with Us' is taking over the box office, but did you know it's based on a 2016 Colleen Hoover novel? Here's what you need to know.

**Decider**
'It Ends with Us' Looks Like A Blake Lively Box Office Hit - Rewarding Her For Focusing On Star Vehicles Over Franchise Fare

**PEOPLE**
It Ends With Us Director Justin Baldoni Suggests Blake Lively Should Direct Sequel: 'Better People for That One'
How to Watch 'It Ends With Us' as a Domestic Violence Survivor
Blake Lively Says Ryan Reynolds Wrote Scene in It Ends With Us; Writer Weighs In (Exclusive)

**Forbes**
Does 'It Ends With Us' Have A Post-Credits Scene?

**The Mary Sue**
'It Ends With Us 'Ending Explained: What Does Lily Choose?

**Pinkvilla**
It Ends With Us Ending Explained: Is Ryle A Part Of Lily's Life?
Colleen Hoover Talks on It Ends With Us Film Changes from the Novel
It Ends With Us: Blake Lively's Costume Designer Opens Up On Getting Criticized For Actress' Outfits In Movie
'A Double Bottom Line': Justin Baldoni Hopes It Ends With Us To Help People Who Are 'In A Similar Situation To Lily'

**Brit + Co**
Blake Lively Says Moments With Her Family Are "All Over" 'It Ends With Us': "It's So Personal To Me"

**ELLE**
When Will 'It Ends with Us' Be Streaming?
How the It Ends with Us Film Expands Upon Colleen Hoover's Book

**TV Insider**
'It Ends With Us' Movie: The 8 Biggest Book-To-Screen Changes

**The Nerd Stash**
Does It Ends With Us Have a Post-Credits Scene?

**Us Weekly**
Does Author Colleen Hoover Have Cameo in It Ends With Us Movie?
Justin Baldoni Thinks Blake Lively Is 'Better' Option to Direct Potential 'It Ends With Us' Sequel
'It Ends With Us' Screenwriter Reacts to Blake Lively's Reveal That Ryan Reynolds Rewrote Scene

**Vanity Fair**
'It Ends With Us': The 5 Biggest Changes From Book to Movie

**New York Times**
'It Ends With Us': Your Reading Continues Here

**SheKnows**
'It Ends With Us' Producer Weighs in on Justin Baldoni & the Challenges of Adapting Colleen Hoover's Book

**The News International**
Justin Baldoni in awe of It Ends With Us leading lady Blake Lively
'Blake Lively's ready' to direct 'It Ends With Us' sequel: Justin Baldoni

**The Wrap**
Yes, Colleen Hoover Has a Cameo in 'It Ends With Us'

**WABC**
Bestselling Colleen Hoover novel 'It Ends With Us' comes to life in new film starring Blake Lively

**USA Today**
'It Ends with Us': All the major changes between the book and Blake Lively movie
'It Ends With Us' movie cast: See who plays Lily, Ryle, Atlas, more

**Parents**
'It Ends With Us' Handles Some Heavy Adult Issues—Is It Ok for Tweens and Teens?

**Decider**
Is 'It Ends With Us' Streaming on Netflix or HBO Max?

**Rolling Stone**
Amazon Discounts 'It Ends With Us' Book to $10 Ahead of Film Adaptation Release

**Elite Daily**
The 'It Ends With Us' Movie Almost Made 1 Big Change From The Book

**Just Jared**
Is There an 'It Ends With Us' Post-Credits Scene? If You Need to Stay or Not, Revealed
'It Starts With Us' Movie: Justin Baldoni Thinks Blake Lively Should Direct the Sequel, Colleen Hoover Reacts
Who Does Colleen Hoover Play in 'It Ends With Us' Movie? Cameo Appearance Revealed!

**FandomWire**
'It Ends With Us' Soundtrack: From Taylor Swift to Post Malone, Every Iconic Singer and Song That Featured in Blake Lively's New Film

**ELLE UK**
Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction

**Deadline**
'It Ends With Us' Soundtrack: All the Songs You'll Hear
Justin Baldoni On Directing 'It Ends With Us' Sequel: "There Are Better People For That One, I Think Blake Lively's Ready To Direct"
'It Ends With Us' Movie vs. Book: All The Changes Made
'It Ends With Us' Writer Christy Hall On Creating A Safe Space In Art

**The Hollywood Reporter**
'Big Little Lies' Ladies Support Zoë Kravitz at 'Blink Twice,' 'It Ends With Us' Arrives in NYC and This Week's Best Events

**Time Magazine**
Here's How the It Ends With Us Movie Adaptation Differs From the Book

**Marie Claire**
'It Ends With Us' Director Says Film is For Domestic Abuse Survivors Who Don't "Go Back Home"

**FORBES**
'It Ends With Us' Book Vs. Movie—The Biggest Changes In The Film Adaptation

**IndieWire**
'It Ends with Us': Parsing Those Changes from the Book and Potential Sequel Plans

**Vulture**
The 9 Best Movies and TV Shows to Watch This Weekend
**One of author Colleen Hoover's most popular novels comes to the big screen. Blake Lively plays a young woman who falls in love with her friend's brother (played by director Justin Baldoni) but soon finds out he reminds her of her past trauma, just as another man (Brandon Sklenar) from her past emerges. If you're looking for a happy-go-lucky rom-com, this definitely isn't it, but if you're one of Hoover's many BookTok fans, you're probably excited to see how they (or Ryan Reynolds) adapted this. —S.S.*

**SOCIAL**

**@todayshow**
EXCLUSIVE: Justin Baldoni spoke to http://TODAY.com about prepping for his "It Ends With Us" character: "I needed to understand him. I didn't have to like him, but I had to understand why he did the things that he did, and where he was coming from."
EXCLUSIVE: Justin Baldoni spoke to http://TODAY.com about working with Blake Lively and Ryan Reynolds, their contributions to "It Ends With Us" and says he would work with them again, "if they'd have me."

Justin Baldoni tells http://TODAY.com he credits contributions by Blake Lively crucial to the success of "It Ends With Us."
Justin Baldoni spoke to http://TODAY.com about his first time both starring in and directing a film "Every movie is a miracle. And then, of course, you're navigating complex personalities and trying to get everybody on the same page with the same vision. And mistakes are always made, and then you figure out how to move past them."
Colleen Hoover's most popular book inspired a movie. Here's where the film differs. Warning: This article contains spoilers for the book and movie versions of "It Ends With Us."
"It Ends With Us" director and star Justin Baldoni says he and the writers took the book's criticism into account when making the movie.

**@cbsmornings**
Did @blakelively and Brandon Sklenar feel any pressure to get @ItEndsWithUs right for the book's millions of fans? The co-stars told @GayleKing about feeling a "responsibility to this audience," what they hope men take away from the film and how the scored a Taylor Swift song.

**@gma**
Director and star Justin Baldoni reveals why Blake Lively was his top choice for Lily Bloom in the film adaptation of Colleen Hoover's bestselling novel, "It Ends With Us."

**@people**
Justin Baldoni Says 'It Ends With Us' Is for 'That One Person' Who 'Doesn't Go Back Home' to an Abusive Partner (Exclusive)
It Ends With Us Director Justin Baldoni Suggests Blake Lively Should Direct Sequel: 'Better People for That One'
Blake Lively Says 'Nobody Knows' Ryan Reynolds Wrote a Scene in 'It Ends With Us' as Screenwriter Weighs In (Exclusive)

**@yahooent**
Blake Lively talked about working with Justin Baldoni and bringing Colleen Hoover's bestselling novel "It Ends With Us" to life on the big screen. "I've never had such a challenging experience in my career," said the actress.

**@cosmopolitan**
Justin Baldoni Says Blake Lively Is "Better" Choice Than Him to Direct 'It Ends With Us' Sequel

**@forbes**
Justin Baldoni On 'It Ends With Us'

**@usweekly**
After starring and directing It Ends With Us, Justin Baldoni is not looking to repeat double duty in a potential film sequel.

**@MTVUK**
This casting was just immaculate ✨ Blake & Isabela really are identical 🥹

**@thr**
Box Office: Lively-Reynolds Moviepocalypse Begins as 'It Ends With Us' Takes on 'Deadpool & Wolverine' With Huge $7M in Previews
#ItEndsWithUsMovie costume designer on how 'Gossip Girl' inspired some of the costumes for Blake Lively's Lily:
'Big Little Lies' Ladies Support Zoë Kravitz at 'Blink Twice,' 'It Ends With Us' Arrives in NYC and This Week's Best Events

**@variety**
Blake Lively's "It Ends With Us" scored a big $7 million at the box office in Thursday previews. The film is projected to make between $25 million and $35 million, though some estimates put it even higher at $40 million to $50 million.
'It Ends With Us' Director and Star Justin Baldoni Says 'Better People' Are Suited to Helm the Sequel: 'Blake Lively's Ready to Direct. That's What I Think'
Justin Baldoni directed "It Ends With Us" and stars opposite Blake Lively, but he doesn't sound interested in returning to helm the sequel "It Starts With Us." "There are better people for that one. Blake Lively's ready to direct. That's what I think."

**@deadline.**
Justin Baldoni on how he approached Ryle as a character and as a director so that the #ItEndsWithUsMovie would be both believable and authentic
#JustinBaldoni on how he approached Ryle as a character and as a director so that the #ItEndsWithUs would be both believable and authentic
A feature adaptation of a femme driven novel, Colleen Hoover's It Ends With Us has a shot at possibly undermining Deadpool and Wolverine in its third weekend. Industry sources tell us that the Blake Lively starring feature has racked up $7M in previews
'It Ends With Us' author Colleen Hoover on the differences between the novel and the film and how fans will react to seeing the big screen adaptation #ItEndsWithUsMovie
#ItEndsWithUsMovie writer/producer Christy Hall on developing the screenplay with author Colleen Hoover and the overall challenges of adapting a novel for film: "I feel like I won the lottery"
Kevin McKidd on playing an abusive husband and father in #ItEndsWithUsMovie, and how his "good friend" (and director), Justin Baldoni, convinced him to take on the role
Kevin McKidd on playing an abusive husband and father in #ItEndsWithUsMovie, and how his "good friend" (and director), Justin Baldoni, convinced him to take on the role
'It Ends With Us' author Colleen Hoover on the differences between the novel and the film and how fans will react to seeing the big screen iteration #ItEndsWithUsMovie
'It Ends With Us' Soundtrack: All the Songs You'll Hear
Justin Baldoni On Directing 'It Ends With Us' Sequel: "There Are Better People For That One, I Think Blake Lively's Ready To Direct"
Writer Christy Hall On Balancing The Complex Subject Matter In 'It Ends With Us': "It's Art's Job To Create Safe Spaces"
'It Ends With Us' Movie vs. Book: All The Changes Made

**@BORReport**
This weekend's location count for Sony's It Ends With Us is 3,611 locations.
Sony's It Ends With Us grossed an estimated $7.0M from Thursday preview shows.

**@enews**

Don't Miss Colleen Hoover's Cameo in It Ends With Us
It Ends With Us' Justin Baldoni Praises "Smart and Creative" Costar Blake Lively
Justin Baldoni has nothing but positive things to say about his #ItEndsWithUs costar.

**@thewrap**
'It Ends With Us' director Justin Baldoni unpacks the film's ending -- and how it differs from the book.
Colleen Hoover says Blake Lively proved she was the right Lily "every moment she was on screen." ✨ #ItEndsWithUs
Blake Lively says having a "lot of authorship" over her Lily helped her manage the heavy subject matter of #ItEndsWithUs.

**@USATODAY**
'It Ends with Us': All the major changes between the book and Blake Lively movie

**@decider**
Is 'It Ends With Us' streaming on Netflix or HBO Max?

**@digitalspy**
Blake Lively is "proud" of her first producing role in It Ends With Us

**@rottentomatoes**
See where #ItEndsWithUs lands on the list of Blake Lively movies ranked by Tomatometer.

**@dallasnews**
Colleen Hoover and Justin Baldoni on the film adaptation of 'It Ends With Us'

**@cosmopolitanuk**
15 differences between It Ends With Us the book and adaptation

**@ellemagazine**
How the 'It Ends with Us' Film Expands Upon Colleen Hoover's Book

**@elleuk**
Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction

**@ew**
Bringing #ItEndsWithUs from the page to the screen was not something the team behind the movie adaptation of Colleen Hoover's hit romantic drama took lightly...

**@justjared**
"It Ends With Us" author Colleen Hoover confirms she makes a cameo in the movie and reveals where you can find her!

**@time**
How #ItEndsWithUs differs from the book

**@TVinsider**
Director and star of #ItEndsWithUs Justin Baldoni opens up about how he can't 'fathom' a sequel yet.

**@indiewire**
'It Ends with Us': Parsing Those Changes from the Book and Potential Sequel Plans

**@collider**
How Does Blake Lively's 'It Ends With Us' Differ From Colleen Hoover's Book?

---

**From:** Audrey Hixon [redacted]
**Date:** Thursday, August 8, 2024 at 2:15 PM
**To:** Steve Sarowitz [redacted] Jamey Heath [redacted]>, Tera Hanks [redacted] Andrew Calof [redacted] Ashmi Elizabeth Dang [redacted], Mitz Toskovic [redacted]
**Cc:** WayfarerStudios [redacted] Team Baldoni [redacted]
**Subject:** Additional Press Coverage: IT ENDS WITH US | 8.8

Hi Steve, Jamey, Tera, Andrew, and Team –

Please find additional coverage below resulting from Tuesday's IT ENDS WITH US Global Premiere, as well as continued coverage in support of the film across broadcast, online and socials. We'll continue to keep you all updated as coverage continues to break. Please let us know if you have any questions.

Thank you!
Audrey + Team

**PREMIERE**

**ONLINE**

**The Hollywood Reporter**
Justin Baldoni on Filming Ryle's Darker 'It Ends With Us' Scenes With Help From Blake Lively, Female Coordinators

**Footwear News**
'It Ends With Us' Premiere: See the Shoe Looks From Blake Lively, Justin Baldoni, Ryan Reynolds and More

**ELLE**
How Jenny Slate Got Ready for the 'It Ends with Us' Premiere

**Entertainment Tonight**
'It Ends With Us' Premiere Hit With Torrential Downpour as Blake Lively Stuns in Two Looks

**SOCIAL**

**TWITTER**

**@thr**
Justin Baldoni on Filming Ryle's Darker 'It Ends With Us' Scenes With Help From Blake Lively, Female Coordinators
At the premiere, Justin Baldoni gets emotional talking about the dark scenes he worked on for #ItEndsWithUs, and how his intimacy coordinators and Blake Lively helped him get through it
Blake Lively on how she and Taylor Swift chose "My Tears Ricochet" for the #ItEndsWithUs trailer: "We could have put any song up there"
Blake Lively on Using Taylor Swift Song "My Tears Ricochet" in 'It Ends With Us'

**@deadline**
Jenny Slate on working with Justin Baldoni, who served as both scene partner and director to the actress in #ItEndsWithUsMovie
Brandon Sklenar admits he wasn't familiar with the novel 'It Ends With Us' before signing on for the film version of the story, but knew just how special it was after reading the script: "It was such a gift" #ItEndsWithUsMovie

**@extraTV**
Will we get an #ItEndsWithUs sequel movie for "It Starts with Us"? What Colleen Hoover, Justin Baldoni, Brandon Sklenar and Isabela Ferrer had to say🎥👇
#ItEndsWithUs star Brandon Sklenar was "like a little kid" meeting Hugh Jackman — could he suit up as Wolverine some day?

**@footwearnews**
'It Ends With Us' Premiere: See the Shoe Looks From Blake Lively, Justin Baldoni, Ryan Reynolds and More

**@enews**
The greatest show is watching #BlakeLively #HughJackman and #RyanReynolds living their best life on the #ItEndsWithUs carpet. □
#BlakeLively is a girl's girl through and through. 👑 #ItEndsWithUs
#BlakeLively and #IsabelaFerrer had a sisterhood of the traveling shoes moment on the #ItEndsWithUs carpet. 💙

**@wmagazine**
While Blake Lively dripped in vintage pop star sequins for the #ItEndsWithUs premiere, co-star Jenny Slate brought some gothic, '20s-inspired pizzaz.

**@ellemagazine**
How Jenny Slate Got Ready for the 'It Ends with Us' Premiere

**@b&btheaters**
So #BlakeLively wants to rip #Deadpool #RyanReynolds apart limb from limb… I don't believe she's a butcher in #ItEndsWithUs but i guess youll just have to come see it at #bbtheatres to find out! @Sony
Pictures

**INSTAGRAM**

**@deadline**
The carpet was in full bloom for the #ItEndsWithUs premiere 🌸
Brandon Sklenar on working with Blake Lively in #ItEndsWithUsMovie: "As an actor, it's the best thing you could ask for"
It's a 'Deadpool & Wolverine' reunion at the #ItEndsWithUs premiere in New York City tonight with Hugh Jackman, Blake Lively & Ryan Reynolds.

**@hollywoodreporter**
At the premiere, #JustinBaldoni gets emotional talking about the dark scenes he worked on for #ItEndsWithUs and how his intimacy coordinators and #BlakeLively helped him through it
#BlakeLively talks about choosing #MyTearsRicochet by #TaylorSwift for the #ItEndsWithUs trailer.

**@entertainmenttonight**
Brandon Sklenar wasn't expecting to get a surprise grilling from Ryan Reynolds and Hugh Jackman amid his 'It Ends With Us' press run. 😆 He opened up to ET about the recent viral promo where the two interview Brandon on the nature of his relationship with
Blake Lively brings Ryan Reynolds and Hugh Jackman to the 'It Ends With Us' premiere □

**@extraTV**
#ItEndsWithUs star Brandon Sklenar has the highest praise Blake Lively and her hubby Ryan Reynolds: "They continue to blow me away…" □□

**@enews**
The greatest show is watching #BlakeLively #HughJackman and #RyanReynolds living their best life on the #ItEndsWithUs carpet. □
#BlakeLively is a girl's girl through and through. 👑 #ItEndsWithUs

**@thewrap**

Stars have lit up the pink carpet at the #ItEndsWithUs premiere tonight in New York City. 

**IT ENDS WITH US ADDITIONAL COVERAGE**

**BROADCAST**

**EXTRA**
WATCH | DOWNLOAD

**Access Hollywood**
WATCH | DOWNLOAD

**Good Morning America**
WATCH | DOWNLOAD

**ONLINE**

FEATURES/INTERVIEWS

**Access Hollywood**
Justin Baldoni Shares How Blake Lively Was A 'Powerhouse' Screen Partner In 'It Ends With Us'

**CBS News**
"It Ends With Us" star Justin Baldoni hopes romance movie can create change: "We need to end the cycle"

**Dallas Morning News**
Colleen Hoover and Justin Baldoni discuss 'It Ends With Us' movie

**PEOPLE**
Justin Baldoni Was 'Mesmerized' by Blake Lively Making It Ends With Us 'I Just Had to Get Out of the Way' (Exclusive)

**EFE Newswire**
Justin Baldoni: "I was also a fan of the book and that's why I wanted to turn it into a movie."

**Looper**
Blake Lively Talks It Ends With Us And Gives The Best Advice To Young Actors [EXCLUSIVE]

**Entertainment Tonight**
Colleen Hoover Shares 'Verity' Film Update and a Potential 'It Ends With Us' Movie Sequel (Exclusive)

**ExtraTV**
Brandon Sklenar on Meeting Hugh Jackman & If He'd Play Wolverine (Exclusive)

BOX OFFICE

**Film Journal**
Weekend Preview: Reynolds vs Lively as IT ENDS WITH US Challenges DEADPOOL & WOLVERINE

MISC.

**The Hollywood Reporter**
'It Ends With Us' Costume Designer on Blake Lively's Outfits Criticism: "It's Great to Be Talked About"
Blake Lively on Using Taylor Swift Song "My Tears Ricochet" in 'It Ends With Us'
'It Ends With Us' Hits Theaters This Friday — Here's How to Read All of Colleen Hoover's Books in Order

**Just Jared**
Justin Baldoni Talks Casting Blake Lively in 'It Ends with Us,' Praises Her Portrayal of Lily & Reveals How He Handled Playing Ryle

**Us Weekly**
Justin Baldoni Would Cry Over Abusive Scenes in 'It Ends With Us'
Who is Isabela Ferrer? 5 Things to Know About the Actress Playing Young Lily in 'It Ends With Us'

**News18**
Will There Be A Sequel Of It Ends With Us? Justin Baldoni Has This To Say

**PinkVilla**
Justin Baldoni Opens Up About Filming Challenging Scenes In It Ends With Us; 'I Wanted It To Be As Real...'
It Ends With Us: Justin Baldoni Reveals Adding THIS Iconic Scene In Film On Fan Request

**Entertainment Weekly**
Here's how a group of fans changed the movie adaptation of 'It Ends With Us'

**Collider**
Is 'It Ends Wth Us' Streaming? Where To Watch the Blake Lively Movie

'It Ends With Us' Fans Pushed For One Major Change to the Film

**PureWow**
Blake Lively's New Movie Is About to Be the Biggest Film in America (Even if Her Costar Steals the Show)

**IGN**
How to Watch It Ends with Us – Showtimes and Streaming Status

**Screen Rant**
It Ends With Us Parents' Guide & PG-13 Rating Explained

**CBR**
"They Did the Book Justice" - Colleen Hoover on It Ends With Us' Movie Adaptation
"You Have To Do It With Care" - Alex Saks on It Ends With Us' Changes From Book to Film

**Houston Chronicle**
'Borderlands,' 'Instigators,' 'It Ends with Us' among top films

**NJ.com**
Meet N.J. actor Brandon Sklenar, starring in 'It Ends With Us' with Blake Lively, Justin Baldoni

**Business Insider**
'It Ends With Us' screenwriter on landing a Taylor Swift song for the movie's soundtrack: 'It's as if she wrote it for this'

**PEOPLE**
Everything to Know About the 'It Ends With Us' Controversy In Advance of the New Movie

**FandomWire**
Taylor Swift's Epic Contribution to Blake Lively's 'It Ends With Us' Besides Music, Helped the Film Nail One Thing Very Few Movies Have Pulled Off

**Daily Mail**
It Ends With Us author Colleen Hoover tears up as she speaks out about the domestic abuse her mother suffered that inspired the bestselling novel

**Rotten Tomatoes**
Best Rom-Coms and Romance Movies of 2024
**It Ends With Us (2024)*

**SOCIAL**

**@cbsnews**
Justin Baldoni, who stars and directed the adaptation of Colleen Hoover's popular novel, "It Ends With Us," talks about the impact of the romance movie, which touches on domestic violence.
"If this could affect me in this way then I could only imagine what it could do for women and people who are in this situation all over the world": Justin Baldoni shares why he wanted to turn best-selling book "It Ends With Us" into a movie.

**@variety**
Target Restocks Collector's Edition of Colleen Hoover's 'It Ends With Us' Ahead of Book's Film Adaptation

**@justjared**
Justin Baldoni is praising Blake Lively for her portrayal of Lily in "It Ends with Us"
Fans will be thrilled about this change to the script of #ItEndsWithUs, and they have each other to thank for it!

**@people**
Justin Baldoni Was 'Mesmerized' by Blake Lively Making It Ends With Us: 'I Just Had to Get Out of the Way' (Exclusive)
Everything to Know About the 'It Ends With Us' Controversy In Advance of the New Movie
Taylor Swift, Lana Del Rey, Britney Spears and More Artists' Songs Featured in 'It Ends With Us' Movie

**@thr**
'It Ends With Us' Costume Designer on Blake Lively's Outfits Criticism: "It's Great to Be Talked About"

**@cbsmornings**
"It Ends With Us" star Blake Lively reveals why she fell in love with her character, Lily Bloom: "She's incredibly strong and self-assured and knows who she is, yet she's vulnerable and she's tender." Her conversation with @GayleKing airs tomorrow.

**@EW**
Here's how a group of megafans changed the movie adaptation of 'It Ends With Us,' and why screenwriter Christy Hall is thankful for one of their most important notes.

**@rottentomatoes**
#ItEndsWithUs is one of the best romance movies of 2024.

--
Audrey Hixon | JONESWORKS

www.jonesworks.com

*JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day. While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.*

---

**From:** Audrey Hixon [redacted]>
**Date:** Wednesday, August 7, 2024 at 11:01 AM
**To:** Steve Sarowitz [redacted], Jamey Heath [redacted], Tera Hanks [redacted]>, Andrew Calof <[redacted] Ashmi Elizabeth Dang [redacted], Mitz Toskovic [redacted]
**Cc:** WayfarerStudios [redacted] Team Baldoni [redacted]>
**Subject:** Press Coverage: IT ENDS WITH Premiere + Additional Coverage

Hi Steve, Jamey, Tera, Andrew, and Team –

Below please find a comprehensive recap of coverage resulting from yesterday's **IT ENDS WITH US Global Premiere.** Furthermore, we've also included additional press that has run this week in support of the film across broadcast, print, online and socials surrounding box office predictions, features/interviews from cast members and continued coverage leading up to Friday's release.

Congratulations on such a wonderful premiere last night! Please let us know if you have any questions.

Thank you,
Audrey + Team

**PREMIERE**

**ONLINE**

**Getty Images**
Justin Baldoni
CA: Penske Media Coverage - August 6, 2024
NY: World Premiere Of Columbia Pictures' IT ENDS WITH US
NY: "It Ends With Us" New York Premiere

All Photos
CA: Penske Media Coverage - August 6, 2024
NY: World Premiere Of Columbia Pictures' IT ENDS WITH US
NY: "It Ends With Us" New York Premiere

**PEOPLE**
See Blake Lively, Ryan Reynolds, Justin Baldoni and More Stars Arrive at the It Ends with Us Premiere in N.Y.C.
Ryan Reynolds Supports Blake Lively at It Ends with Us Premiere, She Says 'It's the Best' Having Him There (Exclusive)
Hugh Jackman Reunites with Ryan Reynolds to Support Blake Lively's It Ends with Us N.Y.C. Premiere
Blake Lively Is Pretty in Pink Corseted Versace Mini Dress at 'It Ends with Us' Afterparty
Isabela Ferrer Opens Up About Working with 'Angel' Blake Lively in It Ends with Us: 'She's Just a Really Good Person' (Exclusive)
Justin Baldoni and Wife Emily Have Flowery Chic Red Carpet Date Night at the IEnds with Us Premiere
Blake Lively on Wearing Britney Spears' 'Actual' Dress to 'It Ends With Us' Premiere (Exclusive)

**Deadline**
'It Ends With Us' New York Premiere Red Carpet Photos: Blake Lively, Justin Baldoni, Brandon Sklenar, Jenny Slate & More

**Entertainment Tonight**
'It Ends With Us': What Justin Baldoni Hopes to Achieve With Blake Lively-Led Project (Exclusive)

**Just Jared**
Justin Baldoni & Wife Emily Share Red Carpet Kisses at 'It Ends With Us' NYC Premiere!
Young Lily & Atlas Actors, Isabela Ferrer & Alex Neustaedter, Walk Red Carpet at 'It Ends With Us' Premiere!
Ryan Reynolds & Hugh Jackman Support Blake Lively at 'It Ends With Us' NYC Premiere!
Blake Lively Stuns in Second Versace Look of the Night at 'It Ends with Us' Premiere After Party!
Brandon Sklenar Gets Girlfriend Julia Schlaepfer's Support at 'It Ends With Us' Premiere, Revealed as Hugh Jackman's Pick for Next Wolverine
Blake Lively Pays Tribute to Britney Spears at 'It Ends With Us' Premiere, Rewears Her Versace Dress from 2002

**Extra TV**
Blake Lively Explains Britney Spears Re-Wear at 'It Ends with Us' Premiere (Exclusive)
Isabela Ferrer Says Taylor Swift Helped Her Get 'It Ends with Us' Role (Exclusive)

**New York Post**
PHOTOS: 'It Ends With Us' movie premiere in NYC

**Entertainment Tonight**
Blake Lively Dazzles in Versace Dress Worn by Britney Spears in 2002 at 'It Ends With Us' Premiere
Why Blake Lively Wore Britney Spears' Dress to 'It Ends With Us' Premiere (Exclusive)

**Forbes**

'It Ends With Us': Scenes From Blake Lively Movie Red Carpet Premiere

**E! Online**
It Ends With Us Actress Isabela Ferrer Shares Sweet Way Blake Lively Helped With Her Red Carpet Look

**ABC News**
Blake Lively, Ryan Reynolds step out for 'It Ends With Us' premiere

**GMA**
Blake Lively, Ryan Reynolds step out for 'It Ends With Us' premiere

**Page Six**
Blake Lively channels 'ultimate queen' Britney Spears in exact same 2002 Versace dress at 'It Ends With Us' premiere

**Us Weekly**
Blake Lively Wears Iconic Britney Spears Dress at 'It Ends With Us' Premiere With Ryan Reynolds

**Access Hollywood**
Blake Lively Joined By Ryan Reynolds & Hugh Jackman At 'It Ends With Us' Premiere

**Glamour**
Blake Lively Borrowed an Iconic Britney Spears Dress for Her Final 'It Ends With Us' Look

**Cosmopolitan**
Blake Lively Channels Britney Spears in Her Exact Vintage Versace Dress at the 'It Ends With Us' Premiere
Truly Obsessed With Blake Lively's Hot Pink Mini Dress at the 'It Ends With Us' After Party

**The News International**
'It Ends With Us' premiere: Blake Lively shouts out 2002's Britney Spears
Ryan Reynolds, Hugh Jackman crash Blake Lively's 'It Ends With Us' premiere
Ryan Reynolds makes 'It Ends with Us' premiere 'the best' for Blake Lively

**TODAY**
Blake Lively Wears Britney Spears Versace Dress At 'It Ends With Us' Premiere

**New York Daily News**
'It Ends With Us' movie premiere in NYC

**WWD**
'It Ends With Us' Red Carpet Premiere: Blake Lively, Camille Kostek and More [PHOTOS]

**New York Daily News**
'It Ends With Us' movie premiere in NYC

**USA Today**
'It Ends With Us' movie premiere: Blake Lively, Ryan Reynolds, Hugh Jackman, more stars attend

**Pinkvilla**
Deadpool & Wolverine Co-Stars Ryan Reynolds and Hugh Jackman Reunite at Blake Lively's It Ends with Us Premiere; See Here
Ryan Reynolds Attends It Ends With Us Premiere To Support Blake Lively; Actress Says, 'It's The Best' To Have Him By Her Side

**Daily Mail**
Blake Lively channels Barbie chic in a pink lace corset mini dress as she attends the afterparty for her It Ends With Us premiere after paying tribute to Britney Spears on the red carpet

**Maire Claire**
Blake Lively Borrows Britney Spears's 2002 Versace Dress for the 'It Ends With Us' Premiere

**TMZ**
Blake Lively Turns Into Barbie at Movie Premiere After-Party in NYC

**InStyle**
Blake Lively Wore One of Britney Spears's Most Iconic Looks to the 'It Ends With Us' Premiere

**ELLE**
Why Blake Lively Chose Britney Spears' Versace Dress for 'It Ends With Us' Premiere

**Cosmopolitan**
Blake Lively Channels Britney Spears in Her Exact Vintage Versace Dress at the 'It Ends With Us' Premiere

**SOCIAL**

**TWITTER**

**@THR**

Justin Baldoni arrives to the pink carpet premiere of #ItEndsWithUs in NYC
Colleen Hoover walks the pink carpet at the NYC premiere of #ItEndsWithUs
Jenny Slate stuns at the #ItEndsWithUs premiere in NYC
Brandon Sklenar comes through for the pink carpet premiere of #ItEndsWithUs
Hugh Jackman joins Blake Lively and #DeadpoolAndWolverine costar Ryan Reynolds at the #ItEndsWithUs premiere in NYC
Blake Lively and Ryan Reynolds pose together at the #ItEndsWithUs premiere in NYC
Blake Lively has arrived for the #ItEndsWithUs NYC premiere, wearing a dress in tribute to Britney Spears

**@justjared**
"It Ends With Us" actor and director Justin Baldoni got support from his wife Emily at tonight's NYC premiere!
The actors who play young Lily and Atlas in #ItEndsWithUs walked the red carpet at tonight's NYC premiere!
"Deadpool & Wolverine" stars Ryan Reynolds and Hugh Jackman both showed up to support Ryan's wife Blake Lively at her #ItEndsWithUs premiere!
Blake Lively stunned in her second look of the night at the "It Ends with Us" premiere after party last night!
Blake Lively is paying tribute to Britney Spears at the #ItEndsWithUs premiere, where she wore one of Britney's old dresses. She also wrote a touching note about the superstar!
"It Ends With Us" actor Brandon Sklenar makes a rare appearance with girlfriend Courtney Salviolo at the premiere of the new movie!

**@enews**
We're Ryle'd up because #JustinBaldoni has arrived to the #ItEndsWithUs carpet. 💙💧
Blake Lively Reveals Ryan Reynolds Wrote Iconic It Ends With Us Scene
No, you're not seeing double. 👯 The #ItEndsWithUs casting team deserves a raise for choosing Isabela Ferrer to play young Blake Lively.
It Ends With Us Actress Isabela Ferrer Shares Sweet Way Blake Lively Helped With Her Red Carpet Look
#BlakeLively is in full bloom for the #ItEndsWithUs premiere in NYC. 🌷
#BlakeLively and #RyanReynolds have a real-life BookTok kind of love. 💙 E! News airs Mon - Thurs at 11 PM on E! #ItEndsWithUs
Gimme more Britney Spears inspired looks from Blake Lively. 💜 #ItEndsWithUs
Mom and dad's night out. □ #BlakeLively and #RyanReynolds arrive in style to the #ItEndsWithUs premiere.
For #BrandonSklenar, this movie starts and ends with #BlakeLively. □ E! News airs Mon - Thurs at 11 PM on E! #ItEndsWithUs

**@PEOPLE**
Justin Baldoni and Wife Emily Wearing Coordinating Flower Accessories for Red Carpet Date Night at the It Ends with Us Premiere
See Blake Lively, Justin Baldoni and More Stars Arrive at the 'It Ends with Us' Premiere in N.Y.C.
Ryan Reynolds Supports Blake Lively at It Ends with Us Premiere, She Says 'It's the Best' Having Him There (Exclusive)
Blake Lively Is Pretty in Pink Corseted Versace Mini Dress at 'It Ends with Us' Afterparty
Hugh Jackman Reunites with Ryan Reynolds to Support Blake Lively's 'It Ends with Us' N.Y.C. Premiere
Isabela Ferrer Opens Up About Working with 'Angel' Blake Lively in 'It Ends with Us' : 'She's Just a Really Good Person'

**@peoplestyle**
Justin Baldoni and Wife Emily Wearing Coordinating Flower Accessories for Red Carpet Date Night at the It Ends with Us Premiere
Blake Lively on Wearing Britney Spears 'Actual' Dress to 'It Ends With Us' Premiere: 'It Should Be in the Smithsonian' (Exclusive)

**@cosmopolitan**
Blake Lively Channels Britney Spears in Her Exact Vintage Versace Dress at the 'It Ends With Us' Premiere
Truly Obsessed With Blake Lively's Hot Pink Mini Dress at the 'It Ends With Us' After Party

**@pagesix**
Blake Lively channels 'ultimate queen' Britney Spears in exact same 2002 Versace dress at 'It Ends With Us' premiere

**@deadline**
Isabela Ferrer, who plays the younger version of Lily Bloom in #ItEndsWithUs, on how she learned to mirror Blake Lively's mannerisms for her role: "We just realized how similar we were"
We're seeing double 😊 Blake Lively wearing Britney Spears' vintage Versace gown she wore in 2002 for the #ItEndsWithUs premiere in New York City tonight
#ItEndsWithUs author Colleen Hoover on the complexities of Ryle Kincaid and the intention behind writing him that way: "We're not all one hundred percent good, or one hundred percent bad"
Jenny Slate on how humor plays a role in helping audiences navigate the darker themes of #ItEndsWithUs
Stars and supporting cast gathered in New York City for the premiere of Sony's It Ends With Us starring Blake Lively, Justin Baldoni, Brandon Sklenar, Jenny Slate and more on Tuesday, August 6
#ItEndsWithUS director and star Justin Baldoni on the carpet for the New York City premiere tonight.
'It Ends With Us' New York Premiere Red Carpet Photos: Blake Lively, Justin Baldoni, Brandon Sklenar, Jenny Slate & More
It's a 'Deadpool & Wolverine' reunion at the #ItEndsWithUs premiere in New York City tonight with Hugh Jackman, Blake Lively & Ryan Reynolds
Brandon Sklenar at the New York City #ItEndsWithUs premiere tonight
Blake Lively on the carpet for the #ItEndsWithUs premiere in New York City tonight
Blake Lively on the message she hopes survivors of domestic abuse and generational trauma take away from watching #ItEndsWithUs

**@extraTV**
Isabela Ferrer found out after the fact that Taylor Swift had some influence in her getting cast as young Lily Bloom in #ItEndsWithUs: "That rocked my world." 😊□
Isabela Ferrer was living our wildest dreams at the #ItEndsWithUs premiere in a stunning look styled by Blake Lively! 🌸🌸💙
Brandon Sklenar raves over #ItEndsWithUs co-star Blake Lively and her hubby Ryan Reynolds: "They continue to blow me away with how real they are and how kind they are." □
Blake Lively was pretty in pink as she stepped out for the #ItEndsWithUs premiere after-party in NYC! 💜🌸
#ItEndsWithUs: Justin Baldoni dishes on the letter he wrote to Colleen Hoover that won her over. 💙 Plus, are there plans to make "It Starts with Us" into a sequel movie?
#ItEndsWithUs star Isabella Ferrer on the advice she got from Blake Lively and how Taylor Swift actually helped in her getting the role! 💙

From #DeadpoolAndWolverine ⏩ #ItEndsWithUs! Blake Lively got support from hubby Ryan Reynolds and Hugh Jackman at her big NYC premiere. □
Blake Lively rocks Britney Spears' 2002 Versace dress for #ItEndsWithUs premiere: "Britney's meant so much to me forever. I'm a forever Britney stan." 💗
Blake Lively goes full pop princess at the NYC premiere of #ItEndsWithUs, rocking Britney Spears' 2002 Versace butterfly dress! 🦋🌸💖
#ItEndsWithUs star Brandon Sklenar raves over meeting Hugh Jackman and says he'd love to play Wolverine someday!
Blake Lively stunned in Britney Spears' 2002 Versace butterfly dress at the #ItEndsWithUs premiere: "I'm a forever Britney stan." 💗

**@popcrave**
Blake Lively wears Britney Spears' iconic Versace dress from 2002 at 'It Ends With Us' premiere:

**@mtvuk**
Blake Lively and Ryan Reynolds delivered a joint slay at the New York premiere of It Ends With Us 💞 #mtvceleb

**@todayshow**
Blake Lively shares why she wore Britney Spears' dress to the "It Ends With Us" premiere.

**@thewrap**
Blake Lively and Ryan Reynolds attend the premiere of "It Ends With Us" in New York City.
Blake Lively attends the premiere of "It Ends With Us" in New York City.
Hugh Jackman, Blake Lively, and Ryan Reynolds attend the premiere of "It Ends With Us" in New York City.
Brandon Sklenar and Ryan Reynolds attend the premiere of "It Ends With Us" in New York City.

**@chicksintheoff**
The cast of 'It Ends With Us' at their NYC premiere tonight (+ Ryan Reynolds, of course)

**@whowhatwear**
Crying in nostalgia. @blakelively attended the premiere of her forthcoming movie, #ItEndsWithUs, in the iconic @Versace dress Britney Spears wore to the 2002 fashion show. ⭐

INSTAGRAM

**@people**
#JustinBaldoni has arrived at the "It Ends with Us" premiere. 😍
It's date night for #BlakeLively and #RyanReynolds at the "It Ends with Us" premiere. ♥
#BlakeLively is simply stunning tonight! 😍 | 📷:
We love a supportive duo. 👏 #HughJackman and #RyanReynolds attend the "It Ends with Us" premiere.
Now we need a #BlakeLively and #BritneySpears collaboration. 🤩
#BlakeLively is as stunning as ever at the "It Ends with Us" premiere. 😍
#RyanReynolds has arrived at the "It Ends with Us" premiere to support wife #BlakeLively. ♥
"It Ends with Us" is hubby approved. 😊#RyanReynolds said he "loved" Blake Lively's new film.

**@voguemagazine**
It was mom and dad's night out for @blakelively and @vancityreynolds. For the New York premiere of Lively's upcoming film, "It Ends With Us," Blake strayed from the floral looks she's been sporting on the press tour for this project and turned to a vintage @versace number (previously worn by Britney Spears in the early 2000s)

**@deadlinehollywood**
Blake Lively on the message she hopes survivors of domestic abuse and generational trauma take away from watching #ItEndsWithUs
It's a 'Deadpool & Wolverine' reunion at the #ItEndsWithUs premiere in New York City tonight with Hugh Jackman, Blake Lively & Ryan Reynolds.
We're seeing double 😍 #BlakeLively wearing #BritneySpears' vintage Versace gown she wore in 2002 for the 'It Ends With Us' premiere in New York City tonight.

**@extraTV**
Brandon Sklenar loved meeting (and getting grilled by!) Hugh Jackman for a hilarious #ItEndsWithUs promo video! 😂😊 Would Brandon ever want to step into the role of Wolverine?
Blake Lively goes full pop princess at the NYC premiere of #ItEndsWithUs, rocking Britney Spears' 2002 Versace butterfly dress! 🦋🌸💖
From #DeadpoolAndWolverine ⏩ #ItEndsWithUs! Blake Lively got support from hubby Ryan Reynolds and Hugh Jackman at her big NYC premiere. 💚 Swipe to check out the sweet pics!
Blake Lively explains her epic Britney Spears Versace fashion moment at the #ItEndsWithUs premiere: "I'm forever a Britney stan." 🦋💗

**@entertainmenttonight**
Blake Lively channeled Britney Spears for all the right reasons on the 'It Ends With Us' carpet. □💖🦋
Couples who carpet together stay together. 💖 It's been an eventful few weeks for Blake Lively and Ryan Reynolds ... and Hugh Jackman! 🎥🥤 (📷: Getty Images)
This carpet ends with ~~us~~ our jaws on the floor. 😱□⏩
Britney Spears' iconic Versace look does ~not~ end with her 2003 Milan moment! ✨⏩ Blake Lively donned the colorful gown at the premiere of 'It Ends With Us' in NYC. "Britney has meant so much to me," Blake told ET on the carpet. "To see a woman who works so hard in such extraordinary circumstances and is telling her story and authoring her story, as a millennial girl, Britney was the ultimate reason you want to sparkle and shine and be your most vibrant self." 💖
Blake Lively channeled Britney Spears for all the right reasons on the 'It Ends With Us' carpet. □💖🦋

**@itendswithusmovie**
a night to remember with @justinbaldoni 🎬 #ItEndsWithUsMovie

**@itendswithusmovie and sonypictures**
oops she did it again! @blakelively makes her appearance at the #ItEndsWithUsMovie world premiere ✨

**@enews**
For #BrandonSklenar, this movie starts and ends with #BlakeLively. □ E! News airs Mon - Thurs at 11 PM on E! #ItEndsWithUs
No, you're not seeing double. The #ItEndsWithUs casting team deserves a raise for choosing Isabela Ferrer to play young Blake Lively.
We're Ryle'd up because #JustinBaldoni has arrived to the #ItEndsWithUs carpet. 🖤🔥
#BlakeLively is in full bloom for the #ItEndsWithUs premiere in NYC. 🌷
Mom and dad's night out. 😊 #BlakeLively and #RyanReynolds arrive in style at the #ItEndsWithUs premiere.

**@hollywoodreporter**
#BlakeLively arrives to the premiere of #ItEndsWithUs wearing a dress in tribute to #BritneySpears alongside husband #RyanReynolds
#HughJackman joins #BlakeLively and #DeadpoolAndWolverine costar #RyanReynolds at the premiere of #ItEndsWithUs in NYC

**@thewrap**
Stars have lit up the pink carpet at the #ItEndsWithUs premiere tonight in New York City. □ #BlakeLively #RyanReynolds #HughJackman #BrandonSklenar #JennySlate #JustinBaldoni #HasanMinhaj

**@celebritykind**
🌸It Ends With Us🌸 The wonderfully talented, creative and hardworking cast of #ItEndsWithUs attend the film's world premiere in NYC! #BlakeLively & #RyanReynolds #EmilyBaldoni & #JustinBaldoni #IsabelaFerrer #JennySlate #BrandonSklenar #AlexNeustaedter #HasanMinhaj

**@accesshollywood**
#BlakeLively was so excited to wear #BritneySpears' dress to the #ItEndsWithUs premiere!

YOUTUBE

**ExtraTV**
'It Ends with Us': Justin Baldoni on Letter to Colleen Hoover & SEQUEL Plans (Exclusive)
Isabela Ferrer Says TAYLOR SWIFT Helped Her Get 'It Ends with Us' Role (Exclusive)
Blake Lively Explains Britney Spears RE-WEAR at 'It Ends with Us' Premiere (Exclusive)
Brandon Sklenar on Meeting Hugh Jackman & If He'd Play WOLVERINE (Exclusive)

**IT ENDS WITH US ADDITIONAL COVERAGE**

**BROADCAST**

**EXTRA**
WATCH | DOWNLOAD

**Entertainment Tonight**
WATCH | DOWNLOAD

**E! NEWS**
WATCH | DOWNLOAD
WATCH | DOWNLOAD

**TODAY (COLLEEN)**
WATCH | DOWNLOAD

**TODAY (BLAKE & JENNY)**
WATCH | DOWNLOAD

**LIVE WITH KELLY & MARK (BLAKE)**
SEGMENT 1 WATCH | DOWNLOAD
SEGMENT 2 WATCH | DOWNLOAD

**GOOD DAY NEW YORK**
CLIP 1 WATCH | DOWNLOAD
CLIP 2 WATCH | DOWNLOAD

**PRINT**

**Woman's Day New Zealand**
Behind the Scenes

**WHO**

Meet the Cast

**Hello! UK**
Don't' Miss This Week...

**ONLINE**

**BOX OFFICE PREDICTIONS**

**Deadline**
Ryan Reynolds Vs. Blake Lively At The Box Office: 'Deadpool & Wolverine' To Slay Again With $50M, 'It Ends With Us' To Begin With $23M-$30M+ - Preview

**Variety**
Blake Lively's 'It Ends With Us' to Battle Ryan Reynolds' 'Deadpool & Wolverine' at Box Office
'Deadpool & Wolverine' Slashes Competition at U.K., Ireland Box Office
**Among the most anticipated releases is M. Night Shyamalan's thriller "Trap," starring Josh Hartnett, from Warner Bros., set to open in over 300 locations. Sony's romantic drama "It Ends With Us," adapted from the bestselling Colleen Hoover novel, featuring Blake Lively, Justin Baldoni, Jenny Slate, Hasan Minhaj and Amy Morton, is also poised to make a splash.*

**Daily Mail**
Ryan Reynolds and Blake Lively to clash at box office with competing films as his smash hit Deadpool & Wolverine will play against her romantic drama It Ends with Us

**Gold Derby**
Box office preview: Blake Lively's 'It Ends With Us' takes on Ryan Reynolds' 'Deadpool and Wolverine'
Box office: 'Deadpool and Wolverine' remains on top with nothing else coming close
** On Friday Blake Lively stars in the romantic drama"It Ends With Us," which will make a concerted play to dethrone her husband Ryan Reynolds's blockbuster movie.*

**JoBlo**
Box Office Predictions: Will Borderlands be a box office flop?
**As for the rest of the weekend, Deadpool & Wolverine will have no trouble at all holding on to the top spot with a $40 million weekend. Number two should go to the Blake Lively adaptation, It Ends With Us, which should nab about $35 million (the book is very popular, and this likely is another Where the Crawdads Sing-sized hit).*
*Here are my (early) predictions:*
*It Ends With Us: $35 million*

**INTERVIEWS/FEATURES**

**Vogue**
Blake Lively Makes Her Signature Key Lime Pie—And Talks Playing Lily Bloom in It Ends With Us
Blake Lively on Fame, Family, Good Fortune—And Becoming a Glamorous Jewel Thief for Baz Luhrmann
**Being with Blake Lively is not like being with any of her characters. Not the chic and wicked Emily Nelson from A Simple Favor, not the morally ambiguous Serena van der Woodsen from Gossip Girl, not even the strong and suffering Lily Bloom from her latest, the adaptation of Colleen Hoover's bestselling It Ends With Us.*

**Entertainment Tonight**
Blake Lively and Jenny Slate Gush Over Working Together in 'It Ends With Us' (Exclusive)

**TODAY**
Blake Lively, Jenny Slate talk 'It Ends with Us' film adaptation
Blake Lively Says Outfits In 'It Ends With Us' Came from Gigi Hadid, Ryan Reynolds
Colleen Hoover on 'It Ends With Us' film: It's a faithful adaptation

**Access Hollywood**
Blake Lively Dishes On Steamy 'It Ends With Us' Scenes: 'Romance Is Really Important'

**Forbes**
Actor Brandon Sklenar On His Career And Finding 'It Ends With Us'

**EXTRA**
Blake Lively on Bringing Lily Bloom to Life & Using BFF Taylor Swift's Song (Exclusive)
Colleen Hoover RAVES Over Blake Lively, Talks 'It Starts with Us' Sequel (Exclusive)

**Cosmopolitan**
Exclusive: Blake Lively Joins Her 'It Ends With Us' Castmates for the Ultimate Girl Talk Sesh

**Yahoo! Entertainment**
'It Ends With Us' star Blake Lively on bringing Colleen Hoover book to big screen: 'I've never had such a challenging experience in my career'

**Us Weekly**
Jenny Slate Fell 'Deeply' in Love With Blake Lively on the Set of 'It Ends With Us'

**MISC.**

**Rolling Stone**
Ryan Reynolds Wants Blake Lively's 'It Ends With Us' Co-Star Brandon Sklenar to Be His New Dad

**New York Post**
Ryan Reynolds wrote an 'iconic' scene in Blake Lively's new movie 'It Ends With Us'

**US Weekly**
Ryan Reynolds Wrote Rooftop Scene in Blake Lively's It Ends With Us
Ryan Reynolds Interviews Wife Blake Lively's It Ends With Us Costar
Blake Lively Thanks Her Kids, Taylor Swift in It Ends With Us Credits

**The News International**
Blake Lively reveals Ryan Reynolds role in 'It Ends With Us'
Blake Lively unveils 'It Ends With Us' soundtrack secrets
Blake Lively reveals connection between 'It Ends With Us,' 'Deadpool'
Blake Lively spills bonding secret with 'It Ends With Us' co-actress: 'Guilt'
Ryan Reynolds hilarious dig at Blake Livelys It Ends With Us love interest: Watch

**CNN**
Ryan Reynolds had a few questions for Blake Lively's 'It Ends with Us' leading man

**NME**
Ryan Reynolds wrote scene in Blake Lively's new thriller 'It Ends With Us'

**HOLR Magazine**
Justin Baldoni Drama It Ends With Us Cast Explained

**ComingSoon.net**
It Ends With Us: Is It Based on a Book or True Story?
Is There a It Ends With Us Streaming Release Date & Is It Coming Out?
Ryan Reynolds Interrogates Blake Lively's It Ends With Us Love Interest in New Video

**Cosmopolitan**
Your cheat sheet on Brandon Sklenar, aka Atlas from It Ends With Us

**Entertainment Weekly**
Blake Lively reveals husband Ryan Reynolds wrote It Ends With Us rooftop scene: 'He works on everything I do'
What to Watch this week: Blake Lively and Justin Baldoni star in the romantic drama It Ends With Us
Ryan Reynolds and his mom torment Blake Lively's It Ends With Us costar in hilarious interview: 'Is this hell?'

**FandomWire**
Ryan Reynolds' Massive Contribution to a Steamy Scene in Blake Lively's 'It Ends With Us' Proves We're Truly Living in a Multiverse

**USA Today**
Blake Lively, Justin Baldoni lead book-to-movie adaptation 'It Ends with Us'

**E! Online**
Blake Lively Reveals Ryan Reynolds Wrote Iconic It Ends With Us Scene
Blake Lively Reveals How Taylor Swift Plays A Role in 'It Ends With Us' Movie (Exclusive) - E! Online
Why It Ends With Us Author Colleen Hoover Is Confused by Critics of Blake Lively's Costumes
Ryan Reynolds Hilariously Confronts Blake Lively's Costar Brandon Sklenar Over "Suggestive" Photo

**PEOPLE**
Taylor Swift, Lana Del Rey, Britney Spears and More Artists' Songs Featured in 'It Ends With Us' Movie
It Ends with Us' Brandon Sklenar Found Out About 'Ridiculous' Ryan Reynolds, Hugh Jackman Interview Prank on the Day of: 'Insane
Isabela Ferrer Opens Up About Working with 'Angel' Blake Lively in 'It Ends with Us'
Ryan Reynolds Grills Blake Lively's It Ends with Us Love Interest in Hilariously Awkward Interview
Is Colleen Hoover Writing Another Book? What She Says About Her 'Dry Spell' (Exclusive)
**IEWU mentioned throughout*
Blake Lively Highlights Composer Who Worked on 'It Ends with Us' and 'Deadpool': 'My Husband and I Share More Than Children'
Blake Lively Thanks Kids, Taylor Swift, Bradley Cooper, Britney Spears and More in It Ends With Us Credits
Blake Lively Wears Ryan Reynolds' Shirts and Socks in It Ends With Us, Plus Gigi Hadid's Sweaters (Exclusive)

**Entertainment Tonight**
Why 'It Ends With Us' Brandon Sklenar Cried After Ryan Reynolds and Hugh Jackman Viral Prank
'It Ends With Us' Star Brandon Sklenar Reacts to Getting Grilled by Ryan Reynolds and Hugh Jackman (Exclusive)
Ryan Reynolds Puts Blake Lively's 'It Ends With Us' Love Interest Through the Ringer in Hilarious Interview

**NME**
Ryan Reynolds wrote scene in Blake Lively's new drama 'It Ends With Us'

**Betches**
Breaking Down The Controversy Surrounding Colleen Hoover's 'It Ends With Us'

**Brit + Co**
'It Ends With Us' Actor Brandon Sklenar Has Major Chemistry With Blake Lively

**The Wrap**
Ryan Reynolds and His Mom Crash 'It Ends With Us' Interviews to Harass Blake Lively's On-Screen Love Interest | Video

**Screen Rant**
It Ends With Us Cast & Character Guide
How Old Blake Lively Is In It Ends With Us Compared To Lily's Age In The Book
Where To Watch It Ends With Us: Showtimes & Streaming Status
Ryan Reynolds Hilariously Interrogates Blake Lively's It Ends With Us Costar With Deadpool & Wolverine Crossover

**Boston Herald**
Colleen Hoover writes her own ticket to success as 'It Ends With Us' hits screens

**Pinkvilla**
'Been Extremely Busy': It Ends With Us Author Colleen Hoover Shares Update on Her Next Book Release
Blake Lively and Ryan Reynolds Share Same Composer for It Ends with Us and Deadpool & Wolverine; DEETS Inside
'She's Just Full Of Love': Blake Lively Opens Up About Her Experience Of Sharing Screen With Co-Star Jenny Slate In Upcoming Film It Ends With Us

**Radio Times**
It Ends With Us soundtrack: Latest news and trailer songs

**Evening Standard**
Ryan Reynolds, his mother and Hugh Jackman crash It Ends With Us interviews

**ComicBook.com**
Ryan Reynolds & Hugh Jackman Crash Blake Lively Interviews

**Geo News**
Ryan Reynolds, mom, Hugh Jackman get playful with Blake Livelys film lover
Jenny Slate confesses real life bond with Blake Lively

**First for Women**
'It Ends with Us' Cast: Catch Up with Blake Lively, Justin Baldoni, Brandon Sklenar and More
'It Ends with Us' Movie: Blake Lively, Colleen Hoover and the Cast Give a Peek Behind-the-Scenes

**Cinemablend**
Ryan Reynolds Showed Up To Interview Wife Blake Lively's Love Interest In It Ends With Us, And It Got Hilariously Awkward Fast

**Hollywood Life**
Blake Lively Shouts Out Taylor Swift During 'It Ends With Us' Press Tour

**GLAMOUR**
Ryan Reynolds Took Over an It Ends With Us Interview, and Of Course It Went Right Off the Rails

**Collider**
Ryan Reynolds Gets Real With His Wife in New 'It Ends With Us' Video

**JoBlo**
Ryan Reynolds, his mom, and Hugh Jackman grill Blake Lively's new co-star, Brandon Sklenar, about his wicked intentions

**We Got This Covered**
'I think we found the next Wolverine': Ryan Reynolds and Hugh Jackman promote Blake Lively's 'It Ends With Us' with the funniest interview you ever did see

**Just Jared**
'It Ends With Us' End Credits Include Blake Lively's List of Thank You's for Taylor Swift & Many More Celebs

**Parade Magazine**
Ryan Reynolds Interrogates Blake Lively's on-Screen Love Interest in Interview Fans Are Calling 'Absolute Perfection'

**SOCIAL**

**TWITTER**

**@forbes**
Actor Brandon Sklenar On His Career And Finding 'It Ends With Us'

**@imdb**
You have a really nice view. Here's an EXCLUSIVE look at #BlakeLively and #JustinBaldoni in #ItEndsWithUs—in theaters August 9.

**@variety**
Blake Lively's "It Ends With Us" is projected to earn a solid $25 million to $35 million in its opening weekend while Ryan Reynolds' "Deadpool & Wolverine" looks to add a mighty $47 million to $50 million in its third.

Blake Lively's 'It Ends With Us' to Battle Ryan Reynolds' 'Deadpool & Wolverine' at Box Office

**@deadline**
Husband and wife Ryan Reynolds and Blake Lively face off at the box office this weekend! Deadpool & Wolverine to slay again with $50M, and It Ends With Us is previewed to begin with $23M-$30M+
#ItEndsWithUs, starring Blake Lively and Justin Baldoni, directed by the latter: Presales are through the roof, with opening estimates quite wild. At the low end is NRG's $23M. Presales indicate a $30M+ opening. Some exhibitors' projections on It Ends With Us are super high in the $40M+ range, and that's based off presales

**@enews**
Blake Lively Reveals Ryan Reynolds Wrote Iconic It Ends With Us Scene
Making movies is a family affair for Blake Lively and Ryan Reynolds. She reveals how Ryan contributed to #ItEndsWithUs at the link.
#BlakeLively really is the ultimate girl's girl. 💚 For more from our interview with Blake, tune into E! News at 11 p.m. #ItEndsWithUs
Why It Ends With Us Author Colleen Hoover Is Confused by Critics of Blake Lively's Costumes

**@rottentomatoes**
Blake Lively and Brandon Sklenar star in an official clip from #ItEndsWithUs - in theaters this Friday.
Ryan Reynolds interviews Blake Lively's #ItEndsWithUs co-star Brandon Sklenar.

**@einsider**
Blake Lively Reveals Ryan Reynolds Wrote Iconic It Ends With Us Scene

**@todayshow**
"It's such a faithful adaptation." Author Colleen Hoover sits down with TODAY's @SheinelleJones to talk about the highly anticipated film based on her bestselling novel "It Ends With Us," which stars Blake Lively, Justin Baldoni and Jenny Slate.
Blake Lively borrowed clothes from friend Gigi Hadid and husband Ryan Reynolds in her new film "It Ends With Us" based on Colleen Hoover's best-selling novel.
Blake Lively and Jenny Slate sit down with @SheinelleJones to talk about their new film "It Ends with Us" @ItEndsWithUs based on Colleen Hoover's best-selling novel. Lively reveals she borrowed clothes from friend Gigi Hadid and husband @VancityReynolds for the film and more.
When it came to sourcing outfits for her character in "It Ends With Us," Blake Lively kept things in the family.

**@newyorkpost**
Ryan Reynolds wrote an 'iconic' scene in Blake Lively's new movie 'It Ends With Us'

**@nme**
Ryan Reynolds wrote scene in Blake Lively's new film 'It Ends With Us'

**@ew**
Blake Lively shared an 'It Ends With Us' behind-the-scenes fact that has fans even more excited to see the first big-screen Colleen Hoover adaptation: Her husband Ryan Reynolds wrote the iconic rooftop scene.
What to Watch this week: Blake Lively and Justin Baldoni star in the romantic drama 'It Ends With Us'
Watch Ryan Reynolds, his mom Tammy, and best buddy Hugh Jackman ruthlessly interrogated Blake Lively's 'It Ends With Us' costar Brandon Sklenar in a hilarious interview: 'Is this hell?'

**@rollingstone**
Ryan Reynolds Wants Blake Lively's 'It Ends With Us' Co-Star Brandon Sklenar to Be His New Dad

**@extraTV**
Colleen Hoover confesses she was "very nervous" about turning #ItEndsWithUs into a movie and shares why she entrusted the rights to to Justin Baldoni.
#ItEndsWithUs: Colleen Hoover raves over Blake Lively's "immeasurable talent" in bringing Lily Bloom to life. 🌸💚
Colleen Hoover says there are talks about a movie for the #ItEndsWithUs sequel book "It Starts with Us": "I could only hope." 🤞
Why Blake Lively *didn't* have any hesitations about taking on #ItEndsWithUs and bringing Lily Bloom to life. 🌸🌼🌷
Brandon Sklenar on Colleen Hoover being his "north star" for #ItEndsWithUs and not thinking too much about people's expectations.
#ItEndsWithUs: Blake Lively and Isabela Ferrer on their uncanny similarities — Blake jokes Isabela can take over her life with four kids and "an amazing husband"! ☺
Blake Lively talks using bestie and "most successful singer of all time" Taylor Swift's "My Tears Ricochet" in #ItEndsWithUs💚🎶
Blake Lively says they never dreamed they'd get to use a song from Taylor Swift, "the most successful singer of all time," in #ItEndsWithUs

**@cosmopolitan**
Blake Lively Playfully Called Colleen Hoover Out on Her Favorite 'It Ends With Us' Character

**@fandango**
Blake Lively and Jenny Slate star in #ItEndsWithUsMovie, coming to theaters this Friday 💐 Get your tickets now here👇

**@PEOPLE**
Ryan Reynolds Grills Blake Lively's 'It Ends with Us' Love Interest in Hilariously Awkward Interview
Blake Lively Wears Ryan Reynolds' Shirts and Socks in It Ends With Us, Plus Gigi Hadid's Sweaters (Exclusive)

**@etnow**
'It Ends With Us' co-stars Blake Lively and Jenny Slate spoke with ET in New York on Sunday.
Ryan Reynolds called on his mom and Hugh Jackman to grill his wife's 'It Ends With Us' love interest, Brandon Sklenar.

**@theprojecttv**
Blake Lively and Jenny Slate are starring as on-screen besties in the new film 'It Ends With Us' with Taylor Swift's 'My Tears Ricochet' as the soundtrack to a huge

moment, which leads to the pair telling us which Swiftie song would be the soundtrack to t

**@thewrap**
Ryan Reynolds, his mother, and Hugh Jackman all had some concerns about Blake Lively's new on-screen love interest, so they crashed Brandon Sklenar's interviews to harass him.

**@usweekly**
It Ends With Us was just the beginning for Blake Lively and Jenny Slate.
Blake Lively and Ryan Reynolds' careers often intersect, and their latest respective films, Deadpool & Wolverine and It Ends With Us, are proof.
Blake Lively's fresh floral style during the It Ends With Us tour has taken over the internet — and we can't get enough.
Ryan Reynolds had a bone to pick with wife Blake Lively's It Ends With Us costar and onscreen love interest, Brandon Sklenar.

**@geonews_english**
Blake Lively and Jenny Stale are co-working in movie 'It Ends With Us'

**@yahooent**
Blake Lively found filming "It Ends With Us" her most challenging role yet. She plays Lily Bloom, a character who faces a turbulent relationship after a traumatic childhood. The film, based on Colleen Hoover's novel, hits theaters on Aug. 9.

**@justjared**
Blake Lively thanks a long list of famous friends and other important people in the end credits of #ItEndsWithUs