# EXHIBIT 81

**From:** "Jennifer Abel"[redacted]>
**Sent:** Tue, 13 Aug 2024 16:41:08 -0400 (EDT)
**To:** [redacted]
**Subject:** Fwd: NBC News request for comment

---

**From:** Rosenblatt, Kalhan (NBCUniversal) <[redacted]>
**Sent:** Friday, August 9, 2024 8:45 AM
**To:** Jennifer Abel [redacted]
**Subject:** NBC News request for comment

You don't often get email from [redacted]. Learn why this is important

Hi there,

My name is Kalhan and I'm a reporter with NBC News. I'm reaching out to you because I'm working on a story about alleged drama behind the scenes of "It Ends With Us" that are swirling online.

This includes why Blake Lively and Ryan Reynolds didn't take pictures with Justin Baldoni, if there were creative differences and if they three are friendly behind the scenes.

Do you have any comment I can include in my written article on behalf of Mr. Baldoni? My deadline is ASAP.

Thank you!

**Sincerely,**
**Kalhan Rosenblatt**
**Internet Culture Reporter**
**E:** [redacted]
**O:** [redacted]
**C:** [redacted]
**NBC NEWS**
Hours: Mon. – Fri. 10 a.m. ET to 6 p.m. ET