# EXHIBIT 83

PRODUCED IN NATIVE FORMAT

| ExportItem | Item Identi | Document | Selected | Duplicate t | Original Pa | Location | Location Name | Target Patl | Document | Subject or | Sender or ( | Recipients | Recipients | Recipients | To – Expan | CC – Expan | BCC – Expa | DG Expans | Sent | Has Attach | Importanc | Is Read | Modified b | Type | Received o | Modified D | Size (KB) | Decode Sta | Complianc | Summary | Preservation | Original Url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AAAAAB2E | 8425436 | | | [redacted] | | | | | Fwd: NBC I | Jennifer | [redacted] | | | | | | | 8/13/2024 20:41 | FALSE | Normal | TRUE | | Message | ######## | | 35.735 | | | | | |
| | AAAAAB2E | 8445588 | | | [redacted] | | | | | FW: Press | Jennifer | [redacted] | | | | | | | 8/16/2024 17:51 | FALSE | Normal | TRUE | | Message | ######## | | 45.929 | | | | | |
| | AAAAAB2E | 8445518 | | | [redacted] | | | | | FW: Justin | Jennifer | [redacted] | | | | | | | 8/16/2024 17:17 | FALSE | Normal | TRUE | | Message | ######## | | 57.979 | | | | | |
| | AAAAAB2E | 8418149 | | | [redacted] | | | | | FW: Wayfa | Jennifer | [redacted] | | | | | | | 8/12/2024 18:06 | TRUE | Normal | TRUE | | Message | ######## | | 7,123.94 | | | | | |
| | AAAAAB2E | 8341004 | | | [redacted] | | | | | FW: AMP3 | Jennifer | [redacted] | | | | | | | 8/1/2024 20:21 | FALSE | Normal | TRUE | | Message | ######## | | 206.748 | | | | | |
| | AAAAAB2E | 8432209 | | | [redacted] | | | | | FW: A little | Jennifer | [redacted] | | | | | | | 8/14/2024 18:11 | FALSE | Normal | TRUE | | Message | ######## | | 19.169 | | | | | |
| | AAAAAB2E | 8432178 | | | [redacted] | | | | | FW: Jamie | Jennifer | [redacted] | | | | | | | 8/14/2024 17:51 | FALSE | Normal | TRUE | | Message | ######## | | 330.159 | | | | | |
| | AAAAAB2E | 8418062 | | | [redacted] | | | | | FW: It Ends | Jennife | [redacted] | | | | | | | 8/12/2024 17:42 | TRUE | Normal | TRUE | | Message | ######## | | 46.74 | | | | | |
| | AAAAAB2E | 8417886 | | | [redacted] | | | | | FW: IEWU | Jennife | [redacted] | | | | | | | 8/12/2024 17:10 | FALSE | Normal | TRUE | | Message | ######## | | 15.656 | | | | | |
| | AAAAAB2E | 8340325 | | | [redacted] | | | | | FW: Jamie | Jennife | [redacted] | | | | | | | 8/1/2024 16:52 | TRUE | Normal | TRUE | | Message | ######## | | 63.647 | | | | | |
| | AAAAAB2E | 8445551 | | | [redacted] | | | | | FW: WILL { | Jennife | [redacted] | | | | | | | 8/16/2024 17:19 | FALSE | Normal | TRUE | | Message | ######## | | 255.788 | | | | | |
| | AAAAAB2E | 8342419 | | | [redacted] | | | | | FW: Drake | Jennife | [redacted] | | | | | | | 8/1/2024 21:28 | FALSE | Normal | TRUE | | Message | ######## | | 49.975 | | | | | |
| | AAAAAB2E | 8418418 | | | [redacted] | | | | | FW: Press | Jennifer | [redacted] | | | | | | | 8/12/2024 19:55 | FALSE | Normal | TRUE | | Message | ######## | | 20.651 | | | | | |
| | AAAAAB2E | 8445672 | | | [redacted] | | | | | FW: Jamie | Jennife | [redacted] | | | | | | | 8/16/2024 18:43 | FALSE | Normal | TRUE | | Message | ######## | | 128.754 | | | | | |
| | AAAAAB2E | 8386086 | | | [redacted] | | | | | FW: Jamie | Jennif | [redacted] | | | | | | | 8/7/2024 20:53 | FALSE | Normal | TRUE | | Message | ######## | | 87.806 | | | | | |
| | AAAAAB2E | 8425155 | | | [redacted] | | | | | FW: 8.13 N | Jennife | [redacted] | | | | | | | 8/13/2024 17:13 | TRUE | Normal | TRUE | | Message | ######## | | 210.634 | | | | | |
| | AAAAAB2E | 8418089 | | | [redacted] | | | | | FW: Additi | Jennife | [redacted] | | | | | | | 8/12/2024 17:49 | TRUE | Normal | TRUE | | Message | ######## | | 520.433 | | | | | |
| | AAAAAB2E | 8418377 | | | [redacted] | | | | | FW: Justin | Jennifer | [redacted] | | | | | | | 8/12/2024 19:50 | FALSE | Normal | TRUE | | Message | ######## | | 24.733 | | | | | |
| | AAAAAB2E | 8340337 | | | [redacted] | | | | | FW: Gigi El | Jennife | [redacted] | | | | | | | 8/1/2024 16:56 | TRUE | Normal | TRUE | | Message | ######## | | 82.706 | | | | | |
| | AAAAAB2E | 8385975 | | | [redacted] | | | | | FW: Press ( | Jennife | [redacted] | | | | | | | 8/7/2024 19:59 | FALSE | Normal | TRUE | | Message | ######## | | 421.004 | | | | | |
| | AAAAAB2E | 8340631 | | | [redacted] | | | | | FW: IT END | Jennife | [redacted] | | | | | | | 8/1/2024 18:41 | FALSE | Normal | TRUE | | Message | ######## | | 65.836 | | | | | |
| | AAAAAB2E | 8340781 | | | [redacted] | | | | | FW: IT END | Jennife | [redacted] | | | | | | | 8/1/2024 18:57 | TRUE | Normal | TRUE | | Message | ######## | | 128.698 | | | | | |
| | AAAAAB2E | 8432218 | | | [redacted] | | | | | FW: Press | Jennife | [redacted] | | | | | | | 8/14/2024 18:19 | FALSE | Normal | TRUE | | Message | ######## | | 35.967 | | | | | |
| | AAAAAB2E | 8456434 | | | [redacted] | | | | | FW: NYT qu | Jennife | [redacted] | | | | | | | 8/19/2024 17:22 | FALSE | Normal | TRUE | | Message | ######## | | 104.236 | | | | | |
| | AAAAAB2E | 8418572 | | | [redacted] | | | | | FW: Updat | Jennife | [redacted] | | | | | | | 8/12/2024 22:52 | FALSE | Normal | TRUE | | Message | ######## | | 37.387 | | | | | |
| | AAAAAB2E | 8418071 | | | [redacted] | | | | | FW: IT END | Jennife | [redacted] | | | | | | | 8/12/2024 17:45 | FALSE | Normal | TRUE | | Message | ######## | | 48.613 | | | | | |
| | AAAAAB2E | 8445462 | | | [redacted] | | | | | FW: VIP/Ta | Jennife | [redacted] | | | | | | | 8/16/2024 17:05 | FALSE | Normal | TRUE | | Message | ######## | | 26.772 | | | | | |
| | AAAAAB2E | 8418414 | | | [redacted] | | | | | FW: Page S | Jennifer | [redacted] | | | | | | | 8/12/2024 19:55 | FALSE | Normal | TRUE | | Message | ######## | | 22.607 | | | | | |
| | AAAAAB2E | 8418115 | | | [redacted] | | | | | FW: Gigi G | Jennife | [redacted] | | | | | | | 8/12/2024 17:51 | FALSE | Normal | TRUE | | Message | ######## | | 1,561.75 | | | | | |
| | AAAAAB2E | 8375169 | | | [redacted] | | | | | FW: Press | Jennife | [redacted] | | | | | | | 8/6/2024 16:33 | FALSE | Normal | TRUE | | Message | ######## | | 33.38 | | | | | |
| | AAAAAB2E | 8418101 | | | [redacted] | | | | | FW: [DRAF | Jennifer | [redacted] | | | | | | | 8/12/2024 17:50 | TRUE | Normal | TRUE | | Message | ######## | | 1,234.83 | | | | | |
| | AAAAAB2E | 8417869 | | | [redacted] | | | | | FW: 8.12 N | Jennifer | [redacted] | | | | | | | 8/12/2024 17:06 | TRUE | Normal | TRUE | | Message | ######## | | 22,811.19 | | | | | |
| | AAAAAB2E | 8340279 | | | [redacted] | | | | | FW: Jamie | Jennife | [redacted] | | | | | | | 8/1/2024 16:38 | TRUE | Normal | TRUE | | Message | ######## | | 296.331 | | | | | |
| | AAAAAB2E | 8340702 | | | [redacted] | | | | | FW: Drake | Jennife | [redacted] | | | | | | | 8/1/2024 18:48 | TRUE | Normal | TRUE | | Message | ######## | | 295.72 | | | | | |
| | AAAAAB2E | 8425243 | | | [redacted] | | | | | FW: IT END | Jennife | [redacted] | | | | | | | 8/13/2024 18:34 | FALSE | Normal | TRUE | | Message | ######## | | 19.255 | | | | | |
| | AAAAAB2E | 8425486 | | | [redacted] | | | | | Fwd: Justin | Jennife | [redacted] | | | | | | | 8/13/2024 21:01 | FALSE | Normal | TRUE | | Message | ######## | | 23.912 | | | | | |
| | AAAAAB2E | 8456384 | | | [redacted] | | | | | FW: CONFI | Jennife | [redacted] | | | | | | | 8/19/2024 17:21 | FALSE | Normal | TRUE | | Message | ######## | | 217.039 | | | | | |
| | AAAAAB2E | 8348254 | | | [redacted] | | | | | FW: GOTTI | Jennife | [redacted] | | | | | | | 8/2/2024 16:12 | FALSE | Normal | TRUE | | Message | ######## | | 13.423 | | | | | |
| | AAAAAB2E | 8341417 | | | [redacted] | | | | | FW: Jamie | Jennife | [redacted] | | | | | | | 8/1/2024 21:28 | FALSE | Normal | TRUE | | Message | ######## | | 35.527 | | | | | |
| | AAAAAB2E | 8418395 | | | [redacted] | | | | | FW: Press | Jennifer | [redacted] | | | | | | | 8/12/2024 19:53 | FALSE | Normal | TRUE | | Message | ######## | | 24.405 | | | | | |
| | AAAAAB2E | 8425250 | | | [redacted] | | | | | FW: Press | Jenni | [redacted] | | | | | | | 8/13/2024 18:34 | FALSE | Normal | TRUE | | Message | ######## | | 84.973 | | | | | |
| | AAAAAB2E | 8425248 | | | [redacted] | | | | | FW: Additi | Jennife | [redacted] | | | | | | | 8/13/2024 18:34 | FALSE | Normal | TRUE | | Message | ######## | | 998.242 | | | | | |
| | AAAAAB2E | 8418049 | | | [redacted] | | | | | FW: from r | Jennife | [redacted] | | | | | | | 8/12/2024 17:42 | FALSE | Normal | TRUE | | Message | ######## | | 14.513 | | | | | |
| | AAAAAB2E | 8341051 | | | [redacted] | | | | | FW: ISO: E | Jennife | [redacted] | | | | | | | 8/1/2024 20:30 | FALSE | Normal | TRUE | | Message | ######## | | 14.408 | | | | | |
| | AAAAAB2E | 8418180 | | | [redacted] | | | | | FW: Media | Jennife | [redacted] | | | | | | | 8/12/2024 18:10 | FALSE | Normal | TRUE | | Message | ######## | | 140.812 | | | | | |
| | AAAAAB2E | 8397538 | | | [redacted] | | | | | Fwd: IT EN | Jennife | [redacted] | | | | | | | 8/9/2024 2:43 | FALSE | Normal | TRUE | | Message | ######## | | 70.841 | | | | | |
| | AAAAAB2E | 8385980 | | | [redacted] | | | | | FW: 76th E | Jennife | [redacted] | | | | | | | 8/7/2024 19:59 | TRUE | Normal | TRUE | | Message | ######## | | 161.816 | | | | | |