# EXHIBIT 84

PRODUCED IN NATIVE FORMAT

**Search Query Information: Wed, 01 May 2024 00:00:00 GMT to Thu, 15 Aug 2024 15:00:00 GMT , filedownloaded ,** [redacted]

| Date | IP Addresses | User | Record Type | Activity | Item | Details |
|---|---|---|---|---|---|---|
| 8/2/2024 14:11 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | August 2024 Update.xlsx | Downloaded from "Shared Documents/Finance/Staffing & Resourcing/Monthly Staffing Allocation/August 2024 Update" |
| 8/1/2024 2:04 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Knighthead BCFC Master Media List.xlsx | Downloaded from "Shared Documents/Knighthead/Media Lists/BCFC" |
| 8/1/2024 2:04 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Master Org Chart.xlsx | Downloaded from "Shared Documents/General/Operations/Org Charts" |
| 7/30/2024 2:00 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Drake Milligan Internal Agenda.docx | Downloaded from "Shared Documents/Drake Milligan/Agendas" |
| 7/26/2024 20:47 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Drake Milligan Internal Agenda.docx | Downloaded from "Shared Documents/Drake Milligan/Agendas" |
| 7/24/2024 8:23 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | JWLA PR ASSISTANT TURNOVER DOC.docx | Downloaded from "Documents/Microsoft Teams Chat Files" |
| 7/20/2024 2:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | MASTER AWARDS,FILM FESTIVALS,FASHION LIST,SPORTS.xlsx | Downloaded from "Documents" |
| 7/20/2024 2:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 07102023_Case Study_Wheels Up.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 7/20/2024 2:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | J Balvin Friendlies-Pitching Grid.xlsx | Downloaded from "Documents" |
| 7/20/2024 2:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Consumer Staffing ACTIVE.xlsx | Downloaded from "Shared Documents/Finance/Staffing & Resourcing/Monthly Staffing Allocation/Consumer Ad Hoc" |
| 7/20/2024 2:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Tom Wagner's Instagram Login Information.docx | Downloaded from "Shared Documents/Knighthead/Tom Wagner's Instagram" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 2024 JW Staffing Alignment.xlsx | Downloaded from "Shared Documents/Finance/Staffing & Resourcing/Monthly Staffing Allocation/File" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Neon Media Alert 2024.docx | Downloaded from "Documents" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | LA Talent + Entertainment Weekly Agenda 2024.docx | Downloaded from "Documents" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | ONE Weekly Internal Call Agenda.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | JW NEON CARNIVAL GUESTLIST.xlsx | Downloaded from "Shared Documents/NEON Carnival/2024" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | J Balvin Internal Weekly Agenda.docx | Downloaded from "Shared Documents/3317/Agendas" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Emma Agenda.docx | Downloaded from "Shared Documents/Emma Grede/Agendas/2023" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Agenda - NK, MG, & JONESWORKS Weekly Connect.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 7/20/2024 2:43 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Lainey Internal Agenda.docx | Downloaded from "Documents/Lainey Wilson" |
| 6/21/2024 23:14 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | J Balvin Friendlies-Pitching Grid.xlsx | Downloaded from "Documents" |
| 5/30/2024 13:01 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | JWLA PR ASSISTANT TURNOVER DOC.docx | Downloaded from "Documents/Microsoft Teams Chat Files" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Case Study_Fontainebleau Development.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 07102023_Case Study_Wheels Up.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | LA Talent + Entertainment Weekly Agenda 2024.docx | Downloaded from "Documents" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Lainey Internal Agenda.docx | Downloaded from "Documents/Lainey Wilson" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Neon Media Alert 2024.docx | Downloaded from "Documents" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | JW NEON CARNIVAL GUESTLIST.xlsx | Downloaded from "Shared Documents/NEON Carnival/2024" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Agenda - NK, MG, & JONESWORKS Weekly Connect.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | J Balvin Internal Weekly Agenda.docx | Downloaded from "Shared Documents/3317/Agendas" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 2024 JW Staffing Alignment.xlsx | Downloaded from "Shared Documents/Finance/Staffing & Resourcing/Monthly Staffing Allocation/File" |
| 5/29/2024 23:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | ONE Weekly Internal Call Agenda.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 5/29/2024 23:47 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Emma Agenda.docx | Downloaded from "Shared Documents/Emma Grede/Agendas/2023" |
| 5/21/2024 16:18 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Tom Wagner Seasons Review Message.docx | Downloaded from "Shared Documents/Knighthead/Media Statements/BCFC Seasons Review 2024" |
| 5/15/2024 23:33 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Fabiola Bio Headshot 1.jpeg | Downloaded from "Shared Documents/Fabiola Beracasa Beckman/Photos + Video/Headshot" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | JW NEON CARNIVAL GUESTLIST.xlsx | Downloaded from "Shared Documents/NEON Carnival/2024" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Neon Media Alert 2024.docx | Downloaded from "Documents" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | LA Talent + Entertainment Weekly Agenda 2024.docx | Downloaded from "Documents" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | J Balvin Internal Weekly Agenda.docx | Downloaded from "Shared Documents/3317/Agendas" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Case Study_Fontainebleau Development.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 2024 JW Staffing Alignment.xlsx | Downloaded from "Shared Documents/Finance/Staffing & Resourcing/Monthly Staffing Allocation/File" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Agenda - NK, MG, & JONESWORKS Weekly Connect.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | ONE Weekly Internal Call Agenda.docx | Downloaded from "Shared Documents/ONE/Agendas" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Lainey Internal Agenda.docx | Downloaded from "Documents/Lainey Wilson" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 07102023_Case Study_Wheels Up.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 5/11/2024 20:49 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Emma Agenda.docx | Downloaded from "Shared Documents/Emma Grede/Agendas/2023" |
| 5/3/2024 1:54 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | Case Study_Fontainebleau Development.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |
| 5/3/2024 1:53 | [redacted] | [redacted] | SharePointFileOperation | Downloaded file | 07102023_Case Study_Wheels Up.pptx | Downloaded from "Shared Documents/JW Templates/Case Studies" |