# EXHIBIT 85

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 31 | Date Range: 8/19/2024 - 8/20/2024 |

## Outline of Conversations

**iMessage Chat:** [redacted] • 31 messages between 8/19/2024 - 8/20/2024 • Alicia Jessop [redacted] • Custodian: Abel, Jennifer [redacted] • Custodian: Abel, Jennifer
<[redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat:** [redacted]

AJ **Alicia Jessop** < [redacted] ▶ 8/19/2024, 10:35 PM
Curiosity got the best of me so I reached out to Ryan and here's our answer.




*Image: files/Image/IMG_7176.jpeg (292 KB)*

Receipts • Custodian: Abel, Jennifer < [redacted] [R:8/19/2024, 10:35 PM]

JA **Custodian: Abel, Jennifer** < [redacted] ◀ 8/19/2024, 10:36 PM
lol

Receipts • Alicia Jessop < [redacted] [D:8/19/2024, 10:36 PM]

JA **Custodian: Abel, Jennifer** < [redacted] ◀ 8/19/2024, 10:36 PM
Intimidated by distance??

Receipts • Alicia Jessop < [redacted] [D:8/19/2024, 10:36 PM]

AJ **Alicia Jessop** < [redacted] ▶ 8/19/2024, 10:36 PM
😳😳😳

Receipts • Custodian: Abel, Jennifer < [redacted] [R:8/19/2024, 10:36 PM]

JA **Custodian: Abel, Jennifer** < [redacted] ◀ 8/19/2024, 10:36 PM
How did it start, you reached out to him first?

Receipts • Alicia Jessop < [redacted] [D:8/19/2024, 10:36 PM]

AJ **Alicia Jessop** < [redacted] ▶ 8/19/2024, 10:36 PM
Yes

Receipts • Custodian: Abel, Jennifer < [redacted] [R:8/19/2024, 10:36 PM]

JA **Custodian: Abel, Jennifer** < [redacted] ◀ 8/19/2024, 10:36 PM
And "When are you in town in OCTOBER"

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:37 PM
What?!

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:37 PM
Like months away

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:37 PM
Goodbye and good riddance

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:37 PM
Yeaaaa. Will not be holding my breath til then lol

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:37 PM]

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:37 PM
✌️

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:37 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:38 PM
Yeah no way

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:38 PM
In other news, Steph has gotten so hostile

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:38 PM
Are you done there yet or no?

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:38 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:38 PM
Not letting me email teams, speak to other employees, she has removed me from all client comms, she's making shit up. Blocked my email from sending to my personal email

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:38 PM
Friday is my last day

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:39 PM
They are refusing to release my cell phone #

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:39 PM
Oof. Did you get everything you needed before she did all of that?

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:39 PM]

JA **Custodian: Abel, Jennifer** <[redacted] ◄ 8/19/2024, 10:39 PM
Yes pretty much. I have my way around that shit because I have like 100s of different emails for each domain that I own so she can suck it

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:40 PM
Lmao that's hilarious

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:40 PM]

AJ **Alicia Jessop** <[redacted] ► 8/19/2024, 10:40 PM
Who's coming with you?

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/19/2024, 10:40 PM]

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:40 PM
And I can easily bury her for the hostile work environment and how she has treated me over the shit, literally the most horrendous texts and emails

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:40 PM
Plus, evidence of her planting bad press with former clients

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:40 PM
Im ready for her to try anything

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:40 PM
Client wise? Everyone

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:41 PM
She is so horrible. I can't believe she is allowed to operate a company

JA **Custodian: Abel, Jennifer <[redacted]** ◀ 8/19/2024, 10:41 PM
And she's prob reading these texts because they won't give back my #

AJ **Alicia Jessop <[redacted]** ▶ 8/20/2024, 2:18 AM
Emphasized "And I can easily bury her for the hostile work env…"

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/20/2024, 9:00 AM]

AJ **Alicia Jessop <[redacted]** ▶ 8/20/2024, 2:18 AM
Emphasized "Plus, evidence of her planting bad press with form…"

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/20/2024, 9:00 AM]

AJ **Alicia Jessop <[redacted]** ▶ 8/20/2024, 2:18 AM
Hi Steph!!! 👏👏👏

Receipts • Custodian: Abel, Jennifer <[redacted] [R:8/20/2024, 9:00 AM]