# EXHIBIT E

# EXHIBIT 45

FILED UNDER SEAL

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 73 | Date Range: 7/29/2024 |

## Outline of Conversations

**iMessage Chat: Melissa Nathan** [redacted] **Custodian: Abel, Jennifer** [redacted] • 73 messages on 7/29/2024 • Custodian: Abel, Jennifer [redacted] • Melissa Nathan [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: Melissa Nathan [redacted], Custodian: Abel, Jennifer [redacted]**

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
Happy monday- reached out to Triggs, Rosner and the reporter to change this :

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
https://people.com/justin-bieber-manager-rejected-crazy-rich-asians-director-never-say-never-film-8682321

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:03 AM
Do you know if they came to SJ for comment ? What is ridiculous is that the story literally says- he offered him the role. Then headline "rejected"

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:04 AM
SB obvs on one

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
This is ridiculous!

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
I have no idea if they contacted Steph

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:06 AM
And for me Charlotte Triggs is useless but messaged her - but will get Rosner to fix.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:06 AM
Yeah I'd be pissed too if I was sb. What a bs article

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:07 AM
My meeting is at 10am so I am mid list of what I am saying - this isn't helpful.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:07 AM
I wonder if he texted Steph about this too

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:07 AM
Oh FOR SURE

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:07 AM
Which usually she will text me to handle it but she didn't this time…

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:08 AM
Thats because you are now like me. An enemy of the state.

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:09 AM
Yes but… that means she would have had to tell scooter

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:09 AM
I will call you RIGHT after I drive away

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/29/2024, 10:09 AM
Should I shake shit up and text her about this and ask if they reached out to her for comment?

MN **Melissa Nathan** [redacted] ▶ 7/29/2024, 10:09 AM
Plz

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:09 AM
PLEASE

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:09 AM
On it

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:10 AM
I also said, jen and I are on it ( so not SJ and I are on it )

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:10 AM
So he knows its always us us us .

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:18 AM
https://mol.im/a/13684031

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:18 AM
Southport stabbing: 'One child dead' and seven people injured

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:19 AM
They didn't reach out but Steph said she will reach out to Charlotte lol

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:19 AM
I already did.

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:19 AM
But go for it

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:19 AM
I know I told her and said that scooter texted you about it

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:20 AM
I honestly do not think she does F all there anymore in her new role

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:20 AM
Nope

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:35 AM
Done

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:35 AM
https://people.com/jon-m-chu-convinced-justin-bieber-manager-never-say-never-film-8682321

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:36 AM
She cannot say this is her - fyi

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:36 AM
lol

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:36 AM
Thank you lord

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 10:37 AM

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 10:38 AM
SHE JUST RE WROTE ??

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 10:39 AM
Yep

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 10:40 AM

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 10:42 AM
It's all quite ridiculous isn't it

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 10:44 AM
Ifs beyond ridiculous - how she presents herself to him. And Melissa monitors LOL. Yes of course my team does so we can fix stories

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 10:54 AM
That was a dig at me because I didn't catch at 4am when it broke lol

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 10:54 AM
I'm gonna call you on my way up there.
I'm trying not to let this make me mad

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 10:57 AM
Don't. It's so ridiculous at this point and sb sees through it

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 11:03 AM
I know.
And once you are gone - we will be on accounts together and make really good money and be happy

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 11:48 AM
Let me know how it goes! Matt is going to see him later today for the first responder shoot

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 11:48 AM
I am calling you in the car- just need to get off the bloody toilet. Do not up the med

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 11:49 AM
Oh no

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 11:49 AM
I'm so sorry

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 1:16 PM
Oh
My
God

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 1:16 PM
I can't wait to call you I might call you mid this meeting

JA **Custodian: Abel, Jennifer** < [redacted] ◄ 7/29/2024, 1:19 PM
Omg do it

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 1:25 PM
Say the shit she said to you .

MN **Melissa Nathan** < [redacted] ► 7/29/2024, 1:57 PM
Shocked

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 1:58 PM
I'm working our plan

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 1:58 PM
Bear with me

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 2:19 PM
Am just with Andrew Sahn but calling you after when I leave

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:48 PM
I just left
I'm going to get my car to go home from home once I've taken some medicine .
I told all of them I want you on board as a separate contractor .

But I need meds before I talk to you

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:49 PM
As - my situation isn't good lol

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:49 PM
Hahaha oh no I'm so so sorry

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:49 PM
Did you by chance chat with Katie? The journo

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:49 PM
No, she's calling me soon. Actually, should be very soon, probably in the next 10 minutes.

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:50 PM
I'm so sorry you're not feeling well!!!!

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:50 PM
Matthew was laughing

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:50 PM
Of course he was lol

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:50 PM
How was sb

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:51 PM
We only really spoke at his house
Then I didn't stay for shoot as I went to see Sahn and finance people .
He was really shocked

JA Custodian: Abel, Jennifer < [redacted] ◀ 7/29/2024, 4:51 PM
Wild to me

MN Melissa Nathan < [redacted] ▶ 7/29/2024, 4:51 PM
Same

MN **Melissa Nathan** <[redacted] ▶ 7/29/2024, 9:01 PM

I literally went home and went to sleep and now I'm working an event for RZA .

She asked to move call to tomorow but don't worry am ON it

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 7/29/2024, 9:02 PM

Omg don't worry I appreciate you

JA **Custodian: Abel, Jennifer** <[redacted] ◀ 7/29/2024, 9:02 PM

Btw I added you to the IEWU screening on Thursday. They will email you details

MN **Melissa Nathan** <[redacted] ▶ 7/29/2024, 9:07 PM

We need to get you out of it. This is my priority now.

MN **Melissa Nathan** <[redacted] ▶ 7/29/2024, 9:34 PM

I want to make sure you are not