**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

**NOTICE OF THIRD-PARTY PLAINTIFF JENNIFER ABEL'S MOTION FOR SUMMARY JUDGMENT AGAINST THIRD-PARTY DEFENDANT JONESWORKS LLC**

PLEASE TAKE NOTICE that Third-Party Plaintiff Jennifer Abel hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment against Third-Party Defendant Jonesworks LLC on her First Cause of Action or, alternatively, her Second Cause of Action in the Amended Third-Party Complaint, before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court.

In support of this motion, Third-Party Plaintiff Jennifer Abel respectfully submits the accompanying Memorandum of Law, the accompanying Declaration of Jennifer Abel, with the exhibits attached thereto, and the accompanying Declaration of Kevin Fritz, with the exhibits attached thereto, and relies on all prior pleadings and proceedings in this action.

Respectfully submitted,

Dated: November 4, 2026

By: */s/ Kevin Fritz*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

*Attorneys for Third-Party Plaintiff Jennifer Abel*