**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

**DECLARATION OF KEVIN A. FRITZ**

I, Kevin A. Fritz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Meister Seelig & Schuster PLLC, 125 Park Avenue, 7th Floor, New York, NY 10017, and counsel of record for defendant/third-party plaintiff Jennifer Abel in the above-captioned action.

2. I respectfully submit this declaration in support of Jennifer Abel's motion for summary judgment against third-party defendant Jonesworks LLC ("Jonesworks").

3. A true and correct copy of the Amended Third-Party Complaint is attached as Exhibit A.

4. A true and correct copy of Jonesworks' Answer to the Amended Third-Party Complaint is attached as Exhibit B.

5. A true and correct copy of excerpts from the transcript of the deposition of Stephanie Jones, taken on September 16, 2025, is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 3, 2026
New York, NY

*<u>/s/ Kevin A. Fritz</u>*

MEISTER SEELIG & SCHUSTER PLLC
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
kaf@mss-pllc.com
*Counsel for defendant/third-party plaintiff Jennifer Abel*