# Exhibit 1

JONESWORKS

July 9, 2020

Jennifer Abel
[redacted]

Dear Jennifer,

I am pleased to make you the following offer to join JONESWORKS LLC (the "Agency") in the position of Vice President. Your first day of employment with the Agency will be on Thursday, July 23.

Should you accept this job offer, the following will confirm the terms of your acceptance:

1. You will report to Stephanie Jones.

2. Compensation: Your starting base salary will be at the gross annual rate of $160,000 per year, less applicable withholdings and taxes, paid in accordance with our standard payroll practices (currently, bi-weekly). Salary adjustments will be considered by Agency annually in conjunction with your annual performance evaluation and shall be at Agency's sole discretion. This shall be a full-time, exempt position.

3. Paid Time Off (PTO) Entitlement and Paid Sick Leave. Upon successful completion of your ninety (90)-day Introductory Period, JONESWORKS LLC has designed an annual Paid Time Off program (PTO) for all full-time employees. We recognize the need for employees to have flexibility when scheduling time away from work for vacation, personal business, and religious observance. You will be entitled to unlimited paid time off (PTO) subject to the limitations contained in any and all Agency written policies. All PTO days must be approved by Management in advance with not less than thirty (30) days notice. You will be eligible for benefits and 401(k) on the first of the month following 60 days of continuous full-time employment.

4. At-will employment. The Agency is an employer at will, and continuation of your employment with the Agency is not guaranteed for a specific length of time. Either party may terminate the relationship at any time with or without cause or notice. In addition, the Agency reserves the right to modify your position and duties to meet business needs and to use discretion in deciding on appropriate discipline. Any change to this at-will employment relationship must be by specific written agreement signed by you and an authorized representative of the Agency. You may at any time terminate this agreement and your employment by giving not less than two (2) business weeks written notice to your employer.

JONESWORKS

This offer is contingent upon the following:

- The execution by you of a Non-Disclosure, Intellectual Property Rights and Non-Solicitation Agreement in the form attached to this Offer Letter (the "Non-Disclosure Agreement"); and

- Your compliance with federal I-9 requirements (please bring suitable documentation with you on your first day of work verifying your identity and legal authorization to work in the United States); and

- Our verification of the information contained in your employment application, including satisfactory references.

The enclosed Non-Disclosure Agreement, along with this letter, represents the entire agreement between you and the Agency relating to this subject matter and supersedes all prior or contemporaneous agreements, understandings, negotiations or representations, whether oral or written, express or implied. This letter may not be modified or amended except by a specific, written agreement signed by you and an authorized representative of the Agency.

If you are in agreement with the foregoing, please sign below and return all pages of this offer letter to me. We look forward to working with you.

Sincerely,

Stephanie Jones
President

DocuSigned by:
Jennifer Abel
D378BAF7CD68410...

Jennifer Abel

211 East 43rd Street, Suite 1501 New York, NY 10017
212.839.0111