# Exhibit 5

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1680
**DATE** 05/07/2020
**DUE DATE** 05/17/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for May 2020 for Wayfarer Studios | 16,129.00 |

PAID

For ACH Payment:

**Redacted - NR**

| | |
| --- | --- |
| PAYMENT | 16,129.00 |
| BALANCE DUE | **$0.00** |

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1689
**DATE** 05/20/2020
**DUE DATE** 05/30/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for June 2020 for Wayfarer Studios | 20,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

| | |
| --- | --- |
| PAYMENT | 20,000.00 |
| BALANCE DUE | **$0.00** |

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1704
**DATE** 06/18/2020
**DUE DATE** 06/28/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for July 2020 for Justin Baldoni | 5,000.00 |
| Monthly Services for July 2020 for Wayfarer Studios | 20,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1764
**DATE** 07/17/2020
**DUE DATE** 07/27/2020
**TERMS** Net 10

---

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for August 2020 for Justin Baldoni | 5,000.00 |
| Monthly Services for August 2020 for Wayfarer Studios | 20,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1803
**DATE** 08/18/2020
**DUE DATE** 08/28/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for September 2020 for Justin Baldoni | 5,000.00 |
| Monthly Services for September 2020 for Wayfarer Studios | 20,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1836
**DATE** 09/18/2020
**DUE DATE** 09/28/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for October 2020 for Justin Baldoni | 5,000.00 |
| Monthly Services for October 2020 for Wayfarer Studios | 20,000.00 |
| Fast Company 2021 Most Innovative Companies Early Submission | 695.00 |

PAID

For ACH Payment:

**Redacted - NR**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

PAYMENT 25,695.00
BALANCE DUE **$0.00**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1872
**DATE** 10/19/2020
**DUE DATE** 10/19/2020
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for November 2020 for Wayfarer Studios | 20,000.00 |
| Monthly Services for November 2020 for Justin Baldoni | 5,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

or make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1918
**DATE** 11/18/2020
**DUE DATE** 11/28/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for December 2020 for Wayfarer Studios | 20,000.00 |
| Monthly Services for December 2020 for Justin Baldoni | 5,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

or make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 1957
**DATE** 12/18/2020
**DUE DATE** 12/28/2020
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for January 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for January 2021 for Justin Baldoni | 5,000.00 |

PAID

For ACH Payment:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

or make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

*** PLEASE REFERENCE INVOICE NUMBER ON ALL PAYMENTS

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2018
**DATE** 01/19/2021
**DUE DATE** 01/29/2021
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for February 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for February 2021 for Justin Baldoni | 5,000.00 |

PAID

Wire Instructions:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2060
**DATE** 02/18/2021
**DUE DATE** 02/28/2021
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for March 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for March 2021 for Justin Baldoni | 5,000.00 |

PAID

Wire Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2111
**DATE** 03/18/2021
**DUE DATE** 03/28/2021
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for April 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for April 2021 for Justin Baldoni | 5,000.00 |

PAID

Wire Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2161
**DATE** 04/19/2021
**DUE DATE** 04/29/2021
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for May 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for May 2021 for Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

AGS
c/o Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**

[redacted]

# INVOICE

**BILL TO**

[redacted]

| | |
|---|---|
| **INVOICE #** | 2210 |
| **DATE** | 05/18/2021 |
| **DUE DATE** | 05/28/2021 |
| **TERMS** | Net 10 |

---

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for June 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for June 2021 for Justin Baldoni | 5,000.00 |
| Travel to/from Kelly Clarkson appearance/ JB "Man Enough" - M Mitchell | 7.99 |
| Travel to/from Baldoni for LATM shoot and ET interview -M Mitchell | 81.25 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC

[redacted]

| | |
|---|---|
| PAYMENT | 25,089.24 |
| BALANCE DUE | **$0.00** |

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2254
**DATE** 06/18/2021
**DUE DATE** 06/18/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for July 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for July 2021 for Justin Balddoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2302
**DATE** 07/29/2021
**DUE DATE** 07/29/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for August 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for August 2021 for Justin Balddoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2322
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for September 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for September 2021 for Justin Balddoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

Redacted - NR

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2360
**DATE** 09/30/2021
**DUE DATE** 09/30/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for October 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for October 2021 for Justin Balddoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2403
**DATE** 10/27/2021
**DUE DATE** 10/27/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly Services for November 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for November 2021 for Justin Balddoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2477
**DATE** 12/16/2021
**DUE DATE** 12/26/2021
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for December 2021 for Wayfarer Studios | 20,000.00 |
| Monthly Services for December 2021 for Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2478
**DATE** 12/20/2021
**DUE DATE** 12/20/2021
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Services for January 2022 for Wayfarer Studios | 20,000.00 |
| Monthly Services for January 2022 for Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2597
**DATE** 02/01/2022
**DUE DATE** 02/11/2022
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for February 2022 - Wayfarer Studios | 20,000.00 |
| Monthly PR Services for February 2022 - Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2672
**DATE** 02/25/2022
**DUE DATE** 03/07/2022
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for March 2022 - Wayfarer Studios | 20,000.00 |
| Monthly PR Services for March 2022 - Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2727
**DATE** 03/22/2022
**DUE DATE** 04/01/2022
**TERMS** Net 10

**NOTES**
April 2022 Fees

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly PR Services for April 2022 - Wayfarer Studios | 20,000.00 |
| Monthly PR Services for April 2022 - Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2793
**DATE** 04/21/2022
**DUE DATE** 05/01/2022
**TERMS** Net 10

**NOTES**
May 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for May 2022 - Wayfarer Studios | 20,000.00 |
| Monthly PR Services for May 2022 - Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

Wire Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2842
**DATE** 05/20/2022
**DUE DATE** 05/30/2022
**TERMS** Net 10

---

**NOTES**
June 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for June 2022 - Wayfarer Studios | 20,000.00 |
| Monthly PR Services for June 2022 - Justin Baldoni | 5,000.00 |

PAID

Please make check payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

Wire Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2916
**DATE** 06/21/2022
**DUE DATE** 07/01/2022
**TERMS** Net 10

**NOTES**
July 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for July 2022 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for July 2022 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 2983
**DATE** 07/20/2022
**DUE DATE** 07/30/2022
**TERMS** Net 10

---

**NOTES**
August 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for August 2022 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for August 2022 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3049
**DATE** 08/22/2022
**DUE DATE** 09/01/2022
**TERMS** Net 10

---

**NOTES**
September 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for September 2022 | 25,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3116
**DATE** 09/20/2022
**DUE DATE** 09/30/2022
**TERMS** Net 10

**NOTES**
October 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for October 2022 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for October 2022 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3179
**DATE** 10/20/2022
**DUE DATE** 10/30/2022
**TERMS** Net 10

**NOTES**
November 2022 Fees

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly PR Services for November 2022 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for November 2022 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

| | |
|---|---|
| **INVOICE #** | 3246 |
| **DATE** | 11/21/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Net 10 |

**NOTES**
December 2022 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for December 2022 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for December 2022 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3307
**DATE** 12/16/2022
**DUE DATE** 12/26/2022
**TERMS** Net 10

**NOTES**
January 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for January 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for January 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3385
**DATE** 01/20/2023
**DUE DATE** 01/30/2023
**TERMS** Net 10

**NOTES**
February 2023 Fees

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly PR Services for February 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for February 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3414
**DATE** 02/21/2023
**DUE DATE** 03/03/2023
**TERMS** Net 10

**NOTES**
March 2023 Fees

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly PR Services for March 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for March 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3457
**DATE** 03/21/2023
**DUE DATE** 03/31/2023
**TERMS** Net 10

**NOTES**
April 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for April 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for April 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3516
**DATE** 04/20/2023
**DUE DATE** 04/30/2023
**TERMS** Net 10

---

**NOTES**
May 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for May 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for May 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3595
**DATE** 05/20/2023
**DUE DATE** 05/30/2023
**TERMS** Net 10

---

**NOTES**
June 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for June 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for June 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3660
**DATE** 06/20/2023
**DUE DATE** 06/30/2023
**TERMS** Net 10

---

**NOTES**
July 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for July 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for July 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3724
**DATE** 07/20/2023
**DUE DATE** 07/30/2023
**TERMS** Net 10

**NOTES**
August 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for August 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for August 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

| | |
|---|---|
| **INVOICE #** | 3805 |
| **DATE** | 08/20/2023 |
| **DUE DATE** | 08/30/2023 |
| **TERMS** | Net 10 |

**NOTES**
September 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for September 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for September 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3873
**DATE** 09/20/2023
**DUE DATE** 09/30/2023
**TERMS** Net 10

**NOTES**
October 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for October 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for October 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3929
**DATE** 10/20/2023
**DUE DATE** 10/30/2023
**TERMS** Net 10

**NOTES**
November 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for November 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for November 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

ACH Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 3984
**DATE** 11/20/2023
**DUE DATE** 11/30/2023
**TERMS** Net 10

---

**NOTES**
December 2023 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for December 2023 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for December 2023 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 4049
**DATE** 12/20/2023
**DUE DATE** 12/30/2023
**TERMS** Net 10

**NOTES**
January 2024 Fees

| DESCRIPTION | AMOUNT |
| --- | --- |
| Monthly PR Services for January 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for January 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
| --- | --- |
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 4112
**DATE** 01/19/2024
**DUE DATE** 01/29/2024
**TERMS** Net 10

---

**NOTES**
February 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for February 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for February 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 4264
**DATE** 02/20/2024
**DUE DATE** 03/01/2024
**TERMS** Net 10

**NOTES**
March 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for March 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for March 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 4368
**DATE** 03/20/2024
**DUE DATE** 03/30/2024
**TERMS** Net 10

**NOTES**
April 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for April 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for April 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

ACH Instructions:

**Redacted - NR**

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 4430
**DATE** 04/22/2024
**DUE DATE** 05/02/2024
**TERMS** Net 10

---

**NOTES**
May 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for May 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for May 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

PAYMENT 25,000.00
BALANCE DUE **$0.00**

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 5048
**DATE** 05/21/2024
**DUE DATE** 05/31/2024
**TERMS** Net 10

**NOTES**
June 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for June 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for June 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

Redacted - NR

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

**JONESWORKS LLC**
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 5088
**DATE** 06/20/2024
**DUE DATE** 06/30/2024
**TERMS** Net 10

---

**NOTES**
July 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for July 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for July 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

ACH Instructions:

**Redacted - NR**

| | |
|---|---|
| PAYMENT | 25,000.00 |
| BALANCE DUE | **$0.00** |

JW

JONESWORKS LLC
[redacted]

# INVOICE

**BILL TO**
[redacted]

**INVOICE #** 5146
**DATE** 07/22/2024
**DUE DATE** 08/01/2024
**TERMS** Net 10

---

**NOTES**
August 2024 Fees

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly PR Services for August 2024 - Justin Baldoni | 5,000.00 |
| Monthly PR Services for August 2024 - Wayfarer Studios | 20,000.00 |

PAID

Please make checks payable to JONESWORKS LLC and send to:

Jonesworks LLC
[redacted]

PAYMENT 25,000.00
BALANCE DUE **$0.00**

ACH Instructions:

**Redacted - NR**