# Exhibit 12

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 8 |
| Total Messages: 81 | Date Range: 8/6/2024 - 8/7/2024 |

### Outline of Conversations

**[redacted]/System Message chatroom** • 81 messages between 8/6/2024 - 8/7/2024 • [redacted] • [redacted] • Jen Abel [redacted] • Jen Abel New Number [redacted] • Katie Case [redacted] • Matthew Mitchell [redacted] • Nathan Melissa [redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

**[redacted]/System Message chatroom**

KC **Katie Case** [redacted] 8/6/2024, 8:38 PM
Great to see JB included in the Wrap's post which was shared in collaboration with Brandon!

KC **Katie Case** [redacted] 8/6/2024, 8:38 PM
https://www.instagram.com/p/C-WPduDyoRP/?igsh=M29mdDExeXF3cXpz

*Attachment: __Libr_1(5) (31 KB)*

*Attachment: __Libr_1(6) (119 KB)*

MM **Matthew Mitchell** [redacted] 8/6/2024, 8:40 PM
He's speaking to the wrap again tomorrow too.

MM **Matthew Mitchell** [redacted] 8/6/2024, 8:40 PM
justin is speaking to the wrap again tomorrow too.

KC **Katie Case**[redacted]) 8/6/2024, 8:41 PM
Loved "justin is speaking to the wrap again tomorrow too."

KC **Katie Case** [redacted] 8/6/2024, 9:03 PM
Additionally — our team pulled a social media sentiment report this evening, and general overview of response across platforms (incl. X, YouTube, Facebook, Instagram, LinkedIn, and blogs) from today. The report specifically analyzes response to Justin--independently and in relation to It Ends with Us and Blake Lively.

With the majority of the coverage emerging from the US (Brazil in second), the sentiment was overwhelmingly positive or neutral at a combined 87.5%. Words most associated with Justin included "main character," "Jane the Virgin,' "sequel," a heart emoji, and various other characters.

So while there's chatter about him doing press separately — the sentiment overall remains positive for the time being. We'll continue to flag items in real time of course, but wanted to share this in the meantime.

JA **Jen Abel** [redacted] 8/6/2024, 9:04 PM
Thanks!

KC **Katie Case** [redacted] 8/6/2024, 9:05 PM
Of course!

MM **Matthew Mitchell** [redacted] 8/6/2024, 9:06 PM
https://www.instagram.com/reel/C-WQXpby0oP/?igsh=MWQ1ZGUxMzBkMA==

*Attachment: __Libr_1(7) (72 KB)*

*Attachment: __Libr_1(8) (30 KB)*

*Attachment: __Libr_1(9) (31 KB)*

KC **Katie Case** [redacted] 8/6/2024, 9:07 PM
Excellent this fits exactly into what we can use narrative wise!

# [redacted] 8/6/2024, 9:08 PM
Imagine being a director and an actresses's not involved husband is wanting to write a scene….

KC Katie Case [redacted] 8/6/2024, 9:09 PM
Emphasized "Imagine being a director and an actresses's not in…"

KC Katie Case [redacted] 8/6/2024, 9:09 PM
https://x.com/brvttie/status/1820970977087365213?s=46&t=jViqTZARji93-nMEMLLmJQ

*Attachment: __Libr_1(10) (789 bytes)*

*Attachment: __Libr_1(11) (317 KB)*

KC Katie Case [redacted] 8/6/2024, 9:09 PM
Another speculative thread — not negative just questioning why things are being done separately.

MM Matthew Mitchell [redacted] 8/6/2024, 9:12 PM
Emphasized "Imagine being a director and an actresses's not in…"

KC Katie Case [redacted] 8/6/2024, 9:34 PM
This is a tweet from a reporter who writes for Paper and WWD:
https://x.com/kanika_talwar/status/1820995177097380088?s=46&t=jViqTZARji93-nMEMLLmJQ

We'll monitor for any carry over into traditional media from this.

# [redacted] 8/7/2024, 8:34 AM
Morning - flagging that the NotSkinnyButNotFat Instagram account has posted several stories questioning why Justin was not doing press alongside BL/cast. She recently had Ryan on last week as a guest for her podcast

# [redacted] 8/7/2024, 8:34 AM
Nothing bad just speculation

# [redacted] 8/7/2024, 8:39 AM
And about to watch Colleen Hoover on Today show in 3 mins␟␟Also, are there any embargoed pieces from Justin's press day which should keep watch for / any upcoming breaks we know of?

KC Katie Case [redacted] 8/7/2024, 8:39 AM
Emphasized "And about to watch Colleen Hoover on Today show in…"

JA Jen Abel [redacted] 8/7/2024, 8:42 AM
Great Justin is on cbs this morning live right now

JA Jen Abel [redacted] 8/7/2024, 8:43 AM
Press from the junket will be breaking today/tomorrow

JA Jen Abel [redacted] 8/7/2024, 8:43 AM
Here's our schedule for today and rest of the week so you guys can track as well[url:'https://p41-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']

*Attachment: __Library_SMS_Attachments_98_08_1D3BB3A3-874A-491C-B2DD-D7C2638549B7_JB x IT ENDS WITH US Press Schedule.docx (1 MB)*

MM Matthew Mitchell [redacted] 8/7/2024, 8:43 AM
Forbes is today too

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Loved "Press from the junket will be breaking today/tomor…"

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Liked "Great Justin is on cbs this morning live right now"

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Loved an attachment

KC **Katie Case** [redacted] 8/7/2024, 8:44 AM
Liked "Forbes is today too"

JA **Jen Abel** [redacted] 8/7/2024, 9:49 AM
Justin wants you melissa to thank the deux moi ladies for how they have been so supportive and covering the movie 😂

KC **Katie Case** [redacted] 8/7/2024, 10:04 AM
Emphasized "Justin wants you melissa to thank the deux moi lad…"

NM **Nathan Melissa** [redacted] 8/7/2024, 10:16 AM
Morning everyone.
I will, I actually have a call in with her today.

My concerns start today.

MM **Matthew Mitchell** [redacted] 8/7/2024, 10:18 AM
Thr acknowledges how Hoovers novel drew criticism. This speaks to why he's been separate too!

MM **Matthew Mitchell** [redacted] 8/7/2024, 10:18 AM
https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-1235967117/

*Attachment: __Libr_1(12) (230 KB)*

*Attachment: __Libr_1(13) (2 KB)*

KC **Katie Case** [redacted] 8/7/2024, 10:21 AM
Yes! Perfect.

KC **Katie Case** [redacted] 8/7/2024, 10:21 AM
Emphasized "Morning everyone.
I will, I actually have a call i…"

JA **Jen Abel** [redacted] 8/7/2024, 10:28 AM
Not a very good review though so let's not push this out lol

KC **Katie Case** [redacted] 8/7/2024, 10:49 AM
We won't, but good to have just in case as part of our arsenal.

KC **Katie Case** [redacted] 8/7/2024, 11:33 AM
Good excerpts from the Washington Post: https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/ (https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)

1. Yet, as a director, Baldoni is even more of a seducer than his own paper-perfect character. He knows that wounded, brooding sex symbols like Ryle are an irresistible erotic trope stretching from Jane Eyre's Mr. Rochester to "Fifty Shades of Grey's" pommel-horse-riding billionaire Christian Grey. Fans pant for romantic male leads who blur the line between passionate and aggressive — and that murk is exactly what the story explores. How can an extravagant gesture double as a red flag? How do emotionally smart girls who've vowed never to repeat their parents' mistakes wind up doing just

that — and how long will it take them to recognize it?

2. Baldoni more generously recognizes that he's playing a human work-in-progress, but we rarely have a sense of what's happening underneath his smolder, perhaps because Ryle hasn't had enough therapy to know.

MM **Matthew Mitchell** [redacted] 8/7/2024, 11:33 AM

Liked "Good excerpts from the Washington Post: https://ww..."

JA **Jen Abel** [redacted] 8/7/2024, 11:34 AM

Loved "Good excerpts from the Washington Post: https://ww..."

MM **Matthew Mitchell** [redacted] 8/7/2024, 12:09 PM

https://www.tiktok.com/t/ZTNgDyL8Y/

*Attachment: __Libr_1(14) (96 KB)*

*Attachment: __Libr_1(15) (19 KB)*

KC **Katie Case** [redacted] 8/7/2024, 12:10 PM

Thank you! We're keeping an eye on her, she's posted a few things about this.

KC **Katie Case** [redacted] 8/7/2024, 12:23 PM

[url:'https://p63-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

*Attachment: __Library_SMS_Attachments_ee_14_0174E719-C72E-4CAA-B476-D38FA392755B_Screenshot 2024-08-07 at 09.19.22.HEIC (37 KB)*

KC **Katie Case** [redacted] 8/7/2024, 1:32 PM

Sending as an FYI, though we know Melissa is speaking with her today.[url:'https://p32-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']




*Image: __Library_SMS_Attachments_97_07_A8E82184-FEF6-41E3-ABEF-F2E644784613_IMG_2711.PNG (341 KB)*

JA Jen Abel [redacted] 8/7/2024, 1:56 PM
Can we source to them that it's literally nothing no beef just the canned content when he was out of the country etc?

KC Katie Case [redacted] 8/7/2024, 2:01 PM
Liked "Can we source to them that it's literally nothing …"

NM Nathan Melissa [redacted] 8/7/2024, 2:06 PM
Yes waiting for the call but I'm sure she's been briefed

NM Nathan Melissa [redacted] 8/7/2024, 2:06 PM
The other side too

KC Katie Case [redacted] 8/7/2024, 2:34 PM
https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-questions/

*Attachment: __Libr_1(16) (256 KB)*

KC Katie Case [redacted] 8/7/2024, 2:34 PM
First press piece on this — while this is a minor outlet, we'd like to discuss how to engage asap and shut this down with our proposed language. We can also provide suggested language if you prefer to reach out Jen/Matthew.

# [redacted] 8/7/2024, 2:35 PM
Especially if we know less than favorable piece is likely coming

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
We need to change this guys

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
It says this within. The headline is clickbait

JA Jen Abel [redacted] 8/7/2024, 2:39 PM
The fact that Justin Baldoni was missing from the press tour might be suspicious, but it might not necessarily mean there's any drama there. The actor was recently hospitalized and unable to attend some events due to an undisclosed infection, which he posted about on his Instagram (https://www.instagram.com/p/C8DBYugvM8K/?utm_source=ig_embed&ig_rid=bd588e4a-4431-486d-8d57-7dabab9759c4) in early June. He has also addressed his role as Ryle Kincaid, noting the differences between him and the character, so Baldoni's absence from the press events might be an attempt to not glamorize the film's domestic violence issue. Baldoni previously expressed (https://www.news18.com/movies/justin-baldoni-says-a-lot-of-fear-came-up-when-he-decided-to-play-ryle-in-it-ends-with-us-8982878.html)
, "Ryle was a complex character, I had a lot of fear come up to play this person who is so different than who I am. I had never gone to the places that Ryle does in the film."

NM Nathan Melissa [redacted] 8/7/2024, 2:41 PM
Have you received one email enquiry

JA Jen Abel [redacted] 8/7/2024, 2:41 PM
No

NM Nathan Melissa [redacted] 8/7/2024, 2:44 PM
this is speculation and gossip.
It's a bloggy thing as you know.

We can start to tee this up in a major as to JB and his travels and all - or speak to Belloni about how good he did in media

But , the minute we start pushing out stories considering that you have not received one request for comment isn't the wisest move right now.

# [redacted] 8/7/2024, 2:44 PM
And as right now it's speculation with no exact details being included in the rumor mill, it will peak interest

JA Jen Abel [redacted] 8/7/2024, 2:45 PM
I trust you guys but one article that leads with "avoiding others like the plague" I feel opens the floodgates

# [redacted] 8/7/2024, 2:46 PM
We'll connect with them to chat but flagging they may push back without having a substantial fact to correct headline

JA Jen Abel [redacted] 8/7/2024, 2:46 PM
I defer to you guys

# [redacted] 8/7/2024, 4:03 PM
Flagging The Sun article. Complete regurgitation of what's circulating online - verbatim usage of Instagram posts and TikTok's which is why social help to quiet/kill this will be so helpful.

But it's key to note there's nothing new here -

# [redacted] 8/7/2024, 4:03 PM
https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/

*Attachment: __Libr_1(17) (3 KB)*

*Attachment: __Libr_1(18) (170 KB)*

JA Jen Abel [redacted] 8/7/2024, 4:03 PM
Let's please start having social kill asap

JA Jen Abel [redacted] 8/7/2024, 4:04 PM
And pls send strategy as we discussed now that this has evolved, if it makes sense for him to get ahead of this

# [redacted] 8/7/2024, 4:04 PM
Also includes social posts of people reiterating being away

"I know Justin is so cool yall are missing him," the user wrote.
"He was sick, celebrated their anniversary, his wife's birthday. He is posting not doing the group tours."

# [redacted] 8/7/2024, 4:04 PM
Yes sending shortly

# [redacted] 8/7/2024, 4:19 PM
We are starting to hear things from our friendlies in the last 20 mins, daily mail, TMZ, NYP. So need to shift messaging we're exploring for tomorrow

# [redacted] 8/7/2024, 4:19 PM
And potentially getting ahead of this / Belloni item

JA Jen Abel [redacted] 8/7/2024, 4:22 PM
Please draft direction we need to take

# [redacted] 8/7/2024, 4:43 PM
Just sent email

NM **Nathan Melissa** [redacted] 8/7/2024, 5:36 PM
On great so 3:30pm works PT

NM **Nathan Melissa** [redacted] 8/7/2024, 5:36 PM
For a call

JA **Jen Abel** [redacted] 8/7/2024, 5:38 PM
Let's do it please can you guys send a zoom link I've texted Jamey to make sure he can join.

# [redacted] 8/7/2024, 5:41 PM
Confirming us here + Justin + Jamey for call? We'll send cal invite and zoom link

JA **Jen Abel** [redacted] 8/7/2024, 5:42 PM
Yes pls

KC **Katie Case** [redacted] 8/7/2024, 7:41 PM
This is interesting: https://vm.tiktok.com/ZGevyVcsv/

Screenshots of her theories which aren't correct, but are calling out Blake and Ryan for acting insidiously.[url:'https://p33-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN0 0']
[url:'https://p33-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN0 0']

*Attachment: __Library_SMS_Attachments_72_02_3CF648DD-52C9-4DC7-AD5E-5DC52CC47A47_Screenshot 2024-08-07 at 16.23.32.HEIC (107 KB)*

*Attachment: __Library_SMS_Attachments_7d_13_29252362-0BB7-421D-8A78-9934474E5024_Screenshot 2024-08-07 at 16.22.54.HEIC (101 KB)*

KC **Katie Case** [redacted] 8/7/2024, 7:47 PM
We also just pulled a sentiment report for the day for a holistic look at socials overall on X, YouTube, Facebook, IG, etc.

Again, this is specifically analyzing social chatter related to Justin--independently and in relation to It Ends with Us, Blake Lively, and the #itendswithus hashtag.

As yesterday, sentiment remained overwhelmingly positive or neutral at a combined 83%. Words most associated with Justin included "premiere," "review," "director," "lead role," "red carpet,", and various characters and premiere attendees from photo roundups. The only word perhaps of note is "drama," although this phrase does refer to the film's genre and was cited frequently in review headlines and social posts.

JA **Jen Abel** [redacted] 8/7/2024, 7:47 PM
That's great. Please send the drafted messaging when you can so we can share with him tonight but he feels good about the call and feels protected

JA **Jen Abel** [redacted] 8/7/2024, 7:47 PM
Appreciate you guys

KC **Katie Case** [redacted] 8/7/2024, 7:48 PM
Absolutely, we'll send in the next several minutes. And so happy to hear that, it's what we're here for 🖤