# Exhibit 14

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 8 |
| Total Messages: 67 | Date Range: 8/8/2024 - 8/9/2024 |

### Outline of Conversations

**[redacted]/System Message chatroom** • 67 messages between 8/8/2024 - 8/9/2024 • [redacted] • Jen Abel [redacted] • Jen Abel New Number [redacted] • Katie Case [redacted] • Matthew Mitchell [redacted] • Nathan Melissa [redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]**/System Message chatroom**

JA **Jen Abel** [redacted] 8/8/2024, 8:30 PM
[url:'https://p62-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']

*Attachment: __Library_SMS_Attachments_25_05_07D0417E-94B8-45C0-9A31-4F148213ED37_MOV_1624.MOV (6 MB)*

KC **Katie Case** [redacted] 8/8/2024, 8:31 PM
Thank you — we've flagged her to Jed and his team as well.

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
It looks like she took it down?

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
But she posted this

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
https://www.tiktok.com/t/ZTNpha8gr/

*Attachment: __Libr_1(52) (19 KB)*

*Attachment: __Libr_1(53) (80 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 8:31 PM
https://www.tiktok.com/t/ZTNph5tHJ/

*Attachment: __Libr_1(54) (19 KB)*

*Attachment: __Libr_1(55) (47 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 8:34 PM
[url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']




*Image: __Library_SMS_Attachments_42_02_DB95512F-2FAD-4E13-990E-557E2819CA4E_IMG_2656.jpeg (192 KB)*

KC **Katie Case** [redacted] 8/8/2024, 8:37 PM

I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it.

KC **Katie Case** [redacted] 8/8/2024, 8:49 PM

Also if this isn't true… and I'll let Melissa and Breanna chime in too but this is ground for a cease and desist or legal.

JA **Jen Abel** [redacted] 8/8/2024, 9:05 PM

Pushing out some good press

JA **Jen Abel** [redacted] 8/8/2024, 9:05 PM

https://www.eonline.com/news/1405921/it-ends-with-us-justin-baldoni-praises-smart-and-creative-costar-blake-lively

*Attachment: __Libr_1(56) (5 KB)*

*Attachment: __Libr_1(57) (399 KB)*

JA **Jen Abel** [redacted] 8/8/2024, 9:06 PM

https://www.instagram.com/p/C-bCO5JB99Y/?igsh=MzRIODBiNWFIZA==

*Attachment: __Libr_1(58) (31 KB)*

*Attachment: __Libr_1(59) (144 KB)*

KC **Katie Case** [redacted] 8/8/2024, 9:12 PM

Loved "Pushing out some good press "

KC **Katie Case** [redacted] 8/8/2024, 9:15 PM

Very interesting… wrong obviously but still interesting!

KC **Katie Case** [redacted] 8/8/2024, 9:15 PM

https://perezhilton.com/ryan-reynolds-cause-blake-lively-feud-justin-baldoni-it-ends-with-us-director/

*Attachment: __Libr_1(60) (185 KB)*

*Attachment: __Library_SMS_Attach_1_a8_08_BA5095_1_2FC192_1 (4 KB)*

SM **System Message (System Message)** 8/8/2024, 9:28 PM
[redacted] added [redacted] to the conversation

JA **Jen Abel** [redacted] 8/8/2024, 9:28 PM
Adding Jamey here too

JA **Jen Abel** [redacted] 8/8/2024, 9:29 PM
So we are all in sync - Justin on the other thread

KC **Katie Case** [redacted] 8/8/2024, 9:29 PM
Hi Jamey!

# [redacted] 8/8/2024, 9:30 PM
Hi Katie

JA **Jen Abel** [redacted] 8/8/2024, 9:33 PM
Just fyi not responding [url:'https://p48-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']




*Image: __Library_SMS_Attachments_04_04_41522C4D-942B-403E-90C7-44A714E10A34_IMG_2657.PNG (209 KB)*

KC **Katie Case** [redacted] 8/8/2024, 9:34 PM
Liked an image

MM **Matthew Mitchell** [redacted] 8/8/2024, 11:30 PM
https://people.com/blake-lively-ryan-reynolds-wrote-scene-it-ends-with-us-8692864

*Attachment: __Libr_1(61) (3 KB)*

*Attachment: __Libr_1(62) (228 KB)*

# [redacted] 8/8/2024, 11:58 PM
https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut

*Attachment: __Libr_1(63) (5 KB)*

*Attachment: __Libr_1(64) (509 KB)*

JA **Jen Abel** [redacted] 8/9/2024, 12:48 AM
Team just fyi we are pulling press for tomorrow. Not worth it with these local producers gunning for a comment

JA **Jen Abel** [redacted] 8/9/2024, 12:49 AM
Let's keep an eye out for chatter

NM **Nathan Melissa** [redacted] 8/9/2024, 12:49 AM
What is the language you are using to pull?

JA **Jen Abel** [redacted] 8/9/2024, 12:49 AM
He's exhausted. We wrapped the screening at midnight and he has been going for a full week of junket and we will get them next time we are in market

NM **Nathan Melissa** [redacted] 8/9/2024, 12:50 AM
Ok perfect.
Let's connect first thing

JA **Jen Abel** [redacted] 8/9/2024, 12:51 AM
Liked "Ok perfect.
Let's connect first thing "

# [redacted] 8/9/2024, 7:37 AM
https://www.tiktok.com/t/ZTNpQLQ5R/

*Attachment: __Libr_1(65) (7 KB)*

*Attachment: __Libr_1(66) (27 KB)*

*Attachment: __Libr_1(67) (139 KB)*

# [redacted] 8/9/2024, 7:37 AM
This woman was on set with Justin during 5 feet apart and speaks to how wonderful Justin is

KC **Katie Case** [redacted] 8/9/2024, 7:37 AM
Emphasized "This woman was on set with Justin during 5 feet ap…"

KC **Katie Case** [redacted] 8/9/2024, 7:38 AM
Liked "He's exhausted. We wrapped the screening at midnig…"

MM **Matthew Mitchell** [redacted] 8/9/2024, 8:06 AM
Loved "https://www.tiktok.com/t/ZTNpQLQ5R/"

MM **Matthew Mitchell** [redacted] 8/9/2024, 9:59 AM
https://www.forbes.com/sites/jeffconway/2024/08/09/justin-baldoni-on-it-ends-with-us-and-his-journey-with-masculinity/

*Attachment: __Libr_1(68) (170 KB)*

*Attachment: __Libr_1(69) (1 KB)*

KC **Katie Case** [redacted] 8/9/2024, 10:03 AM
BEAUTIFUL interview. Such an amazing story.

JA **Jen Abel** [redacted] 8/9/2024, 10:59 AM

[url:'https://p51-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']


9:56

Hello Jennifer,

I'm working on a story about *It Ends With Us* and the relationship between the film's director and co-lead Justin Baldoni and the film's producer and co-lead Blake Lively. I'd like to know if you can provide a statement from Justin about what it was like working with Blake, in response to online rumors of tension between Baldoni and the rest of the *It Ends With Us* cast. I am working toward [illegible] deadline. On background responses will also suffice. If I've reached the wrong person, please connect me to someone who can help. Thank you.

Appreciatively,
Kalia Richardson

--
**Kalia Richardson**
*Entertainment Reporter*

Reply

*Image: __Library_SMS_Attachments_fd_13_459BACF6-C483-4C4E-91B0-A8E634D3FE33_IMG_2674.PNG (294 KB)*

\# [redacted] 8/9/2024, 11:01 AM

Thank you - we will keep watch for break. Just interesting how all of these publications are still writing stories on speculation even though there's been zero details given

\# [redacted] 8/9/2024, 11:10 AM

https://people.com/justin-baldoni-blake-lively-direct-it-ends-with-us-sequel-8693095

*Attachment: __Libr_1(70) (1 MB)*

*Attachment: __Libr_1(71) (3 KB)*

KC **Katie Case** [redacted] 8/9/2024, 11:16 AM

https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792

*Attachment: __Libr_1(72) (8 KB)*

*Attachment: __Libr_1(73) (106 KB)*

KC **Katie Case** [redacted] 8/9/2024, 11:16 AM

"Every movie is a miracle," he says. "And then, of course, you're navigating complex personalities and trying to get everybody on the same page with the same vision. And mistakes are always made, and then you figure out how to move past them."

He describes his directing style as a constant collaboration, for better or worse.

This is perfect!

JA **Jen Abel** [redacted] 8/9/2024, 11:16 AM

😀

# [redacted] 8/9/2024, 12:04 PM
https://www.dailymail.co.uk/tvshowbiz/article-13725951/Blake-Lively-claims-Ryan-Reynolds-wrote-iconic-scene.html

*Attachment: __Libr_1(74) (4 KB)*

*Attachment: __Libr_1(75) (1 MB)*

# [redacted] 8/9/2024, 12:04 PM
Great headline "...as baffled screenwriter reacts" - working in our favor should we need

# [redacted] 8/9/2024, 12:04 PM
"Meanwhile, the film's screenwriter, Christy Hall, appeared baffled by the claim, and shared she wasn't aware Reynolds contributed to the dialogue."

JA **Jen Abel** [redacted] 8/9/2024, 12:05 PM
Good

# [redacted] 8/9/2024, 12:05 PM
It's pickup from the People interview, but with a much more honest spin

MM **Matthew Mitchell** [redacted] 8/9/2024, 12:06 PM
https://youtu.be/_k7T6_x3QMY

*Attachment: __Libr_1(76) (2 KB)*

*Attachment: __Libr_1(77) (170 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:08 PM
Interesting thread going around re Ryan this AM — that the supposed "rift" is due to him pushing his way onto the movie / trying to overshadow IEWU to boost Deadpool. We'll keep an eye but wanted to flag overall.

KC **Katie Case** [redacted] 8/9/2024, 12:12 PM
https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818 (https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818)

JA **Jen Abel** [redacted] 8/9/2024, 12:15 PM
[url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']



*Image: __Library_SMS_Attachments_83_03_4BB5887E-453A-4BDC-9244-D7EFAACE169E_IMG_2677.PNG (231 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:36 PM
https://betches.com/ryan-reynolds-and-scarlett-johansson-relationship-rumors/

*Attachment: __Libr_1(78) (119 KB)*

*Attachment: __Libr_1(79) (21 KB)*

KC **Katie Case** [redacted] 8/9/2024, 12:36 PM
The tides are swirling around Ryan now FYI

# [redacted] 8/9/2024, 1:31 PM
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html

*Attachment: __Libr_1(80) (68 KB)*

*Attachment: __Libr_1(81) (1 KB)*

KC **Katie Case**[redacted] 8/9/2024, 2:11 PM
https://www.purewow.com/news/justin-baldoni-blake-lively-it-ends-with-us-beef-breakdown

Here's why I'm still Team Baldoni

I'll admit I knew nothing about the movie or book. For many (myself included), the marketing for the movie made it seem like this was a romantic film where their characters fall in love and live happily ever after. However, this isn't the case—it's all much darker and deeper.

During the press tour, Baldoni has made his goal to bring awareness to the issues and establish a female gaze (https://www.tiktok.com/@cbsmornings/video/7400449905392749855) for the film. When asked about his role in It Ends With Us, he had an emotional response for The Hollywood Reporter (https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-1235967871/). "There were alot of times where I would have to go privately into a room and just cry or shake it out and try to get him out of me and that energy out of me, because it's too real," he shared.

"There are too many
 people that are the real-life Lily Blooms of the world that have to deal with that every single day, and I wanted it to be as real as possible and yet it was very hard to shoot those scenes."

# [redacted] 8/9/2024, 2:37 PM
https://x.com/TheRochaSays/status/1821977955301781956

*Attachment: __Libr_1(82) (30 KB)*

*Attachment: __Libr_1(83) (549 bytes)*

# [redacted] 8/9/2024, 2:37 PM
This guy has 30k followers, several being film folks like Tatiana Siegel, etc.

KC **Katie Case** [redacted] 8/9/2024, 4:37 PM
FYI [url:'https://p56-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



*Image: __Library_SMS_Attachments_e9_09_DECE0B7D-FE4C-4E76-BA5B-B337237DE733_IMG_2732.PNG (478 KB)*

JA **Jen Abel** [redacted] 8/9/2024, 4:39 PM
Thx. Melissa you spoke to her right? She has nothing new?

KC **Katie Case** [redacted] 8/9/2024, 4:54 PM
I'll let Melissa weigh in but — Colleen Hoover has gone private on TikTok.

# [redacted] 8/9/2024, 5:27 PM
https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/

*Attachment: __Libr_1(84) (3 KB)*

# [redacted] 8/9/2024, 5:29 PM
[url:'https://p30-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00']

*Attachment: __Library_SMS_Attachments_96_06_CB8B6357-C0A4-4FBB-8E16-7A493BD7A4C3_IMG_8054.heic (43 KB)*

NM **Nathan Melissa** [redacted] 8/9/2024, 5:29 PM
No interest in covering

NM **Nathan Melissa** [redacted] 8/9/2024, 5:29 PM
In terms of anything new

MM **Matthew Mitchell** [redacted] 8/9/2024, 6:05 PM
[url:'https://p32-content.icloud.com/MC54DCDF1074525AA48EC109C4A4250C70E222214B3430D78D7A6D95F444F128F.C01USN00']

*Attachment: __Library_SMS_Attachments_d9_09_9DC4D8A4-9369-4AA9-A954-EB53AAEF8A82_FILE_1883.pdf (1 MB)*

KC **Katie Case** [redacted] 8/9/2024, 6:44 PM
Emphasized an attachment