# Exhibit 15

[redacted]

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/9/2024 1:02:18 AM
**Last Message:** 8/9/2024 11:24:27 PM

---

**[redacted] Melissa Nathan (Owner)**
Only mention


22:01
Inbox What I'm Hearing: Th...

came with *The Watchers*, directed by his daughter **Ishana**, which grossed just $32 million worldwide.

- *Box office over/under*: Presales for Sony's *It Ends With Us* are really strong, even if reviews of the **Blake Lively** rom-dram aren't. I'll take the over on the $29 million tracking. And Lionsgate's long-delayed and Officially Troubled *Borderlands* is now at 6 percent on Rotten Tomatoes, so I'll take the under on $15 million.

*Now, my take on Hollywood's scary summer earnings week...*

Hollywood Finally Faces

8/9/2024 1:02:18 AM

**[redacted] Jen Abel DO NOT USE**
Thank god
8/9/2024 1:06:02 AM

**[redacted] Jen Abel DO NOT USE**
So apparently Tom Rothman is speaking to Leslie to get Blake to cut the shit
8/9/2024 10:17:35 AM

**[redacted] Jen Abel DO NOT USE**
I think we can get through this if we just get that NYP piece killed and Leslie agrees to a truce lol
8/9/2024 10:17:56 AM

**[redacted] Melissa Nathan (Owner)**
Jen, we can get thru anything
8/9/2024 10:23:06 AM

**[redacted] Melissa Nathan (Owner)**
[redacted]
8/9/2024 10:23:27 AM

[redacted] **Jen Abel DO NOT USE**
Shut the fuck up
8/9/2024 10:24:09 AM

[redacted] **Melissa Nathan (Owner)**
Good Lord, I'll be done in like 15 minutes. Can you speak then?
8/9/2024 10:44:56 AM

[redacted] **Jen Abel DO NOT USE**
Yes
8/9/2024 10:46:24 AM

[redacted] **Jen Abel DO NOT USE**



9:47

This is James - a Sr. Reporter with DailyMail.com.

We have learned that Justin Baldoni caused issues on the set of It Ends with Us and that he clashed with many cast members, as well as Colleen Hoover.

Sources have told us that the women on set felt he was 'borderline abusive, unprofessional and unapologetic' and that he 'failed to consider Blake's character's perspective.'

We were also told that parts of the script needed to be rewritten as a result, which he took personally.

The cast is currently not talking about this because they do not want it to take away from their promotional work, or the film's release.

Many feel Justin's acting was undoubtedly phenomenal and he could receive awards nods, but there are concerns he could defend his actions with his style of acting, which is method.

Please let me know if you would like to comment either on or off-record.

James

Reply to All

8/9/2024 10:47:13 AM

[redacted] **Jen Abel DO NOT USE**
Just got this
8/9/2024 10:47:15 AM

[redacted] **Melissa Nathan (Owner)**
I'll call him
8/9/2024 10:47:37 AM

[redacted] **Jen Abel DO NOT USE**
Damn
8/9/2024 10:47:45 AM

[redacted] **Jen Abel DO NOT USE**
Want me to do anything
8/9/2024 10:47:50 AM

[redacted] Melissa Nathan (Owner)
This stemmed from what happened yesterday.
8/9/2024 10:48:06 AM

[redacted] Melissa Nathan (Owner)
I'll tell you on the phone how I know now I know James really well
8/9/2024 10:48:15 AM

[redacted] Jen Abel DO NOT USE
Wow
8/9/2024 10:48:23 AM

[redacted] Melissa Nathan (Owner)
And then I'll call you
8/9/2024 10:48:24 AM

[redacted] Melissa Nathan (Owner)
lol
8/9/2024 10:48:26 AM

[redacted] Jen Abel DO NOT USE
Ok
8/9/2024 10:48:32 AM

[redacted] Jen Abel DO NOT USE
Jesus
8/9/2024 10:48:34 AM

[redacted] Melissa Nathan (Owner)
Because Leslie herself called the mail after stephanie who is denying it called mail
8/9/2024 10:48:36 AM

[redacted] Jen Abel DO NOT USE
Wow
8/9/2024 10:48:41 AM

[redacted] Jen Abel DO NOT USE
Ok
8/9/2024 10:48:45 AM

[redacted] Melissa Nathan (Owner)
Can you chat in 5?
8/9/2024 11:59:53 AM

[redacted] Jen Abel DO NOT USE
Yes
8/9/2024 12:01:20 PM

[redacted] Jen Abel DO NOT USE
At breakfast but yes
8/9/2024 12:01:48 PM

[redacted] Melissa Nathan (Owner)
Call me when you have a second, please
8/9/2024 12:21:03 PM

[redacted] Melissa Nathan (Owner)
https://www.hollywoodreporter.com/movies/movie-news/blake-lively-justin-baldoni-it-ends-with-us-drama-what-we-know-1235969708/
📎
<__Library_SMS_Attach_1_ec_12_13A373_1_9BAC8F_1>
📎
<__Library_SMS_Attach_1_85_05_D2C969_1_7C10C0_1>
8/9/2024 12:25:57 PM

[redacted] Melissa Nathan (Owner)
Reading
8/9/2024 1:02:25 PM

[redacted] Melissa Nathan (Owner)
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html
📎
<__Library_SMS_Attach_1_0f_15_7A0B35_1_89A567_1>
📎
<__Library_SMS_Attach_1_88_08_78253E_1_46E087_1>
8/9/2024 1:02:32 PM

[redacted] Jen Abel DO NOT USE
Is it horrible to say that I don't think it's that bad
8/9/2024 1:11:30 PM

[redacted] Melissa Nathan (Owner)
No, because I know what we're watching for
8/9/2024 1:18:47 PM

[redacted] Melissa Nathan (Owner)
So all things considered it looks like trash and gossip
8/9/2024 1:19:07 PM

[redacted] Jen Abel DO NOT USE
It looks like a plant from Blake's camp trying to steer the narrative
8/9/2024 1:20:35 PM

[redacted] Melissa Nathan (Owner)
Welll….. I mean…….
8/9/2024 1:20:45 PM

[redacted] Jen Abel DO NOT USE
I can tell you've done a lot of work here
8/9/2024 1:21:04 PM

[redacted] Jen Abel DO NOT USE
Nothing about being unsafe. Fat comments. Sexual.
8/9/2024 1:21:17 PM

[redacted] Jen Abel DO NOT USE
Thank fucking god
8/9/2024 1:21:23 PM

[redacted] Melissa Nathan (Owner)
That's all I care about
The other stuff is just nonsense
And honestly, the money the movie is making is fucking great for you guys
8/9/2024 1:21:43 PM

[redacted] Melissa Nathan (Owner)
Let's just keep it steering that way
And you take this fucking client and never talk to her again
I swear to God
8/9/2024 1:21:54 PM

[redacted] Jen Abel DO NOT USE
Loved "That's all I care about
The other stuff is just no…"
8/9/2024 1:22:03 PM

[redacted] Jen Abel DO NOT USE
Exactly
8/9/2024 1:22:07 PM

[redacted] Jen Abel DO NOT USE
Do we need to still worry about NYP?
8/9/2024 1:22:15 PM

[redacted] Melissa Nathan (Owner)
She also just needs time off herself
If I'm just being mindful of humanity for a second she needs to just stop because obviously there is something as a human being she is doing that is affecting herself mentally .
8/9/2024 1:22:25 PM

[redacted] Melissa Nathan (Owner)
On with my sister now
8/9/2024 1:22:30 PM

[redacted] Jen Abel DO NOT USE
Laughed at "On with my sister now"
8/9/2024 1:22:37 PM

[redacted] Melissa Nathan (Owner)
*Reply*
But also like fuck her
8/9/2024 1:22:41 PM

[redacted] **Melissa Nathan (Owner)**
Bahai needs to be out
And mostly
The misogynistic
8/9/2024 1:29:30 PM

[redacted] **Melissa Nathan (Owner)**
Swap that one word
8/9/2024 1:29:33 PM

[redacted] **Melissa Nathan (Owner)**
" we are crushing it on Reddit "

Jed

8/9/2024 1:49:57 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
I'm good now this is done
8/9/2024 1:50:04 PM

[redacted] **Jen Abel DO NOT USE**
LOL
8/9/2024 1:50:10 PM

[redacted] **Melissa Nathan (Owner)**
She put me on hold so waiting
For her

Say some prayers for us Justin
8/9/2024 2:03:28 PM

[redacted] **Jen Abel DO NOT USE**
Ooof
8/9/2024 2:08:48 PM

[redacted] **Jen Abel DO NOT USE**
Fyi Stephanie is likely calling Leslie to "clear her name" about calling daily mail
8/9/2024 2:45:43 PM

[redacted] **Jen Abel DO NOT USE**
Unbelievable
8/9/2024 2:45:48 PM

[redacted] **Jen Abel DO NOT USE**
Tell her not to answer
8/9/2024 2:45:53 PM

[redacted] **Jen Abel DO NOT USE**
This is crazy
8/9/2024 2:45:56 PM

[redacted] Melissa Nathan (Owner)
Send me that screenshot can you !
8/9/2024 3:06:57 PM

[redacted] Jen Abel DO NOT USE
What one?
8/9/2024 3:07:32 PM

[redacted] Melissa Nathan (Owner)
Just the one saying she's calling dm
8/9/2024 3:08:43 PM

[redacted] Melissa Nathan (Owner)
Just so I have
8/9/2024 3:08:45 PM

[redacted] **Jen Abel DO NOT USE**



5:58

Re: Call for comment

Stephanie Jones 10:29 AM
To You and WayfarerStudios

Lillian has been nice and fixed things for us in past. I can give her a call that this is nothing burger.

Stephanie Jones
www.jonesworks.com

On Aug 8, 2024, at 4:18 PM, Jennifer Abel <Jennifer@jonesworks.com> wrote:

Team pls ignore thx :) x

**From:** Lillian Gissen <Lillian.Gissen@mailonline.com>
**Sent:** Thursday, August 8, 2024 11:16 AM
**To:** Jennifer Abel <Jennifer@jonesworks.com>; Stephanie Jones <stephanie@jonesworks.com>; WayfarerStudios <wayfarerstudios@jonesworks.com>



6:00

On Aug 8, 2024, at 11:50 AM, Stephanie Jones <stephanie@jonesworks.com> wrote:

Left word for Lillian. She's been very nice in past so will get this fixed.

Stephanie Jones
www.jonesworks.com

Begin forwarded message:

**From:** Lillian Gissen <Lillian.Gissen@mailonline.com>
**Date:** August 8, 2024 at 4:16:37 PM GMT+1
**To:** Jennifer Abel <Jennifer@jonesworks.com>, Stephanie Jones <stephanie@jonesworks.com>, WayfarerStudios <wayfarerstudios@jonesworks.com>
**Subject:** Call for comment

Hi, I'm a reporter for DailyMail.com and I'm currently working on a story surrounding the recent rumors that there was a feud between It Ends With Us costars Blake Lively and Justin Baldoni

8/9/2024 3:09:19 PM

[redacted] **Melissa Nathan (Owner)**
I feel better about NYP
8/9/2024 3:12:13 PM

[redacted] **Jen Abel DO NOT USE**
Me too
8/9/2024 3:25:24 PM

[redacted] **Melissa Nathan (Owner)**
She said she will not return that call
8/9/2024 4:06:16 PM

[redacted] Jen Abel DO NOT USE
Blessed be
8/9/2024 4:07:12 PM

[redacted] Melissa Nathan (Owner)
When you come back to Los Angeles, we are definitely having our dinner.
8/9/2024 4:12:44 PM

[redacted] Melissa Nathan (Owner)
I hope Jamey can see how bloody hard you are working
8/9/2024 4:13:02 PM

[redacted] Melissa Nathan (Owner)
https://www.instagram.com/p/C-de1vkRvd2/?igsh=MTc4MmM1YmI2Ng==
<__Library_SMS_Attach_1_df_15_54B0DF_1_EFEA82_1>
<__Library_SMS_Attach_1_78_08_E9B0C3_1_98E619_1>
8/9/2024 4:16:12 PM

[redacted] Melissa Nathan (Owner)
What is really interesting Is that the comments especially on an outlet like this are pro him .
8/9/2024 4:16:13 PM

[redacted] Jen Abel DO NOT USE
Yep
8/9/2024 4:16:43 PM

[redacted] Melissa Nathan (Owner)
It's fine honestly
8/9/2024 5:22:10 PM

[redacted] Melissa Nathan (Owner)
https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/
<__Library_SMS_Attach_1_ef_15_C6CC23_1_1377FC_1>
8/9/2024 5:22:29 PM

[redacted] Melissa Nathan (Owner)
Was driving sorry
8/9/2024 5:22:29 PM

[redacted] Melissa Nathan (Owner)
I knew she would keep uncomfortable
8/9/2024 5:22:39 PM

[redacted] Jen Abel DO NOT USE
So are we in the clear now?!
8/9/2024 7:00:50 PM

[redacted] Jen Abel DO NOT USE
Did we survive?!
8/9/2024 7:00:54 PM

[redacted] Melissa Nathan (Owner)
We survived
8/9/2024 7:00:57 PM

[redacted] Melissa Nathan (Owner)
I actually think because of all the noise and all the stories pretty much saying the same thing that I kind of got lost
8/9/2024 7:01:15 PM

[redacted] Melissa Nathan (Owner)
In a really weird way, if you know what I mean
8/9/2024 7:01:24 PM

[redacted] Melissa Nathan (Owner)
And also now we have Leslie 100% telling us they are not placing anything else
8/9/2024 7:01:36 PM

[redacted] Jen Abel DO NOT USE
No totally I agree
8/9/2024 7:01:37 PM

[redacted] Jen Abel DO NOT USE
Emphasized "And also now we have Leslie 100% telling us they a..."
8/9/2024 7:02:15 PM

[redacted] Jen Abel DO NOT USE
Oh thank god
8/9/2024 7:02:18 PM

[redacted] Melissa Nathan (Owner)
And you've had no more requests
8/9/2024 7:02:48 PM

[redacted] Melissa Nathan (Owner)
ALL Press is so overwhelming
Weve confused people
So much mixed messaging
8/9/2024 7:03:21 PM

[redacted] Melissa Nathan (Owner)
It's actually really funny if you think about it
8/9/2024 7:03:39 PM

[redacted] Melissa Nathan (Owner)
For now.
8/9/2024 7:03:41 PM

[redacted] Jen Abel DO NOT USE
I've had very few
8/9/2024 7:04:34 PM

[redacted] Jen Abel DO NOT USE
And nothing about the articles
8/9/2024 7:04:40 PM

[redacted] Jen Abel DO NOT USE
Which is wild
8/9/2024 7:04:43 PM

[redacted] Melissa Nathan (Owner)
Because it's too much press
So much messaging
It's crazy
Every headline is different

8/9/2024 7:05:04 PM

[redacted] Melissa Nathan (Owner)
I really think the worst is over. I do think the next few months definitely will be a tiny bit bumpy but not cancelled

8/9/2024 7:05:33 PM

[redacted] Melissa Nathan (Owner)
1- plz follow me back on IG as I can't message you until you do and it's RUDE

2- people Elizabeth Rosner just texted me and said hey I heard that you're helping with Justin. Is there any news you can share with me at all because it's completely silent everywhere

I'm just gonna say it was asleep, but that's really good news to say that
8/9/2024 10:22:33 PM

[redacted] Melissa Nathan (Owner)
I can't talk to any more journalists today
8/9/2024 10:22:39 PM

[redacted] Jen Abel DO NOT USE
Ha! Yes I had some people text me too and I just didn't respond. The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. But I see this as a total success, as does Justin.
8/9/2024 10:25:06 PM

[redacted] Jen Abel DO NOT USE
You did such amazing work
8/9/2024 10:25:14 PM

[redacted] Melissa Nathan (Owner)
Narrative is CRAZY good
So did you.

8/9/2024 10:25:45 PM

[redacted] Jen Abel DO NOT USE
Um excuse me I've been sitting as requested for a while now
[redacted]
8/9/2024 11:17:24 PM

[redacted] Melissa Nathan (Owner)
[redacted]
8/9/2024 11:22:12 PM

+17184061098 Melissa Nathan (Owner)
What on earth
8/9/2024 11:22:21 PM

[redacted] Melissa Nathan (Owner)
Does this look like me 😭😭
[redacted]
8/9/2024 11:23:01 PM

[redacted] Jen Abel DO NOT USE
LOL
8/9/2024 11:23:22 PM

[redacted] Jen Abel DO NOT USE
I'm dead
8/9/2024 11:23:26 PM

[redacted] Melissa Nathan (Owner)
That is so crazy though
8/9/2024 11:23:39 PM

[redacted] Jen Abel DO NOT USE
Hahaha
8/9/2024 11:23:47 PM

[redacted] Jen Abel DO NOT USE
I didn't even make the photo big and check
8/9/2024 11:24:00 PM

[redacted] Jen Abel DO NOT USE
Just saw the bio
8/9/2024 11:24:03 PM

[redacted] Jen Abel DO NOT USE
I'm dead
8/9/2024 11:24:06 PM

[redacted] Melissa Nathan (Owner)
That is so funny.
8/9/2024 11:24:27 PM