# Exhibit 17

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 5 | Date Range: 8/11/2024 |

### Outline of Conversations

**iMessage Chat: cha**[redacted] • 5 messages on 8/11/2024 • Custodian: Abel, Jennifer [redacted] • Custodian: Abel, Jennifer [redacted] • Jamey Heath [redacted] • Mitz [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: chat550206532377749875**

M **Mitz** [redacted] ▶ 8/11/2024, 6:45 PM

A thought.....

Do we consider holding off on any posts directly from Justin. He is the only one from the cast posting anything at the moment and fans are going ham on Blake Jenny and Colleen's comments section, Colleen went private from all the hate,

I worry another post from Justin about DV and thanking "women everywhere" might further fuel the fire.
Maybe we just post fan reactions for a minute

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/11/2024, 6:48 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 8/11/2024, 6:52 PM

A valid thought. But I'm also thinking of the next wave of press for Monday am news cycle and if there's anymore pickup of those articles then a post like this would further combat the negative. Plus since they are releasing the podcast tomorrow, it further instates that he's in Sweden (even though it says that in the episode but people are dumb) 🙄

M **Mitz** [redacted] ▶ 8/11/2024, 6:53 PM

Loved "A valid thought. But I'm also thinking of the next..."

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/11/2024, 6:53 PM]

JH **Jamey Heath** [redacted] ▶ 8/11/2024, 6:56 PM

Appreciate you thinking about this. And yet... I think we stay the course. Him doing exactly what he does is in great part what has combated the noise against him. His efforts should not be thwarted. I do see what you mean, however the awareness to stay on point is more beneficial than the potential negative. If he is ridiculed by anyone for continuing to speak about the real issue, then so be it. I can live with that n

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/11/2024, 6:56 PM]

M **Mitz** [redacted] ▶ 8/11/2024, 7:01 PM

Copy thank you both!
For clarity I don't worry about Justin being ridiculed I worry that ch and BL will continue to be ridiculed for not doing the same. Stoking the fire
Great for Justin, but more hate for others might trigger the need to defend one's self.

But I hear the point and I'm good, just wanted to say it out loud, I've been seeing teamJustin pop up on so many gossip podcasts on social and he's definitely getting lots of support. Which is great. And also a bit scary given blake has gone dark on socials

Receipts • Custodian: Abel, Jennifer [redacted] [R:8/11/2024, 7:01 PM]