# Exhibit 20

# PR Thread w/TAG

**Thread Participants:** [redacted] Jamey Heath; [redacted] Jen Able ; [redacted] Justin B (Owner); [redacted] Katie TAG; [redacted] Brianna TAG; [redacted] Melissa TAG; [redacted] Matthew Mitchell; [redacted] Jennifer Able

**Active Participants:** [redacted] Justin B (Owner); [redacted] Brianna TAG; [redacted] Melissa TAG; [redacted] Matthew Mitchell; [redacted] Jennifer Able

**First Message:** 8/18/2024 1:37:22 AM

**Last Message:** 8/18/2024 6:52:32 PM

---

[redacted] **Justin B (Owner)**
Did you guys hear we got stuck in an elevator at AMC
8/18/2024 1:37:22 AM

[redacted] **Justin B (Owner)**
lol
8/18/2024 1:37:28 AM

[redacted] **Jennifer Able**
Oh my god the videos are hilarious
8/18/2024 1:45:39 AM

[redacted] **Jennifer Able**
I'll share with the team in the am
8/18/2024 1:45:45 AM

[redacted] **Matthew Mitchell**
Emphasized "Did you guys hear we got stuck in an elevator at A…"
8/18/2024 1:58:23 AM

[redacted] **Matthew Mitchell**
Can't wait to see. Hahaha
8/18/2024 1:58:31 AM

[redacted] **Justin B (Owner)**
To boost
8/18/2024 12:56:27 PM

[redacted] **Justin B (Owner)**
https://www.tiktok.com/t/ZP81Pn5Rm/
📎
<__Library_SMS_Attach_1_b8_08_CE1712_1_991137_1
>
📎
<__Library_SMS_Attach_1_76_06_7A65F3_1_BF5DC3_
1>
8/18/2024 12:56:31 PM

[redacted] **Justin B (Owner)**

https://www.tiktok.com/t/ZP81P3U66/

<__Library_SMS_Attach_1_0d_13_68F968_1_FA5E00_1
>

<__Library_SMS_Attach_1_de_14_A848C4_1_26E974_1
>

8/18/2024 1:03:57 PM

[redacted] **Justin B (Owner)**

To boost

8/18/2024 1:03:57 PM

[redacted] **Justin B (Owner)**

https://www.tiktok.com/t/ZP815JcqC/

<__Library_SMS_Attach_1_0e_14_39ED5C_1_4EFE6B_
1>

<__Library_SMS_Attach_1_bb_11_9DFBE9_1_E795A7_
1>

8/18/2024 1:07:19 PM

[redacted] **Brianna TAG**

Will let digital know!

8/18/2024 1:08:39 PM

[redacted] **Justin B (Owner)**

And this was the stuck in the elevator intro

8/18/2024 1:08:42 PM

[redacted] **Justin B (Owner)**

https://www.tiktok.com/t/ZP81PKYWu/

<__Library_SMS_Attach_1_70_00_C9BDBB_1_C2C4BE
_1>

<__Library_SMS_Attach_1_dd_13_41FF4B_1_6748DE_1
>

8/18/2024 1:08:44 PM

[redacted] **Jennifer Able**

Yes definitely let's boost these vids. I sent our digital team the vids that were shot and they will edit something funny together for next week to post.

8/18/2024 1:10:52 PM

[redacted] **Justin B (Owner)**

Hey Tag team, I've been seeing some IG comments on random posts defending me by people who are private with no followers and they feel like bots. Can you please confirm we are not doing any of that? I really don't want bots defending me as it feeds into their potential narrative

8/18/2024 6:02:04 PM

[redacted] Melissa TAG
I can fully fully confirm we do not have bots . This is not also what we do- bots look fake to anyone.

The other team is doing something very specific in terms of what they do. I know Jamey &Jed connected on this.

Bots and fan accounts also run pretty organically by now with all the AI platforms and Google Analytics itself - there is no bot army that's a myth these days.

Any digital team these days is far more intelligent to utilise something so obvious.

8/18/2024 6:06:43 PM

[redacted] Justin B (Owner)
Ok thank you 🙏🤍
8/18/2024 6:08:43 PM

[redacted] Justin B (Owner)
How's everyone today ? Anything new
8/18/2024 6:08:51 PM

[redacted] Melissa TAG
Nothing new today. All looking good- we still have a little way to go. I would say about a week left staying extra cautious..
8/18/2024 6:27:33 PM

[redacted] Justin B (Owner)
Loved "Nothing new today. All looking good- we still have…"
8/18/2024 6:31:28 PM

[redacted] Justin B (Owner)
I appreciate you all. Thanks for helping me get through this
8/18/2024 6:37:36 PM

[redacted] Melissa TAG
Loved "I appreciate you all. Thanks for helping me get th…"
8/18/2024 6:37:48 PM

[redacted] Melissa TAG
#teamJB ✨
8/18/2024 6:38:05 PM

[redacted] Justin B (Owner)
Loved "#teamJB ✨"
8/18/2024 6:52:32 PM