# Exhibit 20A

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 35 | Date Range: 6/2/2024 |

## Outline of Conversations

**cha[redacted]** • 35 messages on 6/2/2024 • Jennifer Abel <[redacted]> • Matthew Mitchell [redacted] • Stephanie Jones <[redacted]>

**Messages in chronological order** (times are shown in GMT -04:00)

**cha[redacted]**

JA **Jennifer Abel <[redacted]>** ▶ 6/2/2024, 11:15 AM

Just fyi I spoke to Jamey last night— confidentially, he doesn't want Justin to know he went around him and called me but he wanted to give context. In short, Justin is just spiraling a little bit because Blake is changing the movie, wants to bring in another composer, and is still saying that she won't promote the film unless they go with the cut she wants. Jamey said they are just going to acquiesce because they need her to promote, and bring Taylor to the premiere etc. the new element here is that apparently her and Colleen are now friendly and Colleen is no longer being buddies with Justin, and is telling Justin that she supports whatever Blake wants to do.

Receipts • Undefined Participant [R:6/2/2024, 11:17 AM]

> SJ **Stephanie Jones <[redacted]** ◀ 6/2/2024, 11:18 AM

wtf

>> JA **Jennifer Abel <[redacted]>** ▶ 6/2/2024, 11:18 AM

I told Jamey multiple times that he just needs to take the emotion out of it and treat this like a business. We need her to promote and she will, so just take the high road and get through this so the film can be successful. We can have a plan in place if she decides to come out against Justin and wayfarer and we need all of the bulleted facts from jamey of what actually happened on set, who was there to witness it, who we can call who will speak to press on deep background about what actually happened and support Justin and wayfarer and also all of the documentation they have that they met every one of her demand

Receipts • Undefined Participant [R:6/2/2024, 11:18 AM]

>>> SJ **Stephanie Jones [redacted]>** ◀ 6/2/2024, 11:18 AM

i think she's bluffing

>>>> JA **Jennifer Abel [redacted]>** ▶ 6/2/2024, 11:19 AM

I think so too

Receipts • Undefined Participant [R:6/2/2024, 11:19 AM]

>>>>> SJ **Stephanie Jones <[redacted]>** ◀ 6/2/2024, 11:19 AM

i don't think she'll bring taylor to premiere but i think she'll promote. she'll look really bad if she doesn't

>>>>>> JA **Jennifer Abel <[redacted]>** ▶ 6/2/2024, 11:19 AM

Agree

Receipts • Undefined Participant [R:6/2/2024, 11:19 AM]

>>>>>>> SJ **Stephanie Jones <[redacted]>** ◀ 6/2/2024, 11:19 AM

she doesn't want to be viewed as difficult

>>>>>>>> JA **Jennifer Abel [redacted]>** ▶ 6/2/2024, 11:19 AM

But Justin needs to keep his cool and stop losing control and calling Sony and spiraling like this. It's what she wants.

Receipts • Undefined Participant [R:6/2/2024, 11:19 AM]

>>>>>>>>> JA **Jennifer Abel <[redacted]>** ▶ 6/2/2024, 11:19 AM

Jamey is so over Justin's behavior

Receipts • Undefined Participant [R:6/2/2024, 11:19 AM]

>>>>>>>>>> SJ **Stephanie Jones <[redacted]** ◀ 6/2/2024, 11:19 AM

yep agree 1000%

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 11:19 AM
>>>>> MM have you heard from Business Insider?
SJ

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 11:20 AM
>>>>> re my story
SJ

>>>>> **Matthew Mitchell** [redacted] ▶ 6/2/2024, 11:23 AM
>>>>> Unlikely Taylor would come, she's in Warsaw and Vienna around premiere unless she came back to NY between…which I don't imagine happening.
MM

Receipts • Undefined Participant [R:6/2/2024, 11:23 AM]

>>>>> **Matthew Mitchell** [redacted]> ▶ 6/2/2024, 11:24 AM
>>>>> I haven't heard a peep about BI, was hoping it died.
MM

Receipts • Undefined Participant [R:6/2/2024, 11:24 AM]

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 11:24 AM
>>>>> ok they are reaching out to current employees
SJ

>>>>> **Matthew Mitchell** [redacted] ▶ 6/2/2024, 11:25 AM
>>>>> Justin is all over the place truly. It's wild. He hyperfocuses on the most random things. Now not having an Assistant it's going to add another level.
MM

Receipts • Undefined Participant [R:6/2/2024, 11:25 AM]

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:08 PM
>>>>> just us. jamie thinks it's noon bc i spoke to him he said ok ill talk at noon PT
SJ

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:08 PM
>>>>> why i thought 3pm ET
SJ

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:08 PM
>>>>> even tho we text it this time i had just deplaned
SJ

>>>>> **Matthew Mitchell** [redacted] ▶ 6/2/2024, 2:28 PM
>>>>> Colleen may need Blake for another film, the prequel. So Blake may be using that to get Colleen on her side.
MM

Receipts • Undefined Participant [R:6/2/2024, 2:29 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:29 PM
>>>>> say that. smart point
SJ

>>>>> **Matthew Mitchell** [redacted] ▶ 6/2/2024, 2:50 PM
>>>>> He's spiraling for sure. Some because Emily has been gone for 9 days and he's with his thoughts alone at night when the kids go to bed.
MM

Receipts • Undefined Participant [R:6/2/2024, 2:51 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:51 PM
>>>>> i know this is hard this film is his baby and when someone lies/exaggerates truth
SJ

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:51 PM
>>>>> it's horrible
SJ

>>>>> **Stephanie Jones** [redacted] ◀ 6/2/2024, 2:52 PM
>>>>> we will get through it. but let's be armed with arsenal of stuff if you can spearhead that doc MM
SJ

>>>>> Stephanie Jones [redacted] ◀ 6/2/2024, 2:52 PM
>>>>> 🕵️‍♀️
SJ

>>>>> Matthew Mitchell [redacted] ▶ 6/2/2024, 2:52 PM
>>>>> Liked “we will get through it. but let’s be armed with ar…”
MM

Receipts • Undefined Participant [R:6/2/2024, 2:56 PM]

>>>>> Matthew Mitchell [redacted] ▶ 6/2/2024, 2:54 PM
>>>>> Agreed. It’s horrible we’ll dig in for details on her indiscretions 🕵️‍♀️🕵️‍♀️🕵️‍♀️
MM

Receipts • Undefined Participant [R:6/2/2024, 2:56 PM]

>>>>> Jennifer Abel [redacted] ▶ 6/2/2024, 3:01 PM
>>>>> Loved “Agreed. It’s horrible we’ll dig in for details on …”
JA

Receipts • Undefined Participant [R:6/2/2024, 3:01 PM]

>>>>> Stephanie Jones [redacted] ◀ 6/2/2024, 3:02 PM
>>>>> thank yall for making time o a. sunday
SJ

>>>>> Jennifer Abel [redacted] ▶ 6/2/2024, 3:07 PM
>>>>> Have fun at pride MM!! 🏳️‍🌈
JA

Receipts • Undefined Participant [R:6/2/2024, 3:08 PM]

>>>>> Stephanie Jones [redacted] ◀ 6/2/2024, 3:08 PM
>>>>> Loved “Have fun at pride MM!! 🏳️‍🌈”
SJ

>>>>> Stephanie Jones [redacted] ◀ 6/2/2024, 3:09 PM
>>>>> 💃 🕺
SJ

>>>>> Stephanie Jones [redacted] ◀ 6/2/2024, 3:09 PM
>>>>> 🏳️‍🌈
SJ