# Exhibit 21

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 9 | Date Range: 7/25/2024 |

## Outline of Conversations

[redacted] • 9 messages on 7/25/2024 • Justin Baldoni [redacted] • Stephanie Jones

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]

SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:27 PM
I wasn't aware there was a call. i'm so sorry. I'm on with Jen now.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:27 PM]

> SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:27 PM
yall add me to group chat.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:27 PM]

>> SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:28 PM
i have a plan. this is going to be ok. you are not just walking carpet. you are absolutely going to be inside amc union square and give speech on stage. this is YOUR movie.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:28 PM]

>>> JB **Justin Baldoni** [redacted] ▶ 7/25/2024, 6:32 PM
Hey, it's 12:30 AM here and going to bed. It's very complicated Steph, this is my family and livelihood and reputation … but please talk through it with Jamey and Jen. Yes our plan is to go back and ask Sony to fight to have me in the room and I won't take pictures or interact with the cast at all or go to the after party…
Every time we fight back things get worse and yet we can't just roll over again on this one. at this point with her getting the entire cast to unfollowedunfollowed me it's very clear she's preparing for something. It's just unbelievable at this point.

Receipts • Stephanie Jones [redacted] [R:7/25/2024, 6:33 PM]

>>>> SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:34 PM
she's calling your bluff. i promise.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:34 PM]

>>>>> SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:34 PM
what will she do if you show up? she will look like a jerk if she leaves. she won't.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:34 PM]

>>>>> > SJ **Stephanie Jones** [redacted] ◀ 7/25/2024, 6:35 PM
it's truly unbelievable and i'm so sorry. my heart breaks for you. please know i have your back and nothing is going to happen on my watch. I will tell jamey we need that briefing doc of historical info asap so we are armed. i worked with tera on crisis pr people and i think female one would be good.

Receipts • Justin Baldoni [redacted] [D:7/25/2024, 6:35 PM]

>>>>> >> JB **Justin Baldoni** [redacted] ▶ 7/25/2024, 6:44 PM
🙏

Receipts • Stephanie Jones [redacted] [R:7/25/2024, 6:54 PM]

>>>>> >>> JB **Justin Baldoni** [redacted] ▶ 7/25/2024, 6:55 PM
Liked "it's truly unbelievable and i'm so sorry. my heart…"

Receipts • Stephanie Jones [redacted] [R:7/25/2024, 6:55 PM]