# Exhibit 22

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 4 | Date Range: 8/5/2024 |

## Outline of Conversations

[redacted] • 4 messages on 8/5/2024 • Jennifer Abel [redacted] • Stephanie Jones

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]

SJ **Stephanie Jones** [redacted] ◀ 8/5/2024, 5:53 PM
how did justin do today?

Receipts • Undefined Participant [D:8/5/2024, 5:53 PM]

> JA **Jennifer Abel** [redacted] ▶ 8/5/2024, 5:55 PM
Went so so well. He answered the questions really well and even started leaning into how he brought on a female intimacy coordinator during pre production and how he felt it necessary to step back so the women could lead the intimacy scenes via a female lens

Receipts • Undefined Participant [R:8/5/2024, 5:56 PM]

>> SJ **Stephanie Jones** [redacted] ◀ 8/5/2024, 5:56 PM
Loved "Went so so well. He answered the questions really …"

Receipts • Undefined Participant [D:8/5/2024, 5:56 PM]

>>> SJ **Stephanie Jones** [redacted] ◀ 8/5/2024, 5:56 PM
oh good

Receipts • Undefined Participant [D:8/5/2024, 5:56 PM]

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 29 | Date Range: 8/6/2024 |

## Outline of Conversations

[redacted] • 29 messages on 8/6/2024 • Jennifer Abel [redacted] • Stephanie Jones

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]

SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 2:48 PM
in london and by big ben and staying at corinthia hotel. reminds me of when we were here.

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 2:48 PM]

> SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 2:48 PM
🥰

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 2:48 PM]

>> JA **Jennifer Abel** [redacted] ▶ 8/6/2024, 7:23 PM
HI!!!! Omg I'm just seeing this so so sorry. I'm getting on the next plane out there to sightsee with you guys 😭😭😭😭

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:03 PM]

>>> JA **Jennifer Abel** [redacted] ▶ 8/6/2024, 7:23 PM
At the premiere. Justin did so well. Blake is so horrible.

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:03 PM]

>>>> SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:24 PM
oh no what did she do?

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:24 PM]

>>>>> SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:24 PM
i'm in london and can't sleep bc i'm jet lag

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:24 PM]

>>>>>> JA **Jennifer Abel** [redacted] ▶ 8/6/2024, 8:27 PM
She's just horrible. Made this whole press and premiere process so difficult and impossible for Justin to enjoy. It's just sad.

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:27 PM]

>>>>>>> JA **Jennifer Abel** [redacted] ▶ 8/6/2024, 8:27 PM
Ugh I'm sorry

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:27 PM]

>>>>>>>> JA **Jennifer Abel** [redacted] ▶ 8/6/2024, 8:27 PM
It's raining like crazy here and the carpet flooded when Blake arrived. Karma lol.

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:27 PM]

>>>>>>>>> SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:28 PM
oooof really? lol. i saw pics of hugh and ryan. hugh looks so old all of a sudden

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:28 PM]

>>>>>>>>>> SJ **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:28 PM
made me depressed

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:28 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:29 PM
>>>>> leslie reps ryan and blake now too someone at vision pr told me last week i forgot to tell you about. i never knew that
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:29 PM]

>>>>> Jennifer Abel [redacted] ▶ 8/6/2024, 8:31 PM
>>>>> I didn't know that either
JA
Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:34 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:35 PM
>>>>> taylor didn't come to premiere i guess
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:35 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:35 PM
>>>>> she's here on tour next week
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:35 PM]

>>>>> Jennifer Abel [redacted] ▶ 8/6/2024, 8:36 PM
>>>>> Thank god
JA
Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:42 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:43 PM
>>>>> when do you fly back to La?
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:43 PM]

>>>>> Jennifer Abel [redacted] ▶ 8/6/2024, 8:43 PM
>>>>> Go to Chicago on Thursday and fly back to La on Friday night. Although now it might be Saturday because Justin wants to do theater visits lol
JA
Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:43 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:44 PM
>>>>> wait chicago?
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:44 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:44 PM
>>>>> is MM going too?
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:44 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:44 PM
>>>>> chicago is so beautiful right now and it's so clean and nice.
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:44 PM]

>>>>> Stephanie Jones [redacted] ◀ 8/6/2024, 8:44 PM
>>>>> i love chicago
SJ
Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:44 PM]

>>>>> Jennifer Abel [redacted] ▶ 8/6/2024, 8:45 PM
>>>>> Me too but this is such a long week lol
JA
Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:45 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:46 PM
>>>>> i always liked press junkets bc i got to catch up quickly with everyone but you're really just sitting a lot so can catch up on emails too. it was always freezing at DJs
SJ

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:46 PM]

>>>>> **Jennifer Abel** [redacted] ▶ 8/6/2024, 8:48 PM
>>>>> Oh no Justin wants to pause and recap after every interview
JA

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:49 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:49 PM
>>>>> lol but you just tell him you're making meticulous notes for overall recap
SJ

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:49 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:49 PM
>>>>> he's so cute
SJ

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:49 PM]

>>>>> **Jennifer Abel** [redacted] ▶ 8/6/2024, 8:49 PM
>>>>> Hahahaha smart
JA

Receipts • Stephanie Jones [redacted] [R:8/6/2024, 8:49 PM]

>>>>> **Stephanie Jones** [redacted] ◀ 8/6/2024, 8:50 PM
>>>>> he overthinks like me so i get it. i can't imagine being interviewed so many times in a day for junket. it's hard enough as it is. but then 20 times. it's energy draining
SJ

Receipts • Jennifer Abel [redacted] [D:8/6/2024, 8:50 PM]