# Exhibit 23

Message

**From:** Henry Hargitai [redacted]
**Sent:** 8/8/2024 12:09:01 PM
**To:** WayfarerStudios [redacted]; Team Baldoni [redacted]; TeamJBSocial [redacted]
**CC:** Stephanie Jones [redacted]
**Subject:** Justin Baldoni social monitoring

Hey team,

Wanted to pass along some social monitoring from accounts talking about JB and It Ends With Us. Because social clips/tweets are constantly coming in, we'll also share with you our live document where we'll continue to add throughout the day.

***TikTok***

**@JennaRedfield Speculation 2.2M**
@JennaRedfield Speculation Idea List 5554.4K
**@Jenna Redfield Inside Scoop DMs 250 (Just Posted)**

**@ClaireNotDanes Speculation 1.6M**
@ClaireNotDanes on Jenny Slate Interview 170.2K

**@NadiaGReads Speculation 593.6K**
@NadiaGReads Speculation P2 288.2K

@JadelBrito JB Protecting His Peace 495. 3K

**Deadline- Jenny Slate on Justin Baldoni 114.7K**

**@SammySamsLife Speculation 790.3K**

The Hollywood Reporter- Justin Baldoni on DV - 853.5K

Ryan Reynolds Involvement 20.3K

@girlwithnojob 608.9K
@girlwithnojob 2 - 50.7K

@todayshow - Justin on the Today Show - 25.3K

@bootzwiththefurr - Viral Tiktok - 1.2M

***X***

**Jenny Slate Interview 4M**

JB on DV 1.5K

Colleen Hoover Drama 7.7K

Drama Meme - 51K

Drama Meme- 56K

Drama Meme- 34K

**Instagram**

People Magazine