# Exhibit 24

Message

**From:** Jennifer Abel [redacted]
**Sent:** 8/8/2024 7:55:22 PM
**To:** Gordon Duren [redacted]; Team Baldoni [redacted]
**CC:** Rachel Greenblatt [redacted]; Stephanie Jones [redacted]
**Subject:** Re: The Hollywood Reporter Request

Thanks this is handled x

---

**From:** Gordon Duren [redacted]
**Sent:** Thursday, August 8, 2024 6:52 PM
**To:** Team Baldoni [redacted]
**Cc:** Rachel Greenblatt [redacted]; Stephanie Jones [redacted]
**Subject:** FW: The Hollywood Reporter Request

Sharing with larger team as I know Jen/Matthew are onsite.

Gordon Duren | Chief of Staff
www.jonesworks.com

*JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day.*
*While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.*

---

**From:** Carly Thomas [redacted]
**Date:** Thursday, August 8, 2024 at 7:42 PM
**To:** Jennifer Abel [redacted], Stephanie Jones [redacted],
[redacted]
**Subject:** The Hollywood Reporter Request

Some people who received this message don't often get email from [redacted] Learn why this is important

Hi Jennifer and Stephanie!

I'm Carly with THR and we wanted to reach out about a story we're going to be publishing later today surrounding the alleged 'It Ends With Us' drama circulating on social media. We have from multiple sources info about the conflicting cuts of the film, from Blake Lively and Justin Baldoni, and about them not having a close relationship. But we wanted to see if Justin has any background info to share from his end or wanted to weigh in on the matter?

Thank you,
Carly

The Hollywood Reporter

**Carly Thomas**
*Associate Editor, Online*

---

11175 SANTA MONICA BOULEVARD, LOS ANGELES, CA 90025
hollywoodreporter.com | E: [redacted]