# Exhibit 25

Message

**From:** Jennifer Abel [redacted]
**Sent:** 8/9/2024 10:48:11 AM
**To:** Stephanie Jones [redacted]]; Tera Hanks [redacted]; Jamey Heath [redacted]; WayfarerStudios [redacted]; Team Baldoni [redacted]
**Subject:** Re: Daily Mail Request: Justin Baldoni 'This Ends with Us'

Thanks this is being handled.

---

**From:** Stephanie Jones [redacted]
**Sent:** Friday, August 9, 2024 9:44 AM
**To:** Tera Hanks [redacted]; Jamey Heath [redacted]; WayfarerStudios [redacted]; Team Baldoni [redacted]
**Subject:** Fwd: Daily Mail Request: Justin Baldoni 'This Ends with Us'

Stephanie Jones
www.jonesworks.com

Begin forwarded message:

**From:** James Vituscka [redacted]
**Date:** August 9, 2024 at 3:41:21 PM GMT+1
**To:** Jennifer Abel [redacted], Stephanie Jones [redacted]
**Subject: Daily Mail Request: Justin Baldoni 'This Ends with Us'**

Some people who received this message don't often get email from [redacted] Learn why this is important

Hello,

This is James - a Sr. Reporter with DailyMail.com.

We have learned that Justin Baldoni caused issues on the set of It Ends with Us and that he clashed with many cast members, as well as Colleen Hoover.

Sources have told us that the women on set felt he was 'borderline abusive, unprofessional and unapologetic' and that he 'failed to consider Blake's character's perspective.'

We were also told that parts of the script needed to be rewritten as a result, which he took personally.

The cast is currently not talking about this because they do not want it to take away from their promotional work, or the film's release.

Many feel Justin's acting was undoubtedly phenomenal and he could receive awards nods, but there are concerns he could defend his actions with his style of acting, which is method.

Please let me know if you would like to comment either on or off-record.

James

**James Vituscka**

US SHOWBIZ
Senior Reporter

Daily Mail

www.dailymail.com
[redacted]

51 Astor Place, 9th Floor
New York, New York 10003
551.229.2176

London | New York | Los Angeles | Sydney

**Disclaimer**

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.