# Exhibit 26

**From:** Matthew Mitchell [redacted]
**Sent:** Fri, 9 Aug 2024 08:20:57 -0400 (EDT)
**To:** Stephanie Jones [redacted] WayfarerStudios [redacted]; Team Baldoni [redacted]; Jamey Heath [redacted]; Tera Hanks [redacted]
**Subject:** Re: Justin Baldoni/It Ends With Us

---

Will handle.
Thanks Steph.

---

**From:** Stephanie Jones [redacted]
**Sent:** Friday, August 9, 2024 4:11 AM
**To:** WayfarerStudios [redacted]; Team Baldoni [redacted]; Jamey Heath [redacted]; Tera Hanks [redacted]
**Subject:** Fwd: Justin Baldoni/It Ends With Us

good morning from london. please see below inquiry.

Begin forwarded message:

> **From:** Daniel Welsh [redacted]
> **Date:** August 9, 2024 at 9:39:51 AM GMT+1
> **To:** pop@jonesworks.com, Stephanie Jones [redacted]
> **Subject: Justin Baldoni/It Ends With Us**
>
> You don't often get email from daniel.welsh@id.huffpost.co.uk. Learn why this is important
>
> Hey folks, hope you're well,
>
> I just wanted to ask if there was any comment on behalf of Justin Baldoni re: this story?
>
> https://www.standard.co.uk/lifestyle/it-ends-with-us-cast-drama-is-quickly-turning-it-into-the-next-don-t-worry-darling-b1175468.html
>
> Any statement/guidance would be much appreciated!
>
> Cheers,
>
> Daniel