# Exhibit 27

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 7 |
| Total Messages: 1 | Date Range: 8/9/2024 |

### Outline of Conversations

**chat453561154421812013** • 1 message on 8/9/2024 • Jamey Heath [redacted] • Jennifer Abel [redacted] • Matthew Mitchell [redacted] • Stephanie Jones [redacted] • Stephanie Jones [redacted] • Tera Hanks [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**chat453561154421812013**

SJ **Stephanie Jones** [redacted] ◀ 8/9/2024, 3:06 PM

People Mag says…

Notably, Baldoni has been largely absent from grouped promotional appearances, including at the New York premiere where he didnt pose with his costars and didn't introduce the film ahead of the screening.

He introduced at screening so let's please have corrected. Thanks!