# Exhibit 28

**From:** Stephanie Jones [redacted]
**Sent:** Wed, 14 Aug 2024 14:29:05 -0400 (EDT)
**To:** Jamey Heath [redacted]
**Cc:** Tera Hanks [redacted]; imene meziane [redacted]; Mara Canner [redacted]
**Subject:** Re: Blake Lively Felt Justin Baldoni Fat-Shamed Her, Kissed Too Long During Scene
**Attachments:** Steph Jones Phone Records August 8 2024.pdf

---

Hi Jamey,

I have been standing down and have not contacted any press at all regarding any of these Justin issues since they arose on Thursday of last week while I was on family vacation in Europe. I wanted to take a moment to reiterate my commitment to Justin and our work together. Over the past eight years, I have successfully managed every crisis for Justin without any negative press coming to light. As a key member of both Justin's and Wayfarer's account since we signed him, I believe if one of our team members, including me as a keyman on Justin's account, can rectify a story, it's essential we leverage that for Justin and Wayfarer.

While my background isn't solely in crisis management, I have extensive experience representing our billionaire clients, many of the biggest stars and athletes in the world, as well as many of our Fortune 50 founder clients. This experience has equipped me with the skills necessary to navigate complex situations effectively, often more diligently than the crisis pr firms we have worked with in the past.

My recommended strategy would be twofold:

1. **Flood the Zone with Positives**: We need to ensure that we promote positive narratives that media outlets cannot ignore. Currently, most stories are heavily biased towards Blake's perspective, leaving Justin unrepresented. It's crucial that we fight for every inch of every story, which requires far more effort than typical crisis PR want to put forth in our experience working with specialized crisis teams.

2. **Prepare Alternate Stories**: We should mobilize a robust network of supporters and third-party advocates ready to counter these narratives on deep background as well as some on the record, making it clear that the claims being made are untrue and unfounded.

As you know, I've been on vacation in Europe with my entire family. I've attached my Verizon call log from last week in response to your claim that someone at Sony suggested I called the Daily Mail and escalated things. I can confirm that I did not make or receive any calls from Daily Mail - the number I thought I returned call from was regarding our client Tom Brady. Lillian Gissen from Daily Mail's cell number is noted in her email - [redacted] and you can cross-reference this against my call log for verification that she did not call me, nor did I call her

Studios often look for leaks, which is why per Jen Abel's text to all of us, the Sony President first texted Jen Abel, and in her words "accused her of leaking information to the Daily Mail". He then text me shortly thereafter. I ask that you please refrain from using me as a scapegoat for leaks that are clearly originating from elsewhere.

I am ready, willing, and able to fulfill my duties to support Justin per our contract which concludes May 2025.

I can add tremendous value to our efforts, and I hope you will reconsider my involvement.

Thank you,

Stephanie Jones

Stephanie Jones

www.jonesworks.com

<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->

> On Aug 14, 2024, at 5:49 PM, Jamey Heath [redacted] wrote:
>
> Hi Stephanie,

We are fully aware of all of this and we are handling.

As a reminder to my previous instructions, please do not respond, contact or do anything as it pertains to Justin or Wayfarer. We have the team that we are comfortable with to handle this and while you may have thoughts and ideas, I am reiterating to stand down.

Thank you!

Jamey

<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->

**Jamey Heath**

CEO

Wayfarer Studios

[redacted]

**<!**
**--**
**[if !**
**supportLineBreakNewLine]**
**--**
**>**

**<!**
**--**
**[endif]**
**--**
**>**

<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->

On Aug 14, 2024, at 8:56 AM, Stephanie Jones [redacted] wrote:

Hi both Mirror just emailed us about this TMZ Report. I dont see any incoming inquires from TMZ but I've had to contact Harvey who founded TMz in past about stories they publish so Im happy to contact him to get this stoty fixed/removed if Melissa cannot. I think its important we work as team and collectively to tackle this influx stories as with recent ones Im seeing, we dont even have background to balance out story so its not biased.

https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/

Stephanie Jones

www.jonesworks.com