# Exhibit 29

Message

**From:** Melissa N [redacted]
**Sent:** 8/22/2024 10:51:46 AM
**To:** Stephanie Jones [redacted]
**CC:** Jamey Heath [redacted]; Tera Hanks [redacted]; Matthew Mitchell [redacted]
**Subject:** Re: MailOnline request for comment

Thank you.

Sent from my iPhone

On 22 Aug 2024, at 03:24, Stephanie Jones [redacted] wrote:

Hi Melissa - we received the below at 5:24am ET. She says she's running the repeat story in the next hour.

Stephanie Jones
www.jonesworks.com

Begin forwarded message:

**From:** Gina Kalsi [redacted]
**Date:** August 22, 2024 at 5:24:34 AM EDT
**To:** Jennifer Abel [redacted], Stephanie Jones [redacted]
**Subject: MailOnline request for comment**

Some people who received this message don't often get email from gina.kalsi@mailonline.co.uk. Learn why this is important

Hi Jennifer and Stephanie,

I hope you are both well? We are running a piece today that repeats the claims in the below article.

I noticed that our US office reached out but there does not appear to be a comment.

Just wanted to give you the opportunity to respond again in our fresh article, due to be set live within the next hour or so. We can also add a comment in after it is live.

Many thanks,
Gina

https://www.dailymail.co.uk/tvshowbiz/article-13743293/blake-lively-fat-shamed-justin-baldoni-ends-us.html

<Outlook-4glx23df.png>
Gina Kalsi, Femail Reporter

MailOnline | 9 Derry Street, London, W8 5HY

E: [redacted]

London | New York | Los Angeles | Sydney

**Disclaimer**

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.