UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, et al,<br>Plaintiffs,<br>-v-<br>WAYFARER STUDIOS, et al<br>Defendants. | Civil Action No. 1:24-cv-10049 (LJL);<br>Civil Action No. 1:25-cv-449 (LJL) |

**NOTICE OF THIRD-PARTY DEFENDANT JONESWORKS LLC 'S MOTION FOR SUMMARY JUDGMENT AGAINST THIRD-PARTY PLAINTIFF JENNIFER ABEL'S CLAIMS FOR INDEMNIFICATION AND CONTRIBUTION**

PLEASE TAKE NOTICE that Third-Party Defendant Jonesworks LLC hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment against Third-Party Plaintiff Jennifer Abel on her First, Second, and Third Causes of Action in the Amended Third-Party Complaint for indemnification and contribution, before the Honorable Lewis J. Liman at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court.

In support of its motion, Jonesworks LLC respectfully submits the accompanying memorandum of law, the exhibits cited therein and relies on all prior pleadings and proceedings in this action.

Dated: November 4, 2026

Respectfully submitted,

By: */s/ Brad Beckworth*

Bradley E. Beckworth, *pro hac vice*
Christina Yarnell, *pro hac vice*
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Third-Party Defendant Jonesworks LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing was filed electronically with the Court and served by operation of the Court's ECF notification system upon all counsel of record.

Austin, Texas
November 4, 2026

*/s/ Brad Beckworth*
Bradley E. Beckworth