UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-against-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>BLAKE LIVELY, et al.,<br><br>Defendants. | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE**, that Katelyn Climaco has left the firm of Manatt, Phelps & Phillips, LLP ("Manatt") and hereby moves this Court for an order (i) allowing her to withdraw her appearance as counsel for Plaintiff and Consolidated Defendant BLAKE LIVELY in the above-referenced matter; (ii) removing her from electronic notification in this matter; and (iii) granting such other and further relief as the Court deems just and proper.

Ms. Lively will continue to be represented by attorneys of record at Manatt, as well as attorneys of record at Willkie Farr & Gallagher LLP. As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter. A proposed Order granting leave to withdraw Ms. Climaco is submitted herewith.

Dated: November 6, 2026

Respectfully submitted,

By: /s/ Katelyn Climaco

Katelyn Climaco
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
Tel.: (310) 228-6146
kclimaco@sheppard.com

*Outgoing attorney for Plaintiff and Consolidated Defendant BLAKE LIVELY*