**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

Plaintiff,

-v-

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

Defendants.

JENNIFER ABEL,

Third-Party Plaintiff,

-v-

JONESWORKS LLC,

Third-Party Defendant.

Case No. 1:24-cv-10049-LJL
(consolidated with 1:25-cv-00449-LJL)

**DECLARATION OF KEVIN A. FRITZ**

I, Kevin A. Fritz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Meister Seelig & Schuster PLLC, 125 Park Avenue, 7th Floor, New York, NY 10017, and counsel of record for defendant/third-party plaintiff Jennifer Abel in the above-captioned action.

2. I respectfully submit this declaration in opposition to the motion, by third-party defendant Jonesworks LLC ("Jonesworks"), for summary judgment on the First and Second Causes of Action in the Amended Third-Party Complaint.

3. A true and correct copy of excerpts from the transcript of the deposition of Stephanie Jones, taken on September 16, 2025, is attached as Exhibit 1.

4. A true and correct copy of excerpts from the transcript of the deposition of Jennifer Abel, taken on September 25, 2025, is attached as Exhibit 2.

5. A true and correct copy of excerpts from the transcript of the deposition of Justin Baldoni, taken on October 6, 2025, is attached as Exhibit 3.

6. A true and correct copy of excerpts from the transcript of the deposition of Tera Hanks, taken on September 8, 2025, is attached as Exhibit 4.

7. A true and correct copy of excerpts from the transcript of the deposition of Jamey Heath, taken on October 9, 2025, is attached as Exhibit 5.

8. A true and correct copy of a Public Relations Services Agreement, beginning with bates-stamp number JONESWORKS_WAYFARER_000003756, and produced herein is attached as Exhibit 6.

9. A true and correct copy of the text chain, beginning with bates-stamp number JONESWORKS_WAYFARER_000004651, and produced herein is attached as Exhibit 7.

10. A true and correct copy of the email from a *Business Insider* reporter to Jones, beginning with bates-stamp number JONESWORKS_00017666, and produced herein is attached as Exhibit 8.

11. A true and correct copy of the text chain between Jones and Abel, beginning with bates-stamp JONESWORKS_00012557, and produced herein is attached as Exhibit 9.

12. A true and correct copy of the email from Baldoni to the *Business Insider* reporter, beginning with BALDONI_000014710, and produced herein is attached as Exhibit 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 23, 2026
New York, NY

*/s/ Kevin A. Fritz*
MEISTER SEELIG & SCHUSTER PLLC
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: kaf@mss-pllc.com
*Counsel for defendant/third-party plaintiff Jennifer Abel*