# Exhibit 7

[redacted]

**Thread Participants:** [redacted] Tera Hanks McMaster (Owner); [redacted] 4 Stephanie Jones ; [redacted] Tera Hanks (Owner)
**Active Participants:** [redacted] Tera Hanks McMaster (Owner); [redacted] Stephanie Jones
**First Message:** 7/26/2024 7:34:45 PM
**Last Message:** 7/26/2024 8:15:27 PM

---

[redacted] **Tera Hanks McMaster (Owner)**
Hi Steph
Wanted to give you a heads up that we are going to hire Melissa Nathan to help with scenario planning. She's great! She was our top pick at Westbrook and we worked with her at CAA on several clients! I reached out to her last night and Jamey and I spoke to her for a long time under NDA. We both feel great about it. I'm around if you were t to talk. Just wanted to give you a heads up. I'll let Jenn know after you and I connect! We can also touch base Monday
Have a great weekend ! 💕
7/26/2024 7:34:45 PM

[redacted] **Stephanie Jones**
jen abel recommended her i'm sure right?
7/26/2024 7:40:50 PM

[redacted] **Stephanie Jones**
this is disappointing
7/26/2024 7:40:54 PM

[redacted] **Stephanie Jones**
we've had a lot of issues with her.
7/26/2024 7:41:09 PM

[redacted] **Stephanie Jones**
my cyber security guys found her behind the site
7/26/2024 7:41:56 PM

[redacted] **Stephanie Jones**
it's long story
7/26/2024 7:41:59 PM

[redacted] **Stephanie Jones**
scooter knows
7/26/2024 7:42:04 PM

[redacted] **Stephanie Jones**
assume since you're only putting me on text and not jen that jen knew
7/26/2024 7:42:29 PM

[redacted] **Stephanie Jones**
i don't feel comfortable working with her after all the david bolno stuff and if justin knew that i don't think he would either. she's bad news and dirty.
7/26/2024 7:43:24 PM

[redacted] **Tera Hanks McMaster (Owner)**
I had no idea about any of that!!
Jen gave me names of Shawn Sachs and Actum
I wanted to let you know first because we spoke about it
I'm here if you were to talk
7/26/2024 7:49:06 PM

[redacted] **Stephanie Jones**
https://www.businessinsider.com/singer-camila-sterling-died-david-bolno-hotel-room-2023-11
📎 <8A53E3E1-9429-4B6C-8F69-2E3F290221D4.pluginPayloadAttachment>
📎 <A45C7D02-ACF8-4408-BEBB-989CB81F643B.pluginPayloadAttachment>
7/26/2024 8:04:31 PM

[redacted] **Stephanie Jones**
tera thank you for understanding as this is tough one for me.
7/26/2024 8:15:19 PM

[redacted] **Stephanie Jones**
i'm sorry to throw wrench in.
7/26/2024 8:15:27 PM