# Exhibit 8

Message

**From:** Stephanie Jones [redacted]]
**Sent:** 6/20/2024 3:44:18 PM
**To:** Jennifer Abel [redacted]]
**Subject:** FW: Business Insider x Requests for comment

---

**From:** Katie Warren <[redacted]>
**Date:** Thursday, June 20, 2024 at 3:17 PM
**To:** Stephanie Jones <[redacted]>
**Cc:** sfriedman[redacted] <sfriedman[redacted]>
**Subject:** Business Insider x Requests for comment

Hi Stephanie,

As you know, we've been working on a story about you and your business.

Below are some points I'd like you to comment on if you're able. My deadline to receive a response to the below questions is **Tuesday, June 25th by 9:00 a.m. Eastern.**

I would still love to include your perspective in the piece and schedule an on-the-record interview.

Thank you,
Katie

**Please confirm the following details**:

You are 49 years old.

You grew up in a small town in Arkansas and moved to NYC in 2001.

You started out doing PR for Donny Deutsch and spent 10 years overseeing PR for his firm Deutsch Inc.

Some of your earliest clients at Jonesworks included Deutsch, Dream Water, Kendra Scott, and Randi Zuckerberg.

You have approximately 50 employees at Jonesworks and offices in New York and Los Angeles.

Luxury menswear brand Hook & Albert hired Jonesworks in 2012.

Adam Schoenberg, the founder and then-CEO of Hook & Albert, fondly recalled your willingness to have clients collaborate. He said that when he was a client, you once invited him over to Deutsch's home to discuss the brand, and also introduced Schoenberg to your husband to discuss potential partnerships with his WME clients.

Dwayne "The Rock" Johnson hired you in 2012.

Tom Brady hired you in 2018.

In the fall of 2021, you created a corporate communications division at Joneworks. You hired several new people for this team to manage Jeff Bezos and other corporate clients including Airbnb cofounder Joe Gebbia.

Your Manhattan office is on the 15th floor.

**Please respond to and/or comment on the following:**

Former Jonesworks employees said you held impromptu happy hours in the office and sometimes surprised employees with gifts like a designer bag or Jimmy Choo shoes.

Former employees said you seemed close with your high-profile clients, referring to Johnson as "DJ" and interrupting a job interview to take a call from Jeff Bezos.

Former employees said you fought particularly hard for your client Tom Brady. Two former employees said that in October 2022, you dropped everything in the middle of Jonesworks' office Halloween party after Brady texted you asking for help writing his divorce announcement to post on Instagram, according to two former employees. Comment? Can you share more details on this?

Can you comment on the websites, X accounts, and other social media accounts that appeared in May, alleging that you have engaged in unethical behavior?

In February of this year, several current and former Jonesworks employees received a text message that urged the recipients to "band together" to sue you. "Contact a lawyer like Gloria Allred or a large employer protection law firm. And stay quiet," it read. The message was signed off by "a concerned friend of the agency / and former or current employee" who is "ready 4 a reckoning." Are you aware of this text that was circulating? If so, what was your reaction? Any thoughts on what the person is suggesting they sue you for?

Puck reported that Lauren Sanchez parted ways with Jonesworks in April 2024. Comment?

People said that on multiple occasions, you asked your assistant to make the Sonos music louder in the office so people couldn't hear you screaming at an employee in your glass-walled office.

"I don't think there was one day in the office that someone wasn't crying," one former employee said. Comment?

One former account executive who left Jonesworks several years ago said she started looking for a new job after you told her she needed to improve her performance. One day, she took a sick day to attend a job interview. She said you texted her to ask how she was feeling, and she said she'd been resting and was feeling a bit better. She said you then FaceTimed her with no warning, and when she ignored the call, you texted her telling her to call you back immediately. The former account executive says she then returned your FaceTime. She recalls you saying, "You have mascara on. You're lying to me."' The account executive responded that she was not wearing makeup. She put in her notice shortly after. Comment?

Another former employee said you accused him of lying about attending a funeral and FaceTimed him to confirm he was there. Comment?

Employee turnover has been unusually high at Jonesworks, with many employees getting fired or quitting in under a year, multiple former employees said. Comment?

Within a year of you launching Jonesworks corporate communications division in November 2021, four of the six team members on the Bezos account had quit or been let go, with the remaining two following in February 2023, according to BI's count. Comment?

In the last three years, at least nine employees at the director or executive level have left Jonesworks after less than a year, according to BI's count. Comment?

Multiple former employees said Jonesworks didn't hire an HR person until January 2024. Comment?

Two former employees who were at Jonesworks in the last two years received threatening legal letters, which were viewed by BI, warning them not to disparage Jonesworks or share confidential client information. Comment?

One of these former employees said that after she left the company, she got a letter from your lawyer demanding she sign the letter to confirm that she agreed not to share confidential client information. The wording was similar to that of the non-disclosure agreements that employees signed upon hiring, she said. Her lawyer told the employee to ignore it, advising: "This is a bully letter. They're bullying you." Comment?

Jeff Bezos, Julianne Hough, Fontainebleau Las Vegas, Nestlé, Wheels Up, Ocean Spray, Partake Foods, and Chris Hemsworth (for social media) all parted ways with Jonesworks in the last year or so, according to former employees. Comment? Why did these clients leave Jonesworks?

Multiple people said Dwayne "The Rock" Johnson and country band Zac Brown Band parted ways with Jonesworks in the spring of 2023. Comment? Why did these clients leave Jonesworks?

Four people said Johnson left Jonesworks in the spring of 2023 after years of tensions between you and Johnson's team, including an executive at his production company, Seven Bucks Productions. "Dwayne had a big problem with it," one person said. Can you comment on this?

Jonesworks lost Johnson's Teremana tequila account back in 2021. Why did Teremana part ways with Jonesworks?

A former colleague said you tried to downplay Johnson's departure to your employees after he left. "People will ask, 'What happened with the Rock?'" the former colleague said. "She said to them, 'Oh you know, he's just having internal changes. We're best friends. We still talk every day. He's dying to come back and work with me but they're just doing internal things.'" Comment?

Johnson's photo remains on Jonesworks' website, along with a handful of other celebrities who are no longer clients: Adriana Lima, Julianna Hough, and NFL player Zach Wilson. Can you comment on this?

Justin Bieber is also featured on the website despite never being a paying client, people said. Comment?

Multiple people said there have been tensions on the Tom Brady account because you don't get along with members of his team. "She tries to overstep the people that are in his business," one person said. "She tries to take over every aspect of it, as if she's his agent or something." Can you comment on this?

Two former staffers said you told your employees and some potential clients that Jonesworks managed Brady's social media accounts, when his social media is actually handled by Shadow Lion. In Jonesworks' pitch deck, it states that Brady hired Jonesworks to handle his social media in addition to strategic communications and brand partnerships. The deck says that since the firm started

working with Tom, Jonesworks "has generated more than 300 billion earned media impressions around Tom and his businesses." Comment?

In a 2023 email exchange, you told one of Carmelo Anthony's business partners that he was "sloppy," accused him of informing her team of things at the last minute, and sent him a clown emoji. You signed off the email with "Thanks sweetheart." In his response, Anthony's business partner disputed doing anything last-minute and wrote, "Don't call me sweetheart." Can you comment on this?

People said you have developed close relationships with journalists like Chloe Melas at NBC News and Carlos Greer at Page Six. Comment?

People said you have yelled and threatened some reporters who didn't publish what you wanted.

In April 2020, reporter Laura Wagner published a story in Vice about Tom Brady's comments at a virtual business conference where he said he thought the world was "in the midst of a big recalibration." He mused, "Maybe the world is telling us to slow down a little bit, you know?" Wagner reached out to Brady's team to ask whether he was implying that the Covid pandemic was the world's way of telling people to "chill out" or "recalibrate" their priorities, and she said that she recalls you yelling at her on the phone over the story. She said you took issue with the angle of the story and demanded that she not include your name with your on-the-record statement. Wagner said that although you were just doing your job, "the conversation stood out for how aggressive she was." Comment?

Puck reporter Matthew Belloni said that when he published a March 2023 story about a film Lauren Sanchez and Jeff Bezos secretly produced in the summer of 2022, he was in contact with you before publication and gave you a chance to comment on behalf of Sanchez and Bezos, but you ultimately declined. But the next day, Belloni said he was shocked to see a Page Six story that cited "a source who knows Sanchez" calling the Puck report "sexist" and blaming the crew members quitting on the movie's female director. Belloni said he believed you were the source for the story and that you lashed out because of coverage unfavorable to your client. Any comment?

One former employee said you joked to your employees about how you barely sleep and live off "coffee, Adderall, and a dream." Comment?

In December 2023, at Jonesworks' annual holiday party at The Royal Palms Shuffleboard Club, you approached the DJ between 10:00 and 11:00 p.m. and asked her to play "1, 2 Step" by Ciara. The DJ told you she would try to get to the song later. But you started berating her and recording video of her, according to two people who witnessed it. "Steph took out her phone and was like, 'Oh you're racist? You're racist because you won't play Ciara?" one person said, adding that "the DJ was calm, cool and collected." The DJ, who is a woman of color, said "I was telling her to leave me alone and she wouldn't." The bar's manager ultimately asked you and your team to leave. Can you comment on this incident?

**Katie Warren**
Senior Features Reporter

New York, NY