# Exhibit 9

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 65 | Date Range: 7/2/2024 |

### Outline of Conversations

**iMessage Chat:** [redacted] · 65 messages on 7/2/2024 · Custodian: Abel, Jennifer <[redacted]> · Custodian: Abel, Jennifer <[redacted]> · Stephanie Jones <[redacted]> · System Message <>

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: [redacted]**

SJ **Stephanie Jones [redacted]** ▶ 7/2/2024, 3:25 PM
question for you. for biz insider story im asking past and current employees if they'd be willing to write a few sentences about me and jw to include on one doc we send to writer. I was wondering if you would mind writing a few lines about your me and JW today so i can add to list.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 3:26 PM]

SJ **Stephanie Jones <[redacted]>** ▶ 7/2/2024, 3:25 PM
know you're so busy but would appreciate it

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:7/2/2024, 3:26 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/2/2024, 3:26 PM
OBVIOISLY

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 3:26 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/2/2024, 3:26 PM
OBVIOUSLY

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 3:26 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/2/2024, 3:26 PM
LOL I CANT SPELL.

Receipts • Stephanie Jones <[redacted] [D:7/2/2024, 3:26 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/2/2024, 3:26 PM
when do you need it by

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 3:27 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/2/2024, 3:28 PM
Steph is a force of nature, and is super passionate and very protective of us. I've learned a ton from her and I just think she's an extraordinary professional.

- A lot of us have been with Steph for years and are loyal to her because she's loyal to us, Her passion may not be for everyone, but this is a competitive industry and that's the nature of the business. She's an inspiring boss – I've learned a lot from her.

We have signed dozens of new clients in the past few months and have dozens of additional referrals bc of the work we do and that all starts with Steph and the reputation she's built for Jonesworks in the industry.

Our team knows that she'll stick up for us when the pressure is on. She always defends and protects her team and clients like we are family.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 3:28 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/2/2024, 3:28 PM
here are some inspo

Receipts • Custodian: Abel, Jennifer <[redacted] [R:7/2/2024, 3:28 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/2/2024, 3:50 PM

today of course

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 3:52 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 3:53 PM
I gotchu

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 3:53 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 4:00 PM
do you think we can ask justin to write something?

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:04 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 4:00 PM
or can you help me craft

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:04 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 4:03 PM
for justin -

I've worked with Steph and JW for over 7 years

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:04 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 4:06 PM
Yes I can. Would this be given off or on record ?

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 4:06 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 4:06 PM
How's this for me

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 4:06 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 4:06 PM
on record as a statement

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:06 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 4:06 PM
I left a PR company where I was very happy for over 12 years specifically to go work for Stephanie Jones. She puts her clients' success first, and her history of working with some of the most premier brands, talent and executives proves it. She challenges her employees every day to think more innovatively and more 'out of the box' than the typical PR executive, which in turn, results in an exciting and fast-paced work environment that fosters swift advancement and growth at JW. Stephanie is an exceptional communicator and personally touches base with every employee to ensure she has her finger on the pulse of what everyone is working on or if they ever need support, and she is the first person to volunteer stepping in if any employee may need help across accounts. She has a personal relationship with every client, who trust her implicitly and in turn, trust her company and employees.

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 4:06 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 4:07 PM
Dear Katie:

Understand that you are speaking to people regarding Stephanie Jones. Thought I would send a quick note regarding my experience with Stephanie. For background, Stephanie has been both a colleague - as we have collaborated around our shared work with Tom Brady - and also a friend who I value.

Stephanie is relentlessly hard working, devoted to her clients, fiercely loyal and protective of them. My experience with Stephanie has been very positive and productive. She's tough, but thoughtful in her work and I am happy to advocate for her. While I wouldn't want to speak for Tom, I do know he has a small team of people around him that he trusts and

Stephanie has been a fixture in his world for some time.

Please consider the above background. To the extent that I can be helpful to you or provide anything more official for your article, please don't hesitate to reach out to me directly.

Gotham Chopra
310 883 4531

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:07 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 4:07 PM
gotham sent this to katie

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:07 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 4:08 PM
Wow that's amazing!

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 4:08 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 4:30 PM
can you write one from justin ? do you mind?

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 4:30 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 4:30 PM
Yes no prob. I can do shortly.

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 4:33 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 6:08 PM
Started this for Justin… let me know what you think.

Dear XX,

It is my understanding that you're speaking to people regarding Stephanie Jones. I felt personally inclined to reach out, as a client of hers and of Jonesworks now for over 7 years.

Stephanie is an exceptional publicist and member of my brain trust not just for me personally, but also for my company, Wayfarer Studios. She is an incredibly hard worker, always available at all hours of the day, and goes above and beyond to ensure the success of me and my company. I trust her implicitly with my career and she has always treated me, my business partners, with the utmost respect; like family.

I'd be happy to answer any questions you may have regarding my relationship with her or with her company, Jonesworks.

-Justin Baldoni

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 6:08 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 6:09 PM
oh that's good Jen

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 6:12 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 6:10 PM
do you mind texting Justin and saying can we give this statement to Business Insider and of course feel free to edit but we know how busy you are so we drafted it for you or just say you drafted it for him

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 6:12 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 6:10 PM
i'm brain Dad so that's obviously like preface the email with Justin was wondering if you would be willing to give a statement on Stephanie and JW's behalf to Business Insider etc etc

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 6:12 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 7:09 PM
Sorry just got released for the day. Still not done so we have to report even earlier tomorrow and stay later for closing arguments. So over this.

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 7:09 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 7:10 PM
I think you should text Justin directly!! He will say yes I'm sure, but it feels more personal

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 7:10 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:05 PM
tori text me same thing melissa kenny text me. i'd like to remain uninvolved.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:09 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:06 PM
melissa is who offered to talk to them and wrote me this letter

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:09 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:08 PM

*Attachment: files/Image/IMG_0790.heic (2 MB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:09 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:08 PM

*Attachment: files/Image/IMG_0791.heic (2 MB)*

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:09 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:09 PM
Omg what a sweet note!!!

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:09 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:10 PM
I'm sad she left

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:10 PM
I know there were issues but she was so hungry and motivated and did a great job covering clients for me

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:10 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:12 PM
What do you mean Tori??? She quit too??

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:12 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:16 PM
And yes I'll text Justin. Separately. I assume that's what you mean by your text about wanting to stay out of it. I'll one

off him.

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:16 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:26 PM
no tori didn't quit

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:28 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:27 PM
i didn't say i wanted to stay out of justin either. just thought would be better for him if you ask so as not to put him in weird situation

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:28 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:28 PM
i asked tori if she'd give quote about working with JW and me. she literally said verbatim what kyle budlow and melissa kenny about so sorry this is happening to you and id like to remain involved.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:28 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:28 PM
lol I had a heart attack about Tori ok good

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:28 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:28 PM
weird right

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:28 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:29 PM
Removed a heart from "i asked tori if she'd give quote about working wit…"

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:29 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:29 PM
melissa kenny said same thing and so did kyle. kyle literally just asked me to call Rubin for him yesterday too. literally yesterday

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:29 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:29 PM
Oh wait… remain UNINVOLVED?!

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:29 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:29 PM
That is weird

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:29 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:29 PM
tori said this

I'm so sorry this is happening to you. I would like to remain uninvolved and I hope you can understand. 🩶

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:29 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:30 PM
kyle budlow

Hey Steph - right now I am fully focused on finding a new job. I think it's best that I remain uninvolved. Hope you understand.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:30 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:30 PM
I don't know what to make of that

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:30 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:30 PM
It's like they are being coached?

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:30 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/2/2024, 9:30 PM
But by who?

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:30 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:31 PM
melissa kenny

Hi Steph, So sorry this is happening. I am on vacation with my family and starting to explore new opportunities / what's next for me. I don't think I'm comfortable having my name in the article right now and would like to remain uninvolved. I haven't heard from any reporters directly and don't intend to engage if someone were to reach out. I understand how difficult this has been for you but hope you can understand 🤍

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:31 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:31 PM
so melissa said same thing as tori. so sorry this is happening and remain uninvolved.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:31 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:32 PM
weird

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:32 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:32 PM
but i've never had issues with Tori

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:32 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:32 PM
or melissa or kyle

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:32 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:34 PM
jason thinks someone coaching but tori isn't part of that click

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:34 PM]

SJ **Stephanie Jones** [redacted] ► 7/2/2024, 9:38 PM
kyle not super suprising bc halloween party tom divierte statement came from him and kylie. but melissa kenny and tori hurt my heart. i took such good care of them. and tori is still working for us.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:38 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 9:38 PM

kyle i have so many opps to. and have now referred him 3 times for jobs.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 9:38 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:46 PM

I think Tori is just a nervous Nelly. She gets freaked out by everything and then comes around when you actually talk her through things and she's able to better understand. I know Tori loves you, loves this company, so I would be absolutely shocked if she's participating in anything negative or being coached. Kyle… not shocked. He thought he was always too good for this place lol

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:46 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 9:46 PM

And Kyle can't get a job so what does that tell you

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 9:46 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 10:21 PM

but isn't it weird all three are saying remain uninvolved. and tori and melis both saying i'm so sorry this is happening to you

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 10:24 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 10:24 PM

Yeah I think that's weird language to use across all three people

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 10:24 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/2/2024, 10:25 PM

I just talk to Tori a lot. Like multiple multiple times a day. I feel like there would be some kind of evidence if she was shady

Receipts • Stephanie Jones [redacted] [D:7/2/2024, 10:25 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/2/2024, 10:30 PM

i don't think she's shady just think they must be all talking

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/2/2024, 10:35 PM]