# Exhibit 10

**From:** Katie Warren [redacted]>
**Sent:** Mon, 8 Jul 2024 10:09:08 -0400 (EDT)
**To:** Justin Baldoni [redacted]>
**Subject:** Re: From Justin Baldoni/client of Stephanie Jones

---

Hi Justin, thank you so much for sending this. Are you free for a quick call sometime today or tomorrow? I'd appreciate even a few minutes of your time to chat with you a little more about Stephanie. You can reach me at [redacted].

Thanks,
Katie

**Katie Warren**
Senior Features Reporter

BUSINESS INSIDER
New York, NY

On Wed, Jul 3, 2024 at 8:15 PM Justin Baldoni [redacted]> wrote:

> Dear Katie,
>
> It has come to my attention that you're speaking to various people regarding Stephanie Jones. As I've been a client of hers and of Jonesworks now for over 7 years, I wanted to share my own personal and business experience with her and the company.
>
> Stephanie has always been an exceptional publicist and member of my brain trust not just for me personally, but also for my company, Wayfarer Studios. She is an incredibly hard worker, she finds a way to be available at all hours of the day, and has gone above and beyond to ensure the success of not just me but my company. She has built an amazing team who I also work very closely with, and I have never had a moment of hesitation in trusting her. Her advice and guidance has always been spot on. She has always treated me and my team with the utmost respect; like family.
>
> If it's helpful, I'd be happy to answer any questions you may have regarding my relationship with her or her company, Jonesworks.
>
> - Justin Baldoni