UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

**DECLARATION OF JENNIFER ABEL**

I, Jennifer Abel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant and the third-party plaintiff in the above-captioned action.

2. I respectfully submit this declaration in opposition to the motion for summary judgment filed by third-party defendant Jonesworks LLC ("Jonesworks").

3. I was formerly employed as a publicist by Jonesworks. Stephanie Jones ("Jones") is the President of Jonesworks and was my supervisor while I worked there. Among the clients I serviced at Jonesworks were Justin Baldoni ("Baldoni") and Wayfarer Studios LLC ("Wayfarer" and collectively with Baldoni, the "Wayfarer Clients").

4. I was the primary point person for the Wayfarer Clients while I worked at Jonesworks.

5. I developed a close and trusting relationship with Baldoni, Wayfarer CEO Jamey Heath, and the rest of the Wayfarer team.

6. By the summer of 2024, I viewed Jonesworks as a toxic workplace: morale was low, employees were quitting, and dissatisfied clients were taking their business elsewhere. I had been unhappy at Jonesworks for some time because of frequent disagreements with Jones and her abusive and erratic behavior, including pitting employees against one another, and I was worried about what I saw as Jones' downward spiral. Nevertheless, I had no plans to leave Jonesworks before July 10, 2024.

7. On July 10, 2024, I participated in a business Zoom call with Jones and Matthew Mitchell, a Jonesworks employee who reported to me. During the call, Jones bullied him and then became increasingly hostile toward me. I was emotional and in tears, and at my breaking point I told Jones during the call that I was resigning. That same day, I confirmed my resignation

by email to Jones and Jonesworks leadership, stating that I had "made the unfortunate decision to resign" and would "stay as long as needed for the transition and to ensure teams and clients are supported." A true and correct copy of that email (JONESWORKS_00017543) is attached as Exhibit A.

8. On July 19, 2024, and in anticipation of the upcoming end of my employment with Jonesworks, I formed a limited liability company, RWA Communications LLC ("RWA"). RWA did not commence its operations under after my employment with Jonesworks ended.

9. On July 26, 2024, I reconfirmed my decision to resign in writing and advised Jones that I would be starting my own public relations firm. I offered a six-week transition period, with an end date of August 23, 2024, so that I could hand off my clients in an orderly way. Jonesworks accepted my resignation and the six-week transition period.

10. I worked for Jonesworks through the agreed transition period.

11. On July 26, 2024, Jones texted me: "[Y]ou can have Justin[.]" I understood that statement to include both Baldoni and his company, Wayfarer. I relied on Jones' authorization, and I made the Wayfarer Clients aware that Jones had told me that I could take them. A true copy of the text chain (JONESWORKS_00012598) is attached as Exhibit B.

12. In its motion, Jonesworks notes that, in a July 29, 2024, text message, Melissa Nathan of The Agency Group PR LLC ("TAG") told me: "once you are gone - we will be on accounts together and make really good money and be happy". (Dkt. 1490, p. 2, 15). I understood the text to be a supportive message from my friend (Nathan) who was speculating that we would work together in the future.

13. Jonesworks also alleges that, in an August 13, 2024, text message to Nathan, I told her that I "was 'going to war' with Jonesworks." (Dkt. 1490, p. 2, 5, 16) (citing

JONESWORKS_MN_000000740). That is incorrect. In the text chain at issue, Nathan sent me a media report of a feud between Baldoni and Blake Lively concerning the film *It Ends With Us* (the "Film"). When I responded that "[w]e are going to war", I was telling Nathan that *Jonesworks* (as the Wayfarer Clients' publicists) was engaging in a public relations battle with *Lively's (and Ryan Reynolds's) publicists*. The word "war" was not a reference to any issues that I had with my then-employer, Jonesworks. A true copy of the text chain (JONESWORKS_MN_000000740) is attached as Exhibit C.

14. On August 21, 2024, two days before my scheduled voluntary departure, Jonesworks terminated my employment. I received no advance warning of my termination, and to my knowledge Jonesworks did not notify the Wayfarer Clients in advance that it was terminating me.

15. After leaving Jonesworks, I commenced the operations of my new public relations company (RWA), which handles public relations principally for entertainment clients. To my knowledge, the Wayfarer Clients did not decide to engage RWA until after Jonesworks terminated my employment on August 21, 2024, and Wayfarer did not enter into an agreement with RWA until September 27, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 23, 2026
Beverly Hills, CA

JENNIFER ABEL