# Exhibit A

Message

**From:** Jennifer Abel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6644CA97D5EF4D5DB392C5FB34549284-JENNIFER]
**Sent:** 7/10/2024 5:20:24 PM
**To:** Stephanie Jones [redacted]; Lauren McGinnis [redacted]; Fred Joseph [redacted]; Gordon Duren [redacted]; Marie La Barbera [redacted]
**Subject:** My resignation

Per my call right now with Stephanie, I want to thank everyone for the incredible support and opportunities over the past few years at JW but I have made the unfortunate decision to resign.

I will stay as long as needed for the transition and to ensure teams and clients are supported. I will not discuss with clients or with teams until you give me the greenlight.

Thank you,

-Jennifer