# Exhibit B

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 52 | Date Range: 7/26/2024 |

## Outline of Conversations

**iMessage Chat:** [redacted] • 52 messages on 7/26/2024 • Custodian: Abel, Jennifer [redacted] • Custodian: Abel, Jennifer [redacted] • Stephanie Jones [redacted]
System Message <>

**Messages in chronological order** (times are shown in GMT -04:00)

**iMessage Chat: [redacted]**

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:09 PM
just spoke to tera can i call you quickly

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:14 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:14 PM
oh god i just saw your note.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:14 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:18 PM
we can talk later.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:25 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:35 PM
what was your feedback to tera re it?

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:37 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/26/2024, 8:39 PM
All she said was, I'm working with steph on this but we have reached out to Melissa Nathan for crisis comms. Steph has flagged some issues and potential conflict with us and Jamey and I are investigating and we will keep you posted. And I'm like, ok let me know how I can help, steph just texted me too and I'll call her back. And that was it. Pretty short. I called you right after

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:39 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:40 PM
suprised you didn't weigh in with an opinion

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:40 PM]

SJ **Stephanie Jones [redacted]** ▶ 7/26/2024, 8:40 PM
don't you think you should also text jamey me tera with how we feel?

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:40 PM]

SJ **Stephanie Jones [redacted]** EDITED DELETED ▶ 7/26/2024, 8:41 PM
we always discuss how she doesn't lead with integrity. you say how shady she is all the time. Just kinda suprised you wouldn't weigh in with that and how

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/26/2024, 8:41 PM
She literally said she was into it with you and that she and Jamey were investigating. It wasn't that open of a call where she asked for my opinion, more of telling me what was going on and that she would keep me posted

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:41 PM]

SJ **Stephanie Jones [redacted]** EDITED ▶ 7/26/2024, 8:41 PM
we always discuss how she doesn't lead with integrity. you say how shady she is all the time. Just kinda suprised you wouldn't weigh in with that.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:41 PM]

JA **Custodian: Abel, Jennifer [redacted]** ◀ 7/26/2024, 8:42 PM
And I said ok I'll call Steph she just texted me

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:42 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:42 PM
ok i think since we are all on that chat you should share with them how you feel about her too so we are honest and it's not just me.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:42 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:43 PM
definitely think it's important for you to voice concern to. that's why she called you.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:44 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:44 PM
she said you didn't so that kinda hurts me

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:44 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:44 PM
I can call her back to fill her in

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:44 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:44 PM
I didn't say anything other than what I texted you

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:44 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:44 PM
It was a quick call

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:44 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:45 PM
in transparency i think it would be better to put on group text with us

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:46 PM]

JA **Custodian: Abel, Jennifer** [redacted] DELETED ◀ 7/26/2024, 8:46 PM

Receipts • Stephanie Jones [redacted] [R:7/26/2024, 8:46 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:46 PM
Ah sorry

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:46 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:47 PM
I'll call Tera I don't want to put anything else in writing

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:47 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:48 PM
you don't trust tera and me

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:48 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:48 PM
She made it seem like she was handling this separate from us so I didn't dig in, and didn't want to get more involved. If

they wanted to hire someone neutrally from us

Receipts • Stephanie Jones [redacted] D:7/26/2024, 8:48 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:48 PM
jen we talk about lots on text. it's ok

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:48 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:49 PM
she wanted you to opine

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:49 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:49 PM
Let me call you back my friend just got here

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:49 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:50 PM
call me pls

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:50 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:50 PM
ok

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:50 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:51 PM
it's just 3 of us. you can put in text of what you tell me is truthful.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:52 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:52 PM
i would feel better if you did bc it makes me feel like you're corroborating

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:52 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◀ 7/26/2024, 8:54 PM
Stop I'm not part of that at all. I'm not comfortable putting it in writing. I'll fill her in on the scooter of it all. I'll call her tomorrow because I'm with people now and going to a movie after this.

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 8:54 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:56 PM
help me understand why you don't want to put she's shady and we don't want to work with her in writing. you don't have to use her name.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:59 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:56 PM
doesn't add up.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:59 PM]

SJ **Stephanie Jones** [redacted] ▶ 7/26/2024, 8:56 PM
i love you and this is killing me

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 8:59 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/26/2024, 9:00 PM
I love you too you have to trust me! Pls this is not worth stressing over

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 9:00 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:00 PM
this makes me sad

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:00 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:00 PM
you don't have to put her name.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:01 PM
we need honesty and transparency

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:02 PM
it's completely odd you can't express an opinion over someone unless there is ulterior motive here

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

SJ **Stephanie Jones** [redacted] **EDITED DELETED** ► 7/26/2024, 9:03 PM
i have tons of screenshots of you talking poorly about her and you can't tell tera and jamey who we text with daily ? jen come on.

SJ **Stephanie Jones** [redacted] **EDITED** ► 7/26/2024, 9:03 PM
i have tons of texts of you talking poorly about her and you can't tell tera and jamey who we text with daily ? jen come on.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:04 PM
i would like all of us to have an open call bc i just spoke to jamey too and it's not adding up.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:05 PM
you can't put in writing. you didn't tell tera when she called you. tera just text me only. not sure what you mean by the scooter of it all.

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:13 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/26/2024, 9:27 PM
I just hung up with them. I'm chiming into the group you started

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 9:27 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:35 PM
why did you have to call them?

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:35 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:35 PM
jen im very hyper aware

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:35 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:35 PM

you can have justin

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:35 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/26/2024, 9:35 PM

They called me because apparently you kept texting and they asked me

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 9:35 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:35 PM

this is all sad to me.

Receipts • Custodian: Abel, Jennifer [redacted] R:7/26/2024, 9:35 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/26/2024, 9:35 PM

I'm with friends at the dog park and didn't want to have to handle this now but I did

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 9:35 PM]

JA **Custodian: Abel, Jennifer** [redacted] ◄ 7/26/2024, 9:36 PM

I texted the chat so you could see so that you could trust me

Receipts • Stephanie Jones [redacted] [D:7/26/2024, 9:36 PM]

SJ **Stephanie Jones** [redacted] ► 7/26/2024, 9:53 PM

ok

Receipts • Custodian: Abel, Jennifer [redacted] [R:7/26/2024, 9:54 PM]