Docusign Envelope ID: F08C69D9-A0E2-88E0-8142-33304E2A1EE2


**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

Plaintiff,

v.

WAYFARER STUDIOS LLC, et al.,

Defendants.

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)

rel. 1:25-cv-00449-LJL

JENNIFER ABEL,

Third-Party Plaintiff,

v.

JONESWORKS LLC,

Third-Party Defendant.

WAYFARER STUDIOS LLC, et al.,

Plaintiffs,

v.

BLAKE LIVELY, et al.,

Defendants.

**DECLARATION OF STEPHANIE JONES IN SUPPORT OF JONESWORKS LLC'S OPPOSITION TO JENNIFER ABEL'S MOTION FOR SUMMARY JUDGMENT ON HER THIRD PARTY CLAIMS**

I, Stephanie Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the founder and Chief Executive Officer of Jonesworks LLC ("Jonesworks"). I submit this declaration in opposition to Third-Party Plaintiff Jennifer Abel's Motion for Summary Judgment (Dkt. 1488). I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to them.

2. Jonesworks is a Delaware limited liability company with its principal place of business in New York, New York. Since Jonesworks was incorporated in 2011, Jonesworks has always been headquartered in New York. And while Jonesworks serves clients across the country, the control over Jonesworks' operations emanates from New York. The overwhelming majority of Jonesworks' employees are located in New York. All of Jonesworks' executives are based in New York. All of Jonesworks' major business decisions are made in New York.

3. Jonesworks' financial matters—including payroll, client billing, and the payment of legal and litigation expenses—are, and at all relevant times have been, handled and controlled from Jonesworks' New York office.

4. Although Abel resided in California, and was assigned to Jonesworks' Los Angeles office, her work for Jonesworks was not limited geographically to California. For example, Abel's work for Justin Baldoni and Wayfarer Studios LLC ("Wayfarer") was national in scope and regularly required her to travel to other states, including Illinois and New York. Abel worked for other Jonesworks clients whose representation required the same kind of travel. In fact, Abel traveled to New York for clients in May, June, August, and September of 2023, and in March, April, and August of 2024. She also traveled frequently to other states, including Georgia, Nevada, Hawaii, Texas, and Colorado, for client needs throughout her time working for Jonesworks. And in addition

to client-related travel, Abel traveled to New York regularly to meet with Jonesworks' team members and attend Jonesworks' functions.

5. Wherever Abel happened to be located geographically, Abel reported to and consulted with me and Jonesworks' New York operations on a daily basis.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 23, 2026
New York, NY

DocuSigned by:
2C9DDD9A8D574C5
Stephanie Jones